# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re    **The Center for Special Needs Trust Administration, Inc.**                              Case No.    _____
                                                            Debtor(s)                              Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **The Center for Special Needs Trust Administration, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **February  9, 2024** | **/s/ Scott A. Stichter** |
| Date | **Scott A. Stichter** |
| | Signature of Attorney or Litigant |
| | Counsel for   **The Center for Special Needs Trust Administration, Inc.** |
| | **Stichter, Riedel, Blain & Postler, P.A.** |
| | **110 E. Madison St.** |
| | **Suite 200** |
| | **Tampa, FL 33602** |
| | **(813) 229-0144 Fax:(813) 229-1811** |
| | **sstichter@srbp.com** |