UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

The Center for Special Needs Trust Administration, Inc.,

Debtor.
_____/

Case No. 8:24-bk-00676-RCT
Chapter 11

# NOTICE OF APPEARANCE

On behalf of Mary Ida Townson, United States Trustee for Region 21, Teresa M. Dorr, files this Notice of Appearance for purposes of CM/ECF.

Dated: February 9, 2024

Respectfully submitted,

MARY IDA TOWNSON
United States Trustee for Region 21

By: */s/ Teresa M. Dorr*
Teresa M. Dorr, Trial Attorney
Florida Bar No. 48037
Teresa.dorr@usdoj.gov
Office of the United States Trustee
501 East Polk Street, Suite 1200
Tampa, Florida 33602
(813) 228-2132
(813) 228-2303 facsimile