UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,

    Debtor.
_____/

Chapter 11

Case No. 8:24-bk-676-RCT

**CERTIFICATION OF NECESSITY OF REQUEST FOR EMERGENCY HEARING**

I HEREBY CERTIFY, as a member of the Bar of the Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is a just cause to request a consideration of the following pleading on an emergency basis:

**DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL
ORDERS GRANTING (A) AUTHORITY TO (I) MAINTAIN TRUST
BANK ACCOUNTS AND TO CONTINUE TO USE EXISTING BUSINESS
FORMS AND CHECKS FOR TRUST BANK ACCOUNTS, AND (II)
CONTINUE TO USE EXISTING TRUST CASH MANAGEMENT SYSTEM,
AND (B) WAIVER OF CERTAIN INVESTMENT AND DEPOSIT GUIDELINES**

I CERTIFY FURTHER that there is a true necessity for an emergency hearing. The Debtor requires emergency relief so it can continue to use the Trust Cash Management System (as defined in the motion) to may distributions for the benefit of beneficiaries and ensure payment of needed beneficiary expenses. Accordingly, the Debtor requests a hearing on or before **February 14, 2024** to avoid disruptions to its business, and irreparable harm to the estate.

2

I CERTIFY FURTHER that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part but has been brought about only by circumstances beyond my control or that of my client. I further certify that this motion is filed with full understanding of F.R.B.P. 9011 and the consequences of noncompliance with same.

DATED: February 9, 2024

                                          */s/ Scott A. Stichter*
Scott A. Stichter (FBN 0710679)
Matthew B. Hale (FBN 0110600)
**STICHTER, RIEDEL, BLAIN & POSTLER, P.A.**
110 East Madison Street, Suite 200
Tampa, FL 33602
Telephone: (813) 229-0144
Email: sstichter@srbp.com; mhale@srbp.com
Proposed Counsel for Debtor

2