UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,

    Debtor.
_____/

Chapter 11

Case No. 8:24-bk-676-RCT

## CERTIFICATION OF NECESSITY OF REQUEST FOR EMERGENCY HEARING

I HEREBY CERTIFY, as a member of the Bar of the Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is a just cause to request a consideration of the following pleading on an emergency basis:

**DEBTOR'S EMERGENCY APPLICATION FOR
AUTHORIZATION TO EMPLOY EPIQ CORPORATE
RESTRUCTURING, LLC AS CLAIMS, NOTICING, AND
SOLICITATION AGENT EFFECTIVE AS OF THE PETITION DATE**

I CERTIFY FURTHER that there is a true necessity for an emergency hearing. The Debtor requires emergency relief because Epiq Corporate Restructuring, LLC will be serving filings for the Debtor on interested parties and needs authorization to perform that critical service during the early stages of the case. Accordingly, the Debtor requests a hearing on or before **February 14, 2024** to avoid disruptions to its business, and irreparable harm to the estate.

I CERTIFY FURTHER that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part but has been brought about only by circumstances beyond my control or that of my client. I further certify that this motion is filed with full understanding of F.R.B.P. 9011 and the consequences of noncompliance with same.

DATED: February 9, 2024

>*/s/ Scott A. Stichter*
>Scott A. Stichter (FBN 0710679)
>Matthew B. Hale (FBN 0110600)
>**STICHTER, RIEDEL, BLAIN & POSTLER, P.A.**
>110 East Madison Street, Suite 200
>Tampa, FL 33602
>Telephone: (813) 229-0144
>Email: sstichter@srbp.com; mhale@srbp.com
>Proposed Counsel for Debtor