UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                    Chapter 11

THE CENTER FOR SPECIAL NEEDS                      Case No. 8:24-bk-00676-RCT
TRUST ADMINISTRATION, INC.,

    Debtor.
_____/

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. The Honorable Robert A. Colton will conduct a preliminary hearing in this case on **February 13, 2024, at 3:30 PM** in Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602 on the following matter:

> **Debtor's Motion for Authorization to Pay Prepetition Wages and Salaries (Doc. No. 8)**
>
> **Debtor's Emergency Motion for Interim and Final Orders Granting (A) Authority to (I) Maintain Trust Bank Accounts and to Continue to Use Existing Business Forms and Checks for Trust Bank Accounts, and (II) Continue to Use Existing Trust Cash Management System, and (B) Waiver of Certain Investment and Deposit Guidelines (Doc. No. 18)**
>
> **Debtor's Emergency Application for Authorization to Employ Epiq Corporate Restructuring, LLC as Claims, Noticing, and Solicitation Agent Effective as of the Petition Date (Doc. No. 20)**
>
> **Debtor's Emergency Motion for Approval of Trust Distribution Procedures (Doc. No. 10)**
>
> **Debtor's Emergency Motion to Authorize the Implementation Of Procedures to Maintain and Protect Confidential and Personally Identifiable Information (Doc. No. 14)**

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/colton.

3. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance, no

later than 3:00 p.m. one business day before the date of the hearing. To register, manually enter the following web address into a browser:

https://www.zoomgov.com/meeting/register/vJItcOGopjMpG2gRKyn-ipk6SXFBnivGTDA#/registration

      4.      All participants, whether attending in person or remotely, must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

      5.      Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

      6.      The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

      */s/ Matthew B. Hale*
      Matthew B. Hale (FBN 110600)
      **STICHTER, RIEDEL, BLAIN & POSTLER, P.A.**
      110 Madison Street, Suite 200
      Tampa, Florida 33602
      (813) 229-0144 – Phone
      (813) 229-1811 – Fax
      Email: mhale@srbp.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Preliminary Hearing* has been furnished on this 10th day of February, 2024, by the Court's CM/ECF electronic mail system to all parties receiving electronic noticing. Additionally, Epiq Corporate Restructuring, LLC will cause a true and correct copy of the foregoing document to be served on all parties required to be served, including the Local Rule 1007-2 Parties in Interest List, and will file a certificate or affidavit of service.

      */s/ Matthew B. Hale*
      Matthew B. Hale