UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

The Center for Special Needs      Case No. 8:24-bk-00676-RCT
Trust Administration, Inc.,     Chapter 11
        Debtor.
_____/

## AMENDED NOTICE OF APPEARANCE

    On behalf of Mary Ida Townson, United States Trustee for Region 21, Teresa M. Dorr, files this Amended Notice of Appearance for purposes of CM/ECF.

    The meeting of creditors will be held telephonically on March 13, 2024, at 10:00 a.m. (EST). The telephone conference line is (866) 910-0293. The participant passcode is 7560574#.

    The United States Bankruptcy Court will generate a Notice of Chapter 11 Bankruptcy Case (the "Notice") and Epiq Corporate Restructuring, LLC shall serve creditors and parties in interest with the Notice upon its appointment as Claims, Noticing and Solicitation Agent by the Court in this case, which shall serve as official notice of the meeting of creditors.

Dated: February 12, 2024

                                    Respectfully submitted,

                                    MARY IDA TOWNSON
                                    United States Trustee for Region 21

                                    By: */s/ Teresa M. Dorr*
                                    Teresa M. Dorr, Trial Attorney
                                    Florida Bar No. 48037
                                    Teresa.dorr@usdoj.gov
                                    Office of the United States Trustee
                                    501 East Polk Street, Suite 1200
                                    Tampa, Florida 33602
                                    (813) 228-2132
                                    (813) 228-2303 facsimile