UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                   Chapter 11

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                 Case No. 8:24-bk-00676-RCT

       Debtor.

_____/

**DEBTOR'S NOTICE OF PROPOSED
AGENDA FOR FEBRUARY 13, 2024, HEARING ON FIRST DAY PLEADINGS**

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., as debtor

and debtor in possession (the "**Debtor**"), files this agenda (the "**Agenda**") for the matters set forth

below that are scheduled for a hearing on February 13, 2024, at 3:30 p.m. on the Debtor's "First

Day Pleadings."  The purpose of this proposed Agenda is to provide notice to the Court, parties in

interest, and the creditors as to the Debtor's intentions on how to proceed at the hearing. The

information contained in the Agenda reflects information known to the Debtor's counsel as of the

filing of the Agenda and is subject to amendment.

**AGENDA**

| Doc. No. | Filing Party(ies) | Matter Description |
|---|---|---|
| | | **MAIN BANKRUPTCY CASE**<br>**CASE NO. 8:24-bk-00676-RCT** |
| | | **Motions for which Emergency Relief is Requested** |
| 10 | Debtor | *Debtor's Emergency Motion for Approval of Trust Distribution Procedures* |

| Doc. No. | Filing Party(ies) | Matter Description |
|---|---|---|
| 18 | Debtor | *Debtor's Emergency Motion for Interim and Final Orders Granting (A) Authority to (I) Maintain Trust Bank Accounts and to Continue to Use Existing Business Forms and Checks for Trust Bank Accounts, and (II) Continue to Use Existing Trust Cash Management System, and (B) Waiver of Certain Investment and Deposit Guidelines* |
| 8 | Debtor | *Debtor's Emergency Motion for Authorization to Pay Prepetition Wages and Salaries* |
| 14 | Debtor | *Debtor's Emergency Motion to Authorize the Implementation of Procedures to Maintain and Protect Confidential and Personally Identifiable Information* |
| 20 | Debtor | *Debtor's Application for Authorization to Employ Epiq Corporate Restructuring, LLC as Claims, Noticing, and Solicitation Agent Effective as of the Petition Date* |
| **Supporting Documents for Motions Set for Hearing** | | |
| 7 | Debtor | *Chapter 11 Case Management Summary* |
| 28 | Debtor | *First Day Declaration* |

*/s/ Matthew B. Hale*
Scott A. Stichter (FBN 0710679)
Matthew B. Hale (FBN 0110600)
Daniel R. Fogarty (FBN0017532)
**STICHTER, RIEDEL, BLAIN & POSTLER, P.A.**
110 East Madison Street, Suite 200
Tampa, FL  33602
Telephone: (813) 229-0144
Email: sstichter@srbp.com; mhale@srbp.com;
      dfogarty@srbp.com
Proposed Counsel for Debtor

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Debtor's Notice of Proposed Agenda for February 13, 2024 Hearing on First Day Motions* has been furnished on this 12th day of February, 2024, by the Court's CM/ECF electronic mail system to all parties receiving electronic noticing.

*/s/ Matthew B. Hale*
Matthew B. Hale

3