UNITED STATES BANKRUPTCY COURT
<u>MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION</u>

| | |
|---|---|
| In re<br><br>THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.<br><br>        Debtor. | Chapter 11<br><br>Case No. 24-00676 (RCT)<br><br>**Ref. Docket Nos. 7, 8, 10, 12-14, 16, 18, 20, 22 & 23** |

<u>**CERTIFICATE OF SERVICE**</u>

I, ARNOLD NGUYEN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 9, 2024, I caused to be served the:

   a. "Chapter 11 Case Management Summary," dated February 9, 2024 [Docket No. 7], (the "Summary"),

   b. "Emergency Motion for Authorization to Pay Prepetition Wages and Salaries," dated February 9, 2024 [Docket No. 8], (the "Wage Motion"),

   c. "Debtor's Emergency Motion for Approval of Trust Distribution Procedures," dated February 9, 2024 [Docket No. 10], (the "Distribution Motion"),

   d. "Debtor's Application for Authorization to Employ Stichter, Riedel, Blain & Postler, P.A. as Counsel for Debtor in Possession Effective as of the Petition Date," dated February 9, 2024 [Docket No. 12], (the "Stichter Application"),

   e. "Debtor's Application to Employ Hill, Ward & Henderson, P.A. as Special Litigation Counsel Effective as of the Petition Date," dated February 9, 2024 [Docket No. 13], (the "Hill Application"),

   f. "Debtor's Emergency Motion to Authorize the Implementation of Procedures to Maintain and Protect Confidential and Personally Identifiable Information," dated February 9, 2024 [Docket No. 14], (the "Redact Motion"),

   g. "Debtor's Application for Authorization to Employ and Compensate Nperspective Advisory Services, LLC as Restructuring Advisor and to Appoint William A. Long, Jr. as Chief Restructuring Officer, Effective as of the Petition Date," dated February 9, 2024 [Docket No. 16], (the "Nperspective Application"),

    h.  "Debtor's Emergency Motion for Interim and Final Orders Granting (A) Authority to (I) Maintain Trust Bank Accounts and to Continue to Use Existing Business Forms and Checks for Trust Bank Accounts, and (II) Continue to Use Existing Trust Cash Management System, and (B) Waiver of Certain Investment and Deposit Guidelines," filed on February 9, 2024 [Docket No. 18], (the "Cash Management Motion"),

    i.  "Debtor's Emergency Application for Authorization to Employ Epiq Corporate Restructuring, LLC as Claims, Noticing, and Solicitation Agent Effective as of the Petition Date," dated February 9, 2024 [Docket No. 20], (the "Epiq Application"),

    j.  "Debtor's Motion to Reject Support Counsel Agreement with Richard F. Meyer," filed on February 9, 2024 [Docket No. 22], (the "Meyer Motion"), and

    k.  "Motion to Compel Turnover of Records from Austin Colby Co.," filed on February 9, 2024 [Docket No. 23], (the "Colby Motion"),

by causing true and correct copies of the:

    i.  Summary, Wage Motion, Distribution Motion, Stichter Application, Hill Application, Redact Motion, Nperspective Application, Cash Management Motion, Epiq Application, Meyer Motion, and Colby Motion to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    ii.  Summary, Wage Motion, Distribution Motion, Stichter Application, Hill Application, Redact Motion, Nperspective Application, Cash Management Motion, Epiq Application, Meyer Motion, and Colby Motion to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to the top 30 unsecured creditors whose names and addresses are confidential or otherwise and therefore not reflected on the attached exhibits,

    iii.  Wage Motion and Cash Management Motion to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B,

    iv.  Colby Motion to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

    v.  Meyer Motion to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit D,

    vi.  Summary, Wage Motion, Distribution Motion, Stichter Application, Hill Application, Redact Motion, Nperspective Application, Cash Management Motion, Epiq Application, Meyer Motion, and Colby Motion to be delivered via electronic mail to those parties listed on the annexed Exhibit E,

    vii.    Wage Motion and Cash Management Motion to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit F</u>,

    viii.    Colby Motion to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit G</u>, and

    ix.    Meyer Motion to be delivered via electronic mail to the party listed on the annexed <u>Exhibit H</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Arnold Nguyen*
Arnold Nguyen

