**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION**

| | |
|---|---|
| In re | Chapter 11 |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC. | Case No. 24-00676 (RCT) |
| Debtor. | **Ref. Docket No. 24, 28 & 29** |

## CERTIFICATE OF SERVICE

I, WING LAI-CHAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 12, 2024, I caused to be served the:

    a. "Notice of Preliminary Hearing," dated February 10, 2024 [Docket No. 24], (the "Hearing Notice")

    b. "Notice of Filing Declaration of William A. Long, Jr., Chief Restructuring Officer for the Debtor in Support of First Day Pleadings" dated February 12, 2024 [Docket No. 28], (the "Declaration"), and

    c. "Debtor's Notice of Proposed Agenda for February 13, 2024, Hearing on First Day Pleadings" dated February 12, 2024 [Docket No. 29], (the "Agenda"),

by causing true and correct copies of the:

    d. Hearing Notice enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    e. Hearing Notice enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to the top 30 unsecured creditors whose names and addresses are confidential or otherwise and therefore not reflected on the attached exhibits, and

    f. Hearing Notice, Declaration, and Agenda delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    g.  Hearing Notice and Agenda delivered via electronic mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Lai-Chan*
Wing Lai-Chan

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| INTERNAL REVENUE SERVICE | INSOLVENCY UNIT 7850 SW 6TH COURT MAIL STOP 5730 PLANTATION FL 33324 |
| INTERNAL REVENUE SERVICE LOCAL | OFFICE CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE LOCAL | OFFICE 600 ARCH STREET PHILADELPHIA PA 19106 |
| INTERNAL REVENUE SERVICE LOCAL | OFFICE 611 S. DUPONT HWY DOVER DE 19904 |
| OFFICE OF SECRETARY OF STATE OF | FLORIDA R.A. GRAY BLDG 500 S BRONOUGH ST TALLAHASSEE FL 32399 |
| STATE OF FLORIDA ATTORNEY GENERAL | THE CAPITOL, PL 01 TALLAHASSEE FL 32399-1050 |
| UNITED STATES ATTORNEYS OFFICE | FOR THE MIDDLE DISTRICT OF FLORIDA 400 NORTH TAMPA STREET, SUITE 3200 TAMPA FL 33602 |
| UNITED STATES TRUSTEE FOR THE | MIDDLE DISTRICT OF FLORIDA 501 EAST POLK STREET ROOM 1200 TAMPA FL 33602 |

**Total Creditor count  8**

| Claim Name | Address Information |
|---|---|
| AMERICAN MOMENTUM BANK | KAREN M. JONES 4830 W. KENNEDY BLVD SUITE 200 TAMPA FL 33609 |
| KEY BANK | MICHELE S COMPO, NY-37-39-1712 1700 BAUSCH AND LOMB PLACE ROCHESTER NY 14604 |
| KEY BANK | STACIA YERICO 127 PUBLIC SQUARE CLEVELAND OH 44114 |

**Total Creditor count  3**

**EXHIBIT B**

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.
Electronic Mail Master Service List

| Creditor Name | Email |
|---|---|
| OFFICE OF SECRETARY OF STATE OF FLORIDA | secretaryofstate@dos.myflorida.com |
| UNITED STATES TRUSTEE FOR THE MIDDLE DISTRICT OF | ustp.region21@usdoj.gov; guy.a.vanbaalen@usdoj.gov |

# EXHIBIT C

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.
Electronic Mail Service List - Banks

| Creditor Name | Email |
|---|---|
| AMERICAN MOMENTUM BANK | kjones@americanmomentum.bank |
| KEY BANK | michele_s_compo@keybank.com |
| KEY BANK | Stacia_P_Yerico@KeyBank.com |