**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION**

| | |
|---|---|
| In re | Chapter 11 |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC. | Case No. 24-00676 (RCT) |
| Debtor. | **Ref. Docket No. 22** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, ARNOLD NGUYEN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 12, 2024, I caused to be served the "Debtor's Motion to Reject Support Counsel Agreement with Richard F. Meyer," filed on February 9, 2024 [Docket No. 22], by causing a true and correct copy to be enclosed in a postage pre-paid envelope and delivered via certified mail, return receipt requested to *Richard F. Meyer, Esquire, F.R. Meyer, LLC, 450 W. Wilson Bridge Road, Suite 380, Columbus, OH 43085*.

3. The envelope utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Arnold Nguyen*
Arnold Nguyen