

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

02/13/2024 03:30 PM

COURTROOM 8A

**HONORABLE ROBERTA COLTON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:24-bk-00676-RCT** | **11** | **02/09/2024** |

**Chapter 11**

**DEBTOR:**   The Center for Special Needs Trust Administration, Inc.

**DEBTOR ATTY:**   Daniel Fogarty

**TRUSTEE:**   NA

**HEARING:**

(1) Emergency Motion for Authority to Pay Pre-Petition Wages by Debtor (Doc 8)
(2) Emergency Motion for Approval of Trust Distribution Procedures by Debtor (Doc 10)
(3) Emergency Motion to Authorize the Implementation of Procedures to Maintain and Protect Confidential and Personally Identifiable Information by Debtor (Doc 14)
(4) Emergency Motion for Interim and Final Orders Granting (A) Authority to (I) Maintain Trust Bank Accounts and to Continue to Use Existing Business Forms and Checks for Trust Bank Accounts, and (II) Continue to Use Existing Trust Cash Management System, and (B) Waiver of Certain Investment and Deposit Guidelines by Debtor (Doc 18)
(5) Emergency Application to Employ Epiq Corporate Restructuring as Claims, Noticing, and Solicitation Agent by   Debtor (Doc 20)
Note:
Case Management Summary (Doc 7) filed 2/9/24
Notice of Filing Declaration of William A. Long, Jr., Chief Restructuring Officer for the Debtor, in Support of First Day Pleadings by Debtor (Doc 28) filed 2/12/24
Notice of Proposed Agenda for Feb 13, 2024 Hearing on First Day Pleadings by Debtor (Doc 29) filed 2/12/24

**APPEARANCES:**: Scott Stichter and Matthew Hale: Debtor Atty; Patrick Mosley and Mark Wall: Special Counsel for Debtor; Guy

Van Balen: U.S. Trustee; Teresa Dorr: U.S. Trustee Atty; Laura Fernandez adnd Leo Govoni: Boston Finance Group

**WITNESSES:**

**EVIDENCE:**

**RULING:** ****(1) Emergency Motion for Authority to Pay Pre-Petition Wages by Debtor (Doc 8) -   GRANTED; ORDER BY STICHTER    ****(2) Emergency Motion for Approval of Trust Distribution Procedures by Debtor (Doc 10) -   GRANTED ON INTERIM BASIS TO 2/27/24 @ 1:30 PM; ORDER BY STICHTER    ****(3) Emergency Motion to Authorize the Implementation of Procedures to Maintain and Protect Confidential and Personally Identifiable Information by Debtor (Doc 14) -   GRANTED AS DISCUSSED IN OPEN COURT; ORDER BY HALE    ****(4) Emergency Motion for Interim and Final Orders Granting (A) Authority to (I) Maintain Trust Bank Accounts and to Continue to Use Existing Business Forms and Checks for Trust Bank Accounts, and (II) Continue to Use Existing Trust Cash Management System, and (B) Waiver of Certain Investment and Deposit Guidelines by Debtor (Doc 18) -   GRANTED ON INTERIM BASIS TO 2/27/24 @ 1:30 PM; ORDER BY STICHTER
****(5) Emergency Application to Employ Epiq Corporate Restructuring as Claims, Noticing,
and Solicitation Agent by Debtor (Doc 20) -   APPROVED; EPIQ TO SERVE 341 MEETING OF CREDITORS NOTICE, INSTEAD OF BNC NOTICING CENTER; ORDER BY HALE

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.