United States Bankruptcy Court
Middle District of Florida

| | |
|---|---|
| In re: | Case No. 24-00676-RCT |
| The Center for Special Needs Trust Admin | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 12, 2024 | Form ID: pdfADIdt | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + The Center for Special Needs Trust Administration,, 12425 28th St. N., Saint Petersburg, FL 33716-1844 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 14, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel R Fogarty | on behalf of Debtor The Center for Special Needs Trust Administration  Inc. dfogarty.ecf@srbp.com, srbpecf@srbp.com |
| Matthew B Hale | on behalf of Debtor The Center for Special Needs Trust Administration  Inc. mhale.ecf@srbp.com, mhale@srbp.com;srbpecf@srbp.com |
| Scott A. Stichter | on behalf of Debtor The Center for Special Needs Trust Administration  Inc. sstichter.ecf@srbp.com, srbpecf@srbp.com |
| Teresa Marie Dorr | on behalf of U.S. Trustee United States Trustee - TPA teresa.dorr@usdoj.gov |
| United States Trustee - TPA | USTPRegion21.TP.ECF@USDOJ.GOV |

TOTAL: 5

[Doepvhlt] [District Order Establishing Procedures for Video Hearings – Limited Parties]

ORDERED.

**Dated: February 12, 2024**

_Roberta A. Colton_
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

The Center for Special Needs Trust Administration, Inc.

_____Debtor*_____/

Case No.
8:24−bk−00676−RCT
Chapter 11

### ORDER ESTABLISHING PROCEDURES FOR VIDEO HEARINGS

The Court will permit attorneys and parties to attend the hearing scheduled for February 13, 2024 at 3:30 PM (the "Hearing") by telephone or video via Zoom.

Accordingly, it is

**ORDERED:**

1. Parties are directed to consult the Court's *Procedures Governing Court Appearances,* available at https://www.flmb.uscourts.gov/judges/colton regarding policies and procedures for attendance at hearings by video or telephone via Zoom. If you are unable to access the Court's website, please contact the Courtroom Deputy at 813−301−5118 no later than 3:00 p.m. one business day before the date of the hearing.

2. Participants are reminded that photographing, recording, or further broadcasting the Hearing is strictly prohibited. Violation of these prohibitions may result in sanctions. All hearings will continue to be recorded using the Court's official digital recording system. The process for requesting an official transcript has not changed.

The Clerk is directed to serve a copy of this order on all interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.