UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                      Chapter 11

THE CENTER FOR SPECIAL NEEDS                          Case No. 8:24-bk-00676-RCT
TRUST ADMINISTRATION, INC.,

    Debtor.
_____/

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. The Honorable Roberta A. Colton will conduct a preliminary hearing in this case on **February 27, 2024, at 1:30 PM** in Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602 on the following matters:

**Motion to Reject Support Counsel Agreement with Richard F. Meyer (Doc. No. 22)**

**Motion to Compel Turnover of Records from Austin Colby Co. (Doc. No. 23)**

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/colton.

3. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance, no later than 3:00 p.m. one business day before the date of the hearing. To register, manually enter the following web address into a browser:

https://www.zoomgov.com/meeting/register/vJItcOGopjMpG2gRKyn-ipk6SXFBnivGTDA#/registration

4. All participants, whether attending in person or remotely, must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

5. Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

6.     The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

                                                  */s/ Matthew B. Hale*
                                                  Matthew B. Hale (FBN 110600)
                                                  **STICHTER, RIEDEL, BLAIN & POSTLER, P.A.**
                                                  110 Madison Street, Suite 200
                                                  Tampa, Florida 33602
                                                  (813) 229-0144 – Phone
                                                  (813) 229-1811 – Fax
                                                  Email: mhale@srbp.com
                                                  Attorneys for Debtor

### **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Preliminary Hearing* has been furnished on this 15th day of February 2024, by the Court's CM/ECF electronic mail system to all parties receiving electronic noticing. Additionally, Epiq Corporate Restructuring, LLC will cause a true and correct copy of the foregoing document to be served on all parties required to be served, including the Local Rule 1007-2 Parties in Interest List, and to:

| | |
|---|---|
| Austin Colby Co.<br>12707 49th Street N.<br>Suite 100<br>Clearwater, FL 33762 | Richard F. Meyer, Esquire<br>F.R. Meyer, LLC<br>450 W. Wilson Bridge Road, Suite 380<br>Columbus, OH  43085 |

Austin Colby Co.
Attn: Jonathan Golden, Registered Agent
12707 49th Street N.
Suite 900
Clearwater, FL  33762

Austin Colby Co.
Attn: Leo J. Govini, Director
12707 49th Street N.
Suite 200
Clearwater, FL  33762

Austin Colby Co.
Attn: Brett Walrath, President
4912 Creekside Drive
Clearwater, FL  33760

                                                  */s/ Matthew B. Hale*
                                                  Matthew B. Hale

4872-6283-9461, v. 1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:24-bk-00676-RCT<br>Middle District of Florida<br>Tampa<br>Fri Feb 16 10:10:32 EST 2024 | Boston Finance Group, LLC<br>Lara Roeske Fernandez, Esq.<br>101 East Kennedy Boulevard, Suite 2700<br>Tampa, Florida 33602-5150 | Leo J. Govoni<br>Lara Roeske Fernandez, Esq.<br>101 East Kennedy Boulevard, Suite 2700<br>Tampa, Florida 33602-5150 |
| United States Trustee<br>Office of the United States Trustee<br>c/o Teresa M. Dorr<br>501 East Polk Street, Suite 1200<br>Tampa, Florida 33602-3945 | End of Label Matrix<br>Mailable recipients    3<br>Bypassed recipients    0<br>Total                  3 | |