**[Doepvhlt]** [District Order Establishing Procedures for Video Hearings – Limited Parties]

ORDERED.

**Dated: February 16, 2024**

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Case No.
8:24–bk–00676–RCT
Chapter 11

The Center for Special Needs Trust Administration, Inc.

_____ Debtor* _____/

## ORDER ESTABLISHING PROCEDURES FOR VIDEO HEARINGS

The Court will permit attorneys and parties to attend the hearing scheduled for February 27, 2024 at 1:30 PM (the "Hearing") by telephone or video via Zoom.

Accordingly, it is

**ORDERED:**

1. Parties are directed to consult the Court's *Procedures Governing Court Appearances,* available at https://www.flmb.uscourts.gov/judges/colton regarding policies and procedures for attendance at hearings by video or telephone via Zoom. If you are unable to access the Court's website, please contact the Courtroom Deputy at 813–301–5118 no later than 3:00 p.m. one business day before the date of the hearing.

2. Participants are reminded that photographing, recording, or further broadcasting the Hearing is strictly prohibited. Violation of these prohibitions may result in sanctions. All hearings will continue to be recorded using the Court's official digital recording system. The process for requesting an official transcript has not changed.

The Clerk is directed to serve a copy of this order on all interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.