UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Chapter 11

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,  Case No. 8:24-bk-676-RCT

Debtor.
_____/

## NOTICE OF APPEARANCE

Edward J. Peterson of the law firm of Johnson Pope Bokor Ruppel & Burns, LLP, hereby gives notice of his appearance for Austin Colby Co. in the above action and requests that all notices, pleadings, and correspondence in this proceeding be served upon the undersigned.

*//s/ Edward J. Peterson*
Edward J. Peterson (FBN 014612)
Johnson Pope Bokor Ruppel & Burns, LLP
400 N. Ashley Drive, Suite 3100
Tampa, Florida 33602
Telephone: (813) 225-2500
Email: edwardp@jpfirm.com
Attorneys for Austin Colby Co.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Appearance* has been furnished on February 16, 2024, by the Court's CM/ECF electronic noticing system to all parties receiving electronic noticing.

*/s/ Edward J. Peterson*
Edward J. Peterson