United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 24-00676-RCT |
| The Center for Special Needs Trust Admin | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 14, 2024 | Form ID: Dntcsc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + The Center for Special Needs Trust Administration,, 12425 28th St. N., Saint Petersburg, FL 33716-1844 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 16, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel R Fogarty | on behalf of Debtor The Center for Special Needs Trust Administration Inc. dfogarty.ecf@srbp.com, srbpecf@srbp.com |
| Lara Roeske Fernandez | on behalf of Creditor Boston Finance Group LLC lrfernandez@trenam.com, mmosbach@trenam.com,mwoods@trenam.com,tyatsco@trenam.com |
| Lara Roeske Fernandez | on behalf of Creditor Leo J. Govoni lrfernandez@trenam.com mmosbach@trenam.com,mwoods@trenam.com,tyatsco@trenam.com |
| Matthew B Hale | on behalf of Debtor The Center for Special Needs Trust Administration Inc. mhale.ecf@srbp.com, mhale@srbp.com;srbpecf@srbp.com |
| Scott A. Stichter | on behalf of Debtor The Center for Special Needs Trust Administration Inc. sstichter.ecf@srbp.com, srbpecf@srbp.com |

District/off: 113A-8        User: admin        Page 2 of 2
Date Rcvd: Feb 14, 2024        Form ID: Dntcsc        Total Noticed: 1

Teresa Marie Dorr
    on behalf of U.S. Trustee United States Trustee - TPA teresa.dorr@usdoj.gov

United States Trustee - TPA
    USTPRegion21.TP.ECF@USDOJ.GOV

TOTAL: 7

[Dntcsc] [District Notice of (Initial) Status Conference]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                       Case No. 8:24−bk−00676−RCT
                                                                                             Chapter 11

The Center for Special Needs Trust Administration, Inc.

_____Debtor*_____/

NOTICE OF INITIAL STATUS CONFERENCE

**PLEASE TAKE NOTICE:**

1. The Honorable Roberta A. Colton will conduct initial status conference pursuant to 11 U.S.C. § 105(d) on **March 28, 2024 , at 09:30 AM in Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, FL 33602**.

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom available at https://www.flmb.uscourts.gov/judges/colton/.

3. Interested parties must appear at the status conference, or any objections or defenses to matters discussed at the status conference may be deemed waived.

4. The Court may continue the status conference upon announcement made in open court and reflected on the docket without further written notice.

**Avoid delays at Courthouse security checkpoints**. You must show a photo I.D. to enter the Courthouse. Except in the Orlando Courthouse, you may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. *See* Rule 7.02 of the Local Rules of the United States District Court for the Middle District of Florida and Rule 5073−1 of this Court's Local Rules.

Dated  February 14, 2024

                                                                                        FOR THE COURT
                                                                                        Sheryl L. Loesch,
                                                                                        Clerk of Court
                                                                                        Sam M. Gibbons United States Courthouse
                                                                                        801 North Florida Avenue
                                                                                        Suite 555
                                                                                        Tampa, FL 33602

*All references to "Debtor" include and refer to both the debtors in a case filed jointly by two individuals.
The Clerk's office is directed to serve a copy of this Notice on interested parties.