**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION**

| | |
|---|---|
| In re | Chapter 11 |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC. | Case No. 24-00676 (RCT) |
| Debtor. | **Ref. Docket Nos. 39-46** |

## CERTIFICATE OF SERVICE

I, WING LAI-CHAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 16, 2024, I caused to be served the:

   a. "Notice of Preliminary Hearing," dated February 16, 2024 [Docket No. 39], (the "Hearing Notice"),

   b. "Debtor's Motion to Reject Agreement with Boston Asset Management, Inc.," dated February 16, 2024 [Docket No. 40], (the "Reject Motion"),

   c. "Order Establishing Procedures for Video Hearings," dated February 16, 2024 [Docket No. 41], (the "2/27 Hearing Order"),

   d. "Order Establishing Procedures for Video Hearings," dated February 16, 2024 [Docket No. 42], (the "3/28 Hearing Order"),

   e. "Order Granting Debtor's Emergency Motion to Authorize the Implementation of Procedures to Maintain and Protect Confidential and Personally Identifiable Information," dated February 16, 2024 [Docket No. 43], (the "Redact Order"),

   f. "Order Approving Debtor's Application for Authorization to Employ Epiq Corporate Restructuring, LLC as Claims, Noticing, and Solicitation Agent Effective as of the Petition Date," dated February 16, 2024 [Docket No. 44], (the "Epiq Order"),

   g. "Order Granting Debtor's Emergency Motion for Authorization to Pay Prepetition Wages Salaries," dated February 16, 2024 [Docket No. 45], (the "Wage Order"), and

    h. "Interim Order Granting Debtor's Emergency Motion for Approval of Trust Distribution Procedures," dated February 16, 2024 [Docket No. 46], (the "Distribution Order"),

by causing true and correct copies of the:

    i. Hearing Notice, Reject Motion, 2/27 Hearing Order, 3/28 Hearing Order, Redact Order, Epiq Order, Wage Order, and Distribution Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and the top 30 unsecured creditors whose names and addresses are confidential and therefore not included,

    ii. Hearing Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>,

    iii. Reject Motion to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>,

    iv. Wage Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>,

    v. Hearing Notice, Reject Motion, 2/27 Hearing Order, 3/28 Hearing Order, Redact Order, Epiq Order, Wage Order, and Distribution Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit E</u>,

    vi. Hearing Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit F</u>, and

    vii. Wage Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit G</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                             <u>*/s/ Wing Lai-Chan*</u>
                                                                             Wing Lai-Chan

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| INTERNAL REVENUE SERVICE | INSOLVENCY UNIT 7850 SW 6TH COURT MAIL STOP 5730 PLANTATION FL 33324 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 600 ARCH STREET PHILADELPHIA PA 19106 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 611 S. DUPONT HWY DOVER DE 19904 |
| OFFICE OF SECRETARY OF STATE OF FLORIDA | R.A. GRAY BLDG 500 S BRONOUGH ST TALLAHASSEE FL 32399 |
| STATE OF FLORIDA ATTORNEY GENERAL | THE CAPITOL, PL 01 TALLAHASSEE FL 32399-1050 |
| TRENAM, KEMKER, SCHARF, BARKIN, | FRYE, O'NEILL & MULLIS, P.A. ATTN: LARA ROESKE FERNANDEZ 101 EAST KENNEDY BOULEVARD, SUITE 2700 TAMPA FL 33602 |
| UNITED STATES ATTORNEYS OFFICE | FOR THE MIDDLE DISTRICT OF FLORIDA 400 NORTH TAMPA STREET, SUITE 3200 TAMPA FL 33602 |
| UNITED STATES TRUSTEE FOR REGION 21 | TERESA M. DORR 501 EAST POLK ST, ROOM 1200 TAMPA FL 33602 |

**Total Creditor count  9**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| AUSTIN COLBY CO. | ATTN: BRETT WALRATH, PRESIDENT 4912 CREEKSIDE DRIVE CLEARWATER FL 33760 |
| AUSTIN COLBY CO. | 12707 49TH STREET N. SUITE 100 CLEARWATER FL 33762 |
| AUSTIN COLBY CO. | ATTN: JONATHAN GOLDEN, REGISTERED AGENT 12707 49TH STREET N. SUITE 900 CLEARWATER FL 33762 |
| AUSTIN COLBY CO. | ATTN: LEO J. GOVINI, DIRECTOR 12707 49TH STREET N. SUITE 200 CLEARWATER FL 33762 |
| R.F. MEYER & ASSOCIATES | ATTN: RICHARD F. MEYER 450 W. WILSON BRIDGE RD. SUITE 380 COLUMBUS OH 43085 |

**Total Creditor count  5**

**EXHIBIT C**

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.
Case No. 8:24-bk-00676-RCT
First Class Mail Additional Service List

BOSTON ASSET MANAGEMENT, INC.
JONATHAN GOLDEN, REGISTERED AGENT
12707 49TH STREET N., SUITE 900
CLEARWATER, FL 33762

BOSTON ASSET MANAGEMENT, INC.
LEO GOVONI, PRESIDENT, DIRECTOR
12707 49TH STREET N., SUITE 200
CLEARWATER, FL 33762

**EXHIBIT D**

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.
Case No. 8:24-bk-00676-RCT
First Class Mail Additional Service List

AMERICAN MOMENTUM BANK
KAREN M. JONES
4830 W. KENNEDY BLVD SUITE 200 CLEARWATER, FL 33762

KEY BANK
MICHELE S COMPO, NY-37-39-1712
1700 BAUSCH AND LOMB PLACE
ROCHESTER, NY 14604

KEY BANK
STACIA YERICO
127 PUBLIC SQUARE
CLEVELAND, OH 44114

**EXHIBIT E**

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC. Case No. 8:24-bk-00676-RCT

Electronic Mail Master Service List

| Creditor Name | Email |
|---|---|
| OFFICE OF SECRETARY OF STATE OF FLORIDA | SECRETARYOFSTATE@DOS.MYFLORIDA.COM |
| UNITED STATES TRUSTEE FOR THE MIDDLE DISTRICT OF FLORIDA | USTP.REGION21@USDOJ.GOV; GUY.A.VANBAALEN@USDOJ.GOV; TERESA.DORR@USDOJ.GOV |
| TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS PA | LFERNANDEZ@TRENAM.COM |

**EXHIBIT F**

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC. Case No. 8:24-bk-00676-RCT
Electronic Mail Additional Service List

| Creditor Name | Email |
|---|---|
| AUSTIN COLBY CO. | lee.chang@austin-colby.com; Miki.Parks@Austin-Colby.com |

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC. Case No. 8:24-bk-00676-RCT

Electronic Mail Additional Service List

| Creditor Name | Email |
|---|---|
| R.F. MEYER & ASSOCIATES | rmeyer@elderlaw.us |

**EXHIBIT G**

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC. Case No. 8:24-bk-00676-RCT

Electronic Mail Additional Service List

| Creditor Name | Email |
|---|---|
| AMERICAN MOMENTUM BANK | accountservices@americanmomentum.bank |
| KEY BANK | michele_s_compo@keybank.com |
| KEY BANK | Stacia_P_Yerico@KeyBank.com |