**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION**

| | |
|---|---|
| In re<br><br>THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.<br><br>    Debtor. | Chapter 11<br><br>Case No. 24-00676 (RCT)<br><br>**Ref. Docket Nos. 10, 35 & 46** |

## CERTIFICATE OF SERVICE

I, WING LAI-CHAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 19, 2024, I caused to be served the:

   a. "Debtor's Emergency Motion for Approval of Trust Distribution Procedures," dated February 9, 2024 [Docket No. 10], (the "Distribution Motion"),

   b. "Notice of Chapter 11 Bankruptcy Case," filed on February 14, 2024 [Docket No. 35], (the "341 Notice"), and

   c. "Interim Order Granting Debtor's Emergency Motion for Approval of Trust Distribution Procedures," dated February 16, 2024 [Docket No. 46], (the "Interim Distribution Order"),

by causing true and correct copies of the:

   i. 341 Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and the top 30 unsecured creditors whose names and addresses are confidential and therefore not included,

   ii. Distribution Motion, 341 Notice, and Interim Distribution Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B, and 1938 parties whose names and addresses are confidential and therefore not included, and

   iii. 341 Notice to be delivered via electronic mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Lai-Chan*
Wing Lai-Chan

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| INTERNAL REVENUE SERVICE | INSOLVENCY UNIT 7850 SW 6TH COURT MAIL STOP 5730 PLANTATION FL 33324 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 600 ARCH STREET PHILADELPHIA PA 19106 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 611 S. DUPONT HWY DOVER DE 19904 |
| JOHNSON POPE BOKOR RUPPEL & BURNS LLP | (COUNSEL TO AUSTON COLBY CO) ATTN: EDWARD J. PETERSON 400 N. ASHLEY DRIVE, SUITE 3100 TAMPA FL 33602 |
| OFFICE OF SECRETARY OF STATE OF FLORIDA | R.A. GRAY BLDG 500 S BRONOUGH ST TALLAHASSEE FL 32399 |
| STATE OF FLORIDA ATTORNEY GENERAL | THE CAPITOL, PL 01 TALLAHASSEE FL 32399-1050 |
| TRENAM, KEMKER, SCHARF, BARKIN, | FRYE, O'NEILL & MULLIS, P.A. ATTN: LARA ROESKE FERNANDEZ 101 EAST KENNEDY BOULEVARD, SUITE 2700 TAMPA FL 33602 |
| UNITED STATES ATTORNEYS OFFICE | FOR THE MIDDLE DISTRICT OF FLORIDA 400 NORTH TAMPA STREET, SUITE 3200 TAMPA FL 33602 |
| UNITED STATES TRUSTEE FOR REGION 21 | TERESA M. DORR 501 EAST POLK ST, ROOM 1200 TAMPA FL 33602 |

