UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                   Chapter 11

THE CENTER FOR SPECIAL NEEDS                       Case No. 8:24-bk-676-RCT
TRUST ADMINISTRATION, INC.,

      Debtor.
_____/

## DEBTOR'S MOTION FOR EXTENSION OF TIME TO
## FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC. (the "**Debtor**") hereby requests an extension of time to file its Schedules and Statement of Financial Affairs (the "**Schedules**") and in support thereof, states:

1. On February 9, 2024 (the "**Petition Date**"), the Debtor filed a Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

2. With the Petition, the Debtor filed its list of creditor and addresses, but has not yet completed the Schedules as required by §521(1) of the Bankruptcy Code. The Debtor is diligently pursuing the completion of the Schedules and expects to file the Schedules on or before February 27, 2024.

3. The Debtor's §341 Meeting of Creditors is currently scheduled for March 13, 2024. Granting the Debtor's requested extension of time through and including February 27, 2024, to file the Schedules will provide parties in interest sufficient time to review the documents prior to the §341 Meeting of Creditors and will not prejudice parties in interest.

WHEREFORE, the Debtor respectfully requests that this Court enter an order granting this Motion, extending the time through and including February 27, 2024, for the Debtor to file its Schedules and providing such other and further relief as is just.

/s/ Scott A. Stichter
Scott A. Stichter (FBN 0710679)
**STICHTER, RIEDEL, BLAIN & POSTLER, P.A.**
110 East Madison Street, Suite 200
Tampa, FL 33602
Telephone: (813) 229-0144
Email: sstichter@srbp.com
Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Debtor's Motion to Extend Time to File Schedules and Statement of Financial Affairs* has been furnished on this 23rd day of February, 2024, by the Court's CM/ECF electronic mail system to all parties receiving CM/ECF electronic noticing.

/s/ Scott A. Stichter
Scott A. Stichter

4889-4212-1640, v. 1