UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                    Chapter 11

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                               Case No. 8:24-bk-676-RCT

    Debtor.
_____/

## NOTICE OF APPEARANCE

Edward J. Peterson of the law firm of Johnson Pope Bokor Ruppel & Burns, LLP, hereby gives notice of his appearance for Boston Asset Management, Inc., in the above action and requests that all notices, pleadings, and correspondence in this proceeding be served upon the undersigned.

                        *//s/ Edward J. Peterson*
                        Edward J. Peterson (FBN 014612)
                        Johnson Pope Bokor Ruppel & Burns, LLP
                        400 N. Ashley Drive, Suite 3100
                        Tampa, Florida 33602
                        Telephone: (813) 225-2500
                        Email: edwardp@jpfirm.com
                        Attorneys for Austin Colby Co.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Appearance* has been furnished on February 26, 2024, by the Court's CM/ECF electronic noticing system to all parties receiving electronic noticing.

                        */s/ Edward J. Peterson*
                        Edward J. Peterson