UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re:<br><br>THE CENTER FOR SPECIAL NEEDS<br>TRUST ADMINISTRATION, INC.,<br><br>    Debtor. | Case 8:24-bk-676-RTC<br>Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

    Richard A. Perry, P.A gives notice of his appearance as attorney for creditor Harry and Ampero Perales, as trustees for The Javier Perales Irrevocable Annuity Trust, (Beneficiary 08-2105), pursuant to Fed. R. Bankr. P. 9010(b), and requests that all notices, papers, pleadings, and correspondence filed or noticed in this case be served upon him as provided by Fed. R. Bankr. P. 2002.

    RICHARD A. PERRY, P.A.
    Law Practice

    /s/ Richard A. Perry
    RICHARD A. PERRY
    Fla. Bar No. 394520
    820 East Fort King Street
    Ocala, Florida 34471-2320
    352-732-2299
    richard@rapocala.com

    Attorney for Creditor
    The Javier Perales
    Irrevocable Annuity Trust
    (Beneficiary 08-2105)