**[Doess13p]** [District Order Granting Motion to Extend Time to File Schedules, Statements, or Chapter 13 Plan]

ORDERED.

**Dated: February 26, 2024**

_Roberta A. Colton_
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                      Case No.
                                                                            8:24–bk–00676–RCT
                                                                            Chapter 11

The Center for Special Needs Trust Administration, Inc.

_____Debtor*_____/

### ORDER GRANTING MOTION TO EXTEND TIME
### TO FILE SCHEDULES AND STATEMENTS

   THIS CASE came on for consideration, without hearing, of the Debtor's Motion to Extend Time to File Schedules and Statements (Document No. 56) (the "Motion"). After reviewing the Motion, it is

   ***ORDERED:***

   1. The Motion is ***GRANTED***.

   2. Debtor shall file all needed Schedules and Statements by ***February 27, 2024***.

Scott Stichter is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within 3 days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.