# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:                                                                                              Chapter 11

THE CENTER FOR SPECIAL NEEDS,                               Case No. 8:24-bk-00676-RCT
TRUST ADMINISTRATION, INC.,

      Debtors.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Patrick M. Mosley, Esq. of the law firm of Hill Ward Henderson, as proposed special counsel for The Center for Special Needs Trust Administration, Inc.,[1] hereby requests that copies of all notices, pleadings, and papers filed in this case be served upon the undersigned at the following address and telephone number:

> Patrick M. Mosley, Esquire
> E-mail: patrick.mosley@hwhlaw.com
> Hill Ward Henderson
> 101 E. Kennedy Blvd., Suite 3700
> Tampa, Florida 33602
> Telephone: (813) 221-3900
> Facsimile: (813) 221-2900

**PLEASE TAKE NOTICE** that The Center for Special Needs Trust Administration, Inc. intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive (1) the right to have final orders in noncore matters entered only after do novo review by a District Judge, (2) the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions,

---

[1] The Application to Employ Hill Ward Henderson as Special Litigation Counsel Effective as of the Petition Date (Doc. 13) is pending final approval by this Court.

defenses, setoffs, or recoupments to which The Center for Special Needs Trust Administration, Inc. is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserves.

**DATED** this 26th day of February, 2024.

*/s/ Patrick M. Mosley*
Patrick M. Mosley
Florida Bar No. 0033735
Hill Ward Henderson
101 E. Kennedy Blvd., Suite 3700
Tampa, Florida 33602
Telephone: (813) 221-3900
Facsimile: (813) 221-2900
patrick.mosley@hwhlaw.com
tricia.elam@hwhlaw.com
*Counsel for The Center for Special*
*Needs Trust Administration, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of February, 2024, a true and correct copy of the foregoing Notice of Appearance and Request for Service has been provided by electronic notification to all parties receiving notice via CM/ECF.

*/s/ Patrick M. Mosley*
Patrick M. Mosley
