UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

THE CENTER FO SPECIAL NEEDS TRUST
ADMINISTRATION, INC.,

Chapter 11

Case No. 8:24-bk-676-RCT

Debtor.
_____/

## NOTICE OF APPEARANCE

Mark C. Anderson of the law firm of Anderson Law, PLLC, hereby gives notice of his appearance for Lee Guardianship Services, Inc., James Victor Flynn Special Needs Trust and Michael Szalka, Legal Guardian of James Victor Flynn, in the above action and requests that all notices, pleadings, and correspondence in this proceeding be served upon the undersigned.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been furnished on February 27, 2024 by the Court's CM/ECF electronic noticing system to all parties receiving electronic noticing.

By: _/s/ Mark C. Anderson_
Mark C. Anderson
Florida Bar No. 631922
mark@andersonlex.com
ANDERSON LAW, PLLC
5237 Summerlin Commons Blvd.
Fort Myers, Florida 33907
(239) 689-6257
*Counsel for Lee Guardianship Services, Inc.,*
*James Victor Flynn Special Needs Trust, and*
*Michael Szalka, Legal Guardian of James V. Flynn*