# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:

**THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.**

Case No. 8:24-bk-00676-RCT

Chapter 11

**Debtor.**

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Jerry M. Markowitz and Markowitz, Ringel, Trusty & Hartog, P.A. appear as counsel for Shawn Norville as Guardian for Israel Norville, interested party in this case, and requests that all pleadings in this matter be served upon the undersigned.

Dated: February 27, 2024

MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
*Attorneys for Shawn Norville as Guardian*
  *for Israel Norville*
9130 South Dadeland Boulevard
Two Datran Center, Suite 1800
Miami, Florida  33156-7849
Telephone: (305) 670-5000
Facsimile:  (305) 670-5011

By:    s/ Jerry M. Markowitz
       JERRY M. MARKOWITZ
       Florida Bar No. 182420
       Email: jmarkowitz@mrthlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on February 27, 2024 via the Court's CM/ECF electronic noticing system on all counsel of record and interested parties.

By:    /s/ Jerry M. Markowitz
       JERRY M. MARKOWITZ