

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

02/27/2024 01:30 PM

COURTROOM   8A

## HONORABLE ROBERTA COLTON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:24-bk-00676-RCT** | **11** | **02/09/2024** |

**Chapter 11**

**DEBTOR:**     The Center for Special Needs Trust Administration, Inc.

**DEBTOR ATTY:**   **Mark Wall**

**TRUSTEE:**      **NA**

**HEARING:**

(1) Con't Emergency Motion for Approval of Trust
Distribution Procedures by Debtor (Doc 10)- granted
on interim basis to 2/27/24
Amendment to Motion for Approval of Trust
Distribution Procedures by Debtor (Doc 63)
(2) Con't Emergency Motion for Interim
and Final Orders Granting (A) Authority to
(I) Maintain Trust Bank Accounts and to
Continue to Use Existing Business Forms
and Checks for Trust Bank Accounts, and
(II) Continue to Use Existing Trust Cash
Management System, and (B) Waiver
of Certain Investment and Deposit Guidelines
by Debtor (Doc 18) - granted on interim basis
to 2/27/24
(3) Motion to Reject Support Counsel
Agreement with Richard F. Meyer
by Debtor (Doc 22)
(4) Motion to Compel Turnover of Records
from Austin Colby Co. (Doc #23)
(5) Motion to Reject Agreement with Boston
Asset Mgmnt, Inc. by Debtor (Doc #40)
Note: Prior Hearing(s): 2/13/24
Initial Status Conf - 3/28/24 @ 9:30 am

**APPEARANCES::** Scott Stichter, Matthew Hale, Dan Fogarty; Patrick Mosley: Debtor's Attys; Guy Van Balen: U.S. Trustee;
Teresa Dorr: U.S. Trustee Atty; Lara Fernandez: Leo Govoni and Boston Finance Group, LLC;; Donald Kirk; Richard Perry: The
Javier Persales Irrovacable Trust; Jerry Markowitz: Shawn Norville as Guardian for Israle Norville; Edward Peterson: Boston Asset
Mgmnt/Austin Colby Co.

**WITNESSES:**

**EVIDENCE:**

**RULING:**
(1) Con't Emergency Motion for Approval of Trust Distribution Procedures
by Debtor (Doc 10) -   GRANTED ON SECOND INTERIM BASIS TO 3/28/24
@ 3:00 PM (hearing time changed from what was announced in Court
from 9:30am to 3:00 pm, hearing date did not change)     Amendment to Motion
for Approval of Trust Distribution Procedures by Debtor (Doc 63)
****(2) Con't Emergency Motion for Interim and Final Orders Granting (A) Authority
to (I) Maintain Trust Bank Accounts and to Continue to Use Existing Business Forms
and Checks for Trust Bank Accounts, and (II) Continue to Use Existing Trust Cash
Management System, and (B) Waiver of Certain Investment and Deposit Guidelines
by Debtor (Doc 18) -   GRANTED ON SECOND INTERIM BASIS TO 3/28/24
@ 3:00 PM (hearing time changed from what was announced in Court from
9:30am to 3:00 pm, hearing date did not change)     ****(3) Motion to Reject Support Counsel Agreement with Richard F. Meyer by
Debtor (Doc 22) -   GRANTED, MR. MEYER
TO FILE REJECTION TO DAMAGES WITHIN 30 DAYS; ORDER BY FOGARTY
****(4) Motion to Compel Turnover of Records from Austin Colby Co. (Doc #23) -   GRANTED
AS DISCUSSED IN OPEN COURT,   CON'T HEARING 3/28/24 @ 3:00 PM;
AGREED ORDER BY FOGARTY   **** (5) Motion to Reject Agreement with Boston
Asset Mgmnt, Inc. by Debtor (Doc #40) -   GRANTED, BOSTON ASSET MANAGEMENT, INC TO FILE REJECTION TO
DAMAGES WITHIN 30 DAYS; ORDER BY FOGARTY
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure
to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being
denied as moot. This docket entry/document is not an official order of the Court.