UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                  Chapter 11

THE CENTER FOR SPECIAL NEEDS                      Case No. 8:24-bk-676-RCT
TRUST ADMINISTRATION, INC.,

      Debtor.
_____/

## STATEMENT OF ATTORNEY
## COMPENSATION PURSUANT TO BANKRUPTCY RULE 2016(b)

Pursuant to Section 329 of the Bankruptcy Code and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, the undersigned attorney for The Center for Special Needs Trust Administration, Inc, (the "**Debtor**") in this Chapter 11 case makes this statement setting forth the compensation paid or agreed to be paid to Stichter, Riedel, Blain & Postler, P.A. ("**Stichter Riedel**") for services rendered or to be rendered in contemplation of and in connection with the Chapter 11 case and the source of such compensation.

1.     Prior to the filing of this Chapter 11 case, Stichter Riedel has received the aggregate sum of $ 180,412.34 on account of prepetition services and as a retainer for postpetition services.  The retainer was to be applied first to prepetition services (including costs) and the balances were to reduce Stichter Riedel's application for postpetition fees and costs.

2.     The sum paid by the Debtor is for legal services rendered or to be rendered in connection with the Chapter 11 case.  The services rendered or to be rendered by Stichter Riedel include, but are not limited to, the following:

      a.     To give the Debtor legal advice regarding his duties as Debtor in Possession in the continued management of his property;

      b.      To stay all suits against the Debtor which affect his ability to continue in business or which affect property in which the Debtor has equity;

      c.      To represent the Debtor in all adversary proceedings;

      d.      To prepare all necessary petitions, answers, orders, reports, schedules, statement of financial affairs, and other legal papers; and

      e.      To perform all other legal services for the Debtor that may be appropriate in this case.

3.      The Debtor has paid or agreed to pay Stichter Riedel for all services rendered or to be rendered and all out-of-pocket costs and expenses incurred or to be incurred as follows:

      a.      The Debtor shall pay for all services rendered or to be rendered in connection with this Chapter 11 case based upon an hourly fee arrangement, subject to determination by the Court, upon proper application by Debtor's counsel.  The fees for the undersigned are calculated on a time basis at the firm's prevailing hourly rates, which currently are as follows:

| | |
|---|---|
| Partners | $350-$600 |
| Associates | $275 |
| Paralegals | $200-$250 |

These hourly rates are subject to periodic adjustment based upon market conditions.

      b.      The Debtor shall pay for all out-of-pocket costs advanced on the Debtor's behalf or incurred in rendering legal services on the Debtor's behalf, subject to determination by the court, upon proper application by Debtor's counsel.

4.      The source of the sum paid to the undersigned was from the Debtor's funds.

5.      The source of any additional sums to be paid will be the Debtor's funds or any other source approved by the Court.

6. The undersigned has not shared or agreed to share any portion of its compensation from the Debtor with any other person who is not a member or regular associate of the undersigned's law firm.

7. The undersigned has not received any other payment in this case and has no other agreement, except as set forth herein.

*/s/ Scott A. Stichter*
Scott A. Stichter (FBN 0710679)
**STICHTER, RIEDEL, BLAIN & POSTLER, P.A.**
110 East Madison Street, Suite 200
Tampa, FL 33602
Telephone: (813) 229-0144
Email: sstichter@srbp.com
Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Statement of Attorney Compensation Pursuant to Bankruptcy Rule 2016(b)* has been furnished on this 28th day of February, 2024, by the Court's CM/ECF electronic mail system to all parties receiving electronic noticing.

*/s/ Scott A. Stichter*
Scott A. Stichter

4884-2747-3065, v. 1