ORDERED.

Dated: February 29, 2024

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                  Chapter 11

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                          Case No. 8:24-bk-00676-RCT

　　　　Debtor.
_____/

**ORDER GRANTING DEBTOR'S MOTION TO REJECT
SUPPORT COUNSEL AGREEMENT WITH RICHARD F. MEYER**

THIS CASE came on for hearing on February 27, 2024, at 1:30 p.m. on the *Debtor's Motion to Reject Support Counsel Agreement with Richard F. Meyer* (Doc. No. 22) (the "**Motion**"). The Motion seeks authorization to reject the Support Counsel Agreement (the "**Agreement**") between the Debtor and Richard F. Meyer ("**Meyer**"). For the reasons stated in open court, it is

**ORDERED**:

　　1.　　The Motion is granted.

　　2.　　The Agreement is deemed rejected.

　　3.　　The Court finds that the Debtor has exercised its business judgment in seeking the rejection of the Agreement.

4. All claims, rights, and defenses of the Debtor under, to, or with respect to the Agreement are preserved. Additionally, all rights, claims, or defenses of the Debtor against Meyer are preserved.

5. Richard F. Meyer shall assert any claim of any nature whatsoever arising under or in connection with the Agreement and the Debtor's rejection of same on or before thirty (30) days following the entry of this Order or shall be forever barred from enforcing any claim arising under or related to the Agreement or the Debtor's rejection of same against the Debtor, the Debtor's estate, or anyone claiming by, through, or under the Debtor.

*Attorney Daniel F. Fogarty is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the Order.*

4889-9553-0153, v. 1