UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 8:24−bk−00676−RCT |
| The Center for Special Needs Trust Administration, Inc. | Chapter 11 |
| Debtor | Ref. Docket No. 60 |

## CERTIFICATE OF SERVICE

I, ARNOLD NGUYEN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 26, 2024, I caused to be served the "Order Granting Motion to Extend Time to File Schedules and Statements," dated February 26, 2024 [Docket No. 60], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and to the top 30 unsecured creditors whose names and addresses are confidential and therefore not included, and

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Arnold Nguyen
Arnold Nguyen

# EXHIBIT A

THE CENTER FOR SPECIAL NEEDS TRUST ADMIN
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| INTERNAL REVENUE SERVICE | INSOLVENCY UNIT 7850 SW 6TH COURT MAIL STOP 5730 PLANTATION FL 33324 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 600 ARCH STREET PHILADELPHIA PA 19106 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 611 S. DUPONT HWY DOVER DE 19904 |
| JOHNSON POPE BOKOR RUPPEL & BURNS LLP | (COUNSEL TO AUSTON COLBY CO) ATTN: EDWARD J. PETERSON 400 N. ASHLEY DRIVE, SUITE 3100 TAMPA FL 33602 |
| OFFICE OF SECRETARY OF STATE OF FLORIDA | R.A. GRAY BLDG 500 S BRONOUGH ST TALLAHASSEE FL 32399 |
| RICHARD A PERRY | (COUNSEL TO THE JAVIER PERALES IRREVOCABLE ANNUITY TRUST) 820 EAST FORT KING STREET OCALA FL 34471-2320 |
| STATE OF FLORIDA ATTORNEY GENERAL | THE CAPITOL, PL 01 TALLAHASSEE FL 32399-1050 |
| TRENAM, KEMKER, SCHARF, BARKIN, | FRYE, O'NEILL & MULLIS, P.A. ATTN: LARA ROESKE FERNANDEZ 101 EAST KENNEDY BOULEVARD, SUITE 2700 TAMPA FL 33602 |
| UNITED STATES ATTORNEYS OFFICE | FOR THE MIDDLE DISTRICT OF FLORIDA 400 NORTH TAMPA STREET, SUITE 3200 TAMPA FL 33602 |
| UNITED STATES TRUSTEE FOR REGION 21 | TERESA M. DORR 501 EAST POLK ST, ROOM 1200 TAMPA FL 33602 |

**Total Creditor count  11**

**EXHIBIT B**

The Center for Special Needs Trust Administration, Inc.
Email Service List

| Name | Email |
|---|---|
| JOHNSON POPE BOKOR RUPPEL & BURNS LLP | edwardp@jpfirm.com |
| OFFICE OF SECRETARY OF STATE OF FLORIDA | secretaryofstate@dos.myflorida.com |
| RICHARD A PERRY P.A. | richard@rapocala.com |
| TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS PA | lfernandez@trenam.com |
| UNITED STATES TRUSTEE FOR THE MIDDLE DISTRICT OF FLORIDA | ustp.region21@usdoj.gov; guy.a.vanbaalen@usdoj.gov; teresa.dorr@usdoj.gov |