UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                  Chapter 11

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                           Case No. 8:24-bk-00676-RCT

    Debtor.
_____/

**UNITED STATES TRUSTEE NOTICE OF APPOINTMENT OF**
**OFFICIAL UNSECURED CREDITORS COMMITTEE**

    Under section 1102(a), title 11, United States Code, the United States Trustee for Region 21 appoints the following creditors to serve on the committee of unsecured creditors holding unsecured claims in the above referenced chapter 11 bankruptcy case.

1. Creditor 18-10862
   c/o Mark D. Munson, Esq.
   500 N. First Street, Suite 800
   PO Box 8050
   Wausau, WI 54402
   mmunson@ruderware.com

2. Creditor 06-0652
   c/o Carol Mulholland
   2457 Guiana Plum Dr.
   Orlando, FL 32828
   cmulholland@compwise.services

3. Creditor 08-2105
   c/o Amparo Perales
   8085 SW 24th Street
   Ocala, FL 34481
   familinperales8@gmail.com

4. Creditor 11-3295
   c/o Todd and Kelli Chamberlin
   7234 Stella Lane
   Lake Worth, FL 33463
   toddjchamberlin@gmail.com

12074962-1

5. Creditor 08-2098
   c/o Rebekah Bowman
   610 SE 20th St.
   Cape Coral FL 33990
   marbekahbowman@yahoo.com

Each member of the Committee has separately indicated the willingness to serve on the committee and has accepted the appointment.

Date: March 4, 2024

RESPECTFULLY SUBMITTED

MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21

By:   /s/ Teresa M. Dorr (FL Bar # 48037)
      Trial Attorney
      U.S. Department of Justice
      Office of the U.S. Trustee, Region 21
      501 East Polk Street, Suite 1200
      Tampa, Florida 33602
      (813) 228-2000 / fax (813) 228-2303
      teresa.dorr@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on March 4, 2024, a true and correct copy of the foregoing Notice has been furnished electronically via the CM/ECF system upon all parties requesting electronic notice, or via first-class United States mail, postage prepaid.

/s/ Teresa M. Dorr
Trial Attorney, United States Trustee for Region 21