**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.

    Debtor.
_____/

Case No. 8:24-bk-00676-RCT
Chapter 11

## NOTICE OF APPEARANCE

Donald R. Kirk of Carlton Fields, P.A. enter their appearance as counsel for **American Momentum Bank.** Undersigned counsel respectfully requests that copies of all future notices, pleadings and orders served and/or filed in the above-styled and numbered cause be served upon **Donald R. Kirk, Carlton Fields, P.A., Post Office Box 3239, Tampa, Florida 33601.**

    /s/ Donald R. Kirk
    Donald R. Kirk (FBN 0105767)
    E-mail: dkirk@carltonfields.com
    Carlton Fields, P.A.
    P.O. Box 3239
    Tampa, FL 33601-3239
    Telephone: (813) 223-7000
    *Attorneys for American Momentum Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2024, I electronically filed the foregoing Notice of Appearance was filed with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case.

    /s/ Donald R. Kirk
    Donald R. Kirk
    Florida Bar No. 0105767