ORDERED.

Dated:  March 07, 2024

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                          Chapter 11

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                              Case No. 8:24-bk-676-RCT

      Debtor.
_____/

**ORDER APPROVING DEBTOR'S APPLICATION FOR AUTHORIZATION
TO EMPLOY STICHTER, RIEDEL, BLAIN & POSTLER, P.A. AS COUNSEL
FOR DEBTOR IN POSSESSION EFFECTIVE AS OF THE PETITION DATE**

THIS CASE came on for consideration without a hearing on the *Debtor's Application for Authorization for Authorization to Employ Stichter, Riedel, Blain & Postler, P.A. as Counsel for Debtor in Possession Effective as of the Petition Date* (Doc. No. 12) (the "**Application**") and the Declaration of Scott A. Stichter in Support of the Application.  No objections were filed to the Application.  Upon the representations that the attorneys at Stichter, Riedel, Blain & Postler, P.A. are duly qualified to practice in this Court, that Stichter, Riedel, Blain & Postler, P.A. and its attorneys hold no interest adverse to the estate in the matters upon which they are engaged, that Stichter, Riedel, Blain & Postler, P.A. and its attorneys are disinterested persons as required by 11 U.S.C. §327(a) and have disclosed any connections with the parties set forth in Bankruptcy

Rule 2014, and that their employment is necessary and would be in the best interest of the estates, it is

**ORDERED**:

1. The Application is approved.

2. The Debtor is authorized to retain the law firm of Stichter, Riedel, Blain & Postler, P.A., and its attorneys, pursuant to 11 U.S.C. §§327 and 330, effective as of the Petition Date, to perform the professional services set forth in the Application.

3. No payment of compensation shall be made to Stichter, Riedel, Blain & Postler, P.A. absent application to and approval by this Court pursuant to 11 U.S.C. § 330.

*Attorney Scott A. Stichter is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the Order.*