**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

IN RE:

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,

    DEBTOR

_____/

CHAPTER 11

CASE NO.:  8:24-BK-676-RCT

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

NOTICE IS HEREBY given that CHARLES M. TATELBAUM of the law firm of TRIPP SCOTT, P.A., hereby appears on behalf of **MAX FRANCOIS AS GUARDIAN FOR AIDEN FRANCOIS** in the above-styled case, and requests that he be provided copies of all pleadings and other papers filed herein at the following address:

Charles M. Tatelbaum
Tripp Scott, P.A.
110 S.E. Sixth Street, Fifteenth Floor
Fort Lauderdale, Florida 33301
cmt@trippscott.com
hbb@trippscott.com
eservice@trippscott.com
Telephone:     (954) 525-7500
Facsimile:     (954) 761-8475

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via CM/ECF to all those entitled to notice.

    Dated this 7th day of March 2024

                        **TRIPP SCOTT, P.A.**
*Attorney for Creditor, MAX FRANCOIS AS GUARDIAN OF AIDEN FRANCOIS*
110 S.E. 6TH Street, Suite 1500
Fort Lauderdale, FL  33301
(Telephone) (954) 525-7500
(Facsimile)  (954) 761-8475

By: */s/ CHARLES M. TATELBAUM*
CHARLES M. TATELBAUM
Florida Bar No. 177540
cmt@trippscott.com
hbb@trippscott.com