UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                             Chapter 11

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,              Case No. 8:24-bk-00676-RCT

Debtor.

_____/

**UNITED STATES TRUSTEE
EXPEDITED MOTION FOR ORDER DIRECTING THE
UNITED STATES TRUSTEE TO APPOINT A CHAPTER 11 TRUSTEE
BY AGREEMENT OF THE DEBTOR**

This Honorable Court should enter an order directing the United States Trustee to appoint a chapter 11 trustee under 11 U.S.C. § 1104(a)(2) as such appointment is in the best interests of creditors and the bankruptcy estate. The Debtor does not oppose such relief and is in agreement with the entry of such Order. The Debtor fully understands that the entry of such order dispossesses the Debtor from being the Debtor-In-Possession in this case.

As the Debtor-In-Possession is in agreement that the appointment of a chapter 11 trustee is in the interests of creditors under § 1104(a)(2), adequate and sufficient cause exists under 11 U.S.C. § 102(1)(B)(ii) for this Court to enter an order directing the U.S. trustee to appoint a chapter 11 trustee without an actual hearing.  The United States Trustee has provided notice to the members of the Creditors' Committee of this motion and the Debtor's lack of opposition to the appointment of a Chapter 11 Trustee.  Should the Court determine that a hearing is necessary, the United States Trustee requests that a hearing be set on an expedited basis.

The United States Trustee preserves and does not waive her right to supplement this Motion to plead facts and law above the express consent and agreement by the Debtor and

Debtor-In-Possession that the appointment of a chapter 11 trustee under § 1104(a)(2) is in the interests of creditors in this case.

WHEREFORE PREMISES CONSIDERED and by agreement with the Debtor and Debtor-In-Possession, the United States Trustee for Region 21 respectfully prays that this Honorable Court grant the motion and enter an order directing the United States Trustee to appoint a chapter 11 trustee in this case.

Dated: March 8, 2024

        Respectfully submitted,

        Mary Ida Townson
        U.S. TRUSTEE, REGION 21

By:    /s/ Teresa M. Dorr (FL Bar # 48037)
       Trial Attorney
       U.S. Department of Justice
       Office of the U.S. Trustee, Region 21
       501 East Polk Street, Suite 1200
       Tampa, Florida 33602
       (813) 228-2000 / fax (813) 228-2303
       teresa.dorr@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served electronically, or by United States mail postage prepaid, to the following on or before March 8, 2024:

The Center for Special Needs
Trust Administration, Inc.
12425 28th St. N.
Saint Petersburg, FL 33716

Electronic Mail:        Scott Stichter; Debtors' Counsel sstichter@srbp.com
                             All parties receiving CM/ECF Notice of Filing
                             Committee Members at the following addresses:
                             Creditor 18-10862: mmunson@ruderware.com
                             Creditor 06-0652:  cmulholland@compwise.services
                             Creditor 08-2105:  familiaperales8@gmail.com
                             Creditor 08-2102: ldgators612@cfl.rr.com
                             Creditor 08-2098: marbekahbowman@yahoo.com

                                                             /s/ Teresa Dorr