UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Case No. 8:24-bk-00676-RCT |
| Debtor. | |
| _____/ | |

## NOTICE OF EXPEDITED HEARING

NOTICE IS GIVEN THAT:

The Honorable Roberta A. Colton will conduct an expedited hearing in this case March 11, 2024, at 11:00 a.m. in Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602 on the following matter:

**United States Trustee Expedited Motion for Order Directing the United States Trustee to Appoint a Chapter 11 Trustee by Agreement of the Debtor (Doc. 88)**

All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/colton.

Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance, no later than 3:00 p.m. one business day before the date of the hearing.

To register **Click HERE** or manually enter the following web address into a browser:

https://www.zoomgov.com/meeting/register/vJItcOGopjMpG2gRKyn-ipk6SXFBnivGTDA#/registration

All participants, whether attending in person or remotely, must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Dated: March 9, 2024

          Respectfully submitted,

          Mary Ida Townson
          U.S. TRUSTEE, REGION 21

By:    /s/ Teresa M. Dorr (FL Bar # 48037)
       Trial Attorney
       U.S. Department of Justice
       Office of the U.S. Trustee, Region 21
       501 East Polk Street, Suite 1200
       Tampa, Florida 33602
       (813) 228-2000 / fax (813) 228-2303
       teresa.dorr@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served via facsimile or electronic mail:

      Mark C Anderson mark@andersonlex.com
      Teresa Marie Dorr teresa.dorr@usdoj.gov
      Epiq Corporate Restructuring, LLC (SJG) sgarabato@epiqsystems.com, rjacobs@ecf.epiqsystems.com
      Lara Roeske Fernandez lfernandez@trenam.com; mmosbach@trenam.com; mwoods@trenam.com; lfernandez@ecf.courtdrive.com; mwoods@ecf.courtdrive.com; mmosbach@ecf.courtdrive.com
      Daniel R Fogarty dfogarty.ecf@srbp.com, srbpecf@srbp.com
      Matthew B Hale mhale.ecf@srbp.com, mhale@srbp.com;srbpecf@srbp.com
      Donald R Kirk dkirk@carltonfields.com, kathompson@carltonfields.com
      Jerry M Markowitz  jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com; rrubio@mrthlaw.com; rhartog@mrthlaw.com; mrthbkc@gmail.com; markowitzjr73991@notify.bestcase.com; jmarkowitz@ecf.courtdrive.com
      Patrick Mosley patrick.mosley@hwhlaw.com, tricia.elam@hwhlaw.com
      Richard A. Perry richard@rapocala.com, rapocala@yahoo.com, staff@rapocala.com, karen@rapocala.com; perry.richardb129413@notify.bestcase.com
      Edward J. Peterson, III  edwardp@jpfirm.com, andrenaw@jpfirm.com; JillC@jpfirm.com; melanief@jpfirm.com; AngelinaL@jpfirm.com
      Kelly K Roberts  Kelly@kellyrobertslaw.com, robertskr88423@notify.bestcase.com
      Scott A. Stichter  sstichter.ecf@srbp.com, srbpecf@srbp.com
      Charles M Tatelbaum  cmt@trippscott.com, hbb@trippscott.com; eservice@trippscott.com
      Mark M Wall mwall@hwhlaw.com, zenetria.williams@hwhlaw.com
      Thomas Leeder thomas@leederlaw.com
      **Committee Members at the following email addresse**s:
      Creditor 18-10862: mmunson@ruderware.com
      Creditor 06-0652:  cmulholland@compwise.services
      Creditor 08-2105:  familiaperales8@gmail.com
      Creditor 08-2102: ldgators612@cfl.rr.com
      Creditor 08-2098: marbekahbowman@yahoo.com

      /s/ Teresa Dorr