**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,            CASE NO.: 8:24-BK-00676-RCT
                                                                   CHAPTER 11

    Debtor.
_____/

**NOTICE OF APPEARANCE AS COUNSEL FOR CREDITOR, JIMMIE CRIM,**
**JR. AND REQUEST FOR NOTICE**

COMES NOW, attorney Byron Wright III, and hereby enters his appearance on behalf of Creditor, Jimmie Crim, Jr. (19-11305), and requests that all further pleadings, motions and notices filed in this case be served on him at Bruner Wright, P.A., 2810 Remington Green Circle, Tallahassee, FL 32308 and/or electronically at twright@brunerwright.com, as required by the Federal Rules of Bankruptcy Procedure.

                                                                   Respectfully submitted,

                                                                   */s/ Byron Wright III*
                                                                   Byron Wright III
                                                                   Florida Bar No. 118971
                                                                   Bruner Wright, P.A.
                                                                   2810 Remington Green Circle
                                                                   Tallahassee, FL  32308
                                                                   Office: (850) 385-0342
                                                                   Fax: (850) 270-2441

## **CERTIFICATE OF SERVICE**

I, Byron Wright III, hereby certify that a true and accurate copy of the above document was served on the following in the manner stated below:

**Served by the Court via Notice of Electronic Filing (NEF):** I have confirmed that the foregoing document was served by the Court via NEF on March 11, 2024 to the following persons at the email addresses noted herein:

Daniel Fogarty  Dfogarty.ecf@srbp.com

United States Trustee
USTP.Region21.TP.ECF@usdoj.gov

Teresa Marie Dorr  Teresa.dorr@usdoj.gov

Date: March 11, 2024                                         */s/ Byron Wright III*
                                                                  Byron Wright III