

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/11/2024 11:00 AM

COURTROOM  8A

## HONORABLE ROBERTA COLTON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:24-bk-00676-RCT | 11 | 02/09/2024 |

**Chapter 11**

**DEBTOR:**  The Center for Special Needs Trust Administration, Inc.

**DEBTOR ATTY:**  Mark Wall

**TRUSTEE:**  NA

**HEARING:**

Expedited Motion to Appoint Trustee
     by U.S. Trustee (Doc #88)

**APPEARANCES:**:: Scott Stichter: Debtor Atty; Bill Long: Debtor Rep; Guy Van Balen: US Trustee; Teresa Dorr: US Trustee Atty; Lara Fernandez: Boston Finance Group and Leo Govoni; Kelly Roberts: Beneficiary 06-0652; Charles Tatelbaum: Max Francois as Guardian for Aiden Francois; Mark Anderson: Michael Szalka, Legal Guardian of James Victor Flynn et.al.; Matthew Rowe: Trustee 18-10862

**WITNESSES:**

**EVIDENCE:**

**RULING:** ***(1) Expedited Motion to Appoint Trustee by U.S. Trustee (Doc #88) -   GRANTED; ORDER BY VAN BALEN     ****(2) 2004 Exam of Leo Gevoni (Doc 65)   -   ABATED AS DISCUSSED ON THE RECORD; NO ORDER
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.