ORDERED.

**Dated: March 11, 2024**

_Roberta A. Colton_
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Case No. 8:24-bk-00676-RCT |
| Debtor. _____/ | |

**ORDER DIRECTING THE
UNITED STATES TRUSTEE TO APPOINT A CHAPTER 11 TRUSTEE**

THIS CASE came before this Court on March 11, 2024, on the United States Trustee's Motion for Order Directing the United States Trustee to Appoint a Chapter 11 Trustee (Doc. 88) (the "Motion"). By the Motion, the United States Trustee seeks the appointment of a chapter 11 trustee pursuant to 11 U.S.C. § 1104(a)(2); the Debtor is in agreement with the United State Trustee's request. The Court finds that the Motion and notice of hearing were served upon all interested parties and the Committee of Unsecured Creditors. For the reasons set forth at the hearing, the Court finds and concludes that the appointment a chapter 11 trustee to protect the interests of creditors and this bankruptcy estate is appropriate.

Accordingly, it is

**ORDERED**:

1. The Motion (Doc. 88) is **GRANTED**.

2. The United States Trustee for Region 21 is **DIRECTED** to appoint a chapter 11 trustee in this case forthwith.

*Attorney Scott Stichter is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of the entry of the order.*