UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
WWW.FLMB.USCOURTS.GOV

IN RE:  CHAPTER 11

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,

    DEBTOR

CASE NO.: 8:24-BK-676-RCT

_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

NOTICE IS GIVEN Inger Garcia, Esq. appears on behalf of CHRISTOPHER GONSALVES as surviving spouse of KIMBERLY GONSALVES in the above referenced action, and all documents, pleadings, and discovery should be served on the undersigned at the following e-mail addresses:

attorney@floridapotlawfirm.com

attorney@ingergarcia.com

service IMGLaw@gmail.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been sent via CM/ECF to all registered for notice on March 13, 2024.

   Respectfully submitted,
*/s/Inger Garcia, Esq.*
   Inger M. Garcia, Esq.
   Florida Litigation Group
   ***Counsel forGonsalves***
   7040 Seminole Pratt Whitney Rd, #25-43
   Loxahatchee, Florida 33470
   attorney@ingergarcia.com and serviceimglaw@gmail.com
   attorney@floridapotlawfirm.com
Office: (954) 451-2461
Direct: (954) 394-7461
Fla. Bar No. 0106917