**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

**IN RE:**

**CHAPTER 11**

**THE CENTER FOR SPECIAL NEEDS**
**TRUST ADMINISTRATION, INC.,**

    **DEBTOR**

**CASE NO.: 8:24-BK-676-RCT**

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

NOTICE IS HEREBY given that CHARLES M. TATELBAUM of the law firm of TRIPP SCOTT, P.A., hereby appears on behalf of **GARY SABATINO** in the above-styled case, and requests that he be provided copies of all pleadings and other papers filed herein at the following address:

Charles M. Tatelbaum
Tripp Scott, P.A.
110 S.E. Sixth Street, Fifteenth Floor
Fort Lauderdale, Florida 33301
cmt@trippscott.com
hbb@trippscott.com
eservice@trippscott.com
Telephone:    (954) 525-7500
Facsimile:    (954) 761-8475

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via CM/ECF to all those entitled to notice.

Dated this 15th day of March 2024

                                                      **TRIPP SCOTT, P.A.**
                                                      *Attorney for Creditor,*

#2776936v1-941082.0001

*GARY SABATINO*  
110 S.E. 6TH Street, Suite 1500  
Fort Lauderdale, FL  33301  
(Telephone) (954) 525-7500  
(Facsimile)  (954) 761-8475  

By: */s/ CHARLES M. TATELBAUM*  
CHARLES M. TATELBAUM  
Florida Bar No. 177540  
cmt@trippscott.com  
hbb@trippscott.com