ORDERED.

Dated:  March 15, 2024

Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

THE CENTER FOR SPECIAL
NEEDS TRUST ADMINISTRATION, INC.,

      Debtor.

_____/

Case No. 8:24-bk-00676-RCT

Chapter 11

**ORDER APPROVING**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS'**
**EXPEDITED APPLICATION TO EMPLOY AND RETAIN MEGAN W. MURRAY AND**
**UNDERWOOD MURRAY, P.A. AS COUNSEL EFFECTIVE MARCH 4, 2024**
(Doc. No. 96)

THIS MATTER came before the Court for consideration on the *Official Committee of Unsecured Creditors' Expedited Application to Employ and Retain Megan W. Murray and Underwood Murray, P.A. as Counsel Effective March 4, 2024* (Doc. No. 96) (the **Application**") filed by the Official Unsecured Creditors Committee (the "**Committee**").  Through the Application, the Committee seeks the entry of an order authorizing the Committee to employ and retain Megan W. Murray and Underwood Murray, P.A. (**"Underwood Murray"**)

as its counsel effective as of the appointment date March 4, 2024 (the "**Appointment Date**")

pursuant to Sections 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014.

The Court, having considered the Application, the *Declaration of Megan W. Murray in Support of Official Unsecured Creditors Committee's Expedited Application to Employ and Retain Megan W. Murray and Underwood Murray, P.A. as Counsel Effective March 4, 2024* (the "**Declaration**") attached to the Application as Exhibit A and the disclosures therein, together with the record as a whole, finds that (i) good cause has been shown that it is necessary, essential and proper for the Committee to employ counsel, (ii) Underwood Murray does not hold or represent an interest adverse to the debtor The Center for Special Needs Trust Administration, Inc.'s (the "**Debtor**") estate, (iii) Underwood Murray is a "disinterested person" as defined in § 101(14) of the Bankruptcy Code and as required by § 328 and 1103 of the Bankruptcy Code, (iv) Underwood Murray is well qualified for the representation and (iv) due and proper notice of the Application has been provided. Accordingly, it is

**ORDERED AS FOLLOWS:**

1.      The Application is **APPROVED** effective as of the Appointment Date.

2.      The Committee is hereby authorized to employ and retain Megan W. Murray and Underwood Murray as counsel in accordance with the terms and conditions set forth in the Application.

3.      Underwood Murray is authorized to render professional services to the Committee as described in the Application.

4.      Underwood Murray shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with this chapter 11 case in compliance with the applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Rules, guidelines established by the Office of the United States Trustee for the Middle District of Florida and any other applicable procedures and orders of the Court unless otherwise ordered.

5.      The Committee and Underwood Murray are authorized to take all additional actions necessary to effectuate the relief approved pursuant to this Order in accordance with the Application and the record.

6.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

### 

Megan W. Murray is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.