**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:

THE CENTER FOR SPECIAL NEEDS                Case No. 8:24-bk-00676-RCT
TRUST ADMINISTRATION, INC.,

                                            Chapter 11
      Debtor.

_____/

**NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICE AND SERVICE OF PAPERS**

    **PLEASE TAKE NOTICE THAT** the undersigned, Scott A Underwood, Esq., of Underwood Murray, P.A., hereby gives notice that he is appearing as counsel for the Official Committee of Unsecured Creditors (the "**Committee**"). Accordingly, copies of all pleadings, correspondence, and all other documents and papers filed in this case hereafter should be furnished to the undersigned, and the undersigned requests to be added to the service list in this case.

    **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

    Dated: March 18, 2024.

                                    Respectfully submitted,

                                    */s/ Scott A. Underwood*_____
                                    Scott A. Underwood
                                    Florida Bar Number 730041
                                    Megan W. Murray

Florida Bar Number 0093922
Daniel E. Etlinger
Florida Bar Number 0077420
Underwood Murray, P.A.
100 N. Tampa St., Suite 2325
Tampa, FL 33602
Tel: (813) 540-8401 / Fax: (813) 553-5345
Email: sunderwood@underwoodmurray.com
mmurray@underwoodmurray.com
detlinger@underwoodmurray.com
*Counsel to the Committee*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court on March 18, 2024, has been furnished electronically to those parties registered to receive service via CM/ECF, including the United States Trustee, and Debtor's Counsel, on March 18, 2024.

*/s/ Scott A. Underwood*
Scott A. Underwood