**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:

THE CENTER FOR SPECIAL NEEDS       Case No. 8:24-bk-00676-RCT
TRUST ADMINISTRATION, INC.,

                                        Chapter 11

        Debtor.
_____/

**PROOF OF SERVICE**
(Doc. No. 99)

I HEREBY CERTIFY a true and accurate copy of the *Order Approving Official Committee of Unsecured Creditors' Expedited Application to Employ and Retain Megan W. Murray and Underwood Murray, P.A. as Counsel Effective March 4, 2024* (Doc. No. 99), that was filed with the Clerk of Court on March 18, 2024, has been furnished electronically to those parties registered to receive service via CM/ECF, including the United States Trustee and Debtor's Counsel,

Dated: March 20, 2024.

                                                           Respectfully submitted,

                                                           /s/ Megan W. Murray
                                                           Megan W. Murray
                                                           Florida Bar Number 0093922
                                                           Scott A. Underwood
                                                           Florida Bar Number 730041
                                                           Daniel E. Etlinger
                                                           Florida Bar Number 0077420
                                                           Underwood Murray, P.A.
                                                           100 N. Tampa St., Suite 2325
                                                           Tampa, FL 33602
                                                           Tel: (813) 540-8401 / Fax: (813) 553-5345
                                                           Email: mmurray@underwoodmurray.com
                                                                               sunderwood@underwoodmurray.com
                                                                               detlinger@underwoodmurray.com
                                                           *Counsel to the Committee*