UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Case No. 8:24-bk-00676-RCT |
| Debtor. _____ / | |

**NOTICE OF FILING SUPPLEMENTAL DECLARATION OF
MARK M. WALL IN SUPPORT OF DEBTOR'S APPLICATION FOR
AUTHORIZATION TO EMPLOY HILL WARD HENDERSON AS SPECIAL
LITIGATION COUNSEL FOR DEBTOR EFFECTIVE AS OF THE PETITION DATE**

NOTICE IS HEREBY GIVEN of the filing, as an attachment hereto, of the *Supplemental Declaration of Mark M. Wall in Support of Debtor's Application for Authorization to Employ Hill Ward Henderson as Special Litigation for Debtor Effective as of the Petition Date.*

    */s/ Scott A. Stichter*
Scott A. Stichter (FBN 0710679)
Matthew B. Hale (FBN 0110600)
**STICHTER, RIEDEL, BLAIN & POSTLER, P.A.**
110 East Madison Street, Suite 200
Tampa, FL 33602
Telephone: (813) 229-0144
Email: sstichter@srbp.com; mhale@srbp.com
Counsel for Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Filing* has been furnished on this 20th day of March, 2024, by the Court's CM/ECF electronic mail system to all parties receiving electronic noticing.

    */s/ Scott A. Stichter*
Scott A. Stichter

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                            Chapter 11

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                     Case No.

Debtor.
_____/

**SUPPLEMENTAL DECLARATION OF MARK M. WALL IN SUPPORT
OF DEBTOR'S APPLICATION FOR AUTHORIZATION
TO EMPLOY HILL WARD HENDERSON AS SPECIAL LITIGATION
COUNSEL FOR DEBTOR EFFECTIVE AS OF THE PETITION DATE**

The undersigned, Mark M. Wall, an attorney with the firm of Hill, Ward & Henderson, P.A., who, being duly sworn, submits the following statement in compliance with 11 U.S.C. §§ 327, 328 and 329 and Bankruptcy Rules 2014 and 2016, declares as follows:

1. The undersigned is an attorney and shareholder employed by the law firm of Hill, Ward & Henderson, P.A..("**Hill Ward**"), which is located at 101 E Kennedy Blvd #3700, Tampa, Florida 33602. The undersigned is duly authorized to practice law in the State of Florida and is admitted to the bar of the United States District Court for the Middle District of Florida.

2. The undersigned made a Declaration in Support of Debtor's Application for Authorization to Employ Hill Ward Henderson as Special Litigation Counsel for Debtor Effective as of the Petition Date, which was made and filed with the Court as part of the Debtor's Application on February 9, 2024 (Doc 13). The undersigned and Hill Ward are now disclosing three instances in this Supplemental Declaration that were not addressed in the Declaration, which was focused on affirming that there were no conflicts of interest.

3. Paragraph 14 of the Declaration advises that Hill Ward does not presently represent

any person or company potentially adverse to the Debtor. On February 19, 2024, a Class Action Complaint styled *Clark Chamberlin et al. v. Boston Finance Group, LLC et al.* was filed in the Middle District of Florida, Tampa Division, under Case Number 24-cv-00438. This pleading has been reviewed and Hill Ward observes that the Plaintiffs filed suit against American Momentum Bank, a Texas chartered bank ("American Momentum"). While Hill Ward did not previously see American Momentum as potentially adverse to the Debtor, it could potentially be adverse to the Debtor in this action. As a result, the undersigned discloses that American Momentum is a current client of Hill Ward and the law firm cannot be adverse to American Momentum. This relationship has already been disclosed to representatives of the U.S. Trustee's office.

4. The Class Action Complaint also sues a series of entities identified as Prospect Funding Holdings and alleges in Paragraph 85 that a transaction occurred in 2011 in which "BFG transferred $8,000,000 to Prospect Funding for a purported line of credit backed by a promissory note made from Prospect Funding to BFG." There are subsequent paragraphs and allegations that continue to expand upon the involvement of Prospect Funding, as it is defined in the Complaint.

5. Hill Ward represented Boston Finance Group, LLC ("BFG") in connection with general corporate matters and certain transactions among affiliates in 2010 and 2011. Hill Ward does not consider that representation to be substantially related to the current bankruptcy proceeding and anticipated adversary proceedings adverse to BFG and its principals and affiliates as part of this action. This was known and affirmed as part of the original Declaration when the undersigned advised that Hill Ward did not have a conflict of interest. Nevertheless, in reviewing the allegations in the Class Action Complaint, it is now appreciated that Hill Ward represented BFG in a closing involving Prospect Funding or one of its affiliates. While Hill Ward does not consider that prior representation to be a conflict or in any way substantially related to this

proceeding and the pending litigation adverse to BFG and others, the undersigned hereby discloses it in this Supplemental Declaration.

6. Finally, the undersigned discloses that Hill Ward briefly represented Jane and Leo Govoni in 2011 with respect to a dispute involving a neighbor that did not give rise to any litigation. This was known and affirmed as part of the original Declaration when the undersigned advised that Hill Ward did not have a conflict of interest. While Hill Ward does not consider that prior representation to be a conflict or in any way substantially related to this proceeding and the pending litigation adverse to Mr. Govoni and others, the undersigned hereby discloses it in this Supplemental Declaration.

7. Nothing herein is intended to waive, and does not waive, any attorney-client privilege with respect to confidential communications between the Debtor and Hill Ward.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge and belief after diligent inquiry.

Executed on March ___, 2024.

_____
Mark M. Wall