## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
www.flmb.uscourts.gov

In re:

The Center for Special Needs
Trust Administration, Inc.,

    Debtor.
_____/

Case No. 8:24-bk-00676-RCT
Chapter 11

## UNITED STATES TRUSTEE APPLICATION
## FOR ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

Mary Ida Towson, the United States Trustee for Region 21 (the "Applicant") hereby applies to the Court pursuant to Fed. R. Bankr. P. 2007.1 for an Order Approving Appointment of Chapter 11 Trustee, and in support thereof, states as follows:

1. The Applicant has appointed **Michael Goldberg** as Chapter 11 Trustee in the above-captioned case on March 21, 2024.

2. Counsel for the Applicant has consulted with the following parties-in-interest regarding the appointment of the Chapter 11 Trustee:

    a. Scott Stichter, Counsel for Debtor,
    b. Megan Murray, Counsel for the Creditors' Committee,
    c. Members of the Creditors' Committee

3. To the best of the Applicant's knowledge, the Chapter 11 Trustee's connections with the Debtor, creditors, any other parties-in-interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee, are limited to the connections set forth in the Verified Statement filed in support of this Application.

WHEREFORE, Applicant requests that the Court enter an Order Approving Appointment of **Michael I. Goldberg** as Chapter 11 Trustee in the above-captioned case.

Date: March 21, 2024

        Respectfully submitted,

        **MARY IDA TOWNSON**
        **UNITED STATES TRUSTEE**
        Region 21

By:  /s/ TERESA M. DORR
      Trial Attorney
      U.S. Department of Justice
      Office of the U.S. Trustee for Region 21
      501 E. Polk Street, Suite 1200
      Tampa, Florida 33602
      (813) 228-2000/ fax: (813) 228-2303
      Florida Bar No. 48037

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on or before **March 21, 2024** I have caused a true and correct copy of the foregoing *Application for Order Approving Appointment of Chapter 11 Trustee* has been served through CM/ECF on parties having appeared electronically in the instant matter, and by U.S. Mail on the following:

The Center for Special Needs  
Trust Administration, Inc.  
Attn: William Long  
12424 28th Street N.  
St. Petersburg, FL 33716  

Scott Stichter, Esq.  
Stichter, Riedel, Blain & Postler, P.A.  
10 E. Madison Street, Suite 200  
Tampa, Florida 33602  

                                                  */s/   Teresa M. Dorr*  
                                                  Teresa M. Dorr