**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:                                                              Case No. 8:24-bk-00676-RCT
                                                                    Chapter 11
The Center for Special Needs
Trust Administration, Inc.,

      Debtor.

_____/

**NOTICE OF FILING VERIFIED STATEMENT IN SUPPORT OF APPLICATION TO**
**APPROVE APPOINTMENT OF CHAPTER 11 TRUSTEE**

      Mary Ida Towson, the United States Trustee for Region 21 (the "Applicant") hereby files

the Verified Statement of Michael Goldberg in support of the Application to Approve Appointment

of Chapter 11 Trustee (Doc. 103).

      Date: March 21, 2024

                        Respectfully submitted,

                        **MARY IDA TOWNSON**
                        **UNITED STATES TRUSTEE**
                        Region 21

            By:  /s/ TERESA M. DORR
                        Trial Attorney
                        U.S. Department of Justice
                        Office of the U.S. Trustee for Region 21
                        501 E. Polk Street, Suite 1200
                        Tampa, Florida 33602
                        (813) 228-2000/ fax: (813) 228-2303
                        Florida Bar No. 48037

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or before **March 21, 2024** I have caused a true and correct copy of the foregoing has been served through CM/ECF on parties having appeared electronically in the instant matter, and by U.S. Mail on the following:

The Center for Special Needs
Trust Administration, Inc.
Attn: William Long
12424 28th Street N.
St. Petersburg, FL 33716

Scott Stichter, Esq.
Stichter, Riedel, Blain & Postler, P.A.
10 E. Madison Street, Suite 200
Tampa, Florida 33602

/s/  Teresa M. Dorr
Teresa M. Dorr

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:                                                    Case No. 8:24-bk-00676-RCT
                                                          Chapter 11
The Center for Special Needs
Trust Administration, Inc.,

                        Debtor.
_____/

## <u>VERIFIED STATEMENT OF MICHAEL GOLDBERG</u>

I HEREBY verify that I have no connections with the debtor(s), creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee: (If you have no connections, write "none.")

**None**

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Date: _3/19/24_____

_____
Michael Goldberg
201 E. Las Olas Blvd.
Suite 1800
Fort Lauderdale, FL 33301