UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.

    Debtor.

Case No. 8:24-bk-00676-RCT

**NOTICE OF APPEARANCE
AND REQUEST FOR BANKRUPTCY NOTICES**

    Pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, Noel R. Boeke of Holland & Knight LLP hereby files this Notice of Appearance on behalf of Arne Timothy Solheim (the "Interested Party") in the above styled proceeding.

    In addition, pursuant to Bankruptcy Rule 2002, the Interested Party requests that all notices and other papers required to be served on creditors, official committees, or other parties-in-interest (whether served by the Court, the debtor, or any other party) be served on the undersigned counsel.

    */s/ Noel R. Boeke*
Noel R. Boeke
Florida Bar No. 151830
Email: noel.boeke@hklaw.com
HOLLAND & KNIGHT LLP
100 N. Tampa St., Suite 4100
Tampa, FL 33602
Tel: (813) 227-6525
*Counsel for Arne Timothy Solheim*

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2024, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court by using the CM/ECF system. I further certify that a true and correct copy has been served by either First Class U.S. Mail or by the Court's CM/ECF electronic mail system to all parties listed below, and all parties receiving CM/ECF electronic notification:

The Center for Special Needs Trust Administration, Inc.
Stichter, Riedel, Blain & Postler, Postler, P.A.
c/o Daniel R. Fogarty, Esq.
   Matthew B. Hale, Esq.
   Scott A. Stichter, Esq.
110 East Madison Street, Suite 200
Tampa, FL 33602
dfogarty.ecf@srbp.com
mhale.ecf@srbp.com
sstichter.ecf@srbp.com
*Debtor's Attorney*

Patrick Mosley, Esq.
Mark M. Wall, Esq.
Hill, Ward, Henderson
101 E. Kennedy Blvd., Suite 3700
P.O. Box 2231
Tampa, FL 33602
patrick.mosley@hwhlaw.com
mwall@hwhlaw.com
*Debtor's Attorney*

Teresa Marie Dorr
Office of the United States Trustee
501 E. Polk St. Suite 1200
Tampa FL 33602
teresa.dorr@usdoj.gov
*United States Trustee*

Megan Wilson Murray
Underwood Murray PA
100 North Tampa Street, Suite 2325
Tampa, FL 33602-5842
mmurray@underwoodmurray.com
*Creditor Committee*

        By */s/ Noel R. Boeke*
          Noel R. Boeke