ORDERED.

**Dated:  March 21, 2024**

Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:                                                                Case No. 8:24-bk-00676-RCT
                                                                       Chapter 11

The Center for Special Needs
Trust Administration, Inc.,

         Debtor.
_____/

## ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

Before the Court is the Application of the United States Trustee for entry of an Order approving the appointment of **Michael Goldberg** as Chapter 11 Trustee in the above-captioned case (Doc. 103) (the "Application").  Upon review of the Application and the Verified Statement of Mr. Goldberg in support of the Application (Doc. 105), it is

**ORDERED**:

1.      The Application (Doc. 103) and the appointment of Michael Goldberg as Chapter 11 Trustee in this case are **APPROVED**.

2.       Compensation of the Chapter 11 Trustee and any professional retained by the Chapter 11 Trustee will be governed by 11 U.S.C. §§ 330 and 331.

Epiq Corporate Restructuring, LLC shall serve a copy of this Order upon interested parties and promptly thereafter file proof of service.