# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 8:24-bk-00676-RCT |
| | Chapter 11 |
| The Center for Special Needs | |
| Trust Administration, Inc., | |
| | |
| Debtor. | |
| _____/ | |

## NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE

Pursuant to the Order of this Court entered on March 21, 2024, directing the United States Trustee to appoint a Chapter 11 Trustee (Doc. 109) in the above-captioned case, the United States Trustee for Region 21 appoints the following person to serve as Chapter 11 Trustee:

> Michael Goldberg, Esq.
> Akerman, LLP
> 201 E. Las Olas Bld.
> Suite 1800
> Fort Lauderdale, FL 33301
> 954-468-2444
> Michael.goldberg@akerman.com

The Chapter 11 trustee bond is hereby set at $10 million initially and may require adjustment as the Chapter 11 trustee collects, administers, and liquidates assets of the estate. The

Chapter 11 Trustee is directed to obtain said bond and to provide the United States Trustee with copy of the bond within seven (7) days from the date of the *Notice of Appointment*.

Date: March 21, 2024

                                              Respectfully submitted,
**MARY IDA TOWNSON**
**UNITED STATES TRUSTEE**
Region 21

By:  /s/ TERESA M. DORR
Trial Attorney
U.S. Department of Justice
Office of the U.S. Trustee for Region 21
501 E. Polk Street, Suite 1200
Tampa, Florida 33602
(813) 228-2000/ fax: (813) 228-2303
Florida Bar No. 48037

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or before **March 22, 2024,** I have caused a true and correct copy of the foregoing *Notice of Appointment of Chapter 11 Trustee* has been served through CM/ECF on parties having appeared electronically in the instant matter, and by U.S. Mail on the following:

The Center for Special Needs
Trust Administration, Inc.
Attn: William Long
12424 28th Street N.
St. Petersburg, FL 33716

Scott Stichter, Esq.
Stichter, Riedel, Blain & Postler, P.A.
10 E. Madison Street, Suite 200
Tampa, Florida 33602

                                              /s/   Teresa M. Dorr
                                              Teresa M. Dorr