**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                                                 Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                                              Chapter 11

      Debtor.
_____/

**DECLARATION OF PROPOSED ATTORNEY STEVEN R. WIRTH**

I, Steven R. Wirth, hereby declare:

1. I am an attorney admitted to practice in the State of Florida and the United States Bankruptcy Court for the Middle District of Florida.

2. I am an attorney with the law firm of Akerman LLP (the "Firm").

3. I maintain an office at 401 East Jackson Street, Suite 1700, Tampa, Florida 33602.

4. To the best of my knowledge, information and belief, neither I nor any member of the Firm represent any person or entity in connection with this case having an adverse interest to the Trustee or to the Debtor's estate, and are disinterested as required by 11 U.S.C. § 327(a). To the extent that it is discovered that Akerman has an actual or potential conflict in representing the Trustee in a particular matter in this case and is unable to facilitate a suitable waiver, then the Trustee intends to seek to employ separate counsel for any such matter.

5. Based on the foregoing, I believe that neither I nor any member of my Firm holds or represents an interest adverse to this Estate and are disinterested persons within the meaning of 11 U.S.C. § 101(14).

75574129;2

6. The Trustee has agreed to pay Akerman reduced hourly rates, and other charges such as expense reimbursements, photocopy services and the like, all being subject to approval by the Bankruptcy Court, on notice as provided in the Bankruptcy Code. The principal attorneys presently designated to represent the Trustee in these cases and their standard and reduced hourly rates are set forth below:

| | |
|---|---|
| Steven R. Wirth | $700 (reduced from standard hourly rate of $785) |
| Raye Elliott | $700 (reduced from standard hourly rate of $750) |
| Catherine R. Choe | $350 (reduced from standard hourly rate of $385) |

7. Other attorneys and paralegals of Akerman from time to time may perform services for the Trustee in connection with the matters described herein. The Trustee understands that the hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions, including increased experience of professionals rendering services.

8. Further, it is Akerman's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's cases. The expenses charged to clients include, among other things, long distance telephone charges, telecopier charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, travel expenses, computerized research, and transcription costs. Akerman will charge the Trustee for these expenses in a manner and at rates consistent with charges made generally to Akerman's other clients.

9. Each of the attorneys listed above who will appear before this Court are admitted to practice before the courts of the State of Florida and the United States District and Bankruptcy Courts for the Middle District of Florida. The attorneys have knowledge and experience of bankruptcy practice and are well qualified to represent the Trustee.

10. I agree to represent the Trustee as his attorney, and fully understand that my employment by the estate is subject to the approval of the Bankruptcy Court, that all funds recovered by me on behalf of the estate are property of the estate and shall be forwarded without delay to the Trustee of the estate, and that any compensation which I may seek for services rendered on behalf of the estate shall be subject to the review and approval of the Court.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: March 22, 2024

                                            Respectfully submitted,

                                            AKERMAN LLP
                                            401 East Jackson Street, Suite 1700
                                            Tampa, Florida 33602
                                            Phone: (813) 223-7333
                                            Fax: (813) 223-2837
                                            Email: steven.wirth@akerman.com

                                            By:  */s/ Steven R. Wirth*
                                            Steven R. Wirth
                                            Florida Bar Number: 170380