ORDERED.

Dated:  March 22, 2024

Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

THE CENTER FOR SPECIAL
NEEDS TRUST ADMINISTRATION, INC.,

Debtor.
_____/

Case No. 8:24-bk-00676-RCT

Chapter 11

**ORDER GRANTING MOTION TO SHORTEN TIME TO RESPOND TO**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' NOTICE OF**
<u>**RULE 2004 DUCES TECUM REQUESTS OF DEBTOR ON AN EXPEDTED BASIS**</u>
(Doc. No. 112)

THIS MATTER came before the Court for consideration without a hearing on the *Official Committee of Unsecured Creditors'* (the "**Committee**") *Motion to Shorten Time to Respond to*

*Official Committee of Unsecured Creditors' Notice of Rule 2004 Duces Tecum Requests of Debtor on an Expedited Basis* (Doc. No.112) (the "**Motion**"). The Committee seeks the entry of an order shortening time to respond to the limited 2004 Requests (as defined in the Motion). The Court, in review of the Motion, and being otherwise apprised of the facts, finds the Motion well taken and justified under the circumstances. Accordingly, it is

**ORDERED AS FOLLOWS:**

1. The Motion is **GRANTED** as set forth below.

2. The Debtor shall produce documents responsive to the 2004 Requests on or before March 26, 2024, unless otherwise agreed between the Debtor and Committee. The Committee shall share all responsive documents with the chapter 11 trustee.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

###

Megan W. Murray is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.