**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                                              Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                                          Chapter 11

    Debtor.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE & NOTICE**

**PLEASE TAKE NOTICE** that the undersigned appears as proposed counsel for the Chapter 11 Trustee, Michael Goldberg (the "Trustee"), and, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the following:

> Raye C. Elliott
> Email: raye.elliott@akerman.com
> Akerman LLP
> 401 East Jackson Street, Suite 1700
> Tampa, Florida 33602

**PLEASE TAKE FURTHER NOTICE** that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, applications, motions, complaints and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to this bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Request for Service & Notice* (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Court judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy or proceeding related to this case, (iii) the

75605648;1

right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law, in equity or under any agreement, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: March 22, 2024

AKERMAN LLP

By: */s/ Raye C. Elliott*
    Steven R. Wirth
    Florida Bar No.: 170380
    Email: steven.wirth@akerman.com
    Raye C Elliott
    Florida Bar No.:  18732
    Email:  raye.elliott@akermanl.com
    401 East Jackson Street, Suite 1700
    Tampa, Florida 33602
    Telephone: (813) 223-7333
    Facsimile: (813) 223-2837
    *Proposed Counsel for Chapter 11 Trustee, Michael Goldberg*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 22, 2024, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record and that a copy by sent by U.S. Mail to:

The Center for Special Needs
Trust Administration, Inc.
Attn: William Long
12424 28th Street North
St. Petersburg, FL 33716

    */s/Raye C. Elliott*
    Attorney