# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:                                                                                    Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                                          Chapter 11

    Debtor.
_____/

## NOTICE OF APPEARANCE

Please be advised that Michael Goldberg files this Notice of Appearance as the Chapter 11 Trustee in this action, and requests that copies of all pleadings, orders, etc., be served upon him at his address as set forth below:

    Michael Goldberg
    Email: Michael.goldberg@akerman.com
    201 East Las Olas Blvd., Suite 1800
    Fort Lauderdale, Florida 33301

DATED: March 26, 2024

                                                                          */s/ Michael Goldberg*
                                                                          **Michael Goldberg**
                                                                          201 East Las Olas Blvd., Suite 1800
                                                                          Fort Lauderdale, Florida 33301
                                                                          Michael.goldberg@akerman.com
                                                                          *Chapter 11 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of March, 2024, I filed a true and correct copy of the foregoing document with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copy on all counsel of record.

                                                                          */s/Michael Goldberg*
                                                                          Michael Goldberg