**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

THE CENTER FOR SPECIAL NEEDS       Case No.:  8:24-bk-676-RCT
TRUST ADMINISTRATION, INC.,      Chapter 11

        Debtor.         /

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Local Rule 2091-2(b), Roberts Law, PLLC and Kelly Roberts give notice of their withdrawal as counsel of record for Creditor, BENEFICIARY 06-0652. BENEFICIARY 06-0652 is not the debtor or a party to any pending consented matter or adversary proceeding. Parties should serve all future correspondence and pleadings on BENEFICIARY 06-0652 at the following address:

    BENEFICIARY 06-0652
    c/o Carol Mulholland
    2457 Guiana Plum Drive
    Orlando, FL 32828

Dated: 3/26/24

    Respectfully submitted,

    Roberts Law, PLLC
    2075 Main Street, Suite 23
    Sarasota, Florida 34237
    Office (941) 444-9783
    Fax (941) 296-8517
    www.kellyrobertslaw.com

    By: /s/ Kelly Roberts
    Kelly Roberts, Esq.
    F.B.N. 83804
    kelly@kellyrobertslaw.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the foregoing has been served on Tuesday, March 26, 2024, to all parties receiving notices via CM/ECF, and the parties listed below were served via U.S. or Certified Mail as indicated:

<u>U.S. Mail</u>:
None

<u>Certified Mail</u>:
None

                                            <u>/s/ Kelly Roberts</u>
                                            Kelly Roberts, Esq.
                                            Roberts Law, PLLC