# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:                                                                                                 Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                                             Chapter 11

      Debtor.
_____/

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. The Honorable Roberta Colton will conduct a preliminary hearing in this case on Thursday, March 28, 2024 at 3:00 p.m. in Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602 on the following matter:

**Application to Employ Steven R. Wirth and the law firm of Akerman LLP as attorney for Chapter 11 Trustee, Michael Goldberg Nunc Pro Tunc to March 21, 2024 [113].**

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/colton.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Dated: March 27, 2024.

                                                        Respectfully submitted,

                                                        By: */s/ Steven R. Wirth*
                                                            Steven R. Wirth
                                                            Florida Bar No.: 170380
                                                           Email: steven.wirth@akerman.com
                                                           Raye C Elliott
                                                           Florida Bar No.:  18732
                                                           Email:  raye.elliott@akermanl.com
                                                           Akerman LLP

                                                401 East Jackson Street, Suite 1700
                                                Tampa, Florida 33602
                                                Telephone: (813) 223-7333
                                                Facsimile: (813) 223-2837
*Proposed Counsel for Chapter 11 Trustee, Michael Goldberg*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 27, 2024, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record and that a copy by sent by U.S. Mail to:

The Center for Special Needs
Trust Administration, Inc.
Attn: William Long
12424 28th Street North
St. Petersburg, FL 33716

                                                */s/Steven R. Wirth*
                                                Steven R. Wirth

75645953;1