# Exhibit "A"

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In Re:

Case No. 8:24-BK-00676-RCT
Chapter 11

The Center for Special Needs Trust
Administration, Inc.,

Debtor. /

**AFFIDAVIT OF ACCOUNTANT**

STATE OF FLORIDA )
COUNTY OF BROWARD )

SONEET R. KAPILA, being duly sworn, states:

1. I am a duly licensed certified public accountant in the State of Florida and a partner in the independent public accounting firm of KapilaMukamal ("KM"), 1000 South Federal Highway, Suite 200, Fort Lauderdale, FL 33316. I am familiar with the matters set forth herein and make this affidavit in support of the application for approval of KM as accountants for the Trustee.

2. I am a founding partner of KM, together with Barry E. Mukamal.

3. The Trustee has requested KM to represent him for the reasons stated in the said application.

4. While employed by the Trustee, KM will not represent any other entity having an adverse interest in connection with the case and we are disinterested persons as required by 11 U.S.C. § 327(a). To the best of my knowledge, KM does not have nor has it had any connection, other than as disclosed below, with the Debtors, their affiliates, creditors and any of their attorneys or accountants in matters related to this case or with any person employed in the office of the U.S. Trustee, as required by Fed. R. Bank, § 2014 except as set forth below.

5. Soneet R. Kapila and Barry E. Mukamal, both partners of the accounting firm of KM, are both members of the Chapter 7 Panel of Trustees in the Southern District of Florida. Soneet R. Kapila is also in the pool of the Sub Chapter V Trustees.

6. Debtor's counsel, Stichter, Reidel, Blain & Prosser, PA, represent me as my general counsel in my capacity as Assignee for the Benefit of Creditors in an unrelated State court matter – Laser Spine Institute, LLC.

7. Additionally, KM is serving as Michael Goldberg's forensic accountant, tax accountant, or for general tax inquiries in active cases including, but not limited to the following:

*a.* In re: *Champlain Towers South Collapse Litigation*, Case No.: 2021-015089-CA-01, pending in the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida – Court-Appointed Receiver;

*b.* In re: *Securities & Exchange Commission v. Ariel Quiros, et al.*, Case No.: 16-cv-21301-GAYLES, pending in the United States District Court for the Southern District of Florida – Court Appointed Receiver;

*c.* In re: *Federal Trade Commission v. Simple Health Plans, LLC, et al.*, Case No.: 18-cv-62593-GAYLES, pending in the United States District Court for the Southern District of Florida – Court Appointed Receiver;

*d.* In re: *Rothstein Rosenfedlt Adler, P.A.*, Chapter 11 Bankruptcy, Case No.: 09-34791, pending in the United States Bankruptcy Court for the Southern District of Florida – Liquidation Trustee of the RRA Liquidating Trust; and

*e.* In re: *GWG Holdings, Inc., et al.*, Chapter 11 Bankruptcy, Case No.: 22-90032 (MI), pending in the United States Bankruptcy Court, Southern District of Texas – Litigation Trustee of GWG Litigation Trust.

8. Additionally, In re: *Richert Funding, LLC*, Chapter 7 Bankruptcy Case No. 6:18-BK-06276-KSJ, pending in the United States Bankruptcy Court for the Middle District of Florida, The Akerman firm represents Soneet Kapila, Court Appointed Chapter 7 Trustee.

9. Should I or the firm become notified of any conflicts asserted by a party with which the firm has a relationship, I will notify this Court immediately.

10. Should I or the firm become notified of any conflicts asserted by a party with which the firm has a relationship, I will notify this Court immediately.

11. As part of its practice, KM appears in numerous cases, proceedings, and transactions involving many different creditors, shareholders, attorneys, accountants, financial consultants, investment bankers, and other entities, some of which may be or may represent claimants and parties in interest in this case. KM has a widespread practice in insolvency and bankruptcy matters and I and the Firm participate in numerous cases in both the federal and state courts involving different professionals, including attorneys, accountants and financial consultants. Some of those professionals may represent parties-in-interest in this case. In addition, KM has in the past and will likely in the future be working with or against other professionals involved in this case in matters unrelated to the Debtor and this case. However, I am not advising any such entity and/or professional in connection with this Chapter 7 proceeding nor do I have a relationship with any such entity or professional which is adverse to the Debtor, its creditors or the estate.

12. KM is otherwise well-qualified to serve as accountants for the Trustee for the purpose required. Soneet Kapila and KM has been retained as accountants and financial consultants to render professional services to trustees, debtors, creditors, creditors' committees, and others in numerous bankruptcy matters. Soneet R. Kapila is also a Certified Insolvency & Restructuring Advisor (CIRA), a Certified Fraud Examiner (CFE) and Certified in Financial Forensics (CFF).

Barry E. Mukamal is a CPA, CIRA, CFE, and CFF. He is also Accredited in Business Valuation (ABV) and a Personal Financial Specialist (PFS).

FURTHER AFFIANT SAYETH NAUGHT.

SONEET R. KAPILA, CPA, CFF, CIRA, CFE

STATE OF FLORIDA
COUNTY OF BROWARD

THE FOREGOING INSTRUMENT was acknowledged before me via ☑ physical presence OR ☐ online notarizations this 26 day of March, 2024.

