# Exhibit "B"

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                          Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                                 Chapter 11

      Debtor.
_____/

**ORDER APPROVING TRUSTEE'S APPLICATION TO**
**EMPLOY SONEET R. KAPILA AND KAPILAMUKAMAL AS FORENSIC**
**ACCOUNTANT FOR CHAPTER 11 TRUSTEE *NUNC PRO TUNC* TO MARCH 21, 2024**

On the Application of Michel Goldberg, Chapter 11 Trustee (the "Trustee") to employ Soneet R. Kapila and the independent accounting firm of KapilaMukamal, *nunc pro tunc* to March 21, 2024 to represent the Trustee in this case, it is:

**ORDERED:**

1. The Application is approved.

2. The Trustee is authorized to employ Soneet R. Kapila and the independent accounting firm of KapilaMukamal to represent him in this case *nunc pro tunc* to March 21, 2024.

75639759;1

2

      3.      Compensation will be determined later in accordance with the provisions of 11 U.S.C. § 330.

Steven R. Wirth, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.