**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                                                  Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                                              Chapter 11

    Debtor.
_____/

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. The Honorable Roberta Colton will conduct a preliminary hearing in this case on Thursday, March 28, 2024 at 3:00 p.m. in Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602 on the following matter:

**Chapter 11 Trustee's Application for Employment of Soneet R. Kapila and KapilaMukamal as Forensic Accountant for Chapter 11 Trustee *Nunc Pro Tunc* to March 21, 2024 [124].**

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/colton.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Dated: March 27, 2024.

                                                      Respectfully submitted,

                                                      By: */s/ Steven R. Wirth*
                                                          Steven R. Wirth
                                                          Florida Bar No.: 170380
                                                          Email: steven.wirth@akerman.com
                                                          Raye C Elliott
                                                          Florida Bar No.: 18732
                                                          Email:  raye.elliott@akermanl.com

Akerman LLP
401 East Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837

and

Catherine Choe
Florida Bar No. 1022469
Email: catherine.choe@akerman.com
Akerman LLP
420 South Orange Avenue, Suite 1200
Orlando, Florida  32801
Telephone: (407) 423-4000
Facsimile: (407) 843-6610
*Proposed Counsel for Chapter 11 Trustee, Michael Goldberg*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 27, 2024, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record and that a copy by sent by U.S. Mail to:

The Center for Special Needs
Trust Administration, Inc.
Attn: William Long
12424 28th Street North
St. Petersburg, FL 33716

/s/Steven R. Wirth
Steven R. Wirth