UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flsb.uscourts.gov

In re:                                                                                         Chapter 11

THE CENTER FOR SPECIAL NEEDS                               Case No. 8:24-bk-00676-RCT
TRUST ADMINISTRATION, INC.,

    Debtor.
_____/

### NOTICE OF APPEARANCE AND REQUEST TO RECEIVE SERVICE

The undersigned, Jay B. Verona, Esq., of Shumaker, Loop & Kendrick, LLP, hereby gives notice that he is appearing as counsel for Creditor, **RANDY JONES**. Accordingly, copies of all pleadings, correspondence and all other documents and papers filed in this case hereafter should be furnished to the undersigned, and the undersigned requests to be added to the service list in this case.

Dated: March 28, 2024                           ***SHUMAKER, LOOP & KENDRICK, LLP***

                                                                         /s/ *Jay B. Verona*
                                                                         Jay B. Verona, Esq.
                                                                         Florida Bar No. 352616
                                                                         Primary e-mail: jverona@shumaker.com
                                                                         Secondary e-mail: mhartz@shumaker.com
                                                                         101 E. Kennedy Blvd., Suite 2800
                                                                         Tampa, Florida 33602
                                                                         Phone (813) 229-7600
                                                                         Fax (813) 229-1660
                                                                         *Counsel for Creditor Randy Jones*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 28, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic filing to all counsel of record.

                                                                          /s/ *Jay B. Verona*
                                                                          Attorney