UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flsb.uscourts.gov

In re:                                                                                       Chapter 11

THE CENTER FOR SPECIAL NEEDS                             Case No. 8:24-bk-00676-RCT
TRUST ADMINISTRATION, INC.,

    Debtor.
_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICE AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** the undersigned, Yusuf E. Haidermota, Esq. of Shumaker, Loop & Kendrick, LLP, hereby gives notice that he is appearing as additional counsel for Creditor, **Randy Jones**. Accordingly, copies of all pleadings, correspondences, and all other documents and papers filed in this case hereafter should be furnished to the undersigned, and the undersigned requests to be added to the service list.

**SHUMAKER, LOOP & KENDRICK, LLP**

*/s/ Yusuf E. Haidermota*
Yusuf E. Haidermota, Esq.
Florida Bar No. 55941
yhaidermota@shumaker.com
dfernandez@shumaker.com
101 E. Kennedy Blvd., Suite 2800
Tampa, Florida 33602
Phone (813) 229-7600
Facsimile (813) 229-1660
*Counsel for Creditor Randy Jones*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 28, 2024, a true and correct copy of the foregoing was served via CM/ECF on all counsel of record.

    */s/ Yusuf E. Haidermota*
    **Yusuf E. Haidermota, Esq.**