UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

The Center for Special Needs           Case No.:   8:24-bk-00676-RCT
Trust Administration, Inc.,            Chapter 11

           Debtor.
_____/

## NOTICE OF CONTINUED MEETING OF CREDITORS

YOU ARE HEREBY NOTIFIED that the § 341(a) Meeting of Creditors, been CONTINUED to

**May 1, 2024, at 10:00 a.m.**

The meeting of creditors will be conducted telephonically. Call in Number is 866-910-0293. Passcode is 7560574.

The Chapter 11 Trustee is directed to serve all parties on the creditors' matrix(ces) with notice of this continued rescheduled meeting of creditors and file a certificate(s) of service with the Clerk of the Bankruptcy Court.

Dated:  March 29, 2024

                          Respectfully submitted,
                          Mary Ida Townson
                          U. S. TRUSTEE, REGION 21

          By:   /s/ Teresa M. Dorr (FL Bar # 48037)
                Trial Attorney
                U.S. Department of Justice
                Office of the U.S. Trustee, Region 21
                501 East Polk Street, Suite 1200
                Tampa, Florida 33602
                (813) 228-2000 / fax (813) 228-2303
                teresa.dorr@usdoj.gov