

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/28/2024 03:00 PM

COURTROOM  8A

## HONORABLE ROBERTA COLTON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:24-bk-00676-RCT** | **11** | **02/09/2024** |

**Chapter 11**

**DEBTOR:**  The Center for Special Needs Trust Administration, Inc.

**DEBTOR ATTY:**  Mark Wall

**TRUSTEE:**  Michael Goldberg

**HEARING:**

(1) NOTICE OF INITIAL STATUS CONFERENCE
(2) Con't Emergency Motion for Approval of Trust Distribution Procedures by Debtor (Doc 10) - granted on 2nd interim basis to 3/28/24
Amendment to Motion for Approval of Trust Distribution Procedures by Debtor (Doc 63)
Limited Objection to the Debtor's Trust Motions and Reservation of Rights by Creditor Committee Unsecured Creditors' Committee (related document(s)[18], [63], [10]))   (Doc #118)
Limited Objection to the Debtor's Trust Motions and Reservation of Rights by Trustee Michael Goldberg (related document(s)[18], [63], [10]). (Doc #119)
(3) Con't Emergency Motion for Interim and Final Orders Granting (A) Authority to (I) Maintain Trust Bank Accounts and to Continue to Use Existing Business Forms and Checks for Trust Bank Accounts, and (II) Continue to Use Existing Trust Cash Management System, and (B) Waiver of Certain Investment and Deposit Guidelines by Debtor (Doc 18) - granted on 2nd interim basis to 3/28/24
Limited Objection to the Debtor's Trust Motions and Reservation of Rights by Creditor Committee Unsecured Creditors' Committee (related document(s)[18], [63], [10])   (Doc #118)
Limited Objection to the Debtor's Trust Motions

and Reservation of Rights by Trustee Michael
Goldberg (related document(s)[18], [63], [10]).
(Doc #119)
(4) Con't Motion to Compel Turnover of Records
from Austin Colby Co (Doc #23)
(5) Preliminary Hearing on Application to Employ
Hill, Ward & Henderson, P.A. as Special Litigation
Counsel by Debtor (Doc #13)
Notice of Filing Supplemental Declaration
of Mark M. Wall of Hill Ward Henderson in Support
of Application to Employ Hill Ward Henderson as
Special Litigation Counsel by Debtor (Doc #102)
Objection to Application to Employ Hill Ward
Henderson as Special Litigation Counsel
(Doc. Nos. 13, 102) by Creditor Committee
Unsecured Creditors' Committee (related
document(s)[102], [13])   (Doc #104)
(6) Preliminary Hearing on Application to Employ
Steven R. Wirth and the law firm of Akerman LLP
as attorney for Chapter 11 Trustee, Michael Goldberg
Nunc Pro Tunc to March 21, 2024 by Trustee Michael
Goldberg (Doc #113)
(7) Application to Employ Soneet R. Kapila and
Kapilamukamal as as Forensic Accountant for
Chapter 11 Trustee Nunc Pro Tunc to
March 21, 2024 Filed by Chp 11 Trustee
(Doc #124)
Note: Prior Hearing(s): 2/13/24; 2/27/24

**APPEARANCES:**:   ***AMENDED TO CORRECT RULINGS***
  Scott Stichter: Debtor Counsel; Michael Goldberg: Chp 11 Trustee; Teresa Dorr: U.S. Trustee Counsel; Donald Kirk: American Momentum Bank Counsel; Patrick Mosley: Special Counsel for Debtor; Scott Underwood and Megan Murray: Unsecured Creditor Committee Counsel; Steven Wirth; Chp 11 Trustee Counsel; Edward Peterson: Austin Colby Co;
Scott Kapila: Forensic Accountant for Chp 11 Trustee; Charles Tatelbaum: Max Francois as Guardian for Aiden Francois; John Norris: Federal Pay Rep/Caregiver and Legal Guardian of Jeffrey C. Norris; Lara Fernandez: Leo Govoni and Boston Finance Grp, LLC

**WITNESSES:**

**EVIDENCE:**

**RULING:** ****(1) NOTICE OF INITIAL STATUS CONFERENCE -   CON'T STATUS CONFERENCE 4/15/24 @ 2:00 PM (AOCNFNG)
****(2) Con't Emergency Motion for Approval of Trust Distribution Procedures
by Debtor (Doc 10) -   GRANTED ON INTERIM BASIS TO 4/15/24@ 2:00 PM;
ORDER BY WIRTH    Amendment to Motion for Approval of Trust Distribution Procedures
by Debtor (Doc 63) Limited Objection to the Debtor's Trust Motions and Reservation of
Rights by Creditor Committee Unsecured Creditors' Committee (related document(s)[18], [63],
[10]))   (Doc #118)   Limited Objection to the Debtor's Trust Motions and Reservation
of Rights by Trustee Michael Goldberg (related document(s)[18], [63], [10]) (Doc #119)
****(3) Con't Emergency Motion for Interim and Final Orders Granting (A) Authority to
(I) Maintain Trust Bank Accounts and to Continue to Use Existing Business Forms
and Checks for Trust Bank Accounts, and (II) Continue to Use Existing Trust Cash
Management System, and (B) Waiver of Certain Investment and Deposit Guidelines
by Debtor (Doc 18) -   GRANTED ON INTERIM BASIS TO 4/20/24 @ 2:00 PM;
ORDER BY WIRTH    Limited Objection to the Debtor's Trust Motions and Reservation
of Rights by Creditor Committee Unsecured Creditors' Committee (related document(s)
[18], [63], [10])   (Doc #118)   Limited Objection to the Debtor's Trust Motions and Reservation
of Rights by Trustee Michael Goldberg (related document(s)[18], [63], [10]). (Doc #119)
****(4) Con't Motion to Compel Turnover of Records from Austin Colby Co (Doc #23) -   CONT
TO 4/15/24 @ 2:00 PM (AOCNFNG)    ****(5) Preliminary Hearing on Application to Employ

Hill, Ward & Henderson, P.A. as Special Litigation Counsel by Debtor (Doc #13) -   CON'T TO 4/15/24 @ 2:00 PM (AOCNFNG) Notice of Filing Supplemental Declaration of Mark M.
Wall of Hill Ward Henderson in Support of Application to Employ Hill Ward Henderson
as Special Litigation Counsel by Debtor (Doc #102)   Objection to Application to Employ
Hill Ward Henderson as Special Litigation Counsel (Doc. Nos. 13, 102) by Creditor Committee Unsecured Creditors' Committee (related document(s)[102], [13])   (Doc #104)
****(6) Preliminary Hearing on Application to Employ Steven R. Wirth
and the law firm of Akerman LLP as attorney for Chapter 11 Trustee, Michael Goldberg
Nunc Pro Tunc to March 21, 2024 by Trustee Michael Goldberg (Doc #113) -   APPROVED; ORDER BY WIRTH     ****(7) Application to Employ Soneet R. Kapila and Kapilamukamal as
 as Forensic Accountant for Chapter 11 Trustee Nunc Pro Tunc toMarch 21, 2024 Filed by Chp 11 Trustee (Doc #124) - APPROVED; ORDER BY WIRTH

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.