**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
**FOR THE PERIOD BEGINNING  February 9, 2024  AND ENDING February 29, 2024**

Name of Debtor:  The Center for Special Needs Trust Administration, Inc.
Date of Petition:  February 9, 2024

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| American Momentum Bank (AMB) | 3,422,494.31 | 3,422,494.31 |
| American Momentum Bank (AMB) - Retention | 369,701.69 | 369,701.69 |
| Fidelity Investments Money Market | 130,986.00 | 130,986.00 |
|  | - |  |
| **1. FUNDS AT BEGINNING OF PERIOD** | 3,923,182.00  (a) | 3,923,182.00  (b) |
| **2. RECEIPTS:** |  |  |
| A. Cash Sales |  |  |
| Minus:  Cash Refunds |  |  |
| Net Cash Sales |  |  |
| B. Accounts Receivable |  | - |
| C. Other Receipts *(See MOR-3)* | 2,317.42 | 2,317.42 |
| (If you receive rental income, |  |  |
| you must attach a rent roll.) |  |  |
| **3. TOTAL RECEIPTS *(Lines 2A+2B+2C)*** | 2,317.42 | 2,317.42 |
| **4. TOTAL FUNDS AVAILABLE FOR** |  |  |
| **OPERATIONS *(Line 1 + Line 3)*** | 3,925,499.42 | 3,925,499.42 |
| **5. DISBURSEMENTS** |  |  |
| A. Advertising |  | - |
| B. Bank Charges |  | - |
| C. Contract Labor |  | - |
| D. Fixed Asset Payments (not incl. in "N") |  | - |
| E. Insurance | 51,792.65 | 51,792.65 |
| F. Inventory Payments *(See Attach. 2)* |  | - |
| G. Leases | 6,341.63 | 6,341.63  $5,500.96 of Pitney Bowes auto deducted 2/9 but not recorded on books until 2/29. |
| H. Manufacturing Supplies (COGS) |  |  |
| I. Office Supplies |  |  |
| J. Payroll - Net *(See Attachment 4B)* | 132,388.89 | 132,388.89 |
| K. Professional Fees (Accounting & Legal) | 100,000.00 | 100,000.00  Fees Paid on 2/9/24 but not recorded on books until 2/15/2024 |
| K. Professional Fees(Other) |  | - |
| L. Rent | 7,406.55 | 7,406.55 |
| M. Repairs & Maintenance |  | - |
| N. Secured Creditor Payments *(See Attach. 2)* |  | - |
| O. Taxes Paid - Payroll *(See Attachment 4C)* |  | - |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* |  | - |
| Q. Taxes Paid - Other *(See Attachment 4C)* |  | - |
| R. Telephone |  | - |
| S. Travel & Entertainment |  | - |
| Y. U.S. Trustee Quarterly Fees |  | - |
| U. Utilities | 198.46 | 198.46 |
| V. Vehicle Expenses |  | - |
| W. Other Operating Expenses *(See MOR-3)* | 1,314.90 | 1,314.90  $19,684 of credit card payments paid 2/9/24 but not recorded until 2/29. |
| **6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)*** | 299,443.08 | 299,443.08 |
| **7. ENDING BALANCE *(Line 4 Minus Line 6)*** | 3,626,056.34  (c) | 3,626,056.34 |
| Bank Account Summary |  |  |
| American Momentum Bank (AMB) | 3,135,449.04 | 3,135,449.04 |
| American Momentum Bank (AMB) - Retention | 359,620.59 | 359,620.59 |
| Fidelity Investments Money Market | 130,986.71 | 130,986.71 |
|  | 3,626,056.34 | 3,626,056.34 |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This 20th day of March 2024                                                (Signature)

William A. Long Jr. As CRO

(a)This number is carried forward from last month's report.  For the first report only, this number will be the

balance as of the petition date.

(b)This figure will not change from month to month.  It is always the amount of funds on hand as of the date of

the petition.

(c)These two amounts will always be the same if form is completed correctly.

**Center For Special Needs Trust**
**Consolidated Balance Sheet**
**02/29/24**

|  |  | As of<br>February 29, 2024 |
|---|---|---|
| **Current Assets** | | |
| **Cash** | | |
| Operating Cash | $ | 3,135,449.04 |
| Retention Cash | | 359,620.59 |
| Money Market | | 130,986.71 |
| Cash Escrow | | - |
| Undeposited funds | | - |
| **Total Cash** | | 3,626,056.34 |
| Accounts Receivable | | 42,229.61 |
| Allowance for Doubtful Accounts | | - |
| **Net Accounts Receivable** | | 42,229.61 |
| Investments | | 776,847.95 |
| Loans Receivable (Short term) | | 474,806.32 |
| Inventory | | - |
| Prepaid Expenses | | 363,000.00 |
| Other Current Assets | | 432,902.68 |
| **Total Current Assets** | | 5,715,842.90 |
| **Long Term Assets** | | |
| Real Estate | | 763,019.39 |
| Other Investments | | 172,678.43 |
| Property, Plant, and Equipment | | |
| Computer Software | | 76,628.77 |
| Furniture and Equipment | | 142,069.74 |
| Automobile | | - |
| Leasehold Improvements | | - |
| Less: Accumulated Depreciation | | (218,698.51) |
| **Net Property, Plant and Equipment** | | - |
| Loans and Notes Receivable (Long term) | | 106,234,198.57 |
| Loans due from Trust Accounts | | |
| Other Long Term Assets | | 12,000.00 |
| **Total Long Term Assets** | | 107,181,896.39 |
| **Total Assets** | | 112,897,739.29 |

## Center For Special Needs Trust
## Consolidated Balance Sheet
## 02/29/24

**Liabilities**

**Current Liabilities**

| | | |
|---|---|---:|
| Accounts Payable | $ | 689.75 |
| Credit Cards Liability | | 52,562.24 |
| **Total Accounts Payable** | | 53,251.99 |
| **Accrued Expenses** | | |
| Acrued Interest Expense | | - |
| Accrued Property Tax | | - |
| Other Accrued Liabilities | | 657.80 |
| Accrued Payroll Liabilities | | 25,871.20 |
| Deferred Revenue | | - |
| Interest Payable | | - |
| Distribution Payable | | - |
| **Total Accounts Payable and Accrued Expenses** | | 79,780.99 |
| **Current Debt** | | |
| CMS Approval Fees | | - |
| Loan Payable - Current | | - |
| Due To Center Clients | | 142,313.45 |
| Line of Credit | | - |
| **Total Current Liabilities** | | 222,094.44 |
| **Long Term Liabilities** | | |
| Loans Payable | | - |
| BFG LOC Amounts due Trusts | | 106,234,198.57 |
| Other Liabilites | | - |
| **Total Long Term Liabilities** | | 106,234,198.57 |
| **Total Liabilities** | $ | 106,456,293.01 |
| **Shareholders Equity** | | |
| Capital Contributions | | - |
| Members' Draw | | - |
| Unrealized Gain(loss) on Securities | | - |
| Retained Earnings | | 6,640,619.52 |
| Net Income | | (199,173.24) |
| **Total Shareholders Equity** | $ | 6,441,446.28 |
| **Total Liabilities and Shareholders Equity** | $ | 112,897,739.29 |

## Center For Special Needs Trust
## Statement of Income and Expenses
## 02/09/24..02/29/24

| | For the Period February 10, 2024 to February 29, 2024 |
|---|---:|
| **Revenue** | |
| Trust Fees | $ - |
| Contributions/Grants | - |
| Other Income | - |
| Interest Income | 2,317.42 |
| **Total Revenue** | 2,317.42 |
| **Operating Expenses** | |
| Payroll | 134,258.02 |
| Bonus | - |
| Commission | - |
| Payroll Taxes | 9,988.31 |
| Employee Benefits | (811.38) |
| Employee Supplemental Benefits | - |
| 401(k) Expense | 1,088.60 |
| Health Insurance | (4,081.37) |
| Fees and Licenses | 8.90 |
| Equipment Rental | 1,094.42 |
| Office Supplies | - |
| Rent | 7,406.55 |
| Postage | 478.44 |
| Telephone & Internet | - |
| Utilities | - |
| Insurance | 51,792.65 |
| Security | - |
| Professional Fees | 267.52 |
| Bank fees | - |
| Depreciation and Amortization | - |
| **Total Operating Expenses** | $ 201,490.66 |
| Interest Income | - |
| Gain/Loss on sale | - |
| Other Expenses | - |
| **Total Other Income and Expense** | - |
| **Net Income** | $ (199,173.24) |

