Filed Via Mail
MAR 28 2024
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION

2 Pages Scanned by JCM

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Case No. 8:24-bk-00676-RCT

In Re:

The Center for Special Need Trust Administration, Inc.

NOTICE OF PRO SE APPEARANCE BY TRUST BENEFICIARY JEFFERY C, NORRIS AND OR LEGAL GUARDIAN

COMES NOW JEFFERY C. NORRIS and legal guardian/federal payee representative/caregiver John A. Norris and files this pro se notice of appearance in the above styled matter.

dated: March 25, 2024

I hereby certify a true and correct copies were mailed to a Scott a. Stichter ESQ. , debtor attorney William A. Long restructuring officer. This 25 day of March 2024.

_/s/ Jeff Norris_

Jeffery C. Norris
566 Cross Creek Circle
Sebastian, Florida
32958

_/s/ John Alan Norris_

John Alan Norris
Legal Guardian, Federal
Payee representative
caregiver fbn : 277533



John C. Norris
566 Cross Creek Cir.
Sebastian, FL 32958-8321



ORLANDO FL 328
26 MAR 2024 PM 2 L

BANKRUPTCY CLERK
SAM M. GIBBONS U.S. COURTHOUSE
801 N. FLORIDA AVENUE
SUITE 555
TAMPA, FL. 33602