## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
### www.flmb.uscourts.gov

In re:                                          Case No. 8:24-bk-00676-RCT
THE CENTER FOR SPECIAL NEEDS                    Chapter 11
TRUST ADMINISTRATION, INC.

             Debtor.
_____/


### MOTION FOR ADMISSION OF CASSANDRA R. MANEEN TO APPEAR *PRO HAC VICE* AND ATTACHED DESIGNATION OF LOCAL COUNSEL

Cassandra R. Maneen, of Beck Redden LLP ("Movant"), pursuant to Local Rule 2090-1, moves this Court for admission to appear pro hac vice, in this case, and any related adversary proceedings, as counsel for American Momentum Bank, and states as follows:

1.      Movant is an attorney licensed to practice law and is a member of good standing of the state bar in Texas.

2.      Movant is also admitted to practice before and is in good standing with the United States District Court for the Northern District of Texas, Southern District of Texas, Eastern District of Texas, and Western District of Texas.

3.      Movant designates Donald R. Kirk, a resident Florida attorney, Carlton Fields, P.A., who is qualified to practice in this Court and who consents to designation as local counsel. Local counsel's written designation and consent to act is attached as Exhibit A.

4.      Movant certifies that she has never been disbarred and is not currently suspended from the practice of law in the State of Texas or any other state, nor from any United States Bankruptcy Court, District Court, or Court of Appeals.

5.      Movant certifies that she has not previously moved for admission pro hac vice to appear in a proceeding in the United States District Court for the Middle District of Florida, except that Movant applied for special admission in Case No. 8:24-cv-00438-SDM-AEP; *Chamberlin et al. v. Boston Finance Group, LLC, et al.*, in the United States District Court for the Middle District of Florida, Tampa Division.  *Chamberlin* was filed on February 19, 2024 (exactly ten days after the Chapter 11 Petition was filed in this case) and was expressly based on the facts set forth in the Chapter 11 Petition and other first-day motions.  Moreover, Movant applied for special admission to represent American Momentum Bank in *Chamberlin*, the same party as in this proceeding.

6.      Movant certifies further that she will make herself familiar with and shall be governed by the local rules of this Court, the rules of professional conduct, and all other requirements governing the Middle District of Florida District Court and Tampa Division of the United States District Court.

7.      Within fourteen days from the date of an order granting this motion, Movant shall pay to the Clerk of the United States District Court for the Middle District of Florida an Attorney Special Admission Fee in the amount of $150.00 accompanied by a copy of the Court's order. Upon payment of the fee, Movant shall file a Notice of Compliance with the Clerk of the United States Bankruptcy Court.

WHEREFORE, Movant respectfully requests entry of an order authorizing her admission to practice and represent American Momentum Bank in this case and any related proceedings.

Dated: April 3, 2024

Respectfully submitted,

*/s/ Cassandra R. Maneen*
Cassandra R. Maneen
TX Bar No. 24120989
Federal Bar No. 3610554
*(Pro Hac Vice Pending)*
BECK REDDEN LLP
cmaneen@beckredden.com
1221 McKinney, Suite 4500
Houston, TX  77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720
ATTORNEY FOR
AMERICAN MOMENTUM BANK

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2024, I electronically filed the foregoing was filed with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case.

*/s/ Cassandra R. Maneen*
Cassandra R. Maneen
TX Bar No. 24120989
Federal Bar No. 3610554
*(Pro Hac Vice Pending)*
BECK REDDEN LLP
cmaneen@beckredden.com
1221 McKinney, Suite 4500
Houston, TX  77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720
ATTORNEY FOR
AMERICAN MOMENTUM BANK

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:                                              Case No. 8:24-bk-00676-RCT
THE CENTER FOR SPECIAL NEEDS          Chapter 11
TRUST ADMINISTRATION, INC.

                Debtor.
_____/

## WRITTEN DESIGNATION AND CONSENT TO ACT AS LOCAL COUNSEL

I, Donald R. Kirk, an attorney qualified to practice in this Court, consent to designation as the local attorney for Cassandra R. Maneen, and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and any related proceedings, and upon whom papers shall be served.

                                    */s/ Donald Kirk*
                                    Donald R. Kirk
                                    Florida Bar No. 105767
                                    Carlton Fields, P.A.
                                    4221 W. Boy Scout Blvd.
                                    Ste. 1000
                                    Tampa, FL 33607-5780
                                    Telephone: (813) 229-4334
                                    Facsimile:  (813) 229-4133
                                    Email:  dkirk@carltonfields.com
                                    ATTORNEY FOR
                                    AMERICAN MOMENTUM BANK