UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

The Center for Special Needs      Case No.:   8 :24-bk-00676-RCT
Trust Administration, Inc.,     Chapter 11

    Debtor.
_____/

## AMENDED NOTICE OF CONTINUED MEETING OF CREDITORS

YOU ARE HEREBY NOTIFIED that the § 341(a) Meeting of Creditors, been CONTINUED to

**May 1, 2024, at 10:00 a.m.**

The meeting of creditors will held be via Zoom as follows:

https://akerman.zoom.us/j/85897029917?pwd=SlZYYk03TTlNdWNiNE9EN2w4SzhUUT09

Meeting ID: 858 9702 9917
Passcode: 552605
One tap mobile
+13052241968,,85897029917# US
+16468769923,,85897029917# US (New York)

Dial by your location
    +1 305 224 1968 US
    +1 646 876 9923 US (New York)
    +1 646 931 3860 US
    +1 301 715 8592 US (Washington DC)
    +1 309 205 3325 US
    +1 312 626 6799 US (Chicago)
    +1 564 217 2000 US
    +1 669 444 9171 US
    +1 669 900 6833 US (San Jose)
    +1 689 278 1000 US
    +1 719 359 4580 US
    +1 253 205 0468 US
    +1 253 215 8782 US (Tacoma)
    +1 346 248 7799 US (Houston)
    +1 360 209 5623 US
    +1 386 347 5053 US
    +1 408 638 0968 US (San Jose)
    +1 507 473 4847 US
Meeting ID: 858 9702 9917
Find your local number: https://akerman.zoom.us/u/kdOsRPK4sw

Join by SIP
85897029917@zoomcrc.com

The prior Notice of Continued Meeting of Creditors (Doc. 130) is WITHDRAWN.

The Chapter 11 Trustee is directed to serve all parties on the creditors' matrix(ces) with notice of this continued rescheduled meeting of creditors and file a certificate(s) of service with the Clerk of the Bankruptcy Court.

Dated: April 3, 2024

                        Respectfully submitted,
                        Mary Ida Townson
                        U. S. TRUSTEE, REGION 21

By:    /s/ Teresa M. Dorr (FL Bar # 48037)
        Trial Attorney
        U.S. Department of Justice
        Office of the U.S. Trustee, Region 21
        501 East Polk Street, Suite 1200
        Tampa, Florida 33602
        (813) 228-2000 / fax (813) 228-2303
        teresa.dorr@usdoj.gov