**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

Dated: April 4, 2024

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No. 8:24−bk−00676−RCT
Chapter 11

The Center for Special Needs Trust Administration, Inc.

_____Debtor*_____/

### ORDER DENYING MOTION FOR ADMISSION TO APPEAR PRO HAC VICE

THIS CASE came on for consideration, without hearing, of the Motion for Admission to Appear Pro Hac Vice filed by Cassandra R. Maneen of Beck Redden LLP , Doc. # 140 . After review, the Court determines that the motion is deficient as follows:

An attestation substantially in compliance with Local Rule 1001−2(g)(3)(B) or a scanned signature page that contains all necessary signatures pursuant to Local Rule 1001−2(g)(3)(A) was not included.

Accordingly it is

**ORDERED:**

The motion is denied to allow movant to file an amended motion.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.