[Doddos] [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: April 4, 2024**

_Roberta A. Colton_
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                          Case No.
                                                                                8:24–bk–00676–RCT
                                                                                Chapter 11

The Center for Special Needs Trust Administration, Inc.

_____Debtor*_____/

### *ORDER DENYING MOTION FOR ADMISSION TO APPEAR PRO HAC VICE*

THIS CASE came on for consideration, without hearing, of the Motion for Admission to Appear Pro Hac Vice filed by Cassandra R. Maneen of Beck Redden LLP , Doc. # 140 . After review, the Court determines that the motion is deficient as follows:

An attestation substantially in compliance with Local Rule 1001–2(g)(3)(B) or a scanned signature page that contains all necessary signatures pursuant to Local Rule 1001–2(g)(3)(A) was not included.

Accordingly it is

***ORDERED:***

The motion is denied to allow movant to file an amended motion.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.