# Exhibit "A"

75744184;1

On February 9, 2024, The Center for Special Needs Trust Administration, Inc. (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Middle District of Florida (Tampa), Case No. 8:24-bk-676-RCT. On March 8, 2024, the U.S. Trustee filed an Expedited Motion for Order Directing the United States Trustee to Appoint a Chapter 11 Trustee.. The Court granted the U.S. Trustee's Motion by Order dated March 11, 2024 and on March 21, 2024, the Court appointed Michael Goldberg as Chapter 11 Trustee (the "Bankruptcy Trustee"). In his capacity as Bankruptcy Trustee, Mr. Goldberg took custody and control of all assets and corporate records of the Debtor.

**THESE ANNUAL FINANCIAL STATEMENTS ARE BEING PROVIDED TO THE BENEFICIARIES OF THE TRUSTS ADMINISTERED BY AND/OR UNDER THE CONTROL OF THE DEBTOR TO COMPLY WITH THE TRUST BENEFICIARIES' REPORTING OBLIGATIONS UNDER VARIOUS STATE AND FEDERAL LAWS, INCLUDING THE REPORTING REQUIREMENTS TO CERTAIN STATE AND FEDERAL COURTS AND REGULATORY AGENCIES. THESE ANNUAL FINANCIAL STATEMENTS WERE NOT PREPARED OR COMPILED BY THE BANKRUPTCY TRUSTEE OR HIS FORENSIC ACCOUNTING FIRM. THEY ARE BASED ON INFORMATION CURRENTLY IN THE RECORDS OF THE DEBTOR AND AVAILABLE TO THE BANKRUPTCY TRUSTEE, AND ARE SUBJECT TO A NUMBER OF RISKS, UNCERTAINTIES, AND OTHER FACTORS THAT COULD CAUSE THE DEBTOR'S ACTUAL RESULTS, PERFORMANCE, PROSPECTS, AND OPPORTUNITIES TO DIFFER MATERIALLY FROM THOSE EXPRESSED IN, OR IMPLIED BY, THESE FINANCIAL STATEMENTS, AS A RESULT OF THE FINDINGS OF THE FORENSIC INVESTIGATION BEING PERFORMED BY THE BANKRUPTCY TRUSTEE'S COURT-APPROVED FORENSIC ACCOUNTANTS, WHICH INVESTIGATION IS IN ITS INFANCY. FACTORS THAT COULD CAUSE OR CONTRIBUTE TO RISKS INVOLVING THESE ANNUAL FINANCIAL STATEMENTS INCLUDE, BUT ARE NOT LIMITED TO, CHANGES IN THE DEBTOR'S BUSINESS AND OTHER FACTORS, INCLUDING RISK FACTORS, DEBT OBLIGATIONS, THE COMMINGLING OF TRUST FUND ASSETS, AND POTENTIAL FRAUD AND MISAPPROPRIATION OF FUNDS DISCUSSED IN THE CHAPTER 11 CASE MANAGEMENT SUMMARY FILED BY THE DEBTOR IN THE BANKRUPTCY CASE. IN ADDITION, NEITHER THE DEBTOR'S FINANCIALS NOR THESE FINANCIAL STATEMENTS HAVE BEEN AUDITED IN ACCORDANCE WITH GENERALLY ACCEPTED ACCOUNTING PRINCIPALS (GAAP) AND THEREFORE MAY NOT BE ACCURATE, RELIABLE OR COMPLETE. EXCEPT AS REQUIRED BY LAW, INCLUDING FURTHER ORDER OF THE BANKRUPTCY COURT, THE BANKRUPTCY TRUSTEE DOES NOT UNDERTAKE OR ASSUME ANY OBLIGATION TO RELEASE PUBLICLY ANY REVISIONS TO ANY ANNUAL FINANCIAL STATEMENT OR OTHERWISE.**