# EXHIBIT B

# TRUSTEE TRUST ACCOUNTING

**IN RE: Trust Account of:**

**Acct No.**

 

**INTERIM ACCOUNTING OF TRUSTEE**

**FOR THE PERIOD COMMENCING:** _____

**THROUGH:** _____

The purpose of this accounting is to acquaint all interested persons with the transactions that have occurred during the period covered by the accounting and the assets that remain on hand. It consists of a SUMMARY sheet, Schedule A showing all Receipts, Schedule B showing all Disbursements, Schedule C showing all Distributions, Schedule D showing all Capital Transactions and Adjustments (the effect of which are also reflected in other schedules, if appropriate), and Schedule E showing Assets on Hand at Close of the Accounting Period.

It is important that this accounting be carefully examined. Requests for additional information and any questions should be addressed to The Center for Special Needs Trust Administration at the address below. As provided by Fla. Stat. 736.1008(4)(c), an action for breach of trust based on matters disclosed in a trust accounting or other written report of the trustee may be subject to a 6-month statute of limitations from the receipt of the trust accounting or other written report. Actions against The Center for Special Needs Trust Administration, Inc. are barred as a result of the bankruptcy automatic stay imposed by 11 U.S.C. § 362. If you have questions, please consult your attorney.

Under penalties of perjury, I declare as an agent of the Trustee, that I have read and examined this accounting and the facts and figures set forth in the attached Summary and Schedules are true, to the best of my knowledge and belief, and that it is a complete report of all cash and property transactions and of all receipts and distributions made by the trustee of the _____ Trust from May 3, 2023, through December 31, 2023.

Executed this _____ day of _____, 20 \_\_\_\_

The Center for Special Needs Trust Administration, Inc
Trustee

By: _____
Donna Brown

P.O. Box 17296
Clearwater, FL 33762

75766789;1

# TRUSTEE TRUST ACCOUNTING

**IN RE: Trust Account of:**

                                  **Acct No.**

_____        _____

**INTERIM ACCOUNTING OF TRUSTEE**

**FOR THE PERIOD COMMENCING:** _____

**THROUGH:**

**SUMMARY**

**I. Starting Balance**   Assets on Hand at Close of Last Accounting Period        $ _____

**II. Receipts**
**Schedule A:**      Income      $ _____

                 Principal      $ _____

                 Total Receipts:      $ _____

                 Subtotal      $ _____

**III. Disbursements**
**Schedule B:**      Income      $ _____

                 Principal      $ _____

                 Total Disbursements:      $ _____

                 Subtotal      $ _____

**IV. Distributions**
**Schedule C:**      Income      $ _____

                 Principal      $ _____

                 Total Distributions:      $ _____

                 Subtotal      $ _____

**V. Capital Transactions and Adjustments**
**Schedule D:**      Account Change      $ _____

**VI. Assets on Hand at Close of Accounting Period**
    Schedule E:    Cash and Other Assets    $ _____

\*\*See Note on Schedule E



**Trust Account: _____**

## Schedule A: Receipts During Period

**5/3/2023 - 12/31/2023**

| Date | Name | Account | Amount |
|------|------|---------|--------|
|      |      | Initial Funding |  |
|      |      | **TOTAL:** |  |



**Trust Account:** _____

## Schedule B:  Disbursements During Period

**5/3/2023 - 12/31/2023**

| Date | Name | Account | Amount |
|---|---|---|---|

**TOTAL:** ═══════════

75766789;1



**Trust Account: _____**
**Schedule C:  Distributions During Period**

**5/3/2023 - 12/31/2023**

| Date | Name | Account | Amount |
|---|---|---|---|
| 12/31/2023 | No Transactions | | 0.00 |
| | | TOTAL: | 0.00 |

75766789;1



**Trust Account: _____**

# Schedule D: Capital Transactions and Adjustments During Period

**5/3/2023 - 12/31/2023**

| Date | Name | Account | Amount |
|---|---|---|---|
| 12/31/2023 | Account Change | Gain / (Loss) | _____ |
| | | **TOTAL:** | _____ |

