# Exhibit "C"

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                    Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                              Chapter 11

     Debtor.
_____/

**ORDER GRANTING CHAPTER 11 TRUSTEE'S EXPEDITED**
**MOTION TO APPROVE FORM OF ANNUAL ACCOUNT STATEMENTS**

This case came before the Court for hearing on April ____, 2024 upon the Chapter 11 Trustee's Expedited Motion to Approve Form of Annual Account Statements (Doc. __) (the "Motion")[1]. Upon review of the record before the court, including the legal and factual bases set forth in the Motion and the statements made by counsel at the hearing held before the Court on April 15, 2024 at 2:00 p.m., good and sufficient cause exists to grant the relief requested in the Motion. Accordingly, it is

**ORDERED:**

1.    The Motion is granted.

---

[1] Capitalized terms used but not defined herein have the meanings given to them in the Motion.

2

      2.      The form of the Disclaimer attached as <u>Exhibit A</u> to the Motion and the proposed form of Statement attached as <u>Exhibit B</u> to the Motion are sufficient to comply with all applicable laws and regulations regarding the provision of annual statements of Beneficiaries and are, therefore, approved.

      3.      The Trustee is authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order.

      4.      The Court retains jurisdiction and power with respect to all matters arising from or related to the implementation or interpretation of this Order.

Steven R. Wirth, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.