UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re:<br><br>THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 8:24-bk-676-RCT<br><br>Ref. Docket Nos. 123-124 & 126 |

## CERTIFICATE OF SERVICE

I, WING LAI-CHAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 27, 2024, I caused to be served the:

   a. "Notice of Preliminary Hearing," dated March 27, 2024 [Docket No. 123],

   b. "Chapter 11 Trustee's Application for Employment of Soneet R. Kapila and Kapilamukamal as Forensic Accountant for Chapter 11 Trustee Nunc Pro Tunc to March 21, 2024," dated March 27, 2024 [Docket No. 124], and

   c. "Notice of Preliminary Hearing," dated March 27, 2024 [Docket No. 126],

by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Lai-Chan*
Wing Lai-Chan

# EXHIBIT A

| Claim Name | Address Information |
| --- | --- |
| AKERMAN LLP | (COUNSEL TO CHAPTER 11 TRUSTEE) ATTN: CATHERINE CHOE 420 SOUTH ORANGE AVENUE, SUITE 1200 ORLANDO FL 32801 |
| AKERMAN LLP | (COUNSEL TO CHAPTER 11 TRUSTEE) ATTN: STEVEN R. WIRTH & RAYE C ELLIOTT 401 EAST JACKSON STREET, SUITE 1700 TAMPA FL 33602 |
| ANDERSON LAW PLLC | (COUNSEL TO LEE GUARDIANSHIP SVCS INC, JAMES VICTON FLYNN TRST & MICHAEL SZALKA 5237 SUMMERLIN COMMONS BLVD FORT MYERS FL 33907 |
| ANDERSON LAW PLLC | (COUNSEL TO REBEKAH BOWMAN & THE KIENAN FREEMAN SPECIAL NEEDS TRUST) 5237 SUMMERLIN COMMONS BLVD FORT MYERS FL 33907 |
| BYRON WRIGHT III | (COUNSEL TO CREDITOR JIMMIE CRIM JR) 2810 REMINGTON GREEN CIRCLE TALLAHASSEE FL 32308 |
| CARLTON FIELDS P.A | (COUNSEL TO AMERICAN MOMENTUM BANK) ATTN: DONALD R. KIRK PO BOX 3239 TAMPA FL 33601-3239 |
| CREDITOR 18-10862 | C/O MARK D. MUNSON, ESQ. 500 N. FIRST STREET, SUITE 800 PO BOX 8050 WAUSAU WI 54402 |
| FLORIDA LITIGATION GROUP | (COUNSEL FOR GONSALVES) ATTN: INGER M. GARCIA ESQ 7040 SEMINOLE PRAYY WHITNEY RD # 25-43 LOXAHATCHEE FL 33470 |
| HILL WARD HENDERSON | (COUNSEL TO CENTER FOR SPECIAL NEEDS) ATTN: PATRICK M. MOSLEY 101 E. KENNEDY BLVD, SUITE 3700 TAMPA FL 33602 |
| HOLLAND & KNIGHT LLP | (COUNSEL TO ARNE TIMOTHY SOLHEIM) ATTN: NOEL R BOEKE 100 N. TAMPA ST, SUITE 4100 TAMPA FL 33602 |
| HOLLAND & KNIGHT LLP | (COUNSEL TO PIERREISNA ARCHILLE) ATTN: NOEL R BOEKE 100 N. TAMPA ST, SUITE 4100 TAMPA FL 33602 |
| INTERNAL REVENUE SERVICE | INSOLVENCY UNIT 7850 SW 6TH COURT MAIL STOP 5730 PLANTATION FL 33324 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 600 ARCH STREET PHILADELPHIA PA 19106 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 611 S. DUPONT HWY DOVER DE 19904 |
| JOHNSON POPE BOKOR RUPPEL & BURNS LLP | (COUNSEL TO AUSTON COLBY CO) ATTN: EDWARD J. PETERSON 400 N. ASHLEY DRIVE, SUITE 3100 TAMPA FL 33602 |
| JOHNSON POPE BOKOR RUPPEL & BURNS LLP | (COUNSEL TO BOSTON ASSET MANAGEMENT INC) ATTN: EDWARD J. PETERSON 400 N. ASHLEY DRIVE, SUITE 3100 TAMPA FL 33602 |
| MARKOWITZ RINGEL TRUSTY & HARTOG P.A. | (COUNSEL TO SHAWN NORVILLE) 9130 SOUTH DADELAND BLVD TWO DATRAN CENTER, STE 1800 MIAMI FL 33156-7849 |
| MICHAEL GOLDBERG | 201 EAST LAS OLAS BLVD, SUITE 1800 FORT LAUDERDALE FL 33301 |
| OFFICE OF SECRETARY OF STATE OF FLORIDA | R.A. GRAY BLDG 500 S BRONOUGH ST TALLAHASSEE FL 32399 |
| RICHARD A PERRY | (COUNSEL TO THE JAVIER PERALES IRREVOCABLE ANNUITY TRUST) 820 EAST FORT KING STREET OCALA FL 34471-2320 |
| ROBERTS LAW PLLC | (COUNSEL TO BENEFICIARY 06-0652) ATTN: KELLY ROBERTS 2075 MAIN STREET, SUITE 23 SARASOTA FL 34237 |
| STATE OF FLORIDA ATTORNEY GENERAL | THE CAPITOL, PL 01 TALLAHASSEE FL 32399-1050 |
| TRENAM, KEMKER, SCHARF, BARKIN, | FRYE, O'NEILL & MULLIS, P.A. ATTN: LARA ROESKE FERNANDEZ 101 EAST KENNEDY BOULEVARD, SUITE 2700 TAMPA FL 33602 |
| TRIPP SCOTT P.A. | (COUNSEL TO MAX FRANCOIS GUARD OF AIDEN) ATTN: CHARLES M TATELBAUM 110 S.E 6TH ST, SUITE 1500 FORT LAUDERDALE FL 33301 |
| TRIPP SCOTT P.A. | COUNSEL TO GARY SABATINO ATTN: CHARLES M TATELBAUM 110 SE 6TH STREET, SUITE 1500 FORT LAUDERDALE FL 33301 |
| UNDERWOOD MURRAY, P.A. | (COUNSEL TO THE OUCC), MEGAN MURRAY SCOTT UNDERWOOD, DANIEL ETLINGER 100 N. TAMPA ST. SUITE 2325 TAMPA FL 33602 |
| UNITED STATES ATTORNEYS OFFICE | FOR THE MIDDLE DISTRICT OF FLORIDA 400 NORTH TAMPA STREET, SUITE 3200 TAMPA FL 33602 |
| UNITED STATES TRUSTEE FOR REGION 21 | TERESA M. DORR 501 EAST POLK ST, ROOM 1200 TAMPA FL 33602 |

