**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                                         Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                                          Chapter 11

     Debtor.
_____/

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. A preliminary hearing in this case will be held before the Honorable Roberta A. Colton on **Monday, April 15, 2024, at 2:00 p.m.** at Courtroom 8A, Sam Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Fl 33602, on the following:

**Chapter 11 Trustee's Expedited Motion to Approve Form**
**of Annual Account Statements Doc [148]**

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gove/judges/colton

3. The Court may continue this matter upon announcement made in open court and reflected on the docket without further notice.

4. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

PLEASE BE GOVERNED ACCORDINGLY

DATED: April 5, 2024,                    **AKERMAN LLP**

                                                    By: */s/ Steven R. Wirth*
                                                       Steven R. Wirth
                                                       Florida Bar No.: 170380
                                                       Email: steven.wirth@akerman.com
                                                       Raye C Elliott
                                                       Florida Bar No.: 18732
                                                       Email: raye.elliott@akermanl.com
                                                       401 East Jackson Street, Suite 1700

75736390;1

Tampa, Florida 33602  
Telephone: (813) 223-7333  
Facsimile: (813) 223-2837  
*Counsel for Chapter 11 Trustee, Michael Goldberg*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 5, 2024, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record. Additionally, Epiq Corporate Restructuring, LLC will cause a true and correct copy of the foregoing document to be served on all parties required to be served, including the Local Rule 1007-2 Parties in Interest List, and the following parties:

a. the U.S. Trustee;

b. counsel to the Official Committee of Unsecured Creditors;

c. each Beneficiary Creditor listed on the Schedules at the address maintained by the Claims Agent;

d. any other known holders of claims listed on the Schedules at the addresses stated therein (as amended or supplemented from time to time) and their counsel if known;

e. all parties known to the Trustee and his counsel, if known, as having potential claims against the Debtor's estate;

f. all counterparties to the Debtor's executory contracts and unexpired leases listed on the Schedules at the addresses stated therein (as amended or supplemented from time to time);

g. all parties to litigation with the Debtor (as of the date of the entry of the order granting this Motion);

h. all parties who have requested notice pursuant to Bankruptcy Rule 2002;

i. the Internal Revenue Service;

j. all regulatory agencies that have jurisdiction over the Debtor;

k. all attorneys' general of states where Beneficiaries are located; and

l. the Debtor's most recent officers and directors and their counsel.

/s/Steven R. Wirth  
Steven R. Wirth

75736390;1