United States Bankruptcy Court
Middle District of Florida

In re:  
The Center for Special Needs Trust Admin  
  Debtor

Case No. 24-00676-RCT  
Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 113A-8 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 04, 2024 | Form ID: Doddos | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Center for Special Needs Trust Administration,, 12425 28th St. N., Saint Petersburg, FL 33716-1844 |
| tr | + | Michael Goldberg, 201 East Las Olas Blvd, Suite 1800, Fort Lauderdale, FL 33301-4442 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2024         Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2024 at the address(es) listed below:**

**Name**              **Email Address**

Byron Wright, III
  on behalf of Creditor Jimmie Crim Jr. twright@brunerwright.com,
  melanie@brunerwright.com;laura@brunerwright.com;skelley@brunerwright.com

Catherine Choe
  on behalf of Trustee Michael Goldberg catherine.choe@akerman.com

Charles M Tatelbaum
  on behalf of Creditor Max Francois as Guardian for Aiden Francois cmt@trippscott.com
  hbb@trippscott.com;eservice@trippscott.com

Charles M Tatelbaum
  on behalf of Creditor GARY SABATINO cmt@trippscott.com hbb@trippscott.com;eservice@trippscott.com

Daniel E Etlinger
  on behalf of Creditor Committee Unsecured Creditors' Committee detlinger@underwoodmurray.com
  dstrand@underwoodmurray.com;detlinger@ecf.courtdrive.com

Daniel R Fogarty
    on behalf of Debtor The Center for Special Needs Trust Administration  Inc. dfogarty.ecf@srbp.com, srbpecf@srbp.com

Donald R Kirk
    on behalf of Creditor American Momentum Bank dkirk@carltonfields.com kathompson@carltonfields.com

Edward J. Peterson, III
    on behalf of Interested Party Boston Asset Management  Inc. edwardp@jpfirm.com, andrenaw@jpfirm.com;JillC@jpfirm.com;melanief@jpfirm.com;AngelinaL@jpfirm.com

Edward J. Peterson, III
    on behalf of Creditor Austin Colby Co. edwardp@jpfirm.com andrenaw@jpfirm.com;JillC@jpfirm.com;melanief@jpfirm.com;AngelinaL@jpfirm.com

Epiq Corporate Restructuring, LLC (SJG)
    sgarabato@epiqsystems.com rjacobs@ecf.epiqsystems.com

Inger M. Garcia
    on behalf of Creditor Christopher Gonsalves attorney@ingergarcia.com

Jay B Verona
    on behalf of Creditor Randy Jones jverona@shumaker.com mhartz@shumaker.com

Jerry M Markowitz
    on behalf of Interested Party Shawn Norville as Guardian for Israel Norville jmarkowitz@mrthlaw.com ycandia@mrthlaw.com;rrubio@mrthlaw.com;rhartog@mrthlaw.com;mrthbkc@gmail.com;markowitzjr73991@notify.bestcase.com;jmarkowitz@ecf.courtdrive.com

Lara Roeske Fernandez
    on behalf of Creditor Leo J. Govoni lfernandez@trenam.com mmosbach@trenam.com;mwoods@trenam.com;lfernandez@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com

Lara Roeske Fernandez
    on behalf of Creditor Boston Finance Group  LLC lfernandez@trenam.com, mmosbach@trenam.com;mwoods@trenam.com;lfernandez@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com

Mark C Anderson
    on behalf of Creditor Lee Guardianship Services  Inc. mark@andersonlex.com

Mark C Anderson
    on behalf of Creditor James Victor Flynn Special Needs Trust mark@andersonlex.com

Mark C Anderson
    on behalf of Creditor Kienan Freeman Special Needs Trust mark@andersonlex.com

Mark C Anderson
    on behalf of Creditor Michael Szalka  Legal Guardian of James Victor Flynn mark@andersonlex.com

Mark C Anderson
    on behalf of Creditor Rebekah Bowman mark@andersonlex.com

Mark M Wall
    on behalf of Debtor The Center for Special Needs Trust Administration  Inc. mwall@hwhlaw.com, zenetria.williams@hwhlaw.com

Matthew B Hale
    on behalf of Debtor The Center for Special Needs Trust Administration  Inc. mhale.ecf@srbp.com, mhale@srbp.com;srbpecf@srbp.com

Megan Wilson Murray
    on behalf of Creditor Committee Unsecured Creditors' Committee mmurray@underwoodmurray.com dstrand@underwoodmurray.com;mmurray@ecf.courtdrive.com

Michael I Goldberg
    on behalf of Trustee Michael Goldberg michael.goldberg@akerman.com charlene.cerda@akerman.com

Noel R Boeke
    on behalf of Interested Party Pierreisna Archille noel.boeke@hklaw.com wendysue.henry@hklaw.com;hapi@hklaw.com

Noel R Boeke
    on behalf of Interested Party Arne Timothy Solheim noel.boeke@hklaw.com wendysue.henry@hklaw.com;hapi@hklaw.com

Patrick Mosley
    on behalf of Debtor The Center for Special Needs Trust Administration  Inc. patrick.mosley@hwhlaw.com, tricia.elam@hwhlaw.com

Raye Curry Elliott
    on behalf of Trustee Michael Goldberg raye.elliott@akerman.com jennifer.meehan@akerman.com;ava.hill@akerman.com

Richard A. Perry
    on behalf of Creditor The Javier Persales Irrevocable Trust richard@rapocala.com

District/off: 113A-8 | User: admin | Page 3 of 3
Date Rcvd: Apr 04, 2024 | Form ID: Doddos | Total Noticed: 2

rapocala@yahoo.com,staff@rapocala.com,karen@rapocala.com;perry.richardb129413@notify.bestcase.com

Scott A Underwood
    on behalf of Creditor Committee Unsecured Creditors' Committee sunderwood@underwoodmurray.com dstrand@underwoodmurray.com;sunderwood@ecf.courtdrive.com

Scott A. Stichter
    on behalf of Debtor The Center for Special Needs Trust Administration  Inc. sstichter.ecf@srbp.com, srbpecf@srbp.com

Sherri B Simpson
    on behalf of Creditor Marie R. Dore  Guardian of Gaellen Fabre sbs@simpsonlawfl.com

Steven R Wirth
    on behalf of Trustee Michael Goldberg steven.wirth@akerman.com  john.dicks@akerman.com,caren.collier@akerman.com

Teresa Marie Dorr
    on behalf of U.S. Trustee United States Trustee - TPA teresa.dorr@usdoj.gov  lizette.montanez@usdoj.gov

United States Trustee - TPA
    USTPRegion21.TP.ECF@USDOJ.GOV

Yusuf Haidermota
    on behalf of Creditor Randy Jones yhaidermota@shumaker.com  eserviceyeh@kasslaw.com

TOTAL: 36

[Doddos] [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: April 4, 2024**

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:   Case No. 8:24−bk−00676−RCT
Chapter 11

The Center for Special Needs Trust Administration, Inc.

_____Debtor*_____/

### ORDER DENYING MOTION FOR ADMISSION TO APPEAR PRO HAC VICE

THIS CASE came on for consideration, without hearing, of the Motion for Admission to Appear Pro Hac Vice filed by Marcos Rosales, of Beck Redden LLP , Doc. # 139 . After review, the Court determines that the motion is deficient as follows:

An attestation substantially in compliance with Local Rule 1001−2(g)(3)(B) or a scanned signature page that contains all necessary signatures pursuant to Local Rule 1001−2(g)(3)(A) was not included.

Accordingly it is

**ORDERED:**

The motion is denied to allow movant to file an amended motion.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.