United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 24-00676-RCT |
| The Center for Special Needs Trust Admin | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 05, 2024 | Form ID: Dogmaphv | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Center for Special Needs Trust Administration,, 12425 28th St. N., Saint Petersburg, FL 33716-1844 |
| aty | + | Marcos Rosales, Beck Redden LLP, 1221 McKinney, Suite 4500, Houston, TX 77010-2029 |
| tr | + | Michael Goldberg, 201 East Las Olas Blvd, Suite 1800, Fort Lauderdale, FL 33301-4442 |
| cr | | American Momentum Bank, c/o Donald R. Kirk, Carlton Fields, P.A., P.O. Box 3239, Tampa, FL 33601-3239 |
| | | Donald R. Kirk, 4221 W. Boy Scout Blvd. Ste. 1000, Tampa, FL 33607-5780 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2024            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Byron Wright, III | |
| | on behalf of Creditor Jimmie Crim Jr. twright@brunerwright.com, melanie@brunerwright.com;laura@brunerwright.com;skelley@brunerwright.com |
| Catherine Choe | |
| | on behalf of Trustee Michael Goldberg catherine.choe@akerman.com |
| Charles M Tatelbaum | |
| | on behalf of Creditor Max Francois as Guardian for Aiden Francois cmt@trippscott.com hbb@trippscott.com;eservice@trippscott.com |
| Charles M Tatelbaum | |
| | on behalf of Creditor GARY SABATINO cmt@trippscott.com hbb@trippscott.com;eservice@trippscott.com |

| | |
|---|---|
| Daniel E Etlinger | on behalf of Creditor Committee Unsecured Creditors' Committee detlinger@underwoodmurray.com dstrand@underwoodmurray.com;detlinger@ecf.courtdrive.com |
| Daniel R Fogarty | on behalf of Debtor The Center for Special Needs Trust Administration Inc. dfogarty.ecf@srbp.com, srbpecf@srbp.com |
| Donald R Kirk | on behalf of Creditor American Momentum Bank dkirk@carltonfields.com kathompson@carltonfields.com |
| Edward J. Peterson, III | on behalf of Creditor Austin Colby Co. edwardp@jpfirm.com andrenaw@jpfirm.com;JillC@jpfirm.com;melanief@jpfirm.com;AngelinaL@jpfirm.com |
| Edward J. Peterson, III | on behalf of Interested Party Boston Asset Management Inc. edwardp@jpfirm.com, andrenaw@jpfirm.com;JillC@jpfirm.com;melanief@jpfirm.com;AngelinaL@jpfirm.com |
| Epiq Corporate Restructuring, LLC (SJG) | sgarabato@epiqsystems.com rjacobs@ecf.epiqsystems.com |
| Inger M. Garcia | on behalf of Creditor Christopher Gonsalves attorney@ingergarcia.com |
| Jay B Verona | on behalf of Creditor Randy Jones jverona@shumaker.com mhartz@shumaker.com |
| Jerry M Markowitz | on behalf of Interested Party Shawn Norville as Guardian for Israel Norville jmarkowitz@mrthlaw.com ycandia@mrthlaw.com;rrubio@mrthlaw.com;rhartog@mrthlaw.com;mrthbkc@gmail.com;markowitzjr73991@notify.bestcase.com;jmarkowitz@ecf.courtdrive.com |
| Lara Roeske Fernandez | on behalf of Creditor Leo J. Govoni lfernandez@trenam.com mmosbach@trenam.com;mwoods@trenam.com;lfernandez@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com |
| Lara Roeske Fernandez | on behalf of Creditor Boston Finance Group LLC lfernandez@trenam.com, mmosbach@trenam.com;mwoods@trenam.com;lfernandez@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com |
| Mark C Anderson | on behalf of Creditor Rebekah Bowman mark@andersonlex.com |
| Mark C Anderson | on behalf of Creditor Lee Guardianship Services Inc. mark@andersonlex.com |
| Mark C Anderson | on behalf of Creditor James Victor Flynn Special Needs Trust mark@andersonlex.com |
| Mark C Anderson | on behalf of Creditor Kienan Freeman Special Needs Trust mark@andersonlex.com |
| Mark C Anderson | on behalf of Creditor Michael Szalka Legal Guardian of James Victor Flynn mark@andersonlex.com |
| Mark M Wall | on behalf of Debtor The Center for Special Needs Trust Administration Inc. mwall@hwhlaw.com, zenetria.williams@hwhlaw.com |
| Matthew B Hale | on behalf of Debtor The Center for Special Needs Trust Administration Inc. mhale.ecf@srbp.com, mhale@srbp.com;srbpecf@srbp.com |
| Megan Wilson Murray | on behalf of Creditor Committee Unsecured Creditors' Committee mmurray@underwoodmurray.com dstrand@underwoodmurray.com;mmurray@ecf.courtdrive.com |
| Michael I Goldberg | on behalf of Trustee Michael Goldberg michael.goldberg@akerman.com charlene.cerda@akerman.com |
| Noel R Boeke | on behalf of Interested Party Pierreisna Archille noel.boeke@hklaw.com wendysue.henry@hklaw.com;hapi@hklaw.com |
| Noel R Boeke | on behalf of Interested Party Arne Timothy Solheim noel.boeke@hklaw.com wendysue.henry@hklaw.com;hapi@hklaw.com |
| Patrick Mosley | on behalf of Debtor The Center for Special Needs Trust Administration Inc. patrick.mosley@hwhlaw.com, tricia.elam@hwhlaw.com |
| Raye Curry Elliott | |

