United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 24-00676-RCT |
| The Center for Special Needs Trust Admin | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 05, 2024 | Form ID: Dogmaphv | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Cassandra R. Maneen, Beck Redden LLP, 1221 McKinney, Suite 4500, Houston, TX 77010-2029 |
| tr | + | Michael Goldberg, 201 East Las Olas Blvd, Suite 1800, Fort Lauderdale, FL 33301-4442 |
| cr | | American Momentum Bank, c/o Donald R. Kirk, Carlton Fields, P.A., P.O. Box 3239, Tampa, FL 33601-3239 |
| | | Donald R. Kirk, 4221 W. Boy Scout Blvd. Ste. 1000, Tampa, FL 33607-5780 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 07, 2024         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Byron Wright, III | |
| | on behalf of Creditor Jimmie Crim Jr. twright@brunerwright.com, melanie@brunerwright.com;laura@brunerwright.com;skelley@brunerwright.com |
| Catherine Choe | |
| | on behalf of Trustee Michael Goldberg catherine.choe@akerman.com |
| Charles M Tatelbaum | |
| | on behalf of Creditor Max Francois as Guardian for Aiden Francois cmt@trippscott.com hbb@trippscott.com;eservice@trippscott.com |
| Charles M Tatelbaum | |
| | on behalf of Creditor GARY SABATINO cmt@trippscott.com hbb@trippscott.com;eservice@trippscott.com |

Case 8:24-bk-00676-RCT    Doc 160    Filed 04/07/24    Page 2 of 4

| District/off: 113A-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 05, 2024 | Form ID: Dogmaphv | Total Noticed: 4 |

Daniel E Etlinger
  on behalf of Creditor Committee Unsecured Creditors' Committee detlinger@underwoodmurray.com
  dstrand@underwoodmurray.com;detlinger@ecf.courtdrive.com

Daniel R Fogarty
  on behalf of Debtor The Center for Special Needs Trust Administration  Inc. dfogarty.ecf@srbp.com, srbpecf@srbp.com

Donald R Kirk
  on behalf of Creditor American Momentum Bank dkirk@carltonfields.com kathompson@carltonfields.com

Edward J. Peterson, III
  on behalf of Creditor Austin Colby Co. edwardp@jpfirm.com
  andrenaw@jpfirm.com;JillC@jpfirm.com;melanief@jpfirm.com;AngelinaL@jpfirm.com

Edward J. Peterson, III
  on behalf of Interested Party Boston Asset Management  Inc. edwardp@jpfirm.com,
  andrenaw@jpfirm.com;JillC@jpfirm.com;melanief@jpfirm.com;AngelinaL@jpfirm.com

Epiq Corporate Restructuring, LLC (SJG)
  sgarabato@epiqsystems.com rjacobs@ecf.epiqsystems.com

Inger M. Garcia
  on behalf of Creditor Christopher Gonsalves attorney@ingergarcia.com

Jay B Verona
  on behalf of Creditor Randy Jones jverona@shumaker.com mhartz@shumaker.com

Jerry M Markowitz
  on behalf of Interested Party Shawn Norville as Guardian for Israel Norville jmarkowitz@mrthlaw.com
  ycandia@mrthlaw.com;rrubio@mrthlaw.com;rhartog@mrthlaw.com;mrthbkc@gmail.com;markowitzjr73991@notify.bestcase.com;jmarkowitz@ecf.courtdrive.com

Lara Roeske Fernandez
  on behalf of Creditor Leo J. Govoni lfernandez@trenam.com
  mmosbach@trenam.com;mwoods@trenam.com;lfernandez@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com

Lara Roeske Fernandez
  on behalf of Creditor Boston Finance Group  LLC lfernandez@trenam.com,
  mmosbach@trenam.com;mwoods@trenam.com;lfernandez@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com

Mark C Anderson
  on behalf of Creditor Lee Guardianship Services  Inc. mark@andersonlex.com

Mark C Anderson
  on behalf of Creditor James Victor Flynn Special Needs Trust mark@andersonlex.com

Mark C Anderson
  on behalf of Creditor Kienan Freeman Special Needs Trust mark@andersonlex.com

Mark C Anderson
  on behalf of Creditor Michael Szalka  Legal Guardian of James Victor Flynn mark@andersonlex.com

Mark C Anderson
  on behalf of Creditor Rebekah Bowman mark@andersonlex.com

Mark M Wall
  on behalf of Debtor The Center for Special Needs Trust Administration  Inc. mwall@hwhlaw.com,
  zenetria.williams@hwhlaw.com

