UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINSITRATION, INC.,

      Debtor.
_____/

Case No.: 8:24-bk-00676-RCT

Chapter 11

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned attorney appears hereby enters his appearance as counsel on behalf of **Carol Mulholland, Individually and as Parent and Natural Guardian of Beneficiary 06-0652 ("Creditor")** and pursuant to Fed. R. Bankr. P. 2002 and 9010(b) and Local Rule 2002-1, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the following:

Michael A. Nardella, Esq.
**NARDELLA & NARDELLA PLLC**
135 W. Central Blvd., Ste. 300
Orlando, Florida 32801
Phone: (407) 966-2680
E-mail:  mnardella@nardellalaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone,

telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Request for Service of Papers, nor any later appearance, pleading, claim, or suit shall waive any: (1) right to have final orders in non-core matters entered only after de novo review by a District Judge; (2) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which the Creditor are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved.

Dated this 8th day of April 2024.

Respectfully submitted,

*Michael A. Nardella, Esq.*
Michael A. Nardella, Esquire
Florida Bar No. 51265
**Nardella & Nardella, PLLC**
135 W. Central Blvd., Ste. 300
Orlando, Florida 32801
Phone: (407) 966-2680
E-mail: mnardella@nardellalaw.com
Secondary email: msayne@nardellalaw.com

***COUNSEL FOR CREDITOR***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 8, 2024, a true and correct copy of the foregoing was furnished via electronic mail using the Court's CM/ECF system.

*Michael A. Nardella, Esq.*
Michael A. Nardella, Esquire