**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

The Center for Special Needs
Trust Administration, Inc.,                                    Case No. 8:24-bk-00676-RCT

    Debtor.                                                             Chapter 11
_____/

**NOTICE OF APPEARANCE**

J. Ryan Yant of Carlton Fields, P.A. enters his appearance as counsel for The Theresa Alessandra Russo Foundation. Undersigned counsel respectfully request that copies of all future notices, pleadings and orders served and/or filed in the above-styled and numbered cause be served upon **J. Ryan Yant, Carlton Fields, P.A., Post Office Box 3239, Tampa, Florida 33601.**

Dated: April 8, 2024

                                                */s/ J. Ryan Yant*
                                                J. Ryan Yant (FBN 104849)
                                                E-mail: ryant@carltonfields.com
                                                P.O. Box 3239
                                                Tampa, FL  33601-3239
                                                Telephone: (813) 223-7000
                                                *Attorneys for The Theresa Alessandra*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2024, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case.

                                                */s/ J. Ryan Yant*
                                                Attorney

135612652.1