ORDERED.

Dated: April 08, 2024

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                 Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                      Chapter 11

    Debtor.
_____/

**ORDER APPROVING TRUSTEE'S APPLICATION TO EMPLOY STEVEN WIRTH**
**AND THE LAW FIRM OF AKERMAN LLP AS COUNSEL FOR**
**THE CHAPTER 11 TRUSTEE RETROACTIVELY TO MARCH 21, 2024**

On the Application of Michel Goldberg, Chapter 11 Trustee (the "Trustee") to employ Steven Wirth, Esq., and the law firm of Akerman LLP ("Akerman"), *nunc pro tunc* to March 21, 2024 [DE 113] to represent the Trustee in this case, and having heard argument of counsel at the hearing before the Court on March 28, 2024 at 3:00 p.m., it is:

**ORDERED:**

    1.    The Application is approved.

    2.    The Trustee is authorized to employ Steven Wirth, Esq. and the law firm of Akerman LLP to represent him in this case retroactively to March 21, 2024.

3. Akerman shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the above-captioned case in compliance with the Bankruptcy Code, Bankruptcy Rules, the guidelines established by the Office of the United States Trustee for the Middle District of Florida and any other applicable procedures and orders of the Court. Compensation will be determined later in accordance with the provisions of 11 U.S.C. § 330.

4. The Court finds that the entry of retroactive relief is warranted under the circumstances of this case.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Steven R. Wirth, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.