**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:                                                              Case No. 8:24-bk-00676-RCT
THE CENTER FOR SPECIAL NEEDS                    Chapter 11
TRUST ADMINISTRATION, INC.

        Debtor.

_____/

## NOTICE OF COMPLIANCE OF DONALD R. KIRK

COMES NOW, the undersigned counsel gives notice of compliance with the Court's

Endorsed Order (Doc. 150) and states that the applicable fees have been paid in connection with

Cassandra R. Maneen's Motion to Appear *Pro Hac Vice*.

Dated: April 9, 2024

                                          */s/ Donald R. Kirk*
                                          Donald R. Kirk
                                          Florida Bar No. 0105767
                                          E-mail: dkirk@carltonfields.com
                                          4221 W. Boy Scout Blvd., Suite 1000
                                          Tampa, FL 33607
                                          P.O. Box 3239, Tampa, FL 33601
                                          Telephone: (813) 223-7000
                                          *Attorneys for American Momentum Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 9, 2024, a true and correct copy of the

foregoing has been served through the CM/ECF system to all registered **CM/ECF**

**recipients**.

                                          /s/ *Donald R. Kirk*