**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

THE CENTER FOR SPECIAL NEEDS      Case No.: 8:24-bk-676-RCT
TRUST ADMINISTRATION, INC.,     Chapter 11

_____Debtor._____/

**NOTICE OF APPEARANCE FOR**
**CREDITOR AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that Roberts Law, PLLC, and the undersigned hereby give notice of their appearance in the above-captioned case on behalf of Creditor, **BENEFICIARY 04-0091**, in the above-styled cause, and request that a copy of each notice of any proceeding, hearing and/or report in this matter, be served upon the undersigned via CM/ECF or at the address provided below.

    Respectfully submitted,

    Roberts Law, PLLC
    2075 Main Street, Suite 23
    Sarasota, Florida 34237
    Office (941) 444-9783
    Fax (941) 296-8517
    www.kellyrobertslaw.com

    By: /s/ Kelly Roberts
    Kelly Roberts, Esq.
    F.B.N. 83804
    kelly@kellyrobertslaw.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the foregoing has been served on Monday, April 15, 2024, to all parties receiving notices via CM/ECF, and the parties listed below were served via U.S. or Certified Mail as indicated:

<u>U.S. Mail</u>:
None

<u>Certified Mail</u>:
None

                        /s/ Kelly Roberts
                        Kelly Roberts, Esq.
                        Roberts Law, PLLC