

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

04/15/2024 02:00 PM

COURTROOM   8A

**HONORABLE ROBERTA COLTON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:24-bk-00676-RCT** | **11** | **02/09/2024** |

**Chapter 11**

**DEBTOR:**   The Center for Special Needs Trust Administration, Inc.

**DEBTOR ATTY:**  Mark Wall

**TRUSTEE:**   Michael Goldberg

**HEARING:**

(1) Con't   Status Conference
(2) Con't Emergency Motion for Approval
of Trust Distribution Procedures by Debtor
(Doc 10)
Amendment to Motion for Approval of Trust
Distribution Procedures by Debtor (Doc 63)
Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Creditor Committee
Unsecured Creditors' Committee (related
document(s)[18], [63], [10]))   (Doc #118)
Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Trustee Michael
Goldberg (related document(s)[18], [63], [10]).
(Doc #119)
(3) Con't Emergency Motion for Interim
and Final Orders Granting (A) Authority to
(I) Maintain Trust Bank Accounts and to
Continue to Use Existing Business Forms
and Checks for Trust Bank Accounts, and
(II) Continue to Use Existing Trust Cash
Management System, and (B) Waiver
of Certain Investment and Deposit Guidelines
by Debtor (Doc 18)
Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Creditor Committee
Unsecured Creditors' Committee (related
document(s)[18], [63], [10])   (Doc #118)
Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Trustee Michael

Goldberg (related document(s)[18], [63], [10]). (Doc #119)
(4) Con't Motion to Compel Turnover of Records
from Austin Colby Co (Doc #23)
(5) Preliminary Hearing on Application to Employ
Hill, Ward & Henderson, P.A. as Special Litigation
Counsel by Debtor (Doc #13)
Notice of Filing Supplemental Declaration
of Mark M. Wall of Hill Ward Henderson in Support
of Application to Employ Hill Ward Henderson as
Special Litigation Counsel by Debtor (Doc #102)
Objection to Application to Employ Hill Ward
Henderson as Special Litigation Counsel
(Doc. Nos. 13, 102) by Creditor Committee
Unsecured Creditors' Committee (related
document(s)[102], [13])   (Doc #104)
(6) Preliminary Hearing on Motion to Extend
Time to (i) File Proofs of Claim by Non-
Governmental Creditors to July 18, 2024
and (ii) Approve Claim Submission Procedures
by Trustee Michael Goldber (Doc #147)
(7) Preliminary Hearing on Expedited Motion
for Approval of Form of Annual Account Statements
by Trustee Michael Goldberg (Doc #148)
Note: Prior Hearing(s): 2/13/24; 2/27/24; 3/28/24

**APPEARANCES:**: Steven Wirth; Teresa Dorr; Megan Murray; Edward Peterson; Donald Kirk; Kelly Roberts; Mark Anderson; Corey Cohen

**WITNESSES:**

**EVIDENCE:**

**RULING:** (1) Con't   Status Conference -   CON'T STATUS CONF 5/23/24 @ 1:00 PM (AOCNFNG)    (2) Con't Emergency Motion for Approval of Trust Distribution Procedures by Debtor (Doc 10) -   CON'T TO 5/23/24 @ 1:00 PM (AOCNFNG) Amendment to Motion
for Approval of Trust Distribution Procedures by Debtor (Doc 63)   Limited Objection to the Debtor's Trust Motions and Reservation of Rights by Creditor Committee
Unsecured Creditors' Committee (related document(s)[18], [63], [10]))   (Doc #118)
Limited Objection to the Debtor's Trust Motions and Reservation of Rights by Trustee
Michael Goldberg (related document(s)[18], [63], [10]). (Doc #119)
****(3) Con't Emergency Motion for Interim and Final Orders Granting (A) Authority to
(I) Maintain Trust Bank Accounts and to Continue to Use Existing Business Forms
and Checks for Trust Bank Accounts, and (II) Continue to Use Existing Trust Cash
Management System, and (B) Waiver of Certain Investment and Deposit Guidelines
by Debtor (Doc 18) -   CON'T TO 5/23/24 @ 1:00 PM (AOCNFNG)
Limited Objection to the Debtor's Trust Motions and Reservation of Rights by Creditor Committee Unsecured Creditors'
Committee (related document(s)[18], [63], [10])   (Doc #118)
Limited Objection to the Debtor's Trust Motions and Reservation of Rights by Trustee Michael
Goldberg (related document(s)[18], [63], [10]). (Doc #119)   ****(4) Con't Motion to Compel Turnover of Records from Austin Colby
Co (Doc #23) -   CON'T TO 5/23/24 @ 1:00 PM (AOCNFNG)    ****(5) Preliminary Hearing on Application to Employ
Hill, Ward & Henderson, P.A. as Special Litigation Counsel by Debtor (Doc #13) -   CON'T
TO 5/23/24 @ 1:00 PM (AOCNFNG)    Notice of Filing Supplemental Declaration
of Mark M. Wall of Hill Ward Henderson in Support of Application to Employ Hill Ward
Henderson as Special Litigation Counsel by Debtor (Doc #102) -   CON'T TO 5/23/24 @
1:00 PM (AOCNFNG)    Objection to Application to Employ Hill Ward Henderson as Special Litigation Counsel (Doc. Nos. 13,
102) by Creditor Committee Unsecured Creditors' Committee (related document(s)[102], [13])   (Doc #104)   ****(6) Preliminary Hearing on Motion to Extend
Time to (i) File Proofs of Claim by Non-Governmental Creditors to July 18, 2024
and (ii) Approve Claim Submission Procedures by Trustee Michael Goldber (Doc #147) -   GRANTED;ORDER BY WIRTH
****(7) Preliminary Hearing on Expedited Motion
for Approval of Form of Annual Account Statements by Trustee Michael

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.