| Trust No. | Bond Number | Issuer |
|---|---|---|
| 13-8597 | Bond S-291 662 | NGM Insurance Company |
| 23-12301 | Bond 72250 | Merchants Bonding Company |
| 18-11024 | Bond: 228 0501 | North American Speciality Insurance Company |
| 20-11776 | Bond S-885 287 | Old Dominion Insurance Company |
| 06-0438 | Policy 4100 7864 | Platte River Insurance Company |
| 08-1922 | Bond S-716 836 | NGM Insurance Company |
| 15-9452 | Bond S-840 986 | Old Dominion Insurance Company |
| 15-9453 | Bond S-840985 | Old Dominion Insurance Company |
| 15-9451 | Bond S-839 195 | Old Dominion Insurance Company |
| 12-3510 | Bond # S-279 168 | NGM Insurance Company |
| 18-10819 | Bond S-866 230 | NGM Insurance Company |
| 09-2220 | Bond S-718 929 | NGM Insurance Company |

EXHIBIT A