**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                  Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                          Chapter 11

    Debtor.
_____/

**ORDER APPROVING CHAPTER 11 TRUSTEE'S MOTION FOR
RELIEF FROM STAY, TO THE EXTENT APPLICABLE, TO ALLOW
BENEFICIARIES TO ASSERT CLAIMS AGAINST SURETY BONDS**

    This case is before the Court upon the Chapter 11 Trustee's Motion for Relief from Stay to the Extent Applicable, to Allow Beneficiaries to Assert Claims Against Surety Bonds (Doc. __) (the "Motion")[1]. There being no objection to the Motion after proper notice to interested parties pursuant to Local Bankruptcy Rule 2002-4 on April 16, 2024 and this Court, having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409, having found that the Debtor's notice of the Motion was adequate and appropriate under the circumstances, and having reviewed the Motion and determined that the

---

[1] Unless otherwise noted, capitalized terms from the Motion are incorporated by reference herein.


EXHIBIT B

legal and factual bases set forth in the Motion establish just cause for the relief granted herein and that the relief sought in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest, and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED**:

1. The Motion is **GRANTED**.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is lifted to permit the Beneficiaries to make claims against the Bonds listed on Exhibit A to the Motion, and any other Bonds identified by the Chapter 11 Trustee.

3. The Chapter 11 Trustee is authorized and empowered to take all actions he deems necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

4. Notwithstanding anything in the Bankruptcy Rules to the contrary, including Bankruptcy Rule 4001(a)(1), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Steven R. Wirth, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.