ORDERED.

Dated: **April 18, 2024**

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

In re:   Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,   Chapter 11

    Debtor.
_____/

**ORDER GRANTING CHAPTER 11 TRUSTEE'S EXPEDITED
MOTION TO APPROVE FORM OF ANNUAL ACCOUNT STATEMENTS**

    This case came before the Court for hearing on April 15, 2024 at 2:00 p.m. (E.T.) upon the Chapter 11 Trustee's Expedited Motion to Approve Form of Annual Account Statements (Doc. No. 148) (the "Motion")[1]. Upon review of the record before the Court, including the legal and factual bases set forth in the Motion and the statements made by counsel at the hearing, good and sufficient cause exists to grant the relief requested in the Motion. Accordingly, it is

    **ORDERED:**

    1.    The Motion is **GRANTED**.

    2.    The form of the Disclaimer attached as Exhibit A to the Motion and the proposed form of Statement attached as Exhibit B to the Motion are sufficient to comply with all

---

[1] Capitalized terms used but not defined herein have the meanings given to them in the Motion.

2

applicable laws and regulations regarding the provision of annual statements of Beneficiaries and are, therefore, approved.

    3.    In the event the Chapter 11 Trustee subsequently discovers that any of the Beneficiaries' accounts differ materially from the Statements issued in accordance with this Order, the Chapter 11 Trustee, or his successor or co-trustee, as applicable, will issue amended Statements as soon as practicably thereafter.

    4.    The Trustee is authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order.

    5.    The Court retains jurisdiction and power with respect to all matters arising from or related to the implementation or interpretation of this Order.

Steven R. Wirth, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.