# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION
# www.flmb.uscourts.gov

In Re:

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,

        Debtor.
_____/

Case No.: 8:24-bk-00676
Chapter 11

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned matter on behalf of Creditor, Louise F. Pino, and, pursuant to Fed. R. Bankr. P. Rule 9010(b) and 11 U.S.C. § 1109(b), requests that all notices given or required to be given and all papers served in this case be delivered to and served upon undersigned counsel.

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing notice includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, or otherwise, in this case.

DATED: April 19, 2024

                                                **ADAMS AND REESE LLP**

                                        By: */s/ Lauren A. Baio*
                                            **Lauren A. Baio, Esq.**
                                            Florida Bar No.: 1002909
                                            lauren.baio@arlaw.com
                                            catherine.lockley@arlaw.com
                                            jessica.eck@arlaw.com
                                            20 F Street NW, Suite 500
                                            Washington, DC 20001
                                            Ph: (202) 478-1217

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 19, 2024, the foregoing *Notice of Appearance and Request for Service of Papers* was filed with the Court via CM/ECF service and the following counsel will receive an electronic copy via this service: Daniel R Fogarty, dfogarty.ecf@srbp.com Matthew B. Hale, mhale.ecf@srbp.com, Patrick Mosley, Patrick.mosely@hwhlaw.com, Scott A. Stitcher, sstichter.ecf@srbp.com, Mark M. Wall, mwall@hwhlaw.com, Attorneys for Debtor, Michael Goldberg, Michael.goldberg@akerman.com, Trustee, and Teresa M. Dorr, Office of the United States Trustee, Teresa.dorr@usdoj.gov, US Trustee.

By: */s/ Lauren A. Baio*
Lauren A. Baio, Esq.