**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.,

Case No.: 8:24-bk-676-RCT
Chapter 11

_____Debtor._____/

**NOTICE OF APPEARANCE FOR**
**CREDITOR AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that Curtis B. Miner of the law firm of Colson Hicks Eidson, P.A., hereby gives notice of his appearance in the above-captioned case on behalf of Creditors, **BENEFICIARY 22-12211** and **BENEFICIARY 22-12212**, in the above-styled cause, and request that a copy of each notice of any proceeding, hearing and/or report in this matter, be served upon the undersigned via CM/ECF or at the address provided below.

Respectfully submitted,

COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Phone (305) 476-7400
Fax: (305) 476-7444

By /s/ *Curtis B. Miner*_____
    CURTIS B. MINER
    Florida Bar No. 885681
    curt@colson.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing has been served on April 22, 2024, to all parties receiving notices via CM/ECF, and the parties listed below were served via U.S. or Certified Mail as indicated:

<u>U.S. Mail</u>:
None

<u>Certified Mail</u>:
None

                                      *s/CURTIS B. MINER*
                                      CURTIS B. MINER