UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| IN THE MATTER OF:<br><br>THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 8:24-bk-00676-RCT |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that the undersigned appears for the beneficiary for Trust Account Number 19-11364, a creditor in the above-captioned case ("**Claimant**"), and demands, pursuant to Rules 2002, 2015, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and sections 102(l), 342 and 1109(b) of Title 11 of the United States Code (the "**Bankruptcy Code**"), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following person at the address listed below:

> Dean G. Rallis Jr., Esq.
> HAHN & HAHN LLP
> 301 E. Colorado Blvd., 9th Fl.
> Pasadena, CA 91101-1977
> Phone: (626) 796-9123
> Fax: (626) 449-7357
> drallis@hahnlawyers.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery, telephone, telegraph, telex, telefax or otherwise.

**PLEASE TAKE FURTHER NOTICE** that Claimant does not, by filing this Notice of Appearance and Request for Notices or any subsequent appearance, pleading, claim, or suit, submit to the jurisdiction of the Court or intend that this Notice of Appearance and Request for Notices constitutes a waiver of (1) his rights to have (a) final orders in noncore proceedings entered only after de novo review by a district judge, (b) trial by jury in any proceeding so triable in this case, or any case, controversy, or proceeding related to this case, or (c) the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (2) any other rights, claims, actions, setoffs, or recoupments to which Claimant, as applicable, is or

may be entitled, in law or in equity, all of which rights, claims, actions, defense, setoffs, and recoupments are hereby preserved.

Dated: April 22, 2024

*/s/ Dean G. Rallis Jr.*
Dean G. Rallis Jr.
HAHN & HAHN LLP
301 E. COLORADO BLVD., 9th FL.
PASADENA, CA 91101-1977
Phone: (626) 796-9123
Fax: (626) 449-7357
drallis@hahnlawyers.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing *Notice of Appearance and Request for Notice* has been served on April 22, 2024 to all parties receiving notices via CM/ECF and to the Debtor and Trustee by electronic mail.

Daniel R Fogarty
Matthew B Hale
Scott A. Stichter
Stichter, Riedel, Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, FL 33602
Email: dfogarty.ecf@srbp.com;
mhale.ecf@srbp.com; sstichter.ecf@srbp.com

Patrick Mosley
Mark M Wall
Hill, Ward, Henderson
101 E. Kennedy Blvd., Suite 3700
P.O. Box 2231
Tampa, FL 33602
Email: patrick.mosley@hwhlaw.com;
mwall@hwhlaw.com

**Attorneys for Debtor**

Teresa M. Dorr
Office of the United States Trustee
501 E. Polk Street, Suite 1200
Tampa, FL 33602
Email: teresa.dorr@usdoj.gov

**Attorney for U.S. Trustee**

Michael I Goldberg
Akerman LLP
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301
Email: michael.goldberg@akerman.com

**Trustee**

Catherine Choe
Akerman LLP
420 South Orange Avenue, Suite 1200
Orlando, FL 32801
Email: catherine.choe@akerman.com

Raye Curry Elliott
Akerman LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Email: raye.elliott@akerman.com

Steven R Wirth
Akerman Senterfitt
401 E. Jackson Street, Suite 1700
Tampa, FL 33602-58
Email: steven.wirth@akerman.com

**Attorneys for Trustee**

Daniel E Etlinger
Megan W. Murray
Scott A. Underwood
Underwood Murray, P.A.
100 N. Tampa Street
Suite 2325
Tampa, FL 33602
Email: detlinger@underwoodmurray.com;
mmurray@underwoodmurray.com;
sunderwood@underwoodmurray.com

**Attorneys for Unsecured Creditors' Committee**

This the 22nd day of April 2024.

          */s/ Dean G. Rallis Jr.*
Dean G. Rallis Jr.
HAHN & HAHN LLP
301 E. COLORADO BLVD., 9th FL.
PASADENA, CA 91101-1977
Phone: (626) 796-9123
Fax: (626) 449-7357
drallis@hahnlawyers.com