IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

THE CENTER FOR SPECIAL NEEDS
TRUST AMINISTRATION, INC.                       CASE NO.: 8:24-BK-00676-RCT
                                                Chapter 11

      Debtor.

_____/

## <u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICES</u>

Notice is hereby given that the undersigned attorney, Marshall G. Reissman, Esquire, enters

his appearance a counsel of record for Cheryl Martin and The Cheryl Martin Special Needs Trust,

and requests service of all notices, pleadings, and other papers filed in this case pursuant to the

Federal Rules of Bankruptcy Procedure or the order of this Court.

                                **THE REISSMAN LAW GROUP, P.A.**
                               s/ Marshall G. Reissman_____
                                Marshall G. Reissman, Esq.
                                Attorney for The Cheryl Martin Special Needs Trust
                                and Cheryl Martin
                                FBN: 0310085
                                1700 66th St. N., Ste 405
                                St. Petersburg, FL 33710
                                Telephone: (727) 322-1999
                                Facsimile:  (727) 327-7999
                                marshall@reissmanlaw.com