**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

THE CENTER FOR SPECIAL NEEDS TRUST  
ADMINISTRATION, INC.

Case No.: 8:24-bk-00676-RCT

Chapter 11

   Debtor.
_____/

**NOTICE OF ISSUANCE OF SUBPOENAS**

Michael I. Goldberg, Chapter 11 Trustee, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 45, hereby gives notice of the issuance of the following Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) (collectively, the "Subpoenas") on April 24, 2024, to the following:

1. American Momentum Bank;
2. Charles Schwab & Co, Inc.;
3. Everbank, N.A.;
4. Evolve Bank & Trust Corp.;
5. Fidelity Brokerage Services, LLC; and
6. Regions Bank f/n/a AmTrust Bank.

76056448;1

True and correct copies of the Subpoenas are attached to this Notice as **Composite Exhibit 1**.

Dated: April 24, 2024

AKERMAN LLP

By: */s/ Raye C. Elliott*
    Raye C. Elliott, Esq.
    Florida Bar Number: 018732
    Email: raye.elliott@akerman.com
    Steven R. Wirth, Esq.
    Florida Bar No. 170380
    Email: steven.wirth@akerman.com
    401 East Jackson Street, Suite 1700
    Tampa, FL 33602
    Telephone: (813) 223-7333
    Facsimile: (813) 223-2837

*Counsel for Chapter 11 Trustee, Michael I. Goldberg*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 24, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and by U.S. Mail to:

Boston Finance Group LLC
c/o its Registered Agent
Leo Joseph Govoni
12707 49th Street N., Suite 900
Clearwater, FL 33762

Boston Asset Management, Inc.
c/o its Registered Agent
Leo Joseph Govoni
12707 49th Street N, Suite 200
Clearwater, FL 33762

    */s/ Raye C. Elliott*
    Raye C. Elliott, Esq.