**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

THE CENTER FOR SPECIAL NEEDS  
TRUST ADMINISTRATION, INC.,

Case No.: 8:24-bk-676-RCT  
Chapter 11

_____Debtor._____/

**NOTICE OF APPEARANCE FOR**
**CREDITOR AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that Roberts Law, PLLC, and the undersigned hereby give notice of their appearance in the above-captioned case on behalf of Creditor, **BENEFICIARY 19-11268**, in the above-styled cause, and request that a copy of each notice of any proceeding, hearing and/or report in this matter, be served upon the undersigned via CM/ECF or at the address provided below.

Respectfully submitted,

Roberts Law, PLLC  
2075 Main Street, Suite 23  
Sarasota, Florida 34237  
Office (941) 444-9783  
Fax (941) 296-8517  
www.kellyrobertslaw.com

By: /s/ Kelly Roberts  
Kelly Roberts, Esq.  
F.B.N. 83804  
kelly@kellyrobertslaw.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the foregoing has been served on Thursday, April 25, 2024, to all parties receiving notices via CM/ECF, and the parties listed below were served via U.S. or Certified Mail as indicated:

<u>U.S. Mail</u>:
None

<u>Certified Mail</u>:
None

    /s/ Kelly Roberts
    Kelly Roberts, Esq.
    Roberts Law, PLLC