THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

IN RE: The Center for Special Needs Trust
      Administration, Inc., Debtor(s).
12425 28th St. N.
Saint Petersburg, FL 33716

59-3705979

Case No. 24-00676 RAC

Chapter 11

## Notice of Appearance and Request for Notice

    Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the TennCare.

Notices should be addressed to:
TennCare
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

   The TennCare hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

                         Respectfully submitted,
                         Jonathan Skrmetti
                         Attorney General and Reporter

                         /s/ Stuart Wilson-Patton
                         Stuart Wilson-Patton
                         Senior Assistant Attorney General
                         BPR No. 012207(TN); 769210(GA); 0971405(FL)
                         OFFICE OF THE ATTORNEY GENERAL
                         BANKRUPTCY DIVISION
                         P O BOX 20207
                         Nashville, TN 37202-0207
                         Phone: (615) 532-2567    Fax: 615-741-3334
                         Email: stuart.wilson-patton@ag.tn.gov

### CERTIFICATE OF SERVICE

I certify that on  April 26, 2024  a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

                         /s/ Stuart Wilson-Patton
                         Stuart Wilson-Patton
                         Senior Assistant Attorney General

| Office of the U.S. Trustee | Michael Goldberg | Daniel R Fogarty |
|---|---|---|
| 501 E. Polk St. | Chapter 11 Trustee | Attorney for the Debtor(s) |
| Timberlake Annex, Suite 1200 | 201 East Las Olas Blvd | 110 East Madison Street |
| Tampa, Florida 33602 | Suite 1800 | Suite 200 |
| | Fort Lauderdale, FL 33301 | Tampa, Fl 33602 |