UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In Re:                                                                 Case No. 8:24-bk-00676-RCT
                                                                       Chapter 11
THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.

        Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned appears as counsel for Milton McMinn as Guardian of Chase McMinn Special Needs Trust, as a Creditor in the above-captioned case. Request is hereby made pursuant to Bankruptcy Rule 9010(b) that all notices given or required to be given in this case and all pleadings, motions and applications served or required to be served in this case be given to and served upon the undersigned.

## PROOF OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Mail through the Case Management/Electronic Case Filing to those parties registered to receive electronic notices of filing in this case on this the 26th day of April, 2024.

        FURR AND COHEN, P.A.
        *Counsel for Milton McMinn as Guardian*
        *of Chase McMinn Special Needs Trust*
        2255 Glades Road, Suite 419A
        Boca Raton, FL 33431
        Telephone: (561) 395-0500
        Facsimile: (561) 338-7532

        BY: */s/ Jason S. Rigoli*
            Jason S. Rigoli
            Florida Bar No. 91990
            E-Mail: jrigoli@furrcohen.com