**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:  
THE CENTER FOR SPECIAL NEEDS  
TRUST ADMINISTRATION, INC.

       Debtor.
_____/

Case No. 8:24-bk-00676-RCT  
Chapter 11

## NOTICE OF APPEARANCE

Marcos Rosales of Beck Redden LLP enters his appearance as counsel for **American Momentum Bank.** Undersigned counsel respectfully requests that copies of all future notices, pleadings and orders served and/or filed in the above-styled and numbered cause be served upon

Marcos Rosales  
Beck Redden LLP  
1221 McKinney St., Suite 4500  
Houston, TX 77010  
Email: mrosales@beckredden.com  
Telephone: 713-951-3700  
Facsimile: 713-951-3720  

**BECK REDDEN LLP**

/s/ Marcos Rosales  
Marcos Rosales  
TX Bar No. 24074979  
(Special Admission)  
mrosales@beckredden.com  
1221 McKinney, Suite 4500  
Houston, TX 77010-2010  
Tel: (713) 951-3700  
*Attorneys for American Momentum Bank*  
*(Admitted Pro Hac Vice)*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 26, 2024, I electronically filed the foregoing Notice of Appearance was filed with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case.

                                                /s/ *Marcos Rosales*
                                                 Marcos Rosales
                                                 TX Bar No. 24074979