**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:  
THE CENTER FOR SPECIAL NEEDS  
TRUST ADMINISTRATION, INC.

     Debtor.
_____/

Case No. 8:24-bk-00676-RCT  
Chapter 11

**NOTICE OF APPEARANCE**

Cassie Maneen of Beck Redden LLP enters her appearance as counsel for **American Momentum Bank.** Undersigned counsel respectfully requests that copies of all future notices, pleadings and orders served and/or filed in the above-styled and numbered cause be served upon

Cassie Maneen  
Beck Redden LLP  
1221 McKinney St., Suite 4500  
Houston, TX 77010  
Email: cmaneen@beckredden.com  
Telephone: 713-951-3700  
Facsimile: 713-951-3720

**BECK REDDEN LLP**

*/s/ Cassie Maneen*  
Cassie Maneen  
TX Bar No. 24120989  
(Special Admission)  
cmaneen@beckredden.com  
1221 McKinney, Suite 4500  
Houston, TX 77010-2010  
Tel: (713) 951-3700  
*Attorneys for American Momentum Bank*  
*(Admitted Pro Hac Vice)*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 29, 2024, I electronically filed the foregoing Notice of Appearance was filed with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case.

                                                */s/ Cassie Maneen*
                                                Cassie Maneen
                                                TX Bar No. 24120989