**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                                        Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                                       Chapter 11

      Debtor.
_____/

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. A preliminary hearing in this case will be held before the Honorable Roberta A. Colton on **Tuesday, May 14, 2024, at 2:00 p.m.** at Courtroom 8A, Sam Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602, on the following:

**CHAPTER 11 TRUSTEE'S MOTION TO ENFORCE AUTOMATIC STAY (Doc. 195)**

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gove/judges/colton.

3. The Court may continue this matter upon announcement made in open court and reflected on the docket without further notice.

4. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

PLEASE BE GOVERNED ACCORDINGLY

DATED:  May 1, 2024                                         **AKERMAN LLP**

                                                                                             By: */s/ Steven R. Wirth*
                                                                                                Steven R. Wirth, Florida Bar No.: 170380
                                                                                                Email: steven.wirth@akerman.com
                                                                                                Raye C Elliott, Florida Bar No.:  18732
                                                                                                Email:  raye.elliott@akermanl.com
                                                                                                401 East Jackson Street, Suite 1700
                                                                                                Tampa, Florida 33602
                                                                                                Telephone: (813) 223-7333
                                                                                                Facsimile: (813) 223-2837
                                                                                                *Counsel for Chapter 11 Trustee, Michael Goldberg*

76214027;1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 1, 2024, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record. Additionally, Epiq Corporate Restructuring, LLC will cause a true and correct copy of the foregoing document to be served on all parties required to be served, including (i) the Class Action Plaintiffs and Class Action Defendants and (ii) the Local Rule 1007-2 Parties in Interest List.

Alan L. Rosca
Rosca Scarlato LLC
2000 Auburn Drive, Suite 200
Beachwood, OH 44122
*Attorneys for Orris Class Action Plaintiffs*

Brian O. Marty
Shindler Anderson Goplerud & Weese P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
*Attorneys for Orris Class Action Plaintiffs*

J. Barton Goplerud
Shindler Anderson Goplerud & Weese P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
*Attorneys for Orris Class Action Plaintiffs*

Paul J. Scarlato
Rosca Scarlato LLC
161 Washington Street, Suite 1025
Conshohocken, PA 19428
*Attorneys for Orris Class Action Plaintiffs*

Jonathan M. Stein
SteinLaw Florida, PLLC
1825 NW Corporate Blvd., Suite 110
Boca Raton, FL 33431
*Attorneys for Orris Class Action Plaintiffs*

Jonathan M. Streisfeld
Kopelowitz Ostrow, PA
One West Las Olas Blvd., Ste. 500
Ft Lauderdale, FL 33301
*Attorneys for Chamberlain Class Action Plaintiffs*

Andrew Smith
Leeder Law
8551 W. Sunrise Blvd.
Suite 202
Plantation, FL 33322
*Attorneys for Chamberlain Class Action Plaintiffs*

Caroline Herter
Ko Lawyers
1 West Las Olas Blvd
Suite 500
Fort Lauderdale, FL 33301
*Attorneys for Chamberlain Class Action Plaintiffs*

David Lawrence Ferguson
Kopelowitz Ostrow Ferguson Weiselberg Gilbert
One West Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301
*Attorneys for Chamberlain Class Action Plaintiffs*

Jeff M. Ostrow
Kopelowitz Ostrow, PA
One West Las Olas Blvd., Ste. 500
Ft Lauderdale, FL 33301
*Attorneys for Chamberlain Class Action Plaintiffs*

Thomas H. Leeder
Leeder Law
8551 West Sunrise Blvd., Suite 202
Plantation, FL 33322
*Attorneys for Chamberlain Class Action Plaintiffs*

Eric S. Koenig
Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis,
Suite 2700
101 E Kennedy Blvd
Tampa, FL 33602
*Attorneys for Defendants Boston Finance Group, LLC, Boston Asset Management Inc., Prospect Funding Holdings, LLC, Prospect Funding Holdings (NY) III, LLC, Prospect Funding Partners, LLC, Leo J. Govoni, John W. Staunton, Jonathan Golden, Boston Holding Company, LLC, and Fiduciary Tax & Accounting Services, LLC*

William Albert McBride
Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis,
Suite 2700
101 E Kennedy Blvd
Tampa, FL 33602
*Attorneys for Defendants Boston Finance Group, LLC, Boston Asset Management Inc., Prospect Funding Holdings, LLC, Prospect Funding Holdings (NY) III, LLC, Prospect Funding Partners, LLC, Leo J. Govoni,  John W. Staunton,  Jonathan Golden, Boston Holding Company, LLC, and Fiduciary Tax & Accounting Services, LLC*

Marcos Rosales
Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, TX 77010
*Attorneys for Defendant American Momentum Bank*

Bennett J Ostdiek
Beck Redden LLP
1221 McKinney Street
Suite 4500
Houston, TX 77010
*Attorneys for Defendant American Momentum Bank*

Cassie Maneen
Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, TX 77010
*Attorneys for Defendant American Momentum Bank*

Charles W. Throckmorton
Carlton Fields
2 MiamiCentral
700 N.W. 1st Avenue
Suite 1200
Miami, FL 33136
*Attorneys for Defendant American Momentum Bank*

Donald R. Kirk
Carlton Fields, PA
4221 W Boy Scout Blvd, Ste. 1000
Tampa, FL 33607
*Attorneys for Defendant American Momentum Bank*

Daniel Andrew Nicholas
Cole, Scott & Kissane, P.A.
500 N Westshore Blvd
Suite 700
Tampa, FL 33609
*Attorneys for Defendant John W. Staunton*

                                        */s/ Steven R. Wirth*
                                        Attorney

76214027;1