# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| In re:<br><br>THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.,<br><br>        Debtors. | Case No. 24-00676-RCT<br><br>Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Justin D. Leonard hereby enters an appearance as counsel in this case for the State of Oregon, by and through the State of Oregon, Department of Justice, as an interested party for the purpose of requesting that all papers served or required to be served in this proceeding, be given to and served at the following (ideally via ECF):

> Justin D. Leonard
> Senior Assistant Attorney General
> Department of Justice
> 1162 Court Street NE
> Salem, OR 97301-4096
> Telephone: (503) 934-4400
> Facsimile: (503) 373-7067
> E-mail: justin.leonard@doj.state.or.us

This Notice of Appearance does not constitute, and shall not be construed to be, a consent to general jurisdiction or a waiver of sovereign immunity by or on behalf of the State of Oregon. A Government Attorney Certification is attached.

Dated: April 30, 2024.                                Respectfully submitted,

                                                                         /s/ Justin D. Leonard
                                                              Justin D. Leonard, #033736
                                                              Senior Assistant Attorney General
                                                              Department of Justice
                                                              1162 Court Street NE
                                                              Salem, OR 97301-4096
                                                              Tel: (503) 934-4400; Fax: (503) 373-7067
                                                              E-mail: justin.leonard@doj.state.or.us
                                                              Counsel for State of Oregon

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| In re:<br><br>THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.,<br><br>           Debtors. | Case No. 24-00676-RCT<br><br>Chapter 11 |

## **GOVERNMENT ATTORNEY CERTIFICATION**

Pursuant to the requirement of Local Rule 2090-(1)(C)(3) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent the State of Oregon, by and through the Department of Justice, in this action: I am admitted to practice law in the States of Oregon, Washington, and Idaho; U.S. District Courts and Bankruptcy Courts for Oregon, Idaho, and the Eastern and Western Districts of Washington; and the U.S. Ninth Circuit Court of Appeals. I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court for the Middle District of Florida and submit to the jurisdiction of this court for disciplinary purposes.

Dated: April 30, 2024.

Respectfully submitted,

/s/ Justin D. Leonard
Justin D. Leonard
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Tel: (503) 934-4400; Fax: (503) 373-7067
E-mail: justin.leonard@doj.state.or.us
Counsel for State of Oregon

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on May 1, 2024, he caused a true and accurate copy of the foregoing *Notice of Appearance and Request for Notice with Government Certification* to be electronically filed with the Clerk of the Court by using the Court's CM/ECF system thereby serving all registered parties in this case.

                                               /s/ Justin D. Leonard
                                               Justin D. Leonard
                                               Senior Assistant Attorney General