**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Case No. 8:24-bk-00676-RCT |
| Debtor. | Ref. Docket No. 195 |

**CERTIFICATE OF SERVICE**

I, ARNOLD NGUYEN, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 29, 2024, I caused to be served the "Chapter 11 Trustee's Motion to Enforce Automatic Stay," dated April 29, 2024 [Docket No. 195], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Arnold Nguyen*
Arnold Nguyen

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| BYRON WRIGHT III | (COUNSEL TO CREDITOR JIMMIE CRIM JR) 2810 REMINGTON GREEN CIRCLE TALLAHASSEE FL 32308 |
| CREDITOR 18-10862 | C/O MARK D. MUNSON, ESQ. 500 N. FIRST STREET, SUITE 800 PO BOX 8050 WAUSAU WI 54402 |
| INTERNAL REVENUE SERVICE | INSOLVENCY UNIT 7850 SW 6TH COURT MAIL STOP 5730 PLANTATION FL 33324 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 600 ARCH STREET PHILADELPHIA PA 19106 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 611 S. DUPONT HWY DOVER DE 19904 |
| STATE OF FLORIDA ATTORNEY GENERAL | THE CAPITOL, PL 01 TALLAHASSEE FL 32399-1050 |
| UNITED STATES ATTORNEYS OFFICE | FOR THE MIDDLE DISTRICT OF FLORIDA 400 NORTH TAMPA STREET, SUITE 3200 TAMPA FL 33602 |

**Total Creditor count  8**

| Claim Name | Address Information |
|---|---|
| AUSTIN COLBY CO | C/O STANTON CRONIN LAW GROUP P.L. ATTN: SEAN P. CRONIN 6944 WEST LINEBAUGH AVE, SUITE 102 TAMPA FL 33625 |
| COOPER LEVENSON P.A. | (COUNSEL FOR KEVIN & KATHLEEN DIPATRI) ATTN: JARAD K. STILES 1125 ATLANTIC AVE, 3RD FLOOR ATLANTIC CITY NJ 08401 |
| KO LAWYERS (COUNSEL TO C. CHAMBERLIN) | ADDRESS ON FILE |
| LEE GUARDIANSHIP SERVICES, INC. | C/O ANDERSON LAW PLLC ATTN: MARK C. ANDERSON 5237 SUMMERLIN COMMONS BLVD FORT MYERS FL 33907 |
| LEEDER LAW (COUNSEL TO C. CHAMBERLIN) | ADDRESS ON FILE |
| OSTERHOUT & MCKINNEY, P.A. | ADDRESS ON FILE |
| SUPPORTIVE CARE SOLUTIONS, LLC | ADDRESS ON FILE |

**Total Creditor count  7**

**EXHIBIT B**

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC., Case No. 8-24-bk-00676-RCT
Electronic Mail Master Service List

| Creditor Name | Email Address |
| --- | --- |
| ADAMS AND REESE LLP | lauren.baio@arlaw.com; catherine.lockley@arlaw.com; jessica.eck@arlaw.com |
| AKERMAN LLP | steven.wirth@akerman.com; raye.elliott@akerman.com; |
| ANDERSON LAW PLLC | mark@andersonlex.com |
| BECK REDDEN LLP | mrosales@beckredden.com; cmaneen@beckredden.com |
| CARLTON FIELDS, P.A | dkirk@carltonfields.com; ryant@carltonfields.com |
| COLSON HICKS EIDSON | curt@colson.com |
| FLORIDA LITIGATION GROUP | attorney@ingergarcia.com; serviceimglaw@gmail.com; attorney@floridapotlawfirm.com |
| FURR AND COHEN, P.A. | jrigoli@furrcohen.com |
| HAHN & HAHN LLP | drallis@hahnlawyers.com |
| HILL WARD HENDERSON | patrick.mosley@hwhlaw.com; tricia.elam@hwhlaw.com; mark.wall@hwhlaw.com; michelle.ebrada@hwhlaw.com |
| HOLLAND & KNIGHT LLP | noel.boeke@hklaw.com |
| HOWARD STALLINGS LAW FIRM | Jangell@hsfh.com |
| JOHNSON POPE BOKOR RUPPEL & BURNS LLP | edwardp@jpfirm.com |
| MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A. | jmarkowitz@mrthlaw.com |
| MICHAEL GOLDBERG | EMAIL ADDRESS ON FILE |
| NARDELLA & BARDELLA PLLC | mnardella@nardellalaw.com; msayne@nardellalaw.com |
| OFFICE OF SECRETARY OF STATE OF FLORIDA | secretaryofstate@dos.myflorida.com |
| OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY DIVISION | stuart.wilson-patton@ag.tv.gov |
| RICHARD A PERRY P.A. | richard@rapocala.com |
| ROBERTS LAW, PLLC | kelly@kellyrobertslaw.com |
| SHUMAKER, LOOP & KENDRICK LLP | jverona@shumaker.com; mhartz@shumaker.com; yhaidermota@shumaker.com; dfernandez@shumaker.com |
| SIMPSON LAW GROUP | sbs@simpsonlawfl.com |
| TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS PA | lfernandez@trenam.com |
| TRIPP SCOTT P.A. | cmt@trippscott.com; hbb@trippscott.com; eservice@trippscott.com |
| THE REISSMAN LAW GROUP, P.A. | marshall@reissmanlaw.com |
| UNITED STATES TRUSTEE FOR THE MIDDLE DISTRICT OF FLORIDA | ustp.region21@usdoj.gov; guy.a.vanbaalen@usdoj.gov; teresa.dorr@usdoj.gov |
| CREDITOR 18-10862 | mmunson@ruderware.com |
| CREDITOR 06-0652 | cmulholland@compwise.services |

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC., Case No. 8-24-bk-00676-RCT
Electronic Mail Master Service List

| Creditor Name | Email Address |
| --- | --- |
| CREDITOR 08-2105 | familiaperales8@gmail.com |
| CREDITOR 11-3295 | toddjchamberlin@gmail.com |
| CREDITOR 08-2098 | marbekahbowman@yahoo.com |
| UNDERWOOD MURRAY, P.A | mmurray@underwoodmurray.com; sunderwood@underwoodmurray.com; detlinger@underwoodmurray.com |