**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

THE CENTER FOR SPECIAL NEEDS TRUST    Case No.: 8:24-bk-00676-RCT
ADMINISTRATION, INC.

Chapter 11

       Debtor.
_____/

## NOTICE OF ISSUANCE OF SUBPOENA

Michael I. Goldberg, Chapter 11 Trustee, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 45, hereby gives notice of the issuance of the following Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) on May 3, 2024, to the following:

1. KeyBank, N.A.

A true and correct copy of the Subpoena is attached to this Notice as **Exhibit 1**.

Dated: May 3, 2024                AKERMAN LLP

                                              By: */s/ Raye C. Elliott*
                                                  Raye C. Elliott, Esq.
                                                  Florida Bar Number: 018732
                                                  Email: raye.elliott@akerman.com
                                                  Steven R. Wirth, Esq.
                                                  Florida Bar No. 170380
                                                  Email: steven.wirth@akerman.com
                                                  401 East Jackson Street, Suite 1700
                                                  Tampa, FL 33602
                                                  Telephone: (813) 223-7333
                                                  Facsimile: (813) 223-2837

                                                  *Counsel for Chapter 11 Trustee, Michael I. Goldberg*

76237580;1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and by U.S. Mail to:

Boston Finance Group LLC
c/o its Registered Agent
Leo Joseph Govoni
12707 49th Street N., Suite 900
Clearwater, FL 33762

Boston Asset Management, Inc.
c/o its Registered Agent
Leo Joseph Govoni
12707 49th Street N, Suite 200
Clearwater, FL 33762

                                                                */s/ Raye C. Elliott*
                                                                 Raye C. Elliott, Esq.

76237580;1