**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,
    Debtor.
_____/

Case No. 8:24-bk-00676-RCT

Chapter 11

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' REQUEST FOR COPIES**
(Doc. Nos. 187 and 202)

The Official Committee of Unsecured Creditors (the "**Committee**"), by counsel, hereby requests copies of all documents produced to Michael Goldberg, Chapter 11 Trustee (the "**Trustee**") of the Debtor, The Center for Special Needs Trust Administration, (the "**Debtor**"), by providing legible copies of any and all documents, items and things received in response to the Notice of Issuance of Subpoenas (Doc. No. 187) which was directed to American Momentum Bank, Charles Schwab & Co., Inc., Everbank, N.A., Evolve Bank & Trust Corp., Fidelity Brokerage Services, LLC and Regions Bank f/k/a AmTrust Bank, and in response to the Notice of Issuance of Subpoena (Doc. No. 202) which was directed to KeyBank, N.A.

Dated: May 6, 2024

                                            Respectfully submitted,
                                            /s/ Daniel E. Etlinger
                                            Daniel E. Etlinger
                                            Florida Bar Number 0077420
                                            Scott A. Underwood
                                            Florida Bar Number 730041
                                            Megan W. Murray
                                            Florida Bar Number 0093922
                                            Underwood Murray, P.A.
                                            100 N. Tampa St., Suite 2325
                                            Tampa, FL 33602
                                            Tel: (813) 540-8401 / Fax: (813) 553-5345
                                            Email: detlinger@underwoodmurray.com
                                                          sunderwood@underwoodmurray.com
                                                          mmurray@underwoodmurray.com
                                            *Counsel to the Committee*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing, that was filed with the Clerk of Court, has been furnished electronically to those parties registered to receive service via CM/ECF, including Debtor's Counsel, the Trustee, the Trustee's Counsel and United States Trustee, and, by U.S. First Class Mail to the following parties on the 6th day of May, 2024:

The Center for Special Needs Trust Administration, Inc.
12425 28th Street N.
Suite 301
Saint Petersburg, Florida 33716

                                             /s/ Daniel E. Etlinger_____
                                             Daniel E. Etlinger