**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

IN RE:

**THE CENTER FOR SPECIAL NEEDS**
**TRUST ADMINISTRATION, INC.,**

    DEBTOR

_____/

**CHAPTER 11**

**CASE NO.:  8:24-BK-676-RCT**

**NOTICE OF WITHDRAWAL OF NOTICE OF**
**APPEARANCE ON BEHALF OF MAX FRANCOIS AS GUARDIAN FOR AIDEN FRANCOIS AND REQUEST FOR NOTICE [ECF NO. 85] AND REQUEST FOR REMOVAL FROM ELECTRONIC MAIL NOTIFICATION**

    CHARLES TATELBAUM, of the law firm of TRIPP SCOTT, P.A., (collectively "Tripp Scott"), Hereby withdraws his Notice of Appearance and Request for Notice on Behalf of Max Francois as Guardian of Aiden Francois filed on March 7, 2024 [ECF NO. 85], and Request for Removal from Electronic Mail Notification.

    Respectfully submitted,

    **TRIPP SCOTT, P.A.**
    110 S.E. Sixth Street
    Fifteenth Floor
    Fort Lauderdale, Florida 33301
    Telephone:   (954) 525-7500
    Facsimile:   (954) 761-8475

    By:  */s/ Charles Tatelbaum*
        Charles Tatelbaum
        Florida Bar No. 177540
        E-Mail: cmt@trippscott.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served by notice of electronic filing generated by the CM/ECF system this 7th day of May, 2024.

    */s/ Charles Tatelbaum*
    Charles Tatelbaum