**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

IN RE:

                                 **CHAPTER 11**

**THE CENTER FOR SPECIAL NEEDS**
**TRUST ADMINISTRATION, INC.,**

    **DEBTOR**

                              **CASE NO.:  8:24-BK-676-RCT**

_____/

**NOTICE OF WITHDRAWAL OF NOTICE OF**
**APPEARANCE ON BEHALF OF GARY SABATINO AND REQUEST FOR NOTICE**
**[ECF NO. 97] AND REQUEST FOR REMOVAL FROM ELECTRONIC MAIL**
**NOTIFICATION**

    CHARLES TATELBAUM, of the law firm of TRIPP SCOTT, P.A., (collectively "Tripp Scott"), Hereby withdraws his Notice of Appearance and Request for Notice on Behalf of Gary Sabatino filed on March 15, 2024 [ECF NO. 97], and Request for Removal from Electronic Mail Notification.

                                                           Respectfully submitted,

                                                           **TRIPP SCOTT, P.A.**
                                                           110 S.E. Sixth Street
                                                           Fifteenth Floor
                                                           Fort Lauderdale, Florida 33301
                                                           Telephone:   (954) 525-7500
                                                           Facsimile:     (954) 761-8475

                                                           By:   */s/ Charles Tatelbaum*
                                                                   Charles Tatelbaum
                                                                   Florida Bar No. 177540
                                                                   E-Mail: cmt@trippscott.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served by notice of electronic filing generated by the CM/ECF system this 7th day of May, 2024.

                                                             */s/  Charles Tatelbaum*
                                                             Charles Tatelbaum