**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

THE CENTER FOR SPECIAL NEEDS　　　　　Case No.: 8:24-bk-676-RCT
TRUST ADMINISTRATION, INC.,　　　　　　Chapter 11


　　　　Debtor.　　　　　　　　　　　/


**NOTICE OF APPEARANCE FOR**
**CREDITOR AND REQUEST FOR NOTICE**

　　　PLEASE TAKE NOTICE that Roberts Law, PLLC, and the undersigned hereby give notice of their appearance in the above-captioned case on behalf of Creditor, **BENEFICIARY 08-1823**, in the above-styled cause, and request that a copy of each notice of any proceeding, hearing and/or report in this matter, be served upon the undersigned via CM/ECF or at the address provided below.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　Roberts Law, PLLC
　　　　　　　　　　　　　　　　　　　2075 Main Street, Suite 23
　　　　　　　　　　　　　　　　　　　Sarasota, Florida 34237
　　　　　　　　　　　　　　　　　　　Office (941) 444-9783
　　　　　　　　　　　　　　　　　　　Fax (941) 296-8517
　　　　　　　　　　　　　　　　　　　www.kellyrobertslaw.com


　　　　　　　　　　　　　　　　　　　By: /s/ Kelly Roberts
　　　　　　　　　　　　　　　　　　　Kelly Roberts, Esq.
　　　　　　　　　　　　　　　　　　　F.B.N. 83804
　　　　　　　　　　　　　　　　　　　kelly@kellyrobertslaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing has been served on Tuesday, May 7, 2024, to all parties receiving notices via CM/ECF, and the parties listed below were served via U.S. or Certified Mail as indicated:

<u>U.S. Mail</u>:
None

<u>Certified Mail</u>:
None

/s/ Kelly Roberts
Kelly Roberts, Esq.
Roberts Law, PLLC