**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

THE CENTER FOR SPECIAL NEEDS           Case No. 8:24-bk-00676-RCT
TRUST ADMINISTRATION, INC.,

                                            Chapter 11

      Debtor.
_____/

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' REQUEST FOR COPIES**
(Doc. No. 209)

The Official Committee of Unsecured Creditors (the "**Committee**"), by counsel, hereby requests copies of all documents produced to Michael Goldberg, Chapter 11 Trustee (the "**Trustee**") of the Debtor, The Center for Special Needs Trust Administration, (the "**Debtor**"), by providing legible copies of any and all documents, items and things received in response to the Notice of Issuance of Subpoenas filed by Raye Curry Elliott on behalf of Trustee Michael Goldberg (Doc. No. 209), which was directed to:

1. Boston Asset Management, Inc.;

2. Boston Finance Group, LLC;

3. Boston Settlement Group, LLC;

4. Fiduciary Tax & Accounting Services LLC;

5. Jonathan Golden;

6. Tracy E. Gregory;

7. Caitlin Janicki;

8. John Staunton; and

9. John Witeck.

Dated: May 10, 2024

Respectfully submitted,

/s/ Daniel E. Etlinger_____
Daniel E. Etlinger
Florida Bar Number 0077420
Scott A. Underwood
Florida Bar Number 730041
Megan W. Murray
Florida Bar Number 0093922
Underwood Murray, P.A.
100 N. Tampa St., Suite 2325
Tampa, FL 33602
Tel: (813) 540-8401 / Fax: (813) 553-5345
Email: detlinger@underwoodmurray.com
sunderwood@underwoodmurray.com
mmurray@underwoodmurray.com
*Counsel to the Committee*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing, that was filed with the Clerk of Court, has been furnished electronically to those parties registered to receive service via CM/ECF, including Debtor's Counsel, the Trustee, the Trustee's Counsel and United States Trustee, and, by U.S. First Class Mail to the following parties on the 10th day of May, 2024:

The Center for Special Needs Trust Administration, Inc.
12425 28th Street N.
Suite 301
Saint Petersburg, Florida 33716

/s/ Daniel E. Etlinger_____
Daniel E. Etlinge

2