**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                 Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                          Chapter 11

    Debtor.
_____/

**CHAPTER 11 TRUSTEE'S MOTION TO SET BRIEFING SCHEDULE**
**AND FINAL HEARING ON MOTION TO ENFORCE AUTOMATIC STAY**

Michael Goldberg, the Chapter 11 Trustee ("Chapter 11 Trustee"), by and through undersigned counsel, respectfully requests that the Court set a briefing schedule and schedule a final hearing on the Chapter 11 Trustee's Motion to Enforce Automatic Stay (Doc. 195) (the "Stay Motion") and, in support, would show the Court as follows:

1. The Chapter 11 Trustee's Stay Motion seeks an order enforcing the automatic stay with respect to the two class actions described in the Stay Motion.

2. The Court scheduled a preliminary hearing on the Stay Motion for May 14, 2024 at 2:00 p.m.

3. The Chapter 11 Trustee's undersigned counsel has been informed that the plaintiffs in the class action styled *Chamberlin v. Boston Finance Group, LLC, et. al.*, No. 8:24-cv-00438-SDM-AEM (the "Chamberlin Action") have prepared an objection fully contesting the Stay Motion, which they intend to file. Additionally, American Momentum Bank, who is a defendant in the Chamberlin Action has already filed a Limited Objection to the Stay Motion (Doc. 210).

4. After consultation with the attorneys for the plaintiffs in the Chamberlin Action, the Chapter 11 Trustee and Chamberlin Action plaintiffs[1] have agreed to request that the Court set a briefing schedule on the Stay Motion and schedule a final hearing on the Stay Motion to allow the parties to further meet and confer on a potential resolution.

5. Therefore, the Chapter 11 Trustee requests that the Court set a briefing schedule as follows:

    a. The Chamberlin Action plaintiffs to file their objection to the Stay Motion by May 17, 2024.

    b. The Chapter 11 Trustee to file his reply to the Chamberlin Action plaintiffs' objection and AMB's objection by May 30, 2024.

    c. The Court to schedule a final hearing on the Stay Motion after May 30, 2024.

6. The Chapter 11 Trustee's undersigned counsel has conferred with counsel to the Chamberlin Action plaintiffs who agree to the relief requested herein.

WHEREFORE, Michael Goldberg, the Chapter 11 Trustee, requests that the Court set a briefing schedule and schedule a final hearing on the Chapter 11 Trustee's Motion to Enforce Automatic Stay, and for such other relief as the Court deems just.

Respectfully submitted,

AKERMAN LLP

By: */s/ Steven R. Wirth*
    Steven R. Wirth
    Florida Bar No.: 170380
    Email: steven.wirth@akerman.com
    Raye C. Elliott
    Florida Bar No.: 18732
    Email: raye.elliott@akermanl.com
    401 East Jackson Street, Suite 1700

---

[1] The Chapter 11 Trustee's counsel contacted AMB's local counsel to confer regarding the proposal for a briefing schedule and final hearing, but has not been able to speak with AMB's local counsel has of the filing of this Motion.

Tampa, Florida 33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837

*Counsel for Chapter 11 Trustee, Michael Goldberg*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 10, 2024, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record.

*/s/Steven R. Wirth*
Steven R. Wirth