**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

THE CENTER FOR SPECIAL NEEDS         Case No. 8:24-bk-00676-RCT
TRUST ADMINISTRATION, INC.,

                                                          Chapter 11

      Debtor.
_____/

**OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS' STANDING REQUEST FOR COPIES**

       The Official Committee of Unsecured Creditors (the "**Committee**"), by counsel, hereby requests copies of all production in this bankruptcy and any related contested matter and adversary proceedings (whether by 2004 examination *duces tecum*, requests for production, subpoena *duces tecum* or otherwise), by providing legible copies of any and all documents, items and things produced in response to the undersigned counsel.

       Dated: May 13, 2024

                                           Respectfully submitted,

                                           /s/ Daniel E. Etlinger
                                           Daniel E. Etlinger
                                           Florida Bar Number 0077420
                                           Scott A. Underwood
                                           Florida Bar Number 730041
                                           Megan W. Murray
                                           Florida Bar Number 0093922
                                           Underwood Murray, P.A.
                                           100 N. Tampa St., Suite 2325
                                           Tampa, FL 33602
                                           Tel: (813) 540-8401 / Fax: (813) 553-5345
                                           Email: detlinger@underwoodmurray.com
                                                              sunderwood@underwoodmurray.com
                                                              mmurray@underwoodmurray.com
                                           *Counsel to the Committee*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing, that was filed with the Clerk of Court, has been furnished electronically to those parties registered to receive service via CM/ECF, including Debtor's Counsel, the Trustee, the Trustee's Counsel and United States Trustee, and, by U.S. First Class Mail to the following parties on the 13th day of May, 2024:

The Center for Special Needs Trust Administration, Inc.
12425 28th Street N.
Suite 301
Saint Petersburg, Florida 33716

                                            /s/ Daniel E. Etlinger
                                            Daniel E. Etlinger