**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                                     Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                                          Chapter 11

     Debtor.
_____/

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. A preliminary hearing in this case will be held before the Honorable Roberta A. Colton on **Tuesday, May 14, 2024, at 2:00 p.m.** at Courtroom 8A, Sam Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602, on the following:

**CHAPTER 11 TRUSTEE'S MOTION TO SET BRIEFING SCHEDULE**
**AND FINAL HEARING ON MOTION TO ENFORCE AUTOMATIC STAY (Doc. 212)**

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gove/judges/colton.

3. The Court may continue this matter upon announcement made in open court and reflected on the docket without further notice.

4. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

PLEASE BE GOVERNED ACCORDINGLY

DATED: May 13, 2024                               **AKERMAN LLP**

                                                                   By: */s/ Steven R. Wirth*
                                                                     Steven R. Wirth
                                                                     Florida Bar No.: 170380
                                                                     Email: steven.wirth@akerman.com
                                                                     Raye C. Elliott
                                                                     Florida Bar No.:  18732
                                                                     Email:  raye.elliott@akermanl.com
                                                                     401 East Jackson Street, Suite 1700
                                                                     Tampa, Florida 33602
                                                                     Telephone: (813) 223-7333

76370089;1

        Facsimile: (813) 223-2837

        *Counsel for Chapter 11 Trustee, Michael Goldberg*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 13, 2024, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record.

        */s/ Steven R. Wirth*
        Attorney

76370089;1