**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
**FOR THE PERIOD BEGINNING  March 1, 2024  AND ENDING March 31, 2024**

Name of Debtor:  The Center for Special Needs Trust Administration, Inc.
Date of Petition:  February 9, 2024

| | CURRENT MONTH | | CUMULATIVE PETITION TO DATE |
|---|---|---|---|
| American Momentum Bank (AMB) | 3,135,449.04 | | 3,422,494.31 |
| American Momentum Bank (AMB) - Retention | 359,620.59 | | 369,701.69 |
| Fidelity Investments Money Market | 130,986.71 | | 130,986.00 |
| | - | | |
| **1.  FUNDS AT BEGINNING OF PERIOD** | 3,626,056.34 | **(a)** | 3,923,182.00 |
| **2.  RECEIPTS:** | | | |
| A. Cash Sales | | | |
| Minus:  Cash Refunds | | | |
| Net Cash Sales | | | |
| B.  Accounts Receivable | | | - |
| C.  Other Receipts *(See MOR-3)* | 34,043.47 | | 36,360.89 |
| (If you receive rental income, | | | |
| you must attach a rent roll.) | | | |
| **3.  TOTAL RECEIPTS** *(Lines 2A+2B+2C)* | 34,043.47 | | 36,360.89 |
| **4.  TOTAL FUNDS AVAILABLE FOR** | | | |
| **OPERATIONS** *(Line 1 + Line 3)* | 3,660,099.81 | | 3,959,542.89 |
| **5.  DISBURSEMENTS** | | | |
| A.  Advertising | | | - |
| B.  Bank Charges | | | - |
| C.  Contract Labor | | | - |
| D.  Fixed Asset Payments (not incl. in "N") | | | - |
| E.  Insurance | 31,027.07 | | 82,819.72 |
| F.  Inventory Payments  *(See Attach. 2)* | | | - |
| G.  Leases | 299.75 | | 6,641.38 |
| H.  Manufacturing Supplies (COGS) | | | - |
| I.  Office Supplies | 1,529.48 | | 1,529.48 |
| J.  Payroll - Net *(See Attachment 4B)* | 121,461.44 | | 253,850.33 |
| K.  Professional Fees (Accounting & Legal) | 203,541.48 | | 303,541.48 |
| K.  Professional Fees(Other) | | | - |
| L.  Rent | 7,468.03 | | 14,874.58 |
| M.  Repairs & Maintenance | | | |
| N.  Secured Creditor Payments *(See Attach. 2)* | | | - |
| O.  Taxes Paid - Payroll *(See Attachment 4C)* | | | - |
| P.  Taxes Paid - Sales & Use *(See Attachment 4C* | | | - |
| Q.  Taxes Paid - Other *(See Attachment 4C)* | | | - |
| R.  Telephone | 1,793.67 | | 1,793.67 |
| S.  Travel & Entertainment | | | - |
| Y.  U.S. Trustee Quarterly Fees | | | - |
| U.  Utilities | | | 198.46 |
| V.  Vehicle Expenses | | | - |
| W.  Other Operating Expenses *(See MOR-3)* | 53,392.24 | | 54,707.14 |
| **6.  TOTAL DISBURSEMENTS** *(Sum of 5A thru W)* | 420,513.16 | | 719,956.24 |
| **7.  ENDING BALANCE** *(Line 4 Minus Line 6)* | 3,239,586.65 | **(c)** | 3,239,586.65 |
| **Bank Account Summary** | | | |
| American Momentum Bank (AMB) | 2,776,200.97 | | 2,776,200.97 |
| American Momentum Bank (AMB) - Retention | 359,620.59 | | 359,620.59 |
| Fidelity Investments Money Market | 130,986.71 | | 130,986.71 |
| | 3,266,808.27 | | 3,266,808.27 |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief**

This 22nd day of April 2024 _____    (Signature)
William A Long Jr. As CRO

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
    balance as of the petition date.

(b)This figure will not change from month to month.  It is always the amount of funds on hand as of the date of
    the petition.

(c)These two amounts will always be the same if form is completed correctly.

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.
CASE NO. 8:24-bk-00676-RCT
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

On February 9, 2024, The Center for Special Needs Trust Administration, Inc. (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Middle District of Florida (Tampa), Case No. 8:24-bk-676-RCT.  On March 8, 2024, the U.S. Trustee filed an Expedited Motion for Order Directing the United States Trustee to Appoint a Chapter 11 Trustee.. The Court granted the U.S. Trustee's Motion by Order dated March 11, 2024 and on March 21, 2024, the Court appointed Michael Goldberg as Chapter 11 Trustee (the "Bankruptcy Trustee").  In his capacity as Bankruptcy Trustee, Mr. Goldberg took custody and control of all assets and corporate records of the Debtor.

**THE FINANCIAL STATEMENTS ACCOMPANYING THE MONTHLY OPERATING REPORTS ARE BEING PROVIDED IN ACCORDANCE WITH THE SUPPORT DOCUMENTATION REQUIRED BY THE US TRUSTEE GUIDELINES FOR FILING CHAPTER 11 MONTHLY OPERATING REPORTS.  THESE FINANCIAL STATEMENTS WERE NOT PREPARED OR COMPILED BY THE BANKRUPTCY TRUSTEE OR HIS FORENSIC ACCOUNTING FIRM. THEY ARE BASED ON INFORMATION CURRENTLY IN THE RECORDS OF THE DEBTOR AND AVAILABLE TO THE BANKRUPTCY TRUSTEE, AND ARE SUBJECT TO A NUMBER OF RISKS, UNCERTAINTIES, AND OTHER FACTORS THAT COULD CAUSE THE DEBTOR'S ACTUAL RESULTS, PERFORMANCE, PROSPECTS, AND OPPORTUNITIES TO DIFFER MATERIALLY FROM THOSE EXPRESSED IN, OR IMPLIED BY, THESE FINANCIAL STATEMENTS, AS A RESULT OF THE FINDINGS OF THE FORENSIC INVESTIGATION BEING PERFORMED BY THE BANKRUPTCY TRUSTEE'S COURT-APPROVED FORENSIC ACCOUNTANTS, WHICH INVESTIGATION IS IN ITS INFANCY. FACTORS THAT COULD CAUSE OR CONTRIBUTE TO RISKS INVOLVING THESE FINANCIAL STATEMENTS INCLUDE, BUT ARE NOT LIMITED TO, CHANGES IN THE DEBTOR'S BUSINESS AND OTHER FACTORS, INCLUDING RISK FACTORS, DEBT OBLIGATIONS, THE COMMINGLING OF TRUST FUND ASSETS, AND POTENTIAL FRAUD AND MISAPPROPRIATION OF FUNDS DISCUSSED IN THE CHAPTER 11 CASE MANAGEMENT SUMMARY FILED BY THE DEBTOR IN THE BANKRUPTCY CASE.  IN ADDITION, NEITHER THE DEBTOR'S FINANCIALS NOR THESE FINANCIAL STATEMENTS HAVE BEEN AUDITED IN ACCORDANCE WITH GENERALLY ACCEPTED ACCOUNTING PRINCIPALS (GAAP) AND THEREFORE MAY NOT BE ACCURATE, RELIABLE OR COMPLETE.  EXCEPT AS REQUIRED BY LAW, INCLUDING FURTHER ORDER OF THE BANKRUPTCY COURT, THE BANKRUPTCY TRUSTEE DOES NOT UNDERTAKE OR ASSUME ANY OBLIGATION TO RELEASE PUBLICLY ANY REVISIONS TO ANY FINANCIAL STATEMENT OR OTHERWISE.**

