

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/14/2024 02:00 PM

COURTROOM   8A

HONORABLE ROBERTA COLTON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:24-bk-00676-RCT | 11 | 02/09/2024 |

**Chapter 11**

**DEBTOR:**       The Center for Special Needs Trust Administration, Inc.

**DEBTOR ATTY:**  Mark Wall

**TRUSTEE:**      Michael Goldberg

**HEARING:**

(1) Motion to Enforce Automatic
Stay by Trustee Michael Goldberg
(Doc #195)
Limited Objection to Chapter 11 Trustee's
Motion to Enforce Automatic Stay Filed
by   Creditor American Momentum Bank
(Doc No. 210)
(2) Motion to Set Briefing Schedule and
Final Hearing on Motion to Enforce Automatic
Stay Filed by Trustee Michael Goldberg (Doc #212)
Note:
Hrg 5/23/24 @ 1:00 pm re: Various Matters
Related Adv 24-ap-139 Goldberg vs Boston Finance Grp

**APPEARANCES:**: Steven Wirth; Teresa Dorr; Edward Peterson; Lara Fernandez; Megan Murray; Pamella Keller; Donald Kirk; Carolina Herter; Mark Anderson; Marcros Rosales; Richard Perry

**WITNESSES:**

**EVIDENCE:**

**RULING:** (1) Motion to Enforce Automatic Stay by Trustee Michael Goldberg
(Doc #195) -   CON'T TO 6/14/24 @ 1:30 PM (AOCNFNG)
 Limited Objection to Chapter 11 Trustee's Motion to Enforce Automatic Stay Filed
by   Creditor American Momentum Bank (Doc No. 210)
(2) Motion to Set Briefing Schedule and Final Hearing on Motion to Enforce Automatic
Stay Filed by Trustee Michael Goldberg (Doc #212) -   GRANTED, ORDER BY WIRTH

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being

denied as moot. This docket entry/document is not an official order of the Court.