UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA (TAMPA)

Chapter 11

CASE NO.: 8:24-bk-676-RCT

In re:

THE CENTER FOR SPECIAL
NEEDS TRUST
ADMINISTRATION, INC.,
Debtor,
_____/

## NOTICE OF APPEARANCE

Daniel A. Nicholas, Esq. of COLE, SCOTT & KISSANE, P.A. hereby gives notice of their appearance on behalf of interested parties, **JOHN W. STAUNTON and STAUNTON & FAGLIE, PL**, and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of May, 2024, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

CASE NO.: 8:24-cv-00438-SDM-AEP

       COLE, SCOTT & KISSANE, P.A.
       Counsel for Interested Parties, *JOHN W.*
       *STAUNTON and STAUNTON & FAGLIE, PL*
       500 N. Westshore Boulevard
       Suite 700
       Tampa, Florida 33609
       Telephone (813) 509-2691
       Facsimile (813) 286-2900
       Primary e-mail: daniel.nicholas@csklegal.com
       Secondary e-mail: roxanne.cohen@csklegal.com

By: s/ Daniel A. Nicholas
    DANIEL A. NICHOLAS
    Florida Bar No.: 0847755

0348.0071-00/-1