ORDERED.

Dated:  **May 15, 2024**

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,

Case No. 8:24-bk-00676-RCT

Chapter 11

      Debtor.

_____/

**ORDER APPROVING TRUSTEE' S APPLICATION
TO EMPLOY AKERMAN LLP'S EDISCOVERY
SERVICES TEAM EFFECTIVE AS OF APRIL 3, 2024**

THIS CASE came before the Court on the Trustee's Application for Employment of Akerman LLP's eDiscovery Services Team [Doc. 183] (the "**Application**"). [1]  The Court, finding that Akerman's eDiscovery Services Team is disinterested as required by 11 U.S.C. § 327, and their employment is necessary and would be in the best interests of the estate, finds good cause for the relief.   There being no objection to the Application after proper notice to interested parties pursuant to Local Bankruptcy Rule 2002-4 on April 23, 2024, it is

**ORDERED:**

1.      The Application (Doc. 183) is approved.

2.      The Trustee is authorized to employ Akerman's eDiscovery Services Team under

---

[1] Unless otherwise noted, all capitalized terms shall have the same meaning as ascribed in the Application.

the Standard Terms and Conditions of Engagement attached as **<u>Exhibit C</u>** to the Motion in this case effective as of April 3, 2024.

      3.     Irrespective of the foregoing, Akerman's eDiscovery Services Team shall file applications for reimbursement of costs and expenses in compliance with the Bankruptcy Rules, Local Rules, and Bankruptcy Court and United States Trustee Guidelines.

Attorney Steven R. Wirth is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.

75905198;2