**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,

    Debtor.
_____/

Case No. 8:24-bk-00676-RCT

Chapter 11

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Caroline Herter, Esq. of the law firm Kopelowitz Ostrow Ferguson Weiselberg Gilbert hereby enters her appearance as counsel for Todd Chamberlin and Kelly Chamberlin, as co-guardians and on behalf of Clark Chamberlin (Beneficiary 11-3295), creditor, in the above-captioned proceeding, and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

> Caroline Herter
> Email: herter@kolawyers.com
> Kopelowitz Ostrow Ferguson Weiselberg Gilbert
> One West Las Olas Blvd., Suite 500
> Fort Lauderdale, Florida 33301
> Telephone: 954-525-4100

Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, any orders, pleadings, motions, applications, plans, schedules, and any other document brought before the Court in relation to this bankruptcy case.

Please take further notice that neither this Notice of Appearance nor any later appearance, claim, pleading, or suit filed shall waive any right, claim, action, defense, recoupment, or other

right or relief to which on behalf of Todd Chamberlin and Kelly Chamberlin, the co-guardians of Clark Chamberlin, creditor, may be entitled in law or equity, all of which rights, claims, actions, defenses, recoupments, and other rights or relief are expressly reserved.

Dated: May 17, 2024

Respectfully submitted.

By: *s/ Caroline Herter*
Caroline Herter
Florida Bar No. 1035444
**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-525-4100
herter@kolawyers.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of May, 2024, a true and correct copy of the foregoing has been provided by transmission of Notices of Electronic Filing to all parties receiving notice via CM/ECF.

By: */s/ Caroline Herter*
Caroline Herter