UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLROIDA
TAMPA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | Chapter 11 |
| THE CENTER FOR SPECIAL NEEDS | ) | |
| TRUST ADMINSITRATION, Inc. | ) | Case No. 8:24-bk-00676-RCT |
| | ) | |
| Debtor | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that the undersigned appears for the beneficiary for Trust Numbers 19-11289, 20-11632, 20-11644 and 20-11645, creditors in the above-captioned case, and demands, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 102(l), 342 and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following person at the address listed below:

> James B. Angell, Esq.
> HOWARD STALLINGS LAW FIRM
> P.O. Box 12347
> Raleigh, NC  27605
> Phone 919-821-7700
> Fax 919-821-7703
> jangell@howardstallings.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery, telephone, telegraph, telex, telefax or otherwise.

This the 17th day of May, 2024.

> HOWARD STALLINGS LAW FIRM
>
> BY:   /s/James B. Angell
> James B. Angell
> North Carolina State Bar No. 12844
> Post Office Box 12347
> Raleigh, North Carolina 27605
> Telephone: (919) 821-7700
> Facsimile: (919) 821-7703
> JAngell@hsfh.com

## **CERTIFICATE OF SERVICE**

      I hereby certify under penalty of perjury that I have this day served the NOTICE OF APPEARANCE by depositing copies in the United States Mail, postage prepaid, to the following addresses, which are the last addresses known to me:

| | |
|---|---|
| The Center for Special Needs Trust Administration, Inc.<br>12425 28th St. N.<br>Saint Petersburg FL 33716 | Daniel R. Fogarty<br>Matthew B. hale<br>Patrick Moseley<br>Scott A. Strichter<br>Stichter, Riedel, Blain & Postler, P.A.<br>*Attorneys for Debtor*<br>*Via CM/ecf* |
| Michael Goldberg<br>Chapter 11 Trustee<br>*Via CM/ecf* | Teresa Marie Dorr<br>*Office of U.S. Trustee*<br>*Via CM/ecf* |

      This the 17th day of May, 2024.

                              /s/James B. Angell
                              James B., Angell
                              Howard Stallings Law Firm
                              Post Office Box 12347
                              Raleigh, North Carolina 27605
                              Telephone: (919) 821-7700
                              Facsimile: (919) 821-7703
                              jangell@howardstallings.com