ORDERED.

Dated: **May 20, 2024**

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

In re:                                                                          Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                        Chapter 11

     Debtor.
_____/

**ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION TO SET BRIEFING SCHEDULE AND FINAL HEARING ON MOTION TO ENFORCE AUTOMATIC STAY**

THIS CASE came before the Court on the Chapter 11 Trustee's Motion to Set Briefing Schedule and Final Hearing on Motion to Enforce Automatic Stay (Doc. No. 212) (the "Motion")[1]. A hearing was held on the Motion on May 14, 2024, at 2:00 p.m. For the reasons stated in open court, it is

**ORDERED:**

1. The Motion is **GRANTED**.

2. The Chamberlin Action plaintiffs shall file their objection to the Stay Motion by May 24, 2024.

---

[1] Capitalized terms used but not defined herein have the meanings given to them in the Motion.

76400297;1

3. The Chapter 11 Trustee shall file his reply to the Chamberlin Action plaintiffs' objection and AMB's objection by May 30, 2024.

4. The Court shall conduct a final hearing on the Stay Motion on **June 14, 2024, at 1:30 p.m.**, at Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Courtroom 8A, Tampa, FL 33602.

Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance, no later than 3:00 p.m. one business day before the date of the hearing. To register click the link below or manually enter the following web address into a browser:

https://www.zoomgov.com/meeting/register/vJItcOGopjMpG2gRKyn-ipk6SXFBnivGTDA#/registration

All participants, whether attending in person or remotely, must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

Steven R. Wirth, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.