**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

THE CENTER FOR SPECIAL
NEEDS TRUST ADMINISTRATION, INC.,

    Debtor.
_____/

Case No. 8:24-bk-00676-RCT

Chapter 11

## NOTICE OF HEARING

NOTICE IS GIVEN THAT:

1. The Honorable Roberta Colton will conduct a preliminary hearing in this case on **May 23, 2024, at 1:00 PM** at Tampa, FL - Courtroom 8A, Sam M. Gibbons U.S. Courthouse, 801 N. Florida Avenue, on the following matter:

**OFFICIAL COMMITTEE OF UNSECURED CREDITOR'S**
**EXPEDITED MOTION TO DETERMINE AUTOMATIC STAY DOES NOT EXIST, OR ALTERNATIVELY, MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**(DOC. NO. 229)**

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/colton.

3. All participants, whether attending in person or remotely, must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

4. Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

5. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Dated: May 22, 2024.

                                              Respectfully submitted,

                                              /s/ Megan W. Murray
                                              Megan W. Murray
                                              Florida Bar Number 0093922
                                              Scott A. Underwood

        Florida Bar Number 730041  
        Daniel E. Etlinger  
        Florida Bar Number 0077420  
        Underwood Murray, P.A.  
        100 N. Tampa St., Suite 2325  
        Tampa, FL 33602  
        Tel: (813) 540-8401 / Fax: (813) 553-5345  
        Email: mmurray@underwoodmurray.com  
             sunderwood@underwoodmurray.com  
             detlinger@underwoodmurray.com  
        *Counsel to the Committee*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court, has been furnished electronically to those parties registered to receive service via CM/ECF, including the United States Trustee, the Trustee, and Debtor's counsel, on May 22, 2024.

        /s/ Megan W. Murray  
        Megan W. Murray