# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:                                                                Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                             Chapter 11

    Debtor.
_____/

## AGREED MOTION TO EXTEND BRIEFING SCHEDULING DEADLINES FOR MOTION TO ENFORCE AUTOMATIC STAY

Michael Goldberg, the Chapter 11 Trustee ("Chapter 11 Trustee"), by and through undersigned counsel, submits this Agreed Motion (the "Motion") to Extend Briefing Schedule Deadlines for the Motion to Enforce Automatic Stay filed by the Chapter 11 Trustee (the "Stay Motion") (Doc. 195) and in support, would show the Court as follows:

1. On May 21, 2024, this Court entered an Order Granting Chapter 11 Trustee's Motion to Set Briefing Schedule and Final Hearing on Motion to Enforce Automatic Stay (Doc. 227) (the "Scheduling Order").

2. The Scheduling Order set the deadline as May, 24, 2024, for the Chamberlin Class Action Plaintiffs to file their objection to the Stay Motion.

3. Additionally, the Scheduling Order set the deadline as May 30, 2024, for the Chapter 11 Trustee to file his reply to both the Chamberlin Class Action Plaintiffs' and American Momentum Bank's ("AMB") objections to the Stay Motion.

4. By this Motion, on an agreed basis, the Chapter 11 Trustee seeks entry of an order substantially in the form attached as **Exhibit A** revising the Scheduling Order to extend the deadline to May 31, 2024, for the Chamberlin Class Action Plaintiffs to file their objection to the Stay

76525352

Motion and to extend the Chapter 11 Trustee's deadline June 7, 2024 to file his reply to the Chamberlin Class Action Plaintiffs' and AMB's objections to the Stay Motion.

5. Counsel for the Chapter 11 Trustee has conferred with counsel for the Chamberlain Class Action Plaintiffs, counsel for AMB, the Official Unsecured Creditors Committee, and the U.S. Trustee, and all the aforementioned consent to the relief requested herein.

6. The extension of the briefing schedule is requested in good faith and not for the purpose of delay. The additional time will enable the parties to continue their good faith settlement discussions in an attempt to resolve the issues set forth in the Stay Motion.

WHEREFORE, the Chapter 11 Trustee requests this Court enter an order substantially in the form attached hereto as **Exhibit A** (i) granting the Motion, (ii) extending the deadline to May 31, 2024, for the Chamberlin Class Action Plaintiffs to file their objection to the Stay Motion; (iii) extending the deadline to June 7, 2024, for the Chapter 11 Trustee to file his reply to the Chamberlin Class Action Plaintiffs' and AMB's objections to the Stay Motion, and (iv) granting such other and further relief as the Court deems just and proper.

    Respectfully submitted,

    AKERMAN LLP

    By: */s/ Steven R. Wirth*
        Steven R. Wirth
        Florida Bar No.: 170380
        Email: steven.wirth@akerman.com
        Raye C Elliott
        Florida Bar No.: 18732
        Email: raye.elliott@akermanl.com
        401 East Jackson Street, Suite 1700
        Tampa, Florida 33602
        Telephone: (813) 223-7333
        Facsimile: (813) 223-2837

    *Counsel for Chapter 11 Trustee, Michael Goldberg*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 24, 2024, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record. Additionally, Epiq Corporate Restructuring, LLC will cause a true and correct copy of the foregoing document to be served on all parties required to be served, including (i) the Class Action Plaintiffs and Class Action Defendants and (ii) the Local Rule 1007-2 Parties in Interest List.

| | |
|---|---|
| Alan L. Rosca<br>Rosca Scarlato LLC<br>2000 Auburn Drive, Suite 200<br>Beachwood, OH 44122<br>*Attorneys for Orris Class Action Plaintiffs* | Brian O. Marty<br>Shindler Anderson Goplerud & Weese P.C.<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines, IA 50265<br>*Attorneys for Orris Class Action Plaintiffs* |
| J. Barton Goplerud<br>Shindler Anderson Goplerud & Weese P.C.<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines, IA 50265<br>*Attorneys for Orris Class Action Plaintiffs* | Paul J. Scarlato<br>Rosca Scarlato LLC<br>161 Washington Street, Suite 1025<br>Conshohocken, PA 19428<br>*Attorneys for Orris Class Action Plaintiffs* |
| Jonathan M. Stein<br>SteinLaw Florida, PLLC<br>1825 NW Corporate Blvd., Suite 110<br>Boca Raton, FL 33431<br>*Attorneys for Orris Class Action Plaintiffs* | Jonathan M. Streisfeld<br>Kopelowitz Ostrow, PA<br>One West Las Olas Blvd., Ste. 500<br>Ft Lauderdale, FL 33301<br>*Attorneys for Chamberlain Class Action Plaintiffs* |
| Andrew Smith<br>Leeder Law<br>8551 W. Sunrise Blvd.<br>Suite 202<br>Plantation, FL 33322<br>*Attorneys for Chamberlain Class Action Plaintiffs* | Caroline Herter<br>Ko Lawyers<br>1 West Las Olas Blvd<br>Suite 500<br>Fort Lauderdale, FL 33301<br>*Attorneys for Chamberlain Class Action Plaintiffs* |

