ORDERED.

Dated: May 27, 2024

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

THE CENTER FOR SPECIAL NEEDS       Case No. 8-24-bk-00676-RCT
TRUST ADMINISTRATION, INC.,      Chapter 11

    Debtor.
_____/

**ORDER GRANTING AGREED MOTION TO EXTEND BRIEFING**
**SCHEDULING DEADLINES FOR MOTION TO ENFORCE AUTOMATIC STAY**

**THIS MATTER** came before the Court, without a hearing, on the *Agreed Motion to Extend Briefing Schedule Deadlines for the Motion to Enforce Automatic Stay* (Doc. 233) (the "Motion"). The Court, having considered the Motion, and the agreement of the parties to the relief requested in the Motion, finds good cause exists to grant the Motion.

It is therefore **ORDERED**:

1. The Motion (Doc. 233) is **GRANTED**.

2. The deadline for Chamberlin Class Action Plaintiffs to file their objection to the Stay Motion is extended to May 31, 2024.

3. The deadline for the Chapter 11 Trustee to file his reply to the Chamberlin Class Action Plaintiffs' and AMB's objections to the Stay Motion is extended to June 7, 2024.

Steven R. Wirth, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.