UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINSITRATION, INC.,

Debtor.
_____/

Case No.: 8:24-bk-00676-RCT

Chapter 11

**STANDING REQUEST FOR COPIES BY CREDITOR,
CAROL MULHOLLAND ON BEHALF OF BENEFICIARY 06-0652**

Carol Mulholland, Individually and as Parent and Natural Guardian of Beneficiary 06-0652 ("Creditor") by and through her undersigned counsel, hereby request copies of all Production in this bankruptcy and any related contested matter and adversary proceedings (whether by 2004 examination *duces tecum*, request for production, subpoena *duces tecum* or otherwise) by providing legible copies of any and all documents, information, objects, items or things produced in response to the undersigned counsel.

Dated May 28, 2024

Respectfully submitted,

*Michael A. Nardella, Esq.*
Michael A. Nardella, Esquire
Florida Bar No. 51265
**Nardella & Nardella, PLLC**
135 W. Central Blvd., Ste. 300
Orlando, Florida 32801
Phone: (407) 966-2680
E-mail: mnardella@nardellalaw.com
Secondary email: klynch@nardellalaw.com

***COUNSEL FOR CREDITOR, CAROL MULHOLLAND***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 28, 2024, a true and correct copy of the foregoing was served via electronic notice through CM/ECF system to all parties registered to receive notices via CM/ECF, and was served via U.S. mail, postage prepaid, to The Center for Special Needs Trust Administration, Inc., 12425 28th St. N., Suite 301, St. Petersburg, FL  33716.

*Michael A. Nardella*
Michael A. Nardella, Esquire