ORDERED.

**Dated:  May 29, 2024**

Roberta A. Colton
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:                                                                              Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                              Chapter 11

      Debtor.

_____/

### ORDER DENYING DEBTOR'S APPLICATION TO EMPLOY
### HILL, WARD & HENDERSON, P.A. AS SPECIAL LITIGATION
### COUNSEL EFFECTIVE AS OF THE PETITION DATE

THIS CASE came before the Court on the Debtor's Application to Employ Hill, Ward & Henderson, P.A. as Special Litigation Counsel Effective as of the Petition Date (Doc. 13) (the "Application"), the Notice of Filing Supplemental Declaration of Mark M. Wall in Support of the Application (Doc. 102), and the Objection (Dc. 104) (the "Objection") to the Application filed by the Official Committee of Unsecured Creditors.  A hearing was held on the Application and Objection on May 23, 2024, at 1:00 p.m. For the reasons stated in open court, it is

**ORDERED:**

The Application is **DENIED** as **MOOT**.

Steven R. Wirth, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.

76531876;1