

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/23/2024 01:00 PM

COURTROOM   8A

**HONORABLE ROBERTA COLTON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:24-bk-00676-RCT** | 11 | **02/09/2024** |

**Chapter 11**

**DEBTOR:**    The Center for Special Needs Trust Administration, Inc.

**DEBTOR ATTY:**   Mark Wall

**TRUSTEE:**    Michael Goldberg

**HEARING:**

(1) Con't   Status Conference
(2) Con't Emergency Motion for Approval
of Trust Distribution Procedures by Debtor
(Doc 10)
Amendment to Motion for Approval of Trust
Distribution Procedures by Debtor (Doc 63)
Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Creditor Committee
Unsecured Creditors' Committee (related
document(s)[18], [63], [10]))   (Doc #118)
Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Trustee Michael
Goldberg (related document(s)[18], [63], [10]).
(Doc #119)
(3) Con't Emergency Motion for Interim
and Final Orders Granting (A) Authority to
(I) Maintain Trust Bank Accounts and to
Continue to Use Existing Business Forms
and Checks for Trust Bank Accounts, and
(II) Continue to Use Existing Trust Cash
Management System, and (B) Waiver
of Certain Investment and Deposit Guidelines
by Debtor (Doc 18)
Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Creditor Committee
Unsecured Creditors' Committee (related
document(s)[18], [63], [10])   (Doc #118)
Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Trustee Michael

Goldberg (related document(s)[18], [63], [10]).
(Doc #119)
(4) Con't Motion to Compel Turnover of Records
from Austin Colby Co (Doc #23)
Response to Motion to Compel Turnover Records
by Austin Colby Co (Doc #57)
(5) Preliminary Hearing on Application to Employ
Hill, Ward & Henderson, P.A. as Special Litigation
Counsel by Debtor (Doc #13)
Notice of Filing Supplemental Declaration
of Mark M. Wall of Hill Ward Henderson in Support
of Application to Employ Hill Ward Henderson as
Special Litigation Counsel by Debtor (Doc #102)
Objection to Application to Employ Hill Ward
Henderson as Special Litigation Counsel
(Doc. Nos. 13, 102) by Creditor Committee
Unsecured Creditors' Committee (related
document(s)[102], [13])   (Doc #104)
(6) Preliminary Hearing on Expedited Motion
to Determine Automatic Stay Does Not Exist, or
Alternatively Motion for Relief from Stay
Re: post-petition Payments into Non-Debtor
Accounts by Creditor Committee Unsecured
Creditors' Committee (Doc #229)
Note: Prior Hearing(s): 2/13/24; 2/27/24; 3/28/24;
4/15/24
Hearing 6/14/24 @ 1:30 pm re: Mtn to Enforce
Automatic Stay by Chp 11 Trustee Michael
Goldberg (Doc #195)

**APPEARANCES:**:   ***AMENDED TO CORRECT ITEM #2 RULING***
  Steven Wirth; Teresa Dorr; Donald Kirk; Edward Peterson; Lynn Sherman; Megan Murray

**WITNESSES:**

**EVIDENCE:**

**RULING:** ***(1) Con't   Status Conference -   CON'T TO 6/14/24 @ 1:30 PM (AOCNFNG)
 ***(2) Con't Emergency Motion for Approval of Trust Distribution Procedures by Debtor
(Doc 10) -   GRANTED ON INTERIM BASIS TO 6/14/24 @ 1:30 PM; ORDER
BY WIRTH   Amendment to Motion for Approval of Trust Distribution Procedures
by Debtor (Doc 63)   Limited Objection to the Debtor's Trust Motions and Reservation
of Rights by Creditor Committee Unsecured Creditors' Committee (related
document(s)[18], [63], [10]))   (Doc #118)   Limited Objection to the Debtor's Trust
Motions and Reservation of Rights by Trustee Michael Goldberg (related
document(s)[18], [63], [10]). (Doc #119)   ***(3) Con't Emergency Motion for Interim
 and Final Orders Granting (A) Authority to (I) Maintain Trust Bank Accounts and to
Continue to Use Existing Business Forms and Checks for Trust Bank Accounts, and
(II) Continue to Use Existing Trust Cash Management System, and (B) Waiver
of Certain Investment and Deposit Guidelines by Debtor (Doc 18)   -   GRANTED ON
INTERIM BASIS TO 6/14/24 @ 1:30 PM; ORDER BY WIRTH    Limited Objection
 to the Debtor's Trust Motions and Reservation of Rights by Creditor Committee Unsecured Creditors' Committee (related
document(s)[18], [63], [10])   (Doc #118)   Limited Objection
to the Debtor's Trust Motions and Reservation of Rights by Trustee Michael Goldberg
(related document(s)[18], [63], [10]). (Doc #119)   ***(4) Con't Motion to Compel Turnover
of Records from Austin Colby Co (Doc #23) -   CON'T TO 6/14/24 @ 1:30 PM (AOCNFNG)    Response to Motion to Compel
Turnover Records by Austin Colby Co (Doc #57)
***(5) Preliminary Hearing on Application to Employ Hill, Ward & Henderson, P.A.
as Special Litigation Counsel by Debtor (Doc #13) -   DENIED AS MOOT; ORDER
BY WIRTH    Notice of Filing Supplemental Declaration of Mark M. Wall of Hill Ward
Henderson in Support of Application to Employ Hill

Ward Henderson as Special Litigation Counsel by Debtor (Doc #102) Objection to Application to Employ Hill Ward Henderson as Special Litigation Counsel (Doc. Nos. 13, 102) by Creditor Committee Unsecured Creditors' Committee (related document(s)[102], [13])   (Doc #104)   ***(6) Preliminary Hearing on Expedited Motion to Determine Automatic Stay Does Not Exist, or Alternatively Motion for Relief from Stay Re: post-petition Payments into Non-Debtor Accounts by Creditor Committee Unsecured Creditors' Committee (Doc #229) -   CON'T TO 6/14/24 @ 1:30 PM (AOCNFNG)

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.