UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                            Chapter 11

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                      Case No. 8:24-bk-00676-RCT

      Debtor.

_____/

### NOTICE OF APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AND OPPORTUNITY TO OBJECT AND REQUEST A HEARING

Stichter, Riedel, Blain & Postler, P.A., counsel for the Debtor ("**Applicant**") has filed an application for compensation in the amount of **$96,490.00** and reimbursement for expenses incurred in the amount of **$2,385.39**, for a total allowance of **$98,985.39** (Doc. No. 237) (the "**Application**"). A copy of the Application may be viewed on the case docket, or by request to Applicant at (813) 229-0144, or sstichter.ecf@srbp.com.

If you object to the Application, you must file an objection with the Clerk of Court at Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Suite 555, Tampa, Florida 33602 within twenty-one (21) days from the date of the proof of service below, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve an objection within the time permitted, the Court will either (1) notify you of a hearing date or (2) consider the Application and approve or disapprove the Application without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the Application, and the Court will consider the Application without further notice or hearing.

                */s/ Scott A. Stichter*
                Scott A. Stichter (FBN 0710679)
                Stichter, Riedel, Blain & Postler, P.A.
                110 E. Madison Street, Suite 200
                Tampa, Florida 33602
                Telephone: (813) 229-0144
                Email:  sstichter@srbp.com
                Counsel for Debtor

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Application for Compensation and Reimbursement of Expenses and Opportunity to Object and Request a Hearing* was furnished on this 30th day of May, 2024, by either the Court's CM/ECF electronic mail system or by U.S. mail to all parties listed on the 1007-2 Parties in Interest matrix.

*/s/ Scott A. Stichter*
Scott A. Stichter

2

Label Matrix for local noticing
113A-8
Case 8:24-bk-00676-RCT
Middle District of Florida
Tampa
Thu May 30 14:10:40 EDT 2024

American Momentum Bank
Donald R. Kirk, Carlton Fields, P.A.
Post Office Box 3239
Tampa, Florida 33601-3239

American Momentum Bank
Cassie Maneen
Beck Redden LLP
1221 McKinney St., Suite 4500
Houston, TX 77010-2029

Arne Timothy Solheim
Noel R. Boeke, esq
HOLLAND & KNIGHT LLP
100 N. Tampa St., Suite 4100
Tampa, FL 33602-3644

Austin Colby Co
Edward J. Peterson, Esq
Johnson Pope Bokor Ruppel & Burns, LLP
400 N. Ashley Drive, Suite 3100
Tampa, Florida 33602-4337

BENEFICIARY 04-0091
Roberts Law, PLLC
2075 Main Street, Suite 23
Sarasota, Florida 34237-6031

BENEFICIARY 06-0652
c/o Carol Mulholland
2457 Guiana Plum Drive
Orlando, FL 32828-4823

BENEFICIARY 08-1823
Roberts Law, PLLC
2075 Main Street, Suite 23
Sarasota, Florida 34237-6031

BENEFICIARY 19-11268
c/o Kelly Roberts, Esq
Roberts Law, PLLC
2075 Main Street, Suite 23
Sarasota, Florida 34237-6031

BENEFICIARY 19-11269
Roberts Law, PLLC
2075 Main Street, Suite 23
Sarasota, Florida 34237-6031

Beneficiary 11-3295
Jonathan M. Streisfeld
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301-1928

Beneficiary 11-3295
David L. Ferguson, Esq
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301-1928

Beneficiary 11-3295
Caroline Herter
Kopelowitz Ostrow Ferguson Weiselberg Gi
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301-1928

Boston Asset Management, Inc.
Johnson Pope Bokor Ruppel & Burns, LLP
400 N. Ashley Drive, Suite 3100
Tampa, Florida 33602-4337

Boston Finance Group, LLC
Lara Roeske Fernandez, Esq.
101 East Kennedy Boulevard, Suite 2700
Tampa, Florida 33602-5150

C/O CHARLES M. TATELBAUM
TRIPP SCOTT, P.A.
110 S.E. 6TH STREET
SUITE 1500
FORT LAUDERDALE, FL 33301-5039

CHRISTOPHER GONSALVES as
surviving spouse of KIMBERLY GONSALVES
Florida Litigation Group
7040 Seminole Pratt Whitney Rd, #25-43
Loxahatchee, Florida 33470-5714

