**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,

     Debtor.

Case No. 8:24-bk-00676-RCT

Chapter 11

_____/

**AGREED MOTION TO EXTEND BRIEFING SCHEDULE DEADLINES**
**FOR MOTION TO ENFORCE AUTOMATIC STAY**

Todd Chamberlin and Kelly Chamberlin, as co-guardians and on behalf of Clark Chamberlin (Beneficiary 11-3295), creditor, on behalf of the putative class of plaintiffs ("Chamberlin Class Plaintiffs") in the action styled *Chamberlin v. Boston Finance Group, LLC, et al.*, No. 8:24-cv-00438-SDM-AEP (M.D. Fla. Feb. 19, 2024), ECF No. 1 (the "Chamberlin Class Action"), through undersigned counsel, submit this Agreed Motion ("Motion") to Extend Briefing Schedule Deadlines for the Motion to Enforce Automatic Stay filed by the Chapter 11 Trustee (Doc. 195) ("Stay Motion") and in support state as follows:

1.     On May 21, 2024, this Court entered an Order Granting Chapter 11 Trustee's Motion to Set Briefing Schedule and Final Hearing on Motion to Enforce Automatic Stay (Doc. 227) ("First Scheduling Order").

2.     The First Scheduling Order set the deadline as May, 24, 2024, for the Chamberlin Class Plaintiffs to file their objection to the Stay Motion, and the deadline as May 30, 2024, for the Chapter 11 Trustee to file his reply to both the Chamberlin Class Plaintiffs' and American Momentum Bank's ("AMB") objections to the Stay Motion.

3.      On May 24, 2024, the Chapter 11 Trustee filed an initial Agreed Motion to Extend Briefing Schedule Deadlines for Motion to Enforce Automatic Stay (Doc. 233), seeking to extend the deadline for the Chamberlin Class Plaintiffs' objection to the Stay Motion to May 31, 2024, and to extend the deadline for the Chapter 11 Trustee's reply to the Chamberlin Class Plaintiffs' objection to June 7, 2024, in order for the parties to continue their good faith settlement discussions in an attempt to resolve the issues raised by the Stay Motion.

4.      On May 28, 2024, this Court entered an Order Granting Agreed Motion to Extend Briefing Scheduling Deadlines for Motion to Enforce Automatic Stay (Doc. 234) ("Second Scheduling Order"), extending the deadline for the Chamberlin Class Plaintiffs' objection to May 31, 2024, and the deadline for the Chapter 11 Trustee's reply thereto to June 7, 2024.

5.      By this Motion and on an agreed basis, the Chamberlin Class Plaintiffs seek entry of an order substantially in the form attached as Exhibit A hereto revising the Second Scheduling Order to extend the deadline for the Chamberlin Class Plaintiffs' objection to the Stay Motion to June 5, 2024, in order to continue the parties' good faith discussions towards an out-of-court resolution of the Stay Motion.

6.      This request for an extension of time is made in good faith and not for the purpose of the delay.  The additional time requested will allow the parties to continue their ongoing discussions towards resolution of the Stay Motion.

7.      Undersigned counsel has conferred regarding this requested extension of time with counsel for the Chapter 11 Trustee, which agrees and consents to the relief requested herein.

WHEREFORE, the Chamberlin Class Plaintiffs respectfully request that this Court enter an order substantially in the form attached as **Exhibit A** hereto (a) granting this Motion; (b) extending the deadline to June 5, 2024, for the Chamberlin Class Plaintiffs to file their objection

to the Stay Motion; and (c) granting such other and further relief as the Court deems just and proper.

Dated: May 31, 2024                    Respectfully submitted.

                                       By: *s/Caroline Herter*
                                       David L. Ferguson FBN 981737
                                       Jonathan M. Streisfeld FBN 117447
                                       Caroline Herter FBN 1035444
                                       **KOPELOWITZ OSTROW**
                                       **FERGUSON WEISELBERG GILBERT**
                                       One West Las Olas Blvd., Suite 500
                                       Fort Lauderdale, Florida 33301
                                       Telephone: 954-525-4100
                                       ferguson@kolawyers.com
                                       streisfeld@kolawyers.com
                                       herter@kolawyers.com

                                       *Attorneys for Chamberlin Class Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 31, 2024, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record.  Additionally, Epiq Corporate Restructuring, LLC will cause a true and correct copy of the foregoing document to be served on all parties required to be served, including (i) the Chapter 11 Trustee, (ii) the Chamberlin Class Action Defendants, and (iii) the Local Rule 1007-2 Parties in Interest List.

                                       *s/Caroline Herter*

## EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,

    Debtor.

Case No. 8:24-bk-00676-RCT

Chapter 11

_____/

**ORDER GRANTING AGREED MOTION TO EXTEND BRIEFING SCHEDULE**
**DEADLINES FOR MOTION TO ENFORCE AUTOMATIC STAY**

THIS MATTER came before the Court on the Agreed Motion to Extend Briefing Schedule Deadlines for the Motion to Enforce Automatic Stay ("Motion") (ECF No. ___) and the Court, having considered the Motion, and the agreement of the parties to the relief requested in the Motion, finds good cause exists to grant the Motion, and it is:

**ORDERED**:

    1. The Motion is **GRANTED**.

    2. The deadline for Chamberlin Class Plaintiffs to file their objection to the Stay Motion is extended to June 5, 2024.

Steven R. Wirth, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.