**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION**

| | |
|---|---|
| In re:<br><br>THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 8:24-bk-00676-RCT<br><br>Ref. Docket No. 233 |

**CERTIFICATE OF SERVICE**

I, ARNOLD NGUYEN, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 24, 2024, I caused to be served the "Agreed Motion to Extend Briefing Scheduling Deadlines for Motion to Enforce Automatic Stay," filed on May 24, 2024 [Docket No. 233], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

                                                                                                  */s/ Arnold Nguyen*
                                                                                                  Arnold Nguyen

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ADAMS AND REESE LLP | (COUNSEL TO LOUISE F. PINO) ATTN: LAUREN A. BAIO 20 F STREET NW, SUITE 500 WASHINGTON DC 20001 |
| AKERMAN LLP | (COUNSEL TO CHAPTER 11 TRUSTEE) ATTN: CATHERINE CHOE 420 SOUTH ORANGE AVENUE, SUITE 1200 ORLANDO FL 32801 |
| AKERMAN LLP | (COUNSEL TO CHAPTER 11 TRUSTEE) ATTN: STEVEN R. WIRTH & RAYE C ELLIOTT 401 EAST JACKSON STREET, SUITE 1700 TAMPA FL 33602 |
| ANDERSON LAW PLLC | (COUNSEL TO LEE GUARDIANSHIP SVCS INC, JAMES VICTON FLYNN TRST & MICHAEL SZALKA 5237 SUMMERLIN COMMONS BLVD FORT MYERS FL 33907 |
| ANDERSON LAW PLLC | (COUNSEL TO REBEKAH BOWMAN & THE KIENAN FREEMAN SPECIAL NEEDS TRUST) 5237 SUMMERLIN COMMONS BLVD FORT MYERS FL 33907 |
| BECK REDDEN LLP | (COUNSEL TO AMERICAN MOMENTUM BANK) ATTN: CASSIE MANEEN 1221 MCKINNEY ST, SUITE 4500 HOUSTON TX 77010 |
| BECK REDDEN LLP | (COUNSEL TO AMERICAN MOMENTUM BANK) ATTN: MARCOS ROSALES 1221 MCKINNEY, SUITE 4500 HOUSTON TX 77010-2010 |
| BYRON WRIGHT III | (COUNSEL TO CREDITOR JIMMIE CRIM JR) 2810 REMINGTON GREEN CIRCLE TALLAHASSEE FL 32308 |
| CARLTON FIELDS P.A | (COUNSEL TO AMERICAN MOMENTUM BANK) ATTN: DONALD R. KIRK PO BOX 3239 TAMPA FL 33601-3239 |
| CARLTON FIELDS, P.A. | (COUNSEL TO THERESA ALESSANDRA RUSSO FD) ATTN: J. RYAN YANT PO BOX 3239 TAMPA FL 33601-3239 |
| COLE, SCOTT & KISSANE P.A. | (COUNSEL TO JOHN STAUNTON & STAUNTON & FAGLIE PL) 500 N. WESTSHORE BOULEVARD, SUITE 700 TAMPA FL 33609 |
