**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

                                                          Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                     Chapter 11

      Debtor.
_____/

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. A preliminary hearing in this case will be held before the Honorable Roberta A. Colton on **Friday, June 14, 2024, at 1:30 p.m.** at Courtroom 8A, Sam Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602, on the following:

**Expedited Motion to Compel Turnover of Records**
**from Fiduciary Tax & Accounting Services, LLC Doc [240]**

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gove/judges/colton.

3. The Court may continue this matter upon announcement made in open court and reflected on the docket without further notice.

4. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

PLEASE BE GOVERNED ACCORDINGLY

DATED: June 3, 2024                     **AKERMAN LLP**

                                                  By: */s/ Steven R. Wirth*
                                                       Steven R. Wirth, Florida Bar No.: 170380
                                                       Email: steven.wirth@akerman.com
                                                       Raye C Elliott, Florida Bar No.: 18732
                                                       Email: raye.elliott@akermanl.com
                                                       401 East Jackson Street, Suite 1700
                                                       Tampa, Florida 33602
                                                       Telephone: (813) 223-7333
                                                       Facsimile: (813) 223-2837
                                                       *Counsel for Chapter 11 Trustee, Michael*
                                                       *Goldberg*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 3, 2024, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record and copies of were served by U.S. Mail on the following:

Fiduciary Tax & Accounting Services, LLC
737 Main Street, Suite 201
Safety Harbor, FL 34695
*Principal place of business on file with the Florida Secretary of State*

Fiduciary Tax & Accounting Services, LLC
c/o its Registered Agent, John Witeck
970 Palmetto Drive
Safety Harbor, FL 34695
*John Witeck's home address*

And by email to:

John Witeck
john@ftas.tax

Julie Fuhrer
julie@ftas.tax

/s/Steven R. Wirth
Steven R. Wirth

76639703;1