**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Case No. 8:24-bk-00676-RCT |
| Debtor. | Ref. Docket No. 240 |

**CERTIFICATE OF SERVICE**

I, ARNOLD NGUYEN, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 30, 2024, I caused to be served the "Chapter 11 Trustee's Expedited Motion for Turnover of Records from Fiduciary Tax & Accounting Services, LLC," filed on May 30, 2024 [Docket No. 240], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

                                                                                                              */s/ Arnold Nguyen*
                                                                                                              Arnold Nguyen

**EXHIBIT A**

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,
Case No. 8-24-bk-00676-RCT
First Class Mail Service Label

| | |
|---|---|
| FIDUCIARY TAX & ACCOUNTING SERVICES, LLC<br>737 MAIN STREET, SUITE 201<br>SAFETY HARBOR, FL 34695 | FIDUCIARY TAX & ACCOUNTING SERVICES, LLC<br>C/O ITS REGISTERED AGENT, JOHN WITECK<br>970 PALMETTO DRIVE<br>SAFETY HARBOR, FL 34695 |