**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Case No. 8:24-bk-00676-RCT |
| Debtor. | Ref. Docket No. 247 |

**CERTIFICATE OF SERVICE**

I, WING LAI-CHAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 3, 2024, I caused to be served the "Notice of Preliminary Hearing," dated June 3, 2024 [Docket No. 247], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to: *john@ftas.tax*, and *julie@ftas.tax*.

*/s/ Wing Lai-Chan*
Wing Lai-Chan

**EXHIBIT A**

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,
First Class Mail Recipients

| | |
|---|---|
| FIDUCIARY TAX & ACCOUNTING SERVICES, LLC<br>737 MAIN STREET, SUITE 201<br>SAFETY HARBOR, FL 34695 | FIDUCIARY TAX & ACCOUNTING SERVICES, LLC<br>C/O ITS REGISTERED AGENT, JOHN WITECK<br>970 PALMETTO DRIVE<br>SAFETY HARBOR, FL 34695 |