UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: **8-24-bk-00676-RTC**

In re:

THE CENTER OF SPECIAL NEEDS TRUST
ADMINISTRATION, INC.,

Debtor.
_____/

**NOTICE OF PRELIMINARY HEARING**

NOTICE IS GIVEN THAT:

1. A preliminary hearing in this case will be held before the Honorable Roberta A. Colton on **Friday, June 14, 2024, at 1:30 p.m.** at Courtroom 8A, Sam Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602, on the following:

**Agreed Motion to Extend Time to Extend Briefing Schedule
Deadlines for Motion to Enforce Automatic Stay Doc [243]**

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gove/judges/colton.

3. The Court may continue this matter upon announcement made in open court and reflected on the docket without further notice.

4. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

PLEASE BE GOVERNED ACCORDINGLY

DATED June 7, 2024                    Respectfully submitted,

                                      By: _/s/ Caroline Herter_
                                      David L. Ferguson FBN 981737
                                      Jonathan M. Streisfeld FBN 117447

1

4870-9608-8774, v. 1

2

                    Caroline Herter FBN 1035444
                    **KOPELOWITZ OSTROW**
                    **FERGUSON WEISELBERG GILBERT**
                    One West Las Olas Blvd., Suite 500
                    Fort Lauderdale, Florida 33301
                    Telephone: 954-525-4100
                    ostrow@kolawyers.com
                    ferguson@kolawyers.com
                    streisfeld@kolawyers.com
                    herter@kolawyers.com

*Attorneys for Todd Chamberlin and Kelly Chamberlin, as co-guardians and on behalf of Clark Chamberlin (Beneficiary 11-3295)*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on this 7th day of June 2024.

                    By:   */s/ Caroline Herter*
                            CAROLINE HERTER