ORDERED.

Dated:  June 07, 2024

_____
Roberta A. Colton
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,

  Debtor.
_____/

Case No. 8:24-bk-00676-RCT

Chapter 11

### ORDER GRANTING AGREED MOTION TO EXTEND BRIEFING SCHEDULE DEADLINES FOR MOTION TO ENFORCE AUTOMATIC STAY

THIS MATTER came before the Court on the Agreed Motion to Extend Briefing Schedule Deadlines for the Motion to Enforce Automatic Stay (Doc. 243) (the "Motion").  The Court, having considered the Motion, and the agreement of the parties to the relief requested in the Motion, finds good cause exists to grant the Motion.  Accordingly, it is

**ORDERED**:

1. The Motion (Doc. 243) is **GRANTED**.

2. The deadline for Chamberlin Class Plaintiffs to file their objection to the Stay Motion is extended to June 5, 2024.[1]

3. The hearing on the Motion scheduled for June 14, 2024 at 1:30 p.m. is canceled.

Steven R. Wirth, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of its entry.

---

[1] The Chamberlin Class Plaintiffs have filed their objection timely.  Doc. 252.