**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,

    Debtor.
_____/

Case No. 8-24-bk-00676-RCT

Chapter 11

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. A preliminary hearing in this case will be held before the Honorable Roberta A. Colton on **Friday, June 14, 2024, at 1:30 p.m.** at Courtroom 8A, Sam Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602, on the following:

**JOINT MOTION OF CHAPTER 11 TRUSTEE AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO (I) CONTINUE HEARING ON MOTION TO ENFORCE AUTOMATIC STAY, (II) EXTEND BRIEFING SCHEDULE, AND (III) UTILIZE JUNE 14, 2024 HEARING DATE AS SCHEDULING CONFERENCE**
**(Doc. 253)**

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gove/judges/colton.

3. The Court may continue this matter upon announcement made in open court and reflected on the docket without further notice.

4. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

PLEASE BE GOVERNED ACCORDINGLY

DATED: June 10, 2024

**AKERMAN LLP**

By: */s/ Steven R. Wirth*
    Steven R. Wirth
    Florida Bar No.: 170380
    Email: steven.wirth@akerman.com
    Raye C. Elliott
    Florida Bar No.: 18732
    Email: raye.elliott@akerman.com
    401 East Jackson Street, Suite 1700

Tampa, Florida 33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837

*Counsel for Chapter 11 Trustee, Michael Goldberg*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2024, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record. Additionally, Epiq Corporate Restructuring, LLC will cause a true and correct copy of the foregoing document to be served on all parties required to be served, including (i) the Class Action Plaintiffs and Class Action Defendants and (ii) the Local Rule 1007-2 Parties in Interest List.

| | |
|---|---|
| Alan L. Rosca<br>Rosca Scarlato LLC<br>2000 Auburn Drive, Suite 200<br>Beachwood, OH 44122<br>*Attorneys for Orris Class Action Plaintiffs* | Brian O. Marty<br>Shindler Anderson Goplerud & Weese P.C.<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines, IA 50265<br>*Attorneys for Orris Class Action Plaintiffs* |
| J. Barton Goplerud<br>Shindler Anderson Goplerud & Weese P.C.<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines, IA 50265<br>*Attorneys for Orris Class Action Plaintiffs* | Paul J. Scarlato<br>Rosca Scarlato LLC<br>161 Washington Street, Suite 1025<br>Conshohocken, PA 19428<br>*Attorneys for Orris Class Action Plaintiffs* |
| Jonathan M. Stein<br>SteinLaw Florida, PLLC<br>1825 NW Corporate Blvd., Suite 110<br>Boca Raton, FL 33431<br>*Attorneys for Orris Class Action Plaintiffs* | Jonathan M. Streisfeld<br>Kopelowitz Ostrow, PA<br>One West Las Olas Blvd., Ste. 500<br>Ft Lauderdale, FL 33301<br>*Attorneys for Chamberlain Class Action Plaintiffs* |

| | |
|---|---|
| Andrew Smith<br>Leeder Law<br>8551 W. Sunrise Blvd.<br>Suite 202<br>Plantation, FL 33322<br>*Attorneys for Chamberlain Class Action Plaintiffs* | Caroline Herter<br>Ko Lawyers<br>1 West Las Olas Blvd<br>Suite 500<br>Fort Lauderdale, FL 33301<br>*Attorneys for Chamberlain Class Action Plaintiffs* |
| David Lawrence Ferguson<br>Kopelowitz Ostrow Ferguson Weiselberg Gilbert<br>One West Las Olas Blvd., Ste. 500<br>Fort Lauderdale, FL 33301<br>*Attorneys for Chamberlain Class Action Plaintiffs* | Thomas H. Leeder<br>Leeder Law<br>8551 West Sunrise Blvd., Suite 202<br>Plantation, FL 33322<br>*Attorneys for Chamberlain Class Action Plaintiffs* |
| Jeff M. Ostrow<br>Kopelowitz Ostrow, PA<br>One West Las Olas Blvd., Ste. 500<br>Ft Lauderdale, FL 33301<br>*Attorneys for Chamberlain Class Action Plaintiffs* | Eric S. Koenig<br>Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis,<br>Suite 2700<br>101 E Kennedy Blvd<br>Tampa, FL 33602<br>*Attorneys for Defendants Boston Finance Group, LLC, Boston Asset Management Inc., Prospect Funding Holdings, LLC,*<br>*Prospect Funding Holdings (NY) III, LLC,*<br>*Prospect Funding Partners, LLC,*<br>*Leo J. Govoni, John W. Staunton, Jonathan Golden, Boston Holding Company, LLC, and Fiduciary Tax & Accounting Services, LLC* |

| | |
|---|---|
| William Albert McBride<br>Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis,<br>Suite 2700<br>101 E Kennedy Blvd<br>Tampa, FL 33602<br>*Attorneys for Defendants Boston Finance Group, LLC, Boston Asset Management Inc., Prospect Funding Holdings, LLC, Prospect Funding Holdings (NY) III, LLC, Prospect Funding Partners, LLC, Leo J. Govoni, John W. Staunton, Jonathan Golden, Boston Holding Company, LLC, and Fiduciary Tax & Accounting Services, LLC* | Marcos Rosales<br>Beck Redden LLP<br>1221 McKinney Street, Suite 4500<br>Houston, TX 77010<br>*Attorneys for Defendant American Momentum Bank* |
| Bennett J Ostdiek<br>Beck Redden LLP<br>1221 McKinney Street<br>Suite 4500<br>Houston, TX 77010<br>*Attorneys for Defendant American Momentum Bank* | Cassie Maneen<br>Beck Redden LLP<br>1221 McKinney Street, Suite 4500<br>Houston, TX 77010<br>*Attorneys for Defendant American Momentum Bank* |
| Charles W. Throckmorton<br>Carlton Fields<br>2 MiamiCentral<br>700 N.W. 1st Avenue<br>Suite 1200<br>Miami, FL 33136<br>*Attorneys for Defendant American Momentum Bank* | Donald R. Kirk<br>Carlton Fields, PA<br>4221 W Boy Scout Blvd, Ste. 1000<br>Tampa, FL 33607<br>*Attorneys for Defendant American Momentum Bank* |
| Daniel Andrew Nicholas<br>Cole, Scott & Kissane, P.A.<br>500 N Westshore Blvd<br>Suite 700<br>Tampa, FL 33609<br>*Attorneys for Defendant John W. Staunton* | |

                                                         */s/Steven R. Wirth*
                                                         Steven R. Wirth