UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

THE CENTER FOR SPECIAL NEEDS TRUST
ADMINISTRATION, INC.

Case No.: 8:24-bk-00676-RCT

Chapter 11

Debtor.
_____/

**NOTICE OF ISSUANCE OF SUBPOENAS**

Michael I. Goldberg, Chapter 11 Trustee, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 45, hereby gives notice of the issuance of the following Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) (collectively, the "Subpoenas") on June 11, 2024, to the following:

1. Big Storm Brewery LLC;
2. Seaboard Craft Beer Holdings LLC;
3. David Wenk, M.D., Trustee of the David T. Wenk Revocable Living Trust; and
4. Austin Colby Co.

True and correct copies of the Subpoenas are attached to this Notice as **Composite Exhibit 1**.

Dated: June 11, 2024

AKERMAN LLP

By: */s/ Raye C. Elliott*
Raye C. Elliott, Esq.
Florida Bar Number: 018732
Email: raye.elliott@akerman.com
Steven R. Wirth, Esq.
Florida Bar No. 170380
Email: steven.wirth@akerman.com
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Telephone: (813) 223-7333

76704798;1

*Counsel for Chapter 11 Trustee, Michael I. Goldberg*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 11, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

    */s/ Raye C. Elliott*
    Raye C. Elliott, Esq.

76704798;1