**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC. | Case No.: 8:24-bk-00676-RCT<br>Chapter 11 |
|     Debtor._____/ | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

The undersigned hereby files her Notice of Appearance as counsel for **Boston Finance Group, LLC and Leo J. Govoni**, pursuant to Bankruptcy Rules 2002 and 9007 and § 1109(b) of the Bankruptcy Code, and respectfully requests that all notices given or required to be served in this case be served upon the undersigned attorney at the address below:

William A. McBride, Esq.
Florida Bar No. 112081
bmcbride@trenam.com
Trenam, Kemker, Scharf, Barkin,
Frye, O'Neill & Mullis, P.A.
101 East Kennedy Boulevard, Suite 2700
Tampa, Florida 33602
Tel: (813) 227-7475 | Fax: (813) 229-6553

PLEASE TAKE FURTHER NOTICE that the request for service of notice includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, in the above-styled bankruptcy case, whether transmitted or conveyed by mail, telephone or otherwise (1) that affect or seek to affect in any way any rights or interests of any creditor or party in interest in this case with respect to (a) the debtors, (b) property of the debtors' estate, or

proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (2) that require or seek to require any act, delivery of any property, or payment.

The filing of this request does not constitute a waiver. All rights are reserved, including objection to subject matter and personal jurisdiction.

Dated: June 12, 2024.

*/s/ William A. McBride*
WILLIAM A. MCBRIDE
Florida Bar No. 112081
bmcbride@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A.
101 E. Kennedy Boulevard, Suite 2700
Tampa, Florida 33602
Tel: (813) 223-7474
*Counsel for Boston Finance Group, LLC and Leo J. Govoni*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2024 a true and correct copy of the foregoing has been served via CM/ECF on all CM/ECF registered participants.

*/s/ William A. McBride*
William A. McBride