**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In Re:

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,

      Debtor.
_____/

CASE NO. 8:24-BK-00676-RCT

Chapter 11

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF PLEADINGS AND OTHER PAPERS**

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

    SHAPIRO, BLASI, WASSERMAN & HERMANN, P.A., as counsel for creditor and interested party, JENNIFER M. BRANTON, files this Notice of Appearance and Demand for Service of Pleadings and Other Papers, pursuant to 11 U.S.C. §1109(b) and Rule 2002 of the Federal Rules of Bankruptcy Procedure, and respectfully requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned attorney(s) at the following address:

Matthew Kish, Esq.
Shapiro, Blasi, Wasserman & Hermann, P.A.
7777 Glades Road, Suite 400
Boca Raton, Florida 33434
Phone: 561.477.7800
Fax: 561.477.7722
Email: mkish@sbwh.law
Secondary: rmorales@sbwh.law

    PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the request for service of notice includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, disclosure statement, or plan of

reorganization in the above-captioned bankruptcy case, whether transmitted or conveyed by mail, telephone, facsimile, email or otherwise.

| | |
|---|---|
| Dated: June 13, 2024. | Respectfully submitted: |

s/ Matthew S. Kish
Matthew S. Kish, Esq.
Fla. Bar No. 491640
Shapiro, Blasi, Wasserman & Hermann, P.A.
7777 Glades Road, Suite 400
Boca Raton, FL 33434
Phone: 561.477.7800
Fax: 561.477.7722
Email: mkish@sbwh.law

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 13, 2024, a true and correct copy of the foregoing was served upon all parties who are currently on the list to receive email notice/service for this case via the Court's CM/ECF System and/or U.S. mail to the parties listed below.

s/ Matthew S. Kish
Matthew S. Kish
