### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION
### www.flmb.uscourts.gov

In re:

THE CENTER FOR SPECIAL NEEDS TRUST        Case No.: 8:24-bk-00676-RCT
ADMINISTRATION, INC.

            Chapter 11

       Debtor.

_____/

## NOTICE OF ISSUANCE OF SUBPOENA

Michael I. Goldberg, Chapter 11 Trustee, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 45, hereby gives notice of the issuance of the following Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) (collectively, the "Subpoena") on June 14, 2024, to the following:

     1. Fidelity Brokerage Services, LLC.

A true and correct copy of the Subpoena is attached to this Notice as **Composite Exhibit 1**.

Dated: June 14, 2024          AKERMAN LLP

         By: */s/ Raye C. Elliott*
            Raye C. Elliott, Esq.
            Florida Bar Number: 018732
            Email: raye.elliott@akerman.com
            Steven R. Wirth, Esq.
            Florida Bar No. 170380
            Email: steven.wirth@akerman.com
            401 East Jackson Street, Suite 1700
            Tampa, FL 33602
            Telephone: (813) 223-7333
            *Counsel for Chapter 11 Trustee, Michael I. Goldberg*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on June 14, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.


_/s/ Raye C. Elliott_
Raye  C. Elliott, Esq.