

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/14/2024 01:30 PM

COURTROOM 8A

**HONORABLE ROBERTA COLTON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:24-bk-00676-RCT** | 11 | **02/09/2024** |

**Chapter 11**

**DEBTOR:**   The Center for Special Needs Trust Administration, Inc.

**DEBTOR ATTY:**   Mark Wall

**TRUSTEE:**   Michael Goldberg

**HEARING:**

(1) Con't   Status Conference
Motion to Enforce Automatic
Stay by Trustee Michael Goldberg
(Doc #195)
Limited Objection to Chapter 11 Trustee's
Motion to Enforce Automatic Stay Filed
by   Creditor American Momentum Bank
(Doc #210)
Objection to Chapter 11 Trustee's Motion
to Enforce Automatic Stay by Clark Chamberlin,
Kelly Chamberlin, Todd Chamberlin
(Doc #252)
(2) Con't Emergency Motion for Approval
of Trust Distribution Procedures by Debtor
(Doc 10)
Amendment to Motion for Approval of Trust
Distribution Procedures by Debtor (Doc 63)
Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Creditor Committee
Unsecured Creditors' Committee (related
document(s)[18], [63], [10]))   (Doc #118)
Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Trustee Michael
Goldberg (related document(s)[18], [63], [10]).
(Doc #119)
(3) Con't Emergency Motion for Interim
and Final Orders Granting (A) Authority to
(I) Maintain Trust Bank Accounts and to
Continue to Use Existing Business Forms

and Checks for Trust Bank Accounts, and (II) Continue to Use Existing Trust Cash Management System, and (B) Waiver of Certain Investment and Deposit Guidelines by Debtor (Doc 18)
Limited Objection to the Debtor's Trust Motions and Reservation of Rights by Creditor Committee Unsecured Creditors' Committee (related document(s)[18], [63], [10])   (Doc #118)
Limited Objection to the Debtor's Trust Motions and Reservation of Rights by Trustee Michael Goldberg (related document(s)[18], [63], [10]). (Doc #119)
(4) Con't Motion to Compel Turnover of Records from Austin Colby Co (Doc #23)
Response to Motion to Compel Turnover Records by Austin Colby Co (Doc #57)
(5) Con't Expedited Motion to Determine Automatic Stay Does Not Exist, or Alternatively Motion for Relief from Stay Re: post-petition Payments into Non-Debtor Accounts by Creditor Committee Unsecured Creditors' Committee (Doc #229)
(6) Preliminary Hearing on Expedited Motion to Compel Turnover of Records from Fiduciary Tax & Accounting Services, LLC by Trustee (Doc #240)
(7) Preliminary Hearing on Joint Motion to Reschedule Hearing On Motion to Enforce Automatic Stay, (II) Extend Briefing Schedule, and (III) Utilize June 14, 2024 Hearing Date as Scheduling Conference by Trustee (Doc #253)
Response to Joint Motion to Reschedule on Motion to Enforce Automatic Stay, (II) Extend Briefing Schedule, and (III) Utilize June 14, 2024 Hearing Date as Scheduling Conference by Clark Chamberlin, Kelly Chamberlin and Todd Chamberlin (Doc #253)
Note: Prior Hearing(s): 2/13/24; 2/27/24; 3/28/24; 4/15/24; 5/23/24
Related Adv 24-ap-139 Goldberg vs Boston Finance Grp
Fifth Interim Order Granting (A) Authority to (I) Maintain   Bank Accounts and to Continue to Use Existing Business Forms and Checks for Trust Bank Accounts, and (II) Continue to Use Existing Trust Cash Management System, and (B) Waiver of Certain Investment and Deposit Guidelines and Scheduling Further Hearing (Doc #257) entered 6/7/24

**APPEARANCES:**: Steven Wirth; Teresa Dorr; Edward Peterson; Lynn Sherman; Megan Murray; Scott Underwood; Davis Jennis; Donald Kirk; Marcos Rosales; Caroline Herter; Jonathan Streisfeld; Soneet Kapila; Kevin McCoy

**WITNESSES:**

**EVIDENCE:**

**RULING:** (1) Con't   Status Conference -   CON'T TO 7/23/24 @ 1:30 PM (AOCNFNG)
 Motion to Enforce Automatic Stay by Trustee Michael Goldberg (Doc #195)
Limited Objection to Chapter 11 Trustee's Motion to Enforce Automatic Stay Filed by   Creditor American Momentum Bank (Doc #210)    Objection to Chapter 11 Trustee's

Motion to Enforce Automatic Stay by Clark Chamberlin, Kelly Chamberlin, Todd Chamberlin
(Doc #252)   (2) Con't Emergency Motion for Approval of Trust Distribution Procedures
by Debtor (Doc 10)   -   GRANTED ON INTERIM BASIS TO 7/23/24 @ 1:30 PM;
ORDER BY WIRTH   Amendment to Motion for Approval of Trust Distribution
Procedures by Debtor (Doc 63)   Limited Objection to the Debtor's Trust Motions and
Reservation of Rights by Creditor Committee Unsecured Creditors' Committee (related document(s)[18], [63], [10]))   (Doc #118)   Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Trustee Michael Goldberg (related document(s)[18], [63], [10]). (Doc #119)   (3) Con't Emergency Motion for Interim and Final Orders Granting
(A) Authority to (I) Maintain Trust Bank Accounts and to Continue to Use Existing
Business Forms and Checks for Trust Bank Accounts, and (II) Continue to Use Existing
Trust Cash Management System, and (B) Waiver of Certain Investment and Deposit
Guidelines by Debtor (Doc 18) -   GRANTED ON INTERIM BASIS TO 7/23/24 @
1:30 PM; ORDER BY WIRTH    Limited Objection to the Debtor's Trust Motions and Reservation of Rights by Creditor Committee Unsecured Creditors' Committee (related document(s)[18], [63], [10])   (Doc #118)   Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Trustee Michael Goldberg (related document(s)[18], [63],
[10]) (Doc #119)   ***(4) Con't Motion to Compel Turnover of Records from Austin
Colby Co (Doc #23) -   GRANTED, AGREED ORDER BY PETERSON
Response to Motion to Compel Turnover Records by Austin Colby Co (Doc #57)
***(5) Con't Expedited Motion to Determine Automatic Stay Does Not Exist, or Alternatively Motion for Relief from Stay Re: post-petition Payments into Non-Debtor Accounts by Creditor Committee Unsecured Creditors' Committee (Doc #229) -
GRANTED, AGREED ORDER SUBMITTED    **(6) Preliminary Hearing on Expedited Motion to Compel Turnover of Records from Fiduciary Tax & Accounting Services, LLC by Trustee (Doc #240) -   GRANTED,
AGREED ORDER BY WIRTH    ***(7) Preliminary Hearing on Joint Motion to Reschedule Hearing On Motion to Enforce Automatic Stay, (II) Extend Briefing Schedule, and (III) Utilize June 14, 2024 Hearing Date as Scheduling Conference by Trustee (Doc #253) -   PARTIES
TO SUBMIT SUPPLEMENTAL BRIEFS BY JULY 10, 2024; HEARING CON'T
TO 7/23/24 @ 1:30 PM (AOCNFNG)    Response to Joint Motion to Reschedule on
Motion to Enforce Automatic Stay, (II) Extend Briefing Schedule, and (III) Utilize
June 14, 2024 Hearing Date as Scheduling Conference by Clark Chamberlin,
Kelly Chamberlin and Todd Chamberlin (Doc #253)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.