# Exhibit "A"

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

In re:

THE CENTER FOR SPECIAL NEEDS   Case No. 8:24-bk-00676-RCT
TRUST ADMINISTRATION, INC.,

Chapter 11

    Debtor.
_____/

**ORDER GRANTING CHAPTER 11 TRUSTEE'S *SECOND* MOTION TO
FURTHER EXTEND TIME FOR FILING PROOFS OF CLAIM
BY NON-GOVERNMENTAL CREDITORS TO OCTOBER 16, 2024**

**PROOF OF CLAIM DEADLINE IS EXTENDED TO OCTOBER 16, 2024**

THIS CASE came before the Court for hearing on _____, 2024 upon the Chapter 11 Trustee's Motion to Further Extend Time for Filing Proofs of Claim by Non-Governmental Creditors to October 16, 2024 (Doc. __) (the "Motion").[1]  Upon review of the record before the Court, including the legal and factual bases set forth in the Motion and the statements made by counsel at the hearing, good and sufficient cause exists to grant the relief requested in the Motion. Accordingly, it is

**ORDERED**:

---

[1] Capitalized terms used but not defined herein have the meanings given to them in the Motion.

76882009;1

1. The Motion is **GRANTED**, as set forth herein.

2. Except as otherwise set forth herein, **October 16, 2024 at 5:00 p.m. (prevailing Eastern Time)** is hereby established as the Further Extended Bar Date, the deadline by which non-governmental creditors must file a Proof of Claim, without prejudice to the right to seek further extensions as may be necessary.

3. Other than the Further Extended Bar date, all other provisions of the Court's April 18, 2024 Order Granting Trustee's Motion to (I) Extend Time for Filing Proofs of Claim by Non-Governmental Creditors to July 18, 2024 and (II) Approve Claim Submission Procedures (Doc. 177) concerning the procedures for filing proofs of claim and other matters remains in full force and effect.

4. The Debtor's Claims Agent shall mail a copy of this Order by first class mail to all creditors no more than three (3) business days after entry of this Order.

5. The Claims Agent shall prominently display the prior Further Extended Bar Date and Notice of Extended Bar Date (applicable through October 16, 2024) and post the Proof of Claim Form on its website at:

https://dm.epiq11.com/case/centerforspecialneedstrustadministration/info.

6. Non-governmental creditors can obtain additional information regarding filing proofs of claim by visiting this website:

**https://dm.epiq11.com/case/centerforspecialneedstrustadministration/info2**

7. Entry of this Order is without prejudice to the rights of the Trustee to seek a further order of this Court extending the date by which holders of claims must file such claims against the Debtor.

*Attorney Steven Wirth is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within 3 days of entry of the order.*