**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Case No. 8:24-bk-00676-RCT |
| Debtor. | Ref. Docket No. 271 |

**CERTIFICATE OF SERVICE**

I, WING LAI-CHAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 20, 2024, I caused to be served the "Chapter 11 Trustee's Second Motion to Further Extend Time for Filing Proofs of Claim by Non-Governmental Creditors to October 16, 2024," dated June 20, 2024 [Docket No. 271], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Wing Lai-Chan*
Wing Lai-Chan

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| BYRON WRIGHT III | (COUNSEL TO CREDITOR JIMMIE CRIM JR) 2810 REMINGTON GREEN CIRCLE TALLAHASSEE FL 32308 |
| CREDITOR 18-10862 | C/O MARK D. MUNSON, ESQ. 500 N. FIRST STREET, SUITE 800 PO BOX 8050 WAUSAU WI 54402 |
| INTERNAL REVENUE SERVICE | INSOLVENCY UNIT 7850 SW 6TH COURT MAIL STOP 5730 PLANTATION FL 33324 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 600 ARCH STREET PHILADELPHIA PA 19106 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 611 S. DUPONT HWY DOVER DE 19904 |
| STATE OF FLORIDA ATTORNEY GENERAL | THE CAPITOL, PL 01 TALLAHASSEE FL 32399-1050 |
| UNITED STATES ATTORNEYS OFFICE | FOR THE MIDDLE DISTRICT OF FLORIDA 400 NORTH TAMPA STREET, SUITE 3200 TAMPA FL 33602 |

**Total Creditor count  8**

**EXHIBIT B**

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.
Case No. 8:24-bk-00676 (RCT)
Electronic Mail Master Service List

| Name | Email Address |
| --- | --- |
| ADAMS AND REESE LLP | lauren.baio@arlaw.com; catherine.lockley@arlaw.com; jessica.eck@arlaw.com |
| AKERMAN LLP | steven.wirth@akerman.com; raye.elliott@akerman.com; catherine.choe@akerman.com |
| ANDERSON LAW PLLC | mark@andersonlex.com |
| BECK REDDEN LLP | mrosales@beckredden.com; cmaneen@beckredden.com |
| CARLTON FIELDS, P.A | dkirk@carltonfields.com; ryant@carltonfields.com |
| CHAPTER 11 TRUSTEE | Michael.goldberg@akerman.com |
| COLSON HICKS EIDSON | curt@colson.com |
| COLE, SCOTT & KISSANE, P.A. | daniel.nicholas@csklegal.com; roxanne.cohen@csklegal.com |
| CREDITOR 06-0652 | cmulholland@compwise.services |
| CREDITOR 08-2098 | marbekahbowman@yahoo.com |
| CREDITOR 08-2105 | familiaperales8@gmail.com |
| CREDITOR 11-3295 | toddjchamberlin@gmail.com |
| CREDITOR 18-10862 | mmunson@ruderware.com |
| FLORIDA LITIGATION GROUP | attorney@ingergarcia.com; serviceimglaw@gmail.com; attorney@floridapotlawfirm.com |
| FURR AND COHEN, P.A. | jrigoli@furrcohen.com |
| HAHN & HAHN LLP | drallis@hahnlawyers.com |
| HILL WARD HENDERSON | patrick.mosley@hwhlaw.com; tricia.elam@hwhlaw.com; mark.wall@hwhlaw.com; michelle.ebrada@hwhlaw.com |
| HOLLAND & KNIGHT LLP | noel.boeke@hklaw.com |
| HOWARD STALLINGS LAW FIRM | Jangell@hsfh.com; jangell@howardstallings.com |
| JOHNSON POPE BOKOR RUPPEL & BURNS LLP | edwardp@jpfirm.com |
| KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT | ferguson@kolawyers.com; streisfeld@kolawyers.com; herter@kolawyers.com |
| MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A. | jmarkowitz@mrthlaw.com |
| NARDELLA & BARDELLA PLLC | mnardella@nardellalaw.com; msayne@nardellalaw.com; klynch@nardellalaw.com |
| OFFICE OF SECRETARY OF STATE OF FLORIDA | secretaryofstate@dos.myflorida.com |
| OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY DIVISION | stuart.wilson-patton@ag.tv.gov |
| RICHARD A PERRY P.A. | richard@rapocala.com |
| ROBERTS LAW, PLLC | kelly@kellyrobertslaw.com |

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.
Case No. 8:24-bk-00676 (RCT)
Electronic Mail Master Service List

| Name | Email Address |
|---|---|
| SHAPIRO, BLASI, WASSERMAN & HERMANN, P.A. | mkish@sbwh.law; rmorales@sbwh.law |
| SHUMAKER, LOOP & KENDRICK LLP | jverona@shumaker.com; mhartz@shumaker.com; yhaidermota@shumaker.com; dfernandez@shumaker.com |
| SIMPSON LAW GROUP | sbs@simpsonlawfl.com |
| STATE OF OREGON DEPARTMENT OF JUSTICE | justin.leonard@doj.state.or.us |
| THE REISSMAN LAW GROUP, P.A. | marshall@reissmanlaw.com |
| TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS PA | lfernandez@trenam.com; bmcbride@trenam.com; ekoenig@trenam.com |
| UNDERWOOD MURRAY, P.A | mmurray@underwoodmurray.com; sunderwood@underwoodmurray.com; detlinger@underwoodmurray.com |
| UNITED STATES TRUSTEE FOR THE MIDDLE DISTRICT OF FLORIDA | ustp.region21@usdoj.gov; guy.a.vanbaalen@usdoj.gov; teresa.dorr@usdoj.gov |