ORDERED.

**Dated: June 25, 2024**

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

In re:   Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,   Chapter 11

    Debtor.
_____/

**ORDER GRANTING JOINT MOTION OF CHAPTER 11 TRUSTEE
AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS
TO (I) CONTINUE HEARING ON MOTION TO ENFORCE AUTOMATIC
STAY, (II) EXTEND BRIEFING SCHEDULE, AND (III) UTILIZE
JUNE 14, 2024 HEARING DATE AS SCHEDULING CONFERENCE**

This case is before the Court on the Joint Motion to Chapter 11 Trustee and Official Committee of Unsecured Creditors To (I) Continue Hearing on Motion to Enforce Automatic Stay, (II) Extend Briefing Schedule, and (III) Utilize June 14, 2024 Hearing Date as Scheduling Conference (Doc. No. 253) ("Motion")[1] and the Court, having considered the Motion, and the arguments of counsel at the hearing held on June 14, 2024 at 1:30 p.m., finds good cause exists to grant the Motion, and it is:

**ORDERED**:

    1.    The Motion is **GRANTED**, in part, as set forth herein.

---
[1] Capitalized terms used but not defined herein have the meanings given to them in the Motion.

76692804

2. The Court shall conduct a hearing on the Chapter 11 Trustee's Motion to Enforce Automatic Stay (Doc. No. 195) (the "Stay Motion") on July 23, 2024 at 1:30 p.m. at Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Courtroom 8A, Tampa, FL 33602.

Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance, no later than 3:00 p.m. one business day before the date of the hearing. To register click the link below or manually enter the following web address into a browser:

https://www.zoomgov.com/meeting/register/vJItcOGopjMpG2gRKyn-ipk6SXFBnivGTDA#/registration

All participants, whether attending in person or remotely, must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

3. The Chapter 11 Trustee and the Committee shall file supplemental briefs by July 10, 2024, which briefs should include responses to the positions set forth in the Chamberlin Class Plaintiffs' Response in Opposition to the Motion to Enforce Automatic Stay (Doc. No. 252).

4. The Chamberlin Class Plaintiffs may file a response(s), not exceeding eight pages in length, to the Chapter 11 Trustee and/or the Committee's supplemental briefs by July 17, 2024.

Steven R. Wirth, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.