**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

THE CENTER FOR SPECIAL NEEDS         Case No.:  8:24-bk-676-RCT
TRUST ADMINISTRATION, INC.,            Chapter 11

_____Debtor._____/

**NOTICE OF APPEARANCE FOR**
**CREDITOR AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that Roberts Law, PLLC, and the undersigned hereby give notice of their appearance in the above-captioned case on behalf of Creditor, **BENEFICIARY 09-2219**, in the above-styled cause, and request that a copy of each notice of any proceeding, hearing and/or report in this matter, be served upon the undersigned via CM/ECF or at the address provided below.

                                          Respectfully submitted,

                                          Roberts Law, PLLC
                                          2075 Main Street, Suite 23
                                          Sarasota, Florida 34237
                                          Office (941) 444-9783
                                          Fax (941) 296-8517
                                          www.kellyrobertslaw.com

                                          By: /s/ Kelly Roberts_____
                                          Kelly Roberts, Esq.
                                          F.B.N. 83804
                                          kelly@kellyrobertslaw.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the foregoing has been served on Wednesday, June 26, 2024, to all parties receiving notices via CM/ECF, and the parties listed below were served via U.S. or Certified Mail as indicated:

<u>U.S. Mail</u>:
None

<u>Certified Mail</u>:
None

                                              /s/ Kelly Roberts
                                              Kelly Roberts, Esq.
                                              Roberts Law, PLLC