**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                          Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                Chapter 11

      Debtor.
_____/

**OFFICIAL COMMITTEE OF UNSECURED CREDITOR'S UNOPPOSED MOTION
TO EXTEND BREIFING DEADLINE TO FILE SUPPLEMENTAL MEMORANDUM**

The Official Committee of Unsecured Creditors (the "**Committee**"), by counsel, files this Unopposed Motion to Extend Briefing Deadline to File Supplemental Memorandum to Trustee's Motion to Enforce Automatic Stay (Doc. No. 195) ("**Stay Motion**"). In support thereof, the Committee states:

1.      On March 4, 2024, the United States Trustee filed its *Notice of Appointment of Official Unsecured Creditors Committee* (Doc. No. 75) thereby giving notice of the appointment of the Committee.

2.      On March 21, 2024, the Court appointed Michael Goldberg as the chapter 11 Trustee ("**Trustee**") (Doc. No. 109).

3.      The Court is intimately familiar with the facts of this case, and therefore for brevity, the Committee refers to the Court to the previously filed pleadings in this case related to the Trustee's Stay Motion, seeking to stay the Class Actions (8:24-CV-438-SDM Chamberlin et al v. Boston Finance Group, LLC et al ("**Chamberlin Class Action**"), and 8:24-CV-874-SDM Orris v. Govoni, et al. ("**Orris Class Action**") collectively the "**Class Actions**")).  E.g., Doc. Nos. 195, 210, 212, 252, 265).

4.      On April 29, 2025, the Trustee filed the Stay Motion, seeking to stay the Class Actions.

5.      At a hearing on the Stay Motion, the Court set a briefing schedule regarding the Trustee's Stay Motion, which provided the Committee shall file its supplemental brief by July 10, 2024 (Doc. No. 273).

6.      Due to the July 4 holiday week, the Committee has requested three additional days, until Friday July 12, 2024, to finalize and file its supplemental brief.

7.      The Committee conferred with counsel for the Class Action plaintiffs and the Trustee, neither of whom oppose the request.

8.      Accordingly, the Committee requests the Court enter an order authorizing the Committee to file its supplemental brief on or before July 12, 2024.

**WHEREFORE**, the Committee respectfully requests the Court grant the Unopposed Motion authorizing the Committee to file its supplemental brief relating to the Stay Motion on or before July 12, 2024, consistent with the attached proposed order as Exhibit A.

Dated: July 10, 2024.

/s/ Megan W. Murray
Megan W. Murray
Florida Bar Number 0093922
Scott A. Underwood
Florida Bar Number 730041
Daniel E. Etlinger
Florida Bar Number 0077420
Underwood Murray, P.A.
100 N. Tampa St., Suite 2325
Tampa, FL 33602
Tel: (813) 540-8401 / Fax: (813) 553-5345
Email: mmurray@underwoodmurray.com
        sunderwood@underwoodmurray.com

*Counsel to the Committee*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court, has been furnished electronically to those parties registered to receive service via CM/ECF, including the United States Trustee, the Trustee, and counsel for the Class Action, on July 10, 2024.

/s/ Megan W. Murray
Megan W. Murray

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                    Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                    Chapter 11

      Debtor.
_____/

**ORDER GRANTING OFFICIAL COMMITTEE OF**
**UNSECURED CREDITOR'S UNOPPOSED MOTION TO EXTEND**
<u>**BREIFING DEADLINE TO FILE SUPPLEMENTAL MEMORANDUM**</u>

      This matter came on for consideration without a hearing on the Official Committee of

Unsecured Creditors Unopposed Motion to Extend Briefing Deadline to File Supplemental

Memorandum to Trustee's Motion to Enforce Automatic Stay (Doc. No. ___). The Court, being

advised in the premises, and seeking neither the Trustee[1] nor the Class Action counsel oppose the

request, finds just cause to grant the Motion.  Accordingly, it is:

_____

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

ORDERED:

1.      The Motion is Granted.

2.      The Committee shall file its supplemental brief relating to the Trustee's Stay

Motion on or before July 12, 2024.

###

Megan W. Murray is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.