EXHIBIT C

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.

      Debtor.

_____/

Case No. 8:24-bk-00676-RCT
Chapter 11

**ORDER GRANTING AMERICAN MOMENTUM BANK'S PRECAUTIONARY MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

This case came on for hearing on _____, 2024 on American Momentum Bank's Precautionary Motion for Relief from the Automatic Stay (DE _____) (the "Motion"). After reviewing the pleadings, hearing the argument of counsel, and considering the position of the parties, it is:

**ORDERED:**

1. The Motion is Granted.

2. The Court finds that the automatic stay does not apply to the further prosecution of American Momentum Bank's pending Motion to Dismiss the Amended Class Action Complaint

136235186.1

(as defined in the Motion) and that American Momentum Bank may continue to prosecute that Motion to Dismiss through a ruling in the case styled *Chamberlin v. Boston Finance Group, LLC,* Case No. 8:24-cv-00438-SDM-AEM (M.D. Fla. Feb. 19, 2024).

###

*Donald R Kirk, Esq. is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days from entry of the order.*


Submitted by:

Donald R. Kirk, Esq.
Carlton Fields, PA
4221 Boy Scout Blvd.
Suite 1000
Tampa, Florida 33607