ORDERED.

Dated: July 12, 2024

_____
Roberta A. Colton
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:                                                             Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                      Chapter 11

    Debtor.
_____/

## ORDER GRANTING OFFICIAL COMMITTEE OF
## UNSECURED CREDITOR'S UNOPPOSED MOTION TO EXTEND
## BREIFING DEADLINE TO FILE SUPPLEMENTAL MEMORANDUM

This matter came on for consideration without a hearing on the Official Committee of Unsecured Creditors Unopposed Motion to Extend Briefing Deadline to File Supplemental Memorandum to Trustee's Motion to Enforce Automatic Stay (Doc. 289). The Court, being advised in the premises and further advised that neither the Trustee[1] nor the Class Action counsel oppose the request, finds just cause to grant the Motion. Accordingly, it is

**ORDERED:**

1.The Motion (Doc. 289) is **GRANTED**.

2.The Committee shall file its supplemental brief relating to the Trustee's Stay Motion on or before July 12, 2024.

Megan W. Murray is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.