UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

The Center for Special Needs Trust, Administration, Inc.

    Debtor.

_____/

Case No.: 8:24-bk-00676-RCT

Chapter 11

## PROOF OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Notice and Order Scheduling Preliminary Hearing on Motion for Relief from Stay* [Doc. No. 294] was served upon all parties of record via transmission of Notice of Electronic Filing generated by CM/ECF on the 12th of July, 2024 and by U.S. Mail on all parties not registered for Electronic Service on the attached mailing matrix via U.S. Mail on July 12, 2024.

    */s/ Donald R. Kirk*
    Donald R. Kirk (FBN 0105767)
    E-mail: dkirk@carltonfields.com
    Carlton Fields, P.A.
    P.O. Box 3239
    Tampa, FL  33601-3239
    Telephone:  (813) 223-7000
    Facsimile:  (813) 229-4133
    *Attorneys for American Momentum Bank*

136403045.1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:24-bk-00676-RCT<br>Middle District of Florida<br>Tampa<br>Fri Jul 12 15:14:58 EDT 2024 | Roberta A. Colton<br>Tampa<br>, FL | Michael Goldberg<br>201 East Las Olas Blvd<br>Suite 1800<br>Fort Lauderdale, FL 33301-4442 |
| American Momentum Bank<br>Cassie Maneen<br>Beck Redden LLP<br>1221 McKinney St., Suite 4500<br>Houston, TX 77010-2029 | American Momentum Bank<br>Donald R. Kirk, Carlton Fields, P.A.<br>Post Office Box 3239<br>Tampa, Florida 33601-3239 | Arne Timothy Solheim<br>Noel R. Boeke, esq<br>HOLLAND & KNIGHT LLP<br>100 N. Tampa St., Suite 4100<br>Tampa, FL 33602-3644 |
| Austin Colby Co<br>Edward J. Peterson, Esq<br>Johnson Pope Bokor Ruppel & Burns, LLP<br>400 N. Ashley Drive, Suite 3100<br>Tampa, Florida 33602-4337 | BENEFICIARY 04-0091<br>Roberts Law, PLLC<br>2075 Main Street, Suite 23<br>Sarasota, Florida 34237-6031 | BENEFICIARY 06-0652<br>c/o Carol Mulholland<br>2457 Guiana Plum Drive<br>Orlando, FL 32828-4823 |
| BENEFICIARY 08-1823<br>Roberts Law, PLLC<br>2075 Main Street, Suite 23<br>Sarasota, Florida 34237-6031 | BENEFICIARY 09-2219<br>Kelly Roberts, Esq<br>Roberts Law, PLLC<br>2075 Main Street, Suite 23<br>Sarasota, Florida 34237-6031 | BENEFICIARY 19-11268<br>c/o Kelly Roberts, Esq<br>Roberts Law, PLLC<br>2075 Main Street, Suite 23<br>Sarasota, Florida 34237-6031 |
