**UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

In re:                                                                                    Chapter 11

THE CENTER FOR SPECIAL NEEDS                          Case No.: 8:24-bk-676-RCT
TRUST ADMINISTRATION, INC.,

         Debtor.
_____/

**NOTICE OF APPEARANCE FOR
CREDITOR AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that Linda Leali, P.A., and the undersigned hereby give notice of their appearance in the above-captioned case on behalf of Creditor, **BENEFICIARY 19-11076** and **BENEFICIARY 18-11076**, and request that a copy of each notice of any proceeding, hearing and/or report in this matter, be served upon the undersigned via CM/ECF or at the address provided below.

Respectfully submitted this 15th day of July 2024.

                       LINDA LEALI, P.A.
                       2525 Ponce De Leon Blvd., Suite 300
                       Coral Gables, FL  33134
                       Telephone:     (305) 341-0671

                       By:     */s/ Linda Leali*
                              LINDA LEALI
                              lleali@lealilaw.com
                              Florida Bar No. 186686
                              lleali@lealilaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on July 15, 2024, a true and correct copy of foregoing was electronically filed with the Court using the CM/ECF system, which sent notification and was electronically served upon all parties in interest participating in the CM/ECF system.

By: */s/ Linda Leali*
LINDA LEALI
Florida Bar No. 186686