ORDERED.

Dated: July 19, 2024

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                    Case No. 8:24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                Chapter 11

    Debtor.
_____/

**ORDER APPROVING CHAPTER 11 TRUSTEE'S APPLICATION FOR AUTHORIZATION TO EMPLOY LANDVEST INC. AS EXCLUSIVE BROKER**

This case came on for consideration without a hearing, on the Chapter 11 Trustee's Application to employ Landvest Inc. ("Landvest") as their real estate broker to market and sell the Maine Property (Doc. 275) (the "Application")[1]. Upon review of the Application and no objections having been filed to the Application after expiration of the negative notice period, it is

**ORDERED**:

1. The Application is **APPROVED**.

2. The Chapter 11 Trustee is authorized to employ Landvest Inc. as the exclusive real estate broker for this estate on the terms outlined in the Application.

---

[1] Defined terms from the Application are incorporated by reference herein.

76698513

2

      3.      The reasonableness of compensation will be determined later in accordance with 11 U.S.C § 330.

Steven R. Wirth, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.

76698513