# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:    Case No. 8:24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,    Chapter 11

    Debtor.
_____/

## STIPULATION FOR WITHDRAWAL OF
## CLAIM 8-1 OF KEYBANK NATIONAL ASSOCIATION

Michael Goldberg, the Chapter 11 Trustee ("Chapter 11 Trustee") and KeyBank National Association ("KeyBank"), by and through undersigned counsel, stipulate and agree as follows:

1. On March 22, 2024, KeyBank filed a proof of claim in this bankruptcy case in the amount of $1,799,465.69, which was designated Claim 8-1 (the "KeyBank Claim").

2. The KeyBank Claim was filed on a precautionary basis.

3. A portion of the KeyBank Claim in the amount of $4,465.69 was for account fees that were due to KeyBank by the Debtor on the bankruptcy petition date. Post-petition, the Debtor paid those account fees in the ordinary course of business and the $4,465.69 is no longer owed by the Debtor.

4. The remaining portion of the KeyBank Claim in the amount of $1,795,000.00 represented distributions made from a beneficiary's trust account held at KeyBank from June 6, 2019 to September 8, 2023 (the "Distributions"). KeyBank is the co-trustee of the trust whose account is held at KeyBank and filed the KeyBank Claim on behalf of the trust beneficiary in the event that it was determined that the Distributions were diverted to someone other than the trust beneficiary.

77312402;2

5. Through this Stipulation, the Chapter 11 Trustee confirms that the Distributions were delivered to the trust account beneficiary and were not diverted to someone other than the trust beneficiary.

6. Accordingly, KeyBank stipulates and agrees that the KeyBank Claim 8-1 is withdrawn.

7. KeyBank reserves the right to file another proof of claim in this bankruptcy case in the event it determines that a claim is necessary.

**STIPULATED AND AGREED TO BY:**

*/s/ Steven R. Wirth*
Steven R. Wirth
Florida Bar No.: 170380
Email: steven.wirth@akerman.com
Raye C. Elliott
Florida Bar No.: 18732
Email: raye.elliott@akerman.com
Akerman LLP
401 East Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837

*Counsel for Chapter 11 Trustee, Michael Goldberg*

/s/ *Michael P. Shuster*
Florida Bar No.: 51564
Email: mshuster@porterwright.com
Porter Wright Morris & Arthur LLP
9132 Strada Place, Suite 301
Naples, FL 34108
Telephone: (239) 593-2966

*Attorneys for KeyBank National Association*

*Filer's Attestation: Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Steven R. Wirth attests that concurrence in the filing of this paper has been obtained.*