UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED VIA MAIL

JUL 22 2024

Clerk U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

In re:                                           Chapter 11

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                      Case No. 8:24-bk-00676-RCT

Debtor

---

## NOTICE OF APPEARANCE AND OF BENEFICIARY ROBERT HOLMES' BELATED NOTIFICATION OF PENDENCY OF INSTANT LITIGATION

---

Comes the *pro se* incarcerated Beneficiary, Robert Holmes, III, and states the following:

1. On July 16, 2024, I received a copy of the "Sixth Interim Order Granting Debtor's Emergency Motion for Approval of Trust Distribution Procedures" entered herein on July 3, 2024. This event marked the first time I learned of the instant case.

2. The belated nature of my receipt of same apparently stemmed from the fact that it was addressed to my former address in LaGrange, Kentucky.

3. I wish to be apprised of the facts and circumstances of the instant proceedings and wish to preserve and protect my interests in same.

4. On July 17, 2024, my prison Warden, Bobbi Jo Butts (Tel: 270-388-9781), advised that I will not be permitted to participate in the "continued interim hearing" scheduled herein for July 23, 2024, neither telephonically nor via Zoom. Her reasoning is that this matter does not involve a criminal proceeding. Otherwise, if permitted, I would attend the hearing remotely.

Respectfully submitted,

_____
ROBERT HOLMES, III
#287835
Western Kentucky Correctional Complex
374 New Bethel Church Road
Fredonia, Kentucky 42411

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first class U.S. postage prepaid, this 17th day of July, 2024, to:

Honorable Roberta A. Colton
United States Bankruptcy Judge
Sam M. Gibbons United States Courthouse
801 N. Florida Avenue
Courtroom 8A
Tampa, FL 33602

William A. Long, Jr.
Chief Restructuring Officer
Akerman LLP
St. Petersburg, FL 33716

Epiq Corporate Restructuring, LLC
P.O. Box 4470
Beaverton, OR 97076

Office of the United States Trustee
501 East Polk Street
Room 1200
Tampa, FL 33602

Steven R. Wirth, Esq.
Raye Elliott, Esq
Steven R. Wirth, Esq.
12425 28th St. N
401 E. Jackson Street, Ste. 1700
Tampa, FL 33602

_____
ROBERT HOLMES, III

```
ROBERT HOLMES, III
#287835
WESTERN KY CORRECTIONAL COMPLEX
374 NEW BETHEL CHURCH ROAD
FREDONIA, KY 42411
```

LOUISVILLE KY 400

17 JUL 2024 PM 1 L



$0.69 0
US POSTAGE
FIRST-CLASS
062S0001261990
42411

Screened by USMS

```
HONORABLE ROBERTA A. COLTON
UNITED STATES BANKRUPTCY JUDGE
SAM M. GIBBONS UNITED STATES COURTHOUSE
801 N. FLORIDA AVENUE
COURTROOM 8A
TAMPA, FL 33602
```

33602-386030