

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/23/2024 01:30 PM

COURTROOM  8A

**HONORABLE ROBERTA COLTON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:24-bk-00676-RCT** | **11** | **02/09/2024** |

**Chapter 11**

**DEBTOR:**     The Center for Special Needs Trust Administration, Inc.

**DEBTOR ATTY:**   Mark Wall

**TRUSTEE:**     Michael Goldberg

**HEARING:**

(1) Con't   Status Conference
(2) Con't Emergency Motion for Approval
of Trust Distribution Procedures by Debtor
(Doc 10)
Second Amendment to Motion for Approval of Trust
Distribution Procedures by Debtor (Doc 278)
Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Creditor Committee
Unsecured Creditors' Committee (related
document(s)[18], [63], [10]))   (Doc #118)
Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Trustee Michael
Goldberg (related document(s)[18], [63], [10]).
(Doc #119)
(3) Con't Emergency Motion for Interim
and Final Orders Granting (A) Authority to
(I) Maintain Trust Bank Accounts and to
Continue to Use Existing Business Forms
and Checks for Trust Bank Accounts, and
(II) Continue to Use Existing Trust Cash
Management System, and (B) Waiver
of Certain Investment and Deposit Guidelines
by Debtor (Doc 18)
Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Creditor Committee
Unsecured Creditors' Committee (related
document(s)[18], [63], [10])   (Doc #118)
Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Trustee Michael

Goldberg (related document(s)[18], [63], [10]).
(Doc #119)
(4) Con't Motion to Enforce Automatic
Stay by Trustee Michael Goldberg
(Doc #195)
-Limited Objection to Chapter 11 Trustee's
Motion to Enforce Automatic Stay Filed
by   Creditor American Momentum Bank
(Doc #210)
Objection to Chapter 11 Trustee's Motion
to Enforce Automatic Stay by Clark Chamberlin,
Kelly Chamberlin, Todd Chamberlin
(Doc #252)
Reply to Chamberlin Class Plaintiffs' Objection
and American Momentum Bank's Objection to
Chp 11 Trustee's Motion to Enforce Automatic
Stay by Trustee (Doc #290)
Supplemental Memorandum in Support Filed by
Megan Wilson Murray on behalf of Creditor Committee
Unsecured Creditors' Committee (Doc #297)
Response Filed by Caroline Herter on
behalf of Clark Chamberlin, Kelly Chamberlin,
Todd Chamberlin (Doc #299)
(5) Preliminary Hearing on Motion for Relief
from Stay Re: Motion to Dismiss in Class Action Case.
(Precautionary) Filed by Donald R Kirk on behalf of Creditor
American Momentum Bank (Doc #291)
Response Filed by Steven R Wirth on behalf of
Michael Goldberg (Doc #302)
Response Filed by Megan Wilson Murray on behalf
of Creditor Committee Unsecured Creditors'
Committee (Doc #305)
Response Filed by Caroline Herter on behalf of Clark
Chamberlin, Kelly Chamberlin, Todd Chamberlin
(Doc #306)
Note: Prior Hearing(s): 2/13/24; 2/27/24; 3/28/24;
4/15/24; 5/23/24; 6/14/24
Related Adv 24-ap-139 Goldberg vs Boston Finance Grp
Fifth Interim Order Granting (A) Authority
to (I) Maintain   Bank Accounts and to Continue to
Use Existing Business Forms and Checks for Trust
Bank Accounts, and (II) Continue to Use Existing Trust
Cash Management System, and (B) Waiver of Certain
Investment and Deposit Guidelines and Scheduling
Further Hearing (Doc #257) entered 6/7/24

**APPEARANCES:**: Steven Wirth; Teresa Dorr; Caroline Herter; Thomas Leeder; David Jennis; Marcos Rosales; Ryan Yant; Megan Murray; Scott Underwood; Edward Peterson; Burt McBride

**WITNESSES:**

**EVIDENCE:**

**RULING:** ***(1) Con't   Status Conference -   CON'T TO 9/9/24 @ 2:00 PM (AOCNFNG)
***(2) Con't Emergency Motion for Approval of Trust Distribution Procedures by Debtor
(Doc 10) -   GRANTED ON SEVENTH INTERIM BASIS TO 9/9/24 @ 2:00 PM;
ORDER BY WIRTH    Second Amendment to Motion for Approval of Trust Distribution Procedures by Debtor (Doc 278)    Limited Objection to the Debtor's Trust Motions and Reservation of Rights by Creditor Committee Unsecured Creditors' Committee (related document(s)[18], [63], [10]))   (Doc #118)   Limited Objection to the Debtor's Trust Motions and Reservation of Rights by Trustee Michael Goldberg (related document(s)[18], [63], [10]).

(Doc #119)   ***(3) Con't Emergency Motion for Interim and Final Orders Granting (
A) Authority to (I) Maintain Trust Bank Accounts and to Continue to Use Existing Business Forms and Checks for Trust Bank Accounts, and (II) Continue to Use Existing Trust Cash
Management System, and (B) Waiver of Certain Investment and Deposit Guidelines
by Debtor (Doc 18) -   GRANTED ON SEVENTH INTERIM BASIS TO 9/9/24
@ 2:00 PM; ORDER BY WIRTH    Limited Objection to the Debtor's Trust Motions and Reservation of Rights by Creditor Committee Unsecured Creditors' Committee (related document(s)[18], [63], [10])   (Doc #118)   Limited Objection to the Debtor's Trust Motions and Reservation of Rights by Trustee Michael Goldberg (related document(s)[18], [63], [10]).
(Doc #119)   ***(4) Con't Motion to Enforce Automatic Stay by Trustee Michael
Goldberg (Doc #195) -    MATTER TAKEN UNDER ADVISEMENT
-Limited Objection to Chapter 11 Trustee's Motion to Enforce Automatic Stay Filed
by   Creditor American Momentum Bank (Doc #210)    Objection to Chapter 11 Trustee's
Motion to Enforce Automatic Stay by Clark Chamberlin, Kelly Chamberlin, Todd
Chamberlin (Doc #252)   Reply to Chamberlin Class Plaintiffs' Objection and American Momentum Bank's Objection to Chp 11 Trustee's Motion to Enforce Automatic Stay
by Trustee (Doc #290)   Supplemental Memorandum in Support Filed by Megan Wilson
Murray on behalf of Creditor Committee Unsecured Creditors' Committee (Doc #297)
Response Filed by Caroline Herter on behalf of Clark Chamberlin, Kelly Chamberlin,
Todd Chamberlin (Doc #299)   ***(5) Preliminary Hearing on Motion for Relief from Stay Re: Motion to Dismiss in Class Action Case. (Precautionary) Filed by Donald R Kirk on behalf of Creditor American Momentum Bank (Doc #291) -   MATTER TAKEN UNDER
ADVISEMENT    Response Filed by Steven R Wirth on behalf of Michael
Goldberg (Doc #302)   Response Filed by Megan Wilson Murray on behalf of Creditor
Committee Unsecured Creditors' Committee (Doc #305)   Response Filed by Caroline
Herter on behalf of Clark Chamberlin, Kelly Chamberlin, Todd Chamberlin (Doc #306)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.