**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| In re:<br><br>THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.,<br><br>Debtors. | Case No. 24-00676-RCT<br><br>Chapter 11 |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING

PLEASE TAKE NOTICE that Justin D. Leonard hereby withdraws his appearance on behalf of the State of Oregon, by and through the State of Oregon, Department of Justice, as an interested party for the purpose of requesting that the following name and contact information be removed from the electronic notification service, the official mailing matrix and all other service lists in the above-captioned case.

        Justin D. Leonard
        Senior Assistant Attorney General
        Department of Justice
        1162 Court Street NE
        Salem, OR 97301-4096
        Telephone: (503) 934-4400
        Facsimile: (503) 373-7067
        E-mail: justin.leonard@doj.state.or.us

Dated: July 23, 2024.                      Respectfully submitted,

                                          /s/ Justin D. Leonard
                                         Justin D. Leonard, #033736
                                         Senior Assistant Attorney General
                                         Department of Justice
                                         1162 Court Street NE
                                         Salem, OR 97301-4096
                                         Tel: (503) 934-4400; Fax: (503) 373-7067
                                         E-mail: justin.leonard@doj.state.or.us
                                         Counsel for State of Oregon

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on July 23, 2024, he caused a true and accurate copy of the foregoing *Notice of Withdrawal of Appearance and Request For Removal From Electronic and Paper Noticing* to be served electronically on all parties receiving notices through the Court's CM/ECF system in this case.

      /s/ Justin D. Leonard
Justin D. Leonard
Senior Assistant Attorney General