**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

THE CENTER FOR SPECIAL NEEDS       Case No.: 8:24-bk-676-RCT
TRUST ADMINISTRATION, INC.,      Chapter 11

       Debtor.                                                    /

**NOTICE OF APPEARANCE FOR**
**CREDITOR AND REQUEST FOR NOTICE**

     PLEASE TAKE NOTICE that Roberts Law, PLLC, and the undersigned hereby give notice of their appearance in the above-captioned case on behalf of Creditor, **BENEFICIARY 19-11372**, in the above-styled cause, and request that a copy of each notice of any proceeding, hearing and/or report in this matter, be served upon the undersigned via CM/ECF or at the address provided below.

     Respectfully submitted,

     Roberts Law, PLLC
     2075 Main Street, Suite 23
     Sarasota, Florida 34237
     Office (941) 444-9783
     Fax (941) 296-8517
     www.kellyrobertslaw.com

     By: /s/ Kelly Roberts
     Kelly Roberts, Esq.
     F.B.N. 83804
     kelly@kellyrobertslaw.com

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the foregoing has been served on Friday, August 2, 2024, to all parties receiving notices via CM/ECF, and the parties listed below were served via U.S. or Certified Mail as indicated:

<u>U.S. Mail</u>:
None

<u>Certified Mail</u>:
None

                                    /s/ Kelly Roberts
                                  Kelly Roberts, Esq.
                                  Roberts Law, PLLC