**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

THE CENTER FOR SPECIAL NEEDS   Case No.:  8:24-bk-676-RCT
TRUST ADMINISTRATION, INC.,    Chapter 11

_____Debtor._____/

**NOTICE OF APPEARANCE FOR**
**CREDITOR AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that Roberts Law, PLLC, and the undersigned hereby give notice of their appearance in the above-captioned case on behalf of Creditor, **BENEFICIARY 21-12065**, in the above-styled cause, and request that a copy of each notice of any proceeding, hearing and/or report in this matter, be served upon the undersigned via CM/ECF or at the address provided below.

Respectfully submitted,

Roberts Law, PLLC
2075 Main Street, Suite 23
Sarasota, Florida 34237
Office (941) 444-9783
Fax (941) 296-8517
www.kellyrobertslaw.com


By: /s/ Kelly Roberts
Kelly Roberts, Esq.
F.B.N. 83804
kelly@kellyrobertslaw.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the foregoing has been served on Friday, August 2, 2024, to all parties receiving notices via CM/ECF, and the parties listed below were served via U.S. or Certified Mail as indicated:

U.S. Mail:
None

Certified Mail:
None

                                        /s/ Kelly Roberts
                                        Kelly Roberts, Esq.
                                        Roberts Law, PLLC