**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                              Case No. 8:24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                      Chapter 11

    Debtor.
_____/

**CHAPTER 11 TRUSTEE'S RESPONSE TO**
**NOTICE OF RULE 2004 EXAM (DOCUMENT PRODUCTION)**

Michael Goldberg, the Chapter 11 Trustee ("Chapter 11 Trustee"), by and through undersigned counsel, responds to the Notice of Rule 2004 Examination (Document Production) filed by Carol Mulholland, Creditor (Doc. 280) as follows:

**Requested Documents**

1. All documents regarding the preparation for the bankruptcy filing of the Center for Special Needs Trust Administration, Inc., including, but not limited to:

    a. Retaining people and companies, including financial and legal, to evaluate risks, benefits, type and kind of bankruptcy;

    b. All information provided to people and companies who were evaluated as prospective daily operators of CSNTA, including, but not limited to day to day financial operations;

    c. All information provided to people and companies who were hired as daily operators of CSNTA, including, but not limited to day to day financial operations, including, but not limited to NPerspective.

77112955;1

**Response:** The Chapter 11 Trustee objects to producing documents in response to Request Number 1 because the requested documents are outside the scope of Rule 2004 and are not relevant to Creditor's claim in this bankruptcy case.

2. All documents reflecting every action ever taken with every dollar of Jordan Frasure's money or money held for Jordan Frasure's benefit that was deposited with CSNTA, from the inception of her trust to the date of the response to this request.

**Response:** All documents responsive to this Request in the Chapter 11 Trustee's possession, custody or control will be produced.

3. All documents reflecting the location of every dollar of Jordan Frasure's money or money held for Jordan Frasure's benefit that was deposited with CSNTA, from the inception of her trust to the date of the response to this request.

**Response:** All documents responsive to this Request in the Chapter 11 Trustee's possession, custody or control will be produced.

4. A complete copy of every contract and every agreement with every person and entity who/which performed or who/which agreed to perform services for or on behalf of CSNTA, from CSNTA's inception through the date of the response to this request.

**Response:** The Chapter 11 Trustee objects to producing documents in response to Request Number 4 because the requested documents are outside the scope of Rule 2004 and are not relevant to Creditor's claim in this bankruptcy case.

5. A complete copy of the personnel file of every person who worked for CSNTA, from 2006 through the date of the response to this request, whether a 1099 contractor/employee, a W2 employee, or paid in any other manner.

**Response:** The Chapter 11 Trustee objects to producing documents in response to Request Number 5 because the requested documents are outside the scope of Rule 2004 and are not relevant to Creditor's claim in this bankruptcy case.

6. All communications sent to and received from each of the following from 2006 through the date of the response to this request:

a. Floyd Faglie;

b. John Staunton;

c. Staunton & Faglie, PL.

**Response:** All documents responsive to this Request related specifically to communications with Staunton & Faglie, PL regarding the Jordan Frasure Special Needs Trust were produced in response to the April 12, 2024 Notice of Rule 2004 Examination (Doc. 170). The Chapter 11 Trustee objects to producing documents responsive to this Request that do not relate specifically to the Jordan Frasure Special Needs Trust because the requested documents are outside the scope of Rule 2004 and are not relevant to Creditor's claim in this bankruptcy case.

7. All information provided to, received from, and all communications with, Cherry Bekaert, from 2006 through the date of the response to this request.

**Response:** There are no documents responsive to this Request that relate specifically to the Jordan Frasure Special Needs Trust. The Chapter 11 Trustee objects to producing documents responsive to this Request that do not relate specifically to the Jordan Frasure Special Needs Trust because the requested documents are outside the scope of Rule 2004 and are not relevant to Creditor's claim in this bankruptcy case.

8. All policies of insurance, including, but not limited to E&O, and professional liability, that may or do provide coverage for claims against officers, directors and employees of the Center for Special Needs Trust Administration, Inc.

**Response:** The Chapter 11 Trustee objects to producing documents in response to Request Number 8 because the requested documents are outside the scope of Rule 2004 and are not relevant to Creditor's claim in this bankruptcy case.

Dated: August 6, 2024.

Respectfully submitted,

By: */s/ Steven R. Wirth*
Steven R. Wirth
Florida Bar No.: 170380
Email: steven.wirth@akerman.com
Raye C. Elliott
Florida Bar No.: 18732
Email: raye.elliott@akerman.com
Akerman LLP
401 East Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837

*Counsel for Chapter 11 Trustee, Michael Goldberg*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 6, 2024, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record.

*/s/Steven R. Wirth*
Steven R. Wirth