### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

In re:                                                                                                 Case No. 8:24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                                              Chapter 11

    Debtor.
_____/

## NOTICE

Michael Goldberg, the Chapter 11 Trustee (the "Trustee"), by and through undersigned counsel, hereby provides notice to the Court that on August 6, 2024, the Trustee filed a copy of the Order (i) Granting Chapter 11 Trustee's Motion to Enforce Automatic Stay; and (ii) Denying as Moot American Momentum Bank's Motion for Relief from the Automatic Stay (Doc. 314) in *Chamberlin v. Boston Finance Group, LLC,* No. 8:24-cv-00438-SDM-AEP (M.D. Fla. filed Feb. 19, 2024) and *Orris v. Govoni,* No. 8:24-cv-00874-SDM-AEP (M.D. Fla. filed Apr. 9, 2024).

Dated: August 7, 2024                              Respectfully submitted,

                                                                  By: */s/ Steven R. Wirth*
                                                                      Steven R. Wirth
                                                                      Florida Bar No.: 170380
                                                                      Email: steven.wirth@akerman.com
                                                                      Raye C. Elliott
                                                                      Florida Bar No.:  18732
                                                                      Email:  raye.elliott@akerman.com
                                                                      Akerman LLP
                                                                      401 East Jackson Street, Suite 1700
                                                                      Tampa, Florida 33602
                                                                      Telephone: (813) 223-7333
                                                                      Facsimile: (813) 223-2837

                                                                      *Counsel for Chapter 11 Trustee, Michael Goldberg*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished on this 7th day of August 2024, by the Court's CM/ECF electronic mail system to all parties receiving electronic noticing.

*/s/ Steven R. Wirth*
Attorney

77566937;1