ORDERED.

Dated: August 12, 2024

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
http://www.flmb.uscourts.gov/

| | |
|---|---|
| In re: | Chapter 11 |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Case No. 8:24-bk-00676-RCT |
| Debtor. _____/ | |

**ORDER GRANTING MOTION TO COMPEL
TURNOVER OF RECORDS FROM AUSTIN COLBY CO.**

THIS CASE came on for hearing on June 14, 2024 on the *Motion to Compel Turnover of Records from Austin Colby Co.* (Doc. No. 23) (the "**Motion**"). The Motion seeks an order compelling Austin Colby Co. ("**Austin Colby**") to produce all electronically stored information ("**ESI**") and paper documents, and any other records belonging to the Debtor, or relating to the Debtor's property or financial affairs, back to the Debtor. For the reasons stated in open court, it is hereby,

**ORDERED:**

1. The Motion is **GRANTED**.

77558761;1

2. The protocol set forth below (the "**Protocol**") shall govern the turnover of records by Austin Colby to the Debtor.[1]

3. Not later than seven (7) days after the entry of this Order, Austin Colby shall produce at its place of business to the Trustee, two (2) SAN Storage devices (the "**Hard Drives**") purportedly containing all ESI and documents (a) belonging to the Debtor, (b) relating to the property or financial affairs of the Debtor, or (c) for work performed for or on behalf of the Debtor, (collectively, the "**Requested Information**").

4. The Trustee's representatives shall ensure that no data belonging to other clients of Austin Colby is taken or copied from the SAN Storage Array devices.

5. Austin Colby shall conduct a reasonable inquiry and turn over any other electronic or hard files containing the Requested Information that it discovers through such reasonable inquiry on or before the date that is fourteen (14) days after entry of this Order.

6. If any disputes arise in connection with the Protocol, they will be heard by the Court at the hearings in this case scheduled for September 9, 2024 at 2:00 p.m.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

*Attorney Steven R. Wirth is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the Order.*

---

[1] As of March 21, 2024, the Debtor is operating under the direction and control of Michael Goldberg, as chapter 11 trustee of the Debtor (the "**Trustee**").