UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

APPEAL COVER SHEET

| Appellant | Appellee |
|---|---|
| Clark Chamberlin, by and through his parents and co-guardians, Todd Chamberlin and Kelli Chamberlin | Michael Goldberg, Chapter 11 Trustee for the Estate of The Center for Special Needs Trust Administration, Inc. |
| | Official Committee of Unsecured Creditors |
| Bankruptcy Case No. 8:24-bk-00676-RCT | Adversary Case No. _____ |
| Attorney: (Name, Address and Telephone Number) | Attorney: (Name, Address and Telephone Number) |
| David Jennis, 606 E. Madison Street, Tampa, FL 33602, (813) 229-2800 | Steven R. Wirth, 401 East Jackson St., Ste. 1700, Tampa, FL 33602, (813) 223-7333 |
| Jonathan M. Streisfeld and Caroline Herter, 1 W Las Olas Blvd., Ste. 500, Fort Lauderdale, FL 33301, (954) 525-4100 | Scott A. Underwood and Megan Murray, 100 N Tampa Street, Suite 2325 Tampa, FL 33602, (813) 540-8401 |

**NATURE OF PROCEEDING**

Check appropriate item

[✓] Appeal pursuant to 28 USC §158
  Notice of Appeal filed: August 19, 2024
  Date of Order Appealed: August 5, 2024
  Title of Order Appealed: Order (I) Granting Chapter 11 Trustee's Motion to Enforce Automatic Stay (Doc. 314)
  Debtor's County of Residence: Pinellas

[ ] Motion to Withdraw Reference
  Filed: _____ By: _____

[ ] Interlocutory Appeal
  Title of Interlocutory Order or Decree: _____
  Date of Order or Decree: _____
  Brief Description of Matter Appealed: _____

[ ] Motion for Leave to Appeal
  Date Filed: _____

[ ] Other _____

[ ] Designation in Appeal
Have arrangements been made with a Court Reporter for Transcript?   [ ] Yes   [✓] No
If not, do you intend to do so?   [✓] Yes   [ ] No   If ordered, on what date? August 19, 2024

*/s/ Caroline Herter*

Attorney/Appellant