**[Dtrnabk]** [District Transmittal of Notice of Appeal – BK]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Case No. 8:24−bk−00676−RCT<br>Chapter 11 |
| The Center for Special Needs Trust Administration, Inc. | District Court Case No. 8:24-cv-01962 |
| _____Debtor(s)_____/ | |

TRANSMITTAL OF NOTICE OF APPEAL TO DISTRICT COURT

This is an appeal pursuant to 28 U.S.C. §158(a) from a judgment, order or decree of the Bankruptcy Court entered in this case.

Notice of Appeal filed by Clark Chamberlin, by and through his parents and co−guardians Todd Chamberlin and Kelli Chamberlin on August 19, 2024 (Doc. No. 323).

Title of order appealed is Order (I) Granting Chapter 11 Trustees Motion to Enforce Automatic Stay; and (II) Denying as Moot American Momentum Banks Motion for Relief from the Automatic Stay (Doc. No. 314) entered on August 5, 2024.

The party or parties included in the appeal to District Court are:

APPELLANT: Clark Chamberlin, Kelly Chamberlin and Todd Chamberlin

ATTORNEY: Caroline Herter of KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT One West Las Olas Blvd., Suite 500 Fort Lauderdale, Florida 33301 Telephone: 954−525−4100; Jonathan M. Streisfeld of KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT One West Las Olas Blvd., Suite 500 Fort Lauderdale, Florida 33301 Telephone: 954−525−4100; David S. Jennis of JENNIS MORSE 606 E. Madison Street Tampa, FL 33602 Telephone: (813) 229−2800

APPELLEE: Michael Goldberg, Chapter 11 Trustee 201 East Las Olas Blvd Suite 1800 Fort Lauderdale, FL 33301 954−468−2444

ATTORNEY: Steven R. Wirth of AKERMAN LLP 401 East Jackson Street Suite 1700 Tampa, Florida 33602 Telephone: (813) 223-7333 ; Raye C. Elliott of of AKERMAN LLP 401 East Jackson Street Suite 1700 Tampa, Florida 33602

ADDITIONAL PARTIES IN INTEREST INCLUDE:

Official Committee of Unsecured Creditors

ATTORNEY: Megan W. Murray of UNDERWOOD MURRAY, P.A. 100 N. Tampa Street, Suite 2325, Tampa, Florida 33602 Telephone: (813) 540−8401; Raye C. Elliott of UNDERWOOD MURRAY, P.A. 100 N. Tampa Street, Suite 2325, Tampa, Florida 33602 Telephone: (813) 540−8401

American Momentum Bank

ATTORNEY: Donald R. Kirk of CARLTON FIELDS, P.A. P.O. Box 3239, Tampa, FL 33601–3239 Telephone: (813) 223–7000

The items included in this transmittal pursuant to Fed. R. Bankr. P. 8003 are:

\*Notice of Appeal

The debtor's county of residence is Pinellas County, Florida.

DATED on August 20, 2024

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602

\*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.