ORDERED.

Dated: August 22, 2024

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| In re: | Case No. 8-24-bk-00676-RCT |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Chapter 11 |
| Debtor._____/ | |

**ORDER GRANTING CHAPTER 11 TRUSTEE'S**
**EXPEDITED MOTION FOR TURNOVER OF RECORDS**
**FROM FIDUCIARY TAX & ACCOUNTING SERVICES, LLC**

This case is before the Court upon the Chapter 11 Trustee's Expedited Motion for Turnover of Records From Fiduciary Tax & Accounting Services, LLC (Doc. 240) (the "Motion"). Upon review of the record before the Court and having heard argument of counsel at the hearing held on June 14, 2024, it is,

**ORDERED**:

    1.    The Motion is **GRANTED**.

    2.    Not later than three (3) after the entry of this Order, Fiduciary Tax & Accounting Services, LLC ("FTAS") shall turn over to Michael Goldberg, Chapter 11 Trustee, or his authorized representative, the following documents and records:

77598046;1

      i. To the extent not already provided, the 2023 income tax extensions filed by FTAS for each of the trusts administered by the Debtor;

      ii. To the extent not already provided, the income tax returns filed with the IRS and state returns or other required filings for the last four years (2020, 2021, 2022, and 2023), including the tax workpapers that support all trust tax returns, for each of the trusts administered by the Debtor; and

      iii. To the extent not already provided, a list of all the Trusts for which FTAS has prepared 2023 tax filings with the status of the tax filings to date for each of the trusts administered by the Debtor. To the extent 2023 tax returns have been prepared and filed, the copies of such returns and supporting tax workpapers shall be turned over as well.

3. Not later than three (3) after the entry of this Order, FTAS shall provide the Chapter 11 Trustee with full and complete access to its Lacerte tax platform it maintained for the Trusts.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Steven R. Wirth, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.

77598046;1