**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Case No. 8:24-bk-00676-RCT |
| Debtor. | Ref. Docket No. 330 |

**CERTIFICATE OF SERVICE**

I, WING LAI-CHAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 22, 2024, I caused to be served the "Order Granting Chapter 11 Trustee's Expedited Motion for Turnover of Records From Fiduciary Tax & Accounting Services, LLC," dated August 22, 2024 [Docket No. 330], by causing true and correct copies to be delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

/s/ Wing Lai-Chan
Wing Lai-Chan

**EXHIBIT A**

**THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.,**
**First Class Mail Additional Parties**

**FIDUCIARY TAX & ACCOUNTING SERVICES, LLC**
737 MAIN STREET, SUITE 201
SAFETY HARBOR, FL 34695

**FIDUCIARY TAX & ACCOUNTING SERVICES, LLC**
C/O ITS REGISTERED AGENT, JOHN WITECK
970 PALMETTO DRIVE
SAFETY HARBOR, FL 34695