**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

THE CENTER FOR SPECIAL NEEDS TRUST
ADMINISTRATION, INC.

        Debtor.
_____/

Case No.: 8:24-bk-00676-RCT

Chapter 11

**NOTICE OF ISSUANCE OF SUBPOENAS**

Michael I. Goldberg, Chapter 11 Trustee, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 45, hereby gives notice of the issuance of the following Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) (collectively, the "Subpoenas") on September 3, 2024, to the following:

1. American Albanian Trade Group, LLC;
2. American Czech Trade Group, LLC;
3. American Tax Professionals, LLC;
4. Austin Colby Company;
5. BCL Aviation, LLC;
6. BCL Aviation Partners, LLC;
7. BCL Medical Fund I, LLC; and
8. BCL Partners Fund LLC.

True and correct copies of the Subpoenas are attached to this Notice as **Composite Exhibit 1**.

Dated: September 3, 2024

AKERMAN LLP

By: */s/ Raye C. Elliott*
    Raye C. Elliott, Esq.
    Florida Bar Number: 018732

77613345;1

Email: raye.elliott@akerman.com
Steven R. Wirth, Esq.
Florida Bar No. 170380
Email: steven.wirth@akerman.com
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Telephone: (813) 223-7333
*Counsel for Chapter 11 Trustee, Michael I. Goldberg*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

         */s/ Raye C. Elliott*
           Raye C. Elliott, Esq.