UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,

Debtor.
_____/

Case No. 8:24-bk-00676-RCT

Chapter 11

## APPELLANTS' DESIGNATION OF RECORD ON APPEAL

Appellants, Clark Chamberlin, by and through his parents and co-guardians Todd Chamberlin and Kelli Chamberlin ("Appellants"), pursuant to Rule 8009(a) of the Federal Rules of Bankruptcy Procedure, hereby designate the following as the record on appeal, in connection with Appellants' *Notice of Appeal and Statement of Election* (Doc. 323):

**A. Court Filings – Case No. 8:24-bk-00676-RCT**

| Filing Date | Docket No. | Docket Text |
| --- | --- | --- |
| 04/29/2024 | 195 | Motion *to Enforce Automatic Stay* Filed by Steven R Wirth on behalf of Trustee Michael Goldberg |
| 05/10/2024 | 212 | Motion *to Set Briefing Schedule and Final Hearing on Motion to Enforce Automatic Stay* Filed by Steven R Wirth on behalf of Trustee Michael Goldberg |
| 05/21/2024 | 227 | Order *Granting Chapter 11 Trustee's Motion to Set Briefing Schedule and Final Hearing on Motion to Enforce Automatic Stay* |

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| 05/24/2024 | 233 | Agreed Motion to Extend Time to Briefing Scheduling Deadlines for Motion to Enforce Automatic Stay. Filed by Steven R Wirth on behalf of Trustee Michael Goldberg |
| 05/28/2024 | 234 | Order Granting Motion to Extend Time to *Extend Briefing Schedule Deadlines for the Motion to Enforce Automatic Stay (Extended Until June 7, 2024)* |
| 05/31/2024 | 243 | Agreed Motion to Extend Time to Extend Briefing Schedule Deadlines for Motion to Enforce Automatic Stay. Filed by Caroline Herter on behalf of Clark Chamberlin, Kelly Chamberlin, Todd Chamberlin |
| 06/05/2024 | 252 | Objection to *Chapter 11 Trustee's Motion to Enforce Automatic Stay* Filed by Caroline Herter on behalf of Clark Chamberlin, Kelly Chamberlin, Todd Chamberlin |
| 06/06/2024 | 253 | Joint Motion to Reschedule Hearing On *Motion to Enforce Automatic Stay, (II) Extend Briefing Schedule, and (III) Utilize June 14, 2024 Hearing Date as Scheduling Conference* Filed by Steven R Wirth on behalf of Trustee Michael Goldberg |
| 06/07/2024 | 255 | Order Granting *Agreed Motion to Extend Briefing Schedule Deadlines for the Motion to Enforce Automatic Stay to June 5, 2024. (The hearing on the Motion scheduled for June 14, 2024 at 1:30 p.m. is canceled.)* |

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| 06/14/2024 | 265 | Response to *Joint Motion to Reschedule Hearing On Motion to Enforce Automatic Stay, (II) Extend Briefing Schedule, and (III) Utilize June 14, 2024 Hearing Date as Scheduling Conference* Filed by Caroline Herter on behalf of Clark Chamberlin, Kelly Chamberlin, Todd Chamberlin |
| 06/25/2024 | 273 | Order Granting Motion To Reschedule Hearing *on Motion to Enforce Automatic Stay, (II) Extend Briefing Schedule, and (III) Utilize June 14, 2024 Hearing Date as Scheduling Conference* |
| 07/10/2024 | 290 | Reply *to Chamberlin Class Plaintiffs' Objection and American Momentum Bank's Objection to Chapter 11 Trustee's Motion to Enforce Automatic Stay* Filed by Steven R Wirth on behalf of Trustee Michael Goldberg |
| 07/11/2024 | 291 | Motion for Relief from Stay. (Fee Paid.) Re: Motion to Dismiss in Class Action Case. *(Precautionary)* Filed by Donald R Kirk on behalf of Creditor American Momentum Bank |
| 07/11/2024 | 291-2 | Motion for Relief from Stay. (Fee Paid.) Re: Motion to Dismiss in Class Action Case. *(Precautionary)* Filed by Donald R Kirk on behalf of Creditor American Momentum Bank - Attachments: # 2 Exhibit A [Amended Class Action Complaint] |

