**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,

    Debtor.
_____/

Case No. 8:24-bk-00676-RCT

Chapter 11

## APPELLANTS' STATEMENT OF THE ISSUES ON APPEAL

Appellants, Clark Chamberlin, by and through his parents and co-guardians Todd Chamberlin and Kelli Chamberlin ("Appellants"), pursuant to Rule 8009(a) of the Federal Rules of Bankruptcy Procedure, respectfully submit this Statement of the Issues on Appeal, in connection with Appellants' *Notice of Appeal and Statement of Election* (Doc. 323):

1. Whether the Bankruptcy Court erred in holding that the 11 U.S.C. § 362 automatic stay applies to claims seeking damages against non-debtor defendants for harm to non-debtor plaintiffs' special needs trusts.

2. Whether causes of action arising from and seeking damages for injuries to non-debtor beneficiaries' special needs trusts are the non-debtor beneficiaries' direct claims.

3. Whether the Chapter 11 Trustee has standing to pursue causes of action against non-debtor defendants arising from injuries to non-debtor beneficiaries' special needs trusts.

4. Whether the Bankruptcy Court erred in determining that claims arising from and seeking damages for injuries to non-debtor plaintiffs' special needs trusts are property of the bankruptcy estate.

5. Whether the Bankruptcy Court erred in holding that claims against non-debtor tortfeasors jointly liable with the Debtor for injuries to non-debtor plaintiffs' special needs trust property are claims against the Debtor.

6. Whether the Bankruptcy Court erred in holding that potential interference with the Chapter 11 Trustee's work and the administration of the underlying bankruptcy case constitutes a violation of the 11 U.S.C. § 362 automatic stay.

Appellants reserve the right, to the fullest extent permissible, to supplement or amend this Statement of the Issues on Appeal.

Dated: September 3, 2024

Respectfully submitted.

By: *s/ Caroline Herter*
David L. Ferguson FBN 981737
Jonathan M. Streisfeld FBN 117447
Caroline Herter FBN 1035444
**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-525-4100
ferguson@kolawyers.com
streisfeld@kolawyers.com
herter@kolawyers.com

Thomas H. Leeder FBN: 746401
**LEEDER LAW**
8551 West Sunrise Blvd. | Ste. 202
Plantation, FL 33322
Telephone: (954) 734-2382
pleadings@leederlaw.com

David S. Jennis FBN 775940
Michael Stavros FBN 1033851
**JENNIS MORSE**
606 E. Madison Street
Tampa, FL 33602
Telephone: (813) 229-2800
djennis@jennislaw.com
mstavros@jennislaw.com

*Attorneys for Appellants Clark Chamberlin, Todd Chamberlin, and Kelli Chamberlin*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 3, 2024, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record. Additionally, Epiq Corporate Restructuring, LLC will cause a true and correct copy of the foregoing document to be served on all parties required to be served, including (i) the Chapter 11 Trustee, (ii) the Official Committee of Unsecured Creditors, (iii) American Momentum Bank, and (iv) the Local Rule 1007-2 Parties in Interest List.

By: */s/ Caroline Herter*
CAROLINE HERTER