**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FILED VIA MAIL

SEP 3 2024

Clerk, U.S Bankruptcy Court
Middle District of Florida
Tampa Division

In re:                                                            Chapter 11

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                   Case No. 8:24-bk-00676-RCT

    Debtor

---

## MOTION TO BE APPRISED OF: 1) NATURE OF INSTANT CASE; AND 2) BENEFICIARY ROBERT HOLMES' STAKE IN THIS CASE

---

Comes the *pro se* incarcerated Beneficiary, Robert Holmes, III, pursuant to fundamental due process under the Fourteenth Amendment to the United States Constitution, and for the reasons set forth below, respectfully moves the Court to cause said Beneficiary to be apprised of the nature of this case and his stake in this case.

Some six weeks ago, Mr. Holmes filed herein his "Notice of Appearance and of Beneficiary Robert Holmes' Belated Notification of Pendency of Instant Litigation." Within said Notice, Mr. Holmes sought to be apprised of the facts and circumstances of the instant proceedings and he advised that he wished to preserve and protect his interests in same. Notice at ¶ 3.

Holmes certified service of said Notice on United States Bankruptcy Judge Roberta Colton, Office of the United States Trustee, Chief Restructuring Officer William Long, Jr., Steven Wirth, Esq., and Epiq Corporate Restructuring, LLC.

Such facts notwithstanding, Mr. Holmes has not received any acknowledgment of his said Notice, nor has he otherwise been apprised of the pertinent facts.

Accordingly, with all due respect, Holmes moves the Court to ensure that Holmes is duly notified of the nature of this litigation and how he is potentially impacted thereby. Thus far all he has been able to glean is that he is a beneficiary. Such was discerned when he belatedly received a copy of "Sixth Interim Order Granting Debtor's Emergency Motion for Approval of Trust Distribution Procedures" entered herein on July 3, 2024.

IMPORTANT NOTICE REGARDING PRIVILEGED LEGAL MAIL sent to Mr. Holmes. It is Kentucky Department of Corrections' policy that all incoming mail must be properly addressed complete with Inmate Name and I.D. number as reflected below. Otherwise such mail will be REJECTED and returned to sender. ADDITIONALLY, PLEASE BE ADVISED that the front of the incoming envelope should be marked, "NOT PRIVILEGED MAIL." Otherwise, the sender must visit the Kentucky DOC website and obtain an Attorney Control Number ("ACN") to appear on the front of the envelope.

Respectfully submitted,

_____
ROBERT HOLMES, III
#287835
Western Kentucky Correctional Complex
374 New Bethel Church Road
Fredonia, Kentucky 42411.

NOTICE

PLEASE TAKE NOTICE that the foregoing Motion will be mailed, first class U.S. postage prepaid, this 27th day of August, 2024, to the Clerk of Court, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602, to be filed upon receipt and considered at the convenience of the Court.

_____
ROBERT HOLMES, III

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion was mailed, first class U.S. postage prepaid, this 27th day of August, 2024, to:

Honorable Roberta A. Colton
United States Bankruptcy Judge
Sam M. Gibbons United States Courthouse
801 N. Florida Avenue
Courtroom 8A
Tampa, FL 33602

William A. Long, Jr.
Chief Restructuring Officer
12425 28th Street N.
St. Petersburg, FL 33716

Epiq Corporate Restructuring, LLC
P.O. Box 4470
Beaverton, OR 97076

Office of the United States Trustee
501 East Polk Street
Room 1200
Tampa, FL 33602

Akerman LLP
ATTN: Steven R. Wirth, Esq.
401 E. Jackson Street, Ste. 1700
Tampa, FL 33602

Michael Goldberg
Chapter 11 Trustee of the Debtor
350 East Olas Boulevard, Ste. 1600
Fort Lauderdale, FL 33301

_____
ROBERT HOLMES, III

Robert Holmes, III
#287835
Western KY Correctional Complex
Fredonic, KY 42411

Honorable Roberta Colton
United States Bankruptcy Judge
Sam M. Gibbons United States Courthouse
801 N. Florida Avenue
Courtroom 8A
Tampa, FL 33602

CERTIFIED MAIL

7020 0410 0001 0650 8107

Screened by USMS

$0.69
US POSTAGE FIRST-CLASS
062S0001261990
42411

33602-384604