**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                          Case No.: 8:24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS                             Chapter 11
TRUST ADMINISTRATION, INC.,

      Debtor.
_____/

**NOTICE OF APPLICATION FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES AND**
**OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

      Akerman LLP, counsel for Michael Goldberg, Chapter 11 Trustee ("Applicant"), has filed an application for compensation in the amount of $601,700.00, reimbursement of expenses in the amount of $4,820.08, compensation in the amount of $44,300.00 for the Chapter 11 Trustee, compensation in the amount of $51,890.00 for Akerman LLP's eDiscovery Services Team, and reimbursement of expenses in the amount of $27,569.14 for Akerman LLP's e-Discovery Services Team (the "Application") (Doc. 339). A copy of the Application may be viewed on the case docket or may be obtained by request to Applicant at (813) 223-7333 or steven.wirth@akerman.com.

      If you object to the Application, you must file an objection with the Clerk of Court at the Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602 within 21 days from the date of the proof of service below, plus an additional three days if this notice was served on any party by U.S. Mail.

      If you file and serve an objection within the time permitted, the Court will either (1) notify you of a hearing date, or (2) consider the Application and objection and approve or disapprove the Application without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the Application, and the Court will consider the Application without further notice or hearing

Dated: September 6, 2024                AKERMAN LLP

                                                          By: */s/ Steven R. Wirth*
                                                             Steven R. Wirth
                                                             Florida Bar No.: 170380
                                                            Email: steven.wirth@akerman.com
                                                            Raye C. Elliott
                                                           Florida Bar No.:  18732
                                                           Email:  raye.elliott@akerman.com
                                                           401 East Jackson Street, Suite 1700
                                                           Tampa, Florida 33602
                                                           Telephone: (813) 223-7333

77772579;1

                                    Facsimile: (813) 223-2837
                                    *Counsel for Chapter 11 Trustee, Michael Goldberg*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on September 6, 2024, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record. Additionally, Epiq Corporate Restructuring, LLC will cause a true and correct copy of the foregoing document to be served on all parties required to be served, including the Debtor and the Local Rule 1007-2 Parties in Interest List, and will file a certificate or affidavit of service.

                                    */s/ Steven R. Wirth*
                                    Attorney

77772579;1