UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.

        Debtor.

Case No.: 8:24-bk-00676-RCT

Chapter 11

_____/

## NOTICE OF ISSUANCE OF SUBPOENAS

Michael I. Goldberg, Chapter 11 Trustee, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 45, hereby gives notice of the issuance of the following Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) (collectively, the "Subpoenas") on September 9, 2024, to the following:

True and correct copies of the Subpoenas are attached to this Notice as **Composite Exhibit 1**.

1. BFG Columbus Holdings, LLC;
2. BFG Columbus Repair, LLC;
3. BFG Heartland, LLC;
4. BFG Investment Holdings, LLC;
5. BFG Loan Holdings, LLC;
6. BFG West, LLC;
7. BHC Asset Group; LLC; and
8. Big Storm Brewing Company.

Dated: September 9, 2024

AKERMAN LLP

By: /s/ Raye C. Elliott
    Raye C. Elliott, Esq.
    Florida Bar Number: 018732
    Email: raye.elliott@akerman.com
    Steven R. Wirth, Esq.
    Florida Bar No. 170380

77916918;1

Email: steven.wirth@akerman.com
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Telephone: (813) 223-7333
*Counsel for Chapter 11 Trustee, Michael I. Goldberg*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

    */s/ Raye C. Elliott*
    Raye C. Elliott, Esq.

2

77916918,1