

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

09/09/2024 02:00 PM

COURTROOM 8A

HONORABLE ROBERTA COLTON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:24-bk-00676-RCT** | 11 | **02/09/2024** |

**Chapter 11**

**DEBTOR:**   The Center for Special Needs Trust Administration, Inc.


**DEBTOR ATTY:**   Mark Wall

**TRUSTEE:**   Michael Goldberg

**HEARING:**

(1) Con't   Status Conference
(2) Amended Emergency Motion for Approval
of Trust Distribution Procedures by Debtor
(Doc #321)
Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Creditor Committee
Unsecured Creditors' Committee (related
document(s)[18], [63], [10]))   (Doc #118)
Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Trustee Michael
Goldberg (related document(s)[18], [63], [10]).
(Doc #119)
~(3) Con't Emergency Motion for Interim
and Final Orders Granting (A) Authority to
(I) Maintain Trust Bank Accounts and to
Continue to Use Existing Business Forms
and Checks for Trust Bank Accounts, and
(II) Continue to Use Existing Trust Cash
Management System, and (B) Waiver
of Certain Investment and Deposit Guidelines
by Debtor (Doc 18)
Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Creditor Committee
Unsecured Creditors' Committee (related
document(s)[18], [63], [10])   (Doc #118)
Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Trustee Michael
Goldberg (related document(s)[18], [63], [10]).
(Doc #119)

Note: Prior Hearing(s): 2/13/24; 2/27/24; 3/28/24;
4/15/24; 5/23/24; 6/14/24; 7/23/24
Related Adv 24-ap-139 Goldberg vs Boston Finance Grp

**APPEARANCES:**: Steven Wirth; Megan Murray; Teresa Dorr; Edward Peterson; Lynn Sherman; Yusuf Haidermota; Madeleine Miller; Caroline Herter; Donald Kirk

**WITNESSES:**

**EVIDENCE:**

**RULING:** (1) Con't   Status Conference -   CON'T TO 1/9/25 @ 9:30 AM (AOCNFNG)
(2) Amended Emergency Motion for Approval of Trust Distribution Procedures by Debtor
(Doc #321) -   GRANTED ON EIGHTH INTERIM BASIS   TO 1/9/25 @ 9:30 AM. AS
AMENDED, AS DISCUSSED IN OPEN COURT; ORDER BY WIRTH
Limited Objection to the Debtor's Trust Motions and Reservation of Rights by Creditor Committee Unsecured Creditors'
Committee (related document(s)[18], [63], [10]))   (Doc #118)
Limited Objection to the Debtor's Trust Motions and Reservation of Rights by Trustee
Michael Goldberg (related document(s)[18], [63], [10]). (Doc #119)
(3) Con't Emergency Motion for Interim and Final Orders Granting (A) Authority to
(I) Maintain Trust Bank Accounts and to Continue to Use Existing Business Forms
and Checks for Trust Bank Accounts, and (II) Continue to Use Existing Trust Cash
Management System, and (B) Waiver of Certain Investment and Deposit Guidelines
by Debtor (Doc 18) -   GRANTED ON EIGHTH ITERIM BASIS TO 1/9/25 @ 9:30 AM
AS PREVIOUSLY APPROVED; ORDER BY WIRTH     Limited Objection to the Debtor's
Trust Motions and Reservation of Rights by Creditor Committee Unsecured Creditors'
Committee (related document(s)[18], [63], [10])   (Doc #118)
Limited Objection to the Debtor's Trust Motions and Reservation of Rights by Trustee
Michael Goldberg (related document(s)[18], [63], [10]). (Doc #119)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.