United States Bankruptcy Court
Middle District of Florida

| | |
|---|---|
| In re: | Case No. 24-00676-RCT |
| The Center for Special Needs Trust Admin | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 1 of 5 |
| Date Rcvd: Sep 09, 2024 | Form ID: noftrns | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | John Ryan Yant, Esq, Carlton Fields, 4221 West Boy Scout Blvd, Suite 1000, Tampa, FL 33607-5780 |
| + | Thomas H Leeder, Esq, Leeder Law, 8551 West Sunrise Blvd, Suite 202, Plantation, FL 33322-4007 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Byron Wright, III | on behalf of Creditor Jimmie Crim Jr. twright@brunerwright.com, melanie@brunerwright.com;laura@brunerwright.com;skelley@brunerwright.com;judy@brunerwright.com |
| Caroline Herter | on behalf of Creditor Kelly Chamberlin herter@kolawyers.com |
| Caroline Herter | on behalf of Creditor Clark Chamberlin herter@kolawyers.com |
| Caroline Herter | on behalf of Creditor Todd Chamberlin herter@kolawyers.com |
| Cassie Maneen | on behalf of Creditor American Momentum Bank cmaneen@beckredden.com amclawchlin@beckredden.com;cassie-maneen-1380@ecf.pacerpro.com |

Catherine Choe
    on behalf of Trustee Michael Goldberg catherine.choe@akerman.com

Curtis Miner
    on behalf of Creditor Beneficiary 22-12211 curt@colson.com

Curtis Miner
    on behalf of Creditor Beneficiary 22-12212 curt@colson.com

Daniel A Nicholas
    on behalf of Interested Party John Staunton mr.danicholas@gmail.com Daniel.nicholas@csklegal.com

Daniel A Nicholas
    on behalf of Interested Party Staunton & Faglie PL mr.danicholas@gmail.com Daniel.nicholas@csklegal.com

Daniel E Etlinger
    on behalf of Creditor Committee Unsecured Creditors' Committee detlinger@underwoodmurray.com dstrand@underwoodmurray.com;detlinger@ecf.courtdrive.com

Daniel R Fogarty
    on behalf of Debtor The Center for Special Needs Trust Administration  Inc. dfogarty.ecf@srbp.com, srbpecf@srbp.com

David L Ferguson
    on behalf of Creditor Todd Chamberlin ferguson@kolawyers.com nunez@kolawyers.com;9002577420@filings.docketbird.com

David L Ferguson
    on behalf of Creditor Kelly Chamberlin ferguson@kolawyers.com nunez@kolawyers.com;9002577420@filings.docketbird.com

David L Ferguson
    on behalf of Creditor Clark Chamberlin ferguson@kolawyers.com nunez@kolawyers.com;9002577420@filings.docketbird.com

David S Jennis
    on behalf of Creditor Todd Chamberlin djennis@jennislaw.com ecf@jennislaw.com;karon@jennislaw.com;marj@jennislaw.com

David S Jennis
    on behalf of Creditor Clark Chamberlin djennis@jennislaw.com ecf@jennislaw.com;karon@jennislaw.com;marj@jennislaw.com

David S Jennis
    on behalf of Creditor Kelly Chamberlin djennis@jennislaw.com ecf@jennislaw.com;karon@jennislaw.com;marj@jennislaw.com

Dean G Rallis, Jr
    on behalf of Attorney Dean G. Rallis Jr. drallis@hahnlawyers.com jevans@hahnlawyers.com;jevans@ecf.courtdrive.com;drallis@ecf.courtdrive.com

Donald R Kirk
    on behalf of Creditor American Momentum Bank dkirk@carltonfields.com kathompson@carltonfields.com

Edward J. Peterson, III
    on behalf of Interested Party Fiduciary Tax & Accounting Services  LLC edwardp@jpfirm.com, andrenaw@jpfirm.com;JillC@jpfirm.com;melanief@jpfirm.com;AngelinaL@jpfirm.com

Edward J. Peterson, III
    on behalf of Creditor Austin Colby Co. edwardp@jpfirm.com andrenaw@jpfirm.com;JillC@jpfirm.com;melanief@jpfirm.com;AngelinaL@jpfirm.com

Edward J. Peterson, III
    on behalf of Interested Party Boston Asset Management  Inc. edwardp@jpfirm.com, andrenaw@jpfirm.com;JillC@jpfirm.com;melanief@jpfirm.com;AngelinaL@jpfirm.com

Epiq Corporate Restructuring, LLC (SJG)
    sgarabato@epiqsystems.com rjacobs@ecf.epiqsystems.com

