ORDERED.

Dated:  September 17, 2024

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

THE CENTER FOR SPECIAL
NEEDS TRUST ADMINISTRATION, INC.,

Debtor.
_____/

Case No. 8:24-bk-00676-RCT

Chapter 11

**ORDER GRANTING, IN PART, OFFICIAL COMMITTEE**
**OF UNSECURED CREDITOR'S EMERGENCY MOTION TO**
**SHORTEN TIME TO RESPOND TO REQUESTS FOR PRODUCTION**
(Doc. 352)

THIS MATTER came before the Court for consideration without a hearing on the *Official Committee of Unsecured Creditors'* (the "**Committee**") *Emergency Motion to Shorten Time to Five Business Days to Respond to Respond to Requests for Production* (Doc. 352) (the "**Motion**"). The Committee seeks the entry of an order shortening time requiring Leo John Govoni ("**Govoni**") and Boston Financial Group ("**BFG**") to respond to limited requests for production, within five (5) business days of service of the discovery.

Upon review of the Motion, and being otherwise apprised of the facts, the Court finds that

a shortened response period is appropriate under the circumstances. Accordingly, it is

**ORDERED:**

1. The Motion (Doc. 352) is **GRANTED, in part,** as set forth below.

2. BFG and Govoni shall produce documents responsive to the Requests for Production (Doc. 350 and 351) within ten (10) calendar days after service of such discovery.

3. The Committee shall share all responsive documents with the Chapter 11 Trustee.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Megan W. Murray is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.