## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.

    Debtor.
_____/

Case No.: 8:24-bk-00676-RCT

Chapter 11

## NOTICE OF ISSUANCE OF SUBPOENAS

Michael I. Goldberg, Chapter 11 Trustee, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 45, hereby gives notice of the issuance of the following Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) (collectively, the "Subpoenas") on September 18, 2024, to the following:

True and correct copies of the Subpoenas are attached to this Notice as **Composite Exhibit 1**.

1. Big Storm Canteen, LLC;
2. Big Storm Cape Coral, LLC;
3. Big Storm Coffee Company, LLC;
4. Big Storm Creamery, LLC;
5. Big Storm Distilling Company, LLC;
6. Big Storm Pasco, LLC;
7. Big Storm Pinellas; LLC; and
8. Big Storm Real Estate, LLC.

Dated: September 18, 2024    AKERMAN LLP

              By: */s/ Raye C. Elliott*
                Raye C. Elliott, Esq.
                Florida Bar Number: 018732
                Email: raye.elliott@akerman.com
                Steven R. Wirth, Esq.
                Florida Bar No. 170380

78054354;1

Email: steven.wirth@akerman.com
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Telephone: (813) 223-7333
*Counsel for Chapter 11 Trustee, Michael I. Goldberg*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 18, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

  */s/ Raye C. Elliott*
Raye C. Elliott, Esq.

2

78054354;1