**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| In re: | Case No. 8-24-bk-00676-RCT |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Chapter 11 |
| Debtor. | |

## APPELLEE'S CROSS-DESIGNATION OF RECORD ON APPEAL

Pursuant to Fed. R. Bankr. P. 8009(a)(2), Appellee Chapter 11 Trustee, Michael Goldberg, hereby cross-designates the following additional items for the record on appeal, in connection with Appellants' Notice of Appeal and Statement of Election (Doc. 323):

**A.    Court Filings – Case No. 8-24-bk-00676-RCT**

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| 9/6/24 | 339 | First Application for Interim Compensation Filed by Chapter 11 Trustee Michael Goldberg |

**B.    Court Filings – Case No. 8:24-ap-00139-RCT**

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| 8/20/24 | 20 | Agreed Order Granting Motion For Partial Summary Judgment *(as to Counts I and II of the Complaint for breach of the Loan Documents by BFG (Count I) and breach of the Guaranty by Govoni (Count II) as to liability only.)* |
| 9/13/24 | 23 | Motion For Summary Judgment *(re: Damages)* Filed by Steven R Wirth on behalf of Plaintiff Michael Goldberg, as Chapter |

|  |  | 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, Inc. |
|--|--|--|

The designation of each item set forth above is intended to incorporate all exhibits and attachments to the item. Appellee reserves the right, to the fullest extent permissible, to supplement or amend this Cross-Designation.

                        AKERMAN LLP

By: */s/ Steven R. Wirth*
    Steven R. Wirth
    Florida Bar No.: 170380
    Email: steven.wirth@akerman.com
    Raye C. Elliott
    Florida Bar No.: 18732
    Email: raye.elliott@akerman.com
    401 East Jackson Street, Suite 1700
    Tampa, Florida 33602
    Telephone: (813) 223-7333
    Facsimile: (813) 223-2837

and

Marc J. Gottlieb
Florida Bar Number: 827819
Email: marc.gottlieb@akerman.com
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
Phone: (954) 463-2700
Fax: (954) 463-2224
*Counsel for Chapter 11 Trustee, Michael Goldberg*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 19, 2024, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record.

                        */s/ Steven R. Wirth*
                        Attorney