**[Dtrnrbk]** [District Transmittal of Record on Appeal – BK]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:24−bk−00676−RCT
Chapter 11

The Center for Special Needs Trust Administration, Inc.

**District Court Case No. 8:24-cv-01962**

_____Debtor(s)_____/

## TRANSMITTAL OF RECORD TO DISTRICT COURT

This is an appeal pursuant to 28 U.S.C. §158(a) from a judgment, order or decree of the Bankruptcy Court entered in a contested matter in this bankruptcy case.

Re: Notice of Appeal filed by Clark Chamberlin, by and through his parents and coguardians Todd Chamberlin and Kelli Chamberlin on August 19, 2024 (Doc. No. 323) and transmitted to District Court on August 20, 2024.

The party or parties included in the appeal to District Court are:

APPELLANT: Clark Chamberlin, Kelly Chamberlin and Todd Chamberlin

ATTORNEY: Caroline Herter of KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT One West Las Olas Blvd., Suite 500 Fort Lauderdale, Florida 33301 Telephone: 9545254100; Jonathan M. Streisfeld of KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT One West Las Olas Blvd., Suite 500 Fort Lauderdale, Florida 33301 Telephone: 9545254100; David S. Jennis of JENNIS MORSE 606 E. Madison Street Tampa, FL 33602 Telephone: (813) 2292800

APPELLEE: : Michael Goldberg, Chapter 11 Trustee 201 East Las Olas Blvd Suite 1800 Fort Lauderdale, FL 33301 Telephone 9544682444

ATTORNEY: : Steven R. Wirth of AKERMAN LLP 401 East Jackson Street Suite 1700 Tampa, Florida 33602 Telephone: (813) 223−7333 ; Raye C. Elliott of of AKERMAN LLP 401 East Jackson Street Suite 1700 Tampa, Florida 33602

Official Committee of Unsecured Creditors

ATTORNEY: Megan W. Murray of UNDERWOOD MURRAY, P.A. 100 N. Tampa Street, Suite 2325,
Tampa, Florida 33602 Telephone: (813) 5408401; Raye C. Elliott of UNDERWOOD MURRAY, P.A. 100 N.
Tampa Street, Suite 2325, Tampa, Florida 33602 Telephone: (813) 5408401

American Momentum Bank
ATTORNEY: Donald R. Kirk of CARLTON FIELDS, P.A. P.O. Box 3239, Tampa, FL 336013239 Telephone: (813) 2237000

The items included in this transmittal pursuant to Fed. R. Bankr. P. 8009 and 8010 are:

The notice of appeal

The judgment, order, or decree being appealed

Designation of the record of the appellant and the appellee

Items designated by the parties

Any transcript ordered by the parties

Any additional items from the record that the court where the appeal is pending orders

The debtor's county of residence is Pinellas County, Florida.

DATED on September 19, 2024

                                            FOR THE COURT
                                            Sheryl L. Loesch , Clerk of Court
                                            Sam M. Gibbons United States Courthouse
                                            801 North Florida Avenue
                                            Suite 555
                                            Tampa, FL 33602

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.