United States Bankruptcy Court
Middle District of Florida

| | |
|---|---|
| In re: | Case No. 24-00676-RCT |
| The Center for Special Needs Trust Admin | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 1 of 5 |
| Date Rcvd: Sep 19, 2024 | Form ID: pdfdoc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Center for Special Needs Trust Administration,, 12425 28th St. N., Saint Petersburg, FL 33716-1844 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2024             Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Byron Wright, III | on behalf of Creditor Jimmie Crim Jr. twright@brunerwright.com, melanie@brunerwright.com;laura@brunerwright.com;skelley@brunerwright.com;judy@brunerwright.com;Wright.ByronR137801@notify.bestcase.com |
| Caroline Herter | on behalf of Creditor Kelly Chamberlin herter@kolawyers.com |
| Caroline Herter | on behalf of Creditor Clark Chamberlin herter@kolawyers.com |
| Caroline Herter | on behalf of Creditor Todd Chamberlin herter@kolawyers.com |
| Cassie Maneen | on behalf of Creditor American Momentum Bank cmaneen@beckredden.com amclawchlin@beckredden.com;cassie-maneen-1380@ecf.pacerpro.com |

Case 8:24-bk-00676-RCT    Doc 357    Filed 09/21/24    Page 2 of 7

| District/off: 113A-8 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Sep 19, 2024 | Form ID: pdfdoc | Total Noticed: 1 |

Catherine Choe
  on behalf of Trustee Michael Goldberg catherine.choe@akerman.com

Curtis Miner
  on behalf of Creditor Beneficiary 22-12211 curt@colson.com

Curtis Miner
  on behalf of Creditor Beneficiary 22-12212 curt@colson.com

Daniel A Nicholas
  on behalf of Interested Party John Staunton mr.danicholas@gmail.com Daniel.nicholas@csklegal.com

Daniel A Nicholas
  on behalf of Interested Party Staunton & Faglie PL mr.danicholas@gmail.com Daniel.nicholas@csklegal.com

Daniel E Etlinger
  on behalf of Creditor Committee Unsecured Creditors' Committee detlinger@underwoodmurray.com dstrand@underwoodmurray.com;detlinger@ecf.courtdrive.com

Daniel R Fogarty
  on behalf of Debtor The Center for Special Needs Trust Administration  Inc. dfogarty.ecf@srbp.com, srbpecf@srbp.com

David L Ferguson
  on behalf of Creditor Todd Chamberlin ferguson@kolawyers.com nunez@kolawyers.com;9002577420@filings.docketbird.com

David L Ferguson
  on behalf of Creditor Kelly Chamberlin ferguson@kolawyers.com nunez@kolawyers.com;9002577420@filings.docketbird.com

David L Ferguson
  on behalf of Creditor Clark Chamberlin ferguson@kolawyers.com nunez@kolawyers.com;9002577420@filings.docketbird.com

David S Jennis
  on behalf of Creditor Todd Chamberlin djennis@jennislaw.com ecf@jennislaw.com;karon@jennislaw.com;marj@jennislaw.com

David S Jennis
  on behalf of Creditor Clark Chamberlin djennis@jennislaw.com ecf@jennislaw.com;karon@jennislaw.com;marj@jennislaw.com

David S Jennis
  on behalf of Creditor Kelly Chamberlin djennis@jennislaw.com ecf@jennislaw.com;karon@jennislaw.com;marj@jennislaw.com

Dean G Rallis, Jr
  on behalf of Attorney Dean G. Rallis Jr. drallis@hahnlawyers.com jevans@hahnlawyers.com;jevans@ecf.courtdrive.com;drallis@ecf.courtdrive.com

Donald R Kirk
  on behalf of Creditor American Momentum Bank dkirk@carltonfields.com kathompson@carltonfields.com

Edward J. Peterson, III
  on behalf of Interested Party Fiduciary Tax & Accounting Services  LLC edwardp@jpfirm.com, andrenaw@jpfirm.com;JillC@jpfirm.com;melanief@jpfirm.com;AngelinaL@jpfirm.com

