FILED VIA MAIL

SEP 2 0 2024

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

9-16-2024

I ROBERT HOLMES AM CURRENTLY INCARCERATED AT WESTERN KENTUCKY CORRECTIONAL COMPLEX.

I RESPECTFULLY REQUEST THIS HONORABLE COURT TO SET A HEARING AND OBJECT TO ANY

PROCEEDINGS GOING FORWARD WITHOUT MY OPPORTUNITY TO BE PRESENT FOR THE HEARING.

THIS IS MY RESPONSE TO THE LETTER I RECEIVED PERTAINING TO THIS CASE.

I OBJECT AND REQUEST A HEARING AND TO BE PRESENT OR ON VIA ZOOM COURT FOR THE HEARING.

PLEASE CONTACT THE PRISON AT PHONE # (270)388-9781 TO SET UP MY ACCESS TO YOUR HONORABLE COURT TO CONDUCT A FULL AND FAIR HEARING.


BENIFICIARY TO CASE # 8:24-bk-00676-RCT

ROBERT HOLMES DOC# 287835

WESTERN KENTUCKY CORRECTIONAL COMPLEX

374 NEW BETHEL CHURCH ROAD

FREDONIA, KY. 42411

PLEASE INCLUDE DOC# ON ANY ALL MAIL CORRESPONDENCE TO INSURE I RECEIVE.

THANK YOU FOR YOUR TIME AND ATTENTION TO THIS CASE.

SINCERELY,

Robert Holmes

bel Church RD
42411

7022 0410 0001 0650 8220

Clerk of Court
Sam M. Gibbons United States Courthouse
801 N. Florida Avenue Suite 555
Tampa, Florida 33602

33602-386030

* Legal Mail *


$5.54
US POSTAGE
FIRST-CLASS
062S0001261990
42411