UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                  Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                                  Chapter 11

    Debtor.
_____/

**OFFICIAL COMMITTEE OF UNSECURED CREDITOR'S**
**RESPOSNE TO LETTER FROM MR. ROBERT HOLMES III**
(Doc. Nos. 337, 359)

    The Official Committee of Unsecured Creditors, by and through counsel, hereby files this Response to the correspondence filed by Robert Holmes III dated September 3 and 20, 2024 (Doc. Nos. 337 and 359). The Committee has reached out to Mr. Holmes by U.S. Mail and is endeavoring to ensure Mr. Holmes receives relevant legal pleadings and correspondence from the bankruptcy case.

    Dated: September 23, 2024.

/s/ Megan W. Murray
Megan W. Murray
Florida Bar Number 0093922
Scott A. Underwood
Florida Bar Number 730041
Underwood Murray, P.A.
100 N. Tampa St., Suite 2325
Tampa, FL 33602
Tel: (813) 540-8401 / Fax: (813) 553-5345
Email: mmurray@underwoodmurray.com
       sunderwood@underwoodmurray.com
*Counsel to the Committee*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court, has been furnished electronically to those parties registered to receive service via CM/ECF, and to the following via U.S. Mail, on September 23, 2024:

Robert Holms, III
DOC# 287835
Western Kentucky Correctional Complex
374 New Bethel Church Road
Fredonia, KY 42411
**NOT PRIVILEGED MAIL**

                                                  /s/ Megan W. Murray
                                                  Megan W. Murray