**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:

| | |
|---|---|
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Case No. 8:24-bk-00676-RCT |
| | Chapter 11 |
| Debtor. | |
| _____/ | |

**PROOF OF SERVICE**
(Doc. No. 353)

I HEREBY CERTIFY a true and accurate copy of the *Order Granting in Part, Official Committee of Unsecured Creditor's Emergency Motion to Shorten Time to Respond to Requests for Production* (Doc. No. 353), that was filed with the Clerk of Court on September 17, 2024, has been furnished electronically to those parties registered to receive service via CM/ECF, including the United States Trustee and Debtor's Counsel on Septembrer 17, 2024.

Dated: September 25, 2024.

Respectfully submitted,

/s/ Megan W. Murray
Megan W. Murray
Florida Bar Number 0093922
Scott A. Underwood
Florida Bar Number 730041
Daniel E. Etlinger
Florida Bar Number 0077420
Underwood Murray, P.A.
100 N. Tampa St., Suite 2325
Tampa, FL 33602
Tel: (813) 540-8401 / Fax: (813) 553-5345
Email: mmurray@underwoodmurray.com
sunderwood@underwoodmurray.com
detlinger@underwoodmurray.com
*Counsel to the Committee*