## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.

      Debtor.
_____/

Case No.: 8:24-bk-00676-RCT

Chapter 11

## **NOTICE OF ISSUANCE OF SUBPOENAS**

Michael I. Goldberg, Chapter 11 Trustee, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 45, hereby gives notice of the issuance of the following Amended Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) (collectively, the "Subpoenas") on September 25, 2024, to the following:

1. BCL Aviation, LLC; and
2. BCL Aviation Partners, LLC.

True and correct copies of the Subpoenas are attached to this Notice as **Composite Exhibit 1**.

Dated:  September 25, 2024

AKERMAN LLP

By: */s/ Raye C. Elliott*
    Raye C. Elliott, Esq.
    Florida Bar Number: 018732
    Email: raye.elliott@akerman.com
    Steven R. Wirth, Esq.
    Florida Bar No. 170380
    Email: steven.wirth@akerman.com
    401 East Jackson Street, Suite 1700
    Tampa, FL 33602
    Telephone: (813) 223-7333
    *Counsel for Chapter 11 Trustee, Michael I. Goldberg*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

                                                                */s/ Raye C. Elliott*
                                                                 Raye C. Elliott, Esq.

78137584;1