## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:

THE CENTER FOR SPECIAL NEEDS TRUST      Case No.: 8:24-bk-00676-RCT
ADMINISTRATION, INC.

    Chapter 11

        Debtor.

_____/

## <u>NOTICE OF ISSUANCE OF SUBPOENAS</u>

Michael I. Goldberg, Chapter 11 Trustee, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 45, hereby gives notice of the issuance of the following Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) (collectively, the "Subpoenas") on September 30, 2024, to the following:

1. Mark Lontchar; and
2. Danny Alvarez.

True and correct copies of the Subpoenas are attached to this Notice as **Composite Exhibit 1**.

Dated:  September 30, 2024         AKERMAN LLP

        By: */s/ Raye C. Elliott*_____
           Raye C. Elliott, Esq.
           Florida Bar Number: 018732
           Email: raye.elliott@akerman.com
           Steven R. Wirth, Esq.
           Florida Bar No. 170380
           Email: steven.wirth@akerman.com
           401 East Jackson Street, Suite 1700
           Tampa, FL 33602
           Telephone: (813) 223-7333
           *Counsel for Chapter 11 Trustee, Michael I. Goldberg*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on September 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.


        */s/ Raye C. Elliott*
        Raye  C. Elliott, Esq.

78162652;1