UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,

    Debtor.

_____/

Case No. 8:24-bk-00676-RCT

Chapter 11

CHAMBERLIN CLASS PLAINTIFFS' MOTION TO ENLARGE
TIME TO FILE LIMITED OBJECTION TO FIRST INTERIM
APPLICATION OF (I) AKERMAN LLP; (II) MICHAEL GOLDBERG,
AND (III) AKERMAN, LLP'S EDISCOVERY TEAM (DOCS. 339, 340)

Creditors, Clark Chamberlin by and through his parents and co-guardians Todd Chamberlin and Kelli Chamberlin, on behalf of themselves and the putative Class of special needs trust ("SNT") beneficiaries, file this this motion to extend the deadline to file a limited objection to the *First Interim Application of (I) Akerman LLP for Allowance and Payment of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Attorneys for Michael Goldberg, Chapter 11 Trustee, From March 21, 2024 Through July 31, 2024; (II) Michael Goldberg, as Chapter 11 Trustee, for Allowance and Payment of Compensation for Services Rendered from March 21, 2024 through July 31, 2024; and (III) Akerman LLP's eDiscovery Services Team For Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred From April 3, 2024 Through July 31, 2024* (Doc. 339) ("Application"), pursuant to the negative notice provisions identified in the *Notice of Application for Compensation and Reimbursement of Expenses and Opportunity to Object and Request for Hearing* (Doc. 340) (the "Notice"). In support of this motion the Chamberlins state as follows:

1. On September 6, 2024, the Michael Goldberg and Akerman, LLP filed the Application seeking allowance of interim compensation and reimbursement of expenses incurred as the Chapter 11 Trustee and counsel for the Chapter 11 Trustee.

2. Pursuant to the negative notice procedures in the Notice, the deadline for filing objections is September 30, 2024[1].

3. The Chamberlins seek a brief, 10-day enlargement of the deadline to file an objection to Application. As the Application is unclear regarding the source of funds that will be used to pay any administrative claim allowed thereunder, the Chamberlins are evaluating whether to file a limited objection to the Application to ensure that any order entered thereon does not have preclusive effect, including but not limited to on equitable mootness grounds, with respect to any right at issue on the appeal pending before the District Court, *Chamberlin et al. v. Goldberg*, Case No. 8:24-cv-01962-WFJ ("Appeal"). Due to the disruption caused by Hurricane Helene, the Chamberlins need the additional time requested herein to evaluate and, if so decided, file this potential limited objection, as well as to confer with the Chapter 11 Trustee regarding the limited objection's concerns.

**WHEREFORE**, the Chamberlins respectfully request that this Court enter an order granting a 10-day extension of time to file a limited objection to the Application, and granting such other and further relief as the Court deems just and proper.

Dated: September 30, 2024                    Respectfully submitted.

By: *s/Caroline Herter*
David L. Ferguson FBN 981737
Jonathan M. Streisfeld FBN 117447
Caroline Herter FBN 1035444

---

[1] The 21-day negative notice date was September 27, 2024; however, given the Court's closure and the Clerk's inaccessibility due to Hurricane Helene, under Bankruptcy Rule 9006 objections to the Application are due September 30, 2024. *See* Fed. R. Bank. P. 9006(a)(3)(A).

**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-525-4100
ferguson@kolawyers.com
streisfeld@kolawyers.com
herter@kolawyers.com

Thomas H. Leeder FBN: 746401
**LEEDER LAW**
8551 West Sunrise Blvd. | Ste. 202
Plantation, FL 33322
Telephone: (954) 734-2382
pleadings@leederlaw.com

David S. Jennis FBN 775940
Michael Stavros FBN 1033851
**JENNIS MORSE**
606 E. Madison Street
Tampa, FL 33602
Telephone: (813) 229-2800
djennis@jennislaw.com
mstavros@jennislaw.com

*Attorneys for Clark Chamberlin, Todd Chamberlin, and Kelli Chamberlin*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Court's CM/ECF system to those parties that receive service via CM/ECF in the ordinary course of business on this 30th day of September 2024.

*s/ Caroline Herter*
Caroline Herter

3

4888-3520-4587, v. 1