ORDERED.

Dated: October 02, 2024

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| In re: | Case No. 8-24-bk-00676-RCT |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Chapter 11 |
| Debtor. _____/ | |

### ORDER GRANTING MOTION TO ENLARGE TIME TO FILE LIMITED OBJECTION

THIS MATTER came before the Court on the Motion to Enlarge Time to File Limited Objection to First Interim Application of (I) Akerman LLP; (II) Michael Goldberg, and (III) Akerman, LLP's eDiscovery Team (Doc. 371) ("Motion"), filed by creditors/Class Plaintiffs, Clark Chamberlin by and through his parents and co-guardians Todd Chamberlin and Kelli Chamberlin. The Court finds good cause exists to grant the Motion. Accordingly, it is

**ORDERED**:

1. The Motion is **GRANTED**.

2. The deadline for the Chamberlin Class Plaintiffs to file their limited objection to the First Interim Application of (I) Akerman LLP; (II) Michael Goldberg, and (III) Akerman, LLP's eDiscovery Team (Doc. 339) is extended to October 10, 2024.

David S. Jennis, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of its entry.