## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:  Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,  Chapter 11

    Debtor.
_____/

## CHAPTER 11 TRUSTEE'S MOTION TO SET HEARING ON
## FIRST INTERIM FEE APPLICATION NO LATER THAN OCTOBER 18, 2024

Michael Goldberg, the Chapter 11 Trustee (the "Trustee"), by and through undersigned counsel, files this Motion (the "Motion") requesting the Court set a hearing on Chapter 11 Trustee's First Interim Fee Application (defined below) no later than October 18, 2024, if an objection to the First Fee Application is filed. In support of this Motion, the Chapter 11 Trustee states the following:

1. On September 6, 2024, the Trustee filed the First Interim Application Of (I) Akerman LLP, (II) Michael Goldberg, and (III) Akerman LLP's E-discovery Services Team. (Doc. 339) (the "First Interim Fee Application").

2. The deadline to file objections to the First Interim Fee Application was September 30, 2024 pursuant to the negative notice procedures in Local Rule 2002-4 (the "Objection Deadline").

3. On October 1, 2024, the Chamberlin Class Plaintiffs[1] filed a motion requesting a 10-day extension of the Objection Deadline to further evaluate whether to file a limited objection, citing to the disruption caused by Hurricane Helene (the "Extension Motion").

---

[1] The Chamberlin Class Plaintiffs is a misnomer because no class action has been certified by any court.

78238783

4.	On October 1, 2024, the Chapter 11 Trustee filed a response in opposition to the Extension Motion.

5.	On October 2, 2024, the Court entered an Order granting the Chamberlin Class Plaintiffs' request for a 10-day extension, extending the Objection Deadline for the Chamberlin Class Plaintiffs to file a limited objection to October 10, 2024 (Doc 374) (the "Extended Objection Deadline").

6.	If an objection to the First Interim Fee Application is filed, it is crucial that the hearing to resolve the objection take place no later than October 18, 2024. The Trustee and his counsel have expended a substantial amount of time and resources working diligently on this case for over six months without compensation, essentially having financed this case since the Trustee's appointment. Akerman LLP operates on a fiscal year ending October 31, 2024, thus the Trustee respectfully requests that any objection to the First Interim Fee Application be resolved immediately to ensure the Trustee and his counsel have time to finalize their fiscal year accounts and process payment of 50% of their allowed fees and 100% of their allowed expenses as agreed to by all professionals in this case, including the Office of the United States Trustee. To do otherwise would cause immense financial strain to the Trustee and his counsel.

7.	It is also readily apparent that the Chamberlain Class Plaintiffs are only threatening to file an objection to the First Interim Fee Application in order to exert leverage in their appeal of this Court's order staying their complaint in district court and determining that action *void ab initio*. The Court should not countenance such conduct.

8.	By this Motion, the Trustee respectfully requests that the Court set the hearing on the First Interim Fee Application to occur no later than October 18, 2024 if the Chamberlin Class

3

Plaintiffs file a limited objection to the First Interim Fee Application by the Extended Objection Deadline.

WHEREFORE, the Chapter 11 Trustee requests this Court set a hearing on the First Interim Fee Application for a date no later than October 18, 2024, and providing such further relief as the Court deems just.

        Respectfully submitted,

        AKERMAN LLP

        By: */s/ Steven R. Wirth*
            Steven R. Wirth
            Florida Bar No.: 170380
            Email: steven.wirth@akerman.com
            Raye C Elliott
            Florida Bar No.:  18732
            Email:  raye.elliott@akerman.com
            401 East Jackson Street, Suite 1700
            Tampa, Florida 33602
            Telephone: (813) 223-7333
            Facsimile: (813) 223-2837

        *Counsel for Chapter 11 Trustee, Michael Goldberg*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 3, 2024, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record.

*/s/Steven R. Wirth*
Steven R. Wirth

78238783