## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:                                                     Case No. 8:24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                   Chapter 11

     Debtor.

_____/

### CHAPTER 11 TRUSTEE'S MOTION TO APPROVE (I) WIND-DOWN AND TERMINATION OF OPERATIONS OF THE DEBTOR, (II) RESIGNATION OF THE DEBTOR AS TRUSTEE OF TRUSTS, (III) APPROVE PROCEDURES TO APPOINT CPT INSTITUTE, INC. AS SUCCESSOR TRUSTEE OF THE TRUSTS, AND (IV) APPROVE FORM AND MANNER OF OPT-OUT NOTICE FOR APPOINTMENT OF CPT INSTITUTE, INC. AS SUCCESSOR TRUSTEE

Michael Goldberg, the Chapter 11 Trustee ("Chapter 11 Trustee"), by and through undersigned counsel, pursuant to 11 U.S.C. § 105, respectfully requests that the Court approve (i) the wind-down and termination of operations of the Debtor, The Center for Special Needs Trust Administration, Inc., (ii) the resignation of the Debtor as trustee of the trusts, (iii) procedures to appoint CPT Institute, Inc. ("CPT") as successor trustee of the trusts, and (iv) the form and manner of (a) notice to opt-out of the appointment of CPT as successor trustee (the "Opt-Out Notice") in the form attached hereto as **Exhibit A** and (b) notice of the Trustee's anticipated resignation to all Non-Pooled Trust Beneficiaries in the form attached hereto as **Exhibit B** (the "Opt-In Notice"). In support of this Motion, the Chapter 11 Trustee would show the Court as follows:

### Summary of Relief Requested

Through this Motion, the Chapter 11 Trustee seeks to wind down and terminate the operations of the Debtor, authorize the Debtor to resign as trustee of the trusts, and approve

procedures to appoint CPT, or another third party, as successor trustee so that he can transition the laborious management of over 2,100 special needs trusts to a new trustee and focus on litigation that brings back assets for the benefit of the estate and the Beneficiaries. All Beneficiaries will have the option of choosing their own successor trustee if they choose not to transition their trust to the Chapter 11 Trustee's proposed trust administrator, CPT.

This Motion encapsulates months of work to find a third-party resource to ensure the Beneficiaries' rights, interests, and trust res are managed appropriately. The Chapter 11 Trustee believes that this Motion is in the best interests of the estate, its Beneficiaries, the few non-beneficiary creditors, and all other parties in interest.

For purposes of this Motion, and to assist each Beneficiary to determine how his or her Trust will be treated, the Chapter 11 Trustee refers parties in interest to **Exhibit C** attached hereto, which lists each Trust by Beneficiary number, indicates whether such trust is Pooled or Non-Pooled, and indicates the general extent to which each Trust is compromised.

## A. <u>Debtor Background</u>

1. On February 9, 2024, The Center for Special Needs Trust Administration, Inc. (the "<u>Debtor</u>") filed a voluntary Chapter 11 petition (Doc. 1).

2. On March 8, 2024, the U.S. Trustee filed an Expedited Motion for Order Directing the United States Trustee to Appoint a Chapter 11 Trustee by Agreement of the Debtor (Doc. 88). The Court granted the U.S. Trustee's Motion by Order dated March 11, 2024 (Doc. 93).

3. On March 21, 2024, the Court entered its Order Approving Appointment of Chapter 11 Trustee, appointing Michael Goldberg as Chapter 11 Trustee (Doc. 109).

4.     The Debtor is a Florida Non-Profit Corporation recognized as tax-exempt pursuant to 501(c)(3) of the Internal Revenue Code that administers pooled trusts and other forms of special needs trusts.

5.     The Debtor is the trustee or co-trustee of numerous special needs trusts, including both pooled trusts (the "Pooled Trusts") and non-pooled trusts (the "Non-Pooled Trusts" and, together with the Pooled Trusts, the "Trusts") for approximately 2,000 beneficiaries, many of whom suffer from various levels of disability (the "Beneficiaries"). As of August 31, 2024, the Center was overseeing approximately 2,028 trusts, including 1,261 pooled trusts, 755 individual stand-alone trusts, and 12 other non-pooled trusts.

6.     Certain Trusts were funded by settlements which are confidential. Other Trusts and settlements involve minors. The Debtor's primary service as trustee of the Trusts is to manage the Trusts, maintain records for assets managed by third-party investment managers, respond to requests for distributions from Beneficiaries, and make distributions in a manner that still ensures that the applicable beneficiary meets the income and asset thresholds to qualify for certain public assistance benefits such as Medicaid, Social Security, or Supplemental Security Income. The Debtor's services help to ensure that Beneficiaries maintain their qualification for these critical public assistance benefits.

7.     Each Beneficiary has his or her own trust account or sub-trust account (each a "Trust Account"), which reflects the specific assets in the respective Beneficiary's Trust, or in the case of a pooled Trust, the specific assets allocated to the Beneficiary's sub-trust account. Other than the purported Loan (as defined and discussed below), the Trust investments are delegated by the Trustee and managed by different financial advisory companies, not the Debtor itself.

8.      As the Debtor outlined in its Case Management Summary, the Debtor's leadership discovered that approximately $100,000,000.00 of funds from Beneficiaries and the Debtor itself was loaned to Boston Financial Group ("BFG"), a group controlled by the Debtor's founder Leo Govoni ("Govoni"), which loan remains outstanding in an amount of not less than $154,170,786.50 (the "Loan").  *See* Adv. Proc. No. 8:24-ap-00139-RCT, Doc. 23.  The improper transfers of these funds have left over 1500 trust accounts either partially or fully compromised.  The Debtor filed this case for the purpose of, *inter alia*, pursuing claims against responsible parties with the goal of recovering the transferred funds and other assets.

9.      Based on filings to date in this case and additional preliminary forensic analysis,[1] the Debtor has determined that approximately 1,520 of the Trust Accounts are compromised to some extent (the "Compromised Trust Accounts").  It also appears that the remaining 508 Trust Accounts have no exposure to the transfers and are completely invested in legitimate financial products, with their investment accounts being managed by institutional financial advisory firms.

10.     Since the bankruptcy case and the appointment of the Chapter 11 Trustee, the Debtor has been operating under Trust Distribution Procedures Orders (*see e.g.*, Doc. 313).  These orders provide, in part, that the Debtor can continue to issue trust payments to Beneficiaries, including to those Beneficiaries whose funds have been wholly compromised if such payments are for critical needs such as utilities and caregiver payments.  The Chapter 11 Trustee has been authorized to advance up to $30,000.00 per month (in total, not per beneficiary) as a loan against compromised trust accounts ("Critical Expense Loan").

11.     The Debtor's CRO, NPerspective, and the Chapter 11 Trustee and his professionals, have been assisting the Debtor and its employees with trust administration and business operations.

---

[1] The Chapter 11 Trustee has hired Kapila Mukamal as its forensic accountant to further investigate the Debtor's initial findings and determine, to the extent it is able, the true nature and extent of the loss to each Beneficiary.

78221265;2

However, the Debtor's resources are limited, and the Chapter 11 Trustee must find a successor trustee for the trusts.

12.    The Chapter 11 Trustee surveyed and interviewed trust administrators across the country.  CPT was the most viable option for various reasons, including the fact that it is qualified to transact business and administer trusts in 48 states, has the ability to take over all the Pooled Trusts, and will either accept appointment as successor trustee, or, at a minimum, provide consultation and resources to beneficiaries in furtherance of securing a successor trustee following the Center's resignation as trustee, for all of Debtor's other Trusts. The Chapter 11 Trustee believes CPT is the best alternative to serve as successor trustee, as set forth below.

**B.**    **Transition of Trust Administration**

13.    Since his appointment, the Chapter 11 Trustee has been working on a plan to transition the administration of the Trusts to an independent third party capable of assuming responsibility for the administration of all 2,000 plus Trusts currently administered by the Debtor. After conducting due diligence on potential third parties to serve as successor trustee, the Chapter 11 Trustee has selected CPT Institute, Inc. for this role.

14.    CPT Institute, Inc. is a Florida Non-Profit Corporation that serves as a national nonprofit trustee for the administration of pooled special needs trusts. The Chapter 11 Trustee, on behalf of the Debtor, proposes to transition administration of all of the Debtor's pooled trusts to CPT, with CPT being appointed as successor trustee, subject to any Beneficiary's right to opt out of having CPT appointed successor trustee in favor of a successor trustee of his or her choosing. The Chapter 11 Trustee, on behalf of the Debtor, further proposes to transition administration of any of the Debtor's individual non-pooled trusts that expressly consent to CPT's appointment as successor trustee, subject to CPT's evaluation of the trust instrument and acceptance of such

appointment. Any individual non-pooled trust that fails to expressly consent to CPT's successor appointment will be provided CPT's contact information for the option to receive additional consultation and resources related to future appointment of a successor trustee, but must otherwise find a new trust administrator.

15.     Before selecting CPT, the Chapter 11 Trustee and his representatives investigated alternatives and conducted extensive due diligence on CPT, including interviewing the officers of CPT and its counsel, reviewing its financial records, conducting public records searches, conducting searches for litigation involving CPT, and confirming CPT's qualification to conduct business as a trustee in the administration of pooled special needs trusts in 48 states.[2]  The Chapter 11 Trustee's due diligence has uncovered no reported misconduct by, or litigation involving, CPT. However, the Chapter 11 Trustee cannot and does not make any guarantees with respect to CPT, and all Beneficiaries are entitled to opt out of the appointment of CPT as successor trustee, in the manner described below, and select an alternative successor trustee of their Trusts.

16.     Further, the Chapter 11 Trustee discloses that CPT has indicated that it may hire certain of the Debtor's employees, some of whom have worked for the Debtor in the past.

**(i)     Successor Trustee Fees and Costs**

CPT has agreed to charge according to the following reduced fee schedules for those trusts that it is appointed as successor trustee:

**Pooled Special Needs Trust Administration Fees[3]**

| | |
|---|---|
| Trust Account Setup | $ 0 waived |
| Balance less than $100,000 **no** structured settlement or MSA[4] | $ 50 monthly |
| Balance less than $100,000 **with** structure settlement or MSA | $100 monthly |

---

[2] CPT does not operate in New Mexico or Connecticut, though none of the Benficiary's Trusts are located in New Mexico. Beneficiaries in Connecticut will be instructed to consider Plan of Connecticut, which is approved and regulated by the State of Connecticut.
[3] CPT **does not** collect a fee from invested funds.
[4] MSA means "Medicare Set Aside."

All accounts with balance over $100,000                          $150 monthly
 Money Management Fee (percentage of funds under management)      .60 %

### Individual Special Needs Trusts Eligible for Conversion to
### Pooled Special Needs Trust Administration Fees[5]

Trust Account Setup                                              $500 One Time[6]
Monthly Administration Fee                                       $150 monthly
Money Management Fee (percentage of funds under management)[7]   .60 %

### Pooled Income Trust Administration Fees[8]

| Trust Account Setup | | | $0 waived by board |
|---|---|---|---|
| Monthly Deposit | | | Monthly Fee |
| $0 | to | $300 | $25 |
| $301 | to | $600 | $35 |
| $601 | to | $900 | $45 |
| $901 | to | $1,200 | $70 |
| $1,201 | to | $1,700 | $85 |
| $1,701 | to | $2,200 | $105 |
| $2,201 | to | $2,700 | $140 |
| $2,701 | to | above | $200 |

**(ii)    Transition of Pooled Trusts**

17.    The Debtor shall resign as trustee for the Pooled Trusts and CPT shall be appointed as successor trustee for ***all*** Pooled Trusts, subject to each Beneficiary's right to opt out as described below.

18.    The order authorizing this transition by this Court shall clarify that each Beneficiary for whom a successor trustee is appointed for its Trust, whether it be CPT or an alternative third-party trust provider, shall unless otherwise requested, automatically assign his or her litigation rights back to the Chapter 11 Trustee upon appointment of a successor trustee, which is necessary to allow the Chapter 11 Trustee to continue litigation efforts in this case.

---

[5] CPT **does not** collect a fee from invested funds.
[6] Applicable only to trusts with more than $50,000 in assets.
[7] The investment firm custody agent chosen by the CPT board charges money management fees. Proprietary or trail fee investment products are prohibited. Statements provided quarterly, online activity and balances portal access provided.
[8] If funds accumulate over $25,000 dollars, a Pooled Special Needs Trust will need to be created.

78221265;2

19.     The effective date of CPT's appointment as successor trustee of the Pooled Trusts shall be no later than ***December 31, 2024*** (the "<u>Effective Date</u>").

**(iii)    Pooled Trust Opt-Out Procedure**

20.     Upon the entry of an order granting this Motion, each Beneficiary of the Pooled Trusts will be provided the opportunity to opt out of such successor appointment for their Trusts by executing the "Opt-Out Notice," a copy of which is annexed hereto as **Exhibit A**, and delivering a copy of such notice to:

> <u>If by First-Class Mail:</u>
> The Center for Special Needs Trust Administration, Inc.
> Opt Out Notice Processing Center
> c/o Epiq Corporate Restructuring, LLC
> P.O. Box 4419
> Beaverton, OR 97076-4419
>
> <u>If by Hand Delivery or Overnight Mail:</u>
> The Center for Special Needs Trust Administration, Inc.
> Opt Out Notice Processing Center
> c/o Epiq Corporate Restructuring, LLC
> 10300 SW Allen Blvd.
> Beaverton, OR 97005
>
> <u>If Electronically</u>:
>
> Click on the link **Opt-Out Notice** under **Case Actions** on the case information page. The case information page link is below.
>
> https://dm.epiq11.com/centerforspecialneedstrustadministration/

***no later than November 22, 2024*** (the "<u>Opt-Out Notice Period</u>"), in the manner set forth in the Opt-Out Notice.

21.     Within five (5) business days after entry of an order approving this Motion, or as soon as practicable thereafter, the Chapter 11 Trustee will cause the Opt-Out Notice to be served on the following parties or their respective counsel, if known: (a) the United States Trustee for the Middle District of Florida (the "<u>U.S. Trustee</u>"); (b) counsel to the Committee; (c) all of the

Beneficiaries of Pooled Trusts; and (d) all parties that have requested or that are required to receive notice pursuant to Bankruptcy Rule 2002.

22.     Should a Beneficiary desire to opt out of having CPT appointed as successor trustee, the Beneficiary may look to the following resources who have been made aware that Beneficiaries may be seeking assistance:

- Special Needs Alliance (https://www.specialneedsalliance.org/);

- Academy of Special Needs Planners (https://specialneedsanswers.com/about-us);

- National Academy of Elder Law Attorneys (https://www.naela.org/); and

- National Elder Law Foundation (certified elder law attorneys) (https://nelf.org/).

23.     Each individual trust and/or each Beneficiary of an individual stand-alone (non-Pooled Trust) shall opt-out or seek a replacement trustee at his or her own peril. Neither the Chapter 11 Trustee, the Debtor, the Committee, nor any of their agents, attorneys, representatives, employees, directors, officers, successors, and assigns, shall be responsible or liable for any and all actions, causes of action, suits, claims, demands, liabilities, obligations, damages, costs, and expenses, resulting from any Beneficiaries taking such action. All beneficiaries will be provided with legal resources and contact information of pro bono legal counsel to facilitate their trust transfers. **ANY BENEFICIARY CONSIDERING OPTING OUT OR REPLACING THE DEBTOR AS TRUSTEE IS ENCOURAGED TO CONSULT WITH LEGAL COUNSEL BEFORE DOING SO TO AVOID RISK OF LOSS OF MEANS-TESTED GOVERNMENTAL BENEFITS OR ADVERSE LEGAL CONSEQUENCES.**

**(iv)     Transition of Non-Pooled Trusts**

24.     Non-Pooled Trusts must be evaluated separately due to the unique nature of their trust agreements and the state law applicable to each trust.  Each Beneficiary of a Non-Pooled

Trust may consider CPT as a successor trustee or, at its option, move his or her Trust to a new third party administrator.  Subject to and upon Court order requested by the Chapter 11 Trustee, CPT shall be compensated up to $500 per non-pooled trust instrument to evaluate the legal and economic feasibility of CPT's assumption of successor trustee duties of each Non-Pooled Trust. CPT has agreed to waive the $500 fee for reviewing any trust with a principal account balance of less than fifty thousand dollars ($50,000.00).

25.     Specifically, CPT will have an attorney review the existing individual trust agreement regarding replacing the Debtor as trustee and advise whether CPT can become the successor trustee. If some reason exists that CPT will not or cannot accept appointment as successor trustee, a written report will be provided to the Beneficiary explaining the procedure for appointing a successor trustee, along with a referral to attorneys in the beneficiary's state who can assist in replacing the Debtor as trustee. In reviewing each existing Non-Pooled trust agreement, these steps will be followed:

a.  **Provide Notice of Trustee's Anticipated Resignation**.  Written notice of the Trustee's anticipated resignation (*i.e.*, the "Opt-In Notice") will be provided to all Non-Pooled Trust Beneficiaries in the form attached as **Exhibit B**.  Subject to CPT's review and acceptance of such appointment pursuant to the process detailed below, the Opt-In Notice will provide each Beneficiary with the option to either elect CPT as its successor trustee or appoint a third-party successor trustee via the Opt-In Notice.  Further, the Opt-In Notice will inform the Beneficiary that his trust instrument will be subject to CPT's review process (outlined below) to the extent the Beneficiary either fails to either opt-

in or designate a competent, able, and willing alternative successor trustee no later than November 22, 2024.

b.  **Review the Trust Agreement**: An attorney appointed by CPT will examine the Non-Pooled trust agreement to determine if a written procedure exists for replacing the Debtor as trustee. The review will focus primarily on whether: (1) the trust document provides a procedure for appointing a successor trustee and whether that procedure requires a court petition, and (2) the trust document is silent on the procedure, thereby defaulting to the applicable state's probate code.

c.  **Directed Trust Consideration**: An attorney for CPT will also review whether the trust is a Directed Trust. This type of trust requires the use of a financial advisor or a third party who directs the trustee to take certain actions. CPT will not be the trustee of a Directed Trust. CPT will only accept a Directed Trust if the Beneficiary (or some third party) is able and willing to unwind the Directed Trust and allow CPT to become the full trustee, oversee the trust assets, and have its investment advisors (currently Charles Schwab or Merrill Lynch) manage the trust funds. If the trust document requires the trust agreement to be a Directed Trust, then CPT will alert the Beneficiary that a new trustee must be appointed and advise how that procedure must occur.

d.  **Transfer to Pooled SNT**: An attorney will also review whether the individual Non-Pooled trust agreement would be better suited for a pooled Special Needs Trust (Pooled SNT). In some cases, moving the assets into a pooled trust could be more beneficial for the Beneficiary, for example, if the individual trust has

11

restrictions, is inefficient to manage, or greater protections exist in a pooled setting The option to convert to a pooled SNT will reside solely with the Beneficiary.

e. **Identify Legal Impediments**: An attorney will also review whether the individual trust has any legal restrictions in its trust documents that could prevent CPT from accepting appointment as successor trustee, which could include restrictive terms regarding the trustee's role, the investments allowed, fees charged, or any mandatory provisions that may conflict with CPT's operating procedures.

f. **CPT's Capability to Accept Appointment as Successor Trustee**: After reviewing each trust agreement and identifying any legal or operational constraints, the attorney for CPT will determine whether CPT can legally and practically accept the appointment as successor trustee. If so, the Beneficiary will receive a written opinion describing the procedure, and upon acceptance by the Beneficiary, CPT will proceed with the Beneficiary to replace the Debtor as successor trustee. The order granting this Motion entered by the Bankruptcy Court shall be sufficient to appoint CPT as successor trustee without further action or approval of any state court or other state, federal or local governmental or regulatory agencies. *See Glickstein v. Sun Bank/Miami,* 922 F.2d 666 (11th Cir. 1991) (the probate exception applies only to statutory diversity jurisdiction, not to federal question jurisdiction); *Goerg v. Parungao,* 844 F.2d 1562 (11th Cir. 1988) (the probate exception "has no bearing on federal question jurisdiction, the jurisdiction invoked in bankruptcy cases."); *Fisher v. PNC Bank, N.A.*, 2 F.4th 1352, 1356 (11th Cir. 2021) (explaining that the probate exception applies in only three circumstances: ([1] the probate or annulment of a will; [2] the administration

12

of a decedent's estate; and [3] disposing of property that is in the custody of the state probate court.).

g.     **Provide Written Procedure if CPT Cannot Accept Appointment as Successor Trustee**: If, after reviewing the agreement, CPT cannot accept the appointment as successor trustee, the attorney will provide the Beneficiary with a written procedure for appointing a successor trustee. This will include:

- A summary of the steps required as per the trust agreement.

