ORDERED.

**Dated: October 04, 2024**

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re

The Center for Special Needs
Trust Administration, Inc.

Case No. 8:24-bk-00676-RCT
Chapter 11

Debtor.

### ORDER ON CHAPTER 11 TRUSTEE'S MOTION TO SET HEARING ON FIRST INTERIM FEE APPLICATION NO LATER THAN OCTOBER 18, 2024

THIS CASE is considered, without a hearing, on the Motion to Set Hearing on First Interim Fee Application No Later Than October 18, 2024 (Doc. 375) (the "Motion") filed by Michael Goldberg, the Chapter 11 Trustee (the "Trustee"). The Trustee asks that in the event an objection to the First Interim Application for Interim Compensation of (I) Akerman LLP, (II) Michael Goldberg, and (III) Akerman LLP's E-discovery Services Team (Doc. 339) (the "Fee Application") is filed, a hearing on the Fee Application be scheduled on or before October 18, 2024. The Court assumes the parties' familiarity with the procedural posture relative to the Fee Application. Upon review of the Motion, together with the record, it is

**ORDERED:**

1. The Motion (Doc. 375) is **GRANTED**, as follows.

2.	Should the Chamberlin Plaintiffs file a limited objection to the Fee Application timely,[1] the Court will set a hearing on the Fee Application for **October 17, 2024, at 11:00 a.m.** in Courtroom 8A of the United States Bankruptcy Court, located at 801 North Florida Avenue, Tampa, Florida 33602.  Interested parties may attend any such hearing on the Fee Application in person.  Should a hearing be set and interested parties wish to appear remotely, they should review Judge Colton's Procedures Governing Court Appearances (available at https://www.flmb.uscourts.gov/judges/colton) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom.

3.	Should the Chamberlin Plaintiffs fail to file an objection to the Fee Application timely, the Court will consider the Fee Application without a hearing.  In this event, counsel for the Trustee is directed to submit a proposed order through the Court's e-orders portal.

Attorney Steven R. Wirth is directed to serve a copy of this Order on interested parties and file a proof of service within three days of its entry.

---

[1] Doc. 374.  The Chamberlin Plaintiffs' deadline to object to the Fee Application is October 10, 2024.  The Chamberlin Plaintiffs were the only interested parties to seek additional time to object to the Fee Application.