ORDERED.

Dated: October 11, 2024

_____
Roberta A. Colton
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:

THE CENTER FOR SPECIAL NEEDS  
TRUST ADMINISTRATION, INC.,

    Debtor.
_____/

Case No. 8:24-bk-00676-RCT

Chapter 11

### ORDER GRANTING CHAPTER 11 TRUSTEE'S *THIRD* MOTION TO FURTHER EXTEND TIME FOR BENEFICIARIES TO FILE PROOFS OF CLAIM TO FEBRUARY 13, 2025

**PROOF OF CLAIM DEADLINE FOR BENEFICIARIES ONLY IS EXTENDED TO FEBRUARY 13, 2025**

THIS CASE came before the Court upon the Chapter 11 Trustee's Third Motion to Further Extend Time for Filing Proofs of Claim for Beneficiaries to February 13, 2025 (Doc. 378) (the "Third Extension Motion").[1]  Upon review of the record before the Court, including the legal and factual bases set forth in the Third Extension Motion, good and sufficient cause exists to grant the relief requested in the Motion.  Accordingly, it is

**ORDERED**:

---

[1] Capitalized terms used but not defined herein have the meanings given to them in the Motion.

78286330;1

1. The Motion is **GRANTED**, as set forth herein.

2. Except as otherwise set forth herein, **February 13, 2025 at 5:00 p.m. (prevailing Eastern Time)** is hereby established as the Further Extended Bar Date, the deadline by which Beneficiaries must file a Proof of Claim, without prejudice to the right to seek further extensions as may be necessary.

3. **This Order shall not extend the Bar Date for filing Proofs of Claim for governmental or nongovernmental creditors other than Beneficiaries, and the Bar Dates for those governmental and nongovernmental creditors shall remain August 7, 2024 and October 16, 2024, respectfully.**

4. Other than the Further Extended Bar Date with respect to Beneficiaries only, all other provisions of the Court's April 18, 2024 Order Granting Trustee's Motion to (I) Extend Time for Filing Proofs of Claim by Non-Governmental Creditors to July 18, 2024 and (II) Approve Claim Submission Procedures (Doc. 177) and Court's July 8, 2024 Order Granting Trustee's Second Motion to Further Extend Time for Filing Proofs of Claim to October 16, 2024 (Doc. 286), concerning the procedures for filing proofs of claim and other matters remains in full force and effect.

5. The Debtor's Claims Agent shall mail a copy of this Order by first class mail to all creditors no more than three (3) business days after entry of this Order.

6. The Claims Agent shall prominently display the prior Extended Bar Date and Notice of Further Extended Bar Date for Beneficiaries (applicable through February 13, 2025) and post the Proof of Claim Form on its website at:

https://dm.epiq11.com/case/centerforspecialneedstrustadministration/info.

**https://dm.epiq11.com/case/centerforspecialneedstrustadministration/info2**

78286330;1

3

7. Entry of this Order is without prejudice to the rights of the Trustee to seek a further order of this Court extending the date by which Beneficiaries must file such claims against the Debtor.

*Attorney Steven Wirth is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within 3 days of entry of the order.*

3