ORDERED.

Dated: October 15, 2024

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:24-bk-00676-RCT |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Chapter 11 |
| Debtor. | |
| _____/ | |

**ORDER APPROVING FIRST INTERIM APPLICATION OF (I) AKERMAN LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FOR MICHAEL GOLDBERG, CHAPTER 11 TRUSTEE, FROM MARCH 21, 2024, THROUGH JULY 31, 2024; (II) MICHAEL GOLDBERG, AS CHAPTER 11 TRUSTEE, FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED FROM MARCH 21, 2024, THROUGH JULY 31, 2024; AND (III) AKERMAN LLP'S EDISCOVERY SERVICES TEAM FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED FROM APRIL 3, 2024 THROUGH JULY 31, 2024**

THIS CASE is before the Court upon the First Interim Application of (i) Akerman LLP for Allowance and Payment of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Attorneys for Michael Goldberg, Chapter 11 Trustee, from March 21, 2024, through July 31, 2024; (ii) Michael Goldberg, as Chapter 11 Trustee, for Allowance and Payment of Compensation for Services Rendered from March 21, 2024, through July 31, 2024; and (iii) Akerman LLP's eDiscovery Services Team for Allowance of Compensation for Services Rendered

and Reimbursement of Expenses Incurred from April 3, 2024, through July 31, 2024  (Doc. 339) (the "**Application**"). In the Application, Akerman LLP requested an allowance of fees in the amount of $601,700.00 and reimbursement of expenses incurred in the amount of $4,820.08 for a total award of $606,520.08 for the period of March 21, 2024, through July 31, 2024; the Chapter 11 Trustee requested an allowance of fees in the amount of $44,300.00 for the period of March 21, 2024, through July 31, 2024; and Akerman LLP's eDiscovery Services Team requested an allowance of fees in the amount of $51,890.00 and reimbursement of expenses incurred in the amount of $27,569.14 for a total award of $79,459.14 for the period of April 3, 2024, through July 31, 2024. The Notice of Application for Compensation and Reimbursement of Expenses and Opportunity to Object and Request a Hearing (Doc. 340) was filed with the Court on September 6, 2024, and served on the Office of the United States Trustee, all parties registered to receive notices via the Court's CM/ECF system, and the L.B.R. 1007-2 Parties in Interest List pursuant to the Court's negative notice procedures. No objections were timely filed, including by the Chamberlin Plaintiffs in accordance with the Order Granting Motion to Enlarge Time to File Limited Objection (Doc. 374).  Accordingly, it is

**ORDERED**:

1. The Application is approved.

2. Akerman LLP is allowed compensation of $601,700.00 for professional services rendered and $4,820.08 for the reimbursement of expenses incurred during the period from March 21, 2024, through July 31, 2024.

3. The Chapter 11 Trustee is allowed compensation of $44,300.00 for services rendered as Chapter 11 Trustee during the period from March 21, 2024, through July 31, 2024.

77782088;4

3

4. Akerman LLP's eDiscovery Services Team is allowed compensation of $51,890.00 for professional services rendered and $27,569.14 for the reimbursement of expenses incurred during the period from April 3, 2024, through July 31, 2024.

5. The Debtor is authorized and directed to pay Akerman LLP, the Chapter 11 Trustee and Akerman LLP's eDiscovery Services Team 100% of the reimbursable expenses and 50% of the fees for professional services approved in this Order immediately. The remaining 50% of the fees for professional services approved in this Order are to be paid by the Debtor when sufficient funds become available.

6. The U.S. Trustee reserves the right to object to the final fee application and seek disgorgement in connection with any interim compensation already paid to Akerman LLP.

7. This Order is without prejudice to the rights of Akerman LLP upon further application to this Court to seek further allowance and payment of additional compensation and reimbursement of expenses, including any such amounts incurred during this interim compensation period for which approval has not previously been sought and denied.

Attorney Steven R. Wirth is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.

77782088;4