UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:                                                                                    CASE NO: 24-bk-000676-RCT
                                                                                          CHAPTER 11
The Center for Special Needs Trust
Administration, Inc.,

_____Debtor_____/

**NOTICE OF APPEARANCE FOR CREDITOR DOROTHY OGLETREE,
BENEFICIARY/CREDITOR (TRUST NO. 13-8160)
AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Sherri B. Simpson, Esq., Of Simpson Law Group, hereby enters her appearance as counsel of record for Dorothy Ogletree, (Trust No. 13-8160) Creditor, in the above proceeding, and pursuant to Bankruptcy Rule 2002, requests that her name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon her at the address listed below.

Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, plans, schedules and any other document brought before this Court.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served by electronic notice or U.S. Mail to all interested parties on the attached Service List, this 16th day of October, 2024.

**SIMPSON LAW GROUP**
400 NW 25th St.
Wilton Manors, Fla. 33311
Telephone: (954) 524 -4141
Facsimile: (954) 763 - 5117
Email: sbs@simpsonlawfl.com

By: _/s Sherri Simpson_
       **SHERRI B. SIMPSON**
       Florida Bar Number: 869491

**SERVICE LIST**

<u>Via Electronic Notice:</u>

Mark C Anderson    mark@andersonlex.com
Noel R Boeke    noel.boeke@hklaw.com, wendysue.henry@hklaw.com;hapi@hklaw.com
Catherine Choe    catherine.choe@akerman.com
Teresa Marie Dorr    teresa.dorr@usdoj.gov, lizette.montanez@usdoj.gov
Raye Curry Elliott    raye.elliott@akerman.com, jennifer.meehan@akerman.com;ava.hill@akerman.com
Epiq Corporate Restructuring, LLC (SJG)    sgarabato@epiqsystems.com, rjacobs@ecf.epiqsystems.com
Daniel E Etlinger    detlinger@underwoodmurray.com, dstrand@underwoodmurray.com;detlinger@ecf.courtdrive.com
Lara Roeske Fernandez    lfernandez@trenam.com, mmosbach@trenam.com;mwoods@trenam.com;lfernandez@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com
Daniel R Fogarty    dfogarty.ecf@srbp.com, srbpecf@srbp.com
Inger M. Garcia    attorney@ingergarcia.com
Michael I Goldberg    michael.goldberg@akerman.com, charlene.cerda@akerman.com
Yusuf Haidermota    yhaidermota@shumaker.com, eserviceyeh@kasslaw.com
Matthew B Hale    mhale.ecf@srbp.com, mhale@srbp.com;srbpecf@srbp.com
Donald R Kirk    dkirk@carltonfields.com, kathompson@carltonfields.com
Jerry M Markowitz    jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com;rrubio@mrthlaw.com;rhartog@mrthlaw.com;mrthbkc@gmail.com;markowitzjr73991@notify.bestcase.com;jmarkowitz@ecf.courtdrive.com
Patrick Mosley    patrick.mosley@hwhlaw.com, tricia.elam@hwhlaw.com
Megan Wilson Murray    mmurray@underwoodmurray.com, dstrand@underwoodmurray.com;mmurray@ecf.courtdrive.com
Richard A. Perry    richard@rapocala.com, rapocala@yahoo.com,staff@rapocala.com,karen@rapocala.com;perry.richardb129413@notify.bestcase.com
Edward J. Peterson    edwardp@jpfirm.com, andrenaw@jpfirm.com;JillC@jpfirm.com;melanief@jpfirm.com;AngelinaL@jpfirm.com
Scott A. Stichter    sstichter.ecf@srbp.com, srbpecf@srbp.com
Charles M Tatelbaum    cmt@trippscott.com, hbb@trippscott.com;eservice@trippscott.com
Scott A Underwood    sunderwood@underwoodmurray.com, dstrand@underwoodmurray.com;sunderwood@ecf.courtdrive.com
United States Trustee - TPA    USTPRegion21.TP.ECF@USDOJ.GOV
Jay B Verona    jverona@shumaker.com, mhartz@shumaker.com
Mark M Wall    mwall@hwhlaw.com, zenetria.williams@hwhlaw.com
Steven R Wirth    steven.wirth@akerman.com, john.dicks@akerman.com,caren.collier@akerman.com
Byron Wright    twright@brunerwright.com, melanie@brunerwright.com;laura@brunerwright.com;skelley@brunerwright.com