**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
**FOR THE PERIOD BEGINNING  September 1, 2024  AND ENDING September 30, 2024**

Name of Debtor:  The Center for Special Needs Trust Administration, Inc.
Date of Petition:  February 9, 2024

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| American Momentum Bank (AMB) | 4,734.13 | 3,422,494.31 |
| American Momentum Bank (AMB) - Retention | - | 369,701.69 |
| Wells Fargo Operating DIP | 1,352,488.96 | - |
| WellsFargo Retention DIP | 280,854.40 | - |
| Fidelity Investments Money Market (See Note) | - | - |
| | | |
| **1.  FUNDS AT BEGINNING OF PERIOD** | 1,638,077.49 | 3,792,196.00 |
| **2.  RECEIPTS:** | | |
| A. Cash Sales | | |
| Minus:  Cash Refunds | | |
| Net Cash Sales | | |
| B.  Accounts Receivable | | - |
| C.  Other Receipts *(See MOR-3)* | 64,694.84 | 458,263.54 |
| (If you receive rental income, | | |
| you must attach a rent roll.) | | |
| **3.  TOTAL RECEIPTS (Lines 2A+2B+2C)** | 64,694.84 | 458,263.54 |
| **4.  TOTAL FUNDS AVAILABLE FOR** | | |
| **OPERATIONS (Line 1 + Line 3)** | 1,702,772.33 | 4,250,459.54 |
| | | |
| **5.  DISBURSEMENTS** | | |
| A. Advertising | | - |
| B. Bank Charges | 2,125.88 | 13,601.14 |
| C. Contract Labor | | - |
| D. Fixed Asset Payments (not incl. in "N") | | - |
| E. Insurance | 4,678.89 | 252,916.48 |
| F.  Inventory Payments  *(See Attach. 2)* | | - |
| G. Leases | | |
| | 2,509.13 | 19,404.29 |
| H. Manufacturing Supplies (COGS) | | - |
| I.  Office Supplies | 350.63 | 2,936.73 |
| J.  Payroll - Net *(See Attachment 4B)* | 112,893.68 | 945,212.96 |
| K.  Professional Fees (Accounting & Legal) | | |
| | 36,592.54 | 810,508.65 |
| K.  Professional Fees(Other) | - | 21,069.52 |
| L.  Rent | - | 53,198.28 |
| M.  Repairs & Maintenance | | - |
| N.  Secured Creditor Payments *(See Attach. 2)* | | - |
| O.  Taxes Paid - Payroll *(See Attachment 4C)* | | - |
| P.  Taxes Paid - Sales & Use *(See Attachment 4C* | | (34.28) |
| Q.  Taxes Paid - Other *(See Attachment 4C)* | 2,637.02 | 10,479.59 |
| R.  Telephone | 1,947.87 | 15,071.47 |
| S.  Travel & Entertainment | | - |
| Y.  U.S. Trustee Quarterly Fees | - | 12,343.00 |
| U.  Utilities | | 198.46 |
| V.  Vehicle Expenses | | - |
| W.  Other Operating Expenses *(See MOR-3)* | 45,137.67 | 599,654.23 |
| **6.  TOTAL DISBURSEMENTS (Sum of 5A thru W)** | 208,873.31 | 2,756,560.52 |
| **7.  ENDING BALANCE (Line 4 Minus Line 6)** | 1,493,899.02 | 1,493,899.02 |
| **Bank Account Summary** | | |
| American Momentum Bank (AMB) | 4,689.94 | 4,689.94 |
| American Momentum Bank (AMB) - Retention | - | - |
| Wells Fargo Operating DIP | 1,208,354.68 | 1,208,354.68 |
| WellsFargo Retention DIP | 280,854.40 | 280,854.40 |
| Fidelity Investments Money Market (See Note) | - | - |
| | 1,493,899.02 | 1,493,899.02 |

I declare under penalty of perjury that this statement and the accompany          -
and correct to the best of my knowledge and bel`

This 17th day of October 2024 _____    (Signature)
William A Long Jr. As CRO

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
   balance as of the petition date.
(b)This figure will not change from month to month.  It is always the amount of funds on hand as of the date of
   the petition.
(c)These two amounts will always be the same if form is completed correctly.

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.
CASE NO. 8:24-bk-00676-RCT
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

On February 9, 2024, The Center for Special Needs Trust Administration, Inc. (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Middle District of Florida (Tampa), Case No. 8:24-bk-676-RCT. On March 8, 2024, the U.S. Trustee filed an Expedited Motion for Order Directing the United States Trustee to Appoint a Chapter 11 Trustee.. The Court granted the U.S. Trustee's Motion by Order dated March 11, 2024 and on March 21, 2024, the Court appointed Michael Goldberg as Chapter 11 Trustee (the "Bankruptcy Trustee"). In his capacity as Bankruptcy Trustee, Mr. Goldberg took custody and control of all assets and corporate records of the Debtor.

**THE FINANCIAL STATEMENTS ACCOMPANYING THE MONTHLY OPERATING REPORTS ARE BEING PROVIDED IN ACCORDANCE WITH THE SUPPORT DOCUMENTATION REQUIRED BY THE US TRUSTEE GUIDELINES FOR FILING CHAPTER 11 MONTHLY OPERATING REPORTS. THESE FINANCIAL STATEMENTS WERE NOT PREPARED OR COMPILED BY THE BANKRUPTCY TRUSTEE OR HIS FORENSIC ACCOUNTING FIRM. THEY ARE BASED ON INFORMATION CURRENTLY IN THE RECORDS OF THE DEBTOR AND AVAILABLE TO THE BANKRUPTCY TRUSTEE, AND ARE SUBJECT TO A NUMBER OF RISKS, UNCERTAINTIES, AND OTHER FACTORS THAT COULD CAUSE THE DEBTOR'S ACTUAL RESULTS, PERFORMANCE, PROSPECTS, AND OPPORTUNITIES TO DIFFER MATERIALLY FROM THOSE EXPRESSED IN, OR IMPLIED BY, THESE FINANCIAL STATEMENTS, AS A RESULT OF THE FINDINGS OF THE FORENSIC INVESTIGATION BEING PERFORMED BY THE BANKRUPTCY TRUSTEE'S COURT-APPROVED FORENSIC ACCOUNTANTS, WHICH INVESTIGATION IS IN ITS INFANCY. FACTORS THAT COULD CAUSE OR CONTRIBUTE TO RISKS INVOLVING THESE FINANCIAL STATEMENTS INCLUDE, BUT ARE NOT LIMITED TO, CHANGES IN THE DEBTOR'S BUSINESS AND OTHER FACTORS, INCLUDING RISK FACTORS, DEBT OBLIGATIONS, THE COMMINGLING OF TRUST FUND ASSETS, AND POTENTIAL FRAUD AND MISAPPROPRIATION OF FUNDS DISCUSSED IN THE CHAPTER 11 CASE MANAGEMENT SUMMARY FILED BY THE DEBTOR IN THE BANKRUPTCY CASE. IN ADDITION, NEITHER THE DEBTOR'S FINANCIALS NOR THESE FINANCIAL STATEMENTS HAVE BEEN AUDITED IN ACCORDANCE WITH GENERALLY ACCEPTED ACCOUNTING PRINCIPALS (GAAP) AND THEREFORE MAY NOT BE ACCURATE, RELIABLE OR COMPLETE. EXCEPT AS REQUIRED BY LAW, INCLUDING FURTHER ORDER OF THE BANKRUPTCY COURT, THE BANKRUPTCY TRUSTEE DOES NOT UNDERTAKE OR ASSUME ANY OBLIGATION TO RELEASE PUBLICLY ANY REVISIONS TO ANY FINANCIAL STATEMENT OR OTHERWISE.**

