**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re | Chapter 11 |
| THE CENTER SPECIAL FOR SPECIAL NEEDS TRUST ADMINSTRATION, INC. | Case No. 8:24-bk-676-RTC |
| Debtor. _____/ | |

**NOTICE OF APPLICATION FOR COMPENSATION**
**AND OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

Megan W. Murray, counsel for the Official Committee of Unsecured Creditors ("Applicant") has filed an application for compensation in the amount of $300,138.50 and reimbursement of expenses in the amount of $213.01 (Doc. No. 387) (the "Application"). A copy of the Application may be viewed on the case docket, or may be obtained by request to Applicant at (813) 540-8402, or mmurrat@underwoodmurray.com.

If you object to the Application, you must file an objection with the Clerk of Court at Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Suite 555, Tampa, Florida 33602 within twenty-one (21) days from the date of the proof of service below, plus an additional three days if this notice was served on any party by U.S. Mail.

If you file and serve an objection within the time permitted, the Court will either (1) notify you of a hearing date or (2) consider the Application and objection and approve or disapprove the Application without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the Application, and the Court will consider the Application without further notice or hearing.

Dated: October 18, 2024.

Respectfully submitted,

/s/ Megan W. Murray
Megan W. Murray
Florida Bar Number 0093922
Scott A. Underwood 730041
Florida Bar Number
UNDERWOOD MURRAY PA
100 N. Tampa St. Suite 2325
Tampa, FL 33602

Tel: (813) 540-8401
Email: mmurray@underwoodmurray.com
sunderwood@underwoodmurray.com
*Counsel for the Committee*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing, which was filed with the Clerk of Court, has been furnished electronically to those parties registered to receive service via CM/ECF on October 18, 2024, including the United States Trustee, who is registered to receive electronic notices in this case, and via U.S. Mail to the parties on the attached Local Rule 1007-2 Parties in Interest List, on October 18, 2024.

/s/ Megan W. Murray
Megan W. Murray