**EXHIBIT A**

The Center for Special Needs Trust Admin
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| INTERNAL REVENUE SERVICE | INSOLVENCY UNIT 7850 SW 6TH COURT MAIL STOP 5730 PLANTATION FL 33324 |
| INTERNAL REVENUE SERVICE LOCAL | OFFICE CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE LOCAL | OFFICE 600 ARCH STREET PHILADELPHIA PA 19106 |
| INTERNAL REVENUE SERVICE LOCAL | OFFICE 611 S. DUPONT HWY DOVER DE 19904 |
| OFFICE OF SECRETARY OF STATE OF | FLORIDA R.A. GRAY BLDG 500 S BRONOUGH ST TALLAHASSEE FL 32399 |
| STATE OF FLORIDA ATTORNEY GENERAL | THE CAPITOL, PL 01 TALLAHASSEE FL 32399-1050 |
| UNITED STATES ATTORNEYS OFFICE | FOR THE MIDDLE DISTRICT OF FLORIDA 400 NORTH TAMPA STREET, SUITE 3200 TAMPA FL 33602 |
| UNITED STATES TRUSTEE FOR THE | MIDDLE DISTRICT OF FLORIDA 500 EAST POLK STREET SUITE 1200 TAMPA FL 33602 |

**Total Creditor count  8**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| AMERICAN MOMENTUM BANK | KAREN M. JONES 4830 W. KENNEDY BLVD SUITE 200 TAMPA FL 33609 |
| KEY BANK | MICHELE S COMPO, NY-37-39-1712 1700 BAUSCH AND LOMB PLACE ROCHESTER NY 14604 |
| KEY BANK | STACIA YERICO 127 PUBLIC SQUARE CLEVELAND OH 44114 |

**Total Creditor count  3**

**EXHIBIT C**

THE CENTER FOR SPECIAL NEEDS TRUST ADMIN
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AUSTIN COLBY CO. | ATTN: BRETT WALRATH, PRESIDENT 4912 CREEKSIDE DRIVE CLEARWATER FL 33760 |
| AUSTIN COLBY CO. | 12707 49TH STREET N. SUITE 100 CLEARWATER FL 33762 |
| AUSTIN COLBY CO. | ATTN: JONATHAN GOLDEN, REGISTERED AGENT 12707 49TH STREET N. SUITE 900 CLEARWATER FL 33762 |
| AUSTIN COLBY CO. | ATTN: LEO J. GOVINI, DIRECTOR 12707 49TH STREET N. SUITE 200 CLEARWATER FL 33762 |

**Total Creditor count  4**

**EXHIBIT D**

## Service List

| Claim Name | Address Information |
|---|---|
| R.F. MEYER & ASSOCIATES | ATTN: RICHARD F. MEYER 450 W. WILSON BRIDGE RD. SUITE 380 COLUMBUS OH 43085 |

**Total Creditor count  1**

**EXHIBIT E**

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC. Case No. 8:24-bk-00676-RCT
Electronic Mail Master Service List

| Creditor Name | Email |
|---|---|
| OFFICE OF SECRETARY OF STATE OF FLORIDA | secretaryofstate@dos.myflorida.com |
| UNITED STATES TRUSTEE FOR THE MIDDLE DISTRICT OF | ustp.region21@usdoj.gov; guy.a.vanbaalen@usdoj.gov |

**EXHIBIT F**

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC. Case No. 8:24-bk-00676-RCT

Electronic Mail Additional List - Banks

| Creditor Name | Email |
|---|---|
| AMERICAN MOMENTUM BANK | kjones@americanmomentum.bank |
| KEY BANK | michele_s_compo@keybank.com |
| KEY BANK | Stacia_P_Yerico@KeyBank.com |

**EXHIBIT G**

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC. Case No. 8:24-bk-00676-RCT
Electronic Mail Additional Service List

| Creditor Name | Email |
|---|---|
| AUSTIN COLBY CO. | lee.chang@austin-colby.com; miki.parks@austin-colby.com |

# EXHIBIT H

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC. Case No. 8:24-bk-00676-RCT

Electronic Mail Additional Service List

| Creditor Name | Email |
|---|---|
| R.F. MEYER & ASSOCIATES | rmeyer@elderlaw.us |