**Total Creditor count  10**

| Claim Name | Address Information |
|---|---|
| AMERICAN MOMENTUM BANK | KAREN M. JONES 4830 W. KENNEDY BLVD SUITE 200 TAMPA FL 33609 |
| AUSTIN COLBY CO. | 12707 49TH STREET N. SUITE 100 CLEARWATER FL 33762 |
| AUSTIN COLBY CO. | ATTN: BRETT WALRATH, PRESIDENT 4912 CREEKSIDE DRIVE CLEARWATER FL 33760 |
| AUSTIN COLBY CO. | ATTN: JONATHAN GOLDEN, REGISTERED AGENT 12707 49TH STREET N. SUITE 900 CLEARWATER FL 33762 |
| AUSTIN COLBY CO. | ATTN: LEO J. GOVINI, DIRECTOR 12707 49TH STREET N. SUITE 200 CLEARWATER FL 33762 |
| CENTERS FOR DISEASE CONT. & PREVENTION | 1600 CLINTON ROAD ATLANTA GA 30329-4027 |
| FLORIDA AGENCY FOR HEALTH CARE ADMIN | 2727 MAHAN DR TALLAHASSEE FL 32308 |
| FLORIDA AGENCY FOR HEALTH CARE ADMIN | 2727 MAHAN DRIVE TALLAHASSE FL 32308 |
| FLORIDA ATTORNEY GENERAL | ATTN ASHLEY MOODY PL 01 THE CAPITAL TALLAHASSEE FL 32399-1050 |
| FLORIDA DEPT OF HEALTH | 4052 BALD CYPRESS WAY BIN A00 TALLAHASSEE FL 32399-1701 |
| FLORIDA DEPT OF LABOR | DEPT OF ECONOMIC OPPORTUNITY 107 EAST MADISON ST CALDWELL BUILDING TALLAHASSEE FL 32399-4120 |
| FLORIDA DEPT OF REVENUE | 5050 W TENNESSEE ST TALLAHASSEE FL 32399-0100 |
| FLORIDA OFFICE OF FINANCIAL REGULATION | 200 E. GAINES ST TALLAHASSEE FL 32399 |
| FLORIDA OFFICE OF THE ATTORNEY GENERAL | CONSUMER PROTECTION DIVISION THE CAPITOL PL-01 TALLAHASSEE FL 32399-1050 |
| FLORIDA STATE TREASURY | UNCLAIMED PROPERTY DIVISION 200 E GAINES ST TALLAHASSEE FL 32399-0358 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 21309 BERLIN RD UNIT 13 GEORGETOWN DE 19947 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 600 ARCH STREET PHILADELPHIA PA 19106 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 611 S. DUPONT HWY DOVER DE 19904 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 844 KING ST WILMINGTON DE 19801 |
| JASON R. COODY | GAINESVILLE DIVISION 300 E UNIVERSITY AVE, STE 310 GAINESVILLE FL 32601 |
| JASON R. COODY | PENSACOLA DIVISION 21 E GARDEN ST, STE 400 PENSACOLA FL 32502 |
| JASON R. COODY | TALLAHASSEE HEADQUARTERS 111 N ADAMS ST 4TH FL US COURTHOUSE TALLAHASSEE FL 32301 |
| KEY BANK | MICHELE S COMPO, NY-37-39-1712 1700 BAUSCH AND LOMB PLACE ROCHESTER NY 14604 |
| KEY BANK | STACIA YERICO 127 PUBLIC SQUARE CLEVELAND OH 44114 |
| MARKENZY LAPOINTE | US ATTORNEYS OFFICE 101 S US 1, STE 3100 FT. PIERCE FL 34950 |
| MARKENZY LAPOINTE | US ATTORNEYS OFFICE 301 SIMONTON ST KEY WEST FL 33040 |
| MARKENZY LAPOINTE | US ATTORNEYS OFFICE 500 E BROWARD BLVD FT. LAUDERDALE FL 33394 |
| MARKENZY LAPOINTE | US ATTORNEYS OFFICE 500 S AUSTRALIAN AVE STE 400 W. PALM BEACH FL 33401 |
| MARKENZY LAPOINTE | US ATTORNEYS OFFICE 99 NE 4TH ST MIAMI FL 33132 |
| OFFICE OF SEC. OF STATE OF FLORIDA | HON. CORD BYRD R.A. GRAY BLDG 500 S BRONOUGH ST TALLAHASSEE FL 32399 |
| PENSION BENEFIT GUARANTY CORP | DIR. CORP. FINANCE & NEGOTIATION DEPT. 445 12TH ST SW WASHINGTON DC 20024 |
| PENSION BENEFIT GUARANTY CORP | GENERAL COUNSEL 445 12TH ST SW WASHINGTON DC 20024 |
| R.F. MEYER & ASSOCIATES | ATTN: RICHARD F. MEYER 450 W. WILSON BRIDGE RD. SUITE 380 COLUMBUS OH 43085 |
| ROGER B. HANDBERG | US ATTORNEYS OFFICE 2110 FIRST ST, STE 3-137 FT. MYERS FL 33901 |
| ROGER B. HANDBERG | US ATTORNEYS OFFICE 300 N HOGAN ST, STE 700 JACKSONVILLE FL 32202 |
| ROGER B. HANDBERG | US ATTORNEYS OFFICE 35 SE 1ST AVE, STE 300 OCALA FL 34471 |
| ROGER B. HANDBERG | US ATTORNEYS OFFICE 400 N TAMPA ST, STE 3200 TAMPA FL 33602 |
| ROGER B. HANDBERG | US ATTORNEYS OFFICE 400 W WASHINGTON ST, STE 3100 ORLANDO FL 32801 |
| SOCIETY FOR CORPORATE GOVERNANCE | 52 VANDERBUILT AVE SUITE 903 NEW YORK NY 10017 |
| STATE OF FLORIDA | DEPARTMENT OF ECONOMIC OPPORTUNITY 107 E MADISON ST CALDWELL BLDG TALLAHASSEE FL 32399-4120 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY PL 01 THE CAPITOL TALLAHASSEE FL 32399-1050 |
| U.S. CUSTOMS AND BORDER PROTECTION | 1300 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20229 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |
| U.S. DEPARTMENT OF JUSTICE | COUNSEL TO THE UNITED STATES OF AMERICA ATTN: ALEXIS M. DANIEL, CIVIL DIVISION |