By Soneet R. Kapila

☑ personally known OR ☐ produced identification

Type of identification produced ______________________________

My commission expires:

Notary Public, State of Florida

CATHERINE D. MURCHISON
Commission # HH 421170
Expires August 1, 2027

CATHERINE D. MURCHISON
Commission # HH 421170
Expires August 1, 2027

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

In Re:
The Center for Special Needs Trust Administration, Inc.,

Debtor. /

Case No. 8:24-bk-00676-RCT
Chapter 11

**VERIFIED STATEMENT**

STATE OF FLORIDA )
COUNTY OF BROWARD )

SONEET R. KAPILA, being duly sworn, states:

1. I am a duly licensed certified public accountant in the State of Florida and a member of the independent public accounting firm of KapilaMukamal, LLP ("KM"), 1000 South Federal Highway, Suite 200, Fort Lauderdale, FL 33316. I am familiar with the matters set forth herein and make this affidavit in support of the application for approval of KM as accountants for the Trustee.

2. The Trustee has requested KM to represent him for the reasons stated in the said application.

3. While employed by the Trustee, KM will not represent any other entity having an adverse interest in connection with the case and we are disinterested persons as required by 11 U.S.C. 327(a). To the best of my knowledge, KM does not have nor has it had any connection, other than as disclosed below, with the Debtor, its affiliates, creditors and any of their attorneys or accountants in matters related to this case or with any person employed in the office of the U.S. Trustee, as required by Fed. R. Bank, 2014.

4. Soneet R. Kapila and Barry E. Mukamal, both partners of KM, are both members of the Chapter 7 Panel of Trustees in the Southern District of Florida. Soneet R. Kapila is also in the pool of the Sub Chapter V Trustees.

5. Debtor's counsel, Stichter, Reidel, Blain & Prosser, PA, represent me as my general counsel in my capacity as Assignee for the Benefit of Creditors in an unrelated State court matter – Laser Spine Institute, LLC.

6. Additionally, KM is serving as Michael Goldberg's forensic accountant, tax accountant, or for general tax inquiries in active cases including, but not limited to the following:

*a.* In re: *Champlain Towers South Collapse Litigation*, Case No.: 2021-015089-CA-01, pending in the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida – Court-Appointed Receiver;

*b.* In re: *Securities & Exchange Commission v. Ariel Quiros, et al.*, Case No.: 16-cv-21301-GAYLES, pending in the United States District Court for the Southern District of Florida – Court Appointed Receiver;

*c.* In re: *Federal Trade Commission v. Simple Health Plans, LLC, et al.*, Case No.: 18-cv-62593-GAYLES, pending in the United States District Court for the Southern District of Florida – Court Appointed Receiver;

d. In re*: Rothstein Rosenfedlt Adler, P.A.,* Chapter 11 Bankruptcy, Case No.: 09-34791, pending in the United States Bankruptcy Court for the Southern District of Florida – Liquidation Trustee of the RRA Liquidating Trust; and

e. In re: *GWG Holdings, Inc., et al.,* Chapter 11 Bankruptcy, Case No.: 22-90032 (MI), pending in the United States Bankruptcy Court, Southern District of Texas – Litigation Trustee of GWG Litigation Trust.

7. Additionally, In re*: Richert Funding, LLC*, Chapter 7 Bankruptcy Case No. 6:18-BK-06276-KSJ, pending in the United States Bankruptcy Court for the Middle District of Florida, The Akerman firm represents Soneet Kapila, Court Appointed Chapter 7 Trustee.

8. Should I or the firm become notified of any conflicts asserted by a party with which the firm has a relationship, I will notify this Court immediately.

9. As part of its practice, KM appears in numerous cases, proceedings, and transactions involving many different creditors, shareholders, attorneys, accountants, financial consultants, investment bankers, and other entities, some of which may be or may represent claimants and parties in interest in this case. KM has a widespread practice in insolvency and bankruptcy matters and I and the Firm participate in numerous cases in both the federal and state courts involving different professionals, including attorneys, accountants and financial consultants. Some of those professionals may represent parties-in-interest in this case. In addition, KM has in the past and will likely in the future be working with or against other professionals involved in this case in matters unrelated to the Debtor and this case. However, I am not advising any such entity and/or professional in connection with this Chapter 7 proceeding nor do I have a relationship with any such entity or professional which is adverse to the Debtor, its creditors or the estate.

10. KM is otherwise well-qualified to serve as accountants for the Trustee for the purpose required. Soneet Kapila and KM has been retained as accountants and financial consultants to render professional services to trustees, debtors, creditors, creditors' committees, and others in numerous bankruptcy matters. Soneet R. Kapila is also a Certified Insolvency & Restructuring Advisor (CIRA), Certified in Financial Forensics (CFF) and is a Certified Fraud Examiner (CFE).

FURTHER AFFIANT SAYETH NAUGHT.

Soneet Kapila

Soneet R. Kapila, ~~CPA, CFF~~, CIRA, CFE

THE FOREGOING INSTRUMENT was acknowledged before me via ☐ physical presence OR ☐ online notarizations this 26 day of March, 2024.

By Soneet R. Kapila, personally known to me.

Catherine D. Murchison

Notary Public, State of Florida

My commission expires:

CATHERINE D. MURCHISON
Commission # HH 421170
Expires August 1, 2027