**Center for Special Needs Trust**
**Aged Accounts Receivable**

Thursday, March 14, 2024 1:46 PM
Page    1
LDAVIS

**(Detail, aged as of February 29, 2024)**
Aged by  due date.

| No. | Name | | Document | | | Aged Overdue Amounts | | | |
|-----|------|---|---------|--|--|----|----|----|----|
| Due Date | Description | Type | Number | Balance Due | Current | Up To 30 Days | 31 - 60 Days | Over 60 Days | Doc. Curr. |
| C00022 | Boston Finance Group | | Phone No. | | Contact | | | | |
| 12/15/2023 | Invoice INV001484 | Invoice | INV001430 | 3,928.77 | 0.00 | 0.00 | 0.00 | 3,928.77 | |
| 12/18/2023 | Invoice INV001485 | Invoice | INV001431 | 3,760.99 | 0.00 | 0.00 | 0.00 | 3,760.99 | |
| 12/19/2023 | Invoice INV001486 | Invoice | INV001432 | 5,859.85 | 0.00 | 0.00 | 0.00 | 5,859.85 | |
| 12/27/2023 | Invoice INV001487 | Invoice | INV001433 | 2,490.70 | 0.00 | 0.00 | 0.00 | 2,490.70 | |
| 1/23/2024 | Invoice INV001493 | Invoice | INV001437 | 16,108.20 | 0.00 | 0.00 | 16,108.20 | 0.00 | |
| 2/9/2024 | Invoice INV001494 | Invoice | INV001438 | 10,081.10 | 0.00 | 10,081.10 | 0.00 | 0.00 | |
| C00022 | Total Amount Due | | | 42,229.61 | 0.00 | 10,081.10 | 16,108.20 | 16,040.31 | |
| | | | Credit Limit: | No Limit | 0.00% | 23.87% | 38.14% | 37.98% | |
| | Report Total Amount Due (USD) | | | **42,229.61** | 0.00 | 10,081.10 | 16,108.20 | 16,040.31 | |
| | | | | | 0.00% | 23.87% | 38.14% | 37.98% | |

**Center for Special Needs Trust**
**Aged Accounts Payable**

Thursday, March 14,

(Summary, aged as of February 29, 2024)
Aged by   due date.

| No. | Name | Balance Due | Current | Up To 30 Days | 31 - 60 Days | Over 60 Days |
|-----|------|-------------|---------|---------------|--------------|--------------|
| | | | | **Aged Overdue Amounts** | | |
| V00005 | FedEx | Phone: | | Contact: | | |
| | Total Amount Due | 220.48 | 0.00 | 220.48 | 0.00 | 0.00 |
| | | | 0.00% | 100.00% | 0.00% | 0.00% |
| V00517 | Principal | Phone: | | Contact: | | |
| | Total Amount Due | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| V00831 | GreatAmerica Financial Services | Phone: | | Contact: | | |
| | Total Amount Due | 299.75 | 0.00 | 299.75 | 0.00 | 0.00 |
| | | | 0.00% | 100.00% | 0.00% | 0.00% |
| V00930 | TASC | Phone: 1-800-422-4661 | | Contact: | | |
| | Total Amount Due | 69.52 | 0.00 | 69.52 | 0.00 | 0.00 |
| | | | 0.00% | 100.00% | 0.00% | 0.00% |
| V01007 | Progressive Benefit Solutions LLC | Phone: | | Contact: | | |
| | Total Amount Due | 100.00 | 100.00 | 0.00 | 0.00 | 0.00 |
| | | | 100.00% | 0.00% | 0.00% | 0.00% |
| | Report Total Amount Due (USD) | **689.75** | 100.00 | 589.75 | 0.00 | 0.00 |
| | | | 14.50% | 85.50% | 0.00% | 0.00% |

**The Center for Special Needs Trust Administration, Inc.**
**Statement of Capital Assets**
**Fixed Asset and Accumulated Depreciation Listing**
**as of December 31, 2023**

Software - Account 18010

| Date | Description | Amount | |
|---|---|---|---|
| 4/4/2012 | Real Solutions | 14,320.00 | |
| 5/31/2012 | Real Solutions - NAV for clients software | 52,180.41 | |
| 3/22/2013 | Clients First Business Solutions | 422.36 | |
| 3/26/2013 | Clients First Business Solutions | 9,706.00 | |
| | | 76,628.77 | Note, fully depreciated as of 2023. |

| FFE - Account 18020 | Description | Sum of Amount | |
|---|---|---|---|
| 12/31/2010 | Furniture and Equipment | 200,945.77 | |
| 3/31/2011 | Furniture and Equipment | 2,989.50 | |
| 4/30/2011 | Furniture and Equipment | 17,447.84 | |
| 5/31/2011 | Furniture and Equipment | 11,082.60 | |
| 6/30/2011 | Furniture and Equipment | 3,329.56 | |
| 7/31/2011 | Furniture and Equipment | 11,717.40 | |
| 8/31/2011 | Furniture and Equipment | 1,397.00 | |
| 12/31/2011 | Dec Balances | 4,221.39 | |
| 3/1/2015 | Rvs disposal assets | 6,104.74 | |
| 3/1/2015 | Write-off disposed assets | (135,051.97) | |
| 1/15/2019 | Write-off microwave | (124.01) | |
| | Write-off refrigerators | (1,433.33) | |
| 4/20/2019 | Write-off AVI Overhead projectors | (9,435.37) | |
| 5/28/2019 | Write-off Voicemail system | (4,514.00) | |
| 8/31/2019 | Write off replaced computers | (16,571.66) | |
| | **Net of prior assets and write-offs** | **92,105.46** | Note:  Matched the write-offs noted against the oldest asset entries to net here. |
| 9/19/2012 | Ajax Business Interiors | 3,229.00 | |
| 2/2/2013 | Dell Business Credit | 4,818.81 | |
| 5/28/2013 | All Covered | 9,279.11 | |
| 2/1/2019 | CDW Direct | 5,407.33 | |
| 2/5/2019 | CDW Direct | 1,240.03 | |
| 5/1/2019 | | 7,402.68 | |
| 7/1/2019 | CDW Direct | 5,683.82 | |
| 8/9/2019 | CDW Direct | 7,317.19 | |
| 8/12/2019 | CDW Direct | 1,416.92 | |
| 3/2/2020 | CDW Direct | 4,169.39 | |
| | **Total FFE - Acct 18020** | **142,069.74** | Fully Depreciated by 2023 |

| Year | Activity | Acc. Dep |
|---|---|---|
| 2010 | Net Acc. Dep Transactions for year | (85,111.21) |
| 2011 | Net Acc. Dep Transactions for year | (73,033.32) |
| 2012 | Net Acc. Dep Transactions for year | (85,159.57) |
| 2013 | Net Acc. Dep Transactions for year | (88,283.61) |
| 2014 | Net Acc. Dep Transactions for year | (46,860.84) |
| 2015 | Net Acc. Dep Transactions for year | 147,282.03 |
| 2016 | Net Acc. Dep Transactions for year | (6,721.41) |
| 2017 | Net Acc. Dep Transactions for year | (3,634.44) |
| 2018 | Net Acc. Dep Transactions for year | (944.28) |
| 2019 | Net Acc. Dep Transactions for year | 50,590.03 |
| 2020 | Net Acc. Dep Transactions for year | (10,647.44) |
| 2021 | Net Acc. Dep Transactions for year | (10,879.08) |
| 2022 | Net Acc. Dep Transactions for year | (5,295.37) |
| Grand Total | Total Acc. Dep per Acct 18490 | (218,698.51) |

**Total Net Assets** — -

**Bank Rec. Operating Account**
**Center for Special Needs Trust**

Wednesday, March 6, 2024 12:21 PM

LDAVIS

| | |
|---|---|
| Bank Account No. | 01-10110 |
| Statement No. | 022924 |
| Statement Date | 2/29/2024 |

Currency Code

| | | | | |
|---|---|---|---|---|
| G/L Balance ($) | 3,135,449.04 | Statement Balance | 3,143,620.35 |
| G/L Balance | 3,135,449.04 | Outstanding Deposits | 0.00 |
| Positive Adjustments | 0.00 | | |
| | | Subtotal | 3,143,620.35 |
| Subtotal | 3,135,449.04 | Outstanding Checks | 8,171.31 |
| Negative Adjustments | 0.00 | | |
| | | Ending Balance | 3,135,449.04 |
| Ending G/L Balance | 3,135,449.04 | | |
| Difference | 0.00 | | |