75766789;1



**Trust Account: _____**
**Schedule E:  Assets on Hand**
**at Close of Accounting Period**
As of 12/31/2023

| Date | Name | Account | Amount |
|---|---|---|---|
| | | Illiquid Investments | |
| | | Investment Account | |
| | | **TOTAL:** | |

\*\*NOTE:  On February 9, 2024, The Center for Special Needs Trust Administration, Inc. (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Middle District of Florida (Tampa), Case No. 8:24-bk-676-RCT.  On March 8, 2024, the U.S. Trustee filed an Expedited Motion for Order Directing the United States Trustee to Appoint a Chapter 11 Trustee. The Court granted the U.S. Trustee's Motion by Order dated March 11, 2024 and on March 21, 2024, the Court appointed Michael Goldberg as Chapter 11 Trustee (the "Bankruptcy Trustee").  In his capacity as Bankruptcy Trustee, Mr. Goldberg took custody and control of all assets and corporate records of the Debtor.

THESE ANNUAL FINANCIAL STATEMENTS ARE BEING PROVIDED TO THE BENEFICIARIES OF THE TRUSTS ADMINISTERED BY AND/OR UNDER THE CONTROL OF THE DEBTOR TO COMPLY WITH THE TRUST BENEFICIARIES' REPORTING OBLIGATIONS UNDER VARIOUS STATE AND FEDERAL LAWS, INCLUDING THE REPORTING REQUIREMENTS TO CERTAIN STATE AND FEDERAL COURTS AND REGULATORY AGENCIES.  THESE ANNUAL FINANCIAL STATEMENTS WERE NOT PREPARED OR COMPILED BY THE BANKRUPTCY TRUSTEE OR HIS FORENSIC ACCOUNTING FIRM. THEY ARE BASED ON INFORMATION CURRENTLY IN THE RECORDS OF THE DEBTOR AND AVAILABLE TO THE BANKRUPTCY TRUSTEE, AND ARE SUBJECT TO A NUMBER OF RISKS, UNCERTAINTIES, AND OTHER FACTORS THAT COULD CAUSE THE DEBTOR'S ACTUAL RESULTS, PERFORMANCE, PROSPECTS, AND OPPORTUNITIES TO DIFFER MATERIALLY FROM THOSE EXPRESSED IN, OR IMPLIED BY, THESE FINANCIAL STATEMENTS, AS A RESULT OF THE FINDINGS OF THE FORENSIC INVESTIGATION BEING PERFORMED BY THE BANKRUPTCY TRUSTEE'S COURT-APPROVED FORENSIC ACCOUNTANTS, WHICH INVESTIGATION IS IN ITS INFANCY.  FACTORS THAT COULD CAUSE OR CONTRIBUTE TO RISKS INVOLVING THESE ANNUAL FINANCIAL STATEMENTS INCLUDE, BUT ARE NOT LIMITED TO, CHANGES IN THE DEBTOR'S BUSINESS AND OTHER FACTORS, INCLUDING RISK FACTORS, DEBT OBLIGATIONS, THE COMMINGLING OF TRUST FUND ASSETS, AND POTENTIAL FRAUD AND MISAPPROPRIATION OF FUNDS DISCUSSED IN THE CHAPTER 11 CASE MANAGEMENT SUMMARY FILED BY THE DEBTOR IN THE BANKRUPTCY CASE.  IN ADDITION, NEITHER THE DEBTOR'S FINANCIALS NOR THESE FINANCIAL STATEMENTS HAVE BEEN AUDITED IN ACCORDANCE WITH GENERALLY ACCEPTED ACCOUNTING PRINCIPALS (GAAP) AND THEREFORE MAY NOT BE ACCURATE, RELIABLE OR COMPLETE.  EXCEPT AS REQUIRED BY LAW, INCLUDING FURTHER ORDER OF THE BANKRUPTCY COURT, THE BANKRUPTCY TRUSTEE DOES NOT UNDERTAKE OR ASSUME ANY OBLIGATION TO RELEASE PUBLICLY ANY REVISIONS TO ANY ANNUAL FINANCIAL STATEMENT OR OTHERWISE.

75766789;1