**Claim Name** | **Address Information**
---|---

**Total Creditor count  29**

**EXHIBIT B**

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,
Case No. 8-24-bk-00676
Electronic Mail Service List

| Name | Email |
|---|---|
| AKERMAN LLP | steven.wirth@akerman.com; raye.elliott@akermanl.com; catherine.choe@akerman.com |
| ANDERSON LAW PLLC | mark@andersonlex.com |
| CARLTON FIELDS, P.A | dkirk@carltonfields.com |
| FLORIDA LITIGATION GROUP | attorney@ingergarcia.com; serviceimglaw@gmail.com; attorney@floridapotlawfirm.com |
| HILL WARD HENDERSON | patrick.mosley@hwhlaw.com; tricia.elam@hwhlaw.com; mark.wall@hwhlaw.com; michelle.ebrada@hwhlaw.com |
| HOLLAND & KNIGHT LLP | noel.boeke@hklaw.com |
| JOHNSON POPE BOKOR RUPPEL & BURNS LLP | edwardp@jpfirm.com |
| MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A. | jmarkowitz@mrthlaw.com |
| Michael Goldberg | Michael.goldberg@akerman.com |
| OFFICE OF SECRETARY OF STATE OF FLORIDA | secretaryofstate@dos.myflorida.com |
| RICHARD A PERRY P.A. | richard@rapocala.com |
| ROBERTS LAW, PLLC | kelly@kellyrobertslaw.com |
| TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS PA | lfernandez@trenam.com |
| TRIPP SCOTT P.A. | cmt@trippscott.com; hbb@trippscott.com; eservice@trippscott.com |
| UNITED STATES TRUSTEE FOR THE MIDDLE DISTRICT OF FLORIDA | ustp.region21@usdoj.gov; guy.a.vanbaalen@usdoj.gov; teresa.dorr@usdoj.gov |
| CREDITOR 18-10862 | mmunson@ruderware.com |
| CREDITOR 06-0652 | cmulholland@compwise.services |
| CREDITOR 08-2105 | familiaperales8@gmail.com |
| CREDITOR 11-3295 | toddjchamberlin@gmail.com |
| CREDITOR 08-2098 | marbekahbowman@yahoo.com |
| UNDERWOOD MURRAY, P.A | mmurray@underwoodmurray.com; sunderwood@underwoodmurray.com; detlinger@underwoodmurray.com |