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 05, 2024 | Form ID: Dogmaphv | Total Noticed: 5 |

            on behalf of Trustee Michael Goldberg raye.elliott@akerman.com  jennifer.meehan@akerman.com;ava.hill@akerman.com

Richard A. Perry
            on behalf of Creditor The Javier Persales Irrevocable Trust richard@rapocala.com
            rapocala@yahoo.com,staff@rapocala.com,karen@rapocala.com;perry.richardb129413@notify.bestcase.com

Scott A Underwood
            on behalf of Creditor Committee Unsecured Creditors' Committee sunderwood@underwoodmurray.com
            dstrand@underwoodmurray.com;sunderwood@ecf.courtdrive.com

Scott A. Stichter
            on behalf of Debtor The Center for Special Needs Trust Administration  Inc. sstichter.ecf@srbp.com, srbpecf@srbp.com

Sherri B Simpson
            on behalf of Creditor Marie R. Dore  Guardian of Gaellen Fabre sbs@simpsonlawfl.com

Steven R Wirth
            on behalf of Trustee Michael Goldberg steven.wirth@akerman.com  john.dicks@akerman.com,caren.collier@akerman.com

Teresa Marie Dorr
            on behalf of U.S. Trustee United States Trustee - TPA teresa.dorr@usdoj.gov  lizette.montanez@usdoj.gov

United States Trustee - TPA
            USTPRegion21.TP.ECF@USDOJ.GOV

Yusuf Haidermota
            on behalf of Creditor Randy Jones yhaidermota@shumaker.com  eserviceyeh@kasslaw.com

TOTAL: 36

[Dogmaphv] [District Order Granting Motion to Appear Pro Hac Vice]

ORDERED.

**Dated: April 5, 2024**

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                 Case No.
                                                                       8:24−bk−00676−RCT
                                                                       Chapter 11

The Center for Special Needs Trust Administration, Inc.

_____Debtor*_____/

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE
### AND DIRECTING PAYMENT TO THE UNITED STATES DISTRICT COURT

   THIS CASE came on for consideration, without hearing, of the Motion to Appear Pro Hac Vice (Document # *144* ) ("Motion") of attorney *Marcos Rosales* for representation of *American Momentum Bank* . Accordingly, it is **ORDERED:**

   1. The Motion is Granted.

   2. Attorney *Marcos Rosales* is admitted to appear before this Court in this case and any related adversary proceeding as counsel for *American Momentum Bank* subject to Local Rule 2090−1.

   3. Within fourteen days from the date of this order, attorney *Marcos Rosales* shall pay to the Clerk, of the United States District Court for the Middle District of Florida, an Attorney Special Admission Fee in the amount of $150.00 and upon payment of the fee, file a Notice of Compliance with the Clerk of the U.S. Bankruptcy Court. Procedures for Attorney Special Admission are available on the U.S. District Court's website.

   4. Upon completion of the Court's electronic filing registration forms and requirements, the Clerk is directed to issue attorney *Marcos Rosales* , a temporary login and password to the Court's electronic filing system (CM/ECF) with filing privileges limited to this case and any related adversary proceedings. CM/ECF access request should be directed to the ECF Helpdesk at ecfhelp@flmb.uscourts.gov. PACER accounts required for viewing, must be set up by the attorney through PACER at http://www.pacer.gov.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.