Matthew B Hale
  on behalf of Debtor The Center for Special Needs Trust Administration  Inc. mhale.ecf@srbp.com,
  mhale@srbp.com;srbpecf@srbp.com

Megan Wilson Murray
  on behalf of Creditor Committee Unsecured Creditors' Committee mmurray@underwoodmurray.com
  dstrand@underwoodmurray.com;mmurray@ecf.courtdrive.com

Michael I Goldberg
  on behalf of Trustee Michael Goldberg michael.goldberg@akerman.com charlene.cerda@akerman.com

Noel R Boeke
  on behalf of Interested Party Pierreisna Archille noel.boeke@hklaw.com wendysue.henry@hklaw.com;hapi@hklaw.com

Noel R Boeke
  on behalf of Interested Party Arne Timothy Solheim noel.boeke@hklaw.com wendysue.henry@hklaw.com;hapi@hklaw.com

Patrick Mosley
  on behalf of Debtor The Center for Special Needs Trust Administration  Inc. patrick.mosley@hwhlaw.com,
  tricia.elam@hwhlaw.com

Raye Curry Elliott

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 05, 2024 | Form ID: Dogmaphv | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Trustee Michael Goldberg raye.elliott@akerman.com jennifer.meehan@akerman.com;ava.hill@akerman.com |
| Richard A. Perry | |
| | on behalf of Creditor The Javier Persales Irrevocable Trust richard@rapocala.com rapocala@yahoo.com,staff@rapocala.com,karen@rapocala.com;perry.richardb129413@notify.bestcase.com |
| Scott A Underwood | |
| | on behalf of Creditor Committee Unsecured Creditors' Committee sunderwood@underwoodmurray.com dstrand@underwoodmurray.com;sunderwood@ecf.courtdrive.com |
| Scott A. Stichter | |
| | on behalf of Debtor The Center for Special Needs Trust Administration Inc. sstichter.ecf@srbp.com, srbpecf@srbp.com |
| Sherri B Simpson | |
| | on behalf of Creditor Marie R. Dore Guardian of Gaellen Fabre sbs@simpsonlawfl.com |
| Steven R Wirth | |
| | on behalf of Trustee Michael Goldberg steven.wirth@akerman.com john.dicks@akerman.com,caren.collier@akerman.com |
| Teresa Marie Dorr | |
| | on behalf of U.S. Trustee United States Trustee - TPA teresa.dorr@usdoj.gov lizette.montanez@usdoj.gov |
| United States Trustee - TPA | |
| | USTPRegion21.TP.ECF@USDOJ.GOV |
| Yusuf Haidermota | |
| | on behalf of Creditor Randy Jones yhaidermota@shumaker.com eserviceyeh@kasslaw.com |

TOTAL: 36

[Dogmaphv] [District Order Granting Motion to Appear Pro Hac Vice]

ORDERED.

**Dated: April 5, 2024**

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:   Case No. 8:24−bk−00676−RCT
Chapter 11

The Center for Special Needs Trust Administration, Inc.

_____Debtor*_____ /

***ORDER GRANTING MOTION TO APPEAR PRO HAC VICE
AND DIRECTING PAYMENT TO THE UNITED STATES DISTRICT COURT***

THIS CASE came on for consideration, without hearing, of the Motion to Appear Pro Hac Vice (Document # *146* ) ("Motion") of attorney *Cassandra R. Maneen* for representation of *American Momentum Bank* . Accordingly, it is **ORDERED:**

1. The Motion is Granted.

2. Attorney *Cassandra R. Maneen* is admitted to appear before this Court in this case and any related adversary proceeding as counsel for *American Momentum Bank* subject to Local Rule 2090−1.

3. Within fourteen days from the date of this order, attorney *Cassandra R. Maneen* shall pay to the Clerk, of the United States District Court for the Middle District of Florida, an Attorney Special Admission Fee in the amount of $150.00 and upon payment of the fee, file a Notice of Compliance with the Clerk of the U.S. Bankruptcy Court. Procedures for Attorney Special Admission are available on the U.S. District Court's website.

4. Upon completion of the Court's electronic filing registration forms and requirements, the Clerk is directed to issue attorney *Cassandra R. Maneen* , a temporary login and password to the Court's electronic filing system (CM/ECF) with filing privileges limited to this case and any related adversary proceedings. CM/ECF access request should be directed to the ECF Helpdesk at ecfhelp@flmb.uscourts.gov. PACER accounts required for viewing, must be set up by the attorney through PACER at http://www.pacer.gov.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.