**Center For Special Needs Trust**
**Consolidated Balance Sheet**
**03/31/24**

|  | As of<br>March 31, 2024 |
|---|---:|
| **Current Assets** | |
| **Cash** | |
| Operating Cash | $  2,776,200.97 |
| Retention Cash | 359,620.59 |
| Money Market | 130,986.71 |
| Cash Escrow | |
| Undeposited funds | |
| **Total Cash** | 3,266,808.27 |
| Accounts Receivable | 42,229.61 |
| Allowance for Doubtful Accounts | - |
| **Net Accounts Receivable** | 42,229.61 |
| Investments | 776,847.95 |
| Loans Receivable (Short term) | 474,806.32 |
| Inventory | - |
| Prepaid Expenses | 309,988.42 |
| Other Current Assets | 488,144.73 |
| **Total Current Assets** | 5,358,825.30 |
| **Long Term Assets** | |
| Real Estate | 763,019.39 |
| Other Investments | 172,678.43 |
| Property, Plant, and Equipment | |
| Computer Software | 76,628.77 |
| Furniture and Equipment | 142,069.74 |
| Automobile | - |
| Leasehold Improvements | - |
| Less: Accumulated Depreciation | (218,698.51) |
| **Net Property, Plant and Equipment** | - |
| Loans and Notes Receivable (Long term) | 106,234,198.57 |
| Loans due from Trust Accounts | - |
| Other Long Term Assets | 12,000.00 |
| **Total Long Term Assets** | 107,181,896.39 |
| **Total Assets** | $  112,540,721.69 |

## Center For Special Needs Trust
## Consolidated Balance Sheet
## 03/31/24

**Liabilities**

**Current Liabilities**

| | | |
|---|---|---:|
| Accounts Payable | $ | 1,715.73 |
| Credit Cards Liability | | 79,773.86 |
| Total Accounts Payable | | 81,489.59 |
| **Accrued Expenses** | | |
| Acrued Interest Expense | | - |
| Accrued Property Tax | | - |
| Other Accrued Liabilities | | 1,099.32 |
| Accrued Payroll Liabilities | | 30,087.91 |
| Deferred Revenue | | - |
| Interest Payable | | - |
| Distribution Payable | | - |
| **Total Accounts Payable and Accrued Expenses** | | 112,676.82 |
| **Current Debt** | | |
| CMS Approval Fees | | - |
| Loan Payable - Current | | - |
| Due To Center Clients | | 142,313.45 |
| Line of Credit | | - |
| **Total Current Liabilities** | | 254,990.27 |
| **Long Term Liabilities** | | |
| **Loans Payable** | | |
| BFG LOC Amounts due Trusts | | 106,234,198.57 |
| Other Liabilites | | - |
| **Total Long Term Liabilities** | | 106,234,198.57 |
| **Total Liabilities** | $ | 106,489,188.84 |
| **Shareholders Equity** | | |
| Capital Contributions | $ | - |
| Members' Draw | | - |
| Unrealized Gain(loss) on Securities | | - |
| Retained Earnings | | 6,637,604.06 |
| Net Income | | (586,071.21) |
| **Total Shareholders Equity** | | 6,051,532.85 |
| **Total Liabilities and Shareholders Equity** | $ | 112,540,721.69 |

## Center For Special Needs Trust
## Statement of Income and Expenses

|  | Period Total | For the Period of |
|---|---|---|
|  | 3/1/2024-3/31/2024 | 2/10/2024-3/31/2024 |
| Revenue |  |  |
| Trust Fees |  |  |
| Contributions/Grants | 32,960.58 | 32,960.58 |
| Other Income | - | - |
| Interest Income | 1,082.89 | 3,400.31 |
| Total Revenue | 34,043.47 | 36,360.89 |
| Operating Expenses |  |  |
| Payroll | 121,506.60 | 255,764.62 |
| Bonus | - | - |
| Commission | - | - |
| Payroll Taxes | 8,772.03 | 18,760.34 |
| Employee Benefits | (1,413.12) | (2,224.50) |
| Employee Supplemental Benefits | - | - |
| 401(k) Expense | 2,195.68 | 3,284.28 |
| Health Insurance | 25,317.89 | 21,236.52 |
| Travel | 33.96 | 33.96 |
| Fees and Licenses | 159.00 | 167.90 |
| Equipment Rental | 324.41 | 1,418.83 |
| Office Supplies | 899.63 | 899.63 |
| Rent | 7,468.03 | 14,874.58 |
| Postage | 2,398.09 | 2,876.53 |
| Telephone & Internet | 15,911.58 | 15,911.58 |
| Utilities | - | - |
| Insurance | - | 51,792.65 |
| Security | 215.48 | 215.48 |
| Professional Fees | 142,102.18 | 142,369.70 |
| Contract Labor | 95,050.00 | 95,050.00 |
| Depreciation and Amortization | - | - |
| Total Operating Expenses | 420,941.44 | 622,432.10 |
| Interest Income | - | - |
| Interest Expense | - | - |
| Dividend Income | - | - |
| Investment Expenses | - | - |
| Gain/Loss on sale | - | - |
| Other Expenses | - | - |
| Total Other Income and Expense |  |  |
| Net Income | (386,897.97) | (586,071.21) |

**Center for Special Needs Trust**

**Aged Accounts Receivable**

Friday, April 12, 2024 2:21 PM
Page    1
LDAVIS

(Detail, aged as of March 31, 2024)
Aged by   due date.

| No. | Name | Document | | | | Aged Overdue Amounts | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Due Date | Description | Type | Number | Balance Due | Current | Up To 30 Days | 31 - 60 Days | Over 60 Days | Doc. Curr. |
| C00022 | Boston Finance Group | | Phone No. | | Contact | | | | |
| 12/15/2023 | Invoice INV001484 | Invoice | INV001430 | 3,928.77 | 0.00 | 0.00 | 0.00 | 3,928.77 | |
| 12/18/2023 | Invoice INV001485 | Invoice | INV001431 | 3,760.99 | 0.00 | 0.00 | 0.00 | 3,760.99 | |
| 12/19/2023 | Invoice INV001486 | Invoice | INV001432 | 5,859.85 | 0.00 | 0.00 | 0.00 | 5,859.85 | |
| 12/27/2023 | Invoice INV001487 | Invoice | INV001433 | 2,490.70 | 0.00 | 0.00 | 0.00 | 2,490.70 | |
| 1/23/2024 | Invoice INV001493 | Invoice | INV001437 | 16,108.20 | 0.00 | 0.00 | 0.00 | 16,108.20 | |
| 2/9/2024 | Invoice INV001494 | Invoice | INV001438 | 10,081.10 | 0.00 | 0.00 | 10,081.10 | 0.00 | |
| C00022 | Total Amount Due | | | 42,229.61 | 0.00 | 0.00 | 10,081.10 | 32,148.51 | |
| | | | Credit Limit: | No Limit | 0.00% | 0.00% | 23.87% | 76.13% | |
| | Report Total Amount Due (USD) | | | 42,229.61 | 0.00 | 0.00 | 10,081.10 | 32,148.51 | |
| | | | | | 0.00% | 0.00% | 23.87% | 76.13% | |