David Lawrence Ferguson
Kopelowitz Ostrow Ferguson Weiselberg Gilbert
One West Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301
*Attorneys for Chamberlain Class Action Plaintiffs*

Jeff M. Ostrow
Kopelowitz Ostrow, PA
One West Las Olas Blvd., Ste. 500
Ft Lauderdale, FL 33301
*Attorneys for Chamberlain Class Action Plaintiffs*

Thomas H. Leeder
Leeder Law
8551 West Sunrise Blvd., Suite 202
Plantation, FL 33322
*Attorneys for Chamberlain Class Action Plaintiffs*

Eric S. Koenig
Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis,
Suite 2700
101 E Kennedy Blvd
Tampa, FL 33602
*Attorneys for Defendants Boston Finance Group, LLC, Boston Asset Management Inc., Prospect Funding Holdings, LLC, Prospect Funding Holdings (NY) III, LLC, Prospect Funding Partners, LLC, Leo J. Govoni, John W. Staunton, Jonathan Golden, Boston Holding Company, LLC, and Fiduciary Tax & Accounting Services, LLC*

William Albert McBride
Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis,
Suite 2700
101 E Kennedy Blvd
Tampa, FL 33602
*Attorneys for Defendants Boston Finance Group, LLC, Boston Asset Management Inc., Prospect Funding Holdings, LLC, Prospect Funding Holdings (NY) III, LLC, Prospect Funding Partners, LLC, Leo J. Govoni, John W. Staunton, Jonathan Golden, Boston Holding Company, LLC, and Fiduciary Tax & Accounting Services, LLC*

Marcos Rosales
Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, TX 77010
*Attorneys for Defendant American Momentum Bank*

Bennett J Ostdiek
Beck Redden LLP
1221 McKinney Street
Suite 4500
Houston, TX 77010
*Attorneys for Defendant American Momentum Bank*

Cassie Maneen
Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, TX 77010
*Attorneys for Defendant American Momentum Bank*

Charles W. Throckmorton
Carlton Fields
2 MiamiCentral
700 N.W. 1st Avenue
Suite 1200
Miami, FL 33136
*Attorneys for Defendant American Momentum Bank*

Donald R. Kirk
Carlton Fields, PA
4221 W Boy Scout Blvd, Ste. 1000
Tampa, FL 33607
*Attorneys for Defendant American Momentum Bank*

Daniel Andrew Nicholas
Cole, Scott & Kissane, P.A.
500 N Westshore Blvd
Suite 700
Tampa, FL 33609
*Attorneys for Defendant John W. Staunton*

*/s/Steven R. Wirth*
Steven R. Wirth

76525352

# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                                    Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                                    Chapter 11

      Debtor.
_____/

**ORDER GRANTING AGREED MOTION TO EXTEND BRIEFING**
**SCHEDULING DEADLINES FOR MOTION TO ENFORCE AUTOMATIC STAY**

    **THIS MATTER** came before the Court on the *Agreed Motion to Extend Briefing Schedule Deadlines for the Motion to Enforce Automatic Stay* ("Motion") (ECF No. ___) and the Court, having considered the Motion, and the agreement of the parties to the relief requested in the Motion, finds good cause exists to grant the Motion, and it is:

**ORDERED**:

    1.    The Motion is **GRANTED**.

    2.    The deadline for Chamberlin Class Action Plaintiffs to file their objection to the Stay Motion is extended to May 31, 2024.

    3.    The deadline for the Chapter 11 Trustee to file his reply to the Chamberlin Class Action Plaintiffs' and AMB's objections to the Stay Motion is extended to June 7, 2024.

76525350

2

Steven R. Wirth, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.

2

76525350