Carol Mulholland, Individually and as Parent
c/o Michael A. Nardella, Esq.
135 W. Central Blvd., Ste. 300
Orlando, Florida 32801-2435

Catherine Choe
Akerman LLP
420 South Orange Avenue  Suite 1200
Orlando, Florida 32801-4904

Cheryl Martin
c/o Marshall G. Reissman, Esq.
1700 66th St. N., Ste 405
St. Petersburg, FL 33710-5512

Cheryl Martin
c/o Marshall G. Reissman, Esquire
1700 66th St. N., Ste 405
St. Petersburg, FL 33710-5512

Creditor 06-0652
c/o Carol Mulholland
2457 Guiana Plum Dr.
Orlando, FL 32828-4823

Creditor 08-2098
c/o Rebekah Bowman
610 SE 20th St.
Cape Coral FL 33990

Creditor 08-2102
c/o Larry Dawson
144 Lake Catherine Circle
Groveland, FL 34736-2159

Creditor 08-2105
c/o Amparo Perales
8085 SW 34th Street
Ocala, FL 34481-1584

Creditor 11-3295
c/o Todd and Kelli Chamberlin
7234 Stella Lane
Lake Worth, FL 33463-5607

Creditor 18-10862
c/o Mark D. Munson, Esq.
500 N. First Street, Suite 800
PO Box 8050
Wausau, WI 54402-8050

Curtis Miner
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134-7414

FURR AND COHEN, P.A.
Counsel for Milton McMinn as Guardian
of Chase McMinn Special Needs Trust
2255 Glades Road, Suite 419A
Boca Raton, FL 33431-7379

Harry and Ampero Perales, as trustees for
Javier Perales Irrevocable Annuity Trust
RICHARD A. PERRY PA
820 East Fort King Street
Ocala, Florida 34471-2320

J. Ryan Yant
Carlton Fields, P.A.
Post Office Box 3239
Tampa, Florida 33601-3239

JOHN W. STAUNTON
Daniel A. Nicholas, Esq.
500 N. Westshore Boulevard
Suite 700
Tampa, Florida 33609-1913

James B. Angell, Esq.
HOWARD STALLINGS LAW FIRM
P.O. Box 12347
Raleigh, NC 27605-2347

James Victor Flynn Special Needs Trust
Mark C. Anderson
ANDERSON LAW, PLLC
5237 Summerlin Commons Blvd.
Fort Myers, Florida 33907-2158

Jeffery C. Norris
566 Cross Creek Circle
Sabastian, FL 32958-8321

Jimmie Crim, Jr. (19-11305)
Bruner Wright, P.A.
2868 Remington Green Circle, Suite B
Tallahassee, FL 32308-3755

John Alan Norris, Legal Guardian
Federal Payee Resp Care giver for
Jeffery C. Norris
566 Cross Creek Circle
Sabastian, FL 32958-8321

Justin D. Leonard
State of Oregon, Dept. of Justice
1162 Court Street NE
Salem, OR 97301-4096

Lee Guardianship Services, Inc
Mark C. Anderson
ANDERSON LAW, PLLC
5237 Summerlin Commons Blvd.
Fort Myers, Florida 33907-2158

Leo J. Govoni
Lara Roeske Fernandez, Esq.
101 East Kennedy Boulevard, Suite 2700
Tampa, Florida 33602-5150

Louise F. Pino
c/o Lauren A. Baio, Esq
20 F Street NW, Suite 500
Washington, DC 20001-6703

Louise Pino
c/o Lauren A. Baio
20 F St NW Suite 500
Washington, DC 20001-6703

MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
Attorneys for Shawn Norville as Guardian
for Israel Norville
9130 South Dadeland Boulevard
Two Datran Center, Suite 1800
Miami, Florida 33156-7849

Marcos Rosales
Beck Redden LLP
1221 McKinney St., Suite 4500
Houston, TX 77010-2029

Marie R. Dore, Guardian of Gaellen Fabre
c/o Sherri B. Simpson, Esq.
400 NW 25 St
Wilton Manors, FL 33311-3009

Marie R. Dore, Guardian of Gaellen Fabre
c/o SHERRI B. SIMPSON
SIMPSON LAW GROUP
400 NW 25 St
Wilton Manors, FL 33311-3009

Mark M. Wall, Esquire
Hill Ward Henderson
101 E. Kennedy Blvd., Suite 3700
Tampa, Florida 33602-5195

Michael Goldberg
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, Florida 33301-4442