| COLSON HICKS EIDSON | (COUNSEL TO BENEFICIARY 22-12211) ATTN: CURTIS B. MINER 255 ALHAMBRA CIRCLE, PENTHOUSE CORAL GABLES FL 33134 |
| COLSON HICKS EIDSON | (COUNSEL TO BENEFICIARY 22-12212) ATTN: CURTIS B. MINER 255 ALHAMBRA CIRCLE, PENTHOUSE CORAL GABLES FL 33134 |
| CREDITOR 18-10862 | C/O MARK D. MUNSON, ESQ. 500 N. FIRST STREET, SUITE 800 PO BOX 8050 WAUSAU WI 54402 |
| FLORIDA LITIGATION GROUP | (COUNSEL FOR GONSALVES) ATTN: INGER M. GARCIA ESQ 7040 SEMINOLE PRAYY WHITNEY RD # 25-43 LOXAHATCHEE FL 33470 |
| FURR AND COHEN, P.A. | (COUNSEL TO MILTON MCMINN AS GUARDIAN FOR CHASE MCMINN SPECIAL NEEDS TRUST) 2255 GLADES ROAD, SUITE 419A BOCA RATON FL 33431 |
| HAHN & HAHN LLP | (COUNSEL TO TRUST ACCOUNT NO. 19-11364) ATTN: DEAN G. RALLIS JR. 301 E. COLORADO BLVD, 9TH FL PASADENA CA 91101-1977 |
| HILL WARD HENDERSON | (COUNSEL TO CENTER FOR SPECIAL NEEDS) ATTN: PATRICK M. MOSLEY 101 E. KENNEDY BLVD, SUITE 3700 TAMPA FL 33602 |
| HOLLAND & KNIGHT LLP | (COUNSEL TO ARNE TIMOTHY SOLHEIM) ATTN: NOEL R BOEKE 100 N. TAMPA ST, SUITE 4100 TAMPA FL 33602 |
| HOLLAND & KNIGHT LLP | (COUNSEL TO PIERREISNA ARCHILLE) ATTN: NOEL R BOEKE 100 N. TAMPA ST, SUITE 4100 TAMPA FL 33602 |
| HOWARD STALLINGS LAW FIRM | (COUNSEL TO CERTAIN BENEFICIARYS) ATTN: JAMES B. ANGELL PO BOX 12347 RALEIGH NC 27605 |
| INTERNAL REVENUE SERVICE | INSOLVENCY UNIT 7850 SW 6TH COURT MAIL STOP 5730 PLANTATION FL 33324 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 600 ARCH STREET PHILADELPHIA PA 19106 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 611 S. DUPONT HWY DOVER DE 19904 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| JOHNSON POPE BOKOR RUPPEL & BURNS LLP | (COUNSEL TO AUSTON COLBY CO) ATTN: EDWARD J. PETERSON 400 N. ASHLEY DRIVE, SUITE 3100 TAMPA FL 33602 |
| JOHNSON POPE BOKOR RUPPEL & BURNS LLP | (COUNSEL TO BOSTON ASSET MANAGEMENT INC) ATTN: EDWARD J. PETERSON 400 N. ASHLEY DRIVE, SUITE 3100 TAMPA FL 33602 |
| KOPELOWITZ OSTROW FERGUSON WEISELBERG | GILBERT (COUNSEL TO CHAMBERLINS) ATTN: CAROLINE HERTER ONE WEST LAS OLAS BLVD, SUITE 500 FORT LAUDERDALE FL 33301 |
| KOPELOWITZ OSTROW FERGUSON WEISELBERG | GILBERT (COUNSEL TO CHAMBERLINS) ATTN: DAVID L. FERGUSON ONE WEST LAS OLAS |