| BENEFICIARY 19-11269<br>Roberts Law, PLLC<br>2075 Main Street, Suite 23<br>Sarasota, Florida 34237-6031 | Beneficiary 11-3295<br>Caroline Herter<br>Kopelowitz Ostrow Ferguson Weiselberg Gi<br>One West Las Olas Blvd., Suite 500<br>Fort Lauderdale, Florida 33301-1928 | Beneficiary 11-3295<br>David L. Ferguson, Esq<br>One West Las Olas Blvd., Suite 500<br>Fort Lauderdale, Florida 33301-1928 |
| Beneficiary 11-3295<br>Jonathan M. Streisfeld<br>One West Las Olas Blvd., Suite 500<br>Fort Lauderdale, Florida 33301-1928 | Boston Asset Management, Inc.<br>Johnson Pope Bokor Ruppel & Burns, LLP<br>400 N. Ashley Drive, Suite 3100<br>Tampa, Florida 33602-4337 | Boston Finance Group, LLC<br>Eric S. Koenig, Esq<br>101 East Kennedy Boulevard, Suite 2700<br>Tampa, Florida 33602-5150 |
| Boston Finance Group, LLC<br>Lara Roeske Fernandez, Esq.<br>101 East Kennedy Boulevard, Suite 2700<br>Tampa, Florida 33602-5150 | Boston Finance Group, LLC<br>William A. McBride, Esq<br>101 East Kennedy Boulevard, Suite 2700<br>Tampa, Florida 33602-5150 | C/O CHARLES M. TATELBAUM<br>TRIPP SCOTT, P.A.<br>110 S.E. 6TH STREET<br>SUITE 1500<br>FORT LAUDERDALE, FL 33301-5039 |
| CHRISTOPHER GONSALVES as<br>surviving spouse of KIMBERLY GONSALVES<br>Florida Litigation Group<br>7040 Seminole Pratt Whitney Rd, #25-43<br>Loxahatchee, Florida 33470-5714 | Carol Mulholland, Individually and as Parent<br>c/o Michael A. Nardella, Esq.<br>135 W. Central Blvd., Ste. 300<br>Orlando, Florida 32801-2435 | Catherine Choe<br>Akerman LLP<br>420 South Orange Avenue  Suite 1200<br>Orlando, Florida 32801-4904 |
| Cheryl Martin<br>c/o Marshall G. Reissman, Esq.<br>1700 66th St. N., Ste 405<br>St. Petersburg, FL 33710-5512 | Cheryl Martin<br>c/o Marshall G. Reissman, Esquire<br>1700 66th St. N., Ste 405<br>St. Petersburg, FL 33710-5512 | Creditor 06-0652<br>c/o Carol Mulholland<br>2457 Guiana Plum Dr.<br>Orlando, FL 32828-4823 |
| Creditor 08-2098<br>c/o Rebekah Bowman<br>610 SE 20th St.<br>Cape Coral FL 33990 | Creditor 08-2102<br>c/o Larry Dawson<br>144 Lake Catherine Circle<br>Groveland, FL 34736-2159 | Creditor 08-2105<br>c/o Amparo Perales<br>8085 SW 34th Street<br>Ocala, FL 34481-1584 |