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| 07/12/2024 | 297 | Supplemental Memorandum *in Support of Motion to Enforce Automatic Stay (Doc. No. 195)* Filed by Megan Wilson Murray on behalf of Creditor Committee Unsecured Creditors' Committee |
| 07/17/2024 | 299 | Response to *(I) Chapter 11 Trustee's Reply in Support of Motion to Enforce Automatic Stay and (II) Official Committee of Unsecured Creditor's Memorandum in Support of Motion to Enforce Automatic Stay* Filed by Caroline Herter on behalf of Clark Chamberlin, Kelly Chamberlin, Todd Chamberlin |
| 07/19/2024 | 302 | Response to *American Momentum Bank's Precautionary Motion for Relief from the Automatic Stay* Filed by Steven R Wirth on behalf of Trustee Michael Goldberg |
| 07/20/2024 | 305 | Response to *American Momentum Bank's Motion for Relief from Stay Re: Motion to Dismiss in Class Action Case* Filed by Megan Wilson Murray on behalf of Creditor Committee Unsecured Creditors' Committee |
| 07/22/2024 | 306 | Response to *American Momentum Bank's Precautionary Motion for Relief from Automatic Stay* Filed by Caroline Herter on behalf of Clark Chamberlin, Kelly Chamberlin, Todd Chamberlin |

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| 07/23/2024 | * | Transcript of proceeding held 07/23/2024 |
| 08/05/2024 | 314 | Order Denying Motion For Relief From Stay *as Moot*, Order Granting Motion *to Enforce Automatic Stay* |
| 08/19/2024 | 323 | Notice of Appeal. (Fee Paid.) Filed by Caroline Herter on behalf of Clark Chamberlin, Kelly Chamberlin, Todd Chamberlin |

**B. Court Filings – Case No. 8:24-ap-00139-RCT**

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| 04/25/2024 | 1 | Complaint by Michael Goldberg, as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, Inc. against Boston Finance Group, LLC, Leo J. Govoni |

The designation of each item set forth above is intended to incorporate all exhibits and attachments to the item. Appellants reserve the right, to the fullest extent permissible, to supplement or amend this Designation.

Dated: September 3, 2024                    Respectfully submitted.

By: *s/ Caroline Herter*
David L. Ferguson FBN 981737
Jonathan M. Streisfeld FBN 117447
Caroline Herter FBN 1035444
**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-525-4100
ferguson@kolawyers.com

---

* Appellants have ordered the transcript of proceedings held July 23, 2024, and will supplement this Designation accordingly when the transcript is filed with the bankruptcy clerk.

streisfeld@kolawyers.com
herter@kolawyers.com

Thomas H. Leeder FBN: 746401
**LEEDER LAW**
8551 West Sunrise Blvd. | Ste. 202
Plantation, FL 33322
Telephone: (954) 734-2382
pleadings@leederlaw.com

David S. Jennis FBN 775940
Michael Stavros FBN 1033851
**JENNIS MORSE**
606 E. Madison Street
Tampa, FL 33602
Telephone: (813) 229-2800
djennis@jennislaw.com
mstavros@jennislaw.com

*Attorneys for Appellants Clark Chamberlin, Todd Chamberlin, and Kelli Chamberlin*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 3, 2024, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record. Additionally, Epiq Corporate Restructuring, LLC will cause a true and correct copy of the foregoing document to be served on all parties required to be served, including (i) the Chapter 11 Trustee, (ii) the Official Committee of Unsecured Creditors, (iii) American Momentum Bank, and (iv) the Local Rule 1007-2 Parties in Interest List.

By: */s/ Caroline Herter*
CAROLINE HERTER