Eric S Koenig
    on behalf of Creditor Boston Finance Group  LLC ekoenig@trenam.com

Eric S Koenig
    on behalf of Defendant Leo J. Govoni ekoenig@trenam.com

Eric S Koenig
    on behalf of Defendant Boston Finance Group  LLC ekoenig@trenam.com

Eric S Koenig
    on behalf of Creditor Leo J. Govoni ekoenig@trenam.com

Inger M. Garcia
    on behalf of Creditor Christopher Gonsalves attorney@ingergarcia.com

James B. Angell
    on behalf of Creditor c/o James Angell Beneficiary 20-11645 jangell@hsfh.com

James B. Angell
    on behalf of Attorney James Angell jangell@hsfh.com

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 3 of 5 |
| Date Rcvd: Sep 09, 2024 | Form ID: noftrns | Total Noticed: 2 |

James B. Angell
    on behalf of Creditor c/o James Angell Beneficiary 19-11290 jangell@hsfh.com

James B. Angell
    on behalf of Creditor c/o James Angell Beneficiary 21-12042 jangell@hsfh.com

James B. Angell
    on behalf of Creditor c/o James Angell Beneficiary 15-9518 jangell@hsfh.com

James B. Angell
    on behalf of Creditor c/o James Angell Beneficiary 19-11289 jangell@hsfh.com

James B. Angell
    on behalf of Creditor c/o James Angell Beneficiary 20-11861 jangell@hsfh.com

James B. Angell
    on behalf of Creditor c/o James Angell Beneficiary 22-12109 jangell@hsfh.com

James B. Angell
    on behalf of Creditor c/o James Angell Beneficiary 19-11391 jangell@hsfh.com

James B. Angell
    on behalf of Creditor c/o James Angell Beneficiary 20-11644 jangell@hsfh.com

James B. Angell
    on behalf of Creditor c/o James Angell Beneficiary 23-12341 jangell@hsfh.com

James B. Angell
    on behalf of Creditor c/o James Angell Beneficiary 22-12105 jangell@hsfh.com

James B. Angell
    on behalf of Creditor c/o James Angell Beneficiary 20-11837 jangell@hsfh.com

James B. Angell
    on behalf of Creditor c/o James Angell Beneficiary 20-11632 jangell@hsfh.com

Jason S Rigoli
    on behalf of Creditor Milton McMinn as Guardian of Chase McMinn Special Needs Trust jrigoli@furrcohen.com rrivera@furrcohen.com;staff1@furrcohen.com

Jay B Verona
    on behalf of Creditor Randy Jones jverona@shumaker.com mhartz@shumaker.com

Jerry M Markowitz
    on behalf of Interested Party Shawn Norville as Guardian for Israel Norville jmarkowitz@mrthlaw.com ycandia@mrthlaw.com;rrubio@mrthlaw.com;rhartog@mrthlaw.com;mrthbkc@gmail.com;markowitzjr73991@notify.bestcase.com;jmarkowitz@ecf.courtdrive.com

John R Yant
    on behalf of Creditor The Theresa Alessandra Russo Foundation ryant@carltonfields.com dlester@carltonfields.com;kathompson@carltonfields.com

Jonathan M. Streisfeld
    on behalf of Creditor Todd Chamberlin streisfeld@kolawyers.com

Jonathan M. Streisfeld
    on behalf of Creditor Clark Chamberlin streisfeld@kolawyers.com

Jonathan M. Streisfeld
    on behalf of Creditor Kelly Chamberlin streisfeld@kolawyers.com

Kelly K Roberts
    on behalf of Creditor Beneficiary 04-0091 Kelly@kellyrobertslaw.com robertskr88423@notify.bestcase.com

Kelly K Roberts
    on behalf of Creditor BENEFICIARY 09-2219 Kelly@kellyrobertslaw.com robertskr88423@notify.bestcase.com

Kelly K Roberts
    on behalf of Creditor BENEFICIARY 08-1823 Kelly@kellyrobertslaw.com robertskr88423@notify.bestcase.com

Kelly K Roberts
    on behalf of Creditor BENEFICIARY 19-11269 Kelly@kellyrobertslaw.com, robertskr88423@notify.bestcase.com

Kelly K Roberts
    on behalf of Creditor BENEFICIARY 19-11268 Kelly@kellyrobertslaw.com robertskr88423@notify.bestcase.com

Kelly K Roberts
    on behalf of Creditor BENEFICIARY 19-11372 Kelly@kellyrobertslaw.com robertskr88423@notify.bestcase.com

Kelly K Roberts
    on behalf of Creditor BENEFICIARY 21-12065 Kelly@kellyrobertslaw.com robertskr88423@notify.bestcase.com