Edward J. Peterson, III
  on behalf of Creditor Austin Colby Co. edwardp@jpfirm.com andrenaw@jpfirm.com;JillC@jpfirm.com;melanief@jpfirm.com;AngelinaL@jpfirm.com

Edward J. Peterson, III
  on behalf of Interested Party Boston Asset Management  Inc. edwardp@jpfirm.com, andrenaw@jpfirm.com;JillC@jpfirm.com;melanief@jpfirm.com;AngelinaL@jpfirm.com

Epiq Corporate Restructuring, LLC (SJG)
  sgarabato@epiqsystems.com rjacobs@ecf.epiqsystems.com

Eric S Koenig
  on behalf of Creditor Boston Finance Group  LLC ekoenig@trenam.com

Eric S Koenig
  on behalf of Defendant Leo J. Govoni ekoenig@trenam.com

Eric S Koenig
  on behalf of Defendant Boston Finance Group  LLC ekoenig@trenam.com

Eric S Koenig
  on behalf of Creditor Leo J. Govoni ekoenig@trenam.com

Inger M. Garcia
  on behalf of Creditor Christopher Gonsalves attorney@ingergarcia.com

James B. Angell
  on behalf of Creditor c/o James Angell Beneficiary 20-11645 jangell@hsfh.com

James B. Angell
  on behalf of Attorney James Angell jangell@hsfh.com

District/off: 113A-8                         User: admin                                  Page 3 of 5
Date Rcvd: Sep 19, 2024                      Form ID: pdfdoc                              Total Noticed: 1

| Name | Description |
|---|---|
| James B. Angell | on behalf of Creditor c/o James Angell Beneficiary 19-11290 jangell@hsfh.com |
| James B. Angell | on behalf of Creditor c/o James Angell Beneficiary 21-12042 jangell@hsfh.com |
| James B. Angell | on behalf of Creditor c/o James Angell Beneficiary 15-9518 jangell@hsfh.com |
| James B. Angell | on behalf of Creditor c/o James Angell Beneficiary 20-11861 jangell@hsfh.com |
| James B. Angell | on behalf of Creditor c/o James Angell Beneficiary 19-11289 jangell@hsfh.com |
| James B. Angell | on behalf of Creditor c/o James Angell Beneficiary 22-12109 jangell@hsfh.com |
| James B. Angell | on behalf of Creditor c/o James Angell Beneficiary 19-11391 jangell@hsfh.com |
| James B. Angell | on behalf of Creditor c/o James Angell Beneficiary 20-11644 jangell@hsfh.com |
| James B. Angell | on behalf of Creditor c/o James Angell Beneficiary 23-12341 jangell@hsfh.com |
| James B. Angell | on behalf of Creditor c/o James Angell Beneficiary 22-12105 jangell@hsfh.com |
| James B. Angell | on behalf of Creditor c/o James Angell Beneficiary 20-11837 jangell@hsfh.com |
| James B. Angell | on behalf of Creditor c/o James Angell Beneficiary 20-11632 jangell@hsfh.com |
| Jason S Rigoli | on behalf of Creditor Milton McMinn as Guardian of Chase McMinn Special Needs Trust jrigoli@furrcohen.com rrivera@furrcohen.com;staff1@furrcohen.com |
| Jay B Verona | on behalf of Creditor Randy Jones jverona@shumaker.com  mhartz@shumaker.com |
| Jerry M Markowitz | on behalf of Interested Party Shawn Norville as Guardian for Israel Norville jmarkowitz@mrthlaw.com ycandia@mrthlaw.com;rrubio@mrthlaw.com;rhartog@mrthlaw.com;mrthbkc@gmail.com;markowitzjr73991@notify.bestcase.com;jmarkowitz@ecf.courtdrive.com |
| John R Yant | on behalf of Creditor The Theresa Alessandra Russo Foundation ryant@carltonfields.com dlester@carltonfields.com;kathompson@carltonfields.com |
| Jonathan M. Streisfeld | on behalf of Creditor Todd Chamberlin streisfeld@kolawyers.com |
| Jonathan M. Streisfeld | on behalf of Creditor Clark Chamberlin streisfeld@kolawyers.com |
| Jonathan M. Streisfeld | on behalf of Creditor Kelly Chamberlin streisfeld@kolawyers.com |
| Kelly K Roberts | on behalf of Creditor Beneficiary 04-0091 Kelly@kellyrobertslaw.com  robertskr88423@notify.bestcase.com |
| Kelly K Roberts | on behalf of Creditor BENEFICIARY 09-2219 Kelly@kellyrobertslaw.com  robertskr88423@notify.bestcase.com |
| Kelly K Roberts | on behalf of Creditor BENEFICIARY 08-1823 Kelly@kellyrobertslaw.com  robertskr88423@notify.bestcase.com |
| Kelly K Roberts | on behalf of Creditor BENEFICIARY 19-11269  Kelly@kellyrobertslaw.com, robertskr88423@notify.bestcase.com |
| Kelly K Roberts | on behalf of Creditor BENEFICIARY 19-11268 Kelly@kellyrobertslaw.com  robertskr88423@notify.bestcase.com |
| Kelly K Roberts | on behalf of Creditor BENEFICIARY 19-11372 Kelly@kellyrobertslaw.com  robertskr88423@notify.bestcase.com |
| Kelly K Roberts | on behalf of Creditor BENEFICIARY 21-12065 Kelly@kellyrobertslaw.com  robertskr88423@notify.bestcase.com |
| Lara Roeske Fernandez | |