- Recommendations on finding a suitable trustee.

- Clear guidance on navigating the process of requesting or appointing a new trustee, including any court involvement, if necessary.

26.     If, after a review and evaluation of the respective Non-Pooled Trust instruments, CPT deems itself competent and able to accept successor trustee appointment, such Beneficiaries shall be provided written notice of CPT's acceptance of trustee appointment with necessary documentation to effectuate the same.

(v)     **Non-Pooled Trust Opt-In Procedure**

27.     Upon the entry of an order granting this Motion, each Beneficiary of a Non-Pooled Trust will be provided with notice of his or her option to either elect CPT as its successor trustee or appoint a third-party successor trustee via the Opt-In Notice, a copy of which is annexed hereto as **Exhibit B**, and delivering a copy of such notice to:

If by First-Class Mail:
The Center for Special Needs Trust Administration, Inc.
Opt In Notice Processing Center
c/o Epiq Corporate Restructuring, LLC
P.O. Box 4419
Beaverton, OR 97076-4419

If by Hand Delivery or Overnight Mail:
The Center for Special Needs Trust Administration, Inc.
Opt In Notice Processing Center
c/o Epiq Corporate Restructuring, LLC
10300 SW Allen Blvd.
Beaverton, OR 97005

If Electronically:

Click on the link **Opt-Out Notice** under **Case Actions** on the case information page. The case information page link is below.

https://dm.epiq11.com/centerforspecialneedstrustadministration/

*no later than November 22, 2024* (the "Opt-In Notice Period"), in the manner set forth in the Opt-In Notice.

28.     Within five (5) business days after entry of an order approving this Motion, or as soon as practicable thereafter, the Chapter 11 Trustee will cause the Opt-In Notice to be served on the following parties or their respective counsel, if known: (a) the United States Trustee for the Middle District of Florida (the "U.S. Trustee"); (b) counsel to the Committee; (c) all of the Beneficiaries of Non-Pooled Trusts; and (d) all parties that have requested or that are required to receive notice pursuant to Bankruptcy Rule 2002.

29.     Should a Beneficiary desire to opt out of having CPT appointed as successor trustee, the Beneficiary may look to the following resources who have been made aware that Beneficiaries may be seeking assistance:

- Special Needs Alliance (https://www.specialneedsalliance.org/);

- Academy of Special Needs Planners (https://specialneedsanswers.com/about-us);

- National Academy of Elder Law Attorneys (https://www.naela.org/); and

- National Elder Law Foundation (certified elder law attorneys) (https://nelf.org/).

30.     To the extent necessary, all rights are reserved for each Beneficiary, CPT, and the Chapter 11 Trustee to return to this Court, or proceed to any court of competent jurisdiction, to seek such supplemental orders or guidance necessary to facilitate those trust transfers deemed more complicated or incapable of being transferred pursuant to the procedures set forth above.

(vi)    **Trust Accounts and Distributions of Trust Residual**

*__Fully Compromised Trust Accounts__*

31.     Beneficiaries with fully compromised Trusts whose current balances are $0 are collectively referred to as the "__Fully Compromised Trusts.__" Beneficiaries with Fully Compromised Trusts who do not opt-out will also be transitioned over to CPT for management purposes only, though CPT does not plan on opening trust accounts for Fully Compromised Trusts until a trust is funded by a Beneficiary or the Chapter 11 Trustee makes *pro rata* distributions to Beneficiaries following his recovery efforts. If, upon notice of interim distributions, a Beneficiary has opted out and has chosen a third-party trust administrator, the Chapter 11 Trustee will coordinate the transfer of distributions to the appropriate third-party successor trustee.

32.     When the Chapter 11 Trustee recovers sufficient funds to make a distribution to Beneficiaries, the Chapter 11 Trustee will provide a schedule identifying the basis upon which such distributions will be made.

33.     Upon the Effective Date, the Critical Expense Loan will be terminated. Beneficiaries who have previously relied on these advances will need to make alternative arrangements for payment of their critical needs. For Medicare/Medicaid purposes, Fully Compromised Trusts will be considered exhausted.

***Partially Compromised Trust Accounts***

34.    If a Beneficiary with a partially compromised account, (i.e., some funds are held in protected third-party accounts, and other funds were invested in the "Loan" and are currently unavailable for distribution ("Partially Compromised Trust"), elects to opt out of having CPT administer a Trust, the Chapter 11 Trustee's professionals will review the Debtor's trust ledgers to reconcile the bank/brokerage account statements of that particular Trust prior to transferring any Trust balance. Provided the Chapter 11 Trustee is satisfied with his professional's reconciliation of an account, the Chapter 11 Trustee will make arrangements to transfer all of such Beneficiary's funds held in third-party investment accounts to CPT or to any third-party successor trustee selected by the Beneficiary in his or her opt-out form (subject to such successor trustee's acceptance).

35.    To reduce the likelihood of overpayment on a Partially Compromised Trust account, the Chapter 11 Trustee's professionals will have the discretion to transfer less than one hundred percent (100%) of such compromised Trust's balance, with such amount constituting a claim owed by the Debtor to the Trust upon the Chapter 11 Trustee's recovery of assets in this Bankruptcy Case.

36.    The Chapter 11 Trustee cannot say with complete certainty that a Trust's total balance (incorporating all bank and brokerage account transactions) is accurate. To the extent necessary, the Chapter 11 Trustee reserves the right to issue true-up distributions following recovery of assets to the estate. If any adjustments to a Trust Account balance need to be made after the transfer of a Trust to a successor trustee other than CPT, those accounts will be trued up when the Chapter 11 Trustee makes a distribution pursuant to Court order or a Chapter 11 plan.

*__Uncompromised Trusts__*

37.     Few of the Trusts were not compromised at all by the Debtor's and its employees' bad acts. Upon the Effective Date, the Chapter 11 Trustee will make arrangements to transfer all of such Beneficiary's funds held in third-party investment accounts to CPT or to any third-party successor trustee selected by the Beneficiary in his or her opt-out form (subject to such successor trustee's acceptance).

   **(vii)     Donations by CPT to the Debtor for Use for Tax-Exempt Charitable Purposes.**

38.     In exchange for the transition of Trusts by the Debtor to CPT, CPT agrees to donate the following amounts to the Debtor, which funds shall be used by the Debtor for tax-exempt, charitable purposes (*i.e.*, the donated funds will be segregated and earmarked for the *pro rata* payment to Beneficiaries on account of his or her losses pursuant to a confirmed chapter 11 plan or further order of the Bankruptcy Court).

- $140,000 per year for three (3) years if the Debtor initially transitions 75% or more of the trusts to CPT.

- $100,000 per year for three (3) years if the Debtor initially transitions 50% to 74.99% of the trusts to CPT.

- $75,000 per year for three (3) years if the Debtor initially transitions less than 50% of the trusts to CPT.

39.     For all Trusts where CPT is to be appointed as successor trustee, the Debtor shall retain all rights to residual death benefits of any Beneficiary that has died prior to the December 31, 2024. For all Trusts where CPT is appointed as successor trustee, CPT will retain all rights to residual death benefits pursuant to 42 U.S.C. § 1396p(d)(4)(C).

40.     If a Beneficiary chooses to opt out of having CPT appointed as successor trustee of their Trust, any third party chosen by the Beneficiary shall be bound by the provisions of this Order with respect to the division of residual death benefits and recognize the successor trustee's interest in and rights to receive the residual death benefits pursuant to 42 U.S.C. § 1396p(d)(4)(C).

**(viii)   Retention of Claims by Chapter 11 Trustee**

41.     For all Trusts, whether transitioned to CPT or a third-party successor trustee, unless specifically requested by a Beneficiary in writing, the Chapter 11 Trustee shall automatically retain all rights and standing in his capacity both as Trustee of the Trusts and Chapter 11 Trustee of the Debtor to pursue Litigation Claims[9] on behalf of the Beneficiaries and the bankruptcy estate and make distributions to them through this bankruptcy case. In addition, as of the Effective Date of the transition of each Trust to CPT or such other successor trustee, each Beneficiary shall be deemed to have automatically assigned to the Chapter 11 Trustee all right to pursue Litigation

---

[9] Litigation Claims shall mean all claims, actions, choses in action, causes of action, suits, debts, dues, sums of money, accounts, rights to payment, reckonings, bonds, bills, specialties, controversies, variances, trespasses, damages, judgments, third-party claims, counterclaims and cross claims (including, but not limited to, any Chapter 5 avoidance or recovery actions under the Bankruptcy Code or avoidance or recovery claims recognized under any applicable state law) whether known or unknown, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured and whether assertable directly or derivatively in law, equity, or otherwise. Litigation Claims include, without limitation, those which are: (i) property of the bankruptcy estate under and pursuant to section 541 of the Bankruptcy Code; (ii) for subrogation and contribution; (iii) for turnover; (iv) for avoidable transfers and preferences under and pursuant to sections 542 through 550 and 553 of the Bankruptcy Code or any applicable state law; (v) to determine the extent, validity and priority of liens and encumbrances; (vi) for surcharge under section 506(c) of the Bankruptcy Code; (vii) for subordination under section 510 of the Bankruptcy Code; (viii) related to federal or state securities laws; (ix) direct or derivative claims or causes of action of any type or kind; (x) against any and all current and/or former officers and directors of the Debtor or any affiliates thereof; (xi) for breach of fiduciary duty or aiding and abetting breach of fiduciary duty; (xii) under and pursuant to any policies for insurance, including for bad faith, maintained by the Debtor, including, without limitation, any liability insurance policy; (xiii) for theft of corporate opportunity; (xiv) for collection on accounts, accounts receivables, loans, notes receivables or other rights to payment; (xv) for the right to seek a determination by the Bankruptcy Court of any tax, fine or penalty relating to a tax, or any addition to a tax, under section 505 of the Bankruptcy Code; (xvi) which arise under or as a result of any section of the Bankruptcy Code; (xvii) for common law torts or aiding and abetting common law torts; (xviii) contract or quasi contract; (xix) derivative based; (xx) statutory claims; (xxi) arise out of or are related in any way to actions or claims pending as of the Effective Date; (xxii) for negligence including professional negligence; (xxiii) for unjust enrichment; (xxiv) to disallow or subordinate any proof of claim filed in the Bankruptcy Case; (xxv) to recover an avoidable transfer from any mediate or subsequent transferee; or (xxvi) any claim held or assertable by the Chapter 11 Trustee or any Beneficiary.

Claims on his or her behalf against third parties. This assignment shall be self-effectuating without the need for further documentation.

**(ix)** **Wind-Down of the Debtor**

42.     As part of the Debtor's wind-down, all of its employees will be officially terminated on the Effective Date. CPT will have the option to interview and offer employment to any former employees that it desires. Notwithstanding, CPT has no obligation to hire any former employee of the Debtor.

43.     Further, on the Effective Date, all liens of the Debtor on certain real property, vehicles, and other assets titled in the name of the Beneficiaries will be transferred to CPT or a third-party successor trustee if a Beneficiary chooses to opt out of having CPT appointed as successor trustee. If any liens were improperly placed, CPT and/or the Chapter 11 Trustee will take other and further actions as necessary to rectify the impropriety with input from each Beneficiary.

44.      The winding down of the Debtor and assignment of the Trusts to a successor trustee will alleviate the estate from incurring administrative expenses for the continued administration of the Trusts, including paying the Debtor's 20-plus employees, paying for the extensive administrative work of the CRO, N-Perspective (Bill Long), and the Chapter 11 Trustee's counsel's oversight over the trust administration process.

**(x)** **No Liability for CPT**

45.     CPT shall not be liable for any acts, malfeasance, negligence, or wrongdoing committed by the Debtor or any of its professionals or employees for acts arising prior to the Effective Date. However, CPT shall be liable for any of its actions arising out of or related to its administration of the Trusts from and after the Effective Date.

78221265;2

### Relief Requested

46.     By this Motion, the Trustee seeks entry of an order substantially in the form attached as **Exhibit D** granting this Motion.

### Basis for Relief Requested

47.     Section 105(a) authorizes the Court to issue "any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." Section 105(a) is intended "to assure the bankruptcy courts['] power to take whatever action is appropriate or necessary in aid of the exercise of its jurisdiction." 2 Collier on Bankruptcy ¶ 105.01 (16th ed.). Further, 28 U.S.C. § 1334 gives the bankruptcy court "exclusive jurisdiction of all the property, wherever located, of the debtor as of the commencement of [its] case, and of property of the estate." "The broad jurisdictional grant in section 1334(e) is implemented in part by section 105, which gives the court the power to 'issue any order, process or judgment that is necessary or appropriate to carry out the provisions of [title 11].'" 2 Collier on Bankruptcy ¶ 105.02[2] (16th ed.).

48.     Particularly in Chapter 11 cases, "Section 105 is often used to meet the particular needs of individualized debtors so that the general provisions of chapter 11 can provide relief in appropriate cases" (2 Collier on Bankruptcy ¶ 105.02[4] (16th ed.)) including the approval of contracts or agreements entered into by the debtor or trustee. *See In re Reserve Production, Inc.*, 232 B.R. 899 (Bankr. E.D. Tex. 1999) (approving entry into a joint prosecution agreement by liquidating trustee with respect to a certain adversary proceeding); *In re Ashford Hotels, Ltd.*, 235 B.R. 734 (S.D.N.Y. 1999) (approving Chapter 7 trustee entering into a litigation funding agreement).  Here, the unique circumstances of this Chapter 11 case warrant the Court's exercise

78221265;2

of its equitable powers under § 105 to approve the appointment of successor trustees for the Trusts and the wind down of the Debtor's operations.

49.     Upon the Effective Date, administrative expenses to the bankruptcy estate will be substantially reduced and the transition of the Trusts to CPT or another successor trustee will allow the Chapter 11 Trustee to focus on litigation and the recovery of funds for the benefit of the estate and the Beneficiaries.

50.     Further, as an accommodation to the estate and Beneficiaries, CPT has agreed to assist the Chapter 11 Trustee with finding a new successor trustee for all Non-Pooled Trusts that CPT is not appointed as successor trustee.  No Beneficiary will be left out of this process, and it is the intent of the Chapter 11 Trustee and CPT to ensure that each Trust is adequately administered on and after the Effective Date.

51.     Having the administration of the Trusts handled by a third party, rather than the Debtor, will permit the Chapter 11 Trustee and his professionals to focus solely on recovery of assets for the Compromised Trusts, rather than also having to deal with trust administration issues that arise.  It will also reduce the costs of administering the estate, including legal fees, by tens of thousands of dollars per month.

52.     The plan set forth in this Motion provides a clear path to the conclusion of the Chapter 11 Trustee's role in administering the Trusts, gives assurance to Beneficiaries that their Trusts will be administered by a successor trustee, and paves the way for the Chapter 11 Trustee to focus on confirming a liquidating plan and recovering assets for the estate.  Having a clear path now should give Beneficiaries confidence that their long-term needs are being met.

53.     Based on the foregoing, the Chapter 11 Trustee submits that approval of the procedures set forth in this Motion is in the best interests of the Debtor, its estate and creditors,

78221265;2

and is based upon sound, reasoned and informed business judgment warranting this Court's approval.

### C.    Approval of Form and Manner of Opt-Out and Opt-In Notices

54.    Within five (5) business days after entry of the an order approving this Motion, or as soon as practicable thereafter, the Chapter 11 Trustee will cause the Opt-Out and Opt-In Notices to be served on the following parties or their respective counsel, if known: (a) the U.S. Trustee; (b) counsel the Committee; (c) all of the Beneficiaries and other creditors; and (e) all parties that have requested or that are required to receive notice pursuant to Bankruptcy Rule 2002.

55.    The Chapter 11 Trustee believes that the Opt-Out and Opt-In Notices are fair and reasonable, provide sufficient notice to the Beneficiaries of the transition of their Trusts to CPT, and provide certainty to all parties in interest regarding their obligations and rights with respect thereof. Accordingly, the Chapter 11 Trustee requests that the Court approve the Opt-Out Notice in the form attached hereto as **Exhibit A** and the Opt-In Notice in the form attached hereto as **Exhibit B.**

WHEREFORE, the Trustee requests this Court enter an order substantially in the form attached hereto as **Exhibit D** authorizing the Chapter 11 Trustee to wind down and terminate the operations of the Debtor, approve the procedures for appointment of CPT or a third party as successor trustee of the Trusts, approving the Opt-Out Notice, and providing for such other and further relief as to the Court deems just.

Dated: October 4, 2024.

Respectfully submitted,

By: */s/ Steven R. Wirth*
    Steven R. Wirth
    Florida Bar No.: 170380
    Email: steven.wirth@akerman.com
    Raye C. Elliott
    Florida Bar No.:  18732
    Email:  raye.elliott@akerman.com
    401 East Jackson Street, Suite 1700
    Tampa, Florida 33602
    Telephone: (813) 223-7333
    Facsimile: (813) 223-2837

    *Counsel for Chapter 11 Trustee, Michael Goldberg*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 4, 2024, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record. Additionally, Epiq Corporate Restructuring, LLC will cause a true and correct copy of the foregoing document to be served on all Beneficiaries and other creditors of the Debtor and will file a certificate of service with the Court.

*/s/Steven R. Wirth*
Attorney

# Exhibit A

**OPT-OUT NOTICE**
**POOLED SPECIAL NEEDS TRUST ACCOUNTS**

**IMPORTANT NOTICE:**

You are receiving this notice because The Center for Special Needs Trust Administration, Inc. (the "Center") will resign on December 31, 2024 as the trustee of a pooled special needs trust for which you have been named as a beneficiary. CPT Institute, Inc. ("CPT") will assume future trust administration unless you opt-out before ***November 22, 2024*** by filling out the opt-out form on page 2.

***About CPT Institute, Inc.***

CPT is a third-party charitable nonprofit trustee that operates nationally in forty-eight states. You can learn more about CPT on its website: www.cptinstitute.org/the-center

**Trustee Fees[1]**

| | |
|---|---|
| Trust Account Setup | $ 0 waived |
| Balance less than $100,000 **no** structured settlement or MSA[2] | $ 50 monthly |
| Balance less than $100,000 **with** structure settlement or MSA | $100 monthly |
| All accounts with balance over $100,000 | $150 monthly |
| Money Management Fee (percentage of funds under management)[3] | .60 % |

If you consent to CPT's appointment as successor trustee, you may visit their website at www.cptinstitute.org/the-center to complete the OPT-IN electronic form. Alternatively, you can contact them directly at 813-687-8818 or via email at join@cptcharity.org.

A CPT staff member will contact you regarding the next steps to finalize the transition of your trust's administration after November 22, 2024.

If you desire to initiate the transfer of your trust administration to CPT prior to November 22, 2024, you can contact CPT directly at the following to expedite the process:

Telephone: 813-687-8818
Email: join@cptcharity.org
URL: www.cptinstitute.org/the-center

\*\*\*\*

---

[1] CPT **does not** collect a fee from invested funds.

[2] Medicare Set Aside.

[3] Money Management Fees are paid to True Link, a third-party investment firm/custody agent selected by CPT. Proprietary or trail-fee investment products are prohibited. Following CPT's appointment as successor trustee, online access to trust activities and balances will be provided. Investment Statements are also provided quarterly.