**Center for Special Needs Trust Administration, Inc**
**Statement of Assets, Liabilities, and Equity**
**As of September 30, 2024**

| Current Assets | | September 30, 2024 |
|---|---|---|
| Cash | | |
| Operating Cash | $ | 4,689.94 |
| DIP Operating Cash | | 1,208,354.68 |
| Retention Cash | | - |
| DIP Retention Cash | | 280,854.40 |
| Money Market | | 130,986.71 |
| Cash Escrow | | - |
| Undeposited funds | | - |
| Reserve for uncollectable funds | | (130,986.71) |
| **Total Cash** | | 1,493,899.02 |
| | | |
| Accounts Receivable | | 42,229.61 |
| Allowance for Doubtful Accounts | | (42,229.61) |
| **Net Accounts Receivable** | | - |
| Investments | | 776,847.95 |
| Loans Receivable (Short term) | | 474,806.32 |
| Inventory | | - |
| Prepaid Expenses | | 273,488.42 |
| Other Current Assets | | 605,669.91 |
| **Total Current Assets** | | 3,624,711.62 |
| **Long Term Assets** | | |
| Real Estate | | 763,019.39 |
| Other Investments | | 172,678.43 |
| **Property, Plant, and Equipment** | | |
| Computer Software | | 76,628.77 |
| Furniture and Equipment | | 142,069.74 |
| Automobile | | - |
| Leasehold Improvements | | - |
| Less: Accumulated Depreciation | | (218,698.51) |
| **Net Property, Plant and Equipment** | | - |
| Loans and Notes Receivable (Long term) | | 106,234,198.57 |
| Loans due from Trust Accounts | | 176,781.20 |
| Other Long Term Assets | | 12,000.00 |
| **Total Long Term Assets** | | 107,358,677.59 |
| | | |
| **Total Assets** | $ | 110,983,389.21 |

**Center for Special Needs Trust Administration, Inc**
**Statement of Assets, Liabilities, and Equity**
**As of September 30, 2024**

| | | |
|---|---|---:|
| **Liabilities** | | |
| **Current Liabilities** | | |
| Accounts Payable | $ | - |
| Credit Cards Liability | | 79,773.86 |
| **Total Accounts Payable** | | 79,773.86 |
| **Accrued Expenses** | | |
| Acrued Interest Expense | | - |
| Accrued Property Tax | | - |
| Other Accrued Liabilities | | 4,955.74 |
| Accrued Payroll Liabilities | | 26,670.44 |
| Deferred Revenue | | 4,950.00 |
| Interest Payable | | - |
| Distribution Payable | | - |
| **Total Accounts Payable and Accrued Expenses** | | 116,350.04 |
| **Current Debt** | | |
| CMS Approval Fees | | - |
| Loan Payable - Current | | - |
| Due To Center Clients | | 103,682.40 |
| Line of Credit | | - |
| **Total Current Liabilities** | | 220,032.44 |
| **Long Term Liabilities** | | |
| **Loans Payable** | | |
| BFG LOC Amounts due Trusts | | 106,234,198.57 |
| Other Liabilites | | - |
| **Total Long Term Liabilities** | | 106,234,198.57 |
| **Total Liabilities** | $ | 106,454,231.01 |
| | | |
| **Shareholders Equity** | | |
| Capital Contributions | $ | - |
| Members' Draw | | - |
| Unrealized Gain(loss) on Securities | | - |
| Retained Earnings | | 4,644,545.29 |
| Net Income | | (115,387.09) |
| **Total Shareholders Equity** | | 4,529,158.20 |
| **Total Liabilities and Shareholders Equity** | $ | 110,983,389.21 |

*Unaudited*

**Center for Special Needs Trust Administration, Inc**
**Statement of Profit and Loss**
**for the one month, and nine months ended**
**September 30, 2024**

| | For the 30 day period ended September 30, 2024 | For the Period February 9, 2024 through September 30, 2024 |
|---|---|---|
| Revenue | | |
| Trust Fees | 63,951.84 | 296,887.87 |
| Contributions/Grants | 13.00 | 52,759.10 |
| Other Income | 430.00 | 955.00 |
| Interest Income | - | 4,314.16 |
| Total Revenue | 64,394.84 | 354,916.13 |
| Operating Expenses | | |
| Payroll | 95,162.91 | 915,172.91 |
| Bonus | - | - |
| Commission | - | 48,984.86 |
| Payroll Taxes | 5,074.64 | 65,186.35 |
| Employee Benefits | 1,148.82 | 2,415.18 |
| Employee Supplemental Benefits | - | - |
| 401(k) Expense | 1,123.97 | 18,259.60 |
| Health Insurance | 13,080.85 | 109,376.04 |
| Continuing Education | - | - |
| Dues and Subscriptions | - | 1,956.00 |
| Furnishing and Supplies | - | - |
| Travel | - | 426.30 |
| Fees and Licenses | 203.00 | 5,498.96 |
| Equipment Rental | 303.08 | 6,349.93 |
| Office Supplies | 425.63 | 5,312.76 |
| Rent | - | 53,198.28 |
| Postage | 108.53 | 21,362.02 |
| Telephone & Internet | 14,612.85 | 119,262.21 |
| Utilities | - | - |
| Insurance | 4,277.47 | 115,536.60 |
| Repairs and Maintenance | - | - |
| Equipment | - | - |
| Security | 107.74 | 27,091.68 |
| Professional Fees | 39,689.54 | 693,062.89 |
| Bank fees | 2,125.88 | 14,098.61 |
| Contract Labor | - | 95,850.00 |
| License and Permit fees | - | - |
| US Trustee Payments | - | 12,343.00 |
| Bad Debt | - | - |
| Taxes | 2,637.02 | 9,050.47 |
| Depreciation and Amortization | - | - |
| Total Operating Expenses | 180,081.93 | 2,339,794.65 |
| Other Income and Expense | | |
| Interest Income | - | - |
| Interest Expense | - | - |
| Dividend Income | - | - |
| Investment Expenses | - | - |
| Gain/Loss on sale | 300.00 | 300.00 |
| Other Expenses | - | - |
| Total Other Income and Expense | 300.00 | 300.00 |
| Net Income | (115,387.09) | (1,984,578.52) |

*Unaudited*

**Aged Accounts Receivable**
Center for Special Needs Trust

Tuesday, July 9, 2024 4:45 PM
Page    1
LDAVIS

(Detail, aged as of July 30, 2024)
Aged by            due date.