| Claim Name | Address Information |
|---|---|
| U.S. DEPARTMENT OF JUSTICE | P.O. BOX 875; BEN FRANKLIN STATION WASHINGTON DC 20044 |
| U.S. DEPT HEALTH & HUMAN SERVICES | 200 INDEPENDENCE AVE, SW WASHINGTON DC 20201 |
| U.S. DEPT OF STATE | DIRECTORATE OF DEFENCE TRADE CONTROLS COMPLIANCE & REGISTRATION DIV WASHINGTON DC 20522-0112 |
| U.S. ENVIRONMENTAL PROTECTION AGENCY | OFFICE OF GENERAL COUNSEL 2310A 1200 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20460 |
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMM. | MIAMI DISTRICT OFFICE MIAMI TOWER 100 SE 2ND STREET, SUITE 1500 MIAMI FL 33131 |
| UNITED STATES TREASURY | OFFICE OF THE TREASURER 1500 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20220 |
| US ATTORNEYS OFFICE | 400 N TAMPA ST TAMPA FL 33602 |
| US DEPARTMENT OF HEALTH & HUMAN SERVICES | ATTN FAHRYN HOFFMAN, HHS OGC 601 E 12TH ST, RM N1800 KANSAS CITY MO 64106 |
| US DEPARTMENT OF LABOR | S-2521 200 CONSITUTION AVE, NW WASHINGTON DC 20210 |

**Total Creditor count: 53**

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| AGENCY FOR HEALTH CARE ADMINISTRATION | FLORIDA MEDICAID TRUST RECOVERY PROGRAM PO BOX 12188 TALLAHASSEE FL 32317-2188 |
| KANSAS ESTATE RECOVERY ADMINISTRATOR | KDHE-LEGAL PO BOX 2428 TOPEKA KS 66601 |
| TENNCARE ESTATE RECOVERY | 310 GREAT CIRCLE RD - 3 WEST NASHVILLE TN 37243 |

**Total Creditor count  3**

**EXHIBIT C**

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC. Case No. 8:24-bk-676-RCT

Electronic Mail Master Service List

| Creditor Name | Email |
|---|---|
| JOHNSON POPE BOKOR RUPPEL & BURNS LLP | edwardp@jpfirm.com |
| OFFICE OF SECRETARY OF STATE OF FLORIDA | secretaryofstate@dos.myflorida.com |
| TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS PA | lfernandez@trenam.com |
| UNITED STATES TRUSTEE FOR THE MIDDLE DISTRICT OF FLORIDA | ustp.region21@usdoj.gov; guy.a.vanbaalen@usdoj.gov; teresa.dorr@usdoj.gov |