**Checks**

| Posting Date | Document Type | Document No. | Account Type | Account No. | Description | Bal. Account Type | Bal. Account No. | Amount | Cleared / Balance Amt. | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/23/2023 | Payment | 20482 | G/L | | Cherry Bekaert, LLP | G/L | | 107.25 | 107.25 | 0.00 |
| 1/8/2024 | Payment | 20982 | G/L | | Alliance of Pooled Trusts | G/L | | 500.00 | 500.00 | 0.00 |
| 1/26/2024 | Payment | 20996 | G/L | | FedEx | G/L | | 356.20 | 356.20 | 0.00 |
| 1/26/2024 | Payment | 20997 | G/L | | Charter Communications | G/L | | 198.46 | 198.46 | 0.00 |
| 1/29/2024 | Payment | 20998 | G/L | | Veritas Recruiting Group, LLC | G/L | | 18,000.00 | 18,000.00 | 0.00 |
| 1/31/2024 | Payment | ACH 1/31/24 - RSL | G/L | | Roosevelt Lakes, LLC | G/L | | 7,406.55 | 7,406.55 | 0.00 |
| 1/31/2024 | Payment | 20999 | G/L | | FedEx | G/L | | 270.69 | 270.69 | 0.00 |
| 1/31/2024 | Payment | 21000 | G/L | | ADT | G/L | | 99.76 | 99.76 | 0.00 |
| 1/31/2024 | Payment | 21001 | G/L | | The Florida Bar | G/L | | 4,542.80 | 4,542.80 | 0.00 |
| 1/31/2024 | Payment | 21002 | G/L | | GreatAmerica Financial Services | G/L | | 385.63 | 385.63 | 0.00 |
| 1/31/2024 | Payment | 21003 | G/L | | Hungerford Technologies, LLC | G/L | | 341.81 | 341.81 | 0.00 |
| 1/31/2024 | Payment | 21004 | G/L | | Proshred Security | G/L | | 75.00 | 75.00 | 0.00 |
| 1/31/2024 | Payment | 21005 | G/L | | Flexible Benefits Systems, Inc. | G/L | | 727.95 | 727.95 | 0.00 |
| 1/31/2024 | Payment | 21006 | G/L | | Progressive Benefit Solutions LLC | G/L | | 100.00 | 100.00 | 0.00 |
| 2/1/2024 | Payment | ACH 2/1/2024 - PUZ | G/L | | Puzzle HR | G/L | | 4,585.00 | 4,585.00 | 0.00 |
| 2/2/2024 | Payment | ACH 2/1/24 - HSA | G/L | | Paylocity | G/L | | 488.84 | 488.84 | 0.00 |
| 2/2/2024 | Payment | ACH 2/1/24 - PAY | G/L | | Paylocity | G/L | | 54,221.26 | 54,221.26 | 0.00 |
| 2/2/2024 | Payment | ACH 2/2/24 - CFB | G/L | | Clients First Business Solutions, | G/L | | 2,130.00 | 2,130.00 | 0.00 |
| 2/5/2024 | Payment | ONL 2/5/24 - LUM | G/L | | Level 3 Communications, LLC | G/L | | 1,402.41 | 1,402.41 | 0.00 |
| 2/5/2024 | Payment | WIRE 2/5/24 - NPS | G/L | | Nperspective Advisory Services, | G/L | | 94,035.48 | 94,035.48 | 0.00 |
| 2/5/2024 | Payment | WIRE 2/5/24 - SRB | G/L | | Stichter, Riedel, Blain & Postler, | G/L | | 100,000.00 | 100,000.00 | 0.00 |
| 2/5/2024 | Payment | 21007 | G/L | | Forest Intel LLC | G/L | | 2,000.00 | 2,000.00 | 0.00 |
| 2/6/2024 | Payment | 21008 | G/L | | Weber Crabb Wein | G/L | | 2,568.35 | 2,568.35 | 0.00 |
| 2/6/2024 | Payment | 21009 | G/L | | Boston Asset Management | G/L | | 1,080.49 | 1,080.49 | 0.00 |
| 2/6/2024 | Payment | 21010 | G/L | | Boston Asset Management | G/L | | 1,166.15 | 1,166.15 | 0.00 |
| 2/6/2024 | Payment | ACH 2/6/24 - IRA | G/L | | Insurance Risk Advisory Group | G/L | | 2,035.55 | 2,035.55 | 0.00 |
| 2/6/2024 | Payment | WIRE 2/6/24 - FTAS | G/L | | Fiduciary Tax & Accounting | G/L | | 40,250.00 | 40,250.00 | 0.00 |
| 2/6/2024 | Payment | WIRE 2/6/24 - | G/L | | Fiduciary Tax & Accounting | G/L | | 27,150.00 | 27,150.00 | 0.00 |
| 2/6/2024 | Payment | WIRE 2/6/24 - EPIQ | G/L | | Epiq Corporate Restructuring LLC | G/L | | 25,000.00 | 25,000.00 | 0.00 |
| 2/6/2024 | Payment | WIRE 2/6/24 - HWH | G/L | | Hill Ward & Henderson, PA | G/L | | 403.50 | 403.50 | 0.00 |
| 2/6/2024 | Payment | WIRE 2/6/24 - | G/L | | Hill Ward & Henderson, PA | G/L | | 84,368.45 | 84,368.45 | 0.00 |
| 2/6/2024 | Payment | ACH 2/6/24 - MD | G/L | | Paylocity | G/L | | 159.61 | 159.61 | 0.00 |
| 2/6/2024 | Payment | ACH 2/6/24 - MID | G/L | | Mid Atlantic Capital Corp | G/L | | 2,730.82 | 2,730.82 | 0.00 |
| 2/6/2024 | Payment | ACH 2/6/24 - WC | G/L | | AmTrust North America | G/L | | 92.21 | 92.21 | 0.00 |
| 2/8/2024 | Payment | WIRE 2/8/24 - STB | G/L | | Stichter, Riedel, Blain & Postler, | G/L | | 45,592.34 | 45,592.34 | 0.00 |
| 2/8/2024 | Payment | ACH 2/8/24 - HSA | G/L | | Paylocity | G/L | | 159.61 | 159.61 | 0.00 |
| 2/9/2024 | Payment | 21011 | G/L | | FedEx | G/L | | 290.80 | 290.80 | 0.00 |
| 2/9/2024 | Payment | 21013 | G/L | | Stevens & Stevens Business | G/L | | 275.63 | 275.63 | 0.00 |
| 2/9/2024 | Payment | 21014 | G/L | | The Florida Bar | G/L | | 1,812.20 | 1,812.20 | 0.00 |
| 2/9/2024 | Payment | 21015 | G/L | | Harlan & Associates, Inc. | G/L | | 2,589.45 | 2,589.45 | 0.00 |
| 2/9/2024 | Payment | 21016 | G/L | | Cindy Chanley | G/L | | 1,328.87 | 1,328.87 | 0.00 |
| 2/9/2024 | Payment | 21017 | G/L | | Infinity Solutions Group, Inc. | G/L | | 2,568.16 | 2,568.16 | 0.00 |
| 2/9/2024 | Payment | 21018 | G/L | | Smarsh Inc. | G/L | | 364.26 | 364.26 | 0.00 |