**Center for Special Needs Trust**
**Aged Accounts Payable**

Monday, April 15, 2024 4:43 PM
Pag 1
LDAVIS

(Detail, aged as of March 31, 2024)
Aged by    due date.

| No. | Name | Document | | Balance | Aged Overdue Amounts | | | Over 60 | Doc. |
| | | Type | Number | Due | Current | Up To 30 Days | 31 - 60 Days | Days | Curr. |
|---|---|---|---|---|---|---|---|---|---|
| Due Date | Description | | Phone: | | | | | | |
| V00005 | FedEx | | | | Contact: | | | | |
| 3/25/2024 | FedEx | Invoic | VCH016224 | 394.28 | 0.00 | 394.28 | 0.00 | 0.00 | |
| V00005 | Total Amount Due | | | 394.28 | 0.00 | 394.28 | 0.00 | 0.00 | |
| | | | | | 0.00% | 100.00% | 0.00% | 0.00% | |
| | | | | | | | | | |
| V00011 | ADT | | Phone: | | Contact: | | | | |
| 3/21/2024 | ADT | Invoic | VCH016225 | 107.74 | 0.00 | 107.74 | 0.00 | 0.00 | |
| V00011 | Total Amount Due | | | 107.74 | 0.00 | 107.74 | 0.00 | 0.00 | |
| | | | | | 0.00% | 100.00% | 0.00% | 0.00% | |
| | | | | | | | | | |
| V00125 | Franchise Tax Board | | Phone: | | Contact: | | | | |
| 4/4/2024 | Franchise Tax Board | Invoic | VCH016229 | 60.00 | 60.00 | 0.00 | 0.00 | 0.00 | |
| V00125 | Total Amount Due | | | 60.00 | 60.00 | 0.00 | 0.00 | 0.00 | |
| | | | | | 100.00% | 0.00% | 0.00% | 0.00% | |
| | | | | | | | | | |
| V00517 | Principal | | Phone: | | Contact: | | | | |
| 10/15/2014 | Principal | Paym | ACH08/22/1 | -1,015.93 | 0.00 | 0.00 | 0.00 | -1,015.93 | |
| 10/15/2014 | Voiding check | Paym | ACH08/22/1 | 1,015.93 | 0.00 | 0.00 | 0.00 | 1,015.93 | |
| V00517 | Total Amount Due | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | | | | | | | |
| V00828 | United States Treasury | | Phone: | | Contact: | | | | |
| 3/18/2024 | United States Treasury | Invoic | VCH016249 | 1,320.00 | 0.00 | 1,320.00 | 0.00 | 0.00 | |
| V00828 | Total Amount Due | | | 1,320.00 | 0.00 | 1,320.00 | 0.00 | 0.00 | |
| | | | | | 0.00% | 100.00% | 0.00% | 0.00% | |
| | | | | | | | | | |
| V00831 | GreatAmerica Financial | | Phone: | | Contact: | | | | |
| 3/19/2024 | GreatAmerica Financial | Invoic | VCH016226 | 303.08 | 0.00 | 303.08 | 0.00 | 0.00 | |
| V00831 | Total Amount Due | | | 303.08 | 0.00 | 303.08 | 0.00 | 0.00 | |
| | | | | | 0.00% | 100.00% | 0.00% | 0.00% | |
| | | | | | | | | | |
| V00981 | AmTrust North America | | Phone: 727-314- | | Contact: | | | | |
| 3/29/2024 | AmTrust North America | Invoic | VCH016231 | 92.65 | 0.00 | 92.65 | 0.00 | 0.00 | |
| V00981 | Total Amount Due | | | 92.65 | 0.00 | 92.65 | 0.00 | 0.00 | |
| | | | | | 0.00% | 100.00% | 0.00% | 0.00% | |
| | | | | | | | | | |
| | Report Total Amount Due | | | **1,715.73** | 0.00 | 1,715.73 | 0.00 | 0.00 | |
| | | | | | 0 | 100% | 0.00% | 0.00% | |

**The Center for Special Needs Trust Administration, Inc.**
**Statement of Capital Assets**
**Fixed Asset and Accumulated Depreciation Listing**
**as of December 31, 2023**

Software - Account 18010

| | | |
|---|---|---|
| 4/4/2012 | Real Solutions | 14,320.00 |
| 5/31/2012 | Real Solutions - NAV for clients software | 52,180.41 |
| 3/22/2013 | Clients First Business Solutions | 422.36 |
| 3/26/2013 | Clients First Business Solutions | 9,706.00 |
| | | 76,628.77  Note, fully depreciated as of 2023. |

| FFE - Account 18020 | Description | Sum of Amount |
|---|---|---|
| 12/31/2010 | Furniture and Equipment | 200,945.77 |
| 3/31/2011 | Furniture and Equipment | 2,989.50 |
| 4/30/2011 | Furniture and Equipment | 17,447.84 |
| 5/31/2011 | Furniture and Equipment | 11,082.60 |
| 6/30/2011 | Furniture and Equipment | 3,329.56 |
| 7/31/2011 | Furniture and Equipment | 11,717.40 |
| 8/31/2011 | Furniture and Equipment | 1,397.00 |
| 12/31/2011 | Dec Balances | 4,221.39 |
| 3/1/2015 | Rvs disposal assets | 6,104.74 |
| 3/1/2015 | Write-off disposed assets | (135,051.97) |
| 1/15/2019 | Write-off microwave | (124.01) |
| | Write-off refrigerators | (1,433.33) |
| 4/20/2019 | Write-off AVI Overhead projectors | (9,435.37) |
| 5/28/2019 | Write-off Voicemail system | (4,514.00) |
| 8/31/2019 | Write off replaced computers | (16,571.66) |
| | **Net of prior assets and write-offs** | **92,105.46**  Note: Matched the write-offs noted against the oldest asset entries to net here. |
| 9/19/2012 | Ajax Business Interiors | 3,229.00 |
| 2/2/2013 | Dell Business Credit | 4,818.81 |
| 5/28/2013 | All Covered | 9,279.11 |
| 2/1/2019 | CDW Direct | 5,407.33 |
| 2/5/2019 | CDW Direct | 1,240.03 |
| 5/1/2019 | | 7,402.68 |
| 7/1/2019 | CDW Direct | 5,683.82 |
| 8/9/2019 | CDW Direct | 7,317.19 |
| 8/12/2019 | CDW Direct | 1,416.92 |
| 3/2/2020 | CDW Direct | 4,169.39 |
| | Total FFE - Acct 18020 | 142,069.74  Fully Depreciated by 2023 |

| Year | Activity | Acc. Dep |
|---|---|---|
| 2010 | Net Acc. Dep Transactions for year | (85,111.21) |
| 2011 | Net Acc. Dep Transactions for year | (73,033.32) |
| 2012 | Net Acc. Dep Transactions for year | (85,159.57) |
| 2013 | Net Acc. Dep Transactions for year | (88,283.61) |
| 2014 | Net Acc. Dep Transactions for year | (46,860.84) |
| 2015 | Net Acc. Dep Transactions for year | 147,282.03 |
| 2016 | Net Acc. Dep Transactions for year | (6,721.41) |
| 2017 | Net Acc. Dep Transactions for year | (3,634.44) |
| 2018 | Net Acc. Dep Transactions for year | (944.28) |
| 2019 | Net Acc. Dep Transactions for year | 50,590.03 |
| 2020 | Net Acc. Dep Transactions for year | (10,647.44) |
| 2021 | Net Acc. Dep Transactions for year | (10,879.08) |
| 2022 | Net Acc. Dep Transactions for year | (5,295.37) |
| Grand Total | Total Acc. Dep per Acct 18490 | (218,698.51) |