Michael Goldberg, Chapter 11 Trustee
Steven R. Wirth, Esq
Akerman LLP
401 East Jackson Street, Suite 1700
Tampa, Florida 33602-5250

Michael Szalka, Legal Guardian
of James Victor Flynn
ANDERSON LAW, PLLC
5237 Summerlin Commons Blvd.
Fort Myers, Florida 33907-2158

Patrick M. Mosley, Esquire
Hill Ward Henderson
101 E. Kennedy Blvd., Suite 3700
Tampa, Florida 33602-5195

Pierreisna Archille
Noel R. Boeke
HOLLAND & KNIGHT LLP
100 N. Tampa St., Suite 4100
Tampa, FL 33602-3644

RANDY JONES
Jay B. Verona, Esq.
101 E. Kennedy Blvd., Suite 2800
Tampa, Florida 33602-5150

Randy Jones
Yusuf E. Haidermota, Esq.
101 E. Kennedy Blvd., Suite 2800
Tampa, Florida 33602-5150

Randy Jones
c/o Yusuf Haidermota, Esq.
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602-5153

Randy Jones
c/o Jay B. Verona, Esq.
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602-5153

Raye C. Elliott, esq
Akerman LLP
401 East Jackson Street, Suite 1700
Tampa, Florida 33602-5250

Rebekah Bowman
Mark C. Anderson, esq
ANDERSON LAW, PLLC
5237 Summerlin Commons Blvd.
Fort Myers, Florida 33907-2158

STAUNTON & FAGLIE, PL
500 N. Westshore Boulevard
Suite 700
Tampa, Florida 33609-1913

(p)OREGON DEPARTMENT OF JUSTICE
ATTN ATTN BANKRUPTCY DEPARTMENT
1162 COURT ST NE
SALEM OR 97301-4096

TennCare
c/oTN Attorney General's Office, Bankrup
PO Box 20207
Nashville, Tennessee 37202-4015

The Center for Special Needs Trust Administr
c/o Mark M. Wall, Esq., Hill Ward Hender
101 E. Kennedy Blvd., Suite 3700
Tampa, FL 33602-5195

The Center for Special Needs Trust Administr
c/o Patrick M. Mosley, Hill Ward Henders
101 E. Kennedy Blvd., Suite 3700
Tampa, FL 33602-5195

The Cheryl Martin Special Needs Trust
c/o Marshall G. Reissman, Esquire
1700 66th St. N., Ste 405
St. Petersburg, FL 33710-5512

The Cheryl Martin Special Needs Trust
c/o Marshall G. Reissman, Esq.
1700 66th St. N., Ste 405
St. Petersburg, FL 33710-5512

The Kienan Freeman Special Needs Trust
Mark C. Anderson, esq
ANDERSON LAW, PLLC
5237 Summerlin Commons Blvd.
Fort Myers, Florida 33907-2158

The Theresa Alessandra Russo Foundation
c/o J. Ryan Yant
Carlton Fields, P.A.
P.O. Box 3239
Tampa, FL 33601-3239

Trust Account Number 19-11364
Dean G. Rallis Jr., Esq.
HAHN & HAHN LLP
301 E. Colorado Blvd., 9th Fl.
Pasadena, CA 91101-1977

United States Trustee
Office of the United States Trustee
c/o Teresa M. Dorr
501 East Polk Street, Suite 1200
Tampa, Florida 33602-3945

c/o James Angell Beneficiary 19-11290
PO Box 12347
Raleigh, NC 27605-2347

c/o James Angell Beneficiary 20-11837
PO Box 12347
Raleigh, NC 27605-2347

c/o James Angell Beneficiary 20-11861
PO Box 12347
Raleigh, NC 27605-2347

c/o James Angell Beneficiary 22-12105
PO Box 12347
Raleigh, NC 27605-2347

c/o James Angell Beneficiary 23-12341
PO Box 12347
Raleigh, NC 27605-2347

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

State of Oregon
Justin D. Leonard, Sr Asst Attorney Gene
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)James B. Angell, Esq.
HOWARD STALLINGS LAW FIRM
P.O. Box 12347
Raleigh, NC 27605-2347

(d)James B. Angell, Esq.
HOWARD STALLINGS LAW FIRM
P.O. Box 12347
Raleigh, NC 27605-2347

End of Label Matrix
Mailable recipients    73
Bypassed recipients     2
Total                  75