| Claim Name | Address Information |
|---|---|
| KOPELOWITZ OSTROW FERGUSON WEISELBERG | BLVD, SUITE 500 FORT LAUDERDALE FL 33301 |
| KOPELOWITZ OSTROW FERGUSON WEISELBERG | GILBERT P.A. (COUNSEL TO CHAMBERLINS) ATTN: JONATHAN M. STREISFELD ONE WEST LAS OLAS BLVD, SUITE 500 FORT LAUDERDALE FL 33301 |
| MARKOWITZ RINGEL TRUSTY & HARTOG P.A. | (COUNSEL TO SHAWN NORVILLE) 9130 SOUTH DADELAND BLVD TWO DATRAN CENTER, STE 1800 MIAMI FL 33156-7849 |
| MICHAEL GOLDBERG | 201 EAST LAS OLAS BLVD, SUITE 1800 FORT LAUDERDALE FL 33301 |
| NARDELLA & NARDELLA PLLC | (ATTORNEY FOR CREDITOR 06-0652) ATTN: MICHAEL A NARDELLA 135 W. CENTRAL BLVD, STE 300 ORLANDO FL 32801 |
| OFFICE OF SECRETARY OF STATE OF FLORIDA | R.A. GRAY BLDG 500 S BRONOUGH ST TALLAHASSEE FL 32399 |
| RICHARD A PERRY | (COUNSEL TO THE JAVIER PERALES IRREVOCABLE ANNUITY TRUST) 820 EAST FORT KING STREET OCALA FL 34471-2320 |
| ROBERTS LAW PLLC | (COUNSEL TO BENEFICIARY 04-0091) ATTN: KELLY ROBERTS 2075 MAIN STREET, SUITE 23 SARASOTA FL 34237 |
| ROBERTS LAW PLLC | (COUNSEL TO BENEFICIARY 06-0652) ATTN: KELLY ROBERTS 2075 MAIN STREET, SUITE 23 SARASOTA FL 34237 |
| ROBERTS LAW, PLLC | (COUNSEL TO BENEFICIARY 19-11268) ATTN: KELLY ROBERTS 2075 MAIN STREET, SUITE 23 SARASOTA FL 34237 |
| ROBERTS LAW, PLLC | (COUNSEL TO BENEFICIARY 19-11269) ATTN: KELLY ROBERTS 2075 MAIN STREET, SUITE 23 SARASOTA FL 34237 |
| SHUMAKER LOOP & KENDRICK LLP | (COUNSEL TO RANDY JONES) ATTN: JAY B VERONA 101 E KENNEDY BLVD, SUITE 2800 TAMPA FL 33602 |
| SHUMAKER, LOOP & KENDRICK LLP | (COUNSEL TO CREDITOR RANDY JONES) ATTN: YUSUF E HAIDERMOTA 101 E KENNEDY BLVD, SUITE 2800 TAMPA FL 33602 |
| SIMPSON LAW GROUP | COUNSEL TO MARIE R DORE GUARDIAN OF THE PERSON AND PROPERTY OF GAELLEN FABRE 400 NW 25TH ST WILTON MANORS FL 33311 |
| STATE OF FLORIDA ATTORNEY GENERAL | THE CAPITOL, PL 01 TALLAHASSEE FL 32399-1050 |
| STATE OF OREGON DEPT OF JUSTICE | (COUNSEL FOR STATE OF OREGON) ATTN: JUSTIN D. LEONARD 1162 COURT STREET NE SALEM OR 97301-4096 |
| TENNCARE | (C/O TN ATTORNEY GEN OFF BANKRUPTCY DIV) ATTN: STUART WILSON-PATTON PO BOX 20207 NASHVILLE TN 37202-0207 |
| THE REISSMAN LAW GROUP, P.A. | (COUNSEL TO CHERYL MARTIN AND TRUST) ATTN: MARSHALL G. REISSMAN 1700 66TH ST. N., STE 405 ST PETERSBURG FL 33710 |
| TRENAM, KEMKER, SCHARF, BARKIN, | FRYE, O'NEILL & MULLIS, P.A. ATTN: LARA ROESKE FERNANDEZ 101 EAST KENNEDY BOULEVARD, SUITE 2700 TAMPA FL 33602 |
| UNDERWOOD MURRAY, P.A. | (COUNSEL TO THE OUCC), MEGAN MURRAY SCOTT UNDERWOOD, DANIEL ETLINGER 100 N. TAMPA ST. SUITE 2325 TAMPA FL 33602 |
| UNITED STATES ATTORNEYS OFFICE | FOR THE MIDDLE DISTRICT OF FLORIDA 400 NORTH TAMPA STREET, SUITE 3200 TAMPA FL 33602 |
| UNITED STATES TRUSTEE FOR REGION 21 | TERESA M. DORR 501 EAST POLK ST, ROOM 1200 TAMPA FL 33602 |