| | | |
|---|---|---|
| Creditor 11-3295<br>c/o Todd and Kelli Chamberlin<br>7234 Stella Lane<br>Lake Worth, FL 33463-5607 | Creditor 18-10862<br>c/o Mark D. Munson, Esq.<br>500 N. First Street, Suite 800<br>PO Box 8050<br>Wausau, WI 54402-8050 | Curtis Miner<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134-7414 |
| FURR AND COHEN, P.A.<br>Counsel for Milton McMinn as Guardian<br>of Chase McMinn Special Needs Trust<br>2255 Glades Road, Suite 419A<br>Boca Raton, FL 33431-7379 | Fiduciary Tax & Accounting Services, LLC<br>Edward J. Peterson<br>Johnson Pope Bokor Ruppel & Burns, LLP<br>400 N. Ashley Drive, Suite 3100<br>Tampa, Florida 33602-4337 | Harry and Ampero Perales, as trustees for<br>Javier Perales Irrevocable Annuity Trust<br>RICHARD A. PERRY PA<br>820 East Fort King Street<br>Ocala, Florida 34471-2320 |
| J. Ryan Yant<br>Carlton Fields, P.A.<br>Post Office Box 3239<br>Tampa, Florida 33601-3239 | JOHN W. STAUNTON<br>Daniel A. Nicholas, Esq.<br>500 N. Westshore Boulevard<br>Suite 700<br>Tampa, Florida 33609-1913 | James B. Angell, Esq.<br>HOWARD STALLINGS LAW FIRM<br>P.O. Box 12347<br>Raleigh, NC 27605-2347 |
| James Victor Flynn Special Needs Trust<br>Mark C. Anderson<br>ANDERSON LAW, PLLC<br>5237 Summerlin Commons Blvd.<br>Fort Myers, Florida 33907-2158 | Jeffery C. Norris<br>566 Cross Creek Circle<br>Sabastian, FL 32958-8321 | Jennifer Branton<br>c/o Matthew Kish, Esq.<br>Shapiro Blasi<br>7777 Glades Road, Ste 400<br>Boca Raton, Florida 33434-4193 |
| Jimmie Crim, Jr. (19-11305)<br>Bruner Wright, P.A.<br>2868 Remington Green Circle, Suite B<br>Tallahassee, FL 32308-3755 | John Alan Norris, Legal Guardian<br>Federal Payee Resp Care giver for<br>Jeffery C. Norris<br>566 Cross Creek Circle<br>Sabastian, FL 32958-8321 | Justin D. Leonard<br>State of Oregon, Dept. of Justice<br>1162 Court Street NE<br>Salem, OR 97301-4096 |
| Lee Guardianship Services, Inc<br>Mark C. Anderson<br>ANDERSON LAW, PLLC<br>5237 Summerlin Commons Blvd.<br>Fort Myers, Florida 33907-2158 | Leo J. Govoni<br>Eric S. Koenig, Esq<br>101 East Kennedy Boulevard, Suite 2700<br>Tampa, Florida 33602-5150 | Leo J. Govoni<br>Lara Roeske Fernandez, Esq.<br>101 East Kennedy Boulevard, Suite 2700<br>Tampa, Florida 33602-5150 |
| Leo J. Govoni<br>William A. McBride, Esq<br>101 East Kennedy Boulevard, Suite 2700<br>Tampa, Florida 33602-5150 | Louise F. Pino<br>c/o Lauren A. Baio, Esq<br>20 F Street NW, Suite 500<br>Washington, DC 20001-6703 | Louise Pino<br>c/o Lauren A. Baio<br>20 F St NW Suite 500<br>Washington, DC 20001-6703 |
| MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.<br>Attorneys for Shawn Norville as Guardian<br>for Israel Norville<br>9130 South Dadeland Boulevard<br>Two Datran Center, Suite 1800<br>Miami, Florida 33156-7849 | Marcos Rosales<br>Beck Redden LLP<br>1221 McKinney St., Suite 4500<br>Houston, TX 77010-2029 | Marie R. Dore, Guardian of Gaellen Fabre<br>c/o SHERRI B. SIMPSON<br>SIMPSON LAW GROUP<br>400 NW 25 St<br>Wilton Manors, FL 33311-3009 |
| Marie R. Dore, Guardian of Gaellen Fabre<br>c/o Sherri B. Simpson, Esq.<br>400 NW 25 St<br>Wilton Manors, FL 33311-3009 | Mark M. Wall, Esquire<br>Hill Ward Henderson<br>101 E. Kennedy Blvd., Suite 3700<br>Tampa, Florida 33602-5195 | Michael Goldberg<br>201 East Las Olas Blvd., Suite 1800<br>Fort Lauderdale, Florida 33301-4442 |
| Michael Goldberg, Chapter 11 Trustee<br>Steven R. Wirth, Esq<br>Akerman LLP<br>401 East Jackson Street, Suite 1700<br>Tampa, Florida 33602-5250 | Michael Szalka, Legal Guardian<br>of James Victor Flynn<br>ANDERSON LAW, PLLC<br>5237 Summerlin Commons Blvd.<br>Fort Myers, Florida 33907-2158 | Patrick M. Mosley, Esquire<br>Hill Ward Henderson<br>101 E. Kennedy Blvd., Suite 3700<br>Tampa, Florida 33602-5195 |