Lara Roeske Fernandez

District/off: 113A-8                             User: admin                                Page 4 of 5
Date Rcvd: Sep 09, 2024                     Form ID: noftrns                           Total Noticed: 2

| | |
|---|---|
| | on behalf of Creditor Boston Finance Group  LLC lfernandez@trenam.com, mmosbach@trenam.com;mwoods@trenam.com;lfernandez@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com |
| Lara Roeske Fernandez | |
| | on behalf of Defendant Leo J. Govoni lfernandez@trenam.com mmosbach@trenam.com;mwoods@trenam.com;lfernandez@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com |
| Lara Roeske Fernandez | |
| | on behalf of Creditor Leo J. Govoni lfernandez@trenam.com mmosbach@trenam.com;mwoods@trenam.com;lfernandez@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com |
| Lara Roeske Fernandez | |
| | on behalf of Defendant Boston Finance Group  LLC lfernandez@trenam.com, mmosbach@trenam.com;mwoods@trenam.com;lfernandez@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com |
| Lauren A Baio | |
| | on behalf of Creditor Louise Pino lauren.baio@arlaw.com  catherine.lockley@arlaw.com;jessica.eck@arlaw.com |
| Linda M Leali | |
| | on behalf of Attorney Linda Leali lleali@lealilaw.com |
| Marcos Rosales | |
| | on behalf of Creditor American Momentum Bank mrosales@beckredden.com  aerickson@beckredden.com |
| Mark C Anderson | |
| | on behalf of Creditor James Victor Flynn Special Needs Trust mark@andersonlex.com |
| Mark C Anderson | |
| | on behalf of Creditor Michael Szalka  Legal Guardian of James Victor Flynn mark@andersonlex.com |
| Mark C Anderson | |
| | on behalf of Creditor Lee Guardianship Services  Inc. mark@andersonlex.com |
| Mark C Anderson | |
| | on behalf of Creditor Kienan Freeman Special Needs Trust mark@andersonlex.com |
| Mark C Anderson | |
| | on behalf of Creditor Rebekah Bowman mark@andersonlex.com |
| Mark M Wall | |
| | on behalf of Debtor The Center for Special Needs Trust Administration  Inc. mwall@hwhlaw.com, zenetria.williams@hwhlaw.com |
| Marshall G Reissman | |
| | on behalf of Creditor The Cheryl Martin Special Needs Trust mgreissman@gmail.com legal.assistant.rlgpa@gmail.com;BK_sheppard@yahoo.com |
| Marshall G Reissman | |
| | on behalf of Creditor Cheryl Martin mgreissman@gmail.com  legal.assistant.rlgpa@gmail.com;BK_sheppard@yahoo.com |
| Matthew B Hale | |
| | on behalf of Debtor The Center for Special Needs Trust Administration  Inc. mhale.ecf@srbp.com, mhale@srbp.com;srbpecf@srbp.com |
| Matthew S Kish | |
| | on behalf of Creditor Jennifer Branton mkish@sbwh.law  rmorales@sbwh.law;r65072@notify.bestcase.com |
| Megan Wilson Murray | |
| | on behalf of Creditor Committee Unsecured Creditors' Committee mmurray@underwoodmurray.com dstrand@underwoodmurray.com;mmurray@ecf.courtdrive.com |
| Michael A Nardella | |
| | on behalf of Creditor Carol Mulholland mnardella@nardellalaw.com klynch@nardellalaw.com;kcooper@nardellalaw.com;psmith@nardellalaw.com;msayne@nardellalaw.com;kosment@nardellalaw.com |
| Michael A Nardella | |
| | on behalf of Creditor BENEFICIARY 06-0652 mnardella@nardellalaw.com klynch@nardellalaw.com;kcooper@nardellalaw.com;psmith@nardellalaw.com;msayne@nardellalaw.com;kosment@nardellalaw.com |
| Michael I Goldberg | |
| | on behalf of Trustee Michael Goldberg michael.goldberg@akerman.com  charlene.cerda@akerman.com |
| Noel R Boeke | |
| | on behalf of Interested Party Pierreisna Archille noel.boeke@hklaw.com  danielle.decker@hklaw.com;hapi@hklaw.com |
| Noel R Boeke | |
| | on behalf of Interested Party Arne Timothy Solheim noel.boeke@hklaw.com  danielle.decker@hklaw.com;hapi@hklaw.com |

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 5 of 5 |
| Date Rcvd: Sep 09, 2024 | Form ID: noftrns | Total Noticed: 2 |