| | |
|---|---|
| | on behalf of Creditor Boston Finance Group LLC lfernandez@trenam.com, mmosbach@trenam.com;mwoods@trenam.com;lfernandez@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com;mspivak@trenam.com |
| Lara Roeske Fernandez | |
| | on behalf of Defendant Leo J. Govoni lfernandez@trenam.com mmosbach@trenam.com;mwoods@trenam.com;lfernandez@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com;mspivak@trenam.com |
| Lara Roeske Fernandez | |
| | on behalf of Creditor Leo J. Govoni lfernandez@trenam.com mmosbach@trenam.com;mwoods@trenam.com;lfernandez@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com;mspivak@trenam.com |
| Lara Roeske Fernandez | |
| | on behalf of Defendant Boston Finance Group LLC lfernandez@trenam.com, mmosbach@trenam.com;mwoods@trenam.com;lfernandez@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com;mspivak@trenam.com |
| Lauren A Baio | |
| | on behalf of Creditor Louise Pino lauren.baio@arlaw.com catherine.lockley@arlaw.com;jessica.eck@arlaw.com |
| Linda M Leali | |
| | on behalf of Attorney Linda Leali lleali@lealilaw.com |
| Marcos Rosales | |
| | on behalf of Creditor American Momentum Bank mrosales@beckredden.com aerickson@beckredden.com |
| Mark C Anderson | |
| | on behalf of Creditor James Victor Flynn Special Needs Trust mark@andersonlex.com |
| Mark C Anderson | |
| | on behalf of Creditor Michael Szalka Legal Guardian of James Victor Flynn mark@andersonlex.com |
| Mark C Anderson | |
| | on behalf of Creditor Lee Guardianship Services Inc. mark@andersonlex.com |
| Mark C Anderson | |
| | on behalf of Creditor Kienan Freeman Special Needs Trust mark@andersonlex.com |
| Mark C Anderson | |
| | on behalf of Creditor Rebekah Bowman mark@andersonlex.com |
| Mark M Wall | |
| | on behalf of Debtor The Center for Special Needs Trust Administration Inc. mwall@hwhlaw.com, zenetria.williams@hwhlaw.com |
| Marshall G Reissman | |
| | on behalf of Creditor The Cheryl Martin Special Needs Trust mgreissman@gmail.com legal.assistant.rlgpa@gmail.com;BK_sheppard@yahoo.com |
| Marshall G Reissman | |
| | on behalf of Creditor Cheryl Martin mgreissman@gmail.com legal.assistant.rlgpa@gmail.com;BK_sheppard@yahoo.com |
| Matthew B Hale | |
| | on behalf of Debtor The Center for Special Needs Trust Administration Inc. mhale.ecf@srbp.com, mhale@srbp.com;srbpecf@srbp.com |
| Matthew S Kish | |
| | on behalf of Creditor Jennifer Branton mkish@sbwh.law rmorales@sbwh.law;r65072@notify.bestcase.com |
| Megan Wilson Murray | |
| | on behalf of Creditor Committee Unsecured Creditors' Committee mmurray@underwoodmurray.com dstrand@underwoodmurray.com;mmurray@ecf.courtdrive.com |
| Michael A Nardella | |
| | on behalf of Creditor Carol Mulholland mnardella@nardellalaw.com klynch@nardellalaw.com;kcooper@nardellalaw.com;psmith@nardellalaw.com;msayne@nardellalaw.com;kosment@nardellalaw.com |
| Michael A Nardella | |
| | on behalf of Creditor BENEFICIARY 06-0652 mnardella@nardellalaw.com klynch@nardellalaw.com;kcooper@nardellalaw.com;psmith@nardellalaw.com;msayne@nardellalaw.com;kosment@nardellalaw.com |
| Michael I Goldberg | |
| | on behalf of Trustee Michael Goldberg michael.goldberg@akerman.com charlene.cerda@akerman.com |
| Noel R Boeke | |
| | on behalf of Interested Party Pierreisna Archille noel.boeke@hklaw.com danielle.decker@hklaw.com;hapi@hklaw.com |
| Noel R Boeke | |
| | on behalf of Interested Party Arne Timothy Solheim noel.boeke@hklaw.com danielle.decker@hklaw.com;hapi@hklaw.com |