## I.    ELECTION TO OPT-OUT AND APPOINTMENT OF ALTERNATIVE SUCCESSOR TRUSTEE

In furtherance of my election to opt-out of the administration of my Trust by CPT Institute, Inc., I desire, direct, and consent to the appointment of the successor trustee identified below for future administration of my Trust:

☐    I **opt-out** of the appointment of CPT as my successor trustee and instead desire, direct, and consent to the appointment of the successor trustee identified below for future administration of my pooled Trust:

Desired Successor Trustee:_____

Address of Desired Successor Trustee :_____

Telephone of Desired Successor Trustee: _____

Email of Desired Successor Trustee: _____

## II.    *BENEFICIARY INFORMATION*

1. Full Legal Name of Beneficiary:_____

2. Signature of Beneficiary, trustee, legal representative, or party authorized to act on behalf of such

   Beneficiary:_____

3. Date of Execution:_____

4. Email of Beneficiary:_____

5. Email of Legal representative authorized to act on behalf of beneficiary:_____

6. Telephone Number: _____

7. Address of Beneficiary: _____
   Address

   _____
   City           State           ZIP Code      Country

8. Address where duplicate notice should be sent: _____
   Address

   _____
   City           State           ZIP Code   Country

**Please be advised that you have until November 22, 2024 to deliver this Opt-Out Notice to all Notice Parties listed below. Your Opt-Out Notice must be actually delivered to the Notice Parties by First Class Mail, Hand Delivery, Overnight Mail, or Electronically by this date to be considered valid. All fields above, including Beneficiary Information and accurate third-party trustee information, must be filled out to effectuate a valid opt-out if opting out of the automatic appointment of CPT as successor trustee. Failure to opt-out by the date provided in this notice, or refusal of any identified desired successor trustee, will result in the transfer of your trust administration from the Center to CPT.**

### NOTICE PARTIES AND CONTACT INFORMATION:

**If by First-Class Mail:**
The Center for Special Needs Trust Administration, Inc.
Opt Out Notice Processing Center
c/o Epiq Corporate Restructuring, LLC
P.O. Box 4419
Beaverton, OR 97076-4419

**If by Hand Delivery or Overnight Mail:**
The Center for Special Needs Trust Administration, Inc.
Opt Out Notice Processing Center
c/o Epiq Corporate Restructuring, LLC
10300 SW Allen Blvd.
Beaverton, OR 97005

**If Electronically:**

Click on the link **Opt-Out Notice** under **Case Actions** on the case information page. The case information page link is below.

https://dm.epiq11.com/centerforspecialneedstrustadministration/

# Exhibit B

**NOTICE OF TRUSTEE RESIGNATION FOR
NON-POOLED SPECIAL NEEDS TRUST ACCOUNTS AND
ELECTION OF SUCCESSOR TRUSTEE (OPT-IN/OPT-OUT)**

**IMPORTANT NOTICE**

You are receiving this notice because The Center for Special Needs Trust Administration, Inc. (the "Center") will resign on December 31, 2024, as the trustee of a trust for which you have been named as a beneficiary. To avoid interruption in the administration of your trust, you must elect a successor trustee no later than ***November 22, 2024*** by filling out the successor trustee election form on page 2.

Failure to elect an eligible successor trustee by ***November 22, 2024,*** will result in a review of your trust by an attorney to evaluate options for the succession of your trust administration, including the possible appointment of CPT Institute, Inc. ("CPT") as your successor trustee. If your account is $50,000 or more, a one-time charge of $500 will be paid to the attorney out of your trust for this review. If your account is under $50,000, no charge will be imposed for this review. Following the legal review of your trust, you will be notified of your options to transition your trust to an eligible successor trustee, such as CPT. If CPT can serve as your successor trustee, a member of the CPT team will contact you directly to initiate the transfer of your trust administration. If CPT cannot accept your trust, it will provide you with a written report on the steps needed to find a new trustee with recommendations for services to assist you in your search.

***About CPT Institute, Inc.***

CPT is a third-party charitable nonprofit trustee that operates nationally in forty-eight states. You can learn more about CPT on its website: www.cptinstitute.org.

**Individual Special Needs Trusts Administration Fees[1]**

| | |
|---|---|
| Trust Account Setup (if account is $50,000 or more) | $500 |
| Trust Account Setup (if account under $50,000) | $0 |
| Monthly Administration Fee | $150 monthly |
| Money Management Fee (percentage of funds under management)[2] | .60 % |

If you desire to initiate the transfer of your trust administration to CPT before November 22, 2024, you can contact CPT directly at the following to expedite the process:

Telephone: 813-687-8818
Email: join@cptcharity.org
URL: www.cptinstitute.org/the-center

****

---

[1] CPT **does not** collect a fee from invested funds.

[2] The investment firm custody agent chosen by the CPT board (True Link) charges money management fees. Proprietary or trail fee investment products are prohibited. Statements provided quarterly, online activity and balances portal access provided.

78227006;2

## I.    ELECTION OF SUCCESSOR TRUSTEE

Subject to the eligibility and acceptance of my elected appointment by the successor trustee identified below, I desire, direct, and consent to the appointment of the successor trustee identified below for the future administration of my Trust as follows:

☐    OPT-IN: I <u>elect</u> CPT as my successor trustee for future administration of my non-pooled trust.

☐    OPT-OUT: I elect the following alternative successor trustee identified below for future administration of my non-pooled trust:

Desired Successor Trustee: _____

Address of Desired Successor Trustee : _____
                                        Address

                                        _____
                                        City          State      ZIP Code        Country

Telephone of Desired Successor Trustee: _____

Email of Desired Successor Trustee: _____

## II.    *BENEFICIARY INFORMATION*

1.  Full Legal Name of Beneficiary: _____

2.  Signature of Beneficiary, trustee, legal representative, or party authorized to act on behalf of such

    Beneficiary: _____

3.  Date of Execution: _____

4.  Email of Beneficiary: _____

5.  Email of Legal representative authorized to act on behalf of
    beneficiary: _____

6.  Telephone Number: _____

7.  Address of Beneficiary: _____
                            Address
    _____
    City            State            ZIP Code          Country

8.   Address where duplicate notice should be sent: _____

_____
Address

_____
City                          State                          ZIP Code                          Country

**Please be advised that you have until _November 22, 2024_ to deliver this Beneficiary Election of Successor Trustee Form (the "Election") to all Notice Parties listed below. Your Election must be actually delivered to the Notice Parties by First Class Mail, Hand Delivery, Overnight Mail or Electronically by this date to be considered valid.  All fields above, including Beneficiary Information and accurate third-party successor trustee information, must be filled out to effectuate a valid Election. Failure to elect an eligible successor trustee by _November 22, 2024,_ will result in a review of your trust by an attorney to evaluate options for the succession of your trust administration, including the possible appointment of CPT Institute, Inc. ("CPT") as your successor trustee. If your account is $50,000 or more, a one-time charge of $500 will be paid to the attorney out of your trust for this review.**

## NOTICE PARTIES AND CONTACT INFORMATION:

**If by First-Class Mail:**
The Center for Special Needs Trust Administration, Inc.
Opt Out Notice Processing Center
c/o Epiq Corporate Restructuring, LLC
P.O. Box 4419
Beaverton, OR 97076-4419

**If by Hand Delivery or Overnight Mail:**
The Center for Special Needs Trust Administration, Inc.
Opt Out Notice Processing Center
c/o Epiq Corporate Restructuring, LLC
10300 SW Allen Blvd.
Beaverton, OR 97005

**If Electronically:**

Click on the link **Beneficiary Election of Successor Trustee Form** under **Case Actions** on the case information page.  The case information page link is below.

https://dm.epiq11.com/centerforspecialneedstrustadministration/

# Exhibit C

**Center for Special Needs Trust Administration, Inc.**
**Trust Listing with Pool or Individual Trust type and**
**Level of Impairment**
**As of January 31, 2024**