| No. | Name | Document | | | | Aged Overdue Amounts | | | | |
|-----|------|----------|--|--|--|----------------------|--|--|--|--|
| **Due Date** | **Description** | **Type** | **Number** | **Balance Due** | **Current** | **Up To 30 Days** | **31 - 60 Days** | **Over 60 Days** | **Doc. Curr.** |
| C00022 | Boston Finance Group | | Phone No. | | Contact | | | | |
| | | | | | | | | | |
| 12/15/2023 | Invoice INV001484 | Invoice | INV001430 | 3,928.77 | 0.00 | 0.00 | 0.00 | 3,928.77 | |
| 12/18/2023 | Invoice INV001485 | Invoice | INV001431 | 3,760.99 | 0.00 | 0.00 | 0.00 | 3,760.99 | |
| 12/19/2023 | Invoice INV001486 | Invoice | INV001432 | 5,859.85 | 0.00 | 0.00 | 0.00 | 5,859.85 | |
| 12/27/2023 | Invoice INV001487 | Invoice | INV001433 | 2,490.70 | 0.00 | 0.00 | 0.00 | 2,490.70 | |
| 1/23/2024 | Invoice INV001493 | Invoice | INV001437 | 16,108.20 | 0.00 | 0.00 | 0.00 | 16,108.20 | |
| 2/9/2024 | Invoice INV001494 | Invoice | INV001438 | 10,081.10 | 0.00 | 0.00 | 0.00 | 10,081.10 | |
| | | | | | | | | | |
| C00022 | Total Amount Due | | | 42,229.61 | 0.00 | 0.00 | 0.00 | 42,229.61 | |
| | | | Credit Limit: | No Limit | 0.00% | 0.00% | 0.00% | 100.00% | |
| | | | | | | | | | |
| | Report Total Amount Due (USD) | | | 42,229.61 | 0.00 | 0.00 | 0.00 | 42,229.61 | |
| | | | | | 0.00% | 0.00% | 0.00% | 100.00% | |
| | Allowance for Doubtful Accounts | | | | | | | -42,229.61 | |
| | **Net Accounts Receivable** | | | | | | | 0.00 | |

**Note:**
**These invoices are expenses due to The Center for Special Needs Trust from Boston Financial Group**
**The total balance of $42,339.61 may not be collectable from the Boston Financial Group.**
**Balance are maintained and not written off until the collectability can be determined.**
**The balance has been reserved as uncollectable so the Balance Sheet shows a net Zero balance.**

**Aged Accounts Payable**

Center for Special Needs Trust

(Detail, aged as of September 30, 2024)

Aged by   document date.

| No. | Name | | Document | | | Aged Vendor Balances | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **Over 270** | |
| Doc Date | Description | Type | Number | Balance Due | Current | 91 - 180 Days | 181 - 270 Days | Days | Doc. Curr. |
| V00517 | Principal | | Phone: | | Contact: | | | | |
| | | | | | | | | | |
| 10/15/2014 | Principal | Payment | ACH08/22/14** | -1,015.93 | 0.00 | 0.00 | 0.00 | -1,015.93 | |
| 10/15/2014 | Voiding check ACH08/22/14**. | Payment | ACH08/22/14** | 1,015.93 | 0.00 | 0.00 | 0.00 | 1,015.93 | |
| | | | | | | | | | |
| V00517 | Total Amount Due | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Report Total Amount Due (USD) | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 0.00% | 0.00% | 0.00% | 0.00% |
| Credit Card Liability | | | 79,773.86 | | | | |
| | | | | | | | |
| Total Accounts Payable | | | 79,773.86 | | | | |

**The Center for Special Needs Trust Administration, Inc.**
**Statement of Capital Assets**
**Fixed Asset and Accumulated Depreciation Listing**
**as of December 31, 2023**

Software - Account 18010

| Date | Description | Amount | |
|---|---|---|---|
| 4/4/2012 | Real Solutions | 14,320.00 | |
| 5/31/2012 | Real Solutions - NAV for clients software | 52,180.41 | |
| 3/22/2013 | Clients First Business Solutions | 422.36 | |
| 3/26/2013 | Clients First Business Solutions | 9,706.00 | |
| | | 76,628.77 | Note, fully depreciated as of 2023. |

| FFE - Account 18020 | Description | Sum of Amount | |
|---|---|---|---|
| 12/31/2010 | Furniture and Equipment | 200,945.77 | |
| 3/31/2011 | Furniture and Equipment | 2,989.50 | |
| 4/30/2011 | Furniture and Equipment | 17,447.84 | |
| 5/31/2011 | Furniture and Equipment | 11,082.60 | |
| 6/30/2011 | Furniture and Equipment | 3,329.56 | |
| 7/31/2011 | Furniture and Equipment | 11,717.40 | |
| 8/31/2011 | Furniture and Equipment | 1,397.00 | |
| 12/31/2011 | Dec Balances | 4,221.39 | |
| 3/1/2015 | Rvs disposal assets | 6,104.74 | |
| 3/1/2015 | Write-off disposed assets | (135,051.97) | |
| 1/15/2019 | Write-off microwave | (124.01) | |
| | Write-off refrigerators | (1,433.33) | |
| 4/20/2019 | Write-off AVI Overhead projectors | (9,435.37) | |
| 5/28/2019 | Write-off Voicemail system | (4,514.00) | |
| 8/31/2019 | Write off replaced computers | (16,571.66) | |
| | **Net of prior assets and write-offs** | **92,105.46** | Note: Matched the write-offs noted against the oldest asset entries to net here. |
| 9/19/2012 | Ajax Business Interiors | 3,229.00 | |
| 2/2/2013 | Dell Business Credit | 4,818.81 | |
| 5/28/2013 | All Covered | 9,279.11 | |
| 2/1/2019 | CDW Direct | 5,407.33 | |
| 2/5/2019 | CDW Direct | 1,240.03 | |
| 5/1/2019 | | 7,402.68 | |
| 7/1/2019 | CDW Direct | 5,683.82 | |
| 8/9/2019 | CDW Direct | 7,317.19 | |
| 8/12/2019 | CDW Direct | 1,416.92 | |
| 3/2/2020 | CDW Direct | 4,169.39 | |
| | Total FFE - Acct 18020 | 142,069.74 | Fully Depreciated by 2023 |

| Year | Activity | Acc. Dep |
|---|---|---|
| 2010 | Net Acc. Dep Transactions for year | (85,111.21) |
| 2011 | Net Acc. Dep Transactions for year | (73,033.32) |
| 2012 | Net Acc. Dep Transactions for year | (85,159.57) |
| 2013 | Net Acc. Dep Transactions for year | (88,283.61) |
| 2014 | Net Acc. Dep Transactions for year | (46,860.84) |
| 2015 | Net Acc. Dep Transactions for year | 147,282.03 |
| 2016 | Net Acc. Dep Transactions for year | (6,721.41) |
| 2017 | Net Acc. Dep Transactions for year | (3,634.44) |
| 2018 | Net Acc. Dep Transactions for year | (944.28) |
| 2019 | Net Acc. Dep Transactions for year | 50,590.03 |
| 2020 | Net Acc. Dep Transactions for year | (10,647.44) |
| 2021 | Net Acc. Dep Transactions for year | (10,879.08) |
| 2022 | Net Acc. Dep Transactions for year | (5,295.37) |
| Grand Total | Total Acc. Dep per Acct 18490 | (218,698.51) |