**Bank Rec. Operating Account**
**Center for Special Needs Trust**

Wednesday, March 6, 2024 12:21 PM

LDAVIS

| Date | Type | Num | | Payee | | | Amount | Amount | Balance |
|------|------|-----|---|-------|---|---|--------|--------|---------|
| 2/9/2024 | Payment | 21019 | G/L | Robert Mascali | G/L | | 708.76 | 708.76 | 0.00 |
| 2/9/2024 | Payment | 21021 | G/L | Bi-Coastal Settlements, Inc | G/L | | 34,010.72 | 34,010.72 | 0.00 |
| 2/9/2024 | Payment | 21022 | G/L | Thrive Operations, LLC | G/L | | 8,284.43 | 8,284.43 | 0.00 |
| 2/9/2024 | Payment | 21023 | G/L | IntelePeer Cloud Communications, | G/L | | 188.20 | 188.20 | 0.00 |
| 2/9/2024 | Payment | 21024 | G/L | Biscom, Inc. | G/L | | 166.86 | 166.86 | 0.00 |
| 2/9/2024 | Payment | 21025 | G/L | Hope Portal Services Inc  aka Hope | G/L | | 2,556.68 | 2,556.68 | 0.00 |
| 2/9/2024 | Payment | ONL 2/9/24 - PBI | G/L | Pitney Bowes INC | G/L | | 400.96 | 400.96 | 0.00 |
| 2/9/2024 | Payment | ONL 2/9/24 - PBP | G/L | Pitney Bowes Bank Inc Purchase | G/L | | 5,100.00 | 5,100.00 | 0.00 |
| 2/9/2024 | Payment | WIRE 2/9/24 - HWH | G/L | Hill Ward & Henderson, PA | G/L | | 100,000.00 | 100,000.00 | 0.00 |
| 2/12/2024 | Payment | ACH 2/12/24 - UHC | G/L | United Healthcare | G/L | | 16,531.46 | 16,531.46 | 0.00 |
| 2/20/2024 | Payment | ACH 2/20/24 - IRA | G/L | Insurance Risk Advisory Group | G/L | | 51,792.65 | 51,792.65 | 0.00 |
| 2/21/2024 | Payment | ACH 2/21/24 - WC | G/L | AmTrust North America | G/L | | 92.31 | 92.31 | 0.00 |
| 2/21/2024 | Payment | ACH 2/21/24 - MID | G/L | Mid Atlantic Capital Corp | G/L | | 2,726.96 | 2,726.96 | 0.00 |
| 2/22/2024 | Payment | 21027 | G/L | FedEx | G/L | | 211.96 | 211.96 | 0.00 |
| 2/22/2024 | Payment | 21028 | G/L | Charter Communications | G/L | | 198.46 | 198.46 | 0.00 |
| 2/22/2024 | Payment | 21030 | G/L | Decision Dynamics, LLC | G/L | | 8.90 | 8.90 | 0.00 |
| 2/22/2024 | Payment | 21031 | G/L | Pitney Bowes Global Financial | G/L | | 794.67 | 794.67 | 0.00 |
| 2/16/2024 | Payment | ACH 2/14/24 - PAY | G/L | Paylocity | G/L | | 54,925.23 | 54,925.23 | 0.00 |
| 2/27/2024 | Payment | ACH 2/27/24 - PAY | G/L | Paylocity | G/L | | 55,225.13 | 55,225.13 | 0.00 |
| 2/20/2024 | Payment | ACH 2/20/24 - FEE | G/L | Paylocity | G/L | | 901.00 | 901.00 | 0.00 |
| 2/23/2024 | Payment | ACH 2/23/24 - PRI | G/L | Principal | G/L | | 2,079.11 | 2,079.11 | 0.00 |
| 2/5/2024 | Payment | ONL 2/5/24 - FBC | G/L | First Bankcard | G/L | | 85,816.69 | 85,816.69 | 0.00 |
| Total Checks | | | | | | | 956,682.68 | 956,682.68 | |

**Deposits**

| Date | Type | Num | | Payee | | | Amount | Amount | Balance |
|------|------|-----|---|-------|---|---|--------|--------|---------|
| 1/31/2024 | Payment | 01312024GDG | G/L | Transfer Retention balance to new | G/L | | -369,701.69 | -369,701.69 | 0.00 |
| 2/5/2024 | Payment | 33744632 | G/L | Lawrence Stanard - Trust Retention | G/L | | 2,030.46 | 2,030.46 | 0.00 |
| 2/7/2024 | Payment | 33744633 | G/L | Amtrust - Workers Comp Dividend | G/L | | 204.00 | 204.00 | 0.00 |
| 2/8/2024 | Payment | 20482 | G/L | Voiding check 20482. | G/L | | 107.25 | 107.25 | 0.00 |
| 2/9/2024 | Payment | 33744636 | G/L | GreatAmerica Financial Services - | G/L | | 14.84 | 14.84 | 0.00 |
| 2/15/2024 | Payment | GDG JE1 | G/L | Credit Card Payable | G/L | | -3,232.92 | -3,232.92 | 0.00 |
| 2/29/2024 | Payment | 33744637 | G/L | American Momentum Bank | G/L | | 1,833.28 | 1,833.28 | 0.00 |
| 2/29/2024 | Payment | 33744638 | G/L | American Momentum Bank | G/L | | 484.14 | 484.14 | 0.00 |
| 2/9/2024 | Payment | GDG022127 | G/L | Credit Card Payable PMT made 2/9 | G/L | | -16,803.97 | -16,803.97 | 0.00 |
| 2/12/2024 | Payment | GDG022126 | G/L | Credit Card Payable pmt made 2/12 | G/L | | -12.84 | -12.84 | 0.00 |
| 2/13/2024 | Payment | GDG022125 | G/L | Credit Card Payable Payment 02/13 | G/L | | -4,440.37 | -4,440.37 | 0.00 |
| 2/21/2024 | Payment | GDG022124 | G/L | Credit Card Payable | G/L | | -2,721.52 | -2,721.52 | 0.00 |
| Total Deposits | | | | | | | -392,239.34 | -392,239.34 | |

**Outstanding Checks**

| Date | Type | Num | | Payee | | | Amount | Amount | Balance |
|------|------|-----|---|-------|---|---|--------|--------|---------|
| 9/26/2023 | Payment | 20841 | G/L | Berkshire Trust Advisory Services | G/L | | 52.04 | 0.00 | 52.04 |
| 1/16/2024 | Payment | 21026 | G/L | TASC | G/L | | 69.52 | 0.00 | 69.52 |
| 2/9/2024 | Payment | 21012 | G/L | David Fitch | G/L | | 120.38 | 0.00 | 120.38 |
| 2/9/2024 | Payment | 21020 | G/L | Ringler Associates Kentuckiana, | G/L | | 278.82 | 0.00 | 278.82 |
| 2/22/2024 | Payment | 21029 | G/L | MyLLC.com, Inc | G/L | | 198.00 | 0.00 | 198.00 |
| 2/22/2024 | Payment | 21032 | G/L | Pitney Bowes Bank Inc Purchase | G/L | | 46.00 | 0.00 | 46.00 |
| 2/29/2024 | Payment | ONL 2/29/24 - RENT | G/L | Roosevelt Lakes, LLC | G/L | | 7,406.55 | 0.00 | 7,406.55 |
| Total Outstanding Checks | | | | | | | 8,171.31 | | |



# AMERICAN MOMENTUM BANK

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

Date   2/29/24          Page      1
Primary Account   Acct Ending 1640
Enclosures                        36

The Center for Special Needs Trust
P O Box 17296
Clearwater FL 33762

American Momentum Bank will never ask you for your online banking password or secure access code. We'll also never ask you to transfer money to yourself as a way to resolve fraud. Questions? Contact Customer Care at (866) 530-2265.

## CHECKING ACCOUNTS

Account Title          The Center for Special Needs Trust

| Full Analysis CML Checking | | Number of Enclosures | 36 |
|---|---|---|---|
| Account Number | Acct Ending 1640 | Statement Dates  2/01/24 thru  2/29/24 | |
| Previous Balancing | 4,122,840.68 | Number of Days in this Statement | 29 |
| 6 Deposits | 4,726.33 | Average Ledger | 3,433,132.85 |
| 70 Checks/Debits | 983,946.66 | Average Collected | 3,433,070.60 |
| Service Charges | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 3,143,620.35 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 2/05 | FIX         181935 CENTER FO<br>CCD<br>181935 | 159.61 |
| 2/05 | Remote Deposit | 2,030.46 |
| 2/07 | Remote Deposit | 204.00 |
| 2/09 | Remote Deposit | 14.84 |
| 2/29 | Interest Transfer Credit<br>Acct No.  Acct Ending 1404-D | 1,833.28 |
| 2/29 | Interest Transfer Credit<br>Acct No.  Acct Ending 1338-D | 484.14 |



# AMERICAN MOMENTUM BANK

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

Date    2/29/24          Page    2
Primary Account   Acct Ending 1640
Enclosures                        36

The Center for Special Needs Trust
P O Box 17296
Clearwater FL 33762

Full Analysis CML Checking        Acct Ending 1640   (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | | Amount |
|------|-------------|--|-------:|
| 2/01 | TRUST         181935 CENTER FO<br>CCD<br>181935 | | 488.84- |
| 2/01 | Bill.com   Puzzle HR<br>CCD<br>016UHSOUL38C7MO | | 4,585.00- |
| 2/01 | WEB PMTS   Hallmark Develop<br>CCD<br>21PM99 | | 7,406.55- |
| 2/01 | TAX COL   PAYLOCITY CORPOR<br>CCD | | 13,005.42- |
| 2/01 | DIR DEP   181935 CENTER FO<br>CCD<br>181935 | | 41,215.84- |
| 2/02 | PURCHASE   ClientsFirstBusi<br>CCD<br>112290425 | | 2,130.00- |
| 2/05 | Wire Transfer Debit<br>Nperspective Advisory Services<br>042000314<br>7971845719<br>941 W. Morse BLVD<br>Suite 100<br>Winter Park, FL 32789<br>FIFTH THIRD BANK,<br>38 Fountain Sq Plz<br>Cincinnati, OH 45263-0001<br>INV 787<br>20240205MMQFMPBS000046 | | 94,035.48- |