| | **Total Net Assets** | - |
|---|---|---|

**The Center for Special Needs Trust**
**Schedule of Payment To Professional**
**March 31, 2024**

| Posting Date | Document Type | Document No. | G/L Account No. | Description | Amount |
|---|---|---|---|---|---|
| 3/26/2024 | Payment | WIRE 3/26/24 - EPIQ | 10110 | Epiq Corporate Restructuring LLC | $ (58,295.47) |
| 3/26/2024 | Payment | 21054 | 10110 | Mark A. Linksky, P.A. | $ (400.00) |
| 3/22/2024 | Payment | WIRE 3/22/24 - FTS | 10110 | Fiduciary Tax & Accounting Services LLC | $ (43,500.00) |
| 3/22/2024 | Payment | WIRE 3/22/24 - NPS | 10110 | Nperspective Advisory Services, LLC | $ (29,986.01) |
| 3/7/2024 | Payment | WIRE 3/7/24 - FTS | 10110 | Fiduciary Tax & Accounting Services LLC | $ (71,350.00) |

| Professional | Amount | Description |
|---|---|---|
| Epiq Corporate Restructuring LLC | $ 58,295.47 | Bankruptcy Filings |
| Mark A. Linksky, P.A. | $ 400.00 | Legal |
| Nperspective Advisory Services, LLC | $ 29,986.01 | Bankruptcy Consulting |
| Fiduciary Tax & Accounting Services LLC | $ 114,850.00 | Tax reporting for Trusts and Reporting |
| | | |
| Payment for March 2024 | $ 203,531.48 | |
| Deposit Paid on 2/9/24 and not recorded on the books until 2/15/24 | 100,000.00 | |
| | | |
| Year to date payments | $ 303,531.48 | |

**Bank Rec. Test Report**
Center for Special Needs Trust

Friday, April 12, 2024 2:55 PM
Page    1
LDAVIS

| | |
|---|---|
| Bank Account No. | 01-10110 |
| Statement No. | 033124 |
| Statement Date | 3/31/2024 |

Currency Code

| | | | | |
|---|---|---|---|---|
| G/L Balance ($) | 2,776,200.97 | | Statement Balance | 2,790,786.22 |
| G/L Balance | 2,776,200.97 | | Outstanding Deposits | 0.00 |
| Positive Adjustments | 0.00 | | | |
| | | | Subtotal | 2,790,786.22 |
| Subtotal | 2,776,200.97 | | Outstanding Checks | 14,585.25 |
| Negative Adjustments | 0.00 | | | |
| | | | | |
| Ending G/L Balance | 2,776,200.97 | | Ending Balance | 2,776,200.97 |
| | | | | |
| Difference | 0.00 | | | |

| Posting Date | Docume nt Type | Document No. | Account Type | Account No. | Description | Bal. Accoun t Type | Bal. Account No. | Amount | Cleared / Balance Amt. | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| **Checks** | | | | | | | | | | |
| 1/16/2024 | Payment | 21026 | G/L | | TASC | G/L | | 69.52 | 69.52 | 0.00 |
| 2/9/2024 | Payment | 21012 | G/L | | David Fitch | G/L | | 120.38 | 120.38 | 0.00 |
| 2/22/2024 | Payment | 21029 | G/L | | MyLLC.com, Inc | G/L | | 198.00 | 198.00 | 0.00 |
| 2/22/2024 | Payment | 21032 | G/L | | Pitney Bowes Bank Inc Purchase | G/L | | 46.00 | 46.00 | 0.00 |
| 2/29/2024 | Payment | ONL 2/29/24 - | G/L | | Roosevelt Lakes, LLC | G/L | | 7,406.55 | 7,406.55 | 0.00 |
| 3/1/2024 | Payment | 21033 | G/L | | FedEx | G/L | | 220.48 | 220.48 | 0.00 |
| 3/1/2024 | Payment | 21034 | G/L | | GreatAmerica Financial Services | G/L | | 299.75 | 299.75 | 0.00 |
| 3/1/2024 | Payment | 21035 | G/L | | TASC | G/L | | 69.52 | 69.52 | 0.00 |
| 3/1/2024 | Payment | 21036 | G/L | | Progressive Benefit Solutions LLC | G/L | | 100.00 | 100.00 | 0.00 |
| 3/1/2024 | Payment | ACH 3/1/24 - | G/L | | Puzzle HR | G/L | | 4,585.00 | 4,585.00 | 0.00 |
| 3/1/2024 | Payment | ACH - 3/1/24 | G/L | | Clients First Business Solutions, | G/L | | 2,130.00 | 2,130.00 | 0.00 |
| 3/5/2024 | Payment | ACH 3/5/24 | G/L | | Mid Atlantic Capital Corp | G/L | | 2,739.77 | 2,739.77 | 0.00 |
| 3/5/2024 | Payment | ACH 3/5/24 - | G/L | | AmTrust North America | G/L | | 92.76 | 92.76 | 0.00 |
| 3/7/2024 | Payment | WIRE 3/7/24 - | G/L | | Fiduciary Tax & Accounting | G/L | | 71,350.00 | 71,350.00 | 0.00 |
| 3/12/2024 | Payment | WIRE 3/12/24 - | G/L | | Paylocity | G/L | | 55,359.96 | 55,359.96 | 0.00 |
| 3/12/2024 | Payment | ACH 3/12/24 - | G/L | | United Healthcare | G/L | | 28,889.09 | 28,889.09 | 0.00 |
| 3/13/2024 | Payment | 21037 | G/L | | Laura Davis | G/L | | 175.00 | 175.00 | 0.00 |
| 3/15/2024 | Payment | 21038 | G/L | | FedEx | G/L | | 256.86 | 256.86 | 0.00 |
| 3/15/2024 | Payment | 21039 | G/L | | ADT | G/L | | 107.74 | 107.74 | 0.00 |
| 3/15/2024 | Payment | 21040 | G/L | | Roberts Printing, Inc. | G/L | | 1,529.48 | 1,529.48 | 0.00 |
| 3/15/2024 | Payment | 21041 | G/L | | Stevens & Stevens Business | G/L | | 275.63 | 275.63 | 0.00 |
| 3/15/2024 | Payment | 21042 | G/L | | IntelePeer Cloud Communications, | G/L | | 188.20 | 188.20 | 0.00 |
| 3/19/2024 | Payment | ACH 3/19/24 - | G/L | | Mid Atlantic Capital Corp | G/L | | 2,749.99 | 2,749.99 | 0.00 |
| 3/19/2024 | Payment | ACH 3/19/24 - | G/L | | AmTrust North America | G/L | | 92.83 | 92.83 | 0.00 |
| 3/20/2024 | Payment | ACH 3/20/24 - | G/L | | Paylocity | G/L | | 668.00 | 668.00 | 0.00 |
| 3/22/2024 | Payment | WIRE 3/22/24 - | G/L | | Nperspective Advisory Services, | G/L | | 29,986.01 | 29,986.01 | 0.00 |
| 3/22/2024 | Payment | WIRE 3/22/24 - | G/L | | Fiduciary Tax & Accounting | G/L | | 43,500.00 | 43,500.00 | 0.00 |
| 3/25/2024 | Payment | ACH 3/25/24 - | G/L | | Principal | G/L | | 2,137.98 | 2,137.98 | 0.00 |
| 3/26/2024 | Payment | ONL 3/26/24 - | G/L | | Roosevelt Lakes, LLC | G/L | | 7,468.03 | 7,468.03 | 0.00 |
| 3/26/2024 | Payment | WIRE 3/26/24 - | G/L | | Epiq Corporate Restructuring LLC | G/L | | 58,295.47 | 58,295.47 | 0.00 |
| 3/29/2024 | Payment | WIRE 3/29/24 - | G/L | | Paylocity | G/L | | 488.84 | 488.84 | 0.00 |
| 3/29/2024 | Payment | WIRE 3/29/24 - | G/L | | Paylocity | G/L | | 54,491.98 | 54,491.98 | 0.00 |
| 3/31/2024 | Payment | ONL 3/31/24 - | G/L | | First Bankcard | G/L | | 38,000.40 | 38,000.40 | 0.00 |
| Total Checks | | | | | | | | 414,089.22 | 414,089.22 | 0.00 |