**Total Creditor count: 50**

| Claim Name | Address Information |
|---|---|
| AUSTIN COLBY CO | C/O STANTON CRONIN LAW GROUP P.L. ATTN: SEAN P. CRONIN 6944 WEST LINEBAUGH AVE, SUITE 102 TAMPA FL 33625 |
| COOPER LEVENSON P.A. | (COUNSEL FOR KEVIN & KATHLEEN DIPATRI) ATTN: JARAD K. STILES 1125 ATLANTIC AVE, 3RD FLOOR ATLANTIC CITY NJ 08401 |
| KO LAWYERS (COUNSEL TO C. CHAMBERLIN) | ADDRESS ON FILE |
| LEE GUARDIANSHIP SERVICES, INC. | C/O ANDERSON LAW PLLC ATTN: MARK C. ANDERSON 5237 SUMMERLIN COMMONS BLVD FORT MYERS FL 33907 |
| LEEDER LAW (COUNSEL TO C. CHAMBERLIN) | ADDRESS ON FILE |
| OSTERHOUT & MCKINNEY, P.A. | ADDRESS ON FILE |
| SUPPORTIVE CARE SOLUTIONS, LLC | ADDRESS ON FILE |

**Total Creditor count: 7**

**EXHIBIT B**

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,
Case No. 8-24-bk-00676-RCT
Email Master Service List

| Name | Email |
|---|---|
| ADAMS AND REESE LLP | lauren.baio@arlaw.com; catherine.lockley@arlaw.com; jessica.eck@arlaw.com |
| AKERMAN LLP | steven.wirth@akerman.com; raye.elliott@akerman.com; catherine.choe@akerman.com |
| ANDERSON LAW PLLC | mark@andersonlex.com |
| BECK REDDEN LLP | mrosales@beckredden.com; cmaneen@beckredden.com |
| CARLTON FIELDS, P.A | dkirk@carltonfields.com; ryant@carltonfields.com |
| CHAPTER 11 TRUSTEE | michael.goldberg@akerman.com |
| COLSON HICKS EIDSON | curt@colson.com |
| COLE, SCOTT & KISSANE, P.A. | daniel.nicholas@csklegal.com; roxanne.cohen@csklegal.com |
| CREDITOR 06-0652 | cmulholland@compwise.services |
| CREDITOR 08-2098 | marbekahbowman@yahoo.com |
| CREDITOR 08-2105 | familiaperales8@gmail.com |
| CREDITOR 11-3295 | toddjchamberlin@gmail.com |
| CREDITOR 18-10862 | mmunson@ruderware.com |
| FLORIDA LITIGATION GROUP | attorney@ingergarcia.com; serviceimglaw@gmail.com; attorney@floridapotlawfirm.com |
| FURR AND COHEN, P.A. | jrigoli@furrcohen.com |
| HAHN & HAHN LLP | drallis@hahnlawyers.com |
| HILL WARD HENDERSON | patrick.mosley@hwhlaw.com; tricia.elam@hwhlaw.com; mark.wall@hwhlaw.com; michelle.ebrada@hwhlaw.com |
| HOLLAND & KNIGHT LLP | noel.boeke@hklaw.com |
| HOWARD STALLINGS LAW FIRM | jangell@hsfh.com |
| JOHNSON POPE BOKOR RUPPEL & BURNS LLP | edwardp@jpfirm.com |
| KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT | ferguson@kolawyers.com; streisfeld@kolawyers.com; herter@kolawyers.com |
| MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A. | jmarkowitz@mrthlaw.com |
| NARDELLA & BARDELLA PLLC | mnardella@nardellalaw.com; msayne@nardellalaw.com |
| OFFICE OF SECRETARY OF STATE OF FLORIDA | secretaryofstate@dos.myflorida.com |
| OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY DIVISION | stuart.wilson-patton@ag.tv.gov |
| RICHARD A PERRY P.A. | richard@rapocala.com |
| ROBERTS LAW, PLLC | kelly@kellyrobertslaw.com |

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,
Case No. 8-24-bk-00676-RCT
Email Master Service List

| Name | Email |
|---|---|
| SHUMAKER, LOOP & KENDRICK LLP | jverona@shumaker.com; mhartz@shumaker.com; yhaidermota@shumaker.com; dfernandez@shumaker.com |
| SIMPSON LAW GROUP | sbs@simpsonlawfl.com |
| STATE OF OREGON DEPARTMENT OF JUSTICE | justin.leonard@doj.state.or.us |
| THE REISSMAN LAW GROUP, P.A. | marshall@reissmanlaw.com |
| TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS PA | lfernandez@trenam.com |
| UNDERWOOD MURRAY, P.A | mmurray@underwoodmurray.com; sunderwood@underwoodmurray.com; detlinger@underwoodmurray.com |
| UNITED STATES TRUSTEE FOR THE MIDDLE DISTRICT OF FLORIDA | ustp.region21@usdoj.gov; guy.a.vanbaalen@usdoj.gov; teresa.dorr@usdoj.gov |