| | | |
|---|---|---|
| Pierreisna Archille<br>Noel R. Boeke<br>HOLLAND & KNIGHT LLP<br>100 N. Tampa St., Suite 4100<br>Tampa, FL 33602-3644 | RANDY JONES<br>Jay B. Verona, Esq.<br>101 E. Kennedy Blvd., Suite 2800<br>Tampa, Florida 33602-5150 | Randy Jones<br>Yusuf E. Haidermota, Esq.<br>101 E. Kennedy Blvd., Suite 2800<br>Tampa, Florida 33602-5150 |
| Randy Jones<br>c/o Jay B. Verona, Esq.<br>Shumaker, Loop & Kendrick, LLP<br>101 E. Kennedy Blvd., Suite 2800<br>Tampa, FL 33602-5153 | Randy Jones<br>c/o Yusuf Haidermota, Esq.<br>Shumaker, Loop & Kendrick, LLP<br>101 E. Kennedy Blvd., Suite 2800<br>Tampa, FL 33602-5153 | Raye C. Elliott, esq<br>Akerman LLP<br>401 East Jackson Street, Suite 1700<br>Tampa, Florida 33602-5250 |
| Rebekah Bowman<br>Mark C. Anderson, esq<br>ANDERSON LAW, PLLC<br>5237 Summerlin Commons Blvd.<br>Fort Myers, Florida 33907-2158 | Rebekah Bowman<br>c/o Anderson Law, PLLC<br>5237 Summerlin Commons Blvd.<br>Fort Myers, FL 33907-2158 | STAUNTON & FAGLIE, PL<br>500 N. Westshore Boulevard<br>Suite 700<br>Tampa, Florida 33609-1913 |
| (p)OREGON DEPARTMENT OF JUSTICE<br>ATTN BANKRUPTCY DEPARTMENT<br>1162 COURT ST NE<br>SALEM OR 97301-4096 | TennCare<br>c/oTN Attorney General's Office, Bankrup<br>PO Box 20207<br>Nashville, Tennessee 37202-4015 | The Center for Special Needs Trust Administr<br>c/o Mark M. Wall, Esq., Hill Ward Hender<br>101 E. Kennedy Blvd., Suite 3700<br>Tampa, FL 33602-5195 |
| The Center for Special Needs Trust Administr<br>c/o Patrick M. Mosley, Hill Ward Henders<br>101 E. Kennedy Blvd., Suite 3700<br>Tampa, FL 33602-5195 | The Cheryl Martin Special Needs Trust<br>c/o Marshall G. Reissman, Esq.<br>1700 66th St. N., Ste 405<br>St. Petersburg, FL 33710-5512 | The Cheryl Martin Special Needs Trust<br>c/o Marshall G. Reissman, Esquire<br>1700 66th St. N., Ste 405<br>St. Petersburg, FL 33710-5512 |
| The Kienan Freeman Special Needs Trust<br>Mark C. Anderson, esq<br>ANDERSON LAW, PLLC<br>5237 Summerlin Commons Blvd.<br>Fort Myers, Florida 33907-2158 | The Theresa Alessandra Russo Foundation<br>c/o J. Ryan Yant<br>Carlton Fields, P.A.<br>P.O. Box 3239<br>Tampa, FL 33601-3239 | Trust Account Number 19-11364<br>Dean G. Rallis Jr., Esq.<br>HAHN & HAHN LLP<br>301 E. Colorado Blvd., 9th Fl.<br>Pasadena, CA 91101-1977 |
| Trust No. 22-12109 and 15-9518<br>James B. Angell, Esq.<br>HOWARD STALLINGS LAW FIRM<br>P.O. Box 12347<br>Raleigh, NC 27605-2347 | Trust Nos 22-12109 and 15-9518<br>James B. Angell, Esq.<br>HOWARD STALLINGS LAW FIRM<br>P.O. Box 12347<br>Raleigh, NC 27605-2347 | United States Trustee<br>Office of the United States Trustee<br>c/o Teresa M. Dorr<br>501 East Polk Street, Suite 1200<br>Tampa, Florida 33602-3945 |
| c/o James Angell Beneficiary 19-11290<br>PO Box 12347<br>Raleigh, NC 27605-2347 | c/o James Angell Beneficiary 20-11837<br>PO Box 12347<br>Raleigh, NC 27605-2347 | c/o James Angell Beneficiary 20-11861<br>PO Box 12347<br>Raleigh, NC 27605-2347 |
| c/o James Angell Beneficiary 22-12105<br>PO Box 12347<br>Raleigh, NC 27605-2347 | c/o James Angell Beneficiary 23-12341<br>PO Box 12347<br>Raleigh, NC 27605-2347 | Raye Curry Elliott +<br>Akerman LLP<br>401 East Jackson Street, Suite 1700<br>Tampa, FL 33602-5250 |
| Richard A. Perry +<br>Richard A. Perry, P.A.<br>820 East Fort King Street<br>Ocala, FL 34471-2320 | Noel R Boeke +<br>Holland & Knight<br>100 N. Tampa Street<br>Ste 4100<br>Tampa, FL 33602-3644 | Donald R Kirk +<br>Carlton Fields, P.A.<br>PO Box 3239<br>4221 W. Boy Scout Blvd., #1000 (33602)<br>Tampa, FL 33607-5743 |