Patrick Mosley
    on behalf of Debtor The Center for Special Needs Trust Administration Inc. patrick.mosley@hwhlaw.com, tricia.elam@hwhlaw.com

Raye Curry Elliott
    on behalf of Trustee Michael Goldberg raye.elliott@akerman.com jennifer.meehan@akerman.com;ava.hill@akerman.com

Richard A. Perry
    on behalf of Creditor The Javier Persales Irrevocable Trust richard@rapocala.com rapocala@yahoo.com,staff@rapocala.com,karen@rapocala.com;perry.richardb129413@notify.bestcase.com

Scott A Underwood
    on behalf of Creditor Committee Unsecured Creditors' Committee sunderwood@underwoodmurray.com dstrand@underwoodmurray.com;sunderwood@ecf.courtdrive.com

Scott A. Stichter
    on behalf of Debtor The Center for Special Needs Trust Administration Inc. sstichter.ecf@srbp.com, srbpecf@srbp.com

Scott A. Stichter
    on behalf of Attorney Stichter Riedel, Blain & Postler, P.A. sstichter.ecf@srbp.com, srbpecf@srbp.com

Sherri B Simpson
    on behalf of Creditor Marie R. Dore Guardian of Gaellen Fabre sbs@simpsonlawfl.com

Steven R Wirth
    on behalf of Trustee Michael Goldberg steven.wirth@akerman.com john.dicks@akerman.com,caren.collier@akerman.com;jennifer.meehan@akerman.com

Steven R Wirth
    on behalf of Plaintiff Michael Goldberg as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, Inc. steven.wirth@akerman.com, john.dicks@akerman.com,caren.collier@akerman.com;jennifer.meehan@akerman.com

Stuart Wilson-Patton
    on behalf of Creditor TennCare Stuart.Wilson-Patton@ag.tn.gov

Teresa Marie Dorr
    on behalf of U.S. Trustee United States Trustee - TPA teresa.dorr@usdoj.gov lizette.montanez@usdoj.gov

United States Trustee - TPA
    USTPRegion21.TP.ECF@USDOJ.GOV

William A McBride
    on behalf of Creditor Leo J. Govoni bmcbride@trenam.com lbehr@trenam.com

William A McBride
    on behalf of Creditor Boston Finance Group LLC bmcbride@trenam.com, lbehr@trenam.com

William A McBride
    on behalf of Defendant Boston Finance Group LLC bmcbride@trenam.com, lbehr@trenam.com

William A McBride
    on behalf of Defendant Leo J. Govoni bmcbride@trenam.com lbehr@trenam.com

Yusuf Haidermota
    on behalf of Creditor Randy Jones yhaidermota@shumaker.com dfernandez@shumaker.com

TOTAL: 97

**[noftrns]** [Notice Regarding Filing of Transcript]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                            Case No. 8:24−bk−00676−RCT
                                                                              Chapter 11

The Center for Special Needs Trust Administration, Inc.
12425 28th St. N.
Saint Petersburg, FL 33716


       _____Debtor(s)_____/

### NOTICE REGARDING FILING OF TRANSCRIPT AND DEADLINE FOR FILING NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT

    Notice is hereby given that an official transcript of a proceeding held on July 23, 2024 has been filed on September 6, 2024 , by the court reporter in the above captioned matter.

    Pursuant to Local Rule 5077−1, within seven (7) calendar days of the date of service of this notice, the parties shall file with the court a local form "Notice of lntent to Request Redaction of Transcript." Parties timely filing the local form "Notice of lntent to Request Redaction of Transcript" shall, within 21 calendar days of the date the transcript was docketed, unless otherwise ordered by the court, file a "Statement of Personal Data Identifier Redaction Request" which shall indicate, by page and line number, the location of the personal data identifiers for which redaction is being requested. Since the "Statement" once filed, will appear as a public document on the docket, the "Statement" should be worded so as not to contain unredacted personal identifiers.

    Parties to the case who are (or represent) persons whose personal data identifier may appear in the transcript and who wish to review the unredacted transcript may either purchase a copy of the transcript from the court reporter or view a copy of the transcript at no charge in any of the clerk's three divisional offices.

    If a "Notice of Intent to Request Redaction of Transcript" has not been filed by the deadline indicated above, absent further order of the court, the transcript will be made available on the docket as a publicly accessible document, subject to applicable access charges.

        DATED on September 9, 2024 .

                                FOR THE COURT
                                Sheryl L. Loesch , Clerk of Court

                                Sam M. Gibbons United States Courthouse
                                801 North Florida Avenue
                                Suite 555
                                Tampa, FL 33602


Copies Furnished to All Parties to the Hearing