District/off: 113A-8                     User: admin                              Page 5 of 5
Date Rcvd: Sep 19, 2024                  Form ID: pdfdoc                          Total Noticed: 1

| | |
|---|---|
| Patrick Mosley | on behalf of Debtor The Center for Special Needs Trust Administration  Inc. patrick.mosley@hwhlaw.com, tricia.elam@hwhlaw.com |
| Raye Curry Elliott | on behalf of Trustee Michael Goldberg raye.elliott@akerman.com  jennifer.meehan@akerman.com;ava.hill@akerman.com |
| Richard A. Perry | on behalf of Creditor The Javier Persales Irrevocable Trust richard@rapocala.com rapocala@yahoo.com,staff@rapocala.com,karen@rapocala.com;perry.richardb129413@notify.bestcase.com |
| Scott A Underwood | on behalf of Creditor Committee Unsecured Creditors' Committee sunderwood@underwoodmurray.com dstrand@underwoodmurray.com;sunderwood@ecf.courtdrive.com |
| Scott A. Stichter | on behalf of Debtor The Center for Special Needs Trust Administration  Inc. sstichter.ecf@srbp.com, srbpecf@srbp.com |
| Scott A. Stichter | on behalf of Attorney Stichter  Riedel, Blain & Postler, P.A. sstichter.ecf@srbp.com, srbpecf@srbp.com |
| Sherri B Simpson | on behalf of Creditor Marie R. Dore  Guardian of Gaellen Fabre sbs@simpsonlawfl.com |
| Steven R Wirth | on behalf of Trustee Michael Goldberg steven.wirth@akerman.com john.dicks@akerman.com,caren.collier@akerman.com;jennifer.meehan@akerman.com |
| Steven R Wirth | on behalf of Plaintiff Michael Goldberg  as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, Inc. steven.wirth@akerman.com, john.dicks@akerman.com,caren.collier@akerman.com;jennifer.meehan@akerman.com |
| Stuart Wilson-Patton | on behalf of Creditor TennCare Stuart.Wilson-Patton@ag.tn.gov |
| Teresa Marie Dorr | on behalf of U.S. Trustee United States Trustee - TPA teresa.dorr@usdoj.gov  lizette.montanez@usdoj.gov |
| United States Trustee - TPA | USTPRegion21.TP.ECF@USDOJ.GOV |
| William A McBride | on behalf of Creditor Leo J. Govoni bmcbride@trenam.com  lbehr@trenam.com |
| William A McBride | on behalf of Creditor Boston Finance Group  LLC bmcbride@trenam.com, lbehr@trenam.com |
| William A McBride | on behalf of Defendant Boston Finance Group  LLC bmcbride@trenam.com, lbehr@trenam.com |
| William A McBride | on behalf of Defendant Leo J. Govoni bmcbride@trenam.com  lbehr@trenam.com |
| Yusuf Haidermota | on behalf of Creditor Randy Jones yhaidermota@shumaker.com  dfernandez@shumaker.com |