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|---|---|---|---|---|
| 02-0053 | Individual Trust | | X | |
| 02-0064 | Pooled Trust | X | | |
| 02-0075 | Individual Trust | X | | |
| 02-0083 | Individual Trust | | X | |
| 02-0131 | Pooled Trust | X | | |
| 02-0142 | Individual Trust | X | | |
| 02-0157 | Pooled Trust | X | | |
| 02-0171 | Pooled Trust | X | | |
| 02-0172 | Individual Trust | X | | |
| 02-0189 | Individual Trust | X | | |
| 02-0219 | Individual Trust | | X | |
| 02-0225 | Individual Trust | X | | |
| 02-0226 | Individual Trust | X | | |
| 02-0241 | Individual Trust | X | | |
| 02-0244 | Individual Trust | X | | |
| 02-0247 | Individual Trust | X | | |
| 02-0250 | Pooled Trust | X | | |
| 02-0268 | Individual Trust | X | | |
| 02-0279 | Pooled Trust | X | | |
| 02-0318 | Pooled Trust | X | | |
| 02-0365 | Individual Trust | X | | |
| 03-0395 | Individual Trust | X | | |
| 03-0421 | Pooled Trust | X | | |
| 03-0458 | Individual Trust | | X | |
| 03-0479 | Individual Trust | | X | |
| 03-0490 | Individual Trust | X | | |
| 03-0500 | Pooled Trust | X | | |
| 03-0518 | Individual Trust | X | | |
| 03-0535 | Individual Trust | | X | |
| 03-0540 | Individual Trust | | X | |
| 03-0552 | Pooled Trust | X | | |
| 03-0553 | Individual Trust | X | | |
| 03-0573 | Individual Trust | X | | |
| 03-0574 | Individual Trust | X | | |
| 03-0575 | Individual Trust | X | | |
| 03-0580 | Individual Trust | X | | |
| 03-0674 | Individual Trust | X | | |
| 03-0694 | Individual Trust | X | | |
| 03-0708 | Pooled Trust | X | | |
| 03-0766 | Third Party Trust - Individual | | X | |
| 03-0771 | Pooled Trust | X | | |
| 03-0775 | Individual Trust | X | | |
| 04-0012 | Pooled Trust | X | | |
| 04-0014 | Individual Trust | X | | |
| 04-0017 | Individual Trust | | X | |
| 04-0027 | Individual Trust | | X | |
| 04-0044 | Individual Trust | | X | |
| 04-0045 | Individual Trust | X | | |
| 04-0048 | Individual Trust | X | | |
| 04-0052 | Pooled Trust | X | | |
| 04-0060 | Individual Trust | X | | |
| 04-0064 | Individual Trust | X | | |
| 04-0085 | Pooled Trust | X | | |
| 04-0086 | Individual Trust | X | | |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|---|---|---|---|---|
| 04-0091 | Pooled Trust | X | | |
| 04-0098 | Individual Trust | | X | |
| 04-0099 | Individual Trust | X | | |
| 04-0841 | Individual Trust | X | | |
| 04-0867 | Pooled Trust | X | | |
| 04-0889 | Pooled Trust | | X | |
| 04-0903 | Pooled Trust | X | | |
| 04-0910 | Individual Trust | X | | |
| 04-0916 | Pooled Trust | X | | |
| 04-0939 | Pooled Trust | X | | |
| 04-0941 | Pooled Trust | X | | |
| 04-0955 | Individual Trust | X | | |
| 05-0129 | Individual Trust | | X | |
| 05-0158 | Pooled Trust | X | | |
| 05-0170 | Individual Trust | | X | |
| 05-0189 | Individual Trust | X | | |
| 05-0197 | Individual Trust | X | | |
| 05-0205 | Pooled Trust | X | | |
| 05-0210 | Pooled Trust | X | | |
| 05-0233 | Pooled Trust | X | | |
| 05-0239 | Pooled Trust | X | | |
| 05-0244 | Pooled Trust | X | | |
| 05-0250 | Pooled Trust | X | | |
| 05-0263 | Individual Trust | | X | |
| 05-0269 | Individual Trust | X | | |
| 05-0306 | Pooled Trust | X | | |
| 05-0315 | Individual Trust | X | | |
| 05-0316 | Individual Trust | X | | |
| 05-0317 | Individual Trust | X | | |
| 05-0344 | Pooled Trust | X | | |
| 05-0347 | Pooled Trust | X | | |
| 05-0349 | Pooled Trust | X | | |
| 05-0353 | Pooled Trust | | X | |
| 05-0355 | Pooled Trust | X | | |
| 06-0373 | Pooled Trust | X | | |
| 06-0388 | Pooled Trust | X | | |
| 06-0413 | Pooled Trust | X | | |
| 06-0427 | Pooled Trust | | X | |
| 06-0435 | Pooled Trust | X | | |
| 06-0437 | Individual Trust | | X | |
| 06-0438 | Individual Trust | | X | |
| 06-0439 | Individual Trust | X | | |
| 06-0440 | Individual Trust | X | | |
| 06-0462 | Individual Trust | X | | |
| 06-0473 | Individual Trust | | X | |
| 06-0475 | Pooled Trust | | X | |
| 06-0482 | Pooled Trust | X | | |
| 06-0487 | Individual Trust | | X | |
| 06-0491 | Pooled Trust | X | | |
| 06-0492 | Pooled Trust | X | | |
| 06-0502 | Individual Trust | X | | |
| 06-0521 | Pooled Trust | X | | |
| 06-0523 | Pooled Trust | X | | |
| 06-0531 | Pooled Trust | X | | |
| 06-0545 | Pooled Trust | X | | |
| 06-0570 | Pooled Trust | X | | |
| 06-0588 | Pooled Trust | X | | |
| 06-0596 | Pooled Trust | X | | |
| 06-0600 | Pooled Trust | X | | |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|---|---|---|---|---|
| 06-0604 | Pooled Trust | X | | |
| 06-0610 | Pooled Trust | X | | |
| 06-0620 | Pooled Trust | X | | |
| 06-0652 | Individual Trust | X | | |
| 06-0677 | Pooled Trust | X | | |
| 06-0687 | Individual Trust | | X | |
| 06-0691 | Pooled Trust | X | | |
| 06-0695 | Pooled Trust | X | | |
| 06-0708 | Individual Trust | X | | |
| 06-0711 | Pooled Trust | X | | |
| 06-0713 | Pooled Trust | X | | |
| 06-0716 | Pooled Trust | X | | |
| 06-0722 | Pooled Trust | X | | |
| 06-0725 | Pooled Trust | X | | |
| 06-0734 | Pooled Trust | X | | |
| 06-0751 | Pooled Trust | X | | |
| 06-0757 | Pooled Trust | X | | |
| 06-0758 | Pooled Trust | X | | |
| 06-0766 | Pooled Trust | X | | |
| 06-0769 | Individual Trust | X | | |
| 06-0791 | Pooled Trust | X | | |
| 06-0794 | Pooled Trust | X | | |
| 06-0796 | Pooled Trust | X | | |
| 06-0803 | Pooled Trust | X | | |
| 06-0823 | Pooled Trust | X | | |
| 06-0830 | Pooled Trust | X | | |
| 06-0846 | Pooled Trust | X | | |
| 06-0872 | Pooled Trust | X | | |
| 06-0881 | Pooled Trust | X | | |
| 06-0897 | Pooled Trust | X | | |
| 06-0902 | Pooled Trust | X | | |
| 06-0917 | Pooled Trust | X | | |
| 06-0937 | Individual Trust | X | | |
| 06-0942 | Pooled Trust | X | | |
| 06-0958 | Pooled Trust | X | | |
| 06-0959 | Pooled Trust | X | | |
| 06-0970 | Pooled Trust | X | | |
| 06-0976 | Pooled Trust | | X | |
| 06-0980 | Pooled Trust | X | | |
| 06-1008 | Pooled Trust | X | | |
| 06-1022 | Third Party Trust - Individual | | X | |
| 06-1041 | Pooled Trust | X | | |
| 06-1044 | Pooled Trust | X | | |
| 06-1061 | Individual Trust | | X | |
| 06-1074 | Pooled Trust | X | | |
| 06-1075 | Pooled Trust | X | | |
| 06-1100 | Pooled Trust | | X | |
| 06-1106 | Pooled Trust | X | | |
| 06-1110 | Pooled Trust | X | | |
| 07-1126 | Pooled Trust | X | | |
| 07-1128 | Pooled Trust | X | | |
| 07-1140 | Pooled Trust | X | | |
| 07-1141 | Pooled Trust | X | | |
| 07-1166 | Pooled Trust | | X | |
| 07-1172 | Pooled Trust | X | | |
| 07-1178 | Individual Trust | | X | |
| 07-1181 | Pooled Trust | X | | |
| 07-1193 | Individual Trust | | X | |
| 07-1203 | Individual Trust | | X | |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|-----------|----------------|-------------------|----------------------|-----------------|
| 07-1205 | Pooled Trust | X | | |
| 07-1210 | Pooled Trust | X | | |
| 07-1217 | Pooled Trust | X | | |
| 07-1222 | Pooled Trust | X | | |
| 07-1223 | Pooled Trust | X | | |
| 07-1233 | Pooled Trust | | X | |
| 07-1238 | Pooled Trust | X | | |
| 07-1239 | Individual Trust | X | | |
| 07-1241 | Pooled Trust | X | | |
| 07-1244 | Pooled Trust | X | | |
| 07-1259 | Individual Trust | X | | |
| 07-1260 | Individual Trust | X | | |
| 07-1262 | Individual Trust | X | | |
| 07-1268 | Individual Trust | X | | |
| 07-1269 | Pooled Trust | X | | |
| 07-1272 | Pooled Trust | X | | |
| 07-1274 | Pooled Trust | X | | |
| 07-1275 | Pooled Trust | X | | |
| 07-1282 | Pooled Trust | X | | |
| 07-1286 | Pooled Trust | X | | |
| 07-1288 | Pooled Trust | X | | |
| 07-1290 | Pooled Trust | X | | |
| 07-1291 | Pooled Trust | X | | |
| 07-1293 | Pooled Trust | X | | |
| 07-1298 | Pooled Trust | X | | |
| 07-1299 | Pooled Trust | X | | |
| 07-1318 | Pooled Trust | X | | |
| 07-1319 | Pooled Trust | X | | |
| 07-1325 | Individual Trust | X | | |
| 07-1329 | Pooled Trust | X | | |
| 07-1330 | Pooled Trust | | X | |
| 07-1331 | Pooled Trust | X | | |
| 07-1348 | Individual Trust | X | | |
| 07-1353 | Individual Trust | | X | |
| 07-1360 | Individual Trust | | X | |
| 07-1370 | Pooled Trust | X | | |
| 07-1388 | Pooled Trust | X | | |
| 07-1395 | Individual Trust | X | | |
| 07-1397 | Pooled Trust | X | | |
| 07-1411 | Pooled Trust | X | | |
| 07-1425 | Individual Trust | | X | |
| 07-1426 | Individual Trust | X | | |
| 07-1427 | Pooled Trust | X | | |
| 07-1435 | Pooled Trust | | X | |
| 07-1438 | Pooled Trust | X | | |
| 07-1446 | Individual Trust | | X | |
| 07-1460 | Pooled Trust | X | | |
| 07-1475 | Individual Trust | | X | |
| 07-1477 | Pooled Trust | X | | |
| 07-1479 | Pooled Trust | X | | |
| 07-1485 | Pooled Trust | X | | |
| 07-1539 | Individual Trust | | X | |
| 07-1541 | Individual Trust | X | | |
| 07-1544 | Pooled Trust | X | | |
| 07-1548 | Pooled Trust | | X | |
| 07-1553 | Pooled Trust | X | | |
| 07-1556 | Individual Trust | | X | |
| 07-1563 | Individual Trust | | X | |
| 07-1564 | Pooled Trust | X | | |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|-----------|----------------|-------------------|----------------------|-----------------|
| 07-1573 | Pooled Trust | X | | |
| 07-1585 | Individual Trust | X | | |
| 07-1604 | Individual Trust | X | | |
| 07-1611 | Individual Trust | X | | |
| 07-1629 | Pooled Trust | | X | |
| 07-1634 | Pooled Trust | X | | |
| 07-1637 | Pooled Trust | X | | |
| 07-1654 | Pooled Trust | X | | |
| 08-1657 | Pooled Trust | X | | |
| 08-1670 | Pooled Trust | X | | |
| 08-1674 | Pooled Trust | X | | |
| 08-1680 | Pooled Trust | X | | |
| 08-1688 | Pooled Trust | X | | |
| 08-1700 | Pooled Trust | X | | |
| 08-1705 | Pooled Trust | X | | |
| 08-1718 | Third Party Trust - Individual | X | | |
| 08-1723 | Third Party Trust - Individual | X | | |
| 08-1725 | Third Party Trust - Individual | X | | |
| 08-1731 | Pooled Trust | X | | |
| 08-1734 | Pooled Trust | X | | |
| 08-1751 | Pooled Trust | X | | |
| 08-1784 | Pooled Trust | X | | |
| 08-1785 | Pooled Trust | X | | |
| 08-1789 | Pooled Trust | X | | |
| 08-1818 | Third Party Trust - Individual | X | | |
| 08-1820 | Individual Trust | X | | |
| 08-1823 | Individual Trust | | X | |
| 08-1825 | Pooled Trust | X | | |
| 08-1827 | Pooled Trust | X | | |
| 08-1835 | Individual Trust | | X | |
| 08-1837 | Pooled Trust | X | | |
| 08-1847 | Pooled Trust | X | | |
| 08-1850 | Pooled Trust | X | | |
| 08-1852 | Pooled Trust | X | | |
| 08-1873 | Pooled Trust | | X | |
| 08-1892 | Individual Trust | | X | |
| 08-1904 | Pooled Trust | X | | |
| 08-1922 | Individual Trust | | X | |
| 08-1943 | Pooled Trust | X | | |
| 08-1948 | Pooled Trust | X | | |
| 08-1949 | Pooled Trust | X | | |
| 08-1950 | Pooled Trust | X | | |
| 08-1951 | Pooled Trust | X | | |
| 08-1953 | Pooled Trust | X | | |
| 08-1954 | Pooled Trust | X | | |
| 08-1956 | Pooled Trust | X | | |
| 08-1962 | Pooled Trust | | X | |
| 08-1965 | Pooled Trust | X | | |
| 08-1968 | Pooled Trust | X | | |
| 08-1969 | Pooled Trust | X | | |
| 08-1970 | Pooled Trust | X | | |
| 08-1985 | Pooled Trust | X | | |
| 08-1986 | Pooled Trust | X | | |
| 08-1993 | Pooled Trust | X | | |
| 08-2002 | Pooled Trust | | X | |
| 08-2006 | Pooled Trust | X | | |
| 08-2016 | Individual Trust | | X | |
| 08-2019 | Third Party Trust - Individual | X | | |
| 08-2023 | Pooled Trust | X | | |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|---|---|---|---|---|
| 08-2026 | Pooled Trust | X | | |
| 08-2056 | Individual Trust | | X | |
| 08-2064 | Pooled Trust | X | | |
| 08-2071 | Pooled Trust | X | | |
| 08-2075 | Pooled Trust | X | | |
| 08-2084 | Pooled Trust | X | | |
| 08-2086 | Individual Trust | X | | |
| 08-2098 | Individual Trust | | X | |
| 08-2100 | Pooled Trust | X | | |
| 08-2102 | Individual Trust | X | | |
| 08-2104 | Pooled Trust | X | | |
| 08-2105 | Individual Trust | | X | |
| 08-2116 | Pooled Trust | X | | |
| 08-2122 | Pooled Trust | X | | |
| 08-2124 | Pooled Trust | X | | |
| 08-2128 | Pooled Trust | X | | |
| 08-2132 | Pooled Trust | | | X |
| 08-2138 | Pooled Trust | X | | |
| 08-2143 | Pooled Trust | X | | |
| 08-2149 | Individual Trust | | X | |
| 08-2151 | Individual Trust | X | | |
| 08-2152 | Individual Trust | | X | |
| 08-2153 | Pooled Trust | X | | |
| 08-2154 | Pooled Trust | X | | |
| 08-2155 | Pooled Trust | X | | |
| 08-2156 | Individual Trust | | X | |
| 08-2158 | Pooled Trust | | X | |
| 08-2164 | Individual Trust | X | | |
| 08-2170 | Individual Trust | | X | |
| 08-2175 | Pooled Trust | X | | |
| 08-2176 | Pooled Trust | X | | |
| 08-2182 | Third Party Trust - Individual | X | | |
| 08-2185 | Pooled Trust | X | | |
| 08-2189 | Pooled Trust | X | | |
| 08-2193 | Pooled Trust | X | | |
| 09-2207 | Pooled Trust | X | | |
| 09-2208 | MSA within a Pooled Trust | | X | |
| 09-2219 | Third Party Trust - Individual | | X | |
| 09-2220 | Individual Trust | X | | |
| 09-2229 | MSA within a Pooled Trust | | X | |
| 09-2243 | Pooled Trust | X | | |
| 09-2252 | Pooled Trust | X | | |
| 09-2253 | Pooled Trust | X | | |
| 09-2256 | Individual Trust | | X | |
| 09-2258 | Non-Trust Account | X | | |
| 09-2265 | Individual Trust | X | | |
| 09-2271 | Individual Trust | | X | |
| 09-2272 | Pooled Trust | X | | |
| 09-2281 | Individual Trust | X | | |
| 09-2282 | Individual Trust | X | | |
| 09-2289 | Individual Trust | X | | |
| 09-2293 | Individual Trust | X | | |
| 09-2294 | Pooled Trust | X | | |
| 09-2305 | Pooled Trust | X | | |
| 09-2311 | Pooled Trust | X | | |
| 09-2316 | Pooled Trust | X | | |
| 09-2319 | Pooled Trust | X | | |
| 09-2320 | Pooled Trust | X | | |
| 09-2324 | Individual Trust | X | | |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|---|---|:---:|:---:|:---:|
| 09-2331 | Individual Trust | | X | |
| 09-2336 | Non-Trust Account | X | | |
| 09-2337 | Individual Trust | | X | |
| 09-2345 | Individual Trust | X | | |
| 09-2348 | Pooled Trust | X | | |
| 09-2350 | Individual Trust | | X | |
| 09-2367 | Pooled Trust | | X | |
| 09-2368 | Individual Trust | X | | |
| 09-2372 | Pooled Trust | X | | |
| 09-2373 | Individual Trust | | X | |
| 09-2378 | Pooled Trust | X | | |
| 09-2382 | Pooled Trust | X | | |
| 09-2391 | Individual Trust | | X | |
| 09-2398 | Pooled Trust | X | | |
| 09-2404 | Third Party Trust - Individual | X | | |
| 09-2407 | Pooled Trust | X | | |
| 09-2412 | MSA within an Individual Trust | | X | |
| 09-2413 | Pooled Trust | X | | |
| 09-2414 | Pooled Trust | X | | |
| 09-2418 | Pooled Trust | X | | |
| 09-2426 | Pooled Trust | | X | |
| 09-2427 | Individual Trust | X | | |
| 09-2445 | Pooled Trust | X | | |
| 09-2448 | Pooled Trust | X | | |
| 09-2452 | Individual Trust | | X | |
| 09-2478 | Pooled Trust | | | X |
| 09-2487 | Pooled Trust | X | | |
| 09-2495 | Individual Trust | | X | |
| 09-2501 | Non-Trust Account | X | | |
| 09-2502 | Non-Trust Account | X | | |
| 09-2503 | Non-Trust Account | X | | |
| 09-2504 | Non-Trust Account | X | | |
| 09-2505 | Non-Trust Account | X | | |
| 09-2506 | Pooled Trust | X | | |
| 09-2512 | Pooled Trust | X | | |
| 09-2514 | Pooled Trust | X | | |
| 09-2515 | Pooled Trust | X | | |
| 09-2516 | Pooled Trust | X | | |
| 09-2522 | Pooled Trust | X | | |
| 09-2528 | Pooled Trust | X | | |
| 09-2530 | Individual Trust | | X | |
| 09-2531 | Pooled Trust | X | | |
| 09-2540 | Individual Trust | X | | |
| 09-2569 | Non-Trust Account | X | | |
| 09-2579 | Pooled Trust | X | | |
| 10-2584 | Individual Trust | X | | |
| 10-2598 | Pooled Trust | X | | |
| 10-2606 | Individual Trust | X | | |
| 10-2607 | Individual Trust | X | | |
| 10-2608 | Pooled Trust | X | | |
| 10-2611 | Individual Trust | | X | |
| 10-2618 | Pooled Trust | | X | |
| 10-2619 | Pooled Trust | X | | |
| 10-2621 | Pooled Trust | X | | |
| 10-2632 | Pooled Trust | X | | |
| 10-2638 | Pooled Trust | X | | |
| 10-2642 | Individual Trust | | X | |
| 10-2658 | Individual Trust | | X | |
| 10-2668 | Pooled Trust | X | | |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|-----------|----------------|:-----------------:|:---------------------:|:---------------:|
| 10-2669 | Pooled Trust | X | | |
| 10-2670 | Individual Trust | X | | |
| 10-2672 | Pooled Trust | X | | |
| 10-2673 | Pooled Trust | X | | |
| 10-2676 | Pooled Trust | X | | |
| 10-2683 | Pooled Trust | X | | |
| 10-2686 | Pooled Trust | X | | |
| 10-2695 | Pooled Trust | | X | |
| 10-2697 | Individual Trust | X | | |
| 10-2706 | Pooled Trust | X | | |
| 10-2708 | Individual Trust | | X | |
| 10-2712 | Pooled Trust | X | | |
| 10-2716 | Individual Trust | | X | |
| 10-2721 | Individual Trust | X | | |
| 10-2745 | Individual Trust | | X | |
| 10-2747 | Individual Trust | | X | |
| 10-2751 | Individual Trust | X | | |
| 10-2755 | Individual Trust | | X | |
| 10-2757 | MSA within an Individual Trust | | X | |
| 10-2762 | Individual Trust | X | | |
| 10-2772 | Individual Trust | X | | |
| 10-2776 | MSA within a Pooled Trust | | X | |
| 10-2779 | Individual Trust | | X | |
| 10-2792 | MCA within a Pooled Trust | | X | |
| 10-2799 | Pooled Trust | X | | |
| 10-2807 | Individual Trust | | X | |
| 10-2815 | Pooled Trust | X | | |
| 10-2819 | Pooled Trust | X | | |
| 10-2840 | Pooled Trust | X | | |
| 10-2855 | Individual Trust | | X | |
| 10-2856 | MSA within a Pooled Trust | | X | |
| 10-2867 | Pooled Trust | X | | |
| 10-2874 | Pooled Trust | X | | |
| 10-2884 | Individual Trust | | X | |
| 10-2888 | Pooled Trust | X | | |
| 10-2890 | Pooled Trust | X | | |
| 10-2895 | Pooled Trust | X | | |
| 10-2896 | MSA within a Pooled Trust | | X | |
| 10-2897 | Third Party Trust - Individual | X | | |
| 10-2912 | Pooled Trust | X | | |
| 10-2917 | Pooled Trust | | | X |
| 10-2923 | Pooled Trust | X | | |
| 10-2924 | Pooled Trust | X | | |
| 10-2926 | Individual Trust | | X | |
| 10-2937 | Pooled Trust | X | | |
| 10-2942 | Individual Trust | X | | |
| 10-2950 | Pooled Trust | X | | |
| 10-2951 | Pooled Trust | X | | |
| 10-2961 | Individual Trust | X | | |
| 10-2965 | Individual Trust | X | | |
| 10-2966 | Individual Trust | X | | |
| 10-2970 | Individual Trust | X | | |
| 10-2977 | Pooled Trust | X | | |
| 10-2979 | Pooled Trust | X | | |
| 10-2980 | Pooled Trust | X | | |
| 10-2983 | Individual Trust | | X | |
| 10-3003 | Pooled Trust | X | | |
| 11-12162 | Third Party Trust - Individual | X | | |
| 11-3025 | Individual Trust | | X | |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|---|---|---|---|---|
| 11-3029 | Individual Trust | | X | |
| 11-3032 | Non-Trust Account | X | | |
| 11-3034 | Pooled Trust | X | | |
| 11-3060 | Individual Trust | X | | |
| 11-3063 | Individual Trust | | X | |
| 11-3065 | IRA within an Individual Trust | | X | |
| 11-3073 | Pooled Trust | X | | |
| 11-3077 | Pooled Trust | | X | |
| 11-3078 | Pooled Trust | X | | |
| 11-3079 | Pooled Trust | X | | |
| 11-3080 | Pooled Trust | X | | |
| 11-3083 | MSA within an Individual Trust | | X | |
| 11-3086 | Individual Trust | | X | |
| 11-3094 | Pooled Trust | X | | |
| 11-3105 | Individual Trust | X | | |
| 11-3106 | Individual Trust | X | | |
| 11-3110 | Pooled Trust | | X | |
| 11-3111 | Pooled Trust | X | | |
| 11-3118 | Pooled Trust | X | | |
| 11-3119 | Individual Trust | | X | |
| 11-3140 | Individual Trust | | | X |
| 11-3143 | MSA within a Pooled Trust | | X | |
| 11-3151 | Individual Trust | X | | |
| 11-3152 | Pooled Trust | X | | |
| 11-3174 | Individual Trust | X | | |
| 11-3175 | Pooled Trust | X | | |
| 11-3181 | Pooled Trust | X | | |
| 11-3186 | Pooled Trust | | X | |
| 11-3187 | Pooled Trust | X | | |
| 11-3192 | Pooled Trust | | | X |
| 11-3200 | Pooled Trust | X | | |
| 11-3202 | Individual Trust | | X | |
| 11-3212 | Pooled Trust | | X | |
| 11-3214 | Individual Trust | | X | |
| 11-3217 | MSA within a Pooled Trust | | X | |
| 11-3235 | Individual Trust | X | | |
| 11-3237 | MSA within a Pooled Trust | | X | |
| 11-3238 | Pooled Trust | X | | |
| 11-3245 | Individual Trust | X | | |
| 11-3248 | Pooled Trust | X | | |
| 11-3259 | Pooled Trust | | X | |
| 11-3266 | Individual Trust | | X | |
| 11-3270 | Individual Trust | | X | |
| 11-3277 | Pooled Trust | X | | |
| 11-3293 | Individual Trust | X | | |
| 11-3295 | Individual Trust | | X | |
| 11-3311 | Pooled Trust | X | | |
| 11-3313 | Individual Trust | | X | |
| 11-3321 | Third Party Trust - Individual | X | | |
| 11-3325 | MSA within a Pooled Trust | | X | |
| 11-3326 | Pooled Trust | | X | |
| 11-3328 | Pooled Trust | X | | |
| 11-3329 | Pooled Trust | X | | |
| 11-3333 | Individual Trust | X | | |
| 11-3334 | Individual Trust | X | | |
| 11-3335 | Individual Trust | X | | |
| 11-3336 | MSA within a Pooled Trust | | X | |
| 11-3342 | Pooled Trust | X | | |
| 11-3362 | Pooled Trust | X | | |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|---|---|---|---|---|
| 11-3363 | MSA within a Pooled Trust | | X | |
| 11-3367 | Pooled Trust | | X | |
| 11-3368 | MSA within a Pooled Trust | | X | |
| 11-3370 | Pooled Trust | X | | |
| 11-3403 | Individual Trust | X | | |
| 11-3406 | Pooled Trust | X | | |
| 11-3408 | Pooled Trust | X | | |
| 11-3410 | Pooled Trust | X | | |
| 11-3413 | Pooled Trust | X | | |
| 11-3414 | Pooled Trust | X | | |
| 11-3425 | Pooled Trust | X | | |
| 11-3434 | Pooled Trust | X | | |
| 11-3435 | Pooled Trust | X | | |
| 11-3437 | Pooled Trust | X | | |
| 11-3440 | Pooled Trust | X | | |
| 11-3442 | Pooled Trust | X | | |
| 11-3447 | Individual Trust | X | | |
| 12-3457 | Individual Trust | X | | |
| 12-3470 | Pooled Trust | X | | |
| 12-3473 | Pooled Trust | X | | |
| 12-3475 | Pooled Trust | X | | |
| 12-3477 | Pooled Trust | X | | |
| 12-3481 | Pooled Trust | X | | |
| 12-3484 | Pooled Trust | | | X |
| 12-3491 | Individual Trust | | X | |
| 12-3492 | MSA within an Individual Trust | | X | |
| 12-3495 | Individual Trust | X | | |
| 12-3498 | Pooled Trust | | | X |
| 12-3502 | Individual Trust | | X | |
| 12-3504 | Individual Trust | X | | |
| 12-3505 | Individual Trust | | X | |
| 12-3510 | Individual Trust | | X | |
| 12-3521 | Third Party Trust - Individual | X | | |
| 12-3522 | Individual Trust | | X | |
| 12-3529 | Individual Trust | X | | |
| 12-3533 | Pooled Trust | X | | |
| 12-3538 | Individual Trust | | X | |
| 12-3539 | Individual Trust | | X | |
| 12-3543 | MSA within a Pooled Trust | | X | |
| 12-3546 | Individual Trust | X | | |
| 12-3560 | Individual Trust | X | | |
| 12-3561 | Individual Trust | X | | |
| 12-3562 | Individual Trust | X | | |
| 12-3563 | Individual Trust | X | | |
| 12-3565 | Pooled Trust | X | | |
| 12-3567 | Pooled Trust | X | | |
| 12-3568 | Pooled Trust | X | | |
| 12-3569 | Pooled Trust | X | | |
| 12-3572 | Pooled Trust | X | | |
| 12-3574 | Pooled Trust | X | | |
| 12-3575 | Pooled Trust | X | | |
| 12-3576 | Pooled Trust | X | | |
| 12-3577 | Pooled Trust | X | | |
| 12-3581 | Individual Trust | X | | |
| 12-3587 | Pooled Trust | X | | |
| 12-3595 | Pooled Trust | X | | |
| 12-3597 | Individual Trust | X | | |
| 12-3599 | Third Party Trust - Individual | | X | |
| 12-3600 | Pooled Trust | X | | |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|-----------|----------------|-------------------|-----------------------|-----------------|
| 12-3605 | Pooled Trust | X | | |
| 12-3606 | Pooled Trust | | X | |
| 12-3607 | Individual Trust | X | | |
| 12-3611 | Third Party Trust - Individual | X | | |
| 12-3612 | Pooled Trust | | | X |
| 12-3618 | Individual Trust | X | | |
| 12-3619 | Individual Trust | X | | |
| 12-3627 | Third Party Trust - Pooled | X | | |
| 12-3629 | Individual Trust | | | X |
| 12-3636 | Third Party Trust - Individual | X | | |
| 12-3640 | Pooled Trust | | X | |
| 12-3645 | Third Party Trust - Individual | X | | |
| 12-3646 | Individual Trust | X | | |
| 12-3655 | Pooled Trust | | | X |
| 12-3658 | Pooled Trust | X | | |
| 12-3663 | Individual Trust | | X | |
| 12-3666 | Individual Trust | X | | |
| 12-3667 | Pooled Trust | | X | |
| 12-3675 | Pooled Trust | X | | |
| 12-3677 | Pooled Trust | X | | |
| 12-3685 | Third Party Trust - Pooled | X | | |
| 12-3688 | Individual Trust | X | | |
| 12-3691 | Individual Trust | | X | |
| 12-5893 | MSA within a Pooled Trust | | X | |
| 12-6759 | Individual Trust | X | | |
| 12-7277 | Pooled Trust | X | | |
| 12-7296 | Pooled Trust | X | | |
| 12-7464 | Individual Trust | | X | |
| 12-7660 | Pooled Trust | X | | |
| 12-7878 | Pooled Trust | X | | |
| 12-7879 | Pooled Trust | X | | |
| 12-7881 | Pooled Trust | X | | |
| 12-7904 | Pooled Trust | X | | |
| 12-7908 | Individual Trust | X | | |
| 12-7911 | Pooled Trust | X | | |
| 12-7916 | Pooled Trust | X | | |
| 12-7917 | Pooled Trust | X | | |
| 12-7922 | Pooled Trust | X | | |
| 12-7925 | Pooled Trust | X | | |
| 12-7931 | Individual Trust | X | | |
| 12-7934 | Pooled Trust | | X | |
| 12-7943 | Pooled Trust | X | | |
| 12-7944 | Pooled Trust | X | | |
| 12-7953 | Pooled Trust | | | X |
| 12-7957 | Pooled Trust | X | | |
| 12-7961 | Pooled Trust | | | X |
| 12-7968 | Pooled Trust | X | | |
| 12-7973 | Pooled Trust | X | | |
| 12-7974 | Pooled Trust | | | X |
| 12-7977 | Individual Trust | X | | |
| 12-7978 | MSA within an Individual Trust | | X | |
| 12-7984 | Pooled Trust | X | | |
| 12-7986 | Individual Trust | | X | |
| 12-7989 | Pooled Trust | X | | |
| 12-7994 | Pooled Trust | | | X |
| 12-8007 | Pooled Trust | X | | |
| 12-8034 | Pooled Trust | | X | |
| 12-8038 | Individual Trust | | X | |
| 12-8041 | Pooled Trust | X | | |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|---|---|:---:|:---:|:---:|
| 12-8043 | Third Party Trust - Individual | X | | |
| 12-8044 | Third Party Trust - Individual | X | | |
| 12-8049 | Pooled Trust | X | | |
| 12-8052 | Pooled Trust | X | | |
| 12-8054 | Pooled Trust | | | X |
| 12-8055 | Pooled Trust | | | X |
| 12-8059 | Pooled Trust | X | | |
| 12-8071 | Pooled Trust | X | | |
| 12-8077 | Individual Trust | X | | |
| 12-8085 | Individual Trust | X | | |
| 12-8086 | Pooled Trust | | | X |
| 12-8092 | Individual Trust | | | X |
| 13-8095 | MSA within an Individual Trust | | X | |
| 13-8102 | Pooled Trust | | | X |
| 13-8103 | Pooled Trust | | | X |
| 13-8104 | Individual Trust | X | | |
| 13-8118 | Individual Trust | X | | |
| 13-8119 | Pooled Trust | X | | |
| 13-8120 | Pooled Trust | X | | |
| 13-8122 | Pooled Trust | X | | |
| 13-8123 | Individual Trust | | X | |
| 13-8130 | Pooled Trust | X | | |
| 13-8148 | Pooled Trust | X | | |
| 13-8151 | Pooled Trust | X | | |
| 13-8152 | Pooled Trust | X | | |
| 13-8153 | Pooled Trust | | | X |
| 13-8154 | Third Party Trust - Individual | | X | |
| 13-8160 | Pooled Trust | | X | |
| 13-8164 | Pooled Trust | X | | |
| 13-8167 | Pooled Trust | X | | |