**Total Net Assets**                                                -

**The Center for Special Needs Trust**
**Schedule of Cash Payment To Professional**
**September 30, 2024**

| Vendor | Purpose | Feb | Mar | Apr | May | June | July | August | September | YTD Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Bankruptcy** | | | | | | | | | | |
| Hill Ward and Henderson | Legal fees paid 2/9 by wire, posted to GL after filing | 100,000.00 | | | | | | - | | 100,000.00 |
| Epiq Corporate Restructuring LLC | Bankruptcy Filings and Mailing/Claims Filing | | 58,295.47 | | | | 201,841.48 | 36,384.38 | | 296,521.33 |
| Cherry Bekaert, LLP | Center for Special Needs Trust Corporate Return | | | 4,623.33 | | | | | | 4,623.33 |
| Fiduciary Tax & Accounting Services LLC | Annual Trust Account Statements and Tax Filings | | 114,850.00 | 2,350.00 | | | | | | 117,200.00 |
| Nperspective Advisory Services, LLC | CRO - Bankruptcy Accounting and Consulting | | 29,986.01 | 49,085.90 | 52,053.08 | 46,450.04 | 42,185.27 | 35,401.15 | 36,592.54 | 291,753.99 |
| Mark Linksky | Trust Legal Work | | 400.00 | | | | | | | 400.00 |
| Beth Leythem | Relieve retainer(paid pre-petition) | | | | | | | | | - |
| | | | | | | | | | | - |
| | | | | | | | | | | - |
| **Total Bankruptcy Legal and Accounting** | | **100,000.00** | **203,531.48** | **56,059.23** | **52,053.08** | **46,450.04** | **244,026.75** | **71,785.53** | **36,592.54** | **810,498.65** |
| | | | | | | | | | | |
| **Other Professional Fees** | | | | | | | | | | |
| TASC | Cobra Adminstration Services | | | 69.52 | | | | | | 69.52 |
| Thomas Bales Jr. LLC | Real Estate Consulting and Property Management | | | 10,500.00 | | | 10,500.00 | | | 21,000.00 |
| My LLC | | | | | | | | | | - |
| Clients First Bus. Solutions | Charge related to bankruptcy data uploads, harddrive | | | | | | | | | - |
| **Total Other Professional Fees** | | **-** | **-** | **10,569.52** | **-** | **-** | **10,500.00** | **-** | **-** | **21,069.52** |
| | | | | | | | | | | |
| Total Professional Fees Month | | 100,000.00 | 203,531.48 | 66,628.75 | 52,053.08 | 46,450.04 | 254,526.75 | 71,785.53 | 36,592.54 | |
| | | | | | | | | | | |
| Total Professional Fees From YTD | | 100,000.00 | 303,531.48 | 370,160.23 | 422,213.31 | 468,663.35 | 723,190.10 | 794,975.63 | 831,568.17 | 831,568.17 |
| | | | | | | | | | | |
| Total Reported on Cash Flow Legal & Accounting YTD | | 100,000.00 | 303,531.48 | 359,600.71 | 411,653.79 | 458,103.83 | 244,026.75 | 773,916.11 | 810,508.65 | |
| Total Reported on Cash Flow Other YTD | | | | 10,569.52 | 10,569.52 | 10,569.52 | 10,500.00 | 21,069.52 | 21,069.52 | |
| Total on Cash Flow Report | | 100,000.00 | 303,531.48 | 370,170.23 | 422,223.31 | 468,673.35 | 254,526.75 | 794,985.63 | 831,578.17 | |

-10  (typo on April MOR)

**Bank Rec. Test Report**

Center for Special Needs Trust

| | |
|---|---|
| **Bank Account No.** | 01-10110 |
| **Statement No.** | 093024 |
| **Statement Date** | 9/30/2024 |

**Currency Code**

| | | | | |
|---|---|---|---|---|
| **G/L Balance ($)** | 4,689.94 | **Statement Balance** | 4,689.94 |
| **G/L Balance** | 4,689.94 | **Outstanding Deposits** | 0.00 |
| **Positive Adjustments** | 0.00 | | |
| | | **Subtotal** | 4,689.94 |
| **Subtotal** | 4,689.94 | **Outstanding Checks** | 0.00 |
| **Negative Adjustments** | 0.00 | | |
| | | **Ending Balance** | 4,689.94 |
| **Ending G/L Balance** | 4,689.94 | | |
| **Difference** | 0.00 | | |

| Posting Date | Docume nt Type | Document No. | Account Type | Account No. | Description | Bal. Accou nt Type | Bal. Account No. | Amount | Cleared / Balance Amt. | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| **Checks** | | | | | | | | | | |
| 9/26/2024 | Payment | ACH 9/26/24 - AMB | G/L Account | | American Momentum Bank | G/L Accoun | | 44.19 | 44.19 | 0.00 |
| Total Checks | | | | | | | | 44.19 | 44.19 | 0.00 |



# AMERICAN MOMENTUM BANK

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

Date   9/30/24         Page    1
Primary Account   Acct Ending 1640
Enclosures

The Center for Special Needs Trust
P O Box 17296
Clearwater FL 33762

IMPORTANT FRAUD ALERT: We will never ask you for your online banking password
or secure access code. We'll also never ask you to transfer money to yourself
as a way to resolve fraud. Questions? Contact Customer Care at (866) 530-2265.

## CHECKING ACCOUNTS

Account Title         The Center for Special Needs Trust

| Full Analysis CML Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | Acct Ending 1640 | Statement Dates  9/03/24 thru  9/30/24 | |
| Previous Balancing | 4,734.13 | Number of Days in this Statement | 28 |
| Deposits | .00 | Average Ledger | 4,726.23 |
| 1 Checks/Debits | 44.19 | Average Collected | 4,726.23 |
| Service Charges | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 4,689.94 | | |

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 9/26 | Account Analysis Charge | 44.19- |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance |
|---|---|---|---|
| 9/03 | 4,734.13 | 9/26 | 4,689.94 |

HELP US STOP FRAUD: PROTECT YOUR ONLINE BANKING CREDENTIALS
Monitor your online transactions regularly and immediately report suspicious
charges to the Bank at (866) 530-2265 or reportfraud@americanmomentum.bank.

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

### Reconciliation of Account

Date _____

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any Maintenance Fee or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | Enter bank balance from statement | | |
| | | Add deposits not credited by bank (if any) | | |
| | | **TOTAL** | | |
| outstanding checks. ATM. checkcard and other electronic withdrawals | | Subtract outstanding checks. ATM. checkcard and other electronic withdrawals | | |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE** ➡

When you opened your account, you received bank deposit agreements (disclosures) and fee schedule. You agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account. including all deposits and withdrawals. You may obtain additional copies of the disclosures and fee schedule, which contain the current version of the terms and conditions of your account at any of our banking centers or writing to us at the address provided on the front of this statement.
To change your contact information such as address, phone number or e-mail address, please call 866-530-2265 or write to us on the address provided on the front of this statement.

### BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Account Statement**
In Case of Errors or Questions About Your Electronic Transfers Telephone us at 866-530-2265 or Write us at 4830 W. Kennedy Blvd.. Suite 200, Tampa, FL 33609 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### IN CASE OF ERROR OR QUESTIONS ABOUT ELECTRONIC TRANSFERS FOR CONSUMERS

In case of errors or questions about your electronic transfers, (e.g., ATM, point-of-sale. direct deposits or withdrawal transactions) please contact us at the telephone number or address on this statement within 60 days of the statement on which the problem first appeared.  Please provide us with your name and account number, describe the transaction you are unsure about (date/place/type, amount), and explain your concern.
We will investigate and correct any error promptly.  For consumer accounts used primarily for personal, family or household purposes, we will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question.  For errors involving new accounts, point-of-sale or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for Visa® POS) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.  For new accounts, we may take up to 20 business days (5 business days for Visa® POS) to credit your account for the amount you think is in error. If we request you put your complaint in writing and we do not receive it within 10 business days, we may not credit your account.  For other accounts, we investigate, and we find we have made an error, we will credit your account at the conclusion of our investigation.

### YOUR DUTY TO REPORT OTHER ERRORS

You must examine your statement of account with "reasonable promptness". You are in the best position to discover errors and unauthorized transactions to your account.  If you fail to notify us in writing at the address provided on this statement of suspected problems or unauthorized transactions within the time periods specified in your deposit account terms and conditions agreements (which periods are no more than 60 days after we make the statement available to you in some cases are 30 days or less), we are not liable to you for and you agree not to make an claim against us for the problems or unauthorized transactions.

**Bank Rec.**
Center for Special Needs Trust

| Bank Account No. | BA0005 |
| Statement No. | 093024 |
| Statement Date | 9/30/2024 |

| | | Currency Code | |

| G/L Balance ($) | 1,208,354.68 | Statement Balance | 1,208,360.06 |
| G/L Balance | 1,208,354.68 | Outstanding Deposits | 0.00 |
| Positive Adjustments | 0.00 | | |
| | | Subtotal | 1,208,360.06 |
| Subtotal | 1,208,354.68 | Outstanding Checks | 5.38 |
| Negative Adjustments | 0.00 | | |
| | | Ending Balance | 1,208,354.68 |
| Ending G/L Balance | 1,208,354.68 | | |

| Difference | 0.00 |

| Posting Date | Docume nt Type | Document No. | Account Type | Account No. | Description | Bal. Accoun t Type | Bal. Account No. | Amount | Cleared / Balance Amt. | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| **Checks** | | | | | | | | | | |
| 8/23/2024 | Payment | 30106 | G/L | | Aqua Chill Inc | G/L | | 39.00 | 39.00 | 0.00 |
| 8/23/2024 | Payment | 30115 | G/L | | United States Trustee | G/L | | 5,839.00 | 5,839.00 | 0.00 |
| 8/30/2024 | Payment | ONL 8/30/24 - | G/L | | Roosevelt Lakes, LLC | G/L | | 7,664.74 | 7,664.74 | 0.00 |
| 9/3/2024 | Payment | ACH 9/3/24 - | G/L | | AmTrust North America | G/L | | 62.29 | 62.29 | 0.00 |
| 9/3/2024 | Payment | ACH 9/3/24 - | G/L | | Mid Atlantic Capital Corp | G/L | | 2,728.07 | 2,728.07 | 0.00 |
| 9/3/2024 | Payment | ACH 9/3/24 - | G/L | | Puzzle HR | G/L | | 4,585.00 | 4,585.00 | 0.00 |
| 9/4/2024 | Payment | ACH 9/4/24 - | G/L | | Clients First Business Solutions, | G/L | | 2,130.00 | 2,130.00 | 0.00 |
| 9/5/2024 | Payment | ACH 9/5/24 - | G/L | | Clients First Business Solutions, | G/L | | 2,800.00 | 2,800.00 | 0.00 |
| 9/6/2024 | Payment | 30116 | G/L | | FedEx | G/L | | 7.92 | 7.92 | 0.00 |
| 9/6/2024 | Payment | 30117 | G/L | | FedEx | G/L | | 31.02 | 31.02 | 0.00 |
| 9/6/2024 | Payment | 30118 | G/L | | ADT | G/L | | 107.74 | 107.74 | 0.00 |
| 9/6/2024 | Payment | 30119 | G/L | | Town of Newry | G/L | | 2,637.02 | 2,637.02 | 0.00 |
| 9/6/2024 | Payment | 30120 | G/L | | GreatAmerica Financial Services | G/L | | 303.08 | 303.08 | 0.00 |
| 9/6/2024 | Payment | 30121 | G/L | | Level 3 Communications, LLC | G/L | | 1,402.41 | 1,402.41 | 0.00 |
| 9/6/2024 | Payment | 30122 | G/L | | Proshred Security | G/L | | 75.00 | 75.00 | 0.00 |
| 9/6/2024 | Payment | 30123 | G/L | | TASC | G/L | | 73.59 | 73.59 | 0.00 |
| 9/6/2024 | Payment | 30126 | G/L | | Progressive Benefit Solutions LLC | G/L | | 100.00 | 100.00 | 0.00 |
| 9/11/2024 | Payment | ONL 9/11/24 - | G/L | | First Bankcard | G/L | | 43,755.87 | 43,755.87 | 0.00 |
| 9/11/2024 | Payment | ACH 9/11/24 - | G/L | | Colonial Life - Premium Processing | G/L | | 1,180.65 | 1,180.65 | 0.00 |
| 9/11/2024 | Payment | ACH 9/11/24 - | G/L | | United Healthcare | G/L | | 18,396.93 | 18,396.93 | 0.00 |
| 9/11/2024 | Payment | ACH 9/11/24 - | G/L | | Wells Fargo Service Charges | G/L | | 2,081.69 | 2,081.69 | 0.00 |
| 9/13/2024 | Payment | WIRE 9/10/24 - | G/L | | Paylocity | G/L | | 41,886.31 | 41,886.31 | 0.00 |
| 9/16/2024 | Payment | ACH 9/16/24 - | G/L | | Thrive Operations, LLC | G/L | | 740.00 | 740.00 | 0.00 |
| 9/16/2024 | Payment | ACH 9/16/24 - | G/L | | Thrive Operations, LLC | G/L | | 500.00 | 500.00 | 0.00 |
| 9/17/2024 | Payment | ACH 9/17/24 - | G/L | | Mid Atlantic Capital Corp | G/L | | 2,827.11 | 2,827.11 | 0.00 |
| 9/17/2024 | Payment | ACH 9/17/24 - | G/L | | AmTrust North America | G/L | | 57.80 | 57.80 | 0.00 |
| 9/18/2024 | Payment | ACH 9/18/24 - | G/L | | Nperspective Advisory Services, | G/L | | 36,592.54 | 36,592.54 | 0.00 |
| 9/18/2024 | Payment | 30127 | G/L | | FedEx | G/L | | 97.94 | 97.94 | 0.00 |
| 9/18/2024 | Payment | 30128 | G/L | | FedEx | G/L | | 110.57 | 110.57 | 0.00 |
| 9/18/2024 | Payment | 30129 | G/L | | FedEx | G/L | | 307.31 | 307.31 | 0.00 |
| 9/18/2024 | Payment | 30130 | G/L | | Charter Communications | G/L | | 214.16 | 214.16 | 0.00 |
| 9/18/2024 | Payment | 30131 | G/L | | My LLC.com, Inc | G/L | | 297.00 | 297.00 | 0.00 |
| 9/18/2024 | Payment | 30132 | G/L | | Stevens & Stevens Business | G/L | | 275.63 | 275.63 | 0.00 |
| 9/18/2024 | Payment | 30133 | G/L | | Clients First Business Solutions, | G/L | | 68.75 | 68.75 | 0.00 |
| 9/18/2024 | Payment | 30134 | G/L | | Smarsh Inc. | G/L | | 72.85 | 72.85 | 0.00 |
| 9/18/2024 | Payment | 30135 | G/L | | Thrive Operations, LLC | G/L | | 8,385.47 | 8,385.47 | 0.00 |
| 9/18/2024 | Payment | 30136 | G/L | | Pitney Bowes Bank Inc Purchase | G/L | | 2,206.05 | 2,206.05 | 0.00 |
| 9/18/2024 | Payment | 30137 | G/L | | Proshred Security | G/L | | 75.00 | 75.00 | 0.00 |
| 9/18/2024 | Payment | 30138 | G/L | | IntelePeer Cloud Communications, | G/L | | 188.20 | 188.20 | 0.00 |
| 9/18/2024 | Payment | 30139 | G/L | | Biscom, Inc. | G/L | | 143.10 | 143.10 | 0.00 |
| 9/20/2024 | Payment | ACH 9/23/24 - | G/L | | Paylocity | G/L | | 598.85 | 598.85 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | | Timothy Ramsey - NCPT | G/L | | 1,872.43 | 1,872.43 | 0.00 |