# AMERICAN MOMENTUM BANK

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

Date  2/29/24        Page      3
Primary Account  Acct Ending 1640
Enclosures                        36

The Center for Special Needs Trust
P O Box 17296
Clearwater FL 33762

Full Analysis CML Checking        Acct Ending 1640  (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|      | 20240205D2B74A1C003064 |  |
|      | 02051348FT01 |  |
| 2/05 | Wire Transfer Debit | 100,000.00- |
|      | Stichter, Riedel, Blain & Post |  |
|      | 063108680 |  |
|      | 21441448 |  |
|      | 110 East Madison St |  |
|      | Suite 200 |  |
|      | Tampa, FL 33602 |  |
|      | BANK OF TAMPA |  |
|      | 601 Bayshore Blvd |  |
|      | Tampa, FL 33606 |  |
|      | CSNT - Retainer Agreement |  |
|      | 20240205MMQFMPBS000045 |  |
|      | 20240205GMQFMP01024996 |  |
|      | 02051346FT01 |  |
| 2/05 | ONLINE PMT 1ST BANKCARD CTR | 85,816.69- |
|      | CCD |  |
|      | CC0008847368 |  |
| 2/06 | Wire Transfer Debit | 25,000.00- |
|      | Epiq Corporate Restructuring L |  |
|      | 043000096 |  |
|      | 8026542437 |  |
|      | 777 Third Ave |  |
|      | 12th Floor |  |
|      | New York, NY 10017 |  |
|      | PNC BANK, NA |  |
|      | 225 Fifth Ave |  |
|      | Pittsburgh, PA 15222 |  |



## AMERICAN MOMENTUM BANK

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

```
                                    Date  2/29/24        Page      4
                                    Primary Account  Acct Ending 1640
                                    Enclosures                    36

        The Center for Special Needs Trust
        P O Box 17296
        Clearwater FL 33762
```

Full Analysis CML Checking        Acct Ending 1640   (Continued)

### DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|      | CSNT Retainer | |
|      | 20240206MMQFMPBS000052 | |
|      | 20240206MMQFMPNB007073 | |
|      | 02061532FT01 | |
| 2/06 | Wire Transfer Debit | 67,400.00- |
|      | Fiduciary Tax   Acctg Svcs LLC | |
|      | 121000248 | |
|      | 3973158458 | |
|      | 737 Main Street | |
|      | Safety Harbor, FL 34695 | |
|      | WELLS FARGO BANK, | |
|      | 1137 W 68TH ST | |
|      | HIALEAH, FL 33014 | |
|      | INV 1136 & 1137 PD IN FULL | |
|      | 20240206MMQFMPBS000015 | |
|      | 20240206I1B7031R006980 | |
|      | 02061041FT01 | |
| 2/06 | Wire Transfer Debit | 84,771.95- |
|      | Hill Ward Henderson - Wire Acc | |
|      | 053101121 | |
|      | 1000114431017 | |
|      | 101 E. Kennedy Blvd | |
|      | Suite 3700 | |
|      | Tampa, FL 33602 | |
|      | TRUIST BANK | |
|      | 200 W 2nd St | |
|      | Winston Salem, NC 27101 | |
|      | INV 10688583 - 585 & 10688587 | |
|      | 20240206MMQFMPBS000085 | |



# AMERICAN MOMENTUM BANK

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

| | |
|---|---|
| Date 2/29/24 | Page 5 |
| Primary Account | Acct Ending 1640 |
| Enclosures | 36 |

The Center for Special Needs Trust
P O Box 17296
Clearwater FL 33762

Full Analysis CML Checking      Acct Ending 1640   (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | 20240206E3QP021C008228 | |
| | 02061613FT01 | |
| 2/06 | PAYMENT    AMTRUST NA | 92.21- |
| | CCD | |
| | 37409392 | |
| 2/06 | AUTO PAY   Level 3 Communic | 1,402.41- |
| | CCD | |
| | 14671610599 | |
| 2/06 | ACH PULLS  MID ATLANTIC TR | 2,730.82- |
| | CCD | |
| | CENTSPND | |
| 2/07 | The Center The Center SNT | 159.61- |
| | PPD | |
| | 2593705979 | |
| 2/07 | J2060 OOFF INSURANCE PMT IN | 2,035.55- |
| | CCD | |
| | CZ100005VU08C | |
| | TRN*1*CZ100005VU08C\ | |
| | RMR*IK*INSURANCE PMT IN FULL\ | |
| 2/08 | Wire Transfer Debit | 45,592.34- |
| | Stichter Riedel Blain - Operat | |
| | 063108680 | |
| | 21098000 | |
| | 110 E Madison St | |
| | Suite 200 | |
| | Tampa, FL 33602 | |
| | BANK OF TAMPA | |
| | 601 Bayshore Blvd | |
| | Tampa, FL 33606 | |



**AMERICAN MOMENTUM BANK**

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

```
                                        Date  2/29/24          Page     6
                                        Primary Account  Acct Ending 1640
                                        Enclosures                      36

      The Center for Special Needs Trust
      P O Box 17296
      Clearwater FL 33762
```

Full Analysis CML Checking        Acct Ending 1640   (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|      | CSNT Bill# 59092 | |
|      | 20240208MMQFMPBS000019 | |
|      | 20240208GMQFMPO0108338 | |
|      | 02081247FT01 | |
| 2/09 | Wire Transfer Debit | 100,000.00- |
|      | Hill Ward Henderson - Merrill | |
|      | 026009593 | |
|      | 003601434466 | |
|      | 101 E. Kennedy Blvd | |
|      | Suite 3700 | |
|      | Tampa, FL 33602 | |
|      | BANK OF AMERICA, N | |
|      | 150 Broadway | |
|      | New York, NY 10038 | |
|      | CSNT - Retainer Agreement | |
|      | 20240209MMQFMPBS000045 | |
|      | 20240209B6B7HU3R010854 | |
|      | 02091312FT01 | |
| 2/09 | The Center The Center SNT | 319.22- |
|      | CCD | |
|      | 2593705979 | |
| 2/12 | DIRECT DEB Pitney Bowes | 400.96- |
|      | CCD | |
|      | PBNonLeasing | |
| 2/12 | DIRECT DEB Pitney Purchase | 5,100.00- |
|      | CCD | |
|      | PBPurchasPwr | |
| 2/12 | EDI PAYMTS UNITED HEALTHCAR | 16,531.46- |
|      | CTX | |



**AMERICAN MOMENTUM BANK**

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

_Customer Security Awareness_

```
                                   Date  2/29/24        Page      7
                                   Primary Account   Acct Ending 1640
                                   Enclosures                    36

        The Center for Special Needs Trust
        P O Box 17296
        Clearwater FL 33762
```

Full Analysis CML Checking        Acct Ending 1640  (Continued)

### DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|      | ISA*00*          *00* | |
|      | *ZZ*1411289245      *ZZ*BNYMEL | |
|      | LON      *240208*1251*U*00401* | |
| 2/12 | ONLINE PMT 1ST BANKCARD CTR | 16,803.97- |
|      | CCD | |
|      | CC0008866253 | |
| 2/13 | ONLINE PMT 1ST BANKCARD CTR | 12.84- |
|      | CCD | |
|      | CC0008871136 | |
| 2/14 | Wire Transfer Debit | 13,082.25- |
|      | Paylocity Tax | |
|      | 211871691 | |
|      | 7238244 | |
|      | 1400 American Lane | |
|      | Schaumburg, IL 60173 | |
|      | BERKSHIRE BANK | |
|      | 99 North St | |
|      | Pittsfield, MA 01201 | |
|      | The Center for Special Needs T | |
|      | 181935 | |
|      | 20240214MMQFMPBS000005 | |
|      | 20240214MMQFMPXE000177 | |
|      | 02140930FT01 | |
| 2/14 | Wire Transfer Debit | 41,842.98- |
|      | Paylocity Payroll | |
|      | 042000314 | |
|      | 7243291106 | |
|      | 1400 American Lane | |
|      | Schaumburg, IL 60173 | |



**AMERICAN MOMENTUM BANK**

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

Customer Security Awareness

Date  2/29/24          Page     8
Primary Account  Acct Ending 1640
Enclosures                      36