| Posting Date | Docume nt Type | Document No. | Account Type | Account No. | Description | Bal. Accoun t Type | Bal. Account No. | Amount | Cleared / Balance Amt. | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| **Deposits** | | | | | | | | | | |
| 3/13/2024 | Payment | 33744641 | G/L | | Lawrence Stanard - Trust Retention | G/L | | 2,030.46 | 2,030.46 | 0.00 |
| 3/26/2024 | Payment | 33744642 | G/L | | Lawrence Stanard - Trust Retention | G/L | | 2,030.46 | 2,030.46 | 0.00 |
| 3/26/2024 | Payment | 33744643 | G/L | | Kwai Ing Chan Leung - Trust | G/L | | 28,899.66 | 28,899.66 | 0.00 |
| 3/29/2024 | Payment | 33744644 | G/L | | American Momentum Bank | G/L | | 1,082.89 | 1,082.89 | 0.00 |
| 2/9/2024 | Payment | GDG022128 | G/L | | Credit Card Payable PMT made 2/9 | G/L | | 16,803.97 | 16,803.97 | 0.00 |

**Bank Rec. Test Report**
Center for Special Needs Trust

Friday, April 12, 2024 2:55 PM
Page   1
LDAVIS

| | |
|---|---|
| **Bank Account No.** | 01-10110 |
| **Statement No.** | 033124 |
| **Statement Date** | 3/31/2024 |

**Currency Code**

| | | | | |
|---|---|---|---|---|
| **G/L Balance ($)** | 2,776,200.97 | **Statement Balance** | 2,790,786.22 |
| **G/L Balance** | 2,776,200.97 | **Outstanding Deposits** | 0.00 |
| **Positive Adjustments** | 0.00 | | |
| | | **Subtotal** | 2,790,786.22 |
| **Subtotal** | 2,776,200.97 | **Outstanding Checks** | 14,585.25 |
| **Negative Adjustments** | 0.00 | | |
| **Ending G/L Balance** | 2,776,200.97 | **Ending Balance** | 2,776,200.97 |
| **Difference** | 0.00 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2/12/2024 | Payment | GDG022129 | G/L | Credit Card Payable pmt made 2/12 | G/L | 12.84 | 12.84 | 0.00 |
| 2/13/2024 | Payment | GDG022130 | G/L | Credit Card Payable Payment 02/13 | G/L | 4,440.37 | 4,440.37 | 0.00 |
| 2/15/2024 | Payment | GDG022131 | G/L | Credit Card Payable | G/L | 3,232.92 | 3,232.92 | 0.00 |
| 2/21/2024 | Payment | GDG022132 | G/L | Credit Card Payable | G/L | 2,721.52 | 2,721.52 | 0.00 |
| Total Deposits | | | | | | 61,255.09 | 61,255.09 | 0.00 |

**Outstanding Checks**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9/26/2023 | Payment | 20841 | G/L | Berkshire Trust Advisory Services | G/L | 52.04 | 0.00 | 52.04 |
| 2/9/2024 | Payment | 21020 | G/L | Ringler Associates Kentuckiana, Inc. | G/L | 278.82 | 0.00 | 278.82 |
| 3/26/2024 | Payment | 21043 | G/L | FedEx | G/L | 421.54 | 0.00 | 421.54 |
| 3/26/2024 | Payment | 21044 | G/L | FedEx | G/L | 429.76 | 0.00 | 429.76 |
| 3/26/2024 | Payment | 21045 | G/L | FedEx | G/L | 393.65 | 0.00 | 393.65 |
| 3/26/2024 | Payment | 21046 | G/L | Charter Communications | G/L | 214.16 | 0.00 | 214.16 |
| 3/26/2024 | Payment | 21047 | G/L | Clients First Business Solutions, | G/L | 756.25 | 0.00 | 756.25 |
| 3/26/2024 | Payment | 21048 | G/L | Smarsh Inc. | G/L | 378.83 | 0.00 | 378.83 |
| 3/26/2024 | Payment | 21049 | G/L | Kyocera Document Solutions | G/L | 21.33 | 0.00 | 21.33 |
| 3/26/2024 | Payment | 21050 | G/L | Level 3 Communications, LLC | G/L | 1,402.41 | 0.00 | 1,402.41 |
| 3/26/2024 | Payment | 21051 | G/L | Thrive Operations, LLC | G/L | 8,284.43 | 0.00 | 8,284.43 |
| 3/26/2024 | Payment | 21052 | G/L | Hungerford Technologies, LLC | G/L | 341.81 | 0.00 | 341.81 |
| 3/26/2024 | Payment | 21053 | G/L | Biscom, Inc. | G/L | 177.10 | 0.00 | 177.10 |
| 3/26/2024 | Payment | 21054 | G/L | Mark A. Linksky, P.A. | G/L | 400.00 | 0.00 | 400.00 |
| 3/26/2024 | Payment | 21055 | G/L | Aqua Chill, Inc | G/L | 624.00 | 0.00 | 624.00 |
| 3/27/2024 | Payment | 21056 | G/L | TASC | G/L | 69.52 | 0.00 | 69.52 |
| 3/27/2024 | Payment | 21057 | G/L | TASC | G/L | 339.60 | 0.00 | 339.60 |
| Total Outstanding Checks | | | | | | 14,585.25 | | |



# AMERICAN MOMENTUM BANK

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

```
Date  3/29/24          Page     1
Primary Account   Acct Ending 1640
Enclosures                    17
```

The Center for Special Needs Trust
P O Box 17296
Clearwater FL 33762

American Momentum Bank will never ask you for your online banking password or
secure access code. We'll also never ask you to transfer money to yourself as a way
to resolve fraud. Questions? Contact Customer Care at (866) 530-2265.