Jerry M Markowitz +
Markowitz Ringel Trusty & Hartog
9130 South Dadeland Boulevard
Suite 1800
Miami, FL 33156-7858

Scott A. Stichter +
Stichter, Riedel, Blain & Postler, P.A.
110 E. Madison Street, Suite 200
Tampa, FL 33602-4718

United States Trustee - TPA +
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

Marshall G Reissman +
The Reissman Law Group
1700 66th Street N., Suite 405
St. Petersburg, FL 33710-5512

Mark C Anderson +
Anderson Law, PLLC
5237 Summerlin Blvd.
Fort Myers, FL 33919

Jay B Verona +
Shumaker, Loop & Kendrick, LLP
Bank of America Plaza
101 East Kennedy Boulevard, Suite 2800
Tampa, FL 33602-5150

Mark M Wall +
Hill Ward & Henderson PA
101 E Kennedy Blvd, Suite 3700
Tampa, FL 33602-5195

Lara Roeske Fernandez +
Trenam Law
101 E. Kennedy Boulevard, Suite 2700
Tampa, FL 33602-5150

Michael I Goldberg +
Akerman LLP
201 East Las Olas Blvd.
Suite 1800
Fort Lauderdale, FL 33301-4442

Edward J. Peterson III +
Johnson Pope Bokor Ruppel & Burns, LLP
400 N. Ashley Drive
Suite 3100
Tampa, FL 33602-4337

Steven R Wirth +
Akerman Senterfitt
401 E. Jackson Street, Suite 1700
Tampa, FL 33602-5250

Daniel R Fogarty +
Stichter, Riedel, Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, FL 33602-4718

Patrick Mosley +
Hill, Ward, Henderson
101 E. Kennedy Blvd., Suite 3700
P.O. Box 2231
Tampa, FL 33601-2231

James B. Angell +
Howard Stallings Law Firm
5410 Trinity Road
Suite 210
Raleigh, NC 27607-6003

Michael A Nardella +
Nardella & Nardella, PLLC
135 West Central Boulevard, Suite 300
Orlando, FL 32801-2435

Scott A Underwood +
Underwood Murray, P.A.
100 North Tampa St, Suite 2325
Tampa, FL 33602-5842

Stuart Wilson-Patton +
Tennessee Attorney General's Office
Post Office Box 20207
Nashville, TN 37202-4015

Daniel A Nicholas +
Nicholas Law Firm, PA
800 W Dr. Martin Luther King Jr. Blvd
Ste 2
Tampa, FL 33603-3320

Jason S Rigoli +
Furr & Cohen, P.A.
2255 Glades Road
Suite 419a
Boca Raton, FL 33431-7379