TOTAL: 97

**[Dtrnrbk]** [District Transmittal of Record on Appeal − BK]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                  Case No. 8:24−bk−00676−RCT
                                                                        Chapter 11

The Center for Special Needs Trust Administration, Inc.

                                                                                                      **District Court Case No. 8:24-cv-01962**

          _____Debtor(s)_____/

TRANSMITTAL OF RECORD TO DISTRICT COURT

   This is an appeal pursuant to 28 U.S.C. §158(a) from a judgment, order or decree of the Bankruptcy Court entered in a contested matter in this bankruptcy case.

   Re: Notice of Appeal filed by Clark Chamberlin, by and through his parents and coguardians Todd Chamberlin and Kelli Chamberlin on August 19, 2024 (Doc. No. 323) and transmitted to District Court on August 20, 2024.

   The party or parties included in the appeal to District Court are:

   APPELLANT: Clark Chamberlin, Kelly Chamberlin and Todd Chamberlin

      ATTORNEY: Caroline Herter of KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT One West Las Olas Blvd., Suite 500 Fort Lauderdale, Florida 33301 Telephone: 9545254100; Jonathan M. Streisfeld of KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT One West Las Olas Blvd., Suite 500 Fort Lauderdale, Florida 33301 Telephone: 9545254100; David S. Jennis of JENNIS MORSE 606 E. Madison Street Tampa, FL 33602 Telephone: (813) 2292800

   APPELLEE: : Michael Goldberg, Chapter 11 Trustee 201 East Las Olas Blvd Suite 1800 Fort Lauderdale, FL 33301 Telephone 9544682444

      ATTORNEY: : Steven R. Wirth of AKERMAN LLP 401 East Jackson Street Suite 1700 Tampa, Florida 33602 Telephone: (813) 223−7333 ; Raye C. Elliott of of AKERMAN LLP 401 East Jackson Street Suite 1700 Tampa, Florida 33602

   Official Committee of Unsecured Creditors

   ATTORNEY: Megan W. Murray of UNDERWOOD MURRAY, P.A. 100 N. Tampa Street, Suite 2325,
Tampa, Florida 33602 Telephone: (813) 5408401; Raye C. Elliott of UNDERWOOD MURRAY, P.A. 100 N.
Tampa Street, Suite 2325, Tampa, Florida 33602 Telephone: (813) 5408401

   American Momentum Bank
   ATTORNEY: Donald R. Kirk of CARLTON FIELDS, P.A. P.O. Box 3239, Tampa, FL 336013239
Telephone: (813) 2237000

   The items included in this transmittal pursuant to Fed. R. Bankr. P. 8009 and 8010 are:

    The notice of appeal

    The judgment, order, or decree being appealed

    Designation of the record of the appellant and the appellee

    Items designated by the parties

    Any transcript ordered by the parties

    Any additional items from the record that the court where the appeal is pending orders

The debtor's county of residence is Pinellas County, Florida.

    DATED on September 19, 2024

                                  FOR THE COURT
                                  Sheryl L. Loesch , Clerk of Court
                                  Sam M. Gibbons United States Courthouse
                                  801 North Florida Avenue
                                  Suite 555
                                  Tampa, FL 33602

\*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.