| 13-8168 | Pooled Trust | X | | |
| 13-8169 | Third Party Trust - Individual | X | | |
| 13-8172 | Third Party Trust - Individual | X | | |
| 13-8173 | Third Party Trust - Individual | X | | |
| 13-8178 | Pooled Trust | | | X |
| 13-8181 | Pooled Trust | X | | |
| 13-8185 | Pooled Trust | X | | |
| 13-8194 | Individual Trust | X | | |
| 13-8196 | Pooled Trust | X | | |
| 13-8201 | Pooled Trust | X | | |
| 13-8202 | Pooled Trust | X | | |
| 13-8220 | Individual Trust | X | | |
| 13-8223 | Pooled Trust | X | | |
| 13-8231 | Pooled Trust | X | | |
| 13-8239 | Pooled Trust | | X | |
| 13-8243 | Individual Trust | X | | |
| 13-8249 | Pooled Trust | | X | |
| 13-8251 | Pooled Trust | | | X |
| 13-8252 | MSA within a Pooled Trust | | X | |
| 13-8253 | Pooled Trust | X | | |
| 13-8257 | Pooled Trust | | | X |
| 13-8258 | Pooled Trust | | | X |
| 13-8262 | Pooled Trust | X | | |
| 13-8269 | Pooled Trust | X | | |
| 13-8275 | Pooled Trust | X | | |
| 13-8277 | Individual Trust | X | | |
| 13-8278 | Individual Trust | X | | |
| 13-8283 | Pooled Trust | | | X |
| 13-8284 | Pooled Trust | | | X |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|---|---|---|---|---|
| 13-8303 | Individual Trust | | X | |
| 13-8304 | Pooled Trust | | | X |
| 13-8311 | Individual Trust | X | | |
| 13-8312 | Individual Trust | X | | |
| 13-8323 | Pooled Trust | X | | |
| 13-8324 | Pooled Trust | X | | |
| 13-8325 | Third Party Trust - Individual | | X | |
| 13-8327 | Pooled Trust | | X | |
| 13-8334 | MSA within a Pooled Trust | | X | |
| 13-8337 | Pooled Trust | X | | |
| 13-8338 | MSA within a Pooled Trust | | X | |
| 13-8344 | Pooled Trust | X | | |
| 13-8345 | Individual Trust | | X | |
| 13-8348 | Individual Trust | X | | |
| 13-8350 | Pooled Trust | | | X |
| 13-8357 | Pooled Trust | | X | |
| 13-8358 | Pooled Trust | | X | |
| 13-8361 | Third Party Trust - Pooled | X | | |
| 13-8367 | Individual Trust | | X | |
| 13-8375 | Pooled Trust | X | | |
| 13-8381 | MSA within a Pooled Trust | | X | |
| 13-8385 | Pooled Trust | X | | |
| 13-8396 | Pooled Trust | X | | |
| 13-8409 | Individual Trust | X | | |
| 13-8415 | Individual Trust | X | | |
| 13-8425 | Individual Trust | X | | |
| 13-8426 | Individual Trust | X | | |
| 13-8431 | Pooled Trust | X | | |
| 13-8432 | Pooled Trust | X | | |
| 13-8433 | Individual Trust | X | | |
| 13-8434 | Individual Trust | X | | |
| 13-8448 | Individual Trust | | X | |
| 13-8455 | Individual Trust | X | | |
| 13-8457 | Pooled Trust | X | | |
| 13-8461 | Individual Trust | X | | |
| 13-8480 | Individual Trust | X | | |
| 13-8484 | Pooled Trust | | | X |
| 13-8495 | MSA within a Pooled Trust | | X | |
| 13-8496 | Individual Trust | X | | |
| 13-8499 | Pooled Trust | X | | |
| 13-8504 | Individual Trust | X | | |
| 13-8505 | Individual Trust | X | | |
| 13-8511 | Pooled Trust | | | X |
| 13-8525 | Pooled Trust | X | | |
| 13-8526 | Pooled Trust | X | | |
| 13-8531 | Third Party Trust - Individual | | X | |
| 13-8532 | Pooled Trust | X | | |
| 13-8538 | Third Party Trust - Individual | X | | |
| 13-8541 | Pooled Trust | X | | |
| 13-8545 | Third Party Trust - Individual | | | X |
| 13-8546 | Pooled Trust | | X | |
| 13-8547 | Pooled Trust | X | | |
| 13-8548 | Pooled Trust | | X | |
| 13-8549 | Pooled Trust | | | X |
| 13-8550 | Pooled Trust | X | | |
| 13-8552 | Pooled Trust | X | | |
| 13-8557 | Pooled Trust | | | X |
| 13-8559 | Pooled Trust | | | X |
| 13-8576 | Pooled Trust | X | | |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|---|---|:-:|:-:|:-:|
| 13-8586 | Individual Trust | X | | |
| 13-8591 | Pooled Trust | X | | |
| 13-8593 | Pooled Trust | | | X |
| 13-8597 | Individual Trust | X | | |
| 13-8599 | Pooled Trust | | | X |
| 13-8600 | Individual Trust | | X | |
| 13-8604 | Pooled Trust | X | | |
| 13-8605 | Third Party Trust - Individual | X | | |
| 13-8606 | Pooled Trust | X | | |
| 13-8610 | Pooled Trust | X | | |
| 13-8611 | Pooled Trust | X | | |
| 13-8612 | Pooled Trust | X | | |
| 14-8630 | Pooled Trust | | | X |
| 14-8641 | Individual Trust | X | | |
| 14-8664 | Pooled Trust | | | X |
| 14-8667 | Individual Trust | | X | |
| 14-8669 | Individual Trust | | X | |
| 14-8678 | Third Party Trust - Individual | | X | |
| 14-8682 | Individual Trust | | X | |
| 14-8688 | Pooled Trust | X | | |
| 14-8689 | Individual Trust | | X | |
| 14-8704 | Individual Trust | | X | |
| 14-8705 | Pooled Trust | | | X |
| 14-8710 | Pooled Trust | X | | |
| 14-8715 | Third Party Trust - Individual | | X | |
| 14-8721 | Pooled Trust | | | X |
| 14-8723 | Pooled Trust | | | X |
| 14-8728 | MSA within a Pooled Trust | | X | |
| 14-8729 | Pooled Trust | X | | |
| 14-8730 | Individual Trust | X | | |
| 14-8731 | Individual Trust | | X | |
| 14-8735 | Pooled Trust | X | | |
| 14-8737 | Pooled Trust | | | X |
| 14-8750 | Pooled Trust | X | | |
| 14-8758 | Pooled Trust | | | X |
| 14-8761 | Third Party Trust - Individual | X | | |
| 14-8765 | Pooled Trust | | | X |
| 14-8771 | Pooled Trust | | | X |
| 14-8777 | Pooled Trust | X | | |
| 14-8780 | MSA within a Pooled Trust | | X | |
| 14-8801 | Individual Trust | X | | |
| 14-8803 | Individual Trust | | X | |
| 14-8809 | Pooled Trust | X | | |
| 14-8821 | Individual Trust | X | | |
| 14-8822 | Individual Trust | X | | |
| 14-8826 | Pooled Trust | X | | |
| 14-8833 | Pooled Trust | | X | |
| 14-8837 | Pooled Trust | X | | |
| 14-8839 | Individual Trust | | X | |
| 14-8840 | Pooled Trust | | | X |
| 14-8844 | Individual Trust | X | | |
| 14-8845 | MSA within a Pooled Trust | | X | |
| 14-8855 | Pooled Trust | X | | |
| 14-8877 | Pooled Trust | X | | |
| 14-8878 | Individual Trust | | X | |
| 14-8879 | Pooled Trust | | | X |
| 14-8886 | Pooled Trust | X | | |
| 14-8905 | Pooled Trust | | | X |
| 14-8910 | Pooled Trust | X | | |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|---|---|---|---|---|
| 14-8915 | Pooled Trust | | | X |
| 14-8920 | Pooled Trust | X | | |
| 14-8928 | Pooled Trust | | X | |
| 14-8934 | Pooled Trust | X | | |
| 14-8944 | Pooled Trust | X | | |
| 14-8945 | MSA within a Pooled Trust | | X | |
| 14-8949 | Individual Trust | X | | |
| 14-8955 | Pooled Trust | X | | |
| 14-8959 | MSA within a Pooled Trust | | X | |
| 14-8960 | Pooled Trust | X | | |
| 14-8967 | Pooled Trust | | | X |
| 14-8994 | Individual Trust | | X | |
| 14-9004 | Pooled Trust | X | | |
| 14-9011 | Pooled Trust | X | | |
| 14-9012 | Third Party Trust - Individual | X | | |
| 14-9020 | Individual Trust | X | | |
| 14-9021 | Individual Trust | X | | |
| 14-9022 | Individual Trust | | X | |
| 14-9023 | Individual Trust | | X | |
| 14-9025 | Pooled Trust | | | X |
| 14-9026 | Pooled Trust | | | X |
| 14-9039 | Individual Trust | X | | |
| 14-9040 | Pooled Trust | X | | |
| 14-9045 | Pooled Trust | | | X |
| 14-9052 | Pooled Trust | | | X |
| 14-9059 | Pooled Trust | | | X |
| 14-9064 | Third Party Trust - Individual | X | | |
| 14-9066 | Pooled Trust | X | | |
| 14-9082 | Individual Trust | | X | |
| 14-9083 | Individual Trust | | X | |
| 14-9084 | Individual Trust | | X | |
| 14-9089 | Pooled Trust | X | | |
| 14-9091 | Pooled Trust | | X | |
| 14-9092 | MSA within a Pooled Trust | | X | |
| 14-9094 | Third Party Trust - Individual | X | | |
| 14-9104 | Individual Trust | | X | |
| 14-9105 | Individual Trust | X | | |
| 14-9106 | Individual Trust | X | | |
| 14-9107 | Individual Trust | | X | |
| 14-9108 | Individual Trust | X | | |
| 14-9125 | Pooled Trust | X | | |
| 15-9126 | Third Party Trust - Individual | X | | |
| 15-9133 | MSA within a Pooled Trust | | X | |
| 15-9139 | Individual Trust | X | | |
| 15-9140 | Individual Trust | X | | |
| 15-9141 | Individual Trust | X | | |
| 15-9142 | Pooled Trust | X | | |
| 15-9147 | Pooled Trust | | | X |
| 15-9154 | Pooled Trust | | | X |
| 15-9167 | MSA within a Pooled Trust | | X | |
| 15-9169 | Pooled Trust | X | | |
| 15-9173 | Individual Trust | X | | |
| 15-9176 | Individual Trust | X | | |
| 15-9177 | MSA within a Pooled Trust | | | X |
| 15-9183 | Third Party Trust - Individual | X | | |
| 15-9190 | Individual Trust | X | | |
| 15-9192 | Pooled Trust | X | | |
| 15-9195 | Pooled Trust | | | X |
| 15-9204 | Pooled Trust | | | X |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|---|---|---|---|---|
| 15-9212 | Pooled Trust | X | | |
| 15-9224 | Pooled Trust | X | | |
| 15-9230 | Individual Trust | X | | |
| 15-9231 | Individual Trust | X | | |
| 15-9237 | Individual Trust | X | | |
| 15-9238 | Individual Trust | X | | |
| 15-9239 | Individual Trust | X | | |
| 15-9240 | Individual Trust | X | | |
| 15-9241 | Individual Trust | X | | |
| 15-9247 | Individual Trust | X | | |
| 15-9250 | Individual Trust | | X | |
| 15-9256 | Third Party Trust - Individual | X | | |
| 15-9258 | Pooled Trust | | | X |
| 15-9265 | Pooled Trust | X | | |
| 15-9268 | Individual Trust | | X | |
| 15-9270 | Pooled Trust | X | | |
| 15-9276 | Pooled Trust | X | | |
| 15-9280 | Individual Trust | | X | |
| 15-9283 | Individual Trust | X | | |
| 15-9288 | Pooled Trust | X | | |
| 15-9291 | Pooled Trust | X | | |
| 15-9296 | Pooled Trust | X | | |
| 15-9297 | MSA within a Pooled Trust | | | X |
| 15-9375 | Pooled Trust | | | X |
| 15-9379 | Individual Trust | X | | |
| 15-9382 | Individual Trust | | X | |
| 15-9391 | Pooled Trust | | | X |
| 15-9451 | Individual Trust | | X | |
| 15-9452 | Individual Trust | | | X |
| 15-9453 | Individual Trust | X | | |
| 15-9461 | Individual Trust | | X | |
| 15-9463 | Pooled Trust | X | | |
| 15-9464 | Individual Trust | X | | |
| 15-9466 | Pooled Trust | | | X |
| 15-9469 | Pooled Trust | | | X |
| 15-9470 | Individual Trust | | X | |
| 15-9471 | Pooled Trust | X | | |
| 15-9474 | Pooled Trust | X | | |
| 15-9485 | Pooled Trust | | X | |
| 15-9487 | Individual Trust | X | | |
| 15-9489 | Pooled Trust | | | X |
| 15-9491 | Pooled Trust | X | | |
| 15-9493 | Pooled Trust | X | | |
| 15-9495 | MSA within a Pooled Trust | | X | |
| 15-9503 | Pooled Trust | X | | |
| 15-9504 | Pooled Trust | X | | |
| 15-9508 | Individual Trust | X | | |
| 15-9516 | Pooled Trust | X | | |
| 15-9518 | Individual Trust | X | | |
| 15-9519 | Individual Trust | | X | |
| 15-9523 | Pooled Trust | | | X |
| 15-9525 | Pooled Trust | X | | |
| 15-9526 | Pooled Trust | X | | |
| 15-9531 | Individual Trust | | X | |
| 15-9544 | Pooled Trust | X | | |
| 15-9546 | Pooled Trust | | | X |
| 15-9548 | Pooled Trust | | | X |
| 15-9560 | Individual Trust | X | | |
| 15-9571 | Pooled Trust | | | X |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|-----------|----------------|:-----------------:|:---------------------:|:---------------:|
| 15-9573 | Pooled Trust | | | X |
| 15-9577 | Pooled Trust | X | | |
| 15-9589 | Pooled Trust | | | X |
| 15-9594 | Pooled Trust | | | X |
| 15-9595 | Pooled Trust | | | X |
| 15-9598 | Individual Trust | | X | |
| 15-9603 | Individual Trust | | X | |
| 15-9605 | Pooled Trust | | | X |
| 15-9607 | Individual Trust | | X | |
| 15-9608 | Individual Trust | X | | |
| 15-9610 | Pooled Trust | | X | |
| 15-9616 | Individual Trust | X | | |
| 15-9618 | Individual Trust | | X | |
| 15-9619 | Pooled Trust | | | X |
| 15-9624 | Pooled Trust | | | X |
| 15-9626 | MSA within an Individual Trust | | X | |
| 15-9627 | Individual Trust | X | | |
| 15-9629 | Pooled Trust | X | | |
| 15-9630 | MSA within a Pooled Trust | | X | |
| 15-9632 | Pooled Trust | | | X |
| 15-9639 | Pooled Trust | | | X |
| 15-9640 | Pooled Trust | X | | |
| 15-9641 | Pooled Trust | X | | |
| 15-9648 | Pooled Trust | X | | |
| 15-9652 | Individual Trust | X | | |
| 15-9656 | Pooled Trust | X | | |
| 15-9658 | Individual Trust | | X | |
| 15-9668 | Individual Trust | X | | |
| 15-9669 | Individual Trust | X | | |
| 15-9675 | Pooled Trust | X | | |
| 15-9676 | Pooled Trust | X | | |
| 15-9678 | Individual Trust | | X | |
| 15-9679 | Pooled Trust | X | | |
| 15-9682 | Individual Trust | X | | |
| 15-9685 | Individual Trust | X | | |
| 15-9693 | Pooled Trust | X | | |
| 15-9694 | Pooled Trust | | | X |
| 15-9696 | Third Party Trust - Individual | | X | |
| 15-9707 | Pooled Trust | X | | |
| 15-9708 | Pooled Trust | X | | |
| 15-9715 | Pooled Trust | X | | |
| 15-9722 | Pooled Trust | | | X |
| 15-9724 | Individual Trust | | X | |
| 15-9729 | Pooled Trust | X | | |
| 15-9730 | Pooled Trust | | | X |
| 15-9733 | Pooled Trust | | | X |
| 15-9739 | Pooled Trust | X | | |
| 15-9744 | Individual Trust | | X | |
| 15-9752 | Pooled Trust | | | X |
| 15-9756 | Individual Trust | | X | |
| 15-9757 | Individual Trust | X | | |
| 15-9758 | Individual Trust | X | | |
| 15-9761 | Individual Trust | | X | |
| 15-9762 | Third Party Trust - Individual | X | | |
| 15-9765 | Pooled Trust | X | | |
| 15-9770 | Pooled Trust | | | X |
| 15-9771 | Pooled Trust | X | | |
| 15-9772 | Pooled Trust | X | | |
| 15-9773 | Pooled Trust | X | | |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|---|---|:---:|:---:|:---:|
| 16-10000 | MSA within an Individual Trust | | X | |
| 16-10003 | Pooled Trust | | X | |
| 16-10004 | Pooled Trust | X | | |
| 16-10006 | Pooled Trust | X | | |
| 16-10007 | Pooled Trust | | | X |
| 16-10008 | Pooled Trust | | | X |
| 16-10009 | Pooled Trust | X | | |
| 16-10014 | Individual Trust | | X | |
| 16-10018 | Individual Trust | X | | |
| 16-10019 | Individual Trust | X | | |
| 16-10020 | Individual Trust | X | | |
| 16-10021 | Individual Trust | X | | |
| 16-10023 | Pooled Trust | X | | |
| 16-10027 | MSA within a Pooled Trust | | X | |
| 16-10031 | Pooled Trust | | | X |
| 16-10033 | Pooled Trust | | | X |
| 16-10034 | Pooled Trust | X | | |
| 16-10041 | Individual Trust | | X | |
| 16-10042 | Pooled Trust | | X | |
| 16-10045 | Individual Trust | X | | |
| 16-10046 | Individual Trust | X | | |
| 16-10047 | Individual Trust | | X | |
| 16-10050 | Pooled Trust | | | X |
| 16-10051 | Pooled Trust | X | | |
| 16-10059 | Pooled Trust | | | X |
| 16-10070 | Third Party Trust - Individual | | X | |
| 16-10078 | Pooled Trust | | | X |
| 16-10081 | Pooled Trust | | | X |
| 16-10088 | Third Party Trust - Individual | | X | |
| 16-10090 | Pooled Trust | | | X |
| 16-10095 | Pooled Trust | | | X |
| 16-10111 | MSA within a Pooled Trust | | X | |
| 16-10112 | Pooled Trust | X | | |
| 16-10116 | Pooled Trust | X | | |
| 16-10118 | MSA within a Pooled Trust | | X | |
| 16-10120 | Pooled Trust | X | | |
| 16-10123 | Pooled Trust | | X | |
| 16-10126 | Pooled Trust | | X | |
| 16-10128 | Individual Trust | | X | |
| 16-10129 | Pooled Trust | X | | |
| 16-10131 | Individual Trust | | X | |
| 16-10132 | Pooled Trust | | X | |
| 16-10133 | MCA within a Pooled Trust | | X | |
| 16-10138 | Individual Trust | X | | |
| 16-10141 | Pooled Trust | | | X |
| 16-10146 | Pooled Trust | | | X |
| 16-10148 | Pooled Trust | | | X |
| 16-10151 | Pooled Trust | | | X |
| 16-10152 | Pooled Trust | X | | |
| 16-10154 | Pooled Trust | X | | |
| 16-10157 | Pooled Trust | X | | |
| 16-10158 | MSA within a Pooled Trust | | X | |
| 16-10160 | Pooled Trust | | | X |
| 16-10161 | Pooled Trust | | | X |
| 16-10163 | Pooled Trust | | | X |
| 16-10167 | Pooled Trust | | | X |
| 16-10179 | Pooled Trust | | | X |
| 16-10181 | Third Party Trust - Individual | X | | |
| 16-10183 | Third Party Trust - Individual | X | | |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|-----------|----------------|-------------------|----------------------|-----------------|
| 16-10187 | Pooled Trust | X | | |
| 16-10190 | Pooled Trust | | X | |
| 16-10195 | Pooled Trust | | | X |
| 16-10209 | Individual Trust | | X | |
| 16-10214 | Pooled Trust | | | X |
| 16-10219 | Pooled Trust | | | X |
| 16-10223 | Pooled Trust | | | X |
| 16-10225 | Individual Trust | X | | |
| 16-10227 | Individual Trust | X | | |
| 16-10228 | Individual Trust | X | | |
| 16-10234 | Pooled Trust | X | | |
| 16-10235 | Pooled Trust | | | X |
| 16-10237 | Pooled Trust | X | | |
| 16-10241 | Pooled Trust | X | | |
| 16-10243 | Individual Trust | X | | |
| 16-10246 | MCA within a Pooled Trust | | | X |
| 16-10249 | Individual Trust | X | | |
| 16-10250 | Individual Trust | X | | |
| 16-10251 | Individual Trust | X | | |
| 16-10256 | Individual Trust | | X | |
| 16-10258 | Pooled Trust | | | X |
| 16-10259 | Pooled Trust | X | | |
| 16-10260 | Pooled Trust | | | X |
| 16-5100 | Third Party Trust - Individual | X | | |
| 16-9781 | Third Party Trust - Individual | | X | |
| 16-9783 | Pooled Trust | | | X |
| 16-9787 | Individual Trust | | X | |
| 16-9792 | Pooled Trust | | | X |
| 16-9794 | Pooled Trust | X | | |
| 16-9802 | Pooled Trust | | | X |
| 16-9804 | Pooled Trust | | | X |
| 16-9805 | Pooled Trust | | | X |
| 16-9809 | Third Party Trust - Individual | X | | |
| 16-9811 | Pooled Trust | | | X |
| 16-9820 | Pooled Trust | | | X |
| 16-9822 | MSA within a Pooled Trust | | X | |
| 16-9832 | Individual Trust | | X | |
| 16-9833 | Individual Trust | | X | |
| 16-9842 | Individual Trust | | X | |
| 16-9843 | Individual Trust | | X | |
| 16-9844 | Pooled Trust | X | | |
| 16-9854 | Pooled Trust | X | | |
| 16-9857 | Individual Trust | | X | |
| 16-9858 | Pooled Trust | | | X |
| 16-9864 | Individual Trust | X | | |
| 16-9865 | Pooled Trust | X | | |
| 16-9875 | Individual Trust | | | X |
| 16-9878 | Pooled Trust | | | X |
| 16-9890 | Pooled Trust | X | | |
| 16-9892 | Pooled Trust | | | X |
| 16-9893 | MCA within an Individual Trust | | X | |
| 16-9894 | Individual Trust | X | | |
| 16-9895 | Pooled Trust | | | X |
| 16-9896 | Pooled Trust | X | | |
| 16-9906 | Pooled Trust | | | X |
| 16-9909 | Pooled Trust | | | X |
| 16-9912 | Pooled Trust | X | | |
| 16-9916 | Individual Trust | | X | |
| 16-9920 | Individual Trust | X | | |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|---|---|---|---|---|
| 16-9927 | Pooled Trust | | | X |
| 16-9934 | MSA within an Individual Trust | | X | |
| 16-9937 | Pooled Trust | X | | |
| 16-9941 | Individual Trust | X | | |
| 16-9942 | Individual Trust | X | | |
| 16-9943 | Pooled Trust | | | X |
| 16-9944 | Pooled Trust | | | X |
| 16-9945 | Individual Trust | | X | |
| 16-9946 | Individual Trust | | X | |
| 16-9948 | Individual Trust | | X | |
| 16-9949 | Individual Trust | X | | |
| 16-9956 | Pooled Trust | | | X |
| 16-9957 | Individual Trust | | X | |
| 16-9959 | Individual Trust | | X | |
| 16-9963 | MSA within an Individual Trust | | X | |
| 16-9964 | Individual Trust | X | | |
| 16-9965 | Individual Trust | | X | |
| 16-9967 | Pooled Trust | | | X |
| 16-9973 | Pooled Trust | X | | |
| 16-9977 | MSA within a Pooled Trust | | X | |
| 16-9983 | MSA within a Pooled Trust | | X | |
| 16-9985 | Individual Trust | | X | |
| 16-9987 | Pooled Trust | | | X |
| 16-9990 | Individual Trust | X | | |
| 16-9991 | Individual Trust | X | | |
| 16-9996 | Pooled Trust | | | X |
| 16-9997 | Pooled Trust | | | X |
| 16-9998 | Pooled Trust | | | X |
| 16-9999 | Individual Trust | X | | |
| 17-10269 | Pooled Trust | | | X |
| 17-10271 | Pooled Trust | | X | |
| 17-10274 | Pooled Trust | | | X |
| 17-10279 | Pooled Trust | X | | |
| 17-10281 | Pooled Trust | X | | |
| 17-10282 | Pooled Trust | X | | |
| 17-10285 | Individual Trust | | X | |
| 17-10288 | Pooled Trust | X | | |
| 17-10289 | Individual Trust | X | | |
| 17-10292 | MSA within an Individual Trust | | X | |
| 17-10293 | Pooled Trust | X | | |
| 17-10297 | Pooled Trust | | | X |
| 17-10299 | Individual Trust | | X | |
| 17-10301 | Third Party Trust - Individual | X | | |
| 17-10302 | Pooled Trust | | | X |
| 17-10303 | Pooled Trust | | | X |
| 17-10304 | Individual Trust | X | | |
| 17-10313 | Pooled Trust | | | X |
| 17-10315 | Pooled Trust | | | X |
| 17-10316 | Pooled Trust | | | X |
| 17-10319 | Pooled Trust | | | X |
| 17-10327 | Pooled Trust | | | X |
| 17-10329 | Individual Trust | X | | |
| 17-10336 | Pooled Trust | X | | |
| 17-10343 | Pooled Trust | | X | |
| 17-10349 | Individual Trust | X | | |
| 17-10350 | MSA within an Individual Trust | | X | |
| 17-10359 | Pooled Trust | X | | |
| 17-10362 | Individual Trust | X | | |
| 17-10366 | Pooled Trust | | | X |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|---|---|---|---|---|
| 17-10370 | Individual Trust | | X | |
| 17-10371 | Individual Trust | | X | |
| 17-10375 | Individual Trust | X | | |
| 17-10376 | Pooled Trust | X | | |
| 17-10385 | Pooled Trust | X | | |
| 17-10389 | Third Party Trust - Individual | X | | |
| 17-10396 | Pooled Trust | X | | |
| 17-10402 | Pooled Trust | X | | |
| 17-10406 | Individual Trust | X | | |
| 17-10409 | Pooled Trust | X | | |
| 17-10413 | Pooled Trust | X | | |
| 17-10414 | Pooled Trust | | | X |
| 17-10417 | Pooled Trust | X | | |
| 17-10427 | Pooled Trust | | | X |
| 17-10432 | Individual Trust | X | | |
| 17-10435 | Individual Trust | | X | |
| 17-10436 | Individual Trust | | X | |
| 17-10438 | Pooled Trust | | | X |
| 17-10443 | Individual Trust | | X | |
| 17-10444 | Individual Trust | | X | |
| 17-10450 | Individual Trust | | X | |
| 17-10451 | Individual Trust | | X | |
| 17-10456 | Pooled Trust | X | | |
| 17-10463 | Individual Trust | X | | |
| 17-10476 | Pooled Trust | X | | |
| 17-10479 | Pooled Trust | X | | |
| 17-10481 | Pooled Trust | | | X |
| 17-10485 | Pooled Trust | | X | |
| 17-10486 | MSA within a Pooled Trust | | | X |
| 17-10487 | Individual Trust | | X | |
| 17-10488 | Pooled Trust | X | | |
| 17-10490 | Individual Trust | | X | |
| 17-10494 | Pooled Trust | | | X |
| 17-10497 | Pooled Trust | | | X |
| 17-10502 | Pooled Trust | X | | |
| 17-10504 | Pooled Trust | | | X |
| 17-10507 | Pooled Trust | | | X |
| 17-10510 | Pooled Trust | | | X |
| 17-10518 | Pooled Trust | | X | |
| 17-10523 | Pooled Trust | X | | |
| 17-10528 | Pooled Trust | X | | |
| 17-10529 | Individual Trust | | X | |
| 17-10530 | Individual Trust | X | | |
| 17-10537 | Pooled Trust | X | | |
| 17-10541 | Individual Trust | | X | |
| 17-10545 | Pooled Trust | | | X |
| 17-10548 | Pooled Trust | X | | |
| 17-10549 | Pooled Trust | | | X |
| 17-10557 | Pooled Trust | X | | |
| 17-10558 | Pooled Trust | | | X |
| 17-10560 | MSA within a Pooled Trust | | X | |
| 17-10562 | Individual Trust | X | | |
| 17-10563 | Individual Trust | X | | |
| 17-10564 | Pooled Trust | | | X |
| 17-10565 | Individual Trust | | X | |
| 17-10566 | MSA within an Individual Trust | | X | |
| 17-10568 | Pooled Trust | | | X |
| 17-10571 | MCA within a Pooled Trust | | | X |
| 17-10575 | Pooled Trust | | | X |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|---|---|:---:|:---:|:---:|
| 17-10592 | Pooled Trust | X | | |
| 17-10593 | Third Party Trust - Individual | X | | |
| 17-10597 | Pooled Trust | X | | |
| 17-10598 | Pooled Trust | X | | |
| 17-10600 | Individual Trust | | X | |
| 17-10601 | Individual Trust | | X | |
| 17-10604 | Pooled Trust | | | X |
| 17-10605 | Pooled Trust | | | X |
| 17-10609 | Pooled Trust | X | | |
| 17-10623 | Individual Trust | X | | |
| 17-10627 | Pooled Trust | | | X |
| 17-10634 | Individual Trust | | X | |
| 17-10636 | Pooled Trust | | | X |
| 17-10638 | Pooled Trust | X | | |
| 17-10649 | Pooled Trust | X | | |
| 17-10651 | Individual Trust | | X | |
| 17-10652 | Pooled Trust | X | | |
| 17-10657 | Pooled Trust | X | | |
| 17-10658 | Individual Trust | | X | |
| 17-10660 | Individual Trust | X | | |
| 17-10661 | Individual Trust | X | | |
| 17-10663 | Pooled Trust | X | | |
| 17-10664 | MCA within a Pooled Trust | | | X |
| 17-10665 | Pooled Trust | X | | |
| 17-10666 | Pooled Trust | X | | |
| 17-10668 | Individual Trust | | X | |
| 17-10670 | Pooled Trust | | | X |
| 17-10679 | Individual Trust | | X | |
| 17-10686 | Individual Trust | X | | |
| 17-10687 | Individual Trust | X | | |
| 17-10692 | Individual Trust | | X | |
| 17-10695 | Pooled Trust | | | X |
| 17-10696 | Pooled Trust | X | | |
| 17-10698 | Pooled Trust | X | | |
| 17-10699 | Individual Trust | | X | |
| 18-10706 | Pooled Trust | | | X |
| 18-10708 | Individual Trust | X | | |
| 18-10709 | Individual Trust | X | | |
| 18-10710 | Pooled Trust | X | | |
| 18-10712 | Pooled Trust | X | | |
| 18-10713 | Individual Trust | | X | |
| 18-10717 | Pooled Trust | | | X |
| 18-10723 | Pooled Trust | X | | |
| 18-10727 | Individual Trust | | X | |
| 18-10734 | Pooled Trust | | | X |
| 18-10735 | Pooled Trust | | | X |
| 18-10736 | Individual Trust | | X | |
| 18-10738 | Pooled Trust | | | X |
| 18-10739 | Pooled Trust | X | | |
| 18-10742 | Pooled Trust | | | X |
| 18-10743 | Pooled Trust | | | X |
| 18-10746 | Individual Trust | X | | |
| 18-10748 | Pooled Trust | | | X |
| 18-10754 | MSA within a Pooled Trust | | X | |
| 18-10758 | Individual Trust | | X | |
| 18-10759 | Individual Trust | | | X |
| 18-10760 | Individual Trust | | X | |
| 18-10762 | Individual Trust | X | | |
| 18-10763 | Individual Trust | X | | |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|---|---|---|---|---|
| 18-10764 | Individual Trust | X | | |
| 18-10765 | Individual Trust | X | | |
| 18-10768 | Individual Trust | X | | |
| 18-10771 | Pooled Trust | | | X |
| 18-10773 | Pooled Trust | | | X |
| 18-10774 | Pooled Trust | | | X |
| 18-10777 | Pooled Trust | X | | |
| 18-10782 | Individual Trust | | X | |
| 18-10787 | Pooled Trust | X | | |
| 18-10789 | Individual Trust | | X | |
| 18-10793 | Pooled Trust | | | X |
| 18-10794 | Pooled Trust | X | | |
| 18-10797 | Pooled Trust | | | X |
| 18-10805 | Pooled Trust | | | X |
| 18-10807 | Pooled Trust | | | X |
| 18-10810 | Individual Trust | | X | |
| 18-10811 | Pooled Trust | | X | |
| 18-10813 | Pooled Trust | | | X |
| 18-10816 | Pooled Trust | X | | |
| 18-10817 | Individual Trust | | X | |
| 18-10819 | Pooled Trust | | | X |
| 18-10824 | Pooled Trust | | | X |
| 18-10832 | Pooled Trust | | | X |
| 18-10839 | Individual Trust | X | | |
| 18-10849 | Pooled Trust | | | X |
| 18-10853 | Third Party Trust - Individual | X | | |
| 18-10859 | Individual Trust | X | | |
| 18-10860 | MSA within an Individual Trust | | | X |
| 18-10861 | Pooled Trust | | | X |
| 18-10862 | Individual Trust | | X | |
| 18-10865 | Third Party Trust - Individual | | X | |
| 18-10867 | Individual Trust | X | | |
| 18-10868 | Pooled Trust | | | X |
| 18-10875 | Pooled Trust | X | | |
| 18-10877 | Pooled Trust | | | X |
| 18-10884 | Individual Trust | X | | |
| 18-10886 | Individual Trust | X | | |
| 18-10888 | Pooled Trust | | | X |
| 18-10894 | Pooled Trust | | | X |
| 18-10901 | Pooled Trust | | | X |
| 18-10902 | Pooled Trust | X | | |
| 18-10903 | Third Party Trust - Individual | X | | |
| 18-10904 | Individual Trust | | X | |