**Bank Rec.**
Center for Special Needs Trust

| Bank Account No. | | BA0005 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Statement No. | | 093024 | | | | | | |
| Statement Date | | 9/30/2024 | | **Currency Code** | | | | |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Allison Passino Special Needs Trust | G/L | 291.22 | 291.22 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Audrey Hutchinson - FPT | G/L | 164.46 | 164.46 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | National Pooled Trust F/B/O | G/L | 120.00 | 120.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | National Pooled Trust F/B/O | G/L | 186.57 | 186.57 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | National Pooled Trust F/B/O | G/L | 175.00 | 175.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Lisa Barnes - FPT | G/L | 199.36 | 199.36 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Florida Pooled Trust F/B/O Armando | G/L | 195.00 | 195.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Florida Pooled Trust F/B/O Armando | G/L | 165.00 | 165.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Florida Pooled Trust F/B/O Armando | G/L | 180.00 | 180.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Florida Pooled Trust F/B/O Armando | G/L | 180.00 | 180.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | McKee, Crystal - FPT | G/L | 154.04 | 154.04 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Jeannie Phillips - SNT | G/L | 175.00 | 175.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Special Needs Trust F/B/O Stacy | G/L | 67.12 | 67.12 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Tiara Hutchinson - OPT | G/L | 230.63 | 230.63 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Special Needs Trust F/B/O Lissette | G/L | 250.00 | 250.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Special Needs Trust F/B/O Kenisha | G/L | 1,350.00 | 1,350.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Special Needs Trust F/B/O Kenisha | G/L | 1,350.00 | 1,350.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | David Rodriguez - FPT | G/L | 400.00 | 400.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Donnelle Irland - SNT | G/L | 500.00 | 500.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Timothy Hartley - FPT | G/L | 295.94 | 295.94 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | California Pooled Trust F/B/O | G/L | 70.94 | 70.94 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Cory Tipton - KYPT | G/L | 277.18 | 277.18 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Florida Pooled Trust F/B/O Nancy | G/L | 196.44 | 196.44 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Te'Ata Jones Family Trust | G/L | 33.46 | 33.46 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Te'Ata Jones Family Trust | G/L | 183.66 | 183.66 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Irrevocable SPT F/B/O Jack | G/L | 250.00 | 250.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | North Carolina Pooled Trust F/B/O | G/L | 400.00 | 400.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | The Avril Terry Special Needs Trust | G/L | 983.97 | 983.97 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | The Avril Terry Special Needs Trust | G/L | 117.98 | 117.98 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | The Avril Terry Special Needs Trust | G/L | 299.76 | 299.76 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | The Delois Jones Special Needs | G/L | 135.10 | 135.10 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Irrevocable SPT F/B/O Ryleigh | G/L | 250.00 | 250.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Florida Pooled Trust f/b/o Robert | G/L | 55.23 | 55.23 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Homan, Terri - SNT | G/L | 180.46 | 180.46 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | The Dijon Overton Special Needs | G/L | 875.00 | 875.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Naitonal Pooled Trust F/B/O Jeremy | G/L | 75.83 | 75.83 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Texas Pooled Trust F/B/O Angelee | G/L | 124.68 | 124.68 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Karl Gustafson - NPT | G/L | 250.00 | 250.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Gertrude Nunn - FPT | G/L | 120.00 | 120.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Gertrude Nunn - FPT | G/L | 62.00 | 62.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Corey L. Coatley - KYPT | G/L | 58.00 | 58.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Ronricco McDonald - SNT #1 | G/L | 240.00 | 240.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Sondra Berry - MSPT | G/L | 103.38 | 103.38 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Florida Pooled Trust F/B/O | G/L | 109.11 | 109.11 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Anthony Stalling Jr. - FPT | G/L | 138.54 | 138.54 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Florida Pooled Trust f/b/o Lloyd | G/L | 141.55 | 141.55 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | National Pooled Trust f/b/o | G/L | 250.00 | 250.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Florida Pooled Trust f/b/o Allen | G/L | 854.27 | 854.27 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Florida Pooled Trust F/B/O Ruby | G/L | 49.00 | 49.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Florida Pooled Trust F/B/O Ruby | G/L | 67.00 | 67.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Florida Pooled Trust f/b/o/ Mary | G/L | 159.00 | 159.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | The Floena Spencer Special Need | G/L | 31.69 | 31.69 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Christopher Edwards - NCPT | G/L | 600.00 | 600.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | James Maehlmann II - FPT | G/L | 169.18 | 169.18 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Florida Pooled Trust F/B/O | G/L | 761.93 | 761.93 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | James Maehlmann II - FPT | G/L | 75.00 | 75.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | The Florida Pooled Trust F/B/O | G/L | 90.75 | 90.75 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | The Florida Pooled Trust F/B/O | G/L | 160.23 | 160.23 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Family Trust F/B/O Max Francois | G/L | 33.69 | 33.69 | 0.00 |