The Center for Special Needs Trust
P O Box 17296
Clearwater FL 33762

Full Analysis CML Checking          Acct Ending 1640   (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|      | FIFTH THIRD BANK, | |
|      | 38 Fountain Sq Plz | |
|      | Cincinnati, OH 45263-0001 | |
|      | The Center for Special Needs P | |
|      | I - 181935 | |
|      | 20240214MMQFMPBS000004 | |
|      | 20240214D2B74A1C001095 | |
|      | 02140929FT01 | |
| 2/14 | ONLINE PMT 1ST BANKCARD CTR | 4,440.37- |
|      | CCD | |
|      | CCO008874446 | |
| 2/15 | ONLINE PMT 1ST BANKCARD CTR | 3,232.92- |
|      | CCD | |
|      | CCO008878075 | |
| 2/20 | BILLING    181935 CENTER FO | 901.00- |
|      | CCD | |
|      | 181935 | |
| 2/20 | J2073 OOFF INSURANCE PMT IN | 51,792.65- |
|      | CCD | |
|      | CZ10000603R6C | |
|      | TRN*1*CZ10000603R6C\ | |
|      | RMR*IK*INSURANCE PMT IN FULL\ | |
| 2/21 | PAYMENT     AMTRUST NA | 92.31- |
|      | CCD | |
|      | 37488635 | |
| 2/21 | ACH PULLS  MID ATLANTIC TR | 2,726.96- |
|      | CCD | |
|      | CENTSPND | |
| 2/22 | ONLINE PMT 1ST BANKCARD CTR | 2,721.52- |
|      | CCD | |



**AMERICAN MOMENTUM BANK**

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

```
                                    Date  2/29/24        Page      9
                                    Primary Account  Acct Ending 1640
                                    Enclosures                    36

        The Center for Special Needs Trust
        P O Box 17296
        Clearwater FL 33762
```

Full Analysis CML Checking        Acct Ending 1640   (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|      | CC0008895970 | |
| 2/23 | INSUR CLM  PLIC-SBD | 2,079.11- |
|      | CCD | |
|      | PACT#224992220 | |
| 2/27 | Wire Transfer Debit | 13,147.18- |
|      | Paylocity Tax | |
|      | 211871691 | |
|      | 7238244 | |
|      | 1400 American Lane | |
|      | Schaumburg, IL 60173 | |
|      | BERKSHIRE BANK | |
|      | 99 North St | |
|      | Pittsfield, MA 01201 | |
|      | CO ID 181935 - March 1 Check D | |
|      | 20240227MMQFMPBS000016 | |
|      | 20240227MMQFMPXE000135 | |
|      | 02271125FT01 | |
| 2/27 | Wire Transfer Debit | 42,077.95- |
|      | Paylocity Payroll | |
|      | 042000314 | |
|      | 7243291106 | |
|      | 1400 American Lane | |
|      | Schaumburg, IL 60173 | |
|      | FIFTH THIRD BANK, | |
|      | 38 Fountain Sq Plz | |
|      | Cincinnati, OH 45263-0001 | |
|      | CO ID 181935 - March 1 Check D | |
|      | 20240227MMQFMPBS000015 | |
|      | 20240227D2B74A1C001859 | |



# AMERICAN MOMENTUM BANK
4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

```
                                    Date  2/29/24        Page    10
                                    Primary Account  Acct Ending 1640
                                    Enclosures                    36
```

The Center for Special Needs Trust
P O Box 17296
Clearwater FL 33762

Full Analysis CML Checking        Acct Ending 1640  (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|  | 02271125FT01 |  |

## SUMMARY BY CHECK NUMBER

| Date | Check | Amount | Date | Check | Amount |
|------|-------|--------|------|-------|--------|
| 2/07 |  | 500.00 | 2/15 | 21013* | 275.63 |
| 2/02 | 20996* | 356.20 | 2/15 | 21014 | 1,812.20 |
| 2/02 | 20997 | 198.46 | 2/20 | 21015 | 2,589.45 |
| 2/02 | 20998 | 18,000.00 | 2/16 | 21016 | 1,328.87 |
| 2/09 | 20999 | 270.69 | 2/29 | 21017 | 2,568.16 |
| 2/13 | 21000 | 99.76 | 2/15 | 21018 | 364.26 |
| 2/09 | 21001 | 4,542.80 | 2/16 | 21019 | 708.76 |
| 2/07 | 21002 | 385.63 | 2/28 | 21021* | 34,010.72 |
| 2/08 | 21003 | 341.81 | 2/15 | 21022 | 8,284.43 |
| 2/07 | 21004 | 75.00 | 2/21 | 21023 | 188.20 |
| 2/14 | 21005 | 727.95 | 2/16 | 21024 | 166.86 |
| 2/07 | 21006 | 100.00 | 2/20 | 21025 | 2,556.68 |
| 2/15 | 21007 | 2,000.00 | 2/29 | 21027* | 211.96 |
| 2/14 | 21008 | 2,568.35 | 2/28 | 21028 | 198.46 |
| 2/09 | 21009 | 1,080.49 | 2/27 | 21030* | 8.90 |
| 2/09 | 21010 | 1,166.15 | 2/29 | 21031 | 794.67 |
| 2/16 | 21011 | 290.80 |  |  |  |

* Indicates Break in Check Order Sequence

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/01 | 4,056,139.03 | 2/08 | 3,527,408.94 | 2/15 | 3,302,464.10 |
| 2/02 | 4,035,454.37 | 2/09 | 3,420,044.43 | 2/16 | 3,299,968.81 |
| 2/05 | 3,757,792.27 | 2/12 | 3,381,208.04 | 2/20 | 3,242,129.03 |
| 2/06 | 3,576,394.88 | 2/13 | 3,381,095.44 | 2/21 | 3,239,121.56 |
| 2/07 | 3,573,343.09 | 2/14 | 3,318,433.54 | 2/22 | 3,236,400.04 |



# AMERICAN MOMENTUM BANK

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

```
                                          Date  2/29/24      Page    11
                                          Primary Account  Acct Ending 1640
                                          Enclosures                   36
```

```
       The Center for Special Needs Trust
       P O Box 17296
       Clearwater FL 33762
```

Full Analysis CML Checking        Acct Ending 1640   (Continued)

| DAILY BALANCE SUMMARY | | | |
|---|---|---|---|
| Date | Balance | Date | Balance |
| 2/23 | 3,234,320.93 | 2/28 | 3,144,877.72 |
| 2/27 | 3,179,086.90 | 2/29 | 3,143,620.35 |

Monitor your online transactions regularly and immediately report suspicious
charges to the Bank at (866) 530-2265 or reportfraud@americanmomentum.bank.



**Remote Deposit** — **Credit**

The Center for Special Needs Trust Ad
SNT Operating  1640
4912 Creekside Drive
Clearwater, FL 33760
7270944409

Date: 2/5/2024
Items: 1
Amount: $2,030.46
Batch ID: 20080308646
Account ID:
Acct Num:

Remote Deposit   Date: 02/05   Amount: $2,030.46

**Remote Deposit** — **Credit**

The Center for Special Needs Trust Ad
SNT Operating  1640
4912 Creekside Drive
Clearwater, FL 33760
7270944409

Date: 2/7/2024
Items: 1
Amount: $204.00
Batch ID: 20099910866
Account ID:
Acct Num:

Remote Deposit   Date: 02/07   Amount: $204.00

**Remote Deposit** — **Credit**

The Center for Special Needs Trust Ad
SNT Operating  1640
4912 Creekside Drive
Clearwater, FL 33760
7270944409

Date: 2/9/2024
Items: 1
Amount: $14.84
Batch ID: 20116808458
Account ID:
Acct Num:

Remote Deposit   Date: 02/09   Amount: $14.84

---

Center for Special Needs Trust
Administration, Inc
PO BOX 17296
Clearwater, FL 33762
(727) 894-4489

AMERICAN MOMENTUM BANK
4830 W. KENNEDY BLVD., SUITE 200
TAMPA, FL 33609

20982

01/08/2024

PAY TO THE
ORDER OF  Alliance of Pooled Trusts          $*******500.00

****FIVE HUNDRED AND 0/100 US DOLLARS

Alliance of Pooled Trusts
8001 Centre Park Dr.
Suite 100
Austin, TX 78754

MEMO  FOUNDING SUPPORTER ANNUAL PYMT

Check   Date: 02/07   Amount: $500.00

---

Center for Special Needs Trust
Administration, Inc
PO BOX 17296
Clearwater, FL 33762
(727) 894-4489