## CHECKING ACCOUNTS

Account Title          The Center for Special Needs Trust

| Full Analysis CML Checking | | Number of Enclosures | 17 |
|---|---|---|---|
| Account Number | Acct Ending 1640 | Statement Dates  3/01/24 thru  3/31/24 | |
| Previous Balancing | 3,143,620.35 | Number of Days in this Statement | 31 |
| 4 Deposits | 34,043.47 | Average Ledger | 2,971,441.39 |
| 34 Checks/Debits | 386,877.60 | Average Collected | 2,970,399.72 |
| Service Charges | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 2,790,786.22 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 3/13 | Remote Deposit | 2,030.46 |
| 3/26 | Remote Deposit | 2,030.46 |
| 3/26 | Remote Deposit | 28,899.66 |
| 3/29 | Interest Transfer Credit | 1,082.89 |
| | Acct No.  Acct Ending 1404-D | |

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 3/01 | Bill.com  Puzzle HR | 4,585.00- |
| | CCD | |
| | O16SWRFGP39FE4A | |
| 3/01 | WEB PMTS  Hallmark Develop | 7,406.55- |
| | CCD | |



# AMERICAN MOMENTUM BANK

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

Date  3/29/24        Page    2
Primary Account  Acct Ending 1640
Enclosures                  17

The Center for Special Needs Trust
P O Box 17296
Clearwater FL 33762

Full Analysis CML Checking        Acct Ending 1640  (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|      | FG2JJ9 |  |
| 3/04 | PURCHASE    ClientsFirstBusi | 2,130.00- |
|      | CCD |  |
|      | 113539488 |  |
| 3/05 | PAYMENT     AMTRUST NA | 92.76- |
|      | CCD |  |
|      | 37569691 |  |
| 3/05 | ACH PULLS  MID ATLANTIC TR | 2,739.77- |
|      | CCD |  |
|      | CENTSPND |  |
| 3/07 | Wire Transfer Debit | 71,350.00- |
|      | Fiduciary Tax   Acctg Svcs LLC |  |
|      | 121000248 |  |
|      | 3973158458 |  |
|      | 737 Main Street |  |
|      | Safety Harbor, FL 34695 |  |
|      | WELLS FARGO BANK, |  |
|      | 1137 W 68TH ST |  |
|      | HIALEAH, FL 33014 |  |
|      | INV# 1139 PD IN FULL |  |
|      | 20240307MMQFMPBS000002 |  |
|      | 20240307I1B7031R006734 |  |
|      | 03070921FT01 |  |
| 3/12 | Wire Transfer Debit | 13,494.58- |
|      | Paylocity Tax |  |
|      | 211871691 |  |
|      | 7238244 |  |
|      | 1400 American Lane |  |
|      | Schaumburg, IL 60173 |  |



# AMERICAN MOMENTUM BANK

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

Date  3/29/24        Page    3
Primary Account  Acct Ending 1640
Enclosures                17

The Center for Special Needs Trust
P O Box 17296
Clearwater FL 33762

Full Analysis CML Checking        Acct Ending 1640  (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|      | BERKSHIRE BANK | |
|      | 99 North St | |
|      | Pittsfield, MA 01201 | |
|      | CSNT 181935 03/15/24 Payroll | |
|      | 20240312MMQFMPBS000004 | |
|      | 20240312MMQFMPXE000052 | |
|      | 03120915FT01 | |
| 3/12 | Wire Transfer Debit | 41,865.38- |
|      | Paylocity Payroll | |
|      | 042000314 | |
|      | 7243291106 | |
|      | 1400 American Lane | |
|      | Schaumburg, IL 60173 | |
|      | FIFTH THIRD BANK, | |
|      | 38 Fountain Sq Plz | |
|      | Cincinnati, OH 45263-0001 | |
|      | CSNT 181935 03/15/24 Payroll | |
|      | 20240312MMQFMPBS000001 | |
|      | 20240312D2B74A1C000669 | |
|      | 03120902FT01 | |
| 3/12 | EDI PAYMTS UNITED HEALTHCAR | 28,889.09- |
|      | CTX | |
|      | ISA*00*        *00* | |
|      |  *ZZ*1411289245      *ZZ*BNYMEL | |
|      | LON     *240308*1234*U*00401* | |
| 3/19 | PAYMENT    AMTRUST NA | 92.83- |
|      | CCD | |
|      | 37646821 | |
| 3/19 | ACH PULLS  MID ATLANTIC TR | 2,749.99- |
|      | CCD | |



**AMERICAN MOMENTUM BANK**
4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

```
                                    Date  3/29/24      Page      4
                                    Primary Account  Acct Ending 1640
                                    Enclosures                 17
```

The Center for Special Needs Trust
P O Box 17296
Clearwater FL 33762

Full Analysis CML Checking       Acct Ending 1640  (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| | CENTSPND | |
| 3/20 | BILLING    181935 CENTER FO<br>CCD<br>181935 | 668.00- |
| 3/20 | ONLINE PMT 1ST BANKCARD CTR<br>CCD<br>CC0008969616 | 10,788.78- |
| 3/22 | Wire Transfer Debit<br>Nperspective Advisory Services<br>042000314<br>7971845719<br>941 W. Morse BLVD<br>Suite 100<br>Winter Park, FL 32789<br>FIFTH THIRD BANK,<br>38 Fountain Sq Plz<br>Cincinnati, OH 45263-0001<br>INV 796 - PAID IN FULL<br>20240322MMQFMPBS000035<br>20240322D2B74A1C003221<br>03221316FT01 | 29,986.01- |
| 3/22 | Wire Transfer Debit<br>Fiduciary Tax    Acctg Svcs LLC<br>121000248<br>3973158458<br>737 Main Street<br>Safety Harbor, FL 34695<br>WELLS FARGO BANK,<br>1137 W 68TH ST | 43,500.00- |



# AMERICAN MOMENTUM BANK

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

_Customer Security Awareness_

Date  3/29/24        Page    5
Primary Account  Acct Ending 1640
Enclosures                      17

The Center for Special Needs Trust
P O Box 17296
Clearwater FL 33762

Full Analysis CML Checking        Acct Ending 1640  (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|  | HIALEAH, FL 33014 | |
|  | Inv# 1138  1 of 2 Wires - PAID | |
|  | ULL | |
|  | 20240322MMQFMPBS000091 | |
|  | 20240322I1B7032R020729 | |
|  | 03221601FT01 | |
| 3/25 | INSUR CLM  PLIC-SBD | 2,137.98- |
|  | CCD | |
|  | PACT#226689653 | |
| 3/26 | Wire Transfer Debit | 58,295.47- |
|  | Epiq Corporate Restructuring L | |
|  | 043000096 | |
|  | 8026542437 | |
|  | 777 Third Ave | |
|  | 12th Floor | |
|  | New York, NY 10017 | |
|  | PNC BANK, NA | |
|  | 225 Fifth Ave | |
|  | Pittsburgh, PA 15222 | |
|  | INV 90834680 PD IN FULL | |
|  | 20240326MMQFMPBS000015 | |
|  | 20240326MMQFMPNB003167 | |
|  | 03261055FT01 | |
| 3/27 | WEB PMTS    Hallmark Develop | 7,468.03- |
|  | CCD | |
|  | GKKYP9 | |
| 3/28 | Wire Transfer Debit | 13,401.11- |
|  | Paylocity Tax | |



# AMERICAN MOMENTUM BANK

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

<u>*Customer Security Awareness*</u>

Date  3/29/24        Page      6
Primary Account  Acct Ending 1640
Enclosures                  17