Megan Wilson Murray +
Underwood Murray PA
100 North Tampa Street, Suite 2325
Tampa, FL 33602-5842

Curtis Miner +
Colson Hicks Eidson
255 Alhambra Circle
Ste Penthouse
Coral Gables, FL 33134-7411

John R Yant +
Carlton Fields Jorden Burt, P.A.
4221 West Boyscout Boulevard, Suite 1000
Post Office Box 3239 (33601)
Tampa, FL 33601-3239

Matthew B Hale +
Stichter, Riedel, Blain & Postler
110 East Madison Street, Suite 200
Tampa, FL 33602-4718

Matthew S Kish +
Shapiro Blasi Wasserman & Hermann, P.A.
7777 Glades Road, Suite 400
Boca Raton, FL 33434-4193

Yusuf Haidermota +
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602-5153

Kelly K Roberts +
Roberts Law, PLLC
2075 Main Street, Suite 23
Sarasota, FL 34237-6031

Daniel E Etlinger +
Underwood Murray, P.A.
100 N. Tampa Street
Suite 2325
Tampa, FL 33602-5842

William A McBride +
Trenam Law
101 East Kennedy Boulevard, Suite 2700
Tampa, FL 33602-5150

Lauren A Baio +
Adams and Reese LLP
20 F St NW
Ste 500
Washington, DC 20001-6703

Sherri B Simpson +
Simpson Law Group
400 NW 25 St
Wilton Manors, FL 33311-3009

| | | |
|---|---|---|
| Byron Wright III +<br>Bruner Wright, P.A.<br>2868 Remington Green Circle<br>Suite B<br>Tallahassee, FL 32308-3755 | Teresa Marie Dorr +<br>Office of the United States Trustee<br>501 E. Polk Street, Suite 1200<br>Tampa, FL 33602-3945 | Inger M. Garcia +<br>Florida Litigation Group, P.A.<br>7040 Seminole Pratt Whitney Rd. #24-43<br>Loxahatchee, FL 33470-5714 |
| Catherine Choe +<br>Akerman LLP<br>420 South Orange Avenue, Suite 1200<br>Orlando, FL 32801-4904 | Cassie Maneen +<br>Beck Redden LLP<br>1221 McKinney Street, Suite 4500<br>Houston, TX 77010-2029 | Dean G Rallis Jr +<br>Hahn & Hahn LLP<br>301 E. Colorado Blvd.<br>9th Floor<br>Pasadena, CA 91101-1977 |
| Justin D Leonard +<br>Oregon Dept. of Justice<br>100 SW Market Street<br>Portland, OR 97201-5723 | David L Ferguson +<br>Kopelowitz Ostrow Ferguson Weiselberg Gi<br>One West Las Olas Blvd<br>500<br>Fort Lauderdale, FL 33301-1928 | Jonathan M. Streisfeld +<br>Kopelowitz Ostrow Ferguson Weiselberg Gi<br>One West Las Olas Boulevard<br>Suite 500<br>Fort Lauderdale, FL 33301-1928 |
| Caroline Herter +<br>Kopelowitz Ostrow, P.A.<br>1 West Las Olas Blvd<br>Suite 500<br>Fort Lauderdale, FL 33301-1928 | Eric S Koenig +<br>Trenam Law / Tampa<br>101 E. Kennedy Boulevard<br>Suite 2700<br>Tampa, FL 33602-5150 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

State of Oregon
Justin D. Leonard, Sr Asst Attorney Gene
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Marcos Rosales +<br>Beck Redden LLP<br>1221 McKinney Street, Suite 4500<br>Houston, TX 77010-2029 | (u)Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF<br>-------------------------------------------<br>Note: Entries with a '-' at the end of the<br>name have filed a claim in this case | End of Label Matrix<br>Mailable recipients    130<br>Bypassed recipients      2<br>Total                  132 |