| 18-10905 | MSA within an Individual Trust | | X | |
| 18-10907 | Pooled Trust | | | X |
| 18-10909 | Pooled Trust | X | | |
| 18-10913 | Pooled Trust | | | X |
| 18-10915 | Third Party Trust - Individual | X | | |
| 18-10928 | MSA within an Individual Trust | | X | |
| 18-10929 | Individual Trust | | X | |
| 18-10930 | Pooled Trust | | | X |
| 18-10931 | Pooled Trust | | X | |
| 18-10932 | Individual Trust | | X | |
| 18-10933 | Individual Trust | | | X |
| 18-10935 | Pooled Trust | X | | |
| 18-10944 | Pooled Trust | X | | |
| 18-10946 | Pooled Trust | | | X |
| 18-10952 | Individual Trust | X | | |
| 18-10953 | Individual Trust | X | | |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|---|---|:---:|:---:|:---:|
| 18-10954 | Individual Trust | X | | |
| 18-10957 | Pooled Trust | X | | |
| 18-10959 | Pooled Trust | X | | |
| 18-10965 | Pooled Trust | X | | |
| 18-10971 | Pooled Trust | X | | |
| 18-10973 | Individual Trust | X | | |
| 18-10974 | Pooled Trust | | | X |
| 18-10978 | Pooled Trust | | X | |
| 18-10980 | Pooled Trust | | | X |
| 18-10993 | Pooled Trust | | | X |
| 18-10994 | Pooled Trust | X | | |
| 18-10995 | Pooled Trust | X | | |
| 18-10996 | Pooled Trust | | | X |
| 18-10997 | Pooled Trust | | | X |
| 18-11000 | Pooled Trust | X | | |
| 18-11001 | Third Party Trust - Individual | X | | |
| 18-11006 | Pooled Trust | X | | |
| 18-11008 | Pooled Trust | | | X |
| 18-11015 | Pooled Trust | X | | |
| 18-11016 | Pooled Trust | | | X |
| 18-11020 | Pooled Trust | | | X |
| 18-11023 | Pooled Trust | | | X |
| 18-11024 | Individual Trust | | X | |
| 18-11027 | Pooled Trust | | | X |
| 18-11028 | MSA within a Pooled Trust | | X | |
| 18-11029 | Pooled Trust | X | | |
| 18-11034 | Pooled Trust | | | X |
| 18-11039 | Pooled Trust | | | X |
| 18-11040 | Pooled Trust | X | | |
| 18-11041 | MSA within a Pooled Trust | | X | |
| 18-11044 | Pooled Trust | X | | |
| 18-11046 | Pooled Trust | | | X |
| 18-11051 | Individual Trust | X | | |
| 18-11054 | Pooled Trust | | | X |
| 18-11056 | Individual Trust | X | | |
| 18-11057 | Individual Trust | | X | |
| 18-11065 | Third Party Trust - Individual | X | | |
| 18-11071 | Pooled Trust | | | X |
| 18-11072 | Pooled Trust | | | X |
| 18-11073 | Individual Trust | | X | |
| 18-11074 | Pooled Trust | | | X |
| 18-11075 | Pooled Trust | | | X |
| 18-11076 | Individual Trust | | X | |
| 18-11081 | Individual Trust | | X | |
| 18-11082 | Individual Trust | X | | |
| 18-11083 | Individual Trust | | X | |
| 18-11084 | Individual Trust | | X | |
| 18-11087 | MSA within a Pooled Trust | | X | |
| 18-11090 | Individual Trust | X | | |
| 18-11093 | Pooled Trust | | | X |
| 18-11095 | Individual Trust | | X | |
| 18-11098 | Individual Trust | | X | |
| 18-11099 | Pooled Trust | | | X |
| 18-11100 | Pooled Trust | | | X |
| 18-11103 | Pooled Trust | | | X |
| 19-11076 | Pooled Trust | | | X |
| 19-11105 | Individual Trust | X | | |
| 19-11107 | Individual Trust | | X | |
| 19-11110 | Pooled Trust | | | X |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|-----------|----------------|-------------------|----------------------|-----------------|
| 19-11112 | Pooled Trust | | | X |
| 19-11114 | Individual Trust | X | | |
| 19-11122 | Third Party Trust - Individual | X | | |
| 19-11123 | Third Party Trust - Individual | X | | |
| 19-11124 | Third Party Trust - Individual | X | | |
| 19-11125 | Individual Trust | X | | |
| 19-11126 | Individual Trust | | X | |
| 19-11133 | Pooled Trust | | | X |
| 19-11136 | MSA within a Pooled Trust | | | X |
| 19-11137 | Pooled Trust | X | | |
| 19-11144 | Pooled Trust | X | | |
| 19-11145 | Individual Trust | X | | |
| 19-11146 | Individual Trust | X | | |
| 19-11149 | Pooled Trust | | | X |
| 19-11150 | Pooled Trust | X | | |
| 19-11151 | Pooled Trust | | | X |
| 19-11152 | Pooled Trust | | | X |
| 19-11156 | Pooled Trust | X | | |
| 19-11159 | Pooled Trust | | | X |
| 19-11161 | Pooled Trust | | | X |
| 19-11163 | Pooled Trust | | | X |
| 19-11173 | Third Party Trust - Individual | X | | |
| 19-11174 | Pooled Trust | | | X |
| 19-11176 | Pooled Trust | | | X |
| 19-11177 | Pooled Trust | X | | |
| 19-11179 | Pooled Trust | | | X |
| 19-11182 | Pooled Trust | | | X |
| 19-11184 | Pooled Trust | | | X |
| 19-11186 | Pooled Trust | | | X |
| 19-11189 | Pooled Trust | X | | |
| 19-11192 | Pooled Trust | | | X |
| 19-11198 | Pooled Trust | X | | |
| 19-11200 | Individual Trust | X | | |
| 19-11205 | Individual Trust | X | | |
| 19-11206 | Pooled Trust | X | | |
| 19-11213 | Pooled Trust | X | | |
| 19-11214 | MCA within a Pooled Trust | | X | |
| 19-11215 | Pooled Trust | | X | |
| 19-11216 | Individual Trust | | X | |
| 19-11217 | Individual Trust | | X | |
| 19-11220 | Pooled Trust | X | | |
| 19-11222 | Pooled Trust | | | X |
| 19-11224 | Pooled Trust | | | X |
| 19-11225 | Pooled Trust | | | X |
| 19-11227 | Individual Trust | X | | |
| 19-11228 | MSA within an Individual Trust | | X | |
| 19-11230 | Individual Trust | X | | |
| 19-11232 | Pooled Trust | X | | |
| 19-11233 | Individual Trust | X | | |
| 19-11237 | Pooled Trust | X | | |
| 19-11241 | Individual Trust | | X | |
| 19-11243 | Third Party Trust - Individual | | X | |
| 19-11247 | Pooled Trust | X | | |
| 19-11248 | Individual Trust | | X | |
| 19-11249 | Individual Trust | | X | |
| 19-11255 | Pooled Trust | | | X |
| 19-11260 | Individual Trust | X | | |
| 19-11263 | Pooled Trust | X | | |
| 19-11265 | Pooled Trust | | | X |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|---|---|---|---|---|
| 19-11267 | Individual Trust | X | | |
| 19-11268 | Individual Trust | | X | |
| 19-11269 | Individual Trust | | X | |
| 19-11270 | Third Party Trust - Individual | | X | |
| 19-11271 | Pooled Trust | | | X |
| 19-11274 | Third Party Trust - Individual | X | | |
| 19-11277 | Pooled Trust | | | X |
| 19-11278 | Pooled Trust | | | X |
| 19-11281 | Pooled Trust | | | X |
| 19-11282 | Pooled Trust | | X | |
| 19-11283 | Pooled Trust | X | | |
| 19-11285 | Pooled Trust | | | X |
| 19-11287 | Pooled Trust | X | | |
| 19-11288 | Individual Trust | X | | |
| 19-11289 | Individual Trust | X | | |
| 19-11290 | Individual Trust | X | | |
| 19-11293 | Pooled Trust | | | X |
| 19-11294 | Pooled Trust | X | | |
| 19-11295 | Pooled Trust | | | X |
| 19-11297 | Pooled Trust | | | X |
| 19-11298 | Pooled Trust | X | | |
| 19-11299 | Pooled Trust | | | X |
| 19-11300 | Pooled Trust | | | X |
| 19-11302 | Pooled Trust | X | | |
| 19-11304 | Pooled Trust | | | X |
| 19-11305 | Individual Trust | | X | |
| 19-11306 | Individual Trust | | X | |
| 19-11307 | Pooled Trust | | | X |
| 19-11308 | Pooled Trust | | | X |
| 19-11311 | Pooled Trust | | | X |
| 19-11313 | MSA within an Individual Trust | | X | |
| 19-11315 | Pooled Trust | X | | |
| 19-11317 | Individual Trust | X | | |
| 19-11319 | Pooled Trust | | | X |
| 19-11324 | Pooled Trust | X | | |
| 19-11330 | Pooled Trust | | | X |
| 19-11331 | Pooled Trust | | | X |
| 19-11334 | Individual Trust | | X | |
| 19-11337 | Pooled Trust | | | X |
| 19-11341 | Pooled Trust | | | X |
| 19-11342 | Pooled Trust | | | X |
| 19-11344 | Pooled Trust | | | X |
| 19-11347 | Pooled Trust | | | X |
| 19-11349 | Pooled Trust | X | | |
| 19-11350 | Individual Trust | | X | |
| 19-11351 | Individual Trust | X | | |
| 19-11352 | Pooled Trust | X | | |
| 19-11356 | MSA within an Individual Trust | | X | |
| 19-11357 | Individual Trust | | X | |
| 19-11363 | Individual Trust | X | | |
| 19-11364 | Pooled Trust | X | | |
| 19-11368 | Pooled Trust | | | X |
| 19-11372 | Individual Trust | | X | |
| 19-11374 | Third Party Trust - Individual | | X | |
| 19-11375 | Individual Trust | X | | |
| 19-11377 | Individual Trust | X | | |
| 19-11378 | Individual Trust | | X | |
| 19-11379 | Individual Trust | | X | |
| 19-11380 | Individual Trust | | X | |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|---|---|:---:|:---:|:---:|
| 19-11384 | Pooled Trust | | | X |
| 19-11386 | Individual Trust | X | | |
| 19-11387 | Pooled Trust | | | X |
| 19-11389 | Pooled Trust | | X | |
| 19-11391 | Individual Trust | | X | |
| 19-11392 | Individual Trust | X | | |
| 19-11393 | Individual Trust | | X | |
| 19-11394 | Pooled Trust | | | X |
| 19-11397 | Pooled Trust | | | X |
| 19-11399 | Pooled Trust | X | | |
| 19-11401 | Individual Trust | X | | |
| 19-11402 | Pooled Trust | X | | |
| 19-11404 | Pooled Trust | | | X |
| 19-11408 | Individual Trust | | X | |
| 19-11409 | Pooled Trust | X | | |
| 19-11410 | MSA within a Pooled Trust | | X | |
| 19-11411 | Pooled Trust | | | X |
| 19-11418 | Pooled Trust | X | | |
| 19-11419 | Pooled Trust | X | | |
| 19-11426 | Pooled Trust | | | X |
| 19-11428 | Individual Trust | X | | |
| 19-11431 | Third Party Trust - Individual | X | | |
| 19-11433 | Pooled Trust | | | X |
| 19-11434 | Pooled Trust | X | | |
| 19-11435 | Pooled Trust | X | | |
| 19-11437 | Pooled Trust | X | | |
| 19-11440 | Individual Trust | | X | |
| 19-11442 | Pooled Trust | | X | |
| 19-11443 | MSA within a Pooled Trust | | | X |
| 19-11447 | Pooled Trust | | | X |
| 19-11514 | Pooled Trust | | | X |
| 19-11518 | Pooled Trust | | | X |
| 19-11519 | Pooled Trust | | | X |
| 19-11523 | Pooled Trust | | | X |
| 19-11524 | Pooled Trust | X | | |
| 19-11530 | Pooled Trust | | | X |
| 19-11531 | Pooled Trust | X | | |
| 19-11533 | Individual Trust | | X | |
| 19-11534 | Pooled Trust | | | X |
| 19-11537 | Individual Trust | | X | |
| 19-11541 | Individual Trust | | X | |
| 19-11542 | Pooled Trust | X | | |
| 20-11548 | Individual Trust | X | | |
| 20-11549 | Individual Trust | X | | |
| 20-11551 | Pooled Trust | | | X |
| 20-11555 | Individual Trust | X | | |
| 20-11557 | Individual Trust | X | | |
| 20-11563 | Pooled Trust | X | | |
| 20-11565 | Pooled Trust | | | X |
| 20-11568 | Individual Trust | X | | |
| 20-11569 | Pooled Trust | | | X |
| 20-11570 | Individual Trust | X | | |
| 20-11571 | Individual Trust | X | | |
| 20-11577 | Pooled Trust | X | | |
| 20-11578 | MSA within a Pooled Trust | | X | |
| 20-11579 | Pooled Trust | X | | |
| 20-11581 | Individual Trust | | X | |
| 20-11582 | Individual Trust | | X | |
| 20-11584 | Pooled Trust | | | X |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|---|---|---|---|---|
| 20-11586 | Pooled Trust | X | | |
| 20-11590 | Individual Trust | X | | |
| 20-11591 | Individual Trust | | X | |
| 20-11597 | Individual Trust | X | | |
| 20-11598 | Pooled Trust | X | | |
| 20-11600 | Pooled Trust | | | X |
| 20-11601 | Pooled Trust | | | X |
| 20-11604 | Pooled Trust | | | X |
| 20-11611 | Pooled Trust | | | X |
| 20-11612 | Individual Trust | | X | |
| 20-11614 | Pooled Trust | | | X |
| 20-11619 | Pooled Trust | X | | |
| 20-11621 | Individual Trust | X | | |
| 20-11622 | Pooled Trust | X | | |
| 20-11625 | Pooled Trust | X | | |
| 20-11629 | Pooled Trust | X | | |
| 20-11632 | Individual Trust | | | X |
| 20-11634 | Individual Trust | | X | |
| 20-11636 | Pooled Trust | | | X |
| 20-11638 | Pooled Trust | | | X |
| 20-11639 | Individual Trust | | X | |
| 20-11642 | Pooled Trust | | | X |
| 20-11643 | Pooled Trust | | | X |
| 20-11644 | Pooled Trust | X | | |
| 20-11645 | Pooled Trust | X | | |
| 20-11646 | Third Party Trust - Individual | | X | |
| 20-11652 | Pooled Trust | | | X |
| 20-11654 | Pooled Trust | | | X |
| 20-11665 | Pooled Trust | | | X |
| 20-11667 | Individual Trust | X | | |
| 20-11669 | Individual Trust | | X | |
| 20-11670 | Individual Trust | X | | |
| 20-11671 | Pooled Trust | | | X |
| 20-11672 | Pooled Trust | X | | |
| 20-11673 | Individual Trust | | X | |
| 20-11675 | MSA within an Individual Trust | | X | |
| 20-11676 | Individual Trust | | X | |
| 20-11680 | Pooled Trust | | | X |
| 20-11681 | Pooled Trust | X | | |
| 20-11682 | Pooled Trust | X | | |
| 20-11685 | Pooled Trust | | | X |
| 20-11690 | Pooled Trust | | | X |
| 20-11691 | Pooled Trust | | | X |
| 20-11696 | Pooled Trust | | | X |
| 20-11702 | Individual Trust | X | | |
| 20-11703 | Pooled Trust | | | X |
| 20-11706 | Pooled Trust | | | X |
| 20-11708 | Pooled Trust | | | X |
| 20-11710 | Pooled Trust | X | | |
| 20-11711 | Pooled Trust | | | X |
| 20-11713 | Pooled Trust | X | | |
| 20-11714 | Pooled Trust | | | X |
| 20-11716 | Individual Trust | | X | |
| 20-11718 | Pooled Trust | | | X |
| 20-11719 | Individual Trust | | X | |
| 20-11720 | Pooled Trust | X | | |
| 20-11722 | Individual Trust | X | | |
| 20-11724 | Individual Trust | | X | |
| 20-11725 | Individual Trust | | X | |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|---|---|:---:|:---:|:---:|
| 20-11728 | Pooled Trust | X | | |
| 20-11729 | Pooled Trust | X | | |
| 20-11730 | Pooled Trust | | | X |
| 20-11732 | Pooled Trust | | | X |
| 20-11734 | Pooled Trust | X | | |
| 20-11738 | Pooled Trust | | | X |
| 20-11741 | Individual Trust | | X | |
| 20-11742 | Pooled Trust | | | X |
| 20-11745 | Pooled Trust | | | X |
| 20-11747 | Individual Trust | X | | |
| 20-11748 | Pooled Trust | | | X |
| 20-11750 | Pooled Trust | | | X |
| 20-11751 | Pooled Trust | | | X |
| 20-11752 | Pooled Trust | | | X |
| 20-11755 | Pooled Trust | X | | |
| 20-11757 | Pooled Trust | X | | |
| 20-11762 | Pooled Trust | | | X |
| 20-11763 | Pooled Trust | | | X |
| 20-11764 | Pooled Trust | | | X |
| 20-11765 | Individual Trust | | X | |
| 20-11766 | Individual Trust | | X | |
| 20-11768 | Individual Trust | | X | |
| 20-11769 | Pooled Trust | | | X |
| 20-11774 | Pooled Trust | | | X |
| 20-11775 | Pooled Trust | | | X |
| 20-11776 | Individual Trust | X | | |
| 20-11777 | Pooled Trust | | | X |
| 20-11778 | Pooled Trust | | | X |
| 20-11782 | Pooled Trust | | | X |
| 20-11787 | Pooled Trust | | | X |
| 20-11789 | Pooled Trust | | X | |
| 20-11791 | Pooled Trust | | | X |
| 20-11792 | Pooled Trust | | | X |
| 20-11794 | Pooled Trust | X | | |
| 20-11795 | Pooled Trust | X | | |
| 20-11796 | Pooled Trust | | | X |
| 20-11800 | Individual Trust | X | | |
| 20-11801 | Individual Trust | X | | |
| 20-11804 | Pooled Trust | | | X |
| 20-11806 | Pooled Trust | | | X |
| 20-11808 | Pooled Trust | X | | |
| 20-11809 | Individual Trust | X | | |
| 20-11811 | Pooled Trust | X | | |
| 20-11812 | Pooled Trust | | | X |
| 20-11813 | MSA within an Individual Trust | | | X |
| 20-11821 | Pooled Trust | | | X |
| 20-11825 | Pooled Trust | | | X |
| 20-11826 | Pooled Trust | | | X |
| 20-11828 | Pooled Trust | | | X |
| 20-11829 | Pooled Trust | | | X |
| 20-11830 | Pooled Trust | X | | |
| 20-11832 | Pooled Trust | | | X |
| 20-11833 | Individual Trust | | X | |
| 20-11835 | Individual Trust | | X | |
| 20-11836 | Pooled Trust | | | X |
| 20-11837 | Individual Trust | | X | |
| 20-11838 | Individual Trust | | X | |
| 20-11843 | Pooled Trust | | | X |
| 20-11845 | Pooled Trust | | | X |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|---|---|---|---|---|
| 20-11847 | Pooled Trust | | | X |
| 20-11848 | Third Party Trust - Individual | X | | |
| 20-11849 | Individual Trust | X | | |
| 20-11850 | Third Party Trust - Individual | X | | |
| 20-11851 | Third Party Trust - Individual | X | | |
| 20-11852 | Individual Trust | | X | |
| 20-11853 | MSA within an Individual Trust | | | X |
| 20-11854 | Individual Trust | X | | |
| 20-11857 | Individual Trust | | X | |
| 20-11859 | Pooled Trust | | | X |
| 20-11861 | Individual Trust | | X | |
| 20-11863 | Pooled Trust | | | X |
| 21-11868 | Pooled Trust | | | X |
| 21-11869 | Individual Trust | | X | |
| 21-11870 | Pooled Trust | X | | |
| 21-11871 | Individual Trust | | X | |
| 21-11873 | Pooled Trust | | | X |
| 21-11874 | Individual Trust | X | | |
| 21-11875 | Individual Trust | X | | |
| 21-11876 | Pooled Trust | X | | |
| 21-11877 | MSA within an Individual Trust | | X | |
| 21-11878 | Individual Trust | X | | |
| 21-11881 | Pooled Trust | | | X |
| 21-11885 | Individual Trust | | X | |
| 21-11886 | Pooled Trust | | | X |
| 21-11887 | MSA within an Individual Trust | | | X |
| 21-11888 | Individual Trust | | X | |
| 21-11889 | Pooled Trust | | | X |
| 21-11891 | Individual Trust | | X | |
| 21-11893 | Pooled Trust | | | X |
| 21-11894 | Pooled Trust | | | X |
| 21-11896 | Pooled Trust | | | X |
| 21-11900 | Individual Trust | | X | |
| 21-11901 | Pooled Trust | X | | |
| 21-11905 | Pooled Trust | | | X |
| 21-11906 | Pooled Trust | | | X |
| 21-11907 | Pooled Trust | | | X |
| 21-11910 | Pooled Trust | | | X |
| 21-11911 | Individual Trust | X | | |
| 21-11912 | Individual Trust | | X | |
| 21-11913 | Pooled Trust | | | X |
| 21-11914 | Pooled Trust | X | | |
| 21-11916 | Pooled Trust | X | | |
| 21-11917 | Pooled Trust | X | | |
| 21-11919 | Pooled Trust | | | X |
| 21-11920 | Individual Trust | | | X |
| 21-11921 | Pooled Trust | | | X |
| 21-11922 | Pooled Trust | | | X |
| 21-11924 | Pooled Trust | | | X |
| 21-11927 | Pooled Trust | | | X |
| 21-11928 | Pooled Trust | | | X |
| 21-11930 | Pooled Trust | | | X |
| 21-11933 | Pooled Trust | | | X |
| 21-11936 | Pooled Trust | | | X |
| 21-11939 | Pooled Trust | | | X |
| 21-11941 | Pooled Trust | | | X |
| 21-11942 | Pooled Trust | | | X |
| 21-11949 | Pooled Trust | | | X |
| 21-11950 | Individual Trust | | X | |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|---|---|---|---|---|
| 21-11952 | Pooled Trust | X | | |
| 21-11954 | Pooled Trust | | | X |
| 21-11956 | Individual Trust | X | | |
| 21-11960 | Pooled Trust | | | X |
| 21-11961 | Individual Trust | X | | |
| 21-11962 | Pooled Trust | | | X |
| 21-11963 | Pooled Trust | X | | |
| 21-11964 | Pooled Trust | X | | |
| 21-11965 | Individual Trust | X | | |
| 21-11966 | Pooled Trust | | | X |
| 21-11968 | Individual Trust | X | | |
| 21-11969 | Individual Trust | X | | |
| 21-11971 | Individual Trust | | X | |
| 21-11972 | Individual Trust | | X | |
| 21-11976 | Individual Trust | | X | |
| 21-11977 | Third Party Trust - Individual | X | | |
| 21-11978 | Pooled Trust | | | X |
| 21-11979 | Pooled Trust | | X | |
| 21-11980 | Individual Trust | | | X |
| 21-11981 | Third Party Trust - Individual | X | | |
| 21-11982 | Pooled Trust | | | X |
| 21-11984 | Pooled Trust | | | X |
| 21-11985 | Third Party Trust - Individual | X | | |
| 21-11987 | Individual Trust | X | | |
| 21-11988 | Individual Trust | X | | |
| 21-11992 | Pooled Trust | | | X |
| 21-11993 | Pooled Trust | X | | |
| 21-11994 | Individual Trust | | X | |
| 21-11997 | Pooled Trust | | | X |
| 21-11999 | Pooled Trust | | | X |
| 21-12000 | Pooled Trust | | | X |
| 21-12005 | Pooled Trust | | | X |
| 21-12006 | Individual Trust | | X | |
| 21-12007 | Pooled Trust | | | X |
| 21-12008 | Pooled Trust | | | X |
| 21-12009 | Pooled Trust | | | X |
| 21-12011 | Pooled Trust | X | | |
| 21-12012 | MSA within an Individual Trust | | | X |
| 21-12013 | Individual Trust | X | | |
| 21-12014 | Individual Trust | X | | |
| 21-12015 | Pooled Trust | X | | |
| 21-12016 | Pooled Trust | | X | |
| 21-12017 | MCA within an Individual Trust | | X | |
| 21-12021 | Individual Trust | | X | |
| 21-12023 | Pooled Trust | | | X |
| 21-12024 | Pooled Trust | | | X |
| 21-12026 | Pooled Trust | | | X |
| 21-12027 | Pooled Trust | X | | |
| 21-12028 | Individual Trust | | X | |
| 21-12029 | Pooled Trust | | | X |
| 21-12031 | Pooled Trust | | | X |
| 21-12032 | Pooled Trust | | | X |
| 21-12033 | Pooled Trust | X | | |
| 21-12034 | Third Party Trust - Individual | X | | |
| 21-12035 | Pooled Trust | | | X |
| 21-12036 | Individual Trust | X | | |
| 21-12038 | MSA within a Pooled Trust | | | X |
| 21-12039 | Individual Trust | | X | |
| 21-12040 | Pooled Trust | | | X |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|---|---|---|---|---|
| 21-12041 | Individual Trust | X | | |
| 21-12042 | Individual Trust | | X | |
| 21-12043 | Third Party Trust - Individual | X | | |
| 21-12044 | Individual Trust | | X | |
| 21-12045 | Pooled Trust | | | X |
| 21-12047 | Individual Trust | X | | |
| 21-12048 | Pooled Trust | | | X |
| 21-12050 | Pooled Trust | | | X |
| 21-12052 | Pooled Trust | | | X |
| 21-12053 | Individual Trust | | X | |
| 21-12056 | Individual Trust | X | | |
| 21-12057 | Pooled Trust | | | X |
| 21-12058 | Individual Trust | X | | |
| 21-12059 | Pooled Trust | | | X |
| 21-12061 | Pooled Trust | | | X |
| 21-12062 | Individual Trust | | X | |
| 21-12064 | Pooled Trust | X | | |
| 21-12065 | Individual Trust | X | | |
| 21-12066 | Individual Trust | | X | |
| 21-12067 | Pooled Trust | | | X |
| 21-12068 | Pooled Trust | | | X |
| 21-12069 | Third Party Trust - Individual | | X | |
| 21-12070 | Pooled Trust | | | X |
| 21-12072 | Pooled Trust | X | | |
| 21-12074 | Pooled Trust | | | X |
| 21-12075 | Pooled Trust | | | X |
| 21-12077 | Pooled Trust | | X | |
| 21-12078 | Pooled Trust | | | X |
| 21-12080 | Pooled Trust | X | | |
| 21-12081 | Pooled Trust | | | X |
| 21-12083 | Pooled Trust | | | X |
| 22-12084 | Pooled Trust | X | | |
| 22-12085 | Pooled Trust | | | X |
| 22-12087 | Individual Trust | X | | |
| 22-12088 | Individual Trust | X | | |
| 22-12089 | Individual Trust | X | | |
| 22-12090 | Pooled Trust | | | X |
| 22-12091 | Pooled Trust | | | X |
| 22-12094 | Pooled Trust | X | | |
| 22-12095 | Pooled Trust | | | X |
| 22-12096 | Pooled Trust | | | X |
| 22-12097 | Pooled Trust | | | X |
| 22-12098 | Pooled Trust | | | X |
| 22-12099 | Pooled Trust | | | X |
| 22-12103 | Individual Trust | X | | |
| 22-12105 | Individual Trust | X | | |
| 22-12109 | Individual Trust | | X | |
| 22-12111 | MSA within an Individual Trust | | X | |
| 22-12113 | Pooled Trust | | X | |
| 22-12114 | Pooled Trust | | | X |
| 22-12115 | Pooled Trust | | | X |
| 22-12116 | Pooled Trust | | | X |
| 22-12117 | Individual Trust | X | | |
| 22-12118 | Pooled Trust | X | | |
| 22-12119 | Pooled Trust | X | | |
| 22-12120 | Individual Trust | | X | |
| 22-12121 | Individual Trust | X | | |
| 22-12122 | Individual Trust | X | | |
| 22-12125 | Pooled Trust | | | X |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|---|---|---|---|---|
| 22-12127 | Pooled Trust | | X | |
| 22-12131 | Pooled Trust | | | X |
| 22-12135 | Pooled Trust | | | X |
| 22-12136 | Pooled Trust | | | X |
| 22-12137 | Pooled Trust | X | | |
| 22-12138 | Pooled Trust | | | X |
| 22-12139 | Pooled Trust | | | X |
| 22-12141 | Individual Trust | X | | |
| 22-12143 | Individual Trust | X | | |
| 22-12149 | Individual Trust | | X | |
| 22-12150 | Pooled Trust | | | X |
| 22-12151 | Pooled Trust | | | X |
| 22-12153 | Individual Trust | X | | |
| 22-12156 | Pooled Trust | X | | |
| 22-12157 | Pooled Trust | | | X |
| 22-12158 | Pooled Trust | | | X |
| 22-12160 | Pooled Trust | | | X |
| 22-12161 | Pooled Trust | | | X |
| 22-12163 | Pooled Trust | | | X |
| 22-12164 | Individual Trust | | X | |
| 22-12165 | Individual Trust | | X | |
| 22-12169 | Pooled Trust | | | X |
| 22-12170 | Pooled Trust | | | X |
| 22-12172 | Pooled Trust | X | | |
| 22-12175 | Pooled Trust | | | X |
| 22-12176 | Pooled Trust | X | | |
| 22-12181 | Individual Trust | X | | |
| 22-12184 | Pooled Trust | | | X |
| 22-12185 | Pooled Trust | X | | |
| 22-12186 | Pooled Trust | | | X |
| 22-12187 | Pooled Trust | | | X |
| 22-12188 | Pooled Trust | | | X |
| 22-12189 | Pooled Trust | | | X |
| 22-12191 | Pooled Trust | X | | |
| 22-12193 | Pooled Trust | | | X |
| 22-12194 | Individual Trust | | X | |
| 22-12195 | Pooled Trust | X | | |
| 22-12197 | Individual Trust | | X | |
| 22-12198 | Individual Trust | X | | |
| 22-12199 | Pooled Trust | | | X |
| 22-12201 | Pooled Trust | X | | |
| 22-12202 | MSA within a Pooled Trust | | | X |
| 22-12203 | Pooled Trust | X | | |
| 22-12204 | Individual Trust | | X | |
| 22-12205 | Pooled Trust | | | X |
| 22-12206 | Pooled Trust | X | | |
| 22-12208 | Pooled Trust | X | | |
| 22-12210 | Third Party Trust - Individual | X | | |
| 22-12211 | Individual Trust | | X | |
| 22-12212 | Individual Trust | | X | |
| 22-12213 | Individual Trust | | X | |
| 22-12214 | MSA within a Pooled Trust | | | X |
| 22-12215 | Pooled Trust | X | | |
| 22-12216 | Pooled Trust | | | X |
| 22-12218 | Pooled Trust | | | X |
| 23-12221 | Pooled Trust | | | X |
| 23-12223 | Pooled Trust | | | X |
| 23-12225 | Individual Trust | | | X |
| 23-12226 | Pooled Trust | | X | |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|---|---|---|---|---|
| 23-12228 | Pooled Trust | | | X |
| 23-12231 | Pooled Trust | | | X |
| 23-12232 | Pooled Trust | | | X |
| 23-12233 | Individual Trust | | X | |
| 23-12234 | Individual Trust | | X | |
| 23-12235 | Individual Trust | | X | |
| 23-12236 | Pooled Trust | | | X |
| 23-12239 | Pooled Trust | | | X |
| 23-12241 | Pooled Trust | | | X |
| 23-12242 | Pooled Trust | | | X |
| 23-12244 | Pooled Trust | X | | |
| 23-12245 | Individual Trust | | X | |
| 23-12247 | Pooled Trust | | | X |
| 23-12248 | Pooled Trust | | | X |
| 23-12249 | Pooled Trust | | | X |
| 23-12250 | Pooled Trust | X | | |
| 23-12253 | Individual Trust | X | | |
| 23-12254 | Individual Trust | | X | |
| 23-12255 | Pooled Trust | | | X |
| 23-12256 | Pooled Trust | | | X |
| 23-12257 | Pooled Trust | | | X |
| 23-12259 | Pooled Trust | | | X |
| 23-12260 | Pooled Trust | | | X |
| 23-12261 | Pooled Trust | | | X |
| 23-12262 | Pooled Trust | | | X |
| 23-12263 | Pooled Trust | | | X |
| 23-12264 | Pooled Trust | | | X |
| 23-12265 | Pooled Trust | | | X |
| 23-12266 | Individual Trust | X | | |
| 23-12267 | Pooled Trust | | | X |
| 23-12268 | Pooled Trust | X | | |
| 23-12270 | Pooled Trust | | | X |
| 23-12273 | Pooled Trust | X | | |
| 23-12274 | Pooled Trust | | | X |
| 23-12276 | Individual Trust | | X | |
| 23-12277 | Individual Trust | | X | |
| 23-12278 | Pooled Trust | | | X |
| 23-12279 | Pooled Trust | | | X |
| 23-12280 | Pooled Trust | | | X |
| 23-12281 | Pooled Trust | | | X |
| 23-12282 | Individual Trust | X | | |
| 23-12283 | Pooled Trust | | | X |
| 23-12284 | Individual Trust | X | | |
| 23-12285 | Pooled Trust | | | X |
| 23-12286 | Pooled Trust | | | X |
| 23-12288 | Third Party Trust - Individual | X | | |
| 23-12289 | Pooled Trust | | | X |
| 23-12291 | Pooled Trust | | | X |
| 23-12292 | Pooled Trust | | | X |
| 23-12293 | Pooled Trust | | | X |
| 23-12294 | Individual Trust | | | X |
| 23-12295 | Pooled Trust | | | X |
| 23-12298 | Pooled Trust | | | X |
| 23-12301 | Individual Trust | | X | |
| 23-12303 | Pooled Trust | X | | |
| 23-12304 | Pooled Trust | | | X |
| 23-12305 | Pooled Trust | | | X |
| 23-12306 | Individual Trust | X | | |
| 23-12307 | Individual Trust | X | | |