**Bank Rec.**

Center for Special Needs Trust

Monday, October 14, 2024 11:28 AM

Page    1

LDAVIS

| Bank Account No. | | BA0005 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Statement No. | | 093024 | | | | | | |
| Statement Date | | 9/30/2024 | | **Currency Code** | | | | |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | National Pooled Trust F/B/O Julius | G/L | 43.55 | 43.55 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | National Pooled Trust F/B/O Julius | G/L | 43.98 | 43.98 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Special Needs Trust F/B/O Samson | G/L | 68.00 | 68.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | McClain, Megan - SNT | G/L | 700.10 | 700.10 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Kentucky Pooled Trust F/B/O | G/L | 482.40 | 482.40 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Kentucky Pooled Trust F/B/O | G/L | 88.48 | 88.48 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | James Cagney - NPT | G/L | 72.87 | 72.87 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Kentucky Pooled Trust F/B/O Ryan | G/L | 142.48 | 142.48 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Kentucky Pooled Trust F/B/O Ryan | G/L | 257.50 | 257.50 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Special Needs Trust F/B/O Percival | G/L | 171.39 | 171.39 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Ohio McGivney Pooled SNT F/B/O | G/L | 64.99 | 64.99 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Supplemental Needs Trust F/B/O | G/L | 636.87 | 636.87 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | National Pooled Trust f/b/o Ronnie | G/L | 135.00 | 135.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | National Pooled Trust f/b/o Ronnie | G/L | 1.00 | 1.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Kentucky Pooled Trust F/B/O Dania | G/L | 167.60 | 167.60 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Teresa M. Messina Third Party | G/L | 4,000.00 | 4,000.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | THE CHLOE STRONG | G/L | 2,342.23 | 2,342.23 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Ivan A. Burkhardt - FPT | G/L | 332.18 | 332.18 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Special Needs Trust F/B/O | G/L | 1,000.00 | 1,000.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Special Needs Trust F/B/O | G/L | 276.62 | 276.62 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Declaration of Trust F/B/O David | G/L | 137.00 | 137.00 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Florida Pooled Trust F/B/O Sierra | G/L | 321.69 | 321.69 | 0.00 |
| 9/23/2024 | Payment | TRF 9/23/24 - | G/L | Ohio Pooled Trust f/b/o Barbara | G/L | 197.53 | 197.53 | 0.00 |
| 9/23/2024 | Payment | ACH 9/23/24 - | G/L | Principal | G/L | 1,793.71 | 1,793.71 | 0.00 |
| 9/26/2024 | Payment | ACH 9/26/24 - | G/L | World Insurance Associates LLC | G/L | 4,277.47 | 4,277.47 | 0.00 |
| 9/27/2024 | Payment | WIRE 9/23/24 - | G/L | Paylocity | G/L | 42,447.69 | 42,447.69 | 0.00 |
| 9/16/2024 | Payment | ACH 9/16/24 - | G/L | Thrive Operations, LLC | G/L | 10.00 | 10.00 | 0.00 |
| Total Checks | | | | | | 269,393.77 | 269,393.77 | 0.00 |

**Deposits**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9/3/2024 | Payment | 67372268 | G/L | C. Bosheers Trustee Fee | G/L | 407.70 | 407.70 | 0.00 |
| 9/11/2024 | Payment | 67372269 | G/L | The Center for Special Needs - | G/L | 42,277.50 | 42,277.50 | 0.00 |
| 9/11/2024 | Payment | 67372270 | G/L | The Center for Special Needs - | G/L | 517.46 | 517.46 | 0.00 |
| 9/13/2024 | Payment | 67372271 | G/L | JMI Windows & Doors - 6 Filing | G/L | 300.00 | 300.00 | 0.00 |
| 9/13/2024 | Payment | 67372272 | G/L | AmTrust TWC4253099 REFUND | G/L | 1,574.67 | 1,574.67 | 0.00 |
| 9/20/2024 | Payment | 67372273 | G/L | The Center for Special Needs - | G/L | 32,757.32 | 32,757.32 | 0.00 |
| 9/20/2024 | Payment | 67372274 | G/L | The Center for Special Needs - | G/L | 30,819.99 | 30,819.99 | 0.00 |
| 9/20/2024 | Payment | 67372275 | G/L | The Center for Special Needs - | G/L | 1,948.15 | 1,948.15 | 0.00 |
| 9/20/2024 | Payment | 67372276 | G/L | The Center for Special Needs - | G/L | 1,113.96 | 1,113.96 | 0.00 |
| Total Deposits | | | | | | 111,716.75 | 111,716.75 | 0.00 |

**Outstanding Checks**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6/28/2024 | Payment | 30052 | G/L | Decision Dynamics, LLC | G/L | 5.38 | 0.00 | 5.38 |
| Total Outstanding Checks | | | | | | 5.38 | | |

# Analyzed Business Checking

Account number: ███ 3831 ■ September 1, 2024 - September 30, 2024 ■ Page 1 of 3



THE CENTER FOR SPECIAL NEEDS TRUST ADMIN
CORPORATE ACCOUNT
DEBTOR IN POSSESSION
CH11 CASE #24-00676 (MFL)
12425 28TH ST N STE 301
ST PETERSBURG FL 33716-1826

### Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
1-800-CALL-WELLS (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

# Account summary

## *Analyzed Business Checking*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ███3831 | $1,366,037.08 | $111,859.85 | -$269,536.87 | $1,208,360.06 |

## Credits

### Deposits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| 09/24 | 09/25 | 143.10 | Reversal of Check Posted 9-24-24 Reposted 9-25-24 as Serial 0000030139 Our Ref: 9-24-24 00000000 |
| | | $143.10 | Total deposits |

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 09/03 | 407.70 | Online Transfer Cullen Bosheers Trustee Fee Ref #Bb0Pfsfnl5 |
| | 09/11 | 517.46 | Online Transfer August 2024 CC Reimb Ref #Bb0Pjbvk5K |
| | 09/11 | 42,277.50 | Online Transfer August 2024 CC Reimb Ref #Bb0Pjbvggx |
| | 09/13 | 1,874.67 | Desktop Check Deposit |
| | 09/20 | 1,113.96 | Online Transfer August 2024 Money Move Ref #Bb0Pmg3Wlx |
| | 09/20 | 1,948.15 | Online Transfer July 2024 Money Move Ref #Bb0Pmg4848 |
| | 09/20 | 30,819.99 | Online Transfer August 2024 Money Move Ref #Bb0Pmdchry |
| | 09/20 | 32,757.32 | Online Transfer July 2024 Money Move Ref #Bb0Pmczy7D |
| | | $111,716.75 | Total electronic deposits/bank credits |
| | | $111,859.85 | Total credits |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Account number: ███████3831 ■ September 1, 2024 - September 30, 2024 ■ Page 2 of 3



## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---|---|---|
| | 09/03 | 62.29 | < | Business to Business ACH Debit - Amtrust NA Payment Aug 30 38617136 The Center for Special |
| | 09/03 | 4,585.00 | < | Business to Business ACH Debit - Puzzle Hr Bill.Com 015Wtvyaca5Ln52 Puzzle Hr - Inv #1900-19263 |
| | 09/03 | 7,664.74 | < | Business to Business ACH Debit - Hallmark Develop Web Pmts 090324 Xykykb The Center for Special |
| | 09/04 | 2,130.00 | < | Business to Business ACH Debit - Clientsfirstbusi Purchase 240904 xxxxx7774 The Center for Special |
| | 09/04 | 2,728.07 | < | Business to Business ACH Debit - Mid Atlantic Tr ACH Pulls 240903 Centspnd The Center for Special Needs Trust Administration |
| | 09/05 | 2,800.00 | < | Business to Business ACH Debit - Clientsfirstbusi Purchase 240905 xxxxx7803 The Center for Special |
| | 09/10 | 9,952.28 | | WT Fed#03234 Berkshire Bank /Ftr/Bnf=Paylocity Corporation Srf# 9/13/24 Payroll Trn#240910032687 Rfb# 25 |
| | 09/10 | 31,934.03 | | WT 240910-032681 Fifth Third Bank, N /Bnf=Paylocity Corporation Srf# 9/13/24 Payroll Trn#240910032681 Rfb# 24 |
| | 09/11 | 2,081.69 | | Client Analysis Srvc Chrg 240910 Svc Chge 0824 000001464553831 |
| | 09/11 | 1,180.65 | < | Business to Business ACH Debit - Colonial Life Ins. Prem. 240909 E5814215 Center for Special Nee |
| | 09/11 | 18,396.93 | < | Business to Business ACH Debit - United Healthcar EDI Paymts 815516431808 1*240909133~lea*1*240909131~ |
| | 09/12 | 43,755.87 | < | Business to Business ACH Debit - 1st Bankcard Ctr Online Pmt 240912 CC0009444904 0000The Center for S |
| | 09/16 | 1,250.00 | | ACH Prep Origintn - The Center for S - File 7878782339 Coid 1593705979 |
| | 09/17 | 57.80 | < | Business to Business ACH Debit - Amtrust NA Payment SEP 16 38721720 The Center for Special |
| | 09/17 | 2,827.11 | < | Business to Business ACH Debit - Mid Atlantic Tr ACH Pulls 240916 Centspnd The Center for Special Needs Trust Administration |
| | 09/18 | 36,592.54 | | ACH Prep Origintn - The Center for S - File 7878782339 Coid 1593705979 |
| | 09/20 | 598.85 | < | Business to Business ACH Debit - 181935 Center Fo Billing 240920 181935 Inv2318436 |
| | 09/23 | 10,125.33 | | WT Fed#01973 Berkshire Bank /Ftr/Bnf=Paylocity Corporation Srf# 9/27/24 Payroll Trn#240923142377 Rfb# 26 |
| | 09/23 | 29,219.24 | | Online Transfer August 2024 Loans Ref #Bb0Pn8434M |
| | 09/23 | 32,322.36 | | WT 240923-142384 Fifth Third Bank, N /Bnf=Paylocity Corporation Srf# 9/27/24 Payroll Trn#240923142384 Rfb# 27 |
| | 09/23 | 1,793.71 | < | Business to Business ACH Debit - Plic-Sbd Insur Clm 240920 Pact#235790767 Wells Fargo Corp |
| | 09/27 | 4,277.47 | < | Business to Business ACH Debit - World Insurance J2293 Ooff Cz100009Jwytc TRN*1*Cz100009Jwytc\Rmr*Ik*916E9E36 542A 42A0 Ab9 |

$246,335.96    Total electronic debits/bank debits

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 30106 | 39.00 | 09/04 | 30116 | 7.92 | 09/12 | 30118 | 107.74 | 09/16 |
| 30115* | 5,839.00 | 09/03 | 30117 | 31.02 | 09/12 | 30119 | 2,637.02 | 09/12 |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Account number: ████ 3831  ■  September 1, 2024 - September 30, 2024  ■  Page 3 of 3



*Checks paid (continued)*

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|--------|--------|------|--------|--------|------|--------|--------|------|
| 30120 | 303.08 | 09/12 | 30128 | 110.57 | 09/25 | 30134 | 72.85 | 09/24 |
| 30121 | 1,402.41 | 09/11 | 30129 | 307.31 | 09/25 | 30135 | 8,385.47 | 09/24 |
| 30122 | 75.00 | 09/10 | 30130 | 214.16 | 09/25 | 30136 | 2,206.05 | 09/24 |
| 30123 | 73.59 | 09/16 | 30131 | 297.00 | 09/30 | 30137 | 75.00 | 09/24 |
| 30123 | 143.10 | 09/24 | 30132 | 275.63 | 09/24 | 30138 | 188.20 | 09/25 |
| 30126* | 100.00 | 09/12 | 30133 | 68.75 | 09/23 | 30139 | 143.10 | 09/25 |
| 30127 | 97.94 | 09/25 | | | | | | |

| | $23,200.91 | Total checks paid |
|--|--|--|

*\* Gap in check sequence.*

| | $269,536.87 | Total debits |
|--|--|--|

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 08/31 | 1,366,037.08 | 09/12 | 1,271,533.74 | 09/23 | 1,225,010.81 |
| 09/03 | 1,348,293.75 | 09/13 | 1,273,408.41 | 09/24 | 1,213,852.71 |
| 09/04 | 1,343,396.68 | 09/16 | 1,271,977.08 | 09/25 | 1,212,934.53 |
| 09/05 | 1,340,596.68 | 09/17 | 1,269,092.17 | 09/27 | 1,208,657.06 |
| 09/10 | 1,298,635.37 | 09/18 | 1,232,499.63 | 09/30 | 1,208,360.06 |
| 09/11 | 1,318,368.65 | 09/20 | 1,298,540.20 | | |

| | Average daily ledger balance | $1,281,208.79 |
|--|--|--|

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

**Bank Rec. Test Report**

Center for Special Needs Trust

Monday, October 14, 2024 11:31 AM

Page    1

LDAVIS

| | |
|---|---|
| **Bank Account No.** | BA0006 |
| **Statement No.** | 093024 |
| **Statement Date** | 9/30/2024 |

**Currency Code**

| | | | | |
|---|---|---|---|---|
| **G/L Balance ($)** | 280,854.40 | | **Statement Balance** | 280,854.40 |
| **G/L Balance** | 280,854.40 | | **Outstanding Deposits** | 0.00 |
| **Positive Adjustments** | 0.00 | | | |
| | | | **Subtotal** | 280,854.40 |
| **Subtotal** | 280,854.40 | | **Outstanding Checks** | 0.00 |
| **Negative Adjustments** | 0.00 | | | |
| | | | **Ending Balance** | 280,854.40 |
| **Ending G/L Balance** | 280,854.40 | | | |
| **Difference** | 0.00 | | | |

| Posting Date | Docume nt Type | Document No. | Account Type | Account No. | Description | Bal. Accou nt Type | Bal. Account No. | Amount | Cleared / Balance Amt. | Difference |
|---|---|---|---|---|---|---|---|---|---|---|

# Analyzed Business Checking

Account number: ███████ 3872 ■ September 1, 2024 - September 30, 2024 ■ Page 1 of 1



THE CENTER FOR SPECIAL NEEDS TRUST ADMIN
CORPORATE RETENTION ACCOUNT
DEBTOR IN POSSESSION
CH11 CASE #24-00676 (MFL)
12425 28TH ST N STE 301
ST PETERSBURG FL 33716-1826

Questions?

Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:
 1-800-CALL-WELLS (1-800-225-5935)

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (287)
 P.O. Box 6995
 Portland, OR 97228-6995

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ████3872 | $280,854.40 | $0.00 | $0.00 | $280,854.40 |

### Daily ledger balance summary

| Date | Balance |
|---|---|
| 08/31 | 280,854.40 |

Average daily ledger balance    $280,854.40

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

**Center For Special Needs Trust**
**Money Market Account**

Money Market Account          Balance at February 29, 2024          $130,986.71

Reserve for Uncollectable Funds                                      ($130,986.71)

Book Balance                                                         - 0 -

Purportedly, The Center maintained a money market account managed by the Boston Financial Group at Fidelity that has a reported book balance of $130,986. However, the Trustee has not been able to verify this account with supportable bank or brokerage account statements and has excluded this balance from the Debtor's available funds.  As the Trustee and his forensic accountants continue to investigate the Debtor's bank and brokerage accounts and additional funds are identified and recovered, the Trustee will include those funds in subsequent monthly operating reports.