AMERICAN MOMENTUM BANK
4830 W. KENNEDY BLVD., SUITE 200
TAMPA, FL 33609

20996

01/26/2024

PAY TO THE
ORDER OF  FedEx          $*******356.20

****THREE HUNDRED FIFTY SIX AND 20/100 US DOLLARS

FedEx
PO Box 660481
Dallas, TX 75266-0481

MEMO  INV 8-386-23980

Check   20996   Date: 02/02   Amount: $356.20

---

Center for Special Needs Trust
Administration, Inc
PO BOX 17296
Clearwater, FL 33762
(727) 894-4489

AMERICAN MOMENTUM BANK
4830 W. KENNEDY BLVD., SUITE 200
TAMPA, FL 33609

20997

01/26/2024

PAY TO THE
ORDER OF  Charter Communications          $*******198.46

****ONE HUNDRED NINETY EIGHT AND 46/100 US DOLLARS

Charter Communications
PO Box 7195
Pasadena, CA  91109-7195

MEMO  INV 1443477010524

Check   20997   Date: 02/02   Amount: $198.46

**20998**

Center for Special Needs Trust
Administration, Inc
PO BOX 17296
Clearwater, FL 33762
(727) 894-4489

AMERICAN MOMENTUM BANK
4830 W. KENNEDY BLVD., SUITE 200
TAMPA, FL 33609

01/29/2024

PAY TO THE ORDER OF   Veritas Recruiting Group, LLC          $*******18,000.00

****EIGHTEEN THOUSAND AND 0/100 US DOLLARS

Veritas Recruiting Group, LLC
1135 TownPark Ave
Suite 2145
Lake Mary, FL  32746

MEMO   INV 3869                              AUTHORIZED SIGNATURE

⑈020998⑈ ⑉063116025⑉

Check      20998   Date: 02/02   Amount: $18,000.00

---

**20999**

Center for Special Needs Trust
Administration, Inc
PO BOX 17296
Clearwater, FL 33762
(727) 894-4489

AMERICAN MOMENTUM BANK
4830 W. KENNEDY BLVD., SUITE 200
TAMPA, FL 33609

01/31/2024

PAY TO THE ORDER OF   FedEx          $*******270.69

****TWO HUNDRED SEVENTY AND 69/100 US DOLLARS

FedEx
P.O. Box 660481
Dallas, TX  75266-0481

MEMO   INV 8-392-37056                       AUTHORIZED SIGNATURE

⑈020999⑈ ⑉063116025⑉

Check      20999   Date: 02/09   Amount: $270.69

---

**21000**

Center for Special Needs Trust
Administration, Inc
PO BOX 17296
Clearwater, FL 33762
(727) 894-4489

AMERICAN MOMENTUM BANK
4830 W. KENNEDY BLVD., SUITE 200
TAMPA, FL 33609

01/31/2024

PAY TO THE ORDER OF   ADT          $*******99.76

****NINETY NINE AND 76/100 US DOLLARS

ADT
PO Box 371878
Pittsburgh, PA  15250-7878

MEMO   ACCT 4040920690 - FEB 2024            AUTHORIZED SIGNATURE

⑈021000⑈ ⑉063116025⑉

Check      21000   Date: 02/13   Amount: $99.76

---

**21001**

Center for Special Needs Trust
Administration, Inc
PO BOX 17296
Clearwater, FL 33762
(727) 894-4489

AMERICAN MOMENTUM BANK
4830 W. KENNEDY BLVD., SUITE 200
TAMPA, FL 33609

01/31/2024

RECEIVED FEB 07 2024

PAY TO THE ORDER OF   The Florida Bar          $*******4,542.80

****FOUR THOUSAND FIVE HUNDRED FORTY TWO AND 80/100 US DOLLARS

The Florida Bar
651 E. Jefferson Street
Tallahassee, FL  32399-2300

MEMO   INV 4009836                           AUTHORIZED SIGNATURE

⑈021001⑈ ⑉063116025⑉

Check      21001   Date: 02/09   Amount: $4,542.80

---

**21002**

Center for Special Needs Trust
Administration, Inc
PO BOX 17296
Clearwater, FL 33762
(727) 894-4489

AMERICAN MOMENTUM BANK
4830 W. KENNEDY BLVD., SUITE 200
TAMPA, FL 33609

01/31/2024

PAY TO THE ORDER OF   GreatAmerica Financial Services          $*******385.63

****THREE HUNDRED EIGHTY FIVE AND 63/100 US DOLLARS

GreatAmerica Financial Services
P.O. Box 660831
Dallas, TX  75266-0831

MEMO   INV 35748836                          AUTHORIZED SIGNATURE

⑈021002⑈ ⑉063116025⑉

Check      21002   Date: 02/07   Amount: $385.63

---

**21003**

Center for Special Needs Trust
Administration, Inc
PO BOX 17296
Clearwater, FL 33762
(727) 894-4489

AMERICAN MOMENTUM BANK
4830 W. KENNEDY BLVD., SUITE 200
TAMPA, FL 33609

01/31/2024

PAY TO THE ORDER OF   Hungerford Technologies, LLC          $*******341.81

****THREE HUNDRED FORTY ONE AND 81/100 US DOLLARS

Hungerford Technologies, LLC
2910 Lucerne Drive SE
Grand Rapids, MI  49546

MEMO   INV 11326375                          AUTHORIZED SIGNATURE

⑈021003⑈ ⑉063116025⑉

Check      21003   Date: 02/08   Amount: $341.81



Check        21004    Date: 02/07    Amount: $75.00          Check        21004    Date: 02/07    Amount: $75.00

Check        21005    Date: 02/14    Amount: $727.95         Check        21005    Date: 02/14    Amount: $727.95

Check        21006    Date: 02/07    Amount: $100.00         Check        21006    Date: 02/07    Amount: $100.00

Check        21007    Date: 02/15    Amount: $2,000.00       Check        21007    Date: 02/15    Amount: $2,000.00

Check        21008    Date: 02/14    Amount: $2,568.35       Check        21008    Date: 02/14    Amount: $2,568.35

Check        21009    Date: 02/09    Amount: $1,080.49       Check        21009    Date: 02/09    Amount: $1,080.49



Check        21010    Date: 02/09    Amount: $1,166.15

Check        21011    Date: 02/16    Amount: $290.80

Check        21013    Date: 02/15    Amount: $275.63

Check        21014    Date: 02/15    Amount: $1,812.20

Check        21015    Date: 02/20    Amount: $2,589.45

Check        21016    Date: 02/16    Amount: $1,328.87



Check    21017    Date: 02/29    Amount: $2,568.16

Check    21018    Date: 02/15    Amount: $364.26

Check    21019    Date: 02/16    Amount: $708.76

Check    21021    Date: 02/28    Amount: $34,010.72

Check    21022    Date: 02/15    Amount: $8,284.43

Check    21023    Date: 02/21    Amount: $188.20



Check    21024    Date: 02/16    Amount: $166.86

Check    21025    Date: 02/20    Amount: $2,556.68

Check    21027    Date: 02/29    Amount: $211.96

Check    21028    Date: 02/28    Amount: $198.46

Check    21030    Date: 02/27    Amount: $8.90

Check    21031    Date: 02/29    Amount: $794.67

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

### Reconciliation of Account

| CHECKS WRITTEN BUT NOT PAID ||
|---|---|
| NUMBER | AMOUNT |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Date _____

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any Maintenance Fee or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | |
|---|---|
| Enter bank balance from statement | |
| Add deposits not credited by bank (if any) | |
| **TOTAL** | |
| Subtract outstanding checks, ATM, checkcard and other electronic withdrawals | |

outstanding checks, ATM, checkcard and other electronic withdrawals

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE** ➡

When you opened your account, you received bank deposit agreements (disclosures) and fee schedule. You agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. You may obtain additional copies of the disclosures and fee schedule, which contain the current version of the terms and conditions of your account at any of our banking centers or writing to us at the address provided on the front of this statement.
To change your contact information such as address, phone number or e-mail address, please call 866-530-2265 or write to us on the address provided on the front of this statement.

### BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Account Statement**

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 866-530-2265 or Write us at 4830 W. Kennedy Blvd.. Suite 200, Tampa, FL 33609 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### IN CASE OF ERROR OR QUESTIONS ABOUT ELECTRONIC TRANSFERS FOR CONSUMERS

In case of errors or questions about your electronic transfers, (e.g., ATM, point-of-sale. direct deposits or withdrawal transactions) please contact us at the telephone number or address on this statement within 60 days of the statement on which the problem first appeared. Please provide us with your name and account number, describe the transaction you are unsure about (date/place/type, amount), and explain your concern.
We will investigate and correct any error promptly. For consumer accounts used primarily for personal, family or household purposes, we will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. For errors involving new accounts, point-of-sale or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for Visa® POS) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. For new accounts, we may take up to 20 business days (5 business days for Visa® POS) to credit your account for the amount you think is in error. If we request you put your complaint in writing and we do not receive it within 10 business days, we may not credit your account. For other accounts, we investigate, and we find we have made an error, we will credit your account at the conclusion of our investigation.

### YOUR DUTY TO REPORT OTHER ERRORS

You must examine your statement of account with "reasonable promptness". You are in the best position to discover errors and unauthorized transactions to your account. If you fail to notify us in writing at the address provided on this statement of suspected problems or unauthorized transactions within the time periods specified in your deposit account terms and conditions agreements (which periods are no more than 60 days after we make the statement available to you in some cases are 30 days or less), we are not liable to you for and you agree not to make a claim against us for the problems or unauthorized transactions.

**Bank Rec. Retention Account**
**Center for Special Needs Trust**

| | |
|---|---|
| **Bank Account No.** | BA0004 |
| **Statement No.** | 022924 |
| **Statement Date** | 2/29/2024 |

**Currency Code**

| | | | | |
|---|---|---|---|---|
| **G/L Balance ($)** | 359,620.59 | **Statement Balance** | 858,620.59 | |
| **G/L Balance** | 359,620.59 | **Outstanding Deposits** | 0.00 | |
| **Positive Adjustments** | 0.00 | | | |
| | | **Subtotal** | 858,620.59 | |
| **Subtotal** | 359,620.59 | **Outstanding Checks** | 499,000.00 | Note 1 |
| **Negative Adjustments** | 0.00 | | | |
| | | **Ending Balance** | 359,620.59 | |
| **Ending G/L Balance** | 359,620.59 | | | |
| **Difference** | 0.00 | Note 1 outstanding Deposit Transfer correction clearing in March | | |

| Posting Date | Docume nt Type | Document No. | Account Type | Account No. | Description | Bal. Accoun t Type | Bal. Account No. | Amount | Cleared / Balance Amt. | Difference |
|---|---|---|---|---|---|---|---|---|---|---|

Warning!  Difference -499,000 must be zero before statement can be posted!

**Checks**

| Posting Date | Docume nt Type | Document No. | Account Type | Account No. | Description | Bal. Accoun t Type | Bal. Account No. | Amount | Cleared / Balance Amt. | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/9/2024 | Payment | TRF 2/9/24 - BFG | G/L Account | | The Center for Special Needs Trust Administration | G/L Account | | 10,081.10 | 10,081.10 | 0.00 |
| Total Checks | | | | | | | | 10,081.10 | 10,081.10 | 0.00 |

**Deposits**

| Posting Date | Docume nt Type | Document No. | Account Type | Account No. | Description | Bal. Accoun t Type | Bal. Account No. | Amount | Cleared / Balance Amt. | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/31/2024 | Payment | 01312024GDG | G/L | | Transfer Retention balance to new | G/L | | 369,701.69 | 369,701.69 | 0.00 |
| 2/29/2024 | Payment | 33744639 | G/L | | FEB 2024 INTEREST | G/L | | 1,833.28 | 1,833.28 | 0.00 |
| 2/29/2024 | Payment | 33744640 | G/L | | FEB 2024 INTEREST | G/L | | -1,833.28 | -1,833.28 | 0.00 |
| Total Deposits | | | | | | | | 369,701.69 | 369,701.69 | 0.00 |



# AMERICAN MOMENTUM BANK

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

Date   2/29/24          Page      1
Primary Account   Acct Ending 1404
Enclosures

The Center for Special Needs Trust
Retention account
12425 28th Street North
Ste 301
St. Petersburg FL 33716

American Momentum Bank will never ask you for your online banking password or secure access code. We'll also never ask you to transfer money to yourself as a way to resolve fraud. Questions? Contact Customer Care at (866) 530-2265.

## CHECKING ACCOUNTS

Account Title          The Center for Special Needs Trust
                       Retention account

| CML Momentum Money Market | | | |
|---|---|---|---|
| Account Number | Acct Ending 1404 | Number of Enclosures | 0 |
| Previous Balancing | 369,701.69 | Statement Dates   2/01/24 thru  2/29/24 | |
| 1 Deposits | 499,000.00 | Number of Days in this Statement | 29 |
| 2 Checks/Debits | 11,914.38 | Average Ledger | 723,746.41 |
| Service Charges | .00 | Average Collected | 723,746.41 |
| Interest Paid | 1,833.28 | Interest Earned | 1,833.28 |
| Current Balance | 858,620.59 | Annual Percentage Yield Earned | 3.24% |
| | | 2024 Interest Paid | 2,500.38 |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 2/09 | From Checking XX1338 to Checking XX1404 - DEC Jan MM | 499,000.00 |
| 2/29 | Interest Deposit | 1,833.28 |

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 2/09 | From Checking XX1404 to Checking XX1714 - CSNT  BFG | 10,081.10- |
| 2/29 | Interest Transfer Debit Acct No.  Acct Ending 1640-D | 1,833.28- |



# AMERICAN MOMENTUM BANK

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

Date  2/29/24        Page    2
Primary Account  Acct Ending 1404
Enclosures

The Center for Special Needs Trust
Retention account
12425 28th Street North
Ste 301
St. Petersburg FL 33716

CML Momentum Money Market          Acct Ending 1404   (Continued)

**DAILY BALANCE SUMMARY**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/01 | 369,701.69 | 2/09 | 858,620.59 | 2/29 | 858,620.59 |

Monitor your online transactions regularly and immediately report suspicious charges to the Bank at (866) 530-2265 or reportfraud@americanmomentum.bank.

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

### Reconciliation of Account

| CHECKS WRITTEN BUT NOT PAID ||
|---|---|
| NUMBER | AMOUNT |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Date _____

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any Maintenance Fee or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | |
|---|---|
| Enter bank balance from statement | |
| Add deposits not credited by bank (if any) | |
| **TOTAL** | |
| Subtract outstanding checks, ATM, checkcard and other electronic withdrawals | |

outstanding checks. ATM, checkcard and other electronic withdrawals

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE** ➨

---

When you opened your account, you received bank deposit agreements (disclosures) and fee schedule. You agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. You may obtain additional copies of the disclosures and fee schedule, which contain the current version of the terms and conditions of your account at any of our banking centers or writing to us at the address provided on the front of this statement.
To change your contact information such as address, phone number or e-mail address, please call 866-530-2265 or write to us on the address provided on the front of this statement.

#### BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Account Statement**
In Case of Errors or Questions About Your Electronic Transfers Telephone us at 866-530-2265 or Write us at 4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

#### IN CASE OF ERROR OR QUESTIONS ABOUT ELECTRONIC TRANSFERS FOR CONSUMERS

In case of errors or questions about your electronic transfers, (e.g., ATM, point-of-sale. direct deposits or withdrawal transactions) please contact us at the telephone number or address on this statement within 60 days of the statement on which the problem first appeared. Please provide us with your name and account number, describe the transaction you are unsure about (date/place/type, amount), and explain your concern.
We will investigate and correct any error promptly. For consumer accounts used primarily for personal, family or household purposes, we will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. For errors involving new accounts, point-of-sale or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for Visa® POS) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. For new accounts, we may take up to 20 business days (5 business days for Visa® POS) to credit your account for the amount you think is in error. If we request you put your complaint in writing and we do not receive it within 10 business days, we may not credit your account. For other accounts, we investigate, and we find we have made an error, we will credit your account at the conclusion of our investigation.

#### YOUR DUTY TO REPORT OTHER ERRORS

You must examine your statement of account with "reasonable promptness". You are in the best position to discover errors and unauthorized transactions to your account. If you fail to notify us in writing at the address provided on this statement of suspected problems or unauthorized transactions within the time periods specified in your deposit account terms and conditions agreements (which periods are no more than 60 days after we make the statement available to you in some cases are 30 days or less), we are not liable to you for and you agree not to make a claim against us for the problems or unauthorized transactions.

**Center For Special Needs Trust**
**Money Market Account**

Money Market Account          Balance at February 29, 2024          $130,986.71

This money market account is maintained by the Boston Financial Group.  The Boston Financial Group has been unwilling to provide the statements to validate the balance in this account.

At some point this balance will need to be validated and adjusted or written off to correct the balance sheet.  Where these funds went will also need to be investigated.