The Center for Special Needs Trust
P O Box 17296
Clearwater FL 33762

Full Analysis CML Checking        Acct Ending 1640  (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|      | 211871691 | |
|      | 7238244 | |
|      | 1400 American Lane | |
|      | Schaumburg, IL 60173 | |
|      | BERKSHIRE BANK | |
|      | 99 North St | |
|      | Pittsfield, MA 01201 | |
|      | CSNT - 181935  03.29.24 Payrol | |
|      | 20240328MMQFMPBS000129 | |
|      | 20240328MMQFMPXE000705 | |
|      | 03281613FT01 | |
| 3/28 | Wire Transfer Debit | 41,579.71- |
|      | Paylocity Payroll | |
|      | 042000314 | |
|      | 7243291106 | |
|      | 1400 American Lane | |
|      | Schaumburg, IL 60173 | |
|      | FIFTH THIRD BANK, | |
|      | 38 Fountain Sq Plz | |
|      | Cincinnati, OH 45263-0001 | |
|      | CSNT - 181935  March 29 2024 P | |
|      | l | |
|      | 20240328MMQFMPBS000128 | |
|      | 20240328D2B74A1C006501 | |
|      | 03281612FT01 | |

## SUMMARY BY CHECK NUMBER

| Date | Check | Amount | Date | Check | Amount |
|------|-------|--------|------|-------|--------|
| 3/21 | 21012 | 120.38 | 3/04 | 21026* | 69.52 |

* Indicates Break in Check Order Sequence



# AMERICAN MOMENTUM BANK

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

---

*Customer Security Awareness*

---

Date   3/29/24        Page      7
Primary Account   Acct Ending 1640
Enclosures                      17

The Center for Special Needs Trust
P O Box 17296
Clearwater FL 33762

Full Analysis CML Checking        Acct Ending 1640   (Continued)

## SUMMARY BY CHECK NUMBER

| Date | Check | Amount | Date | Check | Amount |
|------|-------|--------|------|-------|--------|
| 3/04 | 21029* | 198.00 | 3/20 | 21037 | 175.00 |
| 3/01 | 21032* | 46.00 | 3/27 | 21038 | 256.86 |
| 3/08 | 21033 | 220.48 | 3/26 | 21039 | 107.74 |
| 3/07 | 21034 | 299.75 | 3/19 | 21040 | 1,529.48 |
| 3/13 | 21035 | 69.52 | 3/25 | 21041 | 275.63 |
| 3/07 | 21036 | 100.00 | 3/26 | 21042 | 188.20 |

* Indicates Break in Check Order Sequence

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/01 | 3,131,582.80 | 3/13 | 2,972,094.41 | 3/26 | 2,852,409.04 |
| 3/04 | 3,129,185.28 | 3/19 | 2,967,722.11 | 3/27 | 2,844,684.15 |
| 3/05 | 3,126,352.75 | 3/20 | 2,956,090.33 | 3/28 | 2,789,703.33 |
| 3/07 | 3,054,603.00 | 3/21 | 2,955,969.95 | 3/29 | 2,790,786.22 |
| 3/08 | 3,054,382.52 | 3/22 | 2,882,483.94 | | |
| 3/12 | 2,970,133.47 | 3/25 | 2,880,070.33 | | |

Monitor your online transactions regularly and immediately report suspicious charges to the Bank at (866) 530-2265 or reportfraud@americanmomentum.bank.



**Remote Deposit** — Credit
The Center for Special Needs Trust Ad
SNT Operating 1640
4912 Creekside Drive
Clearwater, FL 33760
7270944409
Date: 3/13/2024
Items: 1
Amount: $2,030.46
Batch ID: 2038313776?
Account ID: 29822 84684
Acct Num: 7041640

Remote Deposit   Date: 03/13   Amount: $2,030.46

**Remote Deposit** — Credit
The Center for Special Needs Trust Ad
SNT Operating 1640
4912 Creekside Drive
Clearwater, FL 33760
7270944409
Date: 3/26/2024
Items: 1
Amount: $2,030.46
Batch ID: 2046433806?
Account ID: 29822 84684
Acct Num: 7041640

Remote Deposit   Date: 03/26   Amount: $2,030.46

**Remote Deposit** — Credit
The Center for Special Needs Trust Ad
SNT Operating 1640
4912 Creekside Drive
Clearwater, FL 33760
7270944409
Date: 3/26/2024
Items: 1
Amount: $28,899.66
Batch ID: 2046433809?
Account ID: 29822 84684
Acct Num: 7041640

Remote Deposit   Date: 03/26   Amount: $28,899.66

Check      21012   Date: 03/21   Amount: $120.38

Check      21026   Date: 03/04   Amount: $69.52

Check      21029   Date: 03/04   Amount: $198.00



Check    21032    Date: 03/01    Amount: $46.00

Check    21032    Date: 03/01    Amount: $46.00

Check    21033    Date: 03/08    Amount: $220.48

Check    21033    Date: 03/08    Amount: $220.48

Check    21034    Date: 03/07    Amount: $299.75

Check    21034    Date: 03/07    Amount: $299.75

Check    21035    Date: 03/13    Amount: $69.52

Check    21035    Date: 03/13    Amount: $69.52

Check    21036    Date: 03/07    Amount: $100.00

Check    21036    Date: 03/07    Amount: $100.00

Check    21037    Date: 03/20    Amount: $175.00

Check    21037    Date: 03/20    Amount: $175.00



Check        21038    Date: 03/27    Amount: $256.86                Check        21038    Date: 03/27    Amount: $256.86

Check        21039    Date: 03/26    Amount: $107.74                Check        21039    Date: 03/26    Amount: $107.74

Check        21040    Date: 03/19    Amount: $1,529.48              Check        21040    Date: 03/19    Amount: $1,529.48

Check        21041    Date: 03/25    Amount: $275.63                Check        21041    Date: 03/25    Amount: $275.63

Check        21042    Date: 03/26    Amount: $188.20                Check        21042    Date: 03/26    Amount: $188.20

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Date _____

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any Maintenance Fee or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | |
|---|---|
| Enter bank balance from statement | |
| Add deposits not credited by bank (if any) | |
| **TOTAL** | |
| Subtract outstanding checks, ATM, checkcard and other electronic withdrawals | |

outstanding checks, ATM, checkcard and other electronic withdrawals

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE** ➡

When you opened your account, you received bank deposit agreements (disclosures) and fee schedule. You agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. You may obtain additional copies of the disclosures and fee schedule, which contain the current version of the terms and conditions of your account at any of our banking centers or writing to us at the address provided on the front of this statement.
To change your contact information such as address, phone number or e-mail address, please call 866-530-2265 or write to us on the address provided on the front of this statement.

## BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Account Statement**
In Case of Errors or Questions About Your Electronic Transfers Telephone us at 866-530-2265 or Write us at 4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later that 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## IN CASE OF ERROR OR QUESTIONS ABOUT ELECTRONIC TRANSFERS FOR CONSUMERS

In case of errors or questions about your electronic transfers, (e.g., ATM, point-of-sale, direct deposits or withdrawal transactions) please contact us at the telephone number or address on this statement within 60 days of the statement on which the problem first appeared. Please provide us with your name and account number, describe the transaction you are unsure about (date/place/type, amount), and explain your concern.
We will investigate and correct any error promptly. For consumer accounts used primarily for personal, family or household purposes, we will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. For errors involving new accounts, point-of-sale or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for Visa® POS) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. For new accounts, we may take up to 20 business days (5 business days for Visa® POS) to credit your account for the amount you think is in error. If we request you put your complaint in writing and we do not receive it within 10 business days, we may not credit your account. For other accounts, we investigate, and we find we have made an error, we will credit your account at the conclusion of our investigation.