| Trust No. | Trust Category | Fully Compromised | Partially Compromised | Non-Compromised |
|---|---|---|---|---|
| 23-12309 | Pooled Trust | | | X |
| 23-12310 | Pooled Trust | | | X |
| 23-12313 | Pooled Trust | X | | |
| 23-12315 | Individual Trust | X | | |
| 23-12316 | Pooled Trust | | | X |
| 23-12319 | Pooled Trust | X | | |
| 23-12320 | Individual Trust | X | | |
| 23-12321 | Individual Trust | X | | |
| 23-12322 | Individual Trust | X | | |
| 23-12323 | Pooled Trust | | | X |
| 23-12324 | Pooled Trust | | | X |
| 23-12325 | Pooled Trust | | | X |
| 23-12327 | Pooled Trust | | | X |
| 23-12328 | Pooled Trust | | | X |
| 23-12332 | Pooled Trust | | | X |
| 23-12333 | Pooled Trust | | | X |
| 23-12334 | Pooled Trust | | | X |
| 23-12336 | Pooled Trust | | | X |
| 23-12337 | Pooled Trust | | | X |
| 23-12338 | Individual Trust | | | X |
| 23-12341 | Pooled Trust | | | X |
| 23-12342 | MSA within an Individual Trust | | | X |
| 23-12346 | Pooled Trust | | | X |
| 23-12350 | Pooled Trust | | | X |
| 23-12353 | Third Party Trust - Individual | | | X |
| 23-12354 | Third Party Trust - Individual | | | X |
| 23-12355 | Pooled Trust | | | X |
| 23-12356 | Individual Trust | | X | |
| 23-12357 | Pooled Trust | | | X |
| 23-12362 | Individual Trust | | | X |
| 23-12363 | Individual Trust | | | X |
| 23-12366 | Pooled Trust | | | X |
| 24-12371 | Pooled Trust | | | X |
| 24-12374 | Pooled Trust | | | X |