## YOUR DUTY TO REPORT OTHER ERRORS

You must examine your statement of account with "reasonable promptness". You are in the best position to discover errors and unauthorized transactions to your account. If you fail to notify us in writing at the address provided on this statement of suspected problems or unauthorized transactions within the time periods specified in your deposit account terms and conditions agreements (which periods are no more than 60 days after we make the statement available to you in some cases are 30 days or less), we are not liable to you for and you agree not to make an claim against us for the problems or unauthorized transactions.

**Center for Special Needs Trust**
**Bank Rec. Test Report**

Monday, April 1, 2024 12:18 PM
Page    1
LDAVIS

| | |
|---|---|
| **Bank Account No.** | BA0004 |
| **Statement No.** | 033124 |
| **Statement Date** | 3/31/2024 |

**Currency Code**

| | | | |
|---|---|---|---|
| **G/L Balance ($)** | 359,620.59 | **Statement Balance** | 359,620.59 |
| **G/L Balance** | 359,620.59 | **Outstanding Deposits** | 0.00 |
| **Positive Adjustments** | 0.00 | | |
| | | **Subtotal** | 359,620.59 |
| **Subtotal** | 359,620.59 | **Outstanding Checks** | 0.00 |
| **Negative Adjustments** | 0.00 | | |
| | | **Ending Balance** | 359,620.59 |
| **Ending G/L Balance** | 359,620.59 | | |
| **Difference** | 0.00 | | |

| Posting Date | Document Type | Document No. | Account Type | Account No. | Description | Bal. Account Type | Bal. Account No. | Amount | Cleared / Balance Amt. | Difference |
|---|---|---|---|---|---|---|---|---|---|---|

No transactions in March



# AMERICAN MOMENTUM BANK

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

Date  3/29/24          Page    1
Primary Account   Acct Ending 1404
Enclosures

The Center for Special Needs Trust
Retention account
12425 28th Street North
Ste 301
St. Petersburg FL 33716

American Momentum Bank will never ask you for your online banking password or
secure access code. We'll also never ask you to transfer money to yourself as a way
to resolve fraud. Questions? Contact Customer Care at (866) 530-2265.

## CHECKING ACCOUNTS

Account Title          The Center for Special Needs Trust
                       Retention account

| | | | |
|---|---|---|---|
| CML Momentum Money Market | | Number of Enclosures | 0 |
| Account Number | Acct Ending 1404 | Statement Dates  3/01/24 thru  3/31/24 | |
| Previous Balancing | 858,620.59 | Number of Days in this Statement | 31 |
| Deposits | .00 | Average Ledger | 407,910.91 |
| 2 Checks/Debits | 500,082.89 | Average Collected | 407,910.91 |
| Service Charges | .00 | Interest Earned | 1,082.89 |
| Interest Paid | 1,082.89 | Annual Percentage Yield Earned | 3.17% |
| Current Balance | 359,620.59 | 2024 Interest Paid | 3,583.27 |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 3/31 | Interest Deposit | 1,082.89 |

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 3/04 | From Checking XX1404 to Checking XX1714 - REV DEC 23 MM | 499,000.00- |
| 3/31 | Interest Transfer Debit Acct No. Acct Ending 1640-D | 1,082.89- |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 3/01 | 858,620.59 | 3/04 | 359,620.59 | 3/31 | 359,620.59 |



**AMERICAN MOMENTUM BANK**

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

```
                                    Date  3/29/24        Page    2
                                    Primary Account  Acct Ending 1404
                                    Enclosures

        The Center for Special Needs Trust
        Retention account
        12425 28th Street North
        Ste 301
        St. Petersburg FL 33716
```

```
CML Momentum Money Market          Acct Ending 1404   (Continued)
```

Monitor your online transactions regularly and immediately report suspicious
charges to the Bank at (866) 530-2265 or reportfraud@americanmomentum.bank.

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

### Reconciliation of Account

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Date _____

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any Maintenance Fee or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | Enter bank balance from statement | | |
|---|---|---|---|
| | Add deposits not credited by bank (if any) | | |
| | **TOTAL** | | |
| outstanding checks. ATM, checkcard and other electronic withdrawals | Subtract outstanding checks, ATM. checkcard and other electronic withdrawals | | |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE** ➡

When you opened your account, you received bank deposit agreements (disclosures) and fee schedule. You agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. You may obtain additional copies of the disclosures and fee schedule, which contain the current version of the terms and conditions of your account at any of our banking centers or writing to us at the address provided on the front of this statement.
To change your contact information such as address, phone number or e-mail address, please call 866-530-2265 or write to us on the address provided on the front of this statement.

### BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Account Statement**
In Case of Errors or Questions About Your Electronic Transfers Telephone us at 866-530-2265 or Write us at 4830 W. Kennedy Blvd.. Suite 200, Tampa, FL 33609 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later that 60 days after we sent you the FIRST statement on which the error or problem appeared.
   1. Tell us your name and account number (if any).
   2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
   3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### IN CASE OF ERROR OR QUESTIONS ABOUT ELECTRONIC TRANSFERS FOR CONSUMERS

In case of errors or questions about your electronic transfers, (e.g., ATM, point-of-sale. direct deposits or withdrawal transactions) please contact us at the telephone number or address on this statement within 60 days of the statement on which the problem first appeared.  Please provide us with your name and account number, describe the transaction you are unsure about (date/place/type, amount), and explain your concern.
We will investigate and correct any error promptly.  For consumer accounts used primarily for personal, family or household purposes, we will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly.  If we need more time, however, we may take up to 45 days to investigate your complaint or question.  For errors involving new accounts, point-of-sale or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for Visa® POS) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.  For new accounts, we may take up to 20 business days (5 business days for Visa® POS) to credit your account for the amount you think is in error.  If we request you put your complaint in writing and we do not receive it within 10 business days, we may not credit your account.  For other accounts, we investigate, and we find we have made an error, we will credit your account at the conclusion of our investigation.

### YOUR DUTY TO REPORT OTHER ERRORS

You must examine your statement of account with "reasonable promptness". You are in the best position to discover errors and unauthorized transactions to your account.  If you fail to notify us in writing at the address provided on this statement of suspected problems or unauthorized transactions within the time periods specified in your deposit account terms and conditions agreements (which periods are no more than 60 days after we make the statement available to you in some cases are 30 days or less), we are not liable to you for and you agree not to make an claim against us for the problems or unauthorized transactions.

**Center For Special Needs Trust**
**Money Market Account**

Money Market Account          Balance at February 29, 2024        $130,986.71

This money market account is maintained by the Boston Financial Group.  The Boston Financial Group has been unwilling to provide the statements to validate the balance in this account.

At some point this balance will need to be validated and adjusted or written off to correct the balance sheet.  Where these funds went will also need to be investigated.

**The Center For Special Needs Trust**

**Wells Fargo DIP And DIP Trust Account**

**March 31, 2024**

Attached is a summary of DIP and DIP Trust Accounts that have been opened at Wells Fargo with a minimum $25 deposit per account to get these accounts open. Wells is in the process of setting up these accounts in Treasury Management.  Until they have completed this process The Center cannot use the accounts. The Balances have not been added to and do not show up on the March Financial Statements. We anticipate that all these accounts will be active for the April MOR report.