Exhibit C should be considered preliminary and may change subject to additional investigation and analysis.

For purposes herein, "Fully Compromised" means that the entirety of the trust balance has been affected, "Partially Compromised" means that some portion of the trust has been affected, and "Non-Compromised means that 100% of the funds remain intact and have not been compromised.

# Exhibit D

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                    Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                    Chapter 11

      Debtor.
_____/

**ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION TO
APPROVE (I) WIND DOWN AND TERMINATION OF OPERATIONS
OF THE DEBTOR, (II) RESIGNATION OF THE DEBTOR AS TRUSTEE
OF TRUSTS, (III) APPROVE PROCEDURES TO APPOINT CPT
INSTITUTE, INC. AS SUCCESSOR TRUSTEE OF THE TRUSTS,
AND (IV) APPROVE FORM AND MANNER OF OPT-OUT NOTICE FOR
APPOINTMENT OF CPT INSTITUTE, INC. AS SUCCESSOR TRUSTEE**

      This case is before the Court on the Motion to Approve (I) Wind Down And Termination

Of Operations Of The Debtor, (II) Resignation of The Debtor As Trustee Of Trusts, (III)

Approve Procedures To Appoint CPT Institute, Inc. as Successor Trustee of the Trusts, and (IV)

Approve Form and Manner of Opt-Out Notice For Appointment of CPT Institute, Inc. as

Successor Trustee (Doc. No. ____) ("Motion")[1] and the Court, having considered the Motion, and

the arguments of counsel at the hearing held on October ____, 2024 finds good cause exists to

grant the Motion, and it is:

_____

[1] Capitalized terms used but not defined herein have the meanings given to them in the Motion.

78223883;2

**ORDERED**:

1.      The Motion is **GRANTED** as set forth herein.

2.      The Debtor shall resign as trustee, and CPT shall be appointed as successor trustee for all Pooled Trusts, subject to the Beneficiary's right to opt-out as described below.

3.      The effective date of CPT's appointment as successor trustee shall be on or before **December 31, 2024** (the "Effective Date").

4.      Within five (5) business days after entry of this Order, or as soon as practicable thereafter, the Chapter 11 Trustee will cause the Opt-Out Notice to be served on the following parties or their respective counsel, if known: (a) the United States Trustee for the Middle District of Florida (the "U.S. Trustee"); (b) counsel to the Official Committee of Unsecured Creditors; (c) all of the Beneficiaries of Pooled Trusts; and (d) all parties that have requested or that are required to receive notice pursuant to Bankruptcy Rule 2002.

5.      No later than November 22, 2024 (the "Opt-Out Notice Period"), should a Beneficiary elect to opt-out of having CPT appointed as successor trustee of their trust, the Beneficiary shall deliver the executed Opt-Out Notice to the Debtor's claims agent, Epiq, in the manner set forth in the Opt-Out Notice.

6.      For Non-Pooled Trusts, unless a beneficiary of a Non-Pooled Trust opts out prior to November 22, 2024 or affirmatively opts in pursuant to the Opt-In Notice, CPT shall cause an attorney to review the existing individual trust agreement for each Non-Pooled Trust to evaluate CPT's ability and willingness to serve as a successor trustee. Each Non-Pooled Trust with assets of $50,000 or more will be assessed a fee up to $500.00 payable to CPT from the Trust Account principal to defray the costs associated with this review. Each Non-Pooled Trust with assets less than $50,000 will not be assessed a fee. If CPT is willing and able to serve as successor trustee for

2

a Non-Pooled Trust, and such Beneficiary agrees to CPT's fee schedule, CPT is appointed as successor trustee of the Non-Pooled Trust without further action or approval of any state court or other state, federal, or local governmental or regulatory agency.

7.      Within five (5) business days after entry of this Order, or as soon as practicable thereafter, the Chapter 11 Trustee will cause the Opt-In Notice to be served on the following parties or their respective counsel, if known: (a) the United States Trustee for the Middle District of Florida (the "U.S. Trustee"); (b) counsel to the Official Committee of Unsecured Creditors; (c) all of the Beneficiaries of Non-Pooled Trusts; and (d) all parties that have requested or that are required to receive notice pursuant to Bankruptcy Rule 2002.

8.      No later than November 22, 2024 (the "Opt-In Notice Period"), should a Beneficiary elect to opt-in of having CPT appointed as successor trustee of their trust, the Beneficiary shall deliver the executed Opt-In Notice to the Debtor's claims agent, Epiq, in the manner set forth in the Opt-Out Notice.

9.      If CPT declines to serve as successor trustee for a specific Non-Pooled Trust, or such Beneficiary does not agree to CPT's fee schedule, CPT will provide to the Beneficiary a written procedure for appointing a successor trustee, including a summary of the steps required pursuant to his or her individual trust agreement, recommendations on finding a suitable trustee, and clear guidance on navigating the process of requesting or appointing a new trustee and seeking court approval, if necessary.

10.     Beneficiaries with fully compromised Pooled Trusts whose current balances are $0 (the "Fully Compromised Trusts") as listed on **Exhibit C** to the Motion who do not opt-out will also be transitioned over to CPT for management purposes only, although CPT will not open trust accounts for Fully Compromised Trusts until a trust is funded by a Beneficiary or the

3

Chapter 11 Trustee makes distributions to Beneficiaries following his recovery efforts.  If, upon notice of interim distributions, a Beneficiary has opted out and has chosen a third-party trust administrator, the Chapter 11 Trustee will coordinate the transfer of distributions to the appropriate third-party successor trustee.

11.     Effective as of December 31, 2024, the Critical Expense Loan (as that term is defined in the Motion) will be terminated. Beneficiaries who have previously relied on these advances must make alternative arrangements for payment of their critical needs.

12.     For Medicare/Medicaid purposes, Fully Compromised Trusts will be considered exhausted.

13.     If a Beneficiary with a partially compromised account (*i.e.*, some funds are held in protected third-party accounts, and other funds were invested in the "Loan" and are currently unavailable for distribution ("Partially Compromised Trust") elects to opt out of having CPT administer a Trust, the Chapter 11 Trustee's professionals will review the Debtor's trust ledgers to reconcile the bank/brokerage account statements of that particular Trust prior to transferring any Trust balance. Provided the Chapter 11 Trustee is satisfied with his professional's reconciliation of an account, the Chapter 11 Trustee shall make arrangements to transfer all of such Beneficiary's funds held in third-party investment accounts to CPT or to any third-party successor trustee selected by the Beneficiary in his or her opt-out form (subject to such successor trustee's acceptance).

14.     To reduce the likelihood of overpayment on a Partially Compromised Trust account, the Chapter 11 Trustee's professionals shall have the discretion to transfer less than one hundred percent (100%) of such compromised Trust's balance, with such amount constituting a

4

claim owed by the Debtor to the Trust upon the Chapter 11 Trustee's recovery of assets in this Bankruptcy Case.

15.    For all Trusts that were not compromised (the "Uncompromised Trusts"), upon the Effective Date, the Chapter 11 Trustee shall make arrangements to transfer all of such Beneficiary's funds held in third-party investment accounts to CPT or to any third-party successor trustee selected by the Beneficiary in his or her opt-out form (subject to such successor trustee's acceptance).

16.    For all Trusts where CPT is to be appointed as successor trustee, the Debtor shall retain all rights to residual death benefits of any Beneficiary that has died prior to the December 31, 2024. For all Trusts where CPT is appointed as successor trustee, CPT will retain all rights to residual death benefits pursuant to 42 U.S.C. § 1396p(d)(4)(C).

17.    If a Beneficiary chooses to opt out of having CPT appointed as successor trustee of their Trust, any third party chosen by the Beneficiary shall be bound by the provisions of this Order with respect to the division of residual death benefits and recognize the successor trustee's interest in and rights to receive the residual death benefits pursuant to 42 U.S.C. § 1396p(d)(4)(C).

18.    In exchange for the transition of Trusts by the Debtor to CPT, CPT shall donate the following amounts to the Debtor, which funds shall be used by the Debtor for tax-exempt, charitable purposes (*i.e.*, the donated funds will be segregated and earmarked for the distribution to Beneficiaries on account of his or her losses pursuant a confirmed chapter 11 plan or further order of the Bankruptcy Court):

- $140,000 per year for three (3) years if the Debtor initially transitions 75% or more of the Trusts to CPT.

5

- $100,000 per year for three (3) years if the Debtor initially transitions 50% to 74.99% of the Trusts to CPT.

- $75,000 per year for three (3) years if the Debtor initially transitions less than 50% of the Trusts to CPT.

19.     For all Trusts, whether transitioned to CPT or a third-party successor trustee, unless specifically requested by a Beneficiary in writing, the Chapter 11 Trustee shall automatically retain all rights and standing in his capacity both as Trustee of the Trusts and Chapter 11 Trustee of the Debtor to pursue Litigation Claims on behalf of the Beneficiaries and the bankruptcy estate and make distributions to them through this bankruptcy case. In addition, as of the Effective Date of the transition of each Trust to CPT or such other successor trustee, each Beneficiary shall be deemed to have automatically assigned to the Chapter 11 Trustee all rights to pursue Litigation Claims on his or her behalf against third parties.  This assignment shall be self-effectuating without the need for further documentation or Order of this Court.

20.     Further, on the Effective Date, all liens of the Debtor on certain real property, vehicles, and other assets titled in the name of the Beneficiaries shall be transferred to CPT or a third-party successor trustee if a Beneficiary chooses to opt-out of having CPT appointed as successor trustee.  In the event any liens were improperly placed, CPT and/or the Chapter 11 Trustee are ordered to take such other and further actions as necessary to rectify the impropriety.

21.     CPT shall not be liable for any acts, malfeasance, negligence, or wrongdoing committed by the Debtor or any of its professionals or employees for acts arising prior to the Effective Date. However, CPT shall be liable for any of its actions arising out of or related to its administration of the Trusts from and after the Effective Date.

6

78223883;2

22.     This Order may be presented to any and all entities, including, without limitation, all federal, state, or local governmental units, administrative agencies, governmental departments, secretaries of state, federal, state, and local officials, state probate courts, and all other persons and entities who may be required by operation of law, to facilitate the appointment of CPT (upon its acceptance) as successor trustee for any Trusts administered by the Debtor.  Each and every federal, state, and local governmental unit, including any state probate court, is hereby authorized to accept any and all documents and instruments necessary or appropriate, including a copy of this Order, to give effect to the appointment of CPT (upon its acceptance) as successor trustee for any Trusts administered by the Debtor.

23.     The automatic stay pursuant to section 362 of the Bankruptcy Code is hereby lifted with respect to the Debtor to the extent necessary, without further order of the Court, (a) to allow CPT to give the Debtor any notice provided for in the Motion, (b) to allow CPT to take any and all actions permitted by the Motion in accordance with the terms and conditions thereof, including, without limitation, effectuating the appointment of CPT as successor trustee of any Trust administered by the Debtor, and (c) to otherwise implement the terms and provisions of the Motion and this Order.

24.     This Court shall retain jurisdiction with regard to, *inter alia*, all issues or disputes relating to interpretation, implementation and enforcement of the Motion or this Order, including without limitation CPT's post-Effective Date obligations.

Steven R. Wirth, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.

78223883;2