## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:                                                    Case No. 8:24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                               Chapter 11

      Debtor.

_____/

### CHAPTER 11 TRUSTEE'S MOTION TO APPROVE (I) THE TERMINATION OF DEBTOR'S 401(k) PLAN, (II) THE IMPLEMENTATION OF CERTAIN PROCEDURES IN CONNECTION THEREWITH, AND AUTHORIZING DISTRIBUTIONS TO PLAN PARTICIPANTS THEREIN

      Michael Goldberg, the Chapter 11 Trustee ("**Chapter 11 Trustee**"), by and through undersigned counsel, pursuant to 11 U.S.C. §§ 105 and 363(b) of the Bankruptcy Code, respectfully requests that the Court approve for the entry of an Order in the form attached hereto as **Exhibit A**, pursuant to section 363(b) and 105(a) of the Bankruptcy Code, for the entry of an order approving (i) the termination of the Debtor's Qualified Retirement 401(k) Profit Sharing Plan and any related plan documents, a copy of which is annexed hereto as **Composite Exhibit B** (collectively, the "**401(k) Plan**") **effective 11:59 pm (ET) on December 31, 2024** (the "**Termination Date**") (ii) the implementation of procedures through which the Chapter 11 Trustee may do so in accordance with the Internal Revenue Code (the "**IRC**"), (iii) authorizing distributions to plan participants therein. In support of this Motion, the Chapter 11 Trustee respectfully represents as follows:

### JURISDICTION AND VENUE

      1.    The United States Bankruptcy Court for the Middle District of Florida (Tampa Division) (the "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution.

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory predicates for the relief requested herein are sections 105(a) and 363(b) of title 11 of the United States Code (the "**Bankruptcy Code**").

### DEBTOR BACKGROUND

4.      On February 9, 2024, The Center for Special Needs Trust Administration, Inc. (the "**Debtor**") filed a voluntary Chapter 11 petition (Doc. 1).

5.      On March 8, 2024, the U.S. Trustee filed an Expedited Motion for Order Directing the United States Trustee to Appoint a Chapter 11 Trustee by Agreement of the Debtor (Doc. 88). The Court granted the U.S. Trustee's Motion by Order dated March 11, 2024 (Doc. 93).

6.      On March 21, 2024, the Court entered its Order Approving Appointment of Chapter 11 Trustee, appointing Michael Goldberg as Chapter 11 Trustee (Doc. 109).

7.      The Debtor is a Florida Non-Profit Corporation recognized as tax-exempt pursuant to 501(c)(3) of the Internal Revenue Code that administers pooled trusts and other forms of special needs trusts.

8.      The Debtor is the trustee or co-trustee of numerous special needs trusts, including both pooled trusts (the "**Pooled Trusts**") and non-pooled trusts (the "**Non-Pooled Trusts**" and, together with the Pooled Trusts, the "**Trusts**") for approximately 2,000 beneficiaries, many of whom suffer from various levels of disability (the "**Beneficiaries**"). As of August 31, 2024, the Center was overseeing approximately 2,028 trusts, including 1,261 pooled trusts, 755 individual stand-alone trusts, and 12 other non-pooled trusts.

78315707;2

9.      Certain Trusts were funded by settlements which are confidential. Other Trusts and settlements involve minors. The Debtor's primary service as trustee of the Trusts is to manage the Trusts, maintain records for assets managed by third-party investment managers, respond to requests for distributions from Beneficiaries, and make distributions in a manner that still ensures that the applicable beneficiary meets the income and asset thresholds to qualify for certain public assistance benefits such as Medicaid, Social Security, or Supplemental Security Income. The Debtor's services help to ensure that Beneficiaries maintain their qualification for these critical public assistance benefits.

10.      As the Debtor outlined in its Case Management Summary, the Debtor's leadership discovered that approximately $100,000,000.00 of funds from Beneficiaries and the Debtor itself was loaned to Boston Financial Group ("**BFG**"), a group controlled by the Debtor's founder Leo Govoni ("**Govoni**"), which loan remains outstanding in an amount of not less than $154,170,786.50 (the "**Loan**").  *See* Adv. Proc. No. 8:24-ap-00139-RCT, Doc. 23.  The improper transfers of these funds have left over 1500 trust accounts either partially or fully compromised. The Debtor filed this case for the purpose of, *inter alia*, pursuing claims against responsible parties with the goal of recovering the transferred funds and other assets.

11.      The Debtor's CRO, NPerspective, and the Chapter 11 Trustee and his professionals, have been assisting the Debtor and its employees with trust administration and business operations. However, the Debtor's resources are limited, and the Chapter 11 Trustee must find a successor trustee for the trusts. On October 4, 2024, the Chapter 11 Trustee filed his Motion to Approve (i) Wind-Down and Termination of Operations of Debtor, (ii) Resignation of the Debtor as Trustee of Trusts, (iii) Approve Procedures to Appoint CPT Institute, Inc. as Successor Trustee of the Trusts,

and (iv) Approve Form and Manner of Opt-Out Notice for Appointment of CPT Institute, Inc. as Successor Trustee (Doc. 376 ) (the "**Wind-Down Procedures Motion**").

## THE 401(K) PLAN

12.     The Debtor maintains the 401(k) Plan, which is a qualified plan that is subject to Section 401(a) and 401(k) of the IRC and the Employee Retirement Income Security Act of 1974 (as amended, "**ERISA**"). The 401(k) Plan is sponsored and administered by the Debtor. Eligible employees (collectively, the "**Plan Participants**") can elect to make pre-tax salary deferral contributions and Roth contributions to the 401(k) Plan through payroll deductions that are then paid to a trust shortly thereafter. The Debtor collects contributions from the Plan Participants from each payroll and transfer those contributions into the 401(k) Plan's trust. The Debtor may make discretionary non-elective contributions and discretionary matching contributions to the 401(k) Plan.

13.     Since the Chapter 11 Trustee does not intend to operate the Debtor as a going concern subsequent to the transition of trust administration duties pursuant to the Wind Down Procedures Motion, the Chapter 11 Trustee must take the necessary steps terminate the 401(k) Plan effective on the Termination Date, 11:59 pm (ET) on December 31, 2024 so that Plan Participants can receive distributions thereunder.

## RELIEF REQUESTED

14.     The Chapter 11 Trustee respectfully requests the Court enter an order, pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code, approving the Chapter 11 Trustee's termination of the Debtor's 401(k) Plan, effective on the Termination Date of 11:59 pm (ET) on December 31, 2024, authorizing the Chapter 11 Trustee to implement certain procedures through

4

which she may terminate the 401(k) Plan in accordance with the IRC and ERISA, and (iii) authorize the Chapter 11 Trustee to make distributions to Plan Participants.

## BASIS FOR RELIEF REQUESTED

15.    Section 363(b)(1) of the Bankruptcy Code provides, in relevant part, that a debtor in possession, "after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate." 11 U.S.C. § 363(b)(1). Section 363 of the Bankruptcy Code does not set forth a standard for determining when it is appropriate for a court to authorize the use of a debtor's assets outside of the ordinary course of business. However, courts in this district and others have required that the decision to sell or use assets outside of the ordinary course of business be based upon the sound business judgment of the debtor/trustee. *See In re Sarah's Tent, LLC*, 396 B.R. 571, 573 (Bankr. S.D. Fla. 2008); *In re Lorraine Brooke Associates, Inc.*, 20 Fla. L. Weekly Fed. B 497 (Bankr. S.D. Fla. 2007) (applying sound business judgment standard to proposed sale of rights); *In re Phillips*, No. 2:12-CV-585-FTM-29, 2013 WL 1899611, at *10 (M.D. Fla. May 7, 2013), *aff'd in part, dismissed in part*, 574 Fed. Appx. 926 (11th Cir. 2014) (trustee is entitled to exercise "business judgment" in sale of assets under 11 U.S.C. § 363(b)(1), and this business judgment is entitled to "great judicial deference"); *In re Abbotts Dairies of Pennsylvania, Inc.,* 788 F.2d 143 (3d Cir. 1986); *see also Myers v. Martin (In re Martin),* 91 F.3d 389, 395 (3d Cir. 1996); *Comm. of Equity Sec. Holders v. Lionel Corp. (In re Lionel Corp.),* 722 F.2d 1063, 1071 (2d Cir. 1983); *Dai-Ichi Kangyo Bank, Ltd. v. Montgomery Ward Holding Corp. (In re Montgomery Ward Holding Corp.),* 242 B.R. 147, 153 (D. Del. 1999).

16.    A Trustee showing of a sound business purpose need not be unduly exhaustive. Rather, a trustee is "simply required to justify the proposed disposition with sound business reasons." *In re Baldwin United Corp.,* 43 B.R. 888, 906 (Bankr. S.D. Ohio 1984).  Whether or not

there are sufficient business reasons to justify a transaction depends upon the facts and circumstances of each case. *See Lionel,* 722 F.2d at 1071; *Montgomery Ward,* 242 B.R. at 155. Factors considered include whether the process followed has been fair, open and reasonable. *See In re Sarah's Tent, LLC*, 396 B.R. at 573.   Additionally, section 105(a) of the Bankruptcy Code provides a bankruptcy court with broad powers in the administration of a case under the Bankruptcy Code. Section 105(a) of the Bankruptcy Code provides that "[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." 11 U.S.C. § 105(a). Section 105 of the Bankruptcy Code essentially codifies the bankruptcy court's inherent equitable powers. *See In re Seaside Eng'g & Surveying, Inc.,* 780 F.3d 1070, 1078 (11th Cir. 2015); *see also Management Tech. Corp. v. Pardo (In re Management Tech. Corp),* 56 B.R. 337, 339 (Bankr. D. N. J. 1985) (indicating that court's equitable powers are derived from section 105).

17.    Rejection under § 365 is generally intended to enable the trustee to relieve the debtor and the bankruptcy estate from burdensome and unprofitable contracts in order to preserve and maximize the value of the bankruptcy estate.  *See Stewart Title Guar. Co. v. Old Republic Nat'l Ins. Co.*, 83 F.3d 735, 741 (5th Cir. 1996) ("[Section 365] allows a trustee to relieve the bankruptcy estate of burdensome agreements which have not been completely performed." (quoting *In re Murexco Petroleum, Inc.*, 15 F.3d 60,62 (5th Cir. 1994)); *In re Mirant Corp.*, 303 B.R. 319, 330¬31 (Bankr. N.D. Tex. 2003) ("There is substantial authority for the proposition that section 365 was intended to allow a trustee or debtor in possession to eliminate burdensome, unprofitable contracts and preserve for the estate's benefit valuable agreements.").

18.    The Chapter 11 Trustee submits that sound business reasons exist to terminate the 401(k) Plan.  First, because the Chapter 11 Trustee does not intend to continue to operate the

Debtor long-term as the Debtor is effectively being liquidated pursuant to the Wind Down Procedures Motion, the 401(k) Plan will not be assumed.  Accordingly, the Chapter 11 Trustee must take all necessary steps to terminate the 401(k) Plan. Second, because all of the Debtor's employees were either terminated pre-petition or will be terminated upon the effective date of the Wind-Down Procedures Motion, there will no longer be any employees to administer the 401(k) Plan.  Moreover, if the 401(k) Plan is not terminated, the Debtor's estate will incur additional, unwarranted costs in connection with the ongoing administration of the 401(k) Plan.   The termination of the 401(k) Plan will eliminate the estate's obligations to perform under the 401(k) Plan (subject to the actions that the Chapter 11 Trustee must take to distribute the 401(k) Plan assets and wind up the 401(k) Plan) and associated costs of administration thereunder.

19.    Accordingly, the Chapter 11 Trustee has determined, in his sound business judgment, that it is in the best interest of the Debtor and their estates and creditors to terminate the 401(k) Plan effective on the Termination Date, 11:59 pm (ET) on December 31, 2024. In particular, the Chapter 11 Trustee seeks authority to implement the following procedures (the "**Termination Procedures**"):

    i.    Before, on, or after the Termination Date, the Chapter 11 Trustee may adopt such amendments to the 401(k) Plan as she deems necessary or desirable in connection with the 401(k) Plan's termination, including, without limitation, amendments to maintain the Plan's tax-qualified status under Sections 401(a) and 501(a) of the IRC;

    ii.    All Plan Participants with account balances as of the Termination Date will be 100% vested in such account balances as of such date (or such earlier date as may be specified in the 401(k) Plan);

    iii.    No new participants will be admitted to the 401(k) Plan after the Termination Date, no new loans will be made to Plan Participants after the Termination Date and no contributions will be made to the 401(k) Plan after the Termination Date other than (i) contributions which have been accrued on behalf of Plan Participants on or before the Termination date, (ii) contributions made on behalf of Plan Participants that are based

7

on compensation earned on or before the Termination Date, (iii) corrective contributions, and (iv) repayments of Plan Participant loans;

iv. Plan Participants with loans will elect to (i) prepay the balance of their loans by certified check or money order for the full amount due on the loan or (ii) elect to have the loan treated as a 401(k) distribution.

v. The trust established under the 401(k) Plan will continue until all assets have been distributed to the Plan Participants;

vi. Distributions on account of the 401(k) Plan's termination will occur within a reasonable time after the Termination Date or, if the Chapter 11 Trustee applies to the Internal Revenue Service for a favorable determination letter regarding the 401(k) Plan's termination, within a reasonable time after such letter has been received;

vii. Distributions for reasons other than the 401(k) Plan's termination will occur in accordance with the terms of the 401(k) Plan as in effect on the Termination Date (and as may be amended thereafter);

viii. The Chapter 11 Trustee shall provide notice, in accordance with any applicable requirement of the 401(k) Plan or the trust agreement related thereto, to any trustee or custodian and the administrator for the 401(k) Plan regarding the termination of the Plan;

viii. In the event that one or more of the Plan Participants cannot be located, the Chapter 11 Trustee may distribute 401(k) Plan assets belonging to such Plan Participants to investment retirement accounts subject to the requirement of applicable law;

ix. Distribute IRS Form 1099 to the Plan Participants;

x. Upon final distribution of the 401(k) Plan assets, close the 401(k) Plan and trust;

xi. Continue to file IRS Form 5500 (Annual Report) until all 401(k) Plan assets are distributed and the trust is closed; and

xii. The Chapter 11 Trustee will be authorized and directed to execute such documents and to take such other actions on behalf of the Debtor as he deems necessary or desirable to effectuate termination of the 401(k) Plan and the foregoing Termination Procedures or the intent thereof or as he deems necessary or desirable to complete the termination of the 401(k) Plan in compliance with its terms and the requirements of applicable law, including, without limitation, (i) providing notice of the 401(k) Plan's termination to the trustees and to the administrator of the Plan, (ii)

8

adopting such amendments to the 401(k) Plan as he deems necessary to maintain the 401(k) Plan's tax-qualified status under Sections 401(a) and 501(a) of the IRC; and (iii) delegating all or any of their powers and responsibilities, including, without limitation, the responsibility for preparing and filing annual reports to an appropriate third party.

20.     Based upon the foregoing, the Chapter 11 Trustee submits that termination of the 401(k) Plan effective on the Termination Date and implementation of the Termination Procedures are supported by the Chapter 11 Trustee's sound business judgment, and are necessary, prudent, and in the best interests of the Debtor and its estate and creditors.

## **NOTICE**

21.     Notice of this Motion has been given to the (i) Office of the United States Trustee for the Middle District of Florida, (ii) the Official Committee of Unsecured Creditors, (iii) all 401(k) Plan Participants, (iv) the IRS, (v) the Debtor's 401(k) Plan Administrator, (vi) Debtor's 401(k) Plan broker, Flexible Benefits Systems, Inc., and (vii) other parties-in-interest who have requested notice.  The Chapter 11 Trustee submits that, in light of the nature of the relief requested, no other or further notice need be given.

WHEREFORE, the Chapter 11 Trustee respectfully requests entry of an order substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein and such other and further relief as this Court deems just.

Dated: October 21, 2024.

Respectfully submitted,

By: */s/ Steven R. Wirth*
    Steven R. Wirth
    Florida Bar No.: 170380
    Email: steven.wirth@akerman.com
    Raye C. Elliott
    Florida Bar No.:  18732
    Email:  raye.elliott@akerman.com
    401 East Jackson Street, Suite 1700
    Tampa, Florida 33602

Telephone: (813) 223-7333
Facsimile: (813) 223-2837
*Counsel for Chapter 11 Trustee, Michael
Goldberg*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 21, 2024, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record. Additionally, Epiq Corporate Restructuring, LLC will cause a true and correct copy of the foregoing document to be served on (i) Office of the United States Trustee for the Middle District of Florida, (ii) the Official Committee of Unsecured Creditors, (iii) all 401(k) Plan Participants, (iv) the IRS, (v) the Debtor's 401(k) Plan Administrator, (vi) Debtor's 401(k) Plan broker, Flexible Benefits Systems, Inc., and (vii) other parties-in-interest who have requested notice.

*/s/Steven R. Wirth*
Attorney

78315707;2

# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                          Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                              Chapter 11

       Debtor.
_____/

**ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION TO APPROVE (I) THE**
**TERMINATION OF DEBTOR'S 401(k) PLAN, (II) THE IMPLEMENTATION**
**OF CERTAIN PROCEDURES IN CONNECTION THEREWITH,**
**AND AUTHORIZING DISTRIBUTIONS TO PLAN PARTICIPANTS THEREIN**

       This case is before the Court on the Motion to Approve Motion To Approve (I) Termination Of Debtor's 401(K) Plan **effective 11:59 pm (ET) on December 31, 2024** (the "**Termination Date**"), (II) Implementation of Certain Procedures In Connection Therewith, and Authorizing Distributions To Plan Participants Therein (Doc. No. ___) ("**Motion**")[1] and the Court, having considered the Motion, and the arguments of counsel at the hearing held on October ___, 2024 finds good cause exists to grant the Motion, and it is:

       **ORDERED**:

       1.     The Motion is **GRANTED** as set forth herein.

_____

[1] Capitalized terms used but not defined herein have the meanings given to them in the Motion.

2.    The Chapter 11 Trustee is authorized to execute any and all documents necessary to terminate the 401(k) Plan on the Termination Date in accordance with the plan documents and subject to the provisions of the Employee Retirement Income Security Act of 1974 ("**ERISA**") as amended.

3.    The Chapter 11 Trustee is authorized to execute any and all documents necessary to notify all Plan Participants that the 401(k) Plan is being terminated in accordance with the plan documents and subject to the provisions of ERISA.

4.    The Chapter 11 Trustee is authorized to execute any and all documents necessary to make distributions to Plan Participants in accordance with the plan documents and subject to the provisions of ERISA.

5.    Upon completion of the terms set forth above, the Chapter 11 Trustee shall be deemed to have satisfied his obligations under 11 U.S.C. § 704(a)(11).

6.    The Debtor is the 401(k) Plan Administrator and the Chapter 11 Trustee and his designees are authorized and directed to make distributions to Plan Participants, and terminate the 401(k) Plan, in accordance with the plan documents and subject to the provisions of ERISA.

7.    To the extent that Flexible Benefits Systems, Inc. does not receive its final fees from the 401(k) Plan directly for preparation of any statements required to be filed with the Secretary of Labor, then Flexible Benefits Systems, Inc. shall have thirty (30) days to file a request for payment of an administrative expense claim for any fees due for final administration of the 401(k) Plan, without prejudice to the Chapter 11 Trustee's right to object to same based on any grounds whatsoever.

78315708

8.     The Court shall retain jurisdiction over any matters relating to or arising from the

implementation of this Order.

Steven R. Wirth, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.

3

# Composite Exhibit B

# THE CENTER FOR SPECIAL NEEDS TRUST 401(K) PSP

*Prepared by:*
Flexible Benefits Systems, Inc.
5521 Mayfield Rd.
Lyndhurst, OH 44124

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

**THE CENTER FOR SPECIAL NEEDS TRUST 401(K) PSP**

**TABLE OF CONTENTS**

EMPLOYER INFORMATION ...................................................................................................... 1

PLAN INFORMATION ............................................................................................................... 1

SECTION A. GENERAL INFORMATION ................................................................................. 1
Plan Name/Effective Date .................................................................................................... 1
Plan Features .......................................................................................................................... 2
Compensation ......................................................................................................................... 3
Definitions ............................................................................................................................... 4

SECTION B. ELIGIBILITY ........................................................................................................ 5
Exclusions ............................................................................................................................... 5
Eligibility Service Rules ........................................................................................................ 5
Eligibility for Plan Participation .......................................................................................... 5

SECTION C. CONTRIBUTIONS - ELECTIVE DEFERRALS AND SAFE HARBOR ................ 8
Elective Deferrals ................................................................................................................... 8
Automatic Enrollment ............................................................................................................ 9
Voluntary Contributions ...................................................................................................... 10
Safe Harbor Contributions .................................................................................................. 10
Testing Elections .................................................................................................................. 13

SECTION D. CONTRIBUTIONS - EMPLOYER MATCHING, NON-ELECTIVE AND OTHER CONTRIBUTIONS ................. 14
Matching - Allocation Service ............................................................................................. 14
Matching - Formula .............................................................................................................. 15
Non-Elective - Allocation Service ....................................................................................... 17
Non-Elective - Formula ........................................................................................................ 18
Other Contributions/415 ..................................................................................................... 21

SECTION E. VESTING .............................................................................................................. 22
Vesting Service Rules .......................................................................................................... 22
Vesting Schedules ................................................................................................................ 23

SECTION F. DISTRIBUTIONS ................................................................................................. 24
Normal/Early Retirement ..................................................................................................... 24
Time & Form of Payment ..................................................................................................... 25
Payments on Death ............................................................................................................... 26
Force-Out Provisions ........................................................................................................... 26
Required Beginning Date ..................................................................................................... 27

SECTION G. IN-SERVICE WITHDRAWALS ........................................................................... 27
Retirement/Hardship/Age .................................................................................................... 27
Other Withdrawals ................................................................................................................ 29
Conditions/Limitations ........................................................................................................ 30
Roth Rollovers and Transfers ............................................................................................. 30

SECTION H. PLAN OPERATIONS AND TOP-HEAVY ............................................................ 31
Plan Operations .................................................................................................................... 31
Top-Heavy .............................................................................................................................. 32

SECTION I. MISCELLANEOUS ............................................................................................... 33

SECTION J. EXECUTION PAGE .............................................................................................. 34

HARDSHIP DISTRIBUTION ADDENDUM .............................................................................. 35

SECURE/CARES/CAA ADDENDUM ........................................................................................ 38

i

## ADOPTION AGREEMENT #001
## 401(k)/PROFIT SHARING NON-STANDARDIZED PLAN

The undersigned adopting employer hereby adopts this Plan. The Plan is intended to qualify as a tax-exempt profit sharing plan under Code section 401(a), and the cash or deferred arrangement forming part of the Plan (to the extent provided in the Adoption Agreement) is intended to qualify under Code section 401(k). The Plan shall consist of this Adoption Agreement, its related Basic Plan Document #01, and any Addendum to the Adoption Agreement. Unless otherwise indicated, all Section references are to Sections in the Basic Plan Document.

### EMPLOYER INFORMATION

**NOTE:** *An amendment is not required to change the responses in items 1-13 below.*

1. Name of adopting employer (Plan Sponsor): <u>The Center For Special Needs Trust Administration, Inc.</u>
2. Address: <u>4912 Creekside Drive</u>
3. City: <u>Clearwater</u>
4. State: <u>FL</u>
5. Zip: <u>33760</u>
6. Phone number: <u>727-894-4489</u>
7. Fax number: <u>     </u>
8. Plan Sponsor EIN: <u>████5979</u>
9. Plan Sponsor fiscal year end: <u>12/31</u>
10. **Entity Type**
    a. Plan Sponsor entity type:
        i.    [ ] C Corporation
        ii.   [ ] S Corporation
        iii.  [ X ] Non-Profit Organization
        iv.   [ ] Partnership
        v.    [ ] Limited Liability Company (taxed as: _____)
        vi.   [ ] Limited Liability Partnership
        vii.  [ ] Sole Proprietorship
        viii. [ ] Electing Church (ERISA section 3(33))
        ix.   [ ] Other: _____ (must be a legal entity recognized under the Code)
11. State or commonwealth of organization of Plan Sponsor: <u>FL</u>
12. **Affiliated Service Groups**
    [ ] The Plan Sponsor is a member of an affiliated service group. List all members of the group (other than the Plan Sponsor): __
    *NOTE: Affiliated service group members must adopt the Plan with the approval of the Plan Sponsor to participate.*
    *NOTE: Listing affiliated service group members is for information purposes only and is optional.*
13. **Controlled Groups**
    [ ] The Plan Sponsor is a member of a controlled group. List all members of the group (other than the Plan Sponsor): _____
    *NOTE: Controlled group members must adopt the Plan with the approval of the Plan Sponsor to participate.*
    *NOTE: Listing controlled group members is for information purposes only and is optional.*

### PLAN INFORMATION

## SECTION A. GENERAL INFORMATION

### Plan Name/Effective Date

1. Plan Number: <u>001</u>
2. Plan name:
    a. <u>The Center For Special Needs Trust 401(K) PSP</u>

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

**b.** _____

**3. Effective Date**
   **a.**   Original effective date of Plan: <u>01/01/2011</u>
   **b.**   **[ X ]** This is a restatement of a previously-adopted plan. Effective date of Plan restatement: <u>01/01/2022</u>
   ***NOTE:*** *The dates specified above in A.3a or A.3b may not be earlier than the first day of the Plan Year during which the Plan is adopted or amended and restated by the Plan Sponsor.*

**4. Merger Information**
   **a.**   Other Plan name: _____
   **b.**   Merger effective date: _____
   **c.**   Additional merger information: _____

**5. Plan Year**
   **a.**   Plan Year means each consecutive 12-month period ending on <u>12/31</u> (e.g., December 31)
   **b.**   **[ ]** The Plan has a Short Plan Year. The Short Plan Year begins _____ and ends _____
      **i.**   In the event of a Short Plan Year, service conditions will be pro-rated based on months for the following purposes:
         **[ ]** None
         **[ ]** All purposes (i.e., eligibility, allocation conditions, and vesting)
         **[ ]** Other: _____
   ***NOTE:*** *The provisions of A.5b apply only in the event of an initial Plan Year. A Short Plan Year for reasons other than the initial Plan Year requires a Plan amendment.*

**6. Limitation Year means:**
   **a.**   **[ X ]** Plan Year
   **b.**   **[ ]** calendar year
   **c.**   **[ ]** tax year of the Plan Sponsor
   **d.**   **[ ]** Other: _____
   ***NOTE:*** *If "Other" is selected, the limitation year must be a consecutive 12-month period.*

**7. Frozen Plan**
   **a.**   **[ ]** The Plan is frozen as to eligibility effective: _____
   **b.**   **[ ]** The Plan is frozen as to benefit accruals effective: _____

## Plan Features

**8. Elective Deferrals**
   **a.**   Elective Deferrals are permitted (Section 4.01):
   **[ X ]** Yes **[ ]** No
   **b.**   Roth Elective Deferrals are permitted:
   **[ X ]** Yes **[ ]** No
   ***NOTE:*** *If "No" is selected in A.8a, no Elective Deferrals, Voluntary Contributions, Employer Matching Contributions or 401(k) safe harbor contributions shall be permitted - A.8b, A.9, A.10, A.12, and A.13 shall be deemed to be "No".*

**9. Voluntary Contributions**
   Voluntary (after-tax) Contributions are permitted (Section 4.01):
   **a.**   **[ ]** Yes
   **b.**   **[ X ]** No
   **c.**   **[ ]** Formerly Allowed
   ***NOTE:*** *If "No", questions regarding Voluntary Contributions are disregarded.*
   ***NOTE:*** *A.9 must be "Yes" if the Plan intends to use recharacterization (Section 5.04(a)(3)).*

**10. Employer Matching Contributions**
   Employer Matching Contributions are permitted (Section 4.02):
   **[ ]** Yes **[ X ]** No
   ***NOTE:*** *If "No", questions regarding Employer Matching Contributions are disregarded.*

**11. Non-Elective Contributions**
   Non-Elective Contributions are permitted (Section 4.03):
   **[ X ]** Yes **[ ]** No
   ***NOTE:*** *If "No", questions regarding Non-Elective Contributions are disregarded.*

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

12. **Safe Harbor Contributions**
Safe harbor contributions are permitted (Section 4.04):
**[ X ]** Yes **[ ]** No
*NOTE: If "No", questions regarding safe harbor contributions are disregarded.*

13. **SIMPLE 401(k)**
   **[ ]**    The Plan is intended to be a SIMPLE 401(k) Plan (Section 4.11). For purposes of Section 4.11(c)(2)(B) (non-elective contribution of 2 percent of compensation), provide the amount of compensation, as defined in Section 4.11(b)(1), to be eligible for SIMPLE 401(k) Plan (cannot be greater than $5,000): _____

14. **Plan Features Effective Dates**
   **a.**    **[ ]** There is a special effective date for one or more features specified in A.8 through A.13. The special effective date(s) which occur after the Effective Date specified in A.3 is/are: _____
   **b.**    **[ ]** A previous plan amendment eliminated one or more of the features specified in A.8 through A.13. Specify any provisions that apply to the eliminated Plan features: _____
   *NOTE: The effective date for Elective Deferrals in A.14a cannot be earlier than the date the cash or deferred arrangement was adopted.*

## Compensation

15. **Statutory Compensation**
   **a.**    Definition of Statutory Compensation (as defined in Article 2 of the Basic Plan Document):
      **i.**    **[ ]** Section 415 Compensation
      **ii.**   **[ X ]** W-2 Compensation
      **iii.**  **[ ]** Withholding Compensation
      **iv.**   **[ ]** Section 415 Safe Harbor Option
   **b.**    **[ X ]** Include deemed Code section 125 compensation in definition of Statutory Compensation.
   **c.**    **[ ]** Include Post Severance Compensation in definition of Statutory Compensation.
   **d.**    **[ ]** Include Post Year End Compensation in definition of Statutory Compensation.

16. **Plan Compensation**
   **a.**    Definition of Plan Compensation (as defined in Article 2 of the Basic Plan Document) for purposes of allocations will be Statutory Compensation with the following exclusions:

|      |                                                                                                                                                                                                                 | Elective Deferrals/ Voluntary Contributions | Employer Match | Non-Elective |
| ---- | --------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ------------------------------------------- | -------------- | ------------ |
| i.   | No Exclusions                                                                                                                                                                                                    | [ ]                                         | [ ]            | [ ]          |
| ii.  | Pay earned before participation                                                                                                                                                                                  | n/a                                         | [ ]            | [ X ]        |
| iii. | Amounts which are contributed by the Employer pursuant to a salary reduction agreement and not includible in the gross income of the Participant under Code sections 125, 402(e)(3), 402(h), 403(b), 132(f) or 457 | [ ]                                         | [ ]            | [ ]          |
| iv.  | All of the following benefits (even if includable in gross income): reimbursements or other expense allowances, fringe benefits (cash and noncash), moving expenses, deferred compensation, and welfare benefits (Treas. Reg. section 1.414(s)- | [ ]                                         | [ ]            | [ ]          |

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

| | | | | |
|---|---|---|---|---|
| | 1(c)(3)) | | | |
| **v.** | Differential military pay as defined in Code section 3401(h)(2) | [ X ] | [ ] | [ X ] |
| **vi.** | Final Paycheck Pay | [ ] | [ ] | [ ] |
| **vii.** | Post Severance Compensation | [ X ] | [ ] | [ X ] |
| **viii.** | Post Year End Compensation | [ X ] | [ ] | [ X ] |
| **ix.** | Other adjustments (e.g., commissions, bonuses, etc.): | [ ] | [ ] | [ ] |

**NOTE:** *The definition of Plan Compensation for Elective Deferrals/Voluntary Contributions will apply for purposes of safe harbor contributions. See C.16 to include pay earned before participation for purposes of safe harbor contributions.*
**NOTE:** *Except for "Final Paycheck Pay" and "Other adjustments," all of the above exclusions meet the safe harbor definition under Section 414(s) Compensation.*
**NOTE:** *If "Other adjustments" is selected, the description must be objectively determinable and may not be specified in a manner that is subject to Employer discretion. The description may not meet the safe harbor definition under Section 414(s) Compensation, resulting in the definition of Plan Compensation failing to qualify for any contribution safe harbors, such as the permitted disparity allocation or safe harbor contributions.*
**NOTE:** *See Section 4.01(c) for rules regarding elections for bonuses or other special pay.*

    **b.**    Plan Compensation is determined over the period specified below ending with or within the Plan Year:
        **i.**    **[ X ]** Plan Year
        **ii.**    **[ ]** calendar year
        **iii.**    **[ ]** Plan Sponsor Fiscal Year
        **iv.**    **[ ]** Limitation Year
        **v.**    **[ ]** Other 12-month period beginning on: _____ (enter month and day)

## Definitions

**17.**  **Highly Compensated Employee**
    **a.**  **[ ]**  Use top-paid group election in determining Highly Compensated Employees
    **b.**  **[ X ]**  Use calendar year beginning with or within the preceding Plan Year in determining Highly Compensated Employees

**18.**  **Disability**
    Definition of Disability
    **a.**  **[ ]**  The Participant is unable to engage in any substantial gainful activity by reason of any medically determinable physical or mental impairment that can be expected to result in death or which has lasted or can be expected to last for a continuous period of not less than 12 months. The permanence and degree of such impairment shall be supported by medical evidence.
    **b.**  **[ ]**  Under the Social Security Act. The determination by the Social Security Administration that the Participant is eligible to receive disability benefits under the Social Security Act.
    **c.**  **[ ]**  Inability to engage in comparable occupation. The Participant suffers from a physical or mental impairment that results in his inability to engage in any occupation comparable to that in which the Participant was engaged at the time of his disability. The permanence and degree of such impairment shall be supported by medical evidence.
    **d.**  **[ ]**  Pursuant to other Employer Disability Plan. The Participant is eligible to receive benefits under an Employer-sponsored disability plan.
    **e.**  **[ X ]**  Under uniform rules established by the Plan Administrator. The Participant is mentally or physically disabled under a written nondiscriminatory policy.
    **f.**  **[ ]**  Other: _____
    **NOTE:** *If "Other" is selected, the definition provided must be objectively determinable and may not be specified in a manner that is subject to Employer discretion.*

**19.**  **Choice of Law**
    Name of state or commonwealth for choice of law (Section 13.05): <u>Florida</u>

## SECTION B. ELIGIBILITY

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

**Exclusions**

1.  **The term "Eligible Employee" shall not include (Check items as appropriate):**

| | | Elective Deferrals/ Voluntary Contributions | Employer Match | Non-Elective |
|---|---|---|---|---|
| **a.** | No Exclusions | [ ] | [ ] | [ ] |
| **b.** | Union Employees | [ X ] | [ ] | [ X ] |
| **c.** | Leased Employees | [ ] | [ ] | [ ] |
| **d.** | Non-Resident Alien | [ X ] | [ ] | [ X ] |
| **e.** | Other Employees (Section 3.06(a)): _____ | [ ] | [ ] | [ ] |

*NOTE: For safe harbor contributions, the exclusion of classes of employees for "Eligible Employee" shall have the same meaning as for Elective Deferrals.*
*NOTE: If "Other Employees" is selected, the definition provided must be objectively determinable and may not be based on age or length of service, create an indirect service requirement or be specified in a manner that is subject to Employer discretion.*

2.  **Opt-Out**
    [ ] An Employee may irrevocably elect not to participate in Plan pursuant to Treas. Reg. section 1.401(k)-1(a)(3)(v).

**Eligibility Service Rules**

3.  **Other Employer Service**
    [ ] Count years of service with employers other than the Employer for eligibility purposes. List other employers and indicate for what purposes (e.g., Elective Deferrals, Employer Matching, etc.) the service applies along with any limitations: _____

4.  **Break in Service**
    **a.** [ ] Rule of parity. Exclude eligibility service before a period of five (5) consecutive One-Year Breaks in Service/Periods of Severance if an Employee does not have any nonforfeitable right to the Account balance derived from Employer contributions.
    **b.** [ ] One-year holdout. If an Employee has a One-Year Break in Service/Period of Severance, exclude eligibility service before such period until the Employee has completed a Year of Eligibility Service after returning to employment with the Employer.
    **c.** [ ] The following modifications shall be made to the requirements specified in B.4: _____
    *NOTE: B.4b applies for purposes of eligibility to receive Employer Matching Contributions and Non-Elective Contributions only.*

5.  **Special Participation Date**
    **a.** [ ] Allow immediate participation for all Eligible Employees employed on a specific date. All Eligible Employees employed on _____ shall become eligible to participate in the Plan as of _____
    **b.** [ ] The Plan provides conditions or limitations on immediate participation: _____
    *NOTE: Describe the conditions or limitations and indicate for what purposes (e.g., Elective Deferrals, Employer Matching, etc.) the conditions or limitations apply. The conditions/limitations must be objectively determinable and may not be specified in a manner that is subject to Employer discretion.*

**Eligibility for Plan Participation**

6.  **Age Requirement for Plan Participation**

| | | Elective Deferrals/ Voluntary Contributions | Employer Match | Non-Elective |
|---|---|---|---|---|
| **a.** | Age Requirement | 21 | n/a | 21 |

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

*NOTE: Age 21 maximum; an age 26 maximum will apply for certain educational institution plans (Section 3.06).*

**7.    Service Requirement for Plan Participation**

| | | Elective Deferrals/ Voluntary Contributions | Employer Match | Non-Elective |
|---|---|---|---|---|
| a. | No Minimum Service | [ ] | [ ] | [ ] |
| b. | Completion of one Year of Eligibility Service - Hours of Service necessary for a Year of Eligibility Service (not to exceed 1,000): **1000** | [ X ] | [ ] | [ X ] |
| c. | Completion of one Year of Eligibility Service - Elapsed Time | [ ] | [ ] | [ ] |
| d. | Completion of _____ Hours of Service (not to exceed 1,000) within a 12-month period. The service requirement shall be deemed met at the time the specified number of Hours of Service are completed | [ ] | [ ] | [ ] |
| e. | Completion of _____ month(s) of service - Elapsed Time (not to exceed 12) | [ ] | [ ] | [ ] |
| f. | Completion of _____ Hours of Service (not to exceed 1,000) in a month period (not to exceed 12; hours of service failsafe applies) | [ ] | [ ] | [ ] |
| g. | Completion of _____ consecutive month(s) of continuous service (not to exceed 12; hours of service failsafe applies) | [ ] | [ ] | [ ] |
| h. | Completion of two (2) Years of Eligibility Service - Hours of Service (100% vesting required under Sections E.8 and E.9); Hours of Service necessary for a Year of Eligibility Service (not to exceed 1,000): _____ | n/a | [ ] | [ ] |
| i. | Completion of two (2) Years of Eligibility Service - Elapsed Time (100% vesting required under Sections E.8 and E.9) | n/a | [ ] | [ ] |
| j. | Other: _____ (hours of service failsafe applies if Elapsed Time is not specified) | [ ] | [ ] | [ ] |
| k. | Additional Requirements: _____ | [ ] | [ ] | [ ] |

*NOTE: Service taken into account for purposes of B.7 shall be determined under the terms and conditions specified for determining a Year of Eligibility Service.*
*NOTE: Hours of service failsafe: if B.7f, B.7g or B.7j is selected and the Plan uses the Hours of Service method, the service requirement under B.7 shall be deemed met no later than the end of an Eligibility Computation Period during which the Eligible Employee completes 1,000 Hours of Service; provided, that the individual is an Eligible Employee on the applicable entry date.*
*NOTE: If "Other" is selected, the service requirements provided must comply with Code section 410(a), be definitely determinable and may not be specified in a manner that is subject to Employer discretion.*

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

*SECTION B. ELIGIBILITY*

*NOTE: Any "Additional Requirements" provided must be objectively determinable and may not be specified in a manner that is subject to Employer discretion. For example, different service requirements for specified job classifications. A plan may not impose an eligibility condition that, on the surface, appears to be unrelated to age or service, but, in reality, is an age or service condition that violates the minimum age or service standards.*

**l.**   Months of service (only applies if B.7f or B.7g is selected). If the service requirement is not met in the first consecutive period of months, describe the next service requirement:

   **i.**   [ ] Rolling. Each period shall begin immediately after the preceding period and shall end on or before the first Eligibility Computation Period after which time the Plan will revert to 1,000 Hours of Service in an Eligibility Computation Period.

   **ii.**   [ ] Revert to _____ Hours of Service (not to exceed 1,000) in an Eligibility Computation Period.

*NOTE: The Employer has the discretion to apply the rolling periods in either an overlapping or consecutive manner. For example, if a three-month period is used, the overlapping method would look at hours worked from January through March, then February through April, etc. Conversely, a consecutive application would look at January through March, then April through June, etc.*

**8.**   **Entry Dates for Plan Participation**

| | | Elective Deferrals/ Voluntary Contributions | Employer Match | Non-Elective |
|---|---|---|---|---|
| **a.** | Immediate | [ ] | [ ] | [ ] |
| **b.** | First day of each payroll period | [ ] | [ ] | [ ] |
| **c.** | First day of the calendar month | [ X ] | [ ] | [ X ] |
| **d.** | First day of each Plan quarter | [ ] | [ ] | [ ] |
| **e.** | First day of the first month and seventh month of the Plan Year | [ ] | [ ] | [ ] |
| **f.** | First day of the Plan Year | [ ] | [ ] | [ ] |
| **g.** | Other: _____ | [ ] | [ ] | [ ] |

*NOTE: If "First day of the Plan Year" is selected, the maximum age and service requirements are reduced by 1/2 year (i.e., age 20-1/2) unless the employee participates on the entry date nearest the date the employee completes the minimum age and service requirements and the entry date is the first day of the Plan Year.*

*NOTE: The Plan must provide that an Eligible Employee who has attained age 21 and who has completed one Year of Eligibility Service shall commence participation in the Plan no later than the earlier of: (1) the first day of the first Plan Year beginning after the date on which such Eligible Employee satisfied such requirements; or (2) the date that is 6 months after the date on which he satisfied such requirements.*

**9.**   **Entry Timing for Plan Participation**

An Eligible Employee shall become a Participant on the entry date that is:

| | | Elective Deferrals/ Voluntary Contributions | Employer Match | Non-Elective |
|---|---|---|---|---|
| **a.** | Coincident with or next following the date the eligibility requirements are met | [ X ] | [ ] | [ X ] |
| **b.** | Next following the date the eligibility requirements are met | [ ] | [ ] | [ ] |
| **c.** | Coincident with or immediately preceding the date the eligibility requirements are met | n/a | [ ] | [ ] |
| **d.** | Immediately preceding the date the eligibility requirements are met | n/a | [ ] | [ ] |
| **e.** | Nearest to the date the eligibility requirements are met | n/a | [ ] | [ ] |

*NOTE: If immediate entry (B.8a) is selected, an Eligible Employee shall become a Participant eligible for the applicable*

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

*contribution source(s) immediately upon meeting the eligibility requirements.*

**10. Eligibility Service Computation Rules**
    **a.**    **[ X ]**  Eligibility Computation Period switches to Plan Year.
    **b.**    Select hours equivalency for eligibility purposes:
        **i.**    **[ ]**  None
        An Employee shall be credited with the following service with the Employer:
        **ii.**    **[ ]**  10 Hours of Service for each day or partial day
        **iii.**    **[ ]**  45 Hours of Service for each week or partial week
        **iv.**    **[ ]**  95 Hours of Service for each semi-monthly payroll period or partial semi-monthly payroll period
        **v.**    **[ X ]**  190 Hours of Service for each month or partial month
    **c.**    The hours equivalency shall apply to:
        **i.**    **[ X ]**  All Employees
        **ii.**    **[ ]**  Only Employees for whom hours are not tracked. If the Employer tracks hours for an Employee, Eligibility will be determined based on actual hours worked.
    **d.**    **[ ]**  The following modifications shall be made to the requirements specified in B.10a-c: _____
    *NOTE: B.10b.ii-v and B.10c will not apply if B.10b.i is selected ("None").*
    *NOTE: The responses to B.10 are used only to the extent that the Plan determines eligibility service by the Hour of Service method and will apply uniformly wherever Hours of Service is elected unless otherwise provided in B.10d.*
    *NOTE: If B.10d is selected, the modifications must be objectively determinable and may not be specified in a manner that is subject to Employer discretion. For example, B.10d could be used to restrict the Accounts where Eligibility Computation Periods switch to the Plan Year.*

## SECTION C. CONTRIBUTIONS - ELECTIVE DEFERRALS AND SAFE HARBOR

### Elective Deferrals

    *NOTE: If A.8 is "Yes" (Elective Deferrals are permitted), an Eligible Employee who has met the requirements of B.6 through B.8 shall be eligible to make Elective Deferrals to the Plan in the following manner (Section 4.01):*

**1. Minimum and Maximum Deferral Amounts**
    Unless otherwise indicated below, there shall be no minimum deferral, and the maximum deferral will be defined by the limitations set forth under Code Section 415.
    **a.**    **[ ]**  The Plan will impose a minimum Elective Deferral of: _____
    **b.**    **[ ]**  The Plan will impose a maximum Elective Deferral of: _____
    **c.**    **[ ]**  Other limitations on Elective Deferrals (specify): _____
    *NOTE: If C.13a.ii (safe harbor match) or C.13.v (QACA match) is selected, C.1a and C.1b may not be used to limit deferrals by Nonhighly Compensated Employees.*
    *NOTE: If C.13a.ii (safe harbor match) or C.13.v (QACA match) is selected, C.1c may not be used to limit deferrals by Nonhighly Compensated Employees. Further, any limitations provided must be objectively determinable and may not be specified in a manner that is subject to Employer discretion.*

**2. Modifications of Elective Deferrals**
    **a.**    Participants modify/start/stop Elective Deferrals/Voluntary Contribution elections:
        **i.**    **[ X ]**  Each pay period
        **ii.**    **[ ]**  Monthly
        **iii.**    **[ ]**  Quarterly
        **iv.**    **[ ]**  Semi Annual
        **v.**    **[ ]**  Annual
        **vi.**    **[ ]**  Pursuant to Plan Administrator procedures (at least once each calendar year)
    **b.**    **[ X ]**  Participants may stop an election to contribute at any time.

**3. Catch-up Contributions**
    **[ X ]**  Allow Participants to make Catch-up Contributions (Section 5.01(d))

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

**Automatic Enrollment**

4.   The Plan has Automatic Enrollment provisions intended to satisfy:
    **a.**   **[ X ]** None
    **b.**   **[ ]** ACA
        **i.**   **[ ]** The automatic enrollment provisions shall be set according to a written administrative policy which is timely communicated to Participants so they have an effective opportunity to elect to receive cash or complete an affirmative election deferring a different amount or no amount.
    **c.**   **[ ]** EACA
    **d.**   **[ ]** QACA
    *NOTE: If the plan is intended to satisfy the QACA provisions, the applicable EACA provisions will be made available.*

5.   **Automatic Enrollment Application** Indicate which employees will be subject to the automatic enrollment provisions of the Plan:
    **a.**   **[ ]** Only Participants whose Plan entry date is on or after: _____
    **b.**   **[ ]** All Participants without an existing affirmative election (an affirmative election includes an election not to defer into the Plan)
    **c.**   **[ ]** All Participants without an existing affirmative election or whose affirmative election is less than the automatic enrollment amount
    **d.**   **[ ]** Other: _____
    *NOTE: If C.5a is selected and the plan is intended to satisfy the EACA requirements (C.4c is selected), the plan cannot use the extended 6-month period to distribute excess contributions and excess aggregate contributions to correct failed ADP or ACP tests.*
    *NOTE: If C.13a.v (QACA match) or C.13a.vi or C.13a.vii (QACA non-elective) is selected, C.5a may not be selected. Automatic enrollment must apply to all Participants eligible for the safe harbor contribution unless the Participant has an election in place.*
    *NOTE: If C.13a.v (QACA match) or C.13a.vi or C.13a.vii (QACA non-elective) is selected, the rate of Elective Deferral contributions in effect for an Employee immediately prior to the effective date of the default percentage under the qualified automatic contribution arrangement shall not be reduced.*
    *NOTE: If "Other" is selected, the description must be objectively determinable and may not be specified in a manner that is subject to Employer discretion.*

6.   **Covered Employees - EACA** Indicate which employees will be "covered employees" who are subject to the automatic contribution arrangement:
    **a.**   **[ ]** All Employees who make an affirmative election shall remain covered Employees within the meaning of Treas. Reg. section 1.414(w)-1(e)(3)
    **b.**   **[ ]** Only Eligible Employees who have not made an Elective Deferral election
    *NOTE: Covered Employees must receive the notice described in Section 4.01(g)(1).*
    *NOTE: A plan intending to satisfy the EACA requirements must cover all eligible employees (C.6a) to be eligible for the extended 6-month period to distribute excess contributions and excess aggregate contributions to correct failed ADP or ACP tests.*

7.   **Initial Automatic Enrollment Amount (ACA and EACA)**
    **a.**   The initial amount of the automatic enrollment (as a percentage of pay): _____%
    **b.**   **[ ]** The automatic enrollment deferral percentage will increase by _____% according to the schedule in C.9.
        **i.**   The maximum automatic enrollment deferral percentage is: _____%
    **c.**   **[ ]** Delayed automatic enrollment. The traditional automatic enrollment will be deemed elected _____ after the initial satisfaction of the eligibility requirements of Article 3 with respect to Elective Deferrals (and after effective date of the addition of an automatic enrollment feature for current Participants).
    *NOTE: If C.4c is selected (EACA), the Plan must provide that the initial default contribution is a uniform percentage of Plan Compensation; although, the percentage may vary based on years of service.*
    *NOTE: C.7c may only be used with a plan intending to satisfy the ACA requirements.*

8.   **QACA Safe Harbor Automatic Enrollment Amounts (Section 4.01(g)(2))**
    **a.**   Enter the amount of the automatic election for the Initial Period as a percentage of Plan Compensation (between 3 - 10%): _____%
    **b.**   Enter the amount of the election for the first year after the Initial Period as a percentage of Plan Compensation (between 4 - 10%): _____%
    **c.**   Enter the amount of the election for the second year after the Initial Period as a percentage of Plan Compensation (between

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

5 - 10%): _____%

**d.** Enter the amount of the election for the third year after the Initial Period as a percentage of Plan Compensation (between 6 - 10%): _____%

**e.** [ ] The amount of the election increases after the third year in the following manner (must be at least 6%): _____

*NOTE: C.8 only applies if C.13a.v or C.13a.vi is selected (Qualified Automatic Contribution Arrangement).*

**9. Application of Increase Provisions**

  **a.** The first deferral rate increase will occur on:

    **i.** [ ] The first day of the second Plan Year following the Plan Year during which the initial automatic enrollment became effective.

    **ii.** [ ] The first day of the _____ Plan Year following the Plan Year during which the initial automatic enrollment became effective.

    **iii.** [ ] Other: _____

  **b.** Subsequent deferral increases will occur:

    **i.** [ ] The first day of each Plan Year

    **ii.** [ ] The anniversary of the Participant's initial automatic enrollment

    **iii.** [ ] The anniversary of the Participant's date of hire

    **iv.** [ ] Other: _____

*NOTE: If C9a.ii is selected and the plan is intended to satisfy the QACA requirements, the plan may not delay the first deferral rate increase beyond the first day of the second Plan Year following the Plan Year during which the initial automatic enrollment became effective.*

*NOTE: C.9b.iv may not be used with a plan intending to satisfy the EACA or QACA requirements.*

*NOTE: If the Plan is intended to satisfy the QACA requirements, the provisions of C.8 and C.9 must be used together in such a way that the both the automatic enrollment percentages and the schedule of deferral increases satisfy the minimum requirements.*

**10. Permissible Withdrawals - EACA/QACA**

[ ] Permissible withdrawals will be allowed provided they are requested within _____ after the first automatic deferral (no fewer than 30 or more than 90 days)

**11. Deferral Contribution Source** If the Plan provides for automatic enrollment and Roth contributions are allowed, select the default type of automatic contributions:

  **a.** [ ] Pre-tax. All Elective Deferrals made under Section 4.01(g) shall be designated as Pre-tax Elective Deferrals.

  **b.** [ ] Roth. All Elective Deferrals made under Section 4.01(g) shall be designated as Roth Elective Deferrals.

*NOTE: C.11 only applies if A.8b is "Yes" (Roth contributions are allowed in the Plan).*

## Voluntary Contributions

*NOTE: If A.9 is "Yes" (Voluntary Contributions are permitted), an Eligible Employee who has met the requirements of B.6 through B.8 shall be eligible to make Voluntary Contributions to the Plan as follows (Section 4.01):*

**12. Minimum and Maximum Voluntary Contributions**

  **a.** Minimum Voluntary Contribution: _____

  **b.** Maximum Voluntary Contribution: _____

  **c.** Maximum of total combined Elective Deferral/Voluntary Contribution: _____

  **d.** Other: _____

*NOTE: C.12b and C.12c may not be more than 100% of Plan Compensation.*

*NOTE: If "Other" is selected the requirements provided must be nondiscriminatory, objectively determinable and may not be specified in a manner that is subject to Employer discretion.*

## Safe Harbor Contributions

**13. Safe Harbor Plan**

  **a.** Is this a safe harbor plan exempt from most testing:

    **i.** [ ] No

    **ii.** [ X ] Yes - safe harbor match

    **iii.** [ ] Yes - non-elective contribution, not less than _____% of Plan Compensation

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

    **iv.**    [ ] Yes - non-elective contribution, not less than _____% of Plan Compensation but only if the Plan Sponsor provides a follow-up notice

    **v.**    [ ] Yes - Qualified Automatic Contribution Arrangement safe harbor match

    **vi.**    [ ] Yes - Qualified Automatic Contribution Arrangement with a non-elective contribution not less than _____% of Plan Compensation

    **vii.**    [ ] Yes - Qualified Automatic Contribution Arrangement with a non-elective contribution not less than _____% of Plan Compensation but only if the Plan Sponsor provides a follow-up notice

**b.**    Indicate the safe harbors the Plan is intended to satisfy:

    **i.**    [ X ] ADP (Code section 401(k)(12)) and ACP (Code section 401(m)(11))

    **ii.**    [ ] ADP (Code section 401(k)(13)) and ACP (Code section 401(m)(12))

    **iii.**    [ ] ADP (Code section 401(k)(12)) only

    **iv.**    [ ] ADP (Code section 401(k)(13)) only

**c.**    [ ] The safe harbor provisions are effective: _____

**d.**    [ ] Safe harbor contributions will be made to another plan (Section 4.04(d)). Name of other plan to which safe harbor contributions are made: _____

*NOTE: If safe harbor non-elective is selected (C.13a.iii, C.13a.iv, C.13a.vi or C.13a.vii), the non-elective contribution amount must be at least 3% of Plan Compensation.*

*NOTE: If safe harbor non-elective (C.13a.iii or C.13a.vi) is selected, see Section 4.04(a)(1). If non-elective contribution with follow-up notice (C.13a.iv or C.13a.vii) is selected, see 4.04(a)(2).*

*NOTE: If non-elective contribution with follow-up notice (C.13a.iv or C.13a.vii) is selected and the follow-up notice is not given for an applicable Plan Year, the Plan will not be subject to any of the conditions or limitations that apply to safe harbor contributions and the Plan will be subject to the nondiscrimination requirements of Section 5.02 (Section 4.04(a)(2)).*

*NOTE: If C.13a.v, C.13a.vi or C.13a.vii is selected (Qualified Automatic Contribution Arrangement (QACA) safe harbor), you must select C.13b.ii or C.13b.iv; C.13b.i and C.13b.iii may not be selected. If the Plan is not a QACA safe harbor (C.13a.ii or C.13a.iv is selected), you must select C.13b.i or C.13b.iii; C.13b.ii and C.13b.vi may not be selected.*

*NOTE: If QACA safe harbor (C.13a.v, C.13a.vi or C.13a.vii) is selected, see C.8 for the automatic contribution amounts.*

*NOTE: If safe harbor match is selected (C.13a.ii or C.13a.v), see C.17 for the formula and Section 4.04(c).*

*NOTE: If C.13d is selected, see Section 4.04(d) for requirements.*

**14.**  **Prior Safe Harbor Provisions**

    [ ] Plan may contain safe harbor contributions pursuant to prior safe harbor provisions (describe provisions or contribution types): _____

**15.**  **ADP/ACP Safe Harbor Eligibility**

**a.**    Exclusions. For purposes of safe harbor contributions, the term "Eligible Employee" shall not include

    **i.**    [ X ] No exclusions

    **ii.**    [ ] Participants who are Highly Compensated Employees

    **iii.**    [ ] Participants who are considered both a Key Employee and a Highly Compensated Employee

    **iv.**    [ ] Other exclusions: _____

**b.**    [ ] Participants covered by a collective bargaining agreement will share in safe harbor allocations provided retirement benefits were the subject of good faith bargaining.

**c.**    Eligibility conditions for safe harbor contributions (may require testing in accordance with Section 5.03(g))

    **i.**    [ X ] None.

    **ii.**    [ ] Safe harbor eligibility conditions follow the conditions established for:

        **A.**    [ ] Elective Deferrals

        **B.**    [ ] Employer Match

        **C.**    [ ] Non-Elective

    **iii.**    [ ] The following age, service and entry date requirements (must satisfy requirements under Code section 410(a)(1)(A)): _____

    **iv.**    [ ] Participants who have met the greatest minimum age and service conditions permitted under Code section 410(a)(1)(A) with semi-annual entry dates (first day of the first month and seventh month of the Plan Year)

    **v.**    [ ] Participants who have met the greatest minimum age and service conditions permitted under Code section 410(a)(1)(A) before the first day of the seventh month of the Plan Year

**d.**    The Plan imposes allocation requirements for Highly Compensated Employees

    **i.**    [ ] Require service for Highly Compensated Employees to receive a safe harbor contribution. Hours of Service required in the applicable Plan Year for Highly Compensated Employees to receive a safe harbor contribution (not

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

*SECTION C. CONTRIBUTIONS - ELECTIVE DEFERRALS AND SAFE HARBOR*

to exceed 1,000): _____

    **ii.**  **[ ]** Require employment on the last day of Plan Year for Highly Compensated Employees to receive a safe harbor contribution

**e.**  **[ ]** Employer contributions will be offset by safe harbor contributions

*NOTE: Any exclusion selected in C.15a is in addition to the exclusions under B.1. If "No exclusions" is selected, any exclusion in B.1 will still apply to the applicable contribution type.*

*NOTE: If C.15a.ii is selected, the Employer may still elect to make a discretionary safe harbor contribution to Highly Compensated Employees in a percentage that does not exceed the amount or rate of contribution provided to Nonhighly Compensated Employees.*

*NOTE: C.15b only applies if the Plan has a safe harbor non-elective (C.13a.iii, C.13a.iv, C.13a.vi or C.13a.vii is selected). If C.15b applies and is not selected, Employees covered under a collective bargaining agreement that bargains in good faith for retirement benefits shall not be eligible to receive safe harbor allocations.*

**16.**  **ADP/ACP Safe Harbor Compensation**

    **[ ]** Pay earned before participation is included in the definition of Plan Compensation for purposes of safe harbor contributions.

**17.**  **Safe Harbor Matching Contribution Formula** If C.13a.ii or C.13a.v is selected, the safe harbor matching formula will be:

  **a.**  **[ ]** Single rate. The Employer will contribute an amount equal to

    **i.**  _____% of the Participant's Matched Employee Contributions that are not in excess of

    **ii.**  _____% of the Participant's Plan Compensation

  **b.**  **[ X ]** Two rates. The Employer will contribute an amount equal to

    **Rate One**

    **i.**  <u>100</u>% of the Participant's Matched Employee Contributions that are not in excess of

    **ii.**  <u>3</u>% of the Participant's Plan Compensation; plus

    **Rate Two**

    **iii.**  <u>50</u>% of the amount of the Participant's Matched Employee Contributions that exceed <u>3</u>% of the Participant's Plan Compensation but that do not exceed

    **iv.**  <u>5</u>% of the Participant's Plan Compensation

  **c.**  **[ ]** Three rates. The Employer will contribute an amount equal to

    **Rate One**

    **i.**  _____% of the Participant's Matched Employee Contributions that are not in excess of

    **ii.**  _____% of the Participant's Plan Compensation; plus

    **Rate Two**

    **iii.**  _____% of the amount of the Participant's Matched Employee Contributions that exceed _____% of the Participant's Plan Compensation but that do not exceed

    **iv.**  _____% of the Participant's Plan Compensation; plus

    **Rate Three**

    **v.**  _____% of the amount of the Participant's Matched Employee Contributions that exceed _____% of the Participant's Plan Compensation but that do not exceed

    **vi.**  _____% of the Participant's Plan Compensation

*NOTE: No Highly Compensated Employee can receive a greater rate of safe harbor match than a Nonhighly Compensated Employee at the same rate of Matched Employee Contributions.*

*NOTE: An Employer Matching Contribution of a Nonhighly Compensated Employee will not be taken into account in satisfying the requirements of Section 5.02 to the extent it is a disproportionate contribution within the meaning of Treas. Reg. section 1.401(m)-2(a)(5).*

*NOTE: If the Plan is a safe harbor match (C.13a.ii is selected) the formula must be completed so that it at least meets the following minimum formula: the Employer will contribute as a safe harbor match an amount equal to 100% of the Participant's Matched Employee Contributions that are not in excess of 3% of the Participant's Plan Compensation; plus 50% of the amount of the Participant's Matched Employee Contributions that exceed 3% but that do not exceed 5% of the Participant's Plan Compensation. The Employer may also elect a safe harbor match formula where: (i) the aggregate amount of safe harbor match at each rate of Matched Employee Contributions is at least equal to the aggregate amount of safe harbor match which would have been made if the safe harbor match were made under the formula described in the applicable preceding sentences, and (ii) the rate of safe harbor match cannot increase as a Participant's Matched Employee Contributions increase.*

*NOTE: If C.13a.v (QACA match) is selected, the formula must be completed so that it at least meets the following minimum formula: the Employer will contribute as a QACA match an amount equal to 100% of the Participant's Matched Employee*

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

*Contributions that are not in excess of 1% of the Participant's Plan Compensation; plus 50% of the amount of the Participant's Matched Employee Contributions that exceed 1% but that do not exceed 6% of the Participant's Plan Compensation. The Employer may also elect a QACA match formula where: (i) the aggregate amount of QACA match at each rate of Matched Employee Contributions is at least equal to the aggregate amount of QACA match which would have been made if the QACA match were made under the formula described in the applicable preceding sentences, and (ii) the rate of QACA match cannot increase as a Participant's Matched Employee Contributions increase.*

*NOTE: If the Plan is intended to also satisfy the ACP safe harbor of Code section 401(m)(11) or 401(m)(12) (C.13b.i or C.13b.ii is selected): (i) the rate of safe harbor match cannot increase as a Participant's Matched Employee Contributions increase, (ii) safe harbor match cannot be made on Matched Employee Contributions in excess of six percent (6%) of Plan Compensation, and (iii) the amount of Employer Matching Contributions subject to Employer discretion shall not exceed four percent (4%) of Plan Compensation.*

*NOTE: If the Plan is a safe harbor match (C.13a.ii or C.13a.v is selected) or the Plan is an ACP safe harbor (C.13b.i or C.13b.ii is selected), no Highly Compensated Employee can receive a greater rate of safe harbor match than a Nonhighly Compensated Employee at the same rate of Matched Employee Contributions.*

18. **Determination Period for Safe Harbor Matching Contributions**
    a.    The period for determining the amount of an allocation of Safe Harbor Matching Contributions is:
         i.     **[ ]**   End of Plan Year
         ii.    **[ ]**   Semi-annually
         iii.   **[ ]**   Quarterly
         iv.    **[ ]**   Each calendar month
         v.     **[ X ]**   Each pay period

*NOTE: If the safe harbor match is funded more frequently than the period selected, a true-up contribution will be owed to any Participant who did not receive a safe harbor match based on Matched Employee Contributions or Plan Compensation for the entire period selected.*

## Testing Elections

19. **ADP Testing Elections (Section 5.02(a))**
    a.    Average Deferral Percentage of Nonhighly Compensated Employees are determined using:
         i.     **[ X ]**   Current year
         ii.    **[ ]**   Prior year
    b.    If prior year testing is selected, for the first year the Plan is a 401(k) plan, the Nonhighly Compensated Employee percentage:
         i.     **[ ]**   3%
         ii.    **[ ]**   Current year percentages

*NOTE: If the Plan is a 401(k) safe harbor plan, the current year must be used for those Plan Years during which the Plan is subject to the 401(k) safe harbor requirements.*

*NOTE: C.19b only applies for the first year the Plan is a 401(k) plan. If the Effective Date is after the first year a Plan is a 401(k) plan C.19b can be left blank.*

20. **ACP Testing Elections (Section 5.02(b))**
    a.    Average Contribution Percentage of Nonhighly Compensated Employees are determined using:
         i.     **[ ]**   Current year
         ii.    **[ ]**   Prior year
    b.    If prior year testing is selected, for the first year the Plan is a 401(m) plan, the Nonhighly Compensated Employee percentage:
         i.     **[ ]**   3%
         ii.    **[ ]**   Current year percentages

*NOTE: If the Plan is a 401(k) safe harbor plan and it is intended to satisfy the ACP safe harbor, the current year must be used for those Plan Years during which the Plan is subject to the 401(k) safe harbor requirements.*

*NOTE: C.20b only applies for the first year the Plan is a 401(m) plan. If the Effective Date is after the first year a Plan is a 401(m) plan C.20b can be left blank.*

## SECTION D. CONTRIBUTIONS - EMPLOYER MATCHING, NON-ELECTIVE AND OTHER CONTRIBUTIONS

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

**Employer Matching - Allocation Service**

*NOTE: If A.10 is "Yes" (Employer Matching Contributions are permitted), an Eligible Employee who has met the requirements of Section B and who has satisfied the following requirements shall be eligible to receive an allocation of Employer Matching Contributions during the applicable Plan Year.*

1. **Allocation Service Requirements for Employer Matching Contributions**
   a. [ ] In order to share in the allocation of Employer Matching Contributions, a Participant is required to complete the following Hours of Service in the applicable period (not to exceed 1,000 hours in a Plan Year or a prorated version thereof): _____
   b. [ ] In order to share in the allocation of Employer Matching Contributions, a Participant is required to be employed by the Employer on the last day of the applicable period
   c. [ ] In order to share in the allocation of Employer Matching Contributions, a Participant is required to be employed by the Employer on the last day of the applicable period or complete at least _____ Hours of Service in the applicable period (not to exceed 1,000 hours in a Plan Year or a prorated version thereof)
   d. [ ] None
   *NOTE: If the Plan is intended to be a safe harbor 401(k) plan, any requirements specified in the Employer Matching allocation service rules to receive an allocation of Employer Matching Contributions will not apply to any safe harbor contribution.*

2. **Applicable Period**
   a. The applicable period for determining the satisfaction of service requirements for an allocation of Employer Matching Contributions is:
      i.   [ ] Plan Year
      ii.  [ ] Plan Quarter
      iii. [ ] Calendar Month
      iv.  [ ] Payroll Period
      v.   [ ] Other: _____

3. **Employer Matching Allocation Service Computation Rules**
   a. Select hours equivalency:
      i.   [ ] None.
      An Employee shall be credited with the following service with the Employer:
      ii.  [ ] 10 Hours of Service for each day or partial day
      iii. [ ] 45 Hours of Service for each week or partial week
      iv.  [ ] 95 Hours of Service for each semi-monthly payroll period or partial semi-monthly payroll period
      v.   [ ] 190 Hours of Service for each month or partial month
   b. The hours equivalency shall apply to:
      i.   [ ] All Employees
      ii.  [ ] Only Employees for whom hours are not tracked. If the Employer tracks hours for an Employee, satisfaction of allocation conditions will be determined based on actual hours worked.
   *NOTE: D.3 is only applicable if D.1a or D.1c is selected.*

4. **Other Employer Service**
   [ ] Count hours of service with employers other than the Employer for purposes of satisfying the allocation service requirements. List other employer(s) along with any limitations: _____

5. **Exceptions to Allocation Service Requirements for Employer Matching Contributions**
   a. [ ] A Participant whose employment terminates on the last day of the applicable period is treated as being employed by the Employer on the last day of the applicable period.
   b. Modify Hour of Service requirement or last day requirement for a Participant who terminates employment with the Employer during the applicable period due to:
      i.   [ ] death
      ii.  [ ] Disability
      iii. [ ] attainment of Normal Retirement Date
      iv.  [ ] attainment of Early Retirement date
   c. Any Hour of Service requirement and last day requirement shall be modified as follows:

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

*SECTION D. CONTRIBUTIONS - EMPLOYER MATCHING, NON-ELECTIVE AND OTHER CONTRIBUTIONS*

    **i.**    **[ ]**  Waive both the Hour of Service requirement and last day requirement

    **ii.**    **[ ]**  Waive the Hour of Service requirement only

    **iii.**  **[ ]**  Waive last day requirement only

**d.**  **[ ]**  The following other modifications shall be made to the requirements specified in D.1-5c: _____

*NOTE: Other modifications must be specified in a manner that is objectively determinable and may not be specified in a manner that is subject to Employer discretion.*

**6.**  **Coverage Failures for Employer Matching Contributions**

    Method to fix Employer Matching Contribution Code section 410(b) ratio percentage coverage failures (Section 4.02(d)):

**a.**  **[ ]**  Corrective amendment under Treasury Regulation section 1.401(a)(4)-(11)(g)

**b.**  **[ ]**  Add just enough Participants to meet the coverage requirements

**c.**  **[ ]**  Add all non-excludable Participants

## Employer Matching - Formula

**7.**  **Matched Employee Contribution Inclusions**

**a.**  Elective Deferrals are included in the definition of Matched Employee Contribution to the extent selected below

    **i.**    **[ ]**  Include a Participant's Catch-up Contributions in the definition of Matched Employee Contribution

    **ii.**    **[ ]**  Include a Participant's Roth Elective Deferrals in the definition of Matched Employee Contribution

**b.**  **[ ]**  Include a Participant's Voluntary Contributions in the definition of Matched Employee Contributions

*NOTE: Pre-tax Elective Deferrals that are not Catch-up Contributions are always included in the definition of Matched Employee Contribution.*

**8.**  **Employer Matching Contribution Formula**

**a.**  **[ ]**  A discretionary amount. The amount will be allocated:

    **i.**    **[ ]**  as a uniform percentage of Matched Employee Contributions.

    **ii.**    **[ ]**  as a flat dollar amount for each Participant.

    **iii.**  **[ ]**  based on written instructions provided by the Employer to the Plan Administrator (or Trustee, if applicable) describing (1) how the discretionary Employer Matching Contribution formula will be allocated to Participants (e.g., a uniform percentage of Matched Employee Contributions or a flat dollar amount), (2) the computation period(s) to which the discretionary Employer Matching Contribution formula applies, and (3) if applicable, a description of each business location or business classification subject to separate discretionary Employer Matching Contribution allocation formulas. Such instructions must be provided no later than the date on which the discretionary Employer Matching Contribution is made to the Plan. A summary of these instructions must be communicated to Participants who receive discretionary Employer Matching Contributions. The summary must be communicated to Participants no later than 60 days following the date on which the last discretionary Employer Matching Contribution is made to the Plan for a Plan Year.

**b.**  **[ ]**  Single rate. The Employer will contribute as an Employer Matching Contribution an amount equal to

    **i.**    _____% of the Participant's Matched Employee Contributions that are not in excess of

    **ii.**    _____% of the Participant's Plan Compensation

**c.**  **[ ]**  Two rates. The Employer will contribute as an Employer Matching Contribution an amount equal to

    **Rate One**

    **i.**    _____% of the Participant's Matched Employee Contributions that are not in excess of

    **ii.**    _____% of the Participant's Plan Compensation; plus

    **Rate Two**

    **iii.**  _____% of the amount of the Participant's Matched Employee Contributions that exceed _____% of the Participant's Plan Compensation but that do not exceed

    **iv.**  _____% of the Participant's Plan Compensation

**d.**  **[ ]**  Three rates. The Employer will contribute as an Employer Matching Contribution an amount equal to

    **Rate One**

    **i.**    _____% of the Participant's Matched Employee Contributions that are not in excess of

    **ii.**    _____% of the Participant's Plan Compensation; plus

    **Rate Two**

    **iii.**  _____% of the amount of the Participant's Matched Employee Contributions that exceed _____% of the Participant's Plan Compensation but that do not exceed

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

*SECTION D. CONTRIBUTIONS - EMPLOYER MATCHING, NON-ELECTIVE AND OTHER CONTRIBUTIONS*

    **iv.**    _____% of the Participant's Plan Compensation; plus

**Rate Three**

    **v.**    _____% of the amount of the Participant's Matched Employee Contributions that exceed _____% of the Participant's Plan Compensation but that do not exceed

    **vi.**    _____% of the Participant's Plan Compensation

**e.**    **[ ]** Years of service. See D.11 below

**f.**    **[ ]** Special schedule. Employer Matching Contributions shall be made according to the following fixed schedule: _____

*NOTE: The discretionary formula in D.8a must meet the nondiscrimination requirements regarding benefits, right or features described in Treas. Reg. section 1.401(a)(4)-4.*

*NOTE: If "Special schedule" is selected, the schedule must describe a formula from the options already available or a combination thereof (e.g., single rate formula applies to Group A; two rate formula applies to Group B), be objectively determinable and may not be specified in a manner that is subject to Employer discretion.*

**9.**    **Additional Discretionary Employer Matching Contributions**

    **a.**    **[ ]** Permit discretionary Employer Matching Contributions to be made in addition to the contributions described in D.8. The amount will be allocated:

        **i.**    **[ ]** as a uniform percentage of Matched Employee Contributions.

        **ii.**    **[ ]** as a flat dollar amount for each Participant.

        **iii.**    **[ ]** based on written instructions provided by the Employer to the Plan Administrator (or Trustee, if applicable) describing (1) how the discretionary Employer Matching Contribution formula will be allocated to Participants (e.g., a uniform percentage of Matched Employee Contributions or a flat dollar amount), (2) the computation period(s) to which the discretionary Employer Matching Contribution formula applies, and (3) if applicable, a description of each business location or business classification subject to separate discretionary Employer Matching Contribution allocation formulas. Such instructions must be provided no later than the date on which the discretionary Employer Matching Contribution is made to the Plan. A summary of these instructions must be communicated to Participants who receive discretionary Employer Matching Contributions. The summary must be communicated to Participants no later than 60 days following the date on which the last discretionary Employer Matching Contribution is made to the Plan for a Plan Year.

**10.**    **Additional Fixed Employer Matching Contributions**

    **[ ]** Permit fixed Employer Matching Contributions to be made in addition to the contributions described in D.8: _____

*NOTE: The formula entered in D.10 must describe a formula from the options already available or a combination thereof (e.g., single rate formula applies to Group A; two rate formula applies to Group B), be objectively determinable and may not be specified in a manner that is subject to Employer discretion.*

**11.**    **Years of Service**

    **a.**    The Employer Matching contribution will be made according to the schedule below:

        **i.**    _____ Years of service    _____% of Matched Employee Contributions

        **ii.**    _____ Years of service    _____% of Matched Employee Contributions

        **iii.**    _____ Years of service    _____% of Matched Employee Contributions

        **iv.**    _____ Years of service    _____% of Matched Employee Contributions

    **b.**    **[ ]** Only Matched Employee Contributions that are not in excess of _____% of the Participant's Plan Compensation shall be matched.

    **c.**    In determining years of service in this D.11, the following service shall be used:

        **i.**    **[ ]** Years of Eligibility Service

        **ii.**    **[ ]** Years of Vesting Service

    **d.**    Enter the number of Hours of Service necessary to earn a year of service described in D.11a: _____

*NOTE: Each tier of Employer Matching Contributions must satisfy the nondiscriminatory availability of benefits, rights, and features in Treas. Reg. section 1.401(a)(4)-4.*

**12.**    **Employer Matching Contribution(s) - Limitations**

    **a.**    Plan limits Employer Matching Contributions to the following in each Plan Year:

        **i.**    **[ ]** Maximum percentage of Plan Compensation that applies to all Participants: _____%

        **ii.**    **[ ]** Maximum percentage of Plan Compensation that applies to Highly Compensated Employees only: _____%

        **iii.**    **[ ]** Maximum dollar amount that applies to all Participants: $_____

        **iv.**    **[ ]** Maximum dollar amount that applies to Highly Compensated Employees only: $_____

        **v.**    **[ ]** Other: _____

        **vi.**    **[ ]** No Maximum

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

**b.**    Apply the dollar limit in D.12:
  **i.**    [ ]  On a Plan Year basis only
  **ii.**   [ ]  Pro rata as of each period specified in D.13a

***NOTE:*** *If the Plan is intended to satisfy the ACP safe harbor of Code section 401(m)(11) or 401(m)(12) (C.13b.i or C.13b.ii is selected) and the Plan allows for an additional discretionary Employer Matching Contribution, the amount of Employer Matching Contributions subject to Employer discretion shall not exceed four percent (4%) of Plan Compensation.*

***NOTE:*** *If "Other" is selected the requirements provided must be nondiscriminatory, objectively determinable and may not be specified in a manner that is subject to Employer discretion.*

***NOTE:*** *D.12b shall only apply if a maximum dollar amount (D.12a.iii or D.12a.iv) is selected and "End of Plan Year" (D.13a.i) is not selected.*

**13.**  **Determination Period for Employer Matching Contributions**
  **a.**    The period for determining the amount of an allocation of Employer Matching Contributions is:
    **i.**    [ ]  End of Plan Year
    **ii.**   [ ]  Semi-annually
    **iii.**  [ ]  Quarterly
    **iv.**   [ ]  Each calendar month
    **v.**    [ ]  Each pay period

***NOTE:*** *The determination period elected in D.13 must be equal to or longer than the applicable period elected in D.2.*

***NOTE:*** *Discretionary Employer Matching Contributions (if selected) may be allocated at a time other than that selected in D.13.*

***NOTE:*** *See Section 4.02(b)(1) for rules relating to "true-up" Matching Contributions.*

## Non-Elective - Allocation Service

***NOTE:*** *If A.11 is "Yes" (Non-Elective Contributions are permitted), an Eligible Employee who has met the requirements of Section B and who has satisfied the following requirements shall be eligible to receive an allocation of Non-Elective Contributions during the applicable Plan Year.*

**14.**  **Continuing Eligibility for Non-Elective Contributions (select one):**
  **a.**    [ ]  Same as Employer Matching Contributions. An Eligible Employee shall be eligible to receive an allocation of Non-Elective Contributions upon meeting the requirements of D.1 through D.5
  **b.**    [ X ]  Pursuant to options selected below. An Eligible Employee shall be eligible to receive an allocation of Non-Elective Contributions upon meeting the requirements of D.15 through D.19

**15.**  **Allocation Service Requirements for Non-Elective Contributions**
  **a.**    [ X ]  In order to share in the allocation of Non-Elective Contributions, a Participant is required to complete the following Hours of Service in the applicable period (not to exceed 1,000 hours in a Plan Year or a prorated version thereof): __1000__
  **b.**    [ X ]  In order to share in the allocation of Non-Elective Contributions, a Participant is required to be employed by the Employer on the last day of the applicable period
  **c.**    [ ]  In order to share in the allocation of Non-Elective Contributions, a Participant is required to be employed by the Employer on the last day of the applicable period or complete at least _____ Hours of Service in the applicable period (not to exceed 1,000 hours in a Plan Year or a prorated version thereof)
  **d.**    [ ]  None

**16.**  **Applicable Period**
  **a.**    The applicable period for determining the satisfaction of service requirements for an allocation of Non-Elective Contributions is:
    **i.**    [ X ]  Plan Year
    **ii.**   [ ]  Plan Quarter
    **iii.**  [ ]  Calendar Month
    **iv.**   [ ]  Payroll Period
    **v.**    [ ]  Other: _____

**17.**  **Non-Elective Allocation Service Computation Rules**
  **a.**    Select hours equivalency:
    **i.**    [ ]  None
    An Employee shall be credited with the following service with the Employer:

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

    **ii.**    **[ ]** 10 Hours of Service for each day or partial day
    **iii.**   **[ ]** 45 Hours of Service for each week or partial week
    **iv.**   **[ ]** 95 Hours of Service for each semi-monthly payroll period or partial semi-monthly payroll period
    **v.**    **[ X ]** 190 Hours of Service for each month or partial month
  **b.**  The hours equivalency shall apply to:
    **i.**    **[ X ]** All Employees
    **ii.**    **[ ]** Only Employees for whom hours are not tracked. If the Employer tracks hours for an Employee, satisfaction of allocation conditions will be determined based on actual hours worked.

**18.**  **Other Employer Service**
  **[ ]** Count hours of service with employers other than the Employer for purposes of satisfying the allocation service requirements. List other employer(s) along with any limitations: \_\_\_\_\_

**19.**  **Exceptions to Allocation Service Requirements for Non-Elective Contributions**
  **a.**  **[ X ]** A Participant whose employment terminates on the last day of the applicable period is treated as being employed by the Employer on the last day of the applicable period.
  **b.**  Modify Hour of Service requirement or last day requirement for a Participant who terminates employment with the Employer during the applicable period due to:
    **i.**    **[ X ]** death
    **ii.**    **[ X ]** Disability
    **iii.**   **[ X ]** attainment of Normal Retirement Date
    **iv.**   **[ ]** attainment of Early Retirement date
  **c.**  Any Hour of Service requirement and last day requirement shall be modified as follows:
    **i.**    **[ ]** Waive both the Hour of Service requirement and last day requirement
    **ii.**    **[ ]** Waive the Hour of Service requirement only
    **iii.**   **[ X ]** Waive last day requirement only
  **d.**  **[ ]** The following other modifications shall be made to the requirements specified in D.14-19c: \_\_\_\_\_
  *NOTE: Other modifications must be specified in a manner that is objectively determinable and may not be specified in a manner that is subject to Employer discretion.*

**20.**  **Coverage Failures for Non-Elective Contributions**
  Method to fix Non-Elective Contribution Code section 410(b) ratio percentage coverage failures (Section 4.03(d)):
  **a.**  **[ X ]** Corrective amendment under Treasury Regulation section 1.401(a)(4)-(11)(g)
  **b.**  **[ ]** Add just enough Participants to meet the coverage requirements
  **c.**  **[ ]** Add all non-excludable Participants

## Non-Elective - Formula

**21.**  **Amount of Non-Elective Contributions**
  **a.**  **[ X ]** Discretionary in an amount as determined by the Employer
  **b.**  **[ ]** \_\_\_\_\_ % of total Participant Plan Compensation for the Plan Year
  **c.**  **[ ]** $\_\_\_\_\_ for the Plan Year
  **d.**  **[ ]** Other amount necessary to fund the allocation provided below: \_\_\_\_\_

**22.**  **Non-Elective allocation formula. The Non-Elective Contribution shall be allocated to eligible Participants who have met the requirements of Section B and D.14 through 17 as follows (Section 4.03):**
  **a.**  **[ ]** Pro rata. In the ratio that each Participant's Plan Compensation bears to the Plan Compensation of all eligible Participants.
  **b.**  **[ ]** Integrated. See D.23.
  **c.**  **[ ]** Points. See D.24.
  **d.**  **[ ]** Fixed Amount. In an amount equal to the total Non-Elective Contribution divided by the number of Participants eligible to share in such contribution.
  **e.**  **[ ]** Age Weighted. In the ratio that such Participant's points bears to the points of all eligible Participants for such Plan Year. The points awarded to each Participant shall be equal to the product of the Participant's Plan Compensation multiplied by the factor in the Age Weighted Addendum determined using the Participant's age as of the end of the Plan Year.
  **f.**  **[ ]** New Comparability - Defined Groups. See D.25.
  **g.**  **[ X ]** New Comparability - One Group per Participant. In an amount designated by the Employer to be allocated to each

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

*SECTION D. CONTRIBUTIONS - EMPLOYER MATCHING, NON-ELECTIVE AND OTHER CONTRIBUTIONS*

group. For purposes of this D.22g, there shall be one group created for each Participant eligible to receive allocations of Non-Elective Contributions. The contribution shall be allocated to each group in a manner determined by the Employer. The amount allocated to one group need not bear any relationship to amounts allocated to any other group. The Employer shall notify the Plan Administrator or the Trustee in writing of the amount of contributions allocated to each group.

**h.**    [ ] Other fixed formula: _____

*NOTE: If Age Weighted (D.22e) or New Comparability (D.22f or D.22g) is selected, see Section 4.03(b)(1) for rules regarding the gateway test.*

*NOTE: If "Other fixed formula" is selected, it must describe a formula from the options already available or a combination thereof (e.g., pro rata formula applies to Group A; fixed amount applies to Group B), be objectively determinable and may not be specified in a manner that is subject to Employer discretion.*

**23.    Non-Elective - Integration**

If D.22b is selected, the Non-Elective Contribution shall be allocated to eligible Participants who have met the requirements of Sections B.6 - B.8 and D.14 pursuant to either Paragraph (1) or (2) below (Section 4.03(b)(3)):

(1)    2-step method for plans that are not Top-Heavy or who have met the Top-Heavy minimum allocation requirements using other allocations:

    (A)    Non-Elective Contributions shall first be allocated to each Participant's Non-Elective Contribution Account in the ratio that the sum of such Participant's Plan Compensation plus his Excess Compensation bears to the sum of all eligible Participants' Plan Compensation plus Excess Compensation, but not to exceed the permitted disparity of such sum; and

    (B)    The balance, if any, remaining after the allocation in subparagraph (A) shall then be allocated to each Participant's Non-Elective Contribution Account in the ratio that such Participant's Plan Compensation bears to all eligible Participants' Plan Compensation.

(2)    4-step method for plans that are meeting the Top-Heavy minimum allocation requirements using Non-Elective Contributions:

    (A)    Non-Elective Contributions shall first be allocated to each Participant's Non-Elective Contribution Account in the ratio that each Participant's Statutory Compensation bears to all eligible Participants' Statutory Compensation, but not in excess of 3% of each Participant's Statutory Compensation.

    (B)    The balance, if any, remaining after the allocation in subparagraph (A) shall then be allocated to each Participant's Non-Elective Contribution Account in the ratio that each Participant's Excess Compensation bears to the Excess Compensation of all Participants, but not in excess of 3% of each Participant's Excess Compensation.

    (C)    The balance, if any, remaining after the allocation in subparagraph (B) shall then be allocated to each Participant's Non-Elective Contribution Account in the ratio that the sum of each Participant's Plan Compensation and Excess Compensation bears to the sum of all eligible Participants' Plan Compensation and Excess Compensation, but not in excess of the permitted disparity less 3%.

    (D)    The balance, if any, remaining after the allocation in subparagraph (C) shall be allocated to each Participant's Non-Elective Contribution Account in the ratio that each Participant's Plan Compensation bears to all Participants' Plan Compensation.

(3)    [ ] 2-step method will be used for plans that are meeting the Top-Heavy minimum allocation requirements using Non-Elective Contributions

Integration level for determining Excess Compensation:

**a.**    [ ] Taxable wage base (as defined under Section 230 of the Social Security Act) in effect on the first day of such Plan Year

**b.**    [ ] 20% of the taxable wage base (as defined under Section 230 of the Social Security Act) in effect on the first day of such Plan Year; minus $1.00

**c.**    [ ] 80% of the taxable wage base (as defined under Section 230 of the Social Security Act) in effect on the first day of such Plan Year; minus $1.00

**d.**    [ ] 80% of the taxable wage base (as defined under Section 230 of the Social Security Act) in effect on the first day of such Plan Year; plus $1.00

**e.**    [ ] _____% (not more than 100%) of the taxable wage base (as defined under Section 230 of the Social Security Act) in effect on the first day of such Plan Year

**f.**    [ ] Fixed dollar amount: $ _____ (not more than the taxable wage base (as defined under Section 230 of the Social Security Act) in effect on the first day of such Plan Year)

*NOTE: If D.23a (taxable wage base) is not selected, the amount of permitted disparity will be determined in accordance with the following table:*

| Integration Level | Permitted |
|---|---|

19

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

***SECTION D. CONTRIBUTIONS - EMPLOYER MATCHING, NON-ELECTIVE AND OTHER CONTRIBUTIONS***

|  | Disparity |
|---|---|
| More than $0 but not more than 20% of the TWB | 5.7% |
| More than 20% of the TWB but not greater than 80% of the TWB | 4.3% |
| More than 80% of the TWB but less than 100% of the TWB | 5.4% |
| 100% of the TWB | 5.7% |

TWB = taxable wage base (as defined under Section 230 of the Social Security Act)

**24.  Non-Elective - Points**

If D.22c is selected, the Non-Elective Contribution shall be allocated to eligible Participants who have met the requirements of B.6 through B.8 and D.14 through D.19 in the ratio that such Participant's points bears to the points of all eligible Participants. Each Participant shall receive to the extent provided in D.24a: (a) the points described in D.24d for each year of age he has attained (as of his birthday during such Plan Year), (b) the points described in D.24c for each Plan Year, including the current Plan Year, during which he was eligible to participate in the Plan after meeting the requirements of Article 3 (regardless of any service or last day requirement in Article 4) applicable to Non-Elective Contributions, and (c) the points described in D.24b for each $_____ of Plan Compensation he has earned for such Plan Year.

If after application of the foregoing, the average of the allocation rates for eligible Highly Compensated Employees exceeds the average of the allocation rates for eligible Nonhighly Compensated Employees, each eligible Nonhighly Compensated Employee who has earned any points during the Plan Year shall be awarded the same minimum number of points (or fraction of a point) so that the average of the allocation rates for eligible Highly Compensated Employees does not exceed the average of the allocation rates for eligible Nonhighly Compensated Employees.

**a.**   Points will be computed on basis of:
   **i.**   [ ] Age, Service and Plan Compensation
   **ii.**   [ ] Age and Service
   **iii.**   [ ] Age and Plan Compensation
   **iv.**   [ ] Service and Plan Compensation
   **v.**   [ ] Age Only
   **vi.**   [ ] Service Only

**b.**   Points awarded for $_____ of Plan Compensation: _____
**c.**   Points awarded for each year of service within the meaning of Treas. Reg. section 1.401(a)(4)-11(d)(3): _____
**d.**   Points awarded for each year of age: _____

**25.  Non-Elective - New Comparability**

**New Comparability - Defined Groups.** If D.22f is selected, the Non-Elective Contribution shall be allocated to eligible Participants who have met the requirements of B.6 through B.8 and D.14 through D.19 in an amount designated by the Employer to be allocated to each group described in this section. The contribution for a group shall then be further allocated to the members of such group who are eligible to receive allocations of Non-Elective Contributions in the method as specified in this section for such group. The amount allocated to one group need not bear any relationship to amounts allocated to any other group. In the event that an eligible Participant is included in more than one group, the Participant's share of the contribution allocated to each group will be based upon either the amount of service or the Plan Compensation for the part of the year the Participant was in the group.

The groups and allocations shall be determined as follows:

**a.**   Group One: _____   An amount equal to:
   **i.**   [ ] A percentage of Plan Compensation
   **ii.**   [ ] A fixed dollar amount
   **iii.**   [ ] the greater of i. or ii.

***NOTE:** Groups must be clearly defined in a manner that will not violate the definite predetermined allocation formula requirement of Treas. Reg. section 1.401-1(b)(1)(ii) and the groups cannot be designed in such a manner to where the only NHCE's participating are those NHCE's with the lowest amounts of compensation or the shortest periods of service and who may represent the minimum number of these employees necessary to satisfy coverage under Code section 410(b). In the case of self-employed individuals (i.e., sole proprietorships or partnerships), the requirements of Treas. Reg. section 1.401(k)-1(a)(6) continue to apply and the allocation method should not be such that a cash or deferred election is created for a self-employed individual as a result of application of the allocation method. The Employer shall notify the Plan Administrator or the Trustee in writing of the amount of contributions allocated to each group.*

**26.  Determination Period for Non-Elective Contributions**

**a.**   The period for determining the amount of an allocation of Non-Elective Contributions is:

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

*SECTION D. CONTRIBUTIONS - EMPLOYER MATCHING, NON-ELECTIVE AND OTHER CONTRIBUTIONS*

    **i.**    **[ X ]** End of Plan Year
    **ii.**   **[ ]** Semi-annually
    **iii.**  **[ ]** Quarterly
    **iv.**  **[ ]** Each calendar month
    **v.**   **[ ]** Each pay period
    **vi.**  **[ ]** At such times as may be determined by the Employer
  **b.**  Minimum and Maximum Non-Elective Allocations
    **i.**    **[ ]** Allocations of Non-Elective Contributions for a Participant shall be subject to a minimum amount: _____
    **ii.**   **[ ]** Allocations of Non-Elective Contributions for a Participant shall be subject to a maximum amount: _____
**NOTE:** *The determination period elected in D.26 must be equal to or longer than the applicable period elected in D.16.*

**27. Non-Elective - Disability**
  **[ ]** Allocate Non-Elective Contributions to Disabled Participants who do not meet the allocation service requirements (Section 4.03(e)). Allocations to Disabled Participants end as of the earliest of: (i) the last day of the Plan Year in which occurs the _ anniversary of the start of the Participant's Disability or (ii) such other time specified in Section 4.03(e).

**28. Collective Bargaining Agreement**
  **a.**  **[ ]** In addition to the formula selected in D.22, an amount necessary to meet the Employer's requirements under an applicable collective bargaining agreement shall be allocated as follows: _____
  **b.**  The collective bargaining allocations will offset any other Employer contribution allocations that would otherwise be made to a Participant:
    **i.**    **[ ]** Yes - Non-Elective Contributions only
    **ii.**   **[ ]** No
    **iii.**  **[ ]** Other: _____
**NOTE:** *D.21-26 (amount, formula, timing, maximum and minimum Non-Elective Contributions) will not apply to collectively bargained contributions. Collectively bargained contribution allocation timing, maximums and minimums will be determined under the collective bargaining agreement unless otherwise specified in D.28b.*

# Other Contributions/415

**29. Prevailing Wage**
  **a.**  **[ ]** The Employer will make a prevailing wage contribution for each Participant who performs an hour or more of service under a public contract subject to the Davis-Bacon Act. The formula for allocating prevailing wage contributions shall be specified in the Prevailing Wage Addendum to the Adoption Agreement. The contribution allocated will be dependent on the Participant's job classification and the hourly rate established:
    **i.**    **[ ]** by the applicable federal, state, or municipal prevailing wage laws.
    **ii.**   **[ ]** in the Prevailing Wage Addendum to the Adoption Agreement.
  **b.**  **[ ]** The following modifications will be made to the default prevailing wage contribution provisions (Section 4.05):
    **i.**    **[ ]** Highly Compensated Employees will be eligible to receive prevailing wage contributions
    **ii.**   **[ ]** The following age/service requirements apply in order to become eligible to receive prevailing wage contributions: _____
    **iii.**  **[ ]** The following prevailing wage vesting schedule will apply: _____
    **iv.**  **[ ]** Exclude the following from receiving benefits under an applicable prevailing wage statute under this Plan: _____
  **c.**  Offset of other contributions:
    **i.**    **[ ]** Employer Matching Contributions (other than safe harbor)
    **ii.**   **[ ]** Non-Elective Contributions
    **iii.**  **[ ]** Safe harbor contributions
    **iv.**  **[ ]** Qualified Non-Elective Contributions (QNECs)/Qualified Matching Contributions (QMACs)
**NOTE:** *If D.29a.ii is selected, the Prevailing Wage Addendum entry should include job classifications and applicable hourly rates. To the extent the hourly rates established in the Prevailing Wage Addendum result in a smaller contribution than is required under the applicable federal, state, or municipal prevailing wage laws, the Plan Administrator retains the discretion to make the larger contribution as the prevailing wage contribution.*
**NOTE:** *If D.29b is used to modify the default provisions applicable to prevailing wage contributions, the Plan Administrator may not be entitled to full credit for the prevailing wage contribution.*
**NOTE:** *D.29b.iv must be used to exclude a nondiscriminatory class of employees from receiving prevailing wage allocations. Employees excluded will generally still need to be provided the prevailing wage benefits in another manner.*

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

*SECTION D. CONTRIBUTIONS - EMPLOYER MATCHING, NON-ELECTIVE AND OTHER CONTRIBUTIONS*

**30. QNECs/QMACs**

[ ] The following limitations, conditions or special rules apply to Qualified Non-Elective Contributions (QNECs) or Qualified Matching Contributions (QMACs): _____

If the Employer makes discretionary QNECs (Section 4.04(b)) or QMACs (Section 4.04(c)) to the Plan, the Employer must provide the Plan Administrator (or Trustee, if applicable), written instructions describing (1) how the discretionary QNEC or QMAC formula will be allocated to Participants, (2) the computation period(s) to which the discretionary QNEC or QMAC formula applies, and (3) if applicable, a description of each business location or business classification subject to separate discretionary QNEC or QMAC allocation formulas. Such instructions must be provided no later than the date on which the discretionary QNEC or QMAC is made to the Plan. A summary of these instructions must be communicated to Participants who receive discretionary QNECs or QMACs. The summary must be communicated to Participants no later than 60 days following the date on which the last discretionary QNEC or QMAC is made to the Plan.

**31. Rollovers**

Rollover Contributions are permitted (Section 4.06):

**a.** [ ] No

**b.** [ X ] Yes - All Eligible Employees may make a Rollover Contribution even if not yet a Participant in the Plan

**c.** [ ] Yes - Only active Participants may make a Rollover Contribution

**d.** [ ] Yes - _____ may make a Rollover Contribution

*NOTE: The nondiscriminatory availability of benefits, rights, and features in Treas. Reg. section 1.401(a)(4)-4 includes rollovers as defined in 1.401(a)(4)-4(e)(3)(iii)(I) and must be available on a nondiscriminatory basis.*

**32. Deemed IRAs**

[ ] The Plan may accept voluntary contributions to deemed IRAs (Section 4.12).

**33. Death or Disability During Qualified Military Service**

[ ] For benefit accrual purposes, a Participant that dies or becomes Disabled while performing qualified military service will be treated as if he had been employed by the Employer on the day preceding death or Disability and terminated employment on the day of death or Disability (Section 4.08).

**34. 415 Additional Language**

[ ] Additional language necessary to satisfy Code section 415 because of the required aggregation of multiple plans: _____

## SECTION E. VESTING

## Vesting Service Rules

**1. Vesting service computation method**

**a.** [ X ] Hours of Service. Number of Hours of Service necessary for a Year of Vesting Service (not to exceed 1,000): 1000

**b.** [ ] Elapsed Time

*NOTE: Unless E.1.b (Elapsed Time) is selected, the Plan will use the Hours of Service method for determining vesting service. If E.1.b (Elapsed Time) is selected, questions E.2 through E.3 are disregarded.*

**2. Vesting Service Equivalencies**

**a.** Select equivalency for vesting purposes:

**i.** [ X ] None.

An Employee shall be credited with the following service with the Employer:

**ii.** [ ] 10 Hours of Service for each day or partial day

**iii.** [ ] 45 Hours of Service for each week or partial week

**iv.** [ ] 95 Hours of Service for each semi-monthly payroll period or partial semi-monthly payroll period

**v.** [ ] 190 Hours of Service for each month or partial month

**b.** The hours equivalency selected in E.2a shall apply to:

**i.** [ ] All Employees

**ii.** [ ] Only Employees for whom hours are not tracked. If the Employer tracks hours for an Employee, vesting will be determined based on actual hours worked.

**3. Vesting Computation Period**

**a.** [ X ] Calendar year

**b.** [ ] Plan Year

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

    **c.**    **[ ]** The consecutive 12-month period commencing on the date the Employee first performs an Hour of Service; each subsequent consecutive 12-month period shall commence on the anniversary of such date

    **d.**    **[ ]** Other (must be a consecutive 12-month period): _____

**4.**  **Other Employer Service**

    **[ ]** Count years of service with employers other than the Employer for vesting purposes. List other employers and indicate for what purposes (e.g., Employer Matching, Non-Elective, etc.) the service applies along with any limitations: _____

**5.**  **Vesting Exceptions (Section 6.02)**

    **a.**    **[ X ]** Death. Provide for full vesting for a Participant who terminates employment with the Employer due to death while an Employee.

    **b.**    **[ X ]** Disability. Provide for full vesting for a Participant who terminates employment with the Employer due to Disability while an Employee.

    **c.**    **[ ]** Early Retirement. Provide for 100% vesting upon the attainment of Early Retirement Date while an Employee.

**6.**  **Vesting Exclusions**

    **a.**    **[ ]** Exclude Years of Vesting Service earned before age 18.

    **b.**    **[ ]** Exclude Years of Vesting Service earned before the Employer maintained this Plan or a predecessor plan.

    **c.**    **[ ]** One-year holdout. If an Employee has a One-Year Break in Service/Period of Severance, exclude Years of Vesting Service earned before such period until the Employee has completed a Year of Vesting Service after returning to employment with the Employer.

    **d.**    **[ ]** Rule of parity. If an Employee does not have any nonforfeitable right to the Account balance derived from Employer contributions, exclude Years of Vesting Service earned before a period of five (5) consecutive One-Year Breaks in Service/Periods of Severance.

**7.**  **Special Vesting Provisions**

    **[ ]** Provide for special vesting provisions (e.g., 100% vesting as of a certain date, or to set a different vesting schedule for employees based on division): _____

    ***NOTE:*** *Any special provisions must satisfy Code sections 401(a)(4) and 411.*

## Vesting Schedules

**8.**  **Employer Matching Contributions**

    Vesting Schedule for Employer Matching Contributions (Section 6.02):

    **a.**    **[ ]** 100%

    **b.**    **[ ]** 2-6 Year Graded

    **c.**    **[ ]** 1-5 Year Graded

    **d.**    **[ ]** 1-4 Year Graded

    **e.**    **[ ]** 3 Year Cliff

    **f.**    **[ ]** 2 Year Cliff

    **g.**    **[ ]** Other:

        **i.**    Other Employer Match Schedule - less than 1 year: _____%

        **ii.**    Other Employer Match Schedule - 1 year but less than 2 years: _____%

        **iii.**    Other Employer Match Schedule - 2 years but less than 3 years: _____%

        **iv.**    Other Employer Match Schedule - 3 years but less than 4 years: _____%

        **v.**    Other Employer Match Schedule - 4 years but less than 5 years: _____%

        **vi.**    Other Employer Match Schedule - 5 years but less than 6 years: _____%

        **vii.**    Other Employer Match Schedule - 6 or more years: <u>100</u>%.

    ***NOTE:*** *Any vesting schedule described in E.8g must provide vesting at least as rapidly as the "3 Year Cliff" vesting schedule or the "2-6 Year Graded" vesting schedule and E.8g.vii will be deemed to be 100%.*

**9.**  **Non-Elective Contributions**

    Vesting Schedule for Non-Elective Contributions (Section 6.02):

    **a.**    **[ ]** 100%

    **b.**    **[ X ]** 2-6 Year Graded

    **c.**    **[ ]** 1-5 Year Graded

    **d.**    **[ ]** 1-4 Year Graded

    **e.**    **[ ]** 3 Year Cliff

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

    **f.**   **[ ]**  2 Year Cliff
    **g.**   **[ ]**  Other:
        **i.**    Other Non-Elective Schedule - less than 1 year: _____%
        **ii.**   Other Non-Elective Schedule - 1 year but less than 2 years: _____%
        **iii.**  Other Non-Elective Schedule - 2 years but less than 3 years: _____%
        **iv.**  Other Non-Elective Schedule - 3 years but less than 4 years: _____%
        **v.**   Other Non-Elective Schedule - 4 years but less than 5 years: _____%
        **vi.**  Other Non-Elective Schedule - 5 years but less than 6 years: _____%
        **vii.** Other Non-Elective Schedule - 6 or more years: <u>100</u>%.

*NOTE: Any vesting schedule described in E.9g must provide vesting at least as rapidly as the "3 Year Cliff" vesting schedule or the "2-6 Year Graded" vesting schedule and E.9g.vii will be deemed to be 100%.*

**10.**  **QACA Contributions**
    QACA (Non-Elective and Match) Vesting Schedule (Section 6.02). Specify the vesting schedule for contributions made pursuant to C.13a.v or C.13a.vi:
    **a.**   **[ ]**  100%
    **b.**   **[ ]**  2 Year Cliff
    **c.**   **[ ]**  Other:
        **i.**    Other QACA Schedule - less than 1 year: _____%
        **ii.**   Other QACA Schedule - 1 year but less than 2 years: _____%
        **iii.**  Other QACA Schedule - 2 or more years: <u>100</u>%.

**11.**  **Other Vesting Schedule**
    **a.**   **[ ]**  The Plan has another vesting schedule: _____
    **b.**   Describe the Participants to which the other vesting schedule applies: _____
    **c.**   **[ ]**  Retain pre-PPA Non-Elective vesting schedule for pre 2007 contributions: _____
    *NOTE: The vesting schedule in E.11 is in addition to the vesting schedules in E.8 through E.10.*
    *NOTE: E.11b must be applied in a consistent and nondiscriminatory manner and must satisfy the applicable minimum vesting requirements of Code section 411(a)(2) at every point in time, for all Participants' years of service.*

**12.**  **Forfeitures**
    Forfeitures will be used in the following manner (Article 6):
    **a.**   **[ X ]**  Any permissible method described in Section 6.03(d)
    **b.**   **[ ]**  Other: _____
    *NOTE: If E.12a is selected, forfeitures may be allocated in any manner at the discretion of the Plan Administrator.*
    *NOTE: E.12b is limited to one or a combination of the options described in Section 6.03(d), may be used to further restrict the uses of forfeiture, and must be applied in a consistent and nondiscriminatory manner.*

## SECTION F. DISTRIBUTIONS

### Normal/Early Retirement

**1.**  **Normal Retirement**
    **a.**   Normal Retirement Age means:
        **i.**    **[ X ]**  Attainment of age (not to exceed 65): <u>65</u>
        **ii.**   **[ ]**  Later of attainment of age _____ or the service specified in F.1b
    **b.**   Select the type and length of service used to measure Normal Retirement Age (not to exceed the fifth anniversary of the first day of the Plan Year in which participation commenced):
        **i.**    **[ ]**  Eligibility. _____ Year(s) of Eligibility Service
        **ii.**   **[ ]**  Vesting. _____ Year(s) of Vesting Service
        **iii.**  **[ ]**  Participation. _____ anniversary of participation (e.g., third, fourth, etc.)
    **c.**   Normal Retirement Date means:
        **i.**    **[ X ]**  Normal Retirement Age
        **ii.**   **[ ]**  First day of calendar month coincident or next following Normal Retirement Age
        **iii.**  **[ ]**  First day of calendar month nearest Normal Retirement Age
        **iv.**  **[ ]**  Anniversary date nearest Normal Retirement Age

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

     **v.**    **[ ]** Other: _____

**NOTE:** *The Normal Retirement Age shall be deemed met no later than the later of age 65 or the fifth anniversary of participation as defined in Treas. Reg. section 1.411(a)-7(b)(1) and any superseding guidance.*

**2.**  **Early Retirement**
    **a.**  Early Retirement Age means:
        **i.**    **[ X ]** None. The Plan does not have an early retirement feature.
        **ii.**    **[ ]** Attainment of age _____
        **iii.**    **[ ]** Later of attainment of age _____ or the service specified in F.2b
    **b.**  Select the type and length of service used to measure Early Retirement Age:
        **i.**    **[ ]** Eligibility. _____ Year(s) of Eligibility Service
        **ii.**    **[ ]** Vesting. _____ Year(s) of Vesting Service
        **iii.**    **[ ]** Participation. _____ anniversary of participation (e.g., third, fourth, etc.)
    **c.**  Early Retirement Date means:
        **i.**    **[ ]** Early Retirement Age
        **ii.**    **[ ]** First day of calendar month coincident or next following Early Retirement Age
        **iii.**    **[ ]** First day of calendar month nearest Early Retirement Age
        **iv.**    **[ ]** Anniversary date nearest Early Retirement Age
        **v.**    **[ ]** Other: _____

**NOTE:** *If F.2a.iii is selected and a participant terminates from service before satisfying the age requirement for early retirement, but after satisfying the service requirement, the Participant will be entitled to elect an early retirement benefit upon reaching the required age.*

## Time & Form of Payment

**3.**  **Time of Payment (Other than Death)**
    Distributions after Termination of Employment for reasons other than death shall commence (Section 7.02):
    **a.**  **[ X ]** Immediate. As soon as administratively feasible with a final payment made consisting of any allocations occurring after such Termination of Employment.
    **b.**  **[ ]** End of Plan Year. As soon as administratively feasible after all contributions have been allocated relating to the Plan Year in which the Participant's Account balance becomes distributable.
    **c.**  **[ ]** Normal Retirement Date.
    **d.**  **[ ]** Other: _____
    **NOTE:** *Any entry in "Other" must comply with Code section 401(a)(9), Section 7.02(e) and other requirements of Article 7.*

**4.**  **Form of Payment (Other than Death)**
    Medium of distribution from the Plan:
    **a.**  **[ X ]** Cash only
    **b.**  **[ ]** Cash or in-kind

**5.**  **Default Form of Payment (Other than Death)**
    **a.**  Unless otherwise elected by the Participant, distributions shall be made in the form of:
        **i.**    **[ X ]** Lump sum only
        **ii.**    **[ ]** Qualified Joint and _____% Survivor Annuity (not less than 50% and not more than 100%)
    **b.**  In addition to the form described in F.5a, distributions from the Plan after Termination for reasons other than death may be made in the following forms (select all that apply):
        **i.**    **[ ]** Lump sum only
        **ii.**    **[ ]** Lump sum payment or substantially equal annual, or more frequent installments over a period not to exceed the joint life expectancy of the Participant and his Beneficiary
        **iii.**    **[ X ]** Partial withdrawals - a Participant may withdraw such amounts at such times as he shall elect
        **iv.**    **[ ]** Other: _____
    **c.**  **[ ]** Partial or installment distributions will be permitted only to satisfy the required minimum distribution rules
    **NOTE:** *F.5b.iii and any entry in F.5b.iv must comply with Code section 401(a)(9), Section 7.02(e) and other requirements of Article 7.*

**6.**  **Distributions as an Annuity**
    **a.**  Permit Participants to make distributions in the form of an annuity
        **i.**    **[ ]** Yes - entire Account

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

**ii.**    [  ] Yes - the following conditions or limitations shall apply: _____
**iii.**    [ X ] No

**b.**    Permit Beneficiaries to make distributions in the form of an annuity
  **i.**    [  ] Yes - the entire Account
  **ii.**    [  ] Yes - the following conditions or limitations shall apply: _____
  **iii.**    [ X ] No

*NOTE: If selected, a Participant/Beneficiary may elect to have the Plan Administrator apply his vested Account to the extent provided above toward the purchase of an annuity contract, which shall be distributed to the Participant/Beneficiary. The terms of such annuity contract shall comply with the provisions of this Plan and any annuity contract shall be nontransferable.*
*NOTE: Any conditions or limitations must be applied in a consistent and nondiscriminatory manner (for example, limiting annuity distributions to Accounts in excess of a certain dollar amount.)*

7. **Transfer from Pension Plan**
   **a.**    [  ] The Plan has received a transfer of assets from a plan subject to the survivor annuity rules of Code sections 411(a)(11) and 417 (e.g., a money purchase or defined benefit plan).
   **b.**    Plan name (optional): _____
   **c.**    Transfer effective date (optional): _____
   **d.**    Other information related to transfer assets (optional): _____

## Payments on Death

8. **Beneficiary Designation**
   To the extent that a Participant's Account is subject to the survivor annuity rules of Section 7.10, the spouse of a married Participant shall be the beneficiary of (not less than 50%) _____% of such Participant's Account unless the spouse waives his or her rights to such benefit pursuant to Section 7.10 (Section 7.04).

9. **Payment upon Participant's Death**
   Distributions on account of the death of the Participant shall be made in accordance with the following:
   **a.**    [ X ] Pay entire Account balance by end of fifth year for all Beneficiaries in accordance with Sections 7.02(b)(1)(A) and 7.02(b)(2)(A) only
   **b.**    [  ] Pay entire Account balance no later than the 60th day following the end of Plan Year in which the Participant dies
   **c.**    [  ] Allow extended payments for all beneficiaries in accordance with Sections 7.02(b)(1)(A), (B) and (C) and 7.02(b)(2)(A) and (B)
   **d.**    [  ] Pay entire Account balance by end of fifth year for Beneficiaries in accordance with Sections 7.02(b)(1)(A) and 7.02(b)(2)(A) and allow extended payments in accordance with Sections 7.02(b)(1)(B) and (C) and 7.02(b)(2)(B) only if the Participant's spouse is the Participant's sole primary Beneficiary
   **e.**    [  ] Other: _____
   *NOTE: Any entry in "Other" must comply with Code section 401(a)(9), Section 7.02(b) and other requirements of Article 7.*

10. **Beneficiaries**
    **a.**    Death benefits when there is no designated beneficiary:
      **i.**    [ X ] In accordance with Section 7.04(c)
      **ii.**    [  ] Other: _____
    **b.**    [  ] A beneficiary designation to a spouse shall be automatically revoked upon the legal divorce of the Participant and the spouse.
    **c.**    [  ] For purposes of determining a Participant's spouse, the one-year rule in Code section 417(d), Treas. Reg. section 1.401(a)-20 applies.
    *NOTE: If "Other" is selected, the description must be definitely determinable and may not be specified in a manner that is subject to Employer discretion.*

## Force-Out Provisions

11. **Force-Out Provisions**
    **a.**    [ X ] Maximum force-out amount for purposes of Section 7.03 (not to exceed $5,000): $5000
      **i.**    [ X ] Exclude amounts attributable to Rollover Contributions in determining the value of the Participant's nonforfeitable account balance
      **ii.**    Force-outs will be subject to the automatic rollover provisions of 7.06(c) if over: $1000

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

**b.** If the Account is subject to the survivor annuity requirements of Section 7.10, minimum Account balance for Qualified Joint and Survivor Annuity consent requirements (not to exceed $5,000): $ _____

**c.** Force-out of a terminated Participant's Account balance is deferred under Section 7.03(b) until:

**i.** [ ] Later of age 62 or Normal Retirement Date - payment made in a lump sum only

**ii.** [ ] Required Beginning Date - Participant may elect payment in a lump sum or installments

**iii.** [ X ] Required Beginning Date - payment made in a lump sum only

**iv.** [ ] Other (must comply with Code section 411(a)(11), Section 7.03 and other requirements of Article 7): _____

*NOTE: If F.11a is less than $1,000, F.11a.i may not be selected.*

## Required Beginning Date

**12.** **Required Beginning Date**

Required Beginning Date for a Participant other than a More Than 5% Owner:

**a.** [ X ] Retirement. April 1 of the calendar year following the later of the calendar year in which the Participant attains age 70-1/2 or retires

**b.** [ ] Age 70-1/2. April 1 of the calendar year following the calendar year in which the Participant attains age 70-1/2

**c.** [ ] Election. The option provided in F.12a; provided that a Participant may elect to commence distributions pursuant to either F.12a or F.12b

## SECTION G. IN-SERVICE WITHDRAWALS

*NOTE: See Section 8.05 for limits on in-service distributions.*

*NOTE: Safe harbor contributions will be distributable when the Qualified Non-Elective Contribution Account is distributable unless otherwise limited by the Code, Treasury Regulations or Adoption Agreement.*

## Retirement/Hardship/Age

**1.** **Normal/Early Retirement**

**a.** [ ] Allow in-service distributions after attainment of Normal Retirement Date (Section 7.01(b)) from the following Accounts: _____

**b.** [ ] Allow in-service distributions after attainment of Early Retirement Date (Section 7.01(a)) from the following Accounts: _____

*NOTE:  If the Normal Retirement Date or Early Retirement Date is less than age 59-1/2 and in-service is selected, Elective Deferrals, Qualified Non-Elective Contributions, Qualified Matching Contributions and the portion of any Account that has been used to satisfy the safe harbor requirements of Code sections 401(k)(12) or 401(k)(13) or 401(m)(11) or 401(m)(12) shall not be eligible for withdrawal until the Participant attains age 59-1/2.*

**2.** **Hardship**

Hardship withdrawals are allowed as follows (Section 8.01):

**a.** [ ] None

**b.** [ ] All Accounts. A Participant may receive a distribution on account of Hardship, except from: (i) his Qualified Non-Elective Contribution Account, (ii) his Matching Contribution Account to the extent such Account has been used to satisfy the safe harbor requirements of Code sections 401(k)(12) or 401(k)(13) or 401(m)(11) or 401(m)(12) or to the extent such Account is treated as a Qualified Matching Contribution, and (iii) earnings on his Elective Deferral Account credited after the later of December 31, 1988, and the end of the last Plan Year ending before July 1, 1989

**c.** [ X ] Selected Accounts

**i.** [ X ] Elective Deferral Account (excluding earnings on his Elective Deferral Account credited after the later of December 31, 1988, and the end of the last Plan Year ending before July 1, 1989)

**ii.** [ ] Employer Matching Contribution Account (except that portion that has been used to satisfy the safe harbor requirements of Code sections 401(k)(12) or 401(k)(13) or 401(m)(11) or 401(m)(12) or to the extent such Account is treated as a Qualified Matching Contribution)

**iii.** [ ] Non-Elective Contribution Account

**iv.** [ ] Voluntary Contribution Account

**v.** [ ] Rollover Contribution Account

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

      **vi.**    **[ ]** Transfer Account

      **vii.**    **[ ]** Other: _____

**d.**    The criteria used in determining whether a Participant is entitled to receive a Hardship withdrawal:

      **i.**    **[ X ]** Safe Harbor criteria set forth in Section 8.01(b)

      **ii.**    **[ ]** Non Safe Harbor criteria set forth in Section 8.01(c)

**e.**    **[ ]** More flexible Hardship criteria applies to permitted Account(s)

      **i.**    **[ ]** Use criteria specified in Section 8.01(c)

      **ii.**    **[ ]** Use criteria specified in Section 8.01(c) with the following additional criteria or modifications: _____

**f.**    **[ X ]** Expand the Hardship criteria to include the Beneficiary of the Participant

**g.**    If a Participant may receive a Hardship withdrawal from his Elective Deferral Account, permit Hardship withdrawals from the Participant's Roth Elective Deferral Account subject to the same terms and conditions as apply to the Participant's Elective Deferral Account:

      **i.**    **[ X ]** Yes

      **ii.**    **[ ]** Yes - only if the withdrawal from the Roth Elective Deferral Account qualifies as a "qualified distribution" within the meaning of Code section 402A(d)(2)

      **iii.**    **[ ]** No

**h.**    **[ ]** Other limitations on Hardship withdrawals: _____

*NOTE: If G.2a is selected, G.2b through G.2h do not apply.*

*NOTE: G.2e only applies if Hardship withdrawals are permitted from Accounts not subject to Treas. Reg. 1.401(k)-1(d) (Accounts specified in G.2c.ii-vi to the extent applicable and selected above). If G.2e is selected, the requirements of Section 8.01(b)(2) shall not apply, the amount of the hardship distribution may not exceed the Participant's vested interest under the applicable Account and the requirements of Revenue Ruling 71-224 and any superseding guidance shall apply.*

*NOTE: G.2f only applies if the Plan provides for in-service withdrawals on account of Hardship and uses the safe harbor criteria for Hardship determinations. If G.2f is selected, Hardship distributions may be made for a primary Beneficiary for expenses described in Treas. Reg. sections 1.401(k)-1(d)(3)(iii)(B)(1), (3), or (5) (relating to medical, tuition, and funeral expenses, respectively). A "primary Beneficiary" is an individual who is named as a Beneficiary under the Plan and has an unconditional right to all or a portion of the Participant's Account Balance upon the death of the Participant.*

*NOTE: G.2g only applies if A.8b is "Yes", (Roth Elective Deferrals are permitted).*

*NOTE: Any limitations in G.2h (such as limits on the number of withdrawals per year or minimum amount of distributions) must be objectively determinable and may not be specified in a manner that is subject to Employer discretion. Minimum amount of hardship withdrawals may not exceed $1,000.*

**3.**    **Specified Age and Service**

**a.**    In-service withdrawals are allowed on attainment of age _____ and _____ service (Section 8.02):

      **i.**    **[ X ]** None

      **ii.**    **[ ]** All Accounts

      **iii.**    **[ ]** Selected Accounts

**b.**    If Selected Accounts is selected, specified age and service withdrawals may be made from the following Accounts:

      **i.**    **[ ]** Elective Deferral Account

      **ii.**    **[ ]** Employer Matching Contribution Account

      **iii.**    **[ ]** Non-Elective Contribution Account

      **iv.**    **[ ]** Qualified Non-Elective Contribution Account

      **v.**    **[ ]** Voluntary Contribution Account

      **vi.**    **[ ]** Rollover Contribution Account

      **vii.**    **[ ]** Transfer Account

      **viii.**    **[ ]** Other: _____

**c.**    If a Participant may receive a withdrawal upon the attainment of a specified age and service from his Elective Deferral Account, permit such withdrawals from the Participant's Roth Elective Deferral Account subject to the same terms and conditions as apply to the Participant's Elective Deferral Account:

      **i.**    **[ ]** Yes

      **ii.**    **[ ]** Yes - only if the withdrawal from the Roth Elective Deferral Account qualifies as a "qualified distribution" within the meaning of Code section 402A(d)(2)

      **iii.**    **[ ]** No

*NOTE: If G.3a is less than age 59-1/2, Elective Deferrals, Qualified Non-Elective Contributions, Qualified Matching Contributions and the portion of any Account that has been used to satisfy the safe harbor requirements of Code sections 401(k)(12) or 401(k)(13) or 401(m)(11) or 401(m)(12) shall not be eligible for withdrawal until the Participant attains age 59-*

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

*1/2 and completes required service; but only to the extent withdrawals are permitted from such Accounts pursuant to G.3a and G.3b.*

**NOTE:** *G.3b only applies if G.3a.iii is selected.*

**NOTE:** *G.3c only applies if A.8b is "Yes", (Roth Elective Deferrals are permitted) and G.3a.ii or G.3a.iii and G.3b.i is selected.*

**4.   Specified Age**

    **a.**    In-service withdrawals are allowed on attainment of age <u>59-1/2</u> (Section 8.02):

        **i.**    **[ ]** None

        **ii.**    **[ X ]** All Accounts

        **iii.**    **[ ]** Selected Accounts

    **b.**    If Selected Accounts is selected, specified age withdrawals may be made from the following Accounts:

        **i.**    **[ ]** Elective Deferral Account

        **ii.**    **[ ]** Employer Matching Contribution Account

        **iii.**    **[ ]** Non-Elective Contribution Account

        **iv.**    **[ ]** Qualified Non-Elective Contribution Account

        **v.**    **[ ]** Voluntary Contribution Account

        **vi.**    **[ ]** Rollover Contribution Account

        **vii.**    **[ ]** Transfer Account

        **viii.**    **[ ]** Other: _____

    **c.**    If a Participant may receive a withdrawal upon the attainment of a specified age from his Elective Deferral Account, permit such withdrawals from the Participant's Roth Elective Deferral Account subject to the same terms and conditions as apply to the Participant's Elective Deferral Account:

        **i.**    **[ X ]** Yes

        **ii.**    **[ ]** Yes - only if the withdrawal from the Roth Elective Deferral Account qualifies as a "qualified distribution" within the meaning of Code section 402A(d)(2)

        **iii.**    **[ ]** No

**NOTE:** *If G.4a is less than age 59-1/2, Elective Deferrals, Qualified Non-Elective Contributions, Qualified Matching Contributions and the portion of any Account that has been used to satisfy the safe harbor requirements of Code sections 401(k)(12) or 401(k)(13) or 401(m)(11) or 401(m)(12) shall not be eligible for withdrawal until the Participant attains age 59-1/2; but only to the extent withdrawals are permitted from such Accounts pursuant to G.4a and G.4b.*

**NOTE:** *G.4b only applies if G.4a.iii is selected.*

**NOTE:** *G.4c only applies if A.8b is "Yes", (Roth Elective Deferrals are permitted) and G.4a.ii or G.4a.iii and G.4b.i is selected.*

## Other Withdrawals

**5.   Withdrawals After Period of Participation**

    **a.**    **[ ]** Employer Matching Contributions (Section 8.03(a)). In-service withdrawals are allowed from a Participant's Employer Matching Contribution Account after _____ years of Participation

    **b.**    **[ ]** Non-Elective Contributions (Section 8.03(a)). In-service withdrawals are allowed from a Participant's Non-Elective Contribution Account after _____ years of Participation

**NOTE:** *Withdrawals under G.5a are only permitted from the Matching Contribution Account to the extent such Account has not been used to satisfy the requirements of Code sections 401(k)(12) or 401(k)(13) or 401(m)(11) or 401(m)(12) or to the extent such contributions have not been treated as Qualified Matching Contributions.*

**NOTE:** *G.5a-b may not be less than five.*

**6.   Withdrawals After Period of Accumulation**

    **a.**    **[ ]** Employer Matching Contributions (Section 8.03(a)). In-service withdrawals are allowed from a Participant's Employer Matching Contribution Account on funds held for _____ years.

    **b.**    **[ ]** Non-Elective Contributions (Section 8.03(a)). In-service withdrawals are allowed from a Participant's Non-Elective Contribution Account on funds held for _____ years.

**NOTE:** *Withdrawals under G.6a are only permitted from the Matching Contribution Account to the extent such Account has not been used to satisfy the requirements of Code sections 401(k)(12) or 401(k)(13) or 401(m)(11) or 401(m)(12) or to the extent such contributions have not been treated as Qualified Matching Contributions.*

**NOTE:** *G.6a-b may not be less than two.*

**7.   At Any Time** (Section 8.03(b))

In-service withdrawals are allowed from the following Accounts at any time:

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

    **a.**   **[ ]** Voluntary Contribution Account

    **b.**   **[ ]** Rollover Contribution Account

**8.**  **Military Distributions**

    **a.**   **[ ]** Qualified Reservist Distributions are permitted (Section 8.03(c))

    **b.**   **[ ]** Deemed Severance Distributions are permitted (Section 8.03(d))

**9.**  **Transfer Account**

    Permit a distribution to be made to a Participant who has attained age 62 and who has not separated from employment from the transfer Account

    **a.**   **[ ]** Yes - under any distribution option offered to a Terminated Participant

    **b.**   **[ ]** Yes - limited to the following terms and conditions: _____

    *NOTE: G.9 only applies if F.7a is selected (Plan has received a transfer of assets from a plan subject to the survivor annuity rules of Code sections 401(a)(11) and 417).*

**10.**  **Disability**

    **[ ]**    Allow distributions upon Disability.

    *NOTE: If G.10 is selected, the following Accounts may not be distributed unless a severe disability equivalent to A.18a. has occurred: (i) Elective Deferral Account, (ii) Qualified Non-Elective Contribution Account, (iii) Matching Contribution Account to the extent such Account has been used to satisfy the safe harbor requirements of Code sections 401(k)(12) or 401(k)(13) or 401(m)(11) or 401(m)(12) or to the extent such Account is treated as a Qualified Matching Contribution. A severe disability equivalent to A.18a is as follows: the Participant is unable to engage in any substantial gainful activity by reason of any medically determinable physical or mental impairment that can be expected to result in death or which has lasted or can be expected to last for a continuous period of not less than 12 months. The permanence and degree of such impairment shall be supported by medical evidence.*

## Conditions/Limitations

**11.**  **Vesting Status for In-service Withdrawals**

    **[ X ]** In-service withdrawals otherwise permitted under Section G are allowed only if the distributing Account is fully vested.

    *NOTE: Withdrawals under G.1-10 are only permitted from the portion of a Participant's Account described in G.11 unless otherwise specified in G.12.*

**12.**  **Other Conditions/Limitations**

    **[ ]** The following limitations, conditions or special rules apply to in-service withdrawals: _____

    *NOTE: Unless otherwise specified, the limitations will apply to all in-service withdrawals (G.1 through G.11). G.12 must be applied in a consistent and nondiscriminatory manner. For example, G.12 could be used to specify the number of withdrawals permitted in a specified time period. See Section 8.05.*

## Roth Rollovers and Transfers

**13.**  **In-Plan Roth Rollovers**

    **a.**   If the Plan allows for Roth contributions, In-Plan Roth Rollovers are permitted (Section 4.06(c)):

        **i.**    **[ ]** No

        **ii.**   **[ X ]** Yes - no limitations

        **iii.**  **[ ]** Yes - only if the Plan otherwise allows for the distribution/in-service withdrawal

        **iv.**  **[ ]** Yes - all distributions/in-service withdrawals permitted under the Code even if not otherwise provided under the Plan and upon the attainment of age: _____

        **v.**   **[ ]** Yes - limitations or conditions apply: _____

    **b.**   **[ ]** In-Plan Roth Rollovers are permitted from partially vested accounts

    **c.**   Indicate method of preserving Code section 411(d)(6) protected benefits:

        **i.**    **[ X ]** Preserve existing distributions/in-service withdrawals rights for each Account

        **ii.**   **[ ]** Other: _____

    *NOTE: To prevent terminated Employees from taking an In-Plan Roth Rollover or to limit In-Plan Roth Rollovers to a nondiscriminatory class, choose "limitations or conditions apply" and describe the circumstances under which Participants can take an In-Plan Roth Rollover.*

    *NOTE: Elective Deferrals, Qualified Non-Elective Contributions, Qualified Matching Contributions and the portion of any*

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

*Account that has been used to satisfy the safe harbor requirements of Code sections 401(k)(12) or 401(k)(13) or 401(m)(11) or 401(m)(12) shall not be eligible for withdrawal until the Participant attains age 59-1/2 irrespective of G.13a.iii, an age entered under G.13a.iv, or other limitation under G.13a.v.*

14.  **In-Plan Roth Transfers**
     If the Plan allows for Roth contributions, In-Plan Roth Transfers are permitted (Section 4.06(d)):
     **a.**   **[ X ]**  No
     **b.**   **[ ]**  Yes
     **c.**   **[ ]**  Yes - limitations or conditions apply:  _____.
     *NOTE: Assets included in an In-Plan Roth Transfer will retain the restrictions on distribution the assets had before such transfer.*

## SECTION H. PLAN OPERATIONS AND TOP-HEAVY

### Plan Operations

1.  **Permitted Investments**
    Unless indicated below, the Plan may invest up to 100% of the Trust in "qualifying employer securities" and "qualifying employer real property" (Section 9.04(b)).
    **a.**   **[ X ]**  Investment in "qualifying employer securities" and "qualifying employer real property" is restricted as follows: <u>The Plan may not invest in qualifying employer securities or qualifying employer real property</u>
    **b.**   **[ ]**  Investment in "qualifying employer securities" and "qualifying employer real property" is restricted to the following Accounts:
        **i.**    **[ ]**  Elective Deferral Account
        **ii.**   **[ ]**  Employer Matching Contribution Account
        **iii.**  **[ ]**  Voluntary Contribution Account
        **iv.**   **[ ]**  Non-Elective Contribution Account
        **v.**    **[ ]**  Qualified Non-Elective Contribution Account
        **vi.**   **[ ]**  Rollover Contribution Account
        **vii.**  **[ ]**  Transfer Account
    **c.**   **[ ]**  The following restrictions apply to distributions of "qualifying employer securities" and "qualifying employer real property":  _____
    *NOTE: Any restrictions or limitations must satisfy the nondiscrimination requirements of Code section 401(a)(4).*

2.  **Life Insurance**
    **[ ]**  Plan may invest in life insurance (Section 9.07)

3.  **Qualifying Longevity Annuity Contracts**
    **[ ]**  Participants may invest in a Qualifying Longevity Annuity Contract (Section 9.08)

4.  **Participant Self-Direction**
    **a.**   Specify the extent to which the Plan permits Participant self-direction and indicate the Plan's intent to comply with ERISA section 404(c) (Section 9.02):
        **i.**    **[ X ]**  All Accounts and 404(c) applies
        **ii.**   **[ ]**  All Accounts but 404(c) does not apply
        **iii.**  **[ ]**  Some Accounts and 404(c) applies
        **iv.**   **[ ]**  Some Accounts but 404(c) does not apply
        **v.**    **[ ]**  None
    **b.**   If "Some Accounts" is selected, a Participant may self-direct the following Accounts:
        **i.**    **[ ]**  Elective Deferral Account
        **ii.**   **[ ]**  Matching Contribution Account
        **iii.**  **[ ]**  Voluntary Contribution Account
        **iv.**   **[ ]**  Non-Elective Contribution Account
        **v.**    **[ ]**  Qualified Non-Elective Contribution Account
        **vi.**   **[ ]**  Rollover Contribution Account
        **vii.**  **[ ]**  Transfer Account
        **viii.** **[ ]**  Other:  _____

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

    **c.**   **[ ]** Participants may also establish individual brokerage accounts.

    **d.**   Participants may exercise voting rights with respect to the following investments (Section 9.06):

        **i.**    **[ ]** Employer stock only

        **ii.**   **[ ]** All investments

        **iii.**  **[ ]** Selected investments: _____

**5.**   **Valuation Date**

   Enter Valuation Date:

    **a.**   **[ ]** Last day of Plan Year

    **b.**   **[ ]** Last day of each Plan quarter

    **c.**   **[ ]** Last day of each month

    **d.**   **[ X ]** Each business day

    **e.**   **[ ]** Other: _____ (Must be at least annually).

**6.**   **Plan Administration**

    **a.**   Designation of Plan Administrator (Section 11.01):

        **i.**    **[ X ]** Plan Sponsor

        **ii.**   **[ ]** Committee appointed by Plan Sponsor

        **iii.**  **[ ]** Other: _____

    **b.**   Establishment of procedures for the Plan Administrator and the Investment Fiduciary (Sections 11.01(d) and 11.02(c)):

        **i.**    **[ X ]** Plan Administrator and Investment Fiduciary adopt own procedures

        **ii.**   **[ ]** Governing body of the Plan Sponsor sets procedures for Plan Administrator and Investment Fiduciary

    **c.**   The Trustee is also the Investment Fiduciary (Section 11.02):

        **i.**    **[ X ]** Yes

        **ii.**   **[ ]** No. The Investment Fiduciary is: _____

    **d.**   Type of indemnification for the Plan Administrator and Investment Fiduciary:

        **i.**    **[ ]** None - the Employer will not indemnify the Plan Administrator or the Investment Fiduciary

        **ii.**   **[ X ]** Standard according to Section 11.06

        **iii.**  **[ ]** Provided pursuant to an outside agreement

    **e.**   **[ ]** The following modifications shall be made to the duties of the applicable parties: _____

**7.**   **Claims Procedures Limitations**

   **[ ]** The following limitations, conditions, or special rules apply to the Claims Procedures described in Section 11.07: _____

   *NOTE: Any limitations, conditions, or special rules must satisfy requirements under DOL regulations or any other applicable guidance.*

## Top-Heavy

**8.**   **Top-Heavy Allocations**

    **a.**   Top-Heavy allocations are made to:

        **i.**    **[ X ]** This Plan. Participants who share in Top-Heavy minimum allocations:

            **A.**   **[ X ]** Non-Key only. Any Participant who is employed by the Employer on the last day of the Plan Year and is not a Key Employee

            **B.**   **[ ]** All Participants. Any Participant who is employed by the Employer on the last day of the Plan Year

            **C.**   **[ X ]** Participants covered by a collective bargaining agreement will share in Top-Heavy minimum allocations provided retirement benefits were the subject of good faith bargaining.

        **ii.**   **[ ]** Another plan: _____

        **iii.**  **[ ]** Other (include information about which Plan allocations are made to and which Participants in this Plan will share in Top-Heavy minimums): _____

    **b.**   Other plan maintained by the Employer

        **i.**    **[ X ]** N/A - no other plan

        **ii.**   **[ ]** Defined Contribution

        **iii.**  **[ ]** Defined Benefit

*NOTE: H.8a.i.C may be selected in addition to H.8a.i.A or H.8a.i.B. If H.8a.i.C applies and is not selected, Employees covered under a collective bargaining agreement that bargains in good faith for retirement benefits shall not be eligible to receive top-heavy minimum allocations.*

*NOTE: If the Employer also maintains a defined benefit plan and if such plan is silent with respect to the actuarial assumptions*

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

*used to determine the present value of accrued benefits for Top-Heavy purposes, then the assumptions used must be reasonable, need not relate to the actual plan and investment experience, and need not be the same as those used for minimum funding purposes or for purposes of determining the actual equivalence of optional benefits under the Plan.*

9. **Top-Heavy Vesting**

   Top-Heavy vesting schedule (Section 10.03):

   a.  **[ X ]** Not applicable - Vesting schedule is Top-Heavy compliant
   b.  **[ ]** 100%
   c.  **[ ]** 2-6 Year Graded
   d.  **[ ]** 1-5 Year Graded
   e.  **[ ]** 1-4 Year Graded
   f.  **[ ]** 3 Year Cliff
   g.  **[ ]** 2 Year Cliff
   h.  **[ ]** Other:
       i.   Other Top-Heavy Schedule - less than 1 year: _____%
       ii.  Other Top-Heavy Schedule - 1 year but less than 2 years: _____%
       iii. Other Top-Heavy Schedule - 2 years but less than 3 years: _____%
       iv.  Other Top-Heavy Schedule - 3 years but less than 4 years: _____%
       v.   Other Top-Heavy Schedule - 4 years but less than 5 years: _____%
       vi.  Other Top-Heavy Schedule - 5 years but less than 6 years: _____%
       vii. Other Top-Heavy Schedule - 6 or more years: <u>100</u>%.

   *NOTE: If "Other" is selected, any vesting schedule described in H.9h must provide vesting at least as rapidly as the "3 Year Cliff" vesting schedule or the "2-6 Year Graded" vesting schedule.*

10. **416 Additional Language**

    **[ ]** Additional language necessary to satisfy Code section 416 because of the required aggregation of multiple plans: _____

## SECTION I. MISCELLANEOUS

Failure to properly fill out the Adoption Agreement may result in disqualification of the Plan.

The Plan shall consist of this Adoption Agreement #001, its related Basic Plan Document #01, and any Addendum to the Adoption Agreement.

The adopting Employer may rely on an opinion letter issued by the Internal Revenue Service as evidence that the Plan is qualified under Code section 401 only to the extent provided in Revenue Procedure 2017-41 and any superseding guidance. The Employer may not rely on the opinion letter in certain other circumstances or with respect to certain qualification requirements, which are specified in the opinion letter issued with respect to the Plan and in Revenue Procedure 2017-41 and any superseding guidance. In order to have reliance in such circumstances or with respect to such qualification requirements, application for a determination letter must be made to Employee Plans Determinations of the Internal Revenue Service. The Pre-Approved Plan Provider will inform the adopting Employer of any amendments made to the Plan or of the discontinuance or abandonment of the Plan. The Pre-Approved Plan Provider, CCH Incorporated, DBA ftwilliam.com may be contacted at 1245 E. Washington Ave., Ste. 101 Madison, WI 53703; 414-226-2442.

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

## SECTION J. EXECUTION PAGE

The undersigned agree to be bound by the terms of this Adoption Agreement and Basic Plan Document and acknowledge receipt of same. The parties have caused this Plan to be executed this __13__ day of __May__, 2022.

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.:

Signature: *Michelle Diebert*

Print Name: Michelle Diebert

Title/Position: President

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

## HARDSHIP DISTRIBUTION ADDENDUM

This Addendum is intended as a good faith effort to comply with the requirements of the hardship distribution final regulations and is to be construed in accordance with same. Both the Addendum and the provisions of the hardship distribution final regulations will supersede any inconsistent Plan provisions.

For each item below, if the check boxes are empty, the *italicized* provision will apply.

1.  <u>Deferral Earnings</u>
    *Effective on the first day of the first plan year after 12/31/2018, hardship distributions may be taken from earnings on all Elective Deferrals.*

    [ ]   Effective _____, earnings on all Elective Deferrals are available for hardship distributions.

    [ ]   Hardship distributions continue to only be available from earnings on Elective Deferrals grandfathered under Treas. Reg. section 1.401(k)-1(d)(3)(ii)(B).

2.  <u>Safe Harbor Contributions/QNECs/QMACs</u>
    *Effective on the first day of the first plan year after 12/31/2018, if available under the Plan, Qualified Non-Elective Contributions (QNECs), Qualified Matching Contributions (QMACs) or contributions used to satisfy the safe harbor requirements of Code sections 401(k)(12) or 401(k)(13), or 401(m)(11) or 401(m)(12), will be available for hardship distributions.*

    [ ]   Effective _____, hardship distributions are permitted from Qualified Non-Elective Contributions, Qualified Matching Contributions or contributions used to satisfy the safe harbor requirements of Code sections 401(k)(12) or 401(k)(13), or 401(m)(11) or 401(m)(12), if available under the Plan.

    [ X ]   Hardship distributions continue to be prohibited from Qualified Non-Elective Contributions, Qualified Matching Contributions or contributions used to satisfy the safe harbor requirements of Code sections 401(k)(12) or 401(k)(13), or 401(m)(11) or 401(m)(12).

3.  <u>Amount Necessary to Satisfy Need Requirement</u>
    *Effective on the first day of the first plan year after 12/31/2018, a hardship distribution will be considered necessary to satisfy an immediate and heavy financial need of the Participant only if:*
    *   *The distribution is not in excess of the amount required to satisfy the financial need (including any amounts necessary to pay any federal, state or local income taxes or penalties reasonably anticipated to result from the distribution);*
    *   *The Participant has obtained all other currently available distributions, other than hardship distributions, under any deferred compensation plan, whether qualified or nonqualified, maintained by the Employer; and*
    *   *Effective for distributions made on or after 01/01/2020, the Participant has represented (in writing or by an electronic medium) that he has insufficient cash or other liquid assets to satisfy the financial need.*

    [ ]   Effective _____, a distribution will be determined to satisfy an immediate and heavy financial need only if the three criteria listed above are met.

    [ ]   The following provisions will be used for complying with the amount necessary to satisfy need requirement: _____

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

4.   Six-Month Suspension
*If the Safe Harbor criteria are used for hardship distributions, effective on the first day of the first plan year after 12/31/2018, the six-month suspension period for Elective Deferrals (and after-tax contributions) will no longer be a condition for obtaining a hardship distribution, even if the hardship distribution was made in the prior plan year.*

[ ]   Effective _____, the Plan will not initiate a six-month suspension period on Elective Deferrals (and after-tax contributions) following a hardship distribution (cannot be later than 01/01/2020).

    [ ]   The Plan will discontinue any remaining portion of the suspension period for hardship distributions made prior to the entered effective date.

    [ ]   The Plan will continue any remaining portion of the full six-month suspension period for hardship distributions made prior to the entered effective date.

5.   Loan Requirement
*If the Safe Harbor criteria are used for hardship distributions, effective on the first day of the first plan year after 12/31/2018, Participants are not required to take all nontaxable loans under all plans maintained by the Employer prior to applying for a hardship distribution.*

[ ]   Effective _____, Participants are not required to take all available nontaxable loans before applying for a hardship distribution.

[ ]   Participants must continue to take all nontaxable loans under all plans maintained by the Employer before applying for a hardship distribution.

6.   Safe Harbor Financial Needs
*If the Safe Harbor criteria are used for hardship distributions, the following immediate and heavy financial needs are considered as safe harbor criteria for hardship distributions made on or after 01/01/2018:*
- *Expenses for the repair of damage to the Employee's principal residence that would qualify for the casualty deduction under Code section 165 (determined without regard to section 165(h)(5) and whether the loss exceeds 10% of adjusted gross income).*
- *Expenses and losses (including loss of income) incurred by the Employee on account of a disaster declared by the Federal Emergency Management Agency (FEMA) under the Robert T. Stafford Disaster Relief and Emergency Assistance Act, provided that the Employee's principal residence or principal place of employment at the time of the disaster was located in an area designated by FEMA for individual assistance with respect to the disaster.*

[ ]   Effective _____, the immediate and heavy financial needs listed above are considered as safe harbor criteria for hardship distributions.

[ ]   The immediate and heavy financial needs listed above are not considered as safe harbor criteria for hardship distributions.

The undersigned agree to be bound by the terms of the foregoing addenda to the Plan and acknowledge receipt of same. The addenda are executed this 13 day of May , 2022.

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.:

Signature: *Michelle Diebert*

Print Name: Michelle Diebert

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

Title/Position: President

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

## SECURE/CARES/CAA ADDENDUM

This Addendum is intended as a good faith effort to comply with the requirements of the Further Consolidated Appropriations Act, 2020, including the SECURE Act provisions, the Coronavirus, Aid, Relief and Economic Security (CARES) Act, and the Consolidated Appropriations Act, 2021 (CAA), and corresponding guidance (the "Applicable Law"). This Addendum is to be construed in accordance with the Applicable Law and both the Addendum and the Applicable Law will supersede any inconsistent Plan provisions.

**OPTIONAL PROVISIONS:**

For each item below, if the check boxes are empty, the *italicized* provision will apply.

1.  Qualified Birth or Adoption Distributions (see Section A. below)
    *The Plan does not permit qualified birth or adoption distributions as a separate distribution event.*

    [ ]    Effective _____ (no earlier than 01/01/2020), the Plan permits qualified birth or adoption distributions as a separate distribution event.

    [ ]    The following limitations and conditions apply: _____.

2.  Treatment of 2020 RMDs (see Section B. below)
    *Effective 01/01/2020, unless the Participant or beneficiary chooses otherwise, a Participant or beneficiary who would have been required to receive a 2020 RMD will **not** receive this distribution.*

    Effective _____ (no earlier than 01/01/2020):

    [ ]    Unless the Participant or beneficiary chooses otherwise, a Participant or beneficiary who would have been required to receive a 2020 RMD will **not** receive this distribution.

    [ ]    Unless the Participant or beneficiary chooses otherwise, a Participant or beneficiary who would have been required to receive a 2020 RMD will receive this distribution.

3.  2020 RMDs as Direct Rollovers (see Section B. below)
    *A direct rollover is not offered for 2020 RMDs or Extended 2020 RMDs.*

    For purposes of the direct rollover provisions of the Plan, the following will be treated as eligible rollover distributions in 2020:

    [ ]    2020 RMDs.

    [ ]    2020 RMDs and Extended 2020 RMDs.

    [ ]    2020 RMDs, but only if paid with an additional amount that is an eligible rollover distribution without regard to Code section 401(a)(9)(l).

4.  Portability of Lifetime Income Options (see Section F. below)
    *The Plan does not permit "qualified distributions" or "qualified plan distribution annuity contracts" of lifetime income investment options.*

    [ ]    The Plan permits "qualified distributions" or "qualified plan distribution annuity contracts" of lifetime income investment options when such investment options are no longer authorized to be held as an investment option under the Plan effective: _____ (no earlier than the plan year beginning after 12/31/2019).

    [ ]    The following limitations and conditions apply: _____.

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

5.  <u>Transfer Account</u>
    *The existing Plan provisions, if any, remain in effect for distributions to a Participant who has not separated from employment from a Transfer Account holding assets transferred from a plan subject to the survivor annuity rules of Code section 401(a)(11) and 417 (e.g., age cannot be less than 62).*

    [  ]    Effective _____ (no earlier than 01/01/2020), the Plan permits distributions to a Participant who has not separated from employment from a Transfer Account holding assets transferred from a plan subject to the survivor annuity rules of Code section 401(a)(11) and 417 if the Participant attains: _____ (age cannot be less than 59-1/2).

**STANDARD PROVISIONS:**

**A.    Qualified Birth or Adoption Distributions**

To the extent provided above, a Participant may receive a distribution up to $5,000 during the 1-year period beginning on the date on which the Participant's child is born or on which the legal adoption by the Participant of an eligible adoptee is finalized. An eligible adoptee is any individual (other than a child of the Participant's spouse) who has not attained age 18 or is physically or mentally incapable of self-support. The $5,000 maximum is an aggregate amount of such distributions from all plans maintained by the Employer.

**B.    Required Minimum Distributions**

In defining Required Beginning Date or determining required minimum distributions, any references to age 70-1/2 are replaced with: age 70-1/2 (for Participants born before 07/01/1949) or age 72 (for Participants born after 06/30/1949).

Notwithstanding other provisions of the Plan to the contrary and if selected above, a Participant or beneficiary who would have been required to receive required minimum distributions in 2020 (or paid in 2021 for the 2020 calendar year for a Participant with a required beginning date of 04/01/2021) but for the enactment of section 401(a)(9)(I) of the Code ("2020 RMDs"), and who would have satisfied that requirement by receiving distributions that are either: (1) equal to the 2020 RMDs, or (2) one or more payments (that include the 2020 RMDs) in a series of substantially equal periodic payments made at least annually and expected to last for the life (or life expectancy) of the Participant, the joint lives (or joint life expectancies) of the Participant and the Participant's designated beneficiary, or for a period of at least 10 years ("Extended 2020 RMDs"), may receive those distributions.

**C.    Distribution on Account of Death for Certain Eligible Retirement Plans**

Whether before or after distribution has begun, a Participant's entire interest will be distributed to the designated beneficiary by 12/31 of the calendar year containing the tenth anniversary of the Participant's death unless the designated beneficiary meets the requirements of an "eligible designated beneficiary". An "eligible designated beneficiary" may receive distributions over the life of such designated beneficiary. If there is no designated beneficiary as of 09/30 of the year following the year of the Participant's death, the Participant's entire interest will be distributed by 12/31 of the calendar year containing the fifth anniversary of the Participant's death.

An "eligible designated beneficiary" is defined as any designated beneficiary who is: (i) the surviving spouse of the Participant; (ii) a minor child of the Participant; (iii) disabled; (iv) a chronically ill individual; or (v) an individual who is not more than 10 years younger than the Participant. The determination of whether a designated beneficiary is an "eligible designated beneficiary" is made as of the date of death of the Participant. If an "eligible designated beneficiary" dies before the portion of the Participant's interest is entirely distributed, the remainder of such portion must be distributed within 10 years after the death of such "eligible designated beneficiary".

**D.    Qualified Automatic Contribution Arrangement (QACA)**

If a Qualified Automatic Contribution Arrangement (QACA) feature is elected, the Plan Administrator has the discretion to increase automatic elections subsequent to the initial period up to a maximum limitation of 15% of Plan Compensation.

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

**E.      Safe Harbor Notice**

If the non-elective contribution method is elected for safe harbor plan exemption (including under a Qualified Automatic Contribution Arrangement), effective for Plan years beginning on or after 01/01/2020, the safe harbor notice is not required for satisfying the conditions of Code sections 401(k)(12) or 401(k)(13).

**F.      Portability of Lifetime Income Investments**

To the extent provided above, any amounts invested in a "lifetime income investment" may be distributed through either "qualified distributions" or "qualified plan distribution annuity contracts" no earlier than 90 days prior to the date that such "lifetime income investment" may no longer be held as an investment option under the Plan.

The following terms are used in this section:

"Qualified distribution" means a direct trustee-to-trustee transfer described in Code section 401(a)(31)(A) to an eligible retirement plan (as defined in Code section 402(c)(8)(B)).

"Qualified plan distribution annuity contract" means an annuity contract purchased for a Participant and distributed to the Participant by a plan or contract described in subparagraph (B) of Code section 402(c)(8) (without regard to clauses (i) and (ii) thereof).

"Lifetime income investment" means an investment option which is designed to provide an employee with election rights which: (a) are not uniformly available with respect to other investment options under the plan, and (b) are to a "lifetime income feature" available through a contract or other arrangement offered under the plan (or under another eligible retirement plan (as so defined), if paid by means of a direct trustee-to-trustee transfer described in Code section 401(a)(31)(A) to such other eligible retirement plan).

"Lifetime income feature" means: (a) a feature which guarantees a minimum level of income annually (or more frequently) for at least the remainder of the life of the employee or the joint lives of the employee and the employee's designated beneficiary, or (b) an annuity payable on behalf of the employee under which payments are made in substantially equal periodic payments (not less frequently than annually) over the life of the employee or the joint lives of the employee and the employee's designated beneficiary.

**G.      Disaster or Coronavirus-Related Relief**

Notwithstanding any provision of the Plan to the contrary, the Plan may grant temporary disaster or coronavirus-related relief in compliance with Code sections 1400M and 1400Q, section 15345 of the Food, Conservation, and Energy Act of 2008, section 702 of the Heartland Disaster Tax Relief Act of 2008, section 502 of the Disaster Tax Relief and Airport and Airway Extension Act of 2017, section 11028 of the Tax Cuts and Jobs Act of 2017, section 20102 of the Bipartisan Budget Act of 2018, subtitle II of Division Q of the Further Consolidated Appropriations Act, 2020, section 2202 of the Coronavirus, Aid, Relief and Economic Security Act, and Title III of Division EE of the Consolidated Appropriations Act, 2021 ("Applicable Law"). This Section only applies to the extent the Plan has provided some or all of the relief listed below in compliance with Applicable Law.

  A. Qualified Distributions

  I.      "Qualified Distribution" means a distribution to a qualified individual within the applicable time periods as defined in the relevant sections of Applicable Law which may not exceed $100,000 in aggregate from all plans maintained by the Employer.

  II.      If the Plan permits rollover contributions, at any time during the 3-year period beginning on the day after the Qualified Distribution was received, an individual may contribute as a rollover to the Plan an aggregate amount that does not exceed the amount of the Qualified Distribution.

  III.      If the Plan permits rollover contributions, an individual who received a withdrawal for the purchase of a home, but could not use the withdrawal amount due to the disaster, may contribute as a rollover to the Plan an aggregate amount that does not exceed the amount of the withdrawal amount within the applicable time periods as defined in the relevant sections of Applicable Law.

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

B. Expanded Loan Provisions

I. The maximum loan limit under Code section 72(p)(2)(A) may be applied by substituting "$100,000" for "$50,000" and substituting "the present value" for "one-half the present value" under the Loan Procedures for a qualified individual within the applicable time periods as defined in the relevant sections of Applicable Law.

II. The loan repayment may be delayed for 1 year for a qualified individual within the applicable time periods as defined in the relevant sections of Applicable Law.

III. Subsequent repayments will be adjusted to reflect the 1-year delay and any interest accrued during such delay.

IV. The 1-year delay will be disregarded in determining the 5-year maximum term of loans under Code section 72(p)(2)(B) and (C).

## H.    Difficulty of Care Payments Included in Statutory Compensation

In determining the contribution limitation, Statutory Compensation will be increased by qualified foster care payments. Qualified foster care payments are difficulty of care payments excluded from gross income under Code section 131. Any contribution by the Participant which is allowable due to such increase is treated as an after-tax contribution.

## I.    Long-Term, Part-Time Employees

Notwithstanding any provision of the Plan to the contrary, effective for Plan years beginning after 12/31/2020, any Employee working at least 500 hours of service during each of three consecutive 12-month periods ("LTPT Employee") becomes a Participant eligible to make Elective Deferrals on the date specified in the Plan provided that he or she is an Eligible Employee and has attained the applicable age requirement, if any, on such date. No 12-month period beginning before 01/01/2021 is taken into account. Each 12-month period for which an LTPT Employee has at least 500 hours of service is treated as a year of service for vesting purposes.

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

**THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.**
**FORMAL RECORD OF ACTION**

The following is a formal record of action taken by the governing body of The Center For Special Needs Trust Administration, Inc. (the "Employer").

With respect to the amendment and restatement of the The Center For Special Needs Trust 401(K) PSP (the "Plan"), the following resolutions are hereby adopted:

**RESOLVED**:   That the Plan be amended and restated effective 01/01/2022, in the form attached hereto, which Plan is hereby adopted and approved;

**RESOLVED FURTHER**:   That the appropriate officers of the Employer be, and they hereby are, authorized and directed to execute the Plan on behalf of the Employer;

**RESOLVED FURTHER**:   That Michelle Diebert is hereby retained as the Trustee of the Plan; and

**RESOLVED FURTHER**:   That the officers of the Employer be, and they hereby are, authorized and directed to take any and all actions and execute and deliver such documents as they may deem necessary, appropriate or convenient to effect the foregoing resolutions including, without limitation, causing to be prepared and filed such reports documents or other information as may be required under applicable law.

Dated this __13__ day of __May_____, 2022.

Michelle Diebert
_____

_Michelle Diebert_
_____

President
_____

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

**LOAN PROCEDURES**
THE CENTER FOR SPECIAL NEEDS TRUST 401(K) PSP

This document contains important information about the procedures for obtaining a loan from the Plan. The following rules shall apply to the loan program:

**Procedure for Applying for a Loan** If you are an active Participant in the The Center For Special Needs Trust 401(K) PSP, you may apply for a loan from the Plan. You must complete a Loan Application Form and submit the completed form and supporting materials to the Plan Administrator. Loan application forms may be obtained from the Plan Administrator. All loan applications will be reviewed on a uniform and nondiscriminatory basis and your loan will be approved if the Plan Administrator determines you have the ability to repay the loan, the loan is adequately secured and the loan meets the other requirements set out below.

**Administration of the Plan Loan Program** The Plan loan program is administered by the Plan Administrator.

**Promissory Note** If your loan is approved, you will be required to sign a promissory note.

**Type and Amount of Loan** The Plan does not restrict the purposes for which loans may be made. However, the Plan does set maximum and minimum limits on the amount of a loan.

**Accounts and/or Investments** Loans may only be made from the following Accounts and/or Investments: All accounts except Employee Roth Deferrals.

**Maximum Amount of Loan** When added to the outstanding balance of all other loans from all plans of the Employer, a loan may not exceed the lesser of:

(A)   $50,000 minus the difference between the highest outstanding balance of loans in the past 12 months and the outstanding balance of loans from the Plan on the date the loan is made, or

(B)   50% of the vested account balance under the Plan.

**Roth Contribution Account** The Plan Administrator will determine whether you may receive a loan from your Roth Contribution Account. If the Plan Administrator allows loans from your Roth Contribution Account, the Plan Administrator may specify an ordering rule for loans. The ordering rule will determine whether loans will be made first or last from your Roth Contribution Account or in any combination of your Roth Contribution Account and any other Account.

**Repayment** Loans must be paid in equal payments over a period not extending beyond five years from the date of the loan.

If you go on a leave of absence you may be able to suspend loan repayments. Please contact the Plan Administrator to determine whether your leave of absence qualifies. You must repay a loan in accordance with the repayment schedule or you may repay the loan in full. Loan repayments shall be made each pay period. Partial early loan payoffs are not permitted. You may not refinance your loan. The loan will become payable in full on your termination of employment.

**Maximum Number of Loans** The maximum number of loans outstanding at any one time is 1.

**Minimum Loan Amount** The minimum loan amount is $1,000.

**Interest Rate** According to U.S. Department of Labor Regulations, the interest rate for a participant loan from a retirement plan must be comparable to the current interest rates charged by financial institutions for similar loans. The interest that will apply on your loan will be Prime rate plus 1.5% per year. However, you may qualify for a lower interest rate if you are on active duty in the military. If you are on active duty, please contact the Plan Administrator to determine whether you qualify for the lower interest rate.

**Collateral** Your vested account balance under the Plan will serve as collateral for the loan. However, a maximum of 50% of your vested account balance may be used as collateral.

**Payroll Deduction** Payments will be made through payroll deduction every pay period.

**Fees** The Plan charges an initial loan processing fee of $150.00. Any fee may be deducted from the proceeds of the loan and/or charged to your account.

Copyright © 2002-2022
Flexible Benefits Systems, Inc.

**Default** Your loan will be in default if a scheduled payment is not made by the end of the "cure period." The "cure period" is the repayment period allowed by the Plan Administrator which will not extend beyond the last day of the calendar quarter following the calendar quarter during which the last scheduled installment payment was due and not paid. To fully understand the potential tax consequences in the event of a loan default, you are encouraged to seek professional tax advice before requesting a loan.

**Coordination with Qualified Domestic Relations Orders ("QDROs")** No loan will be approved if the Plan Administrator is reviewing a domestic relations order that may affect your benefit under the Plan.

**Special Rules for Military Leave** If you are called into or volunteer for military service, special provisions may apply. You may request a loan suspension during your leave and choose from the following repayment methods upon your return to employment: (a) re-amortize the remaining loan balance; (b) repay all suspended loan payments at the end of your leave; or (c) continue payments under the prior rate and make a balloon payment at the end of the term. If you refinance the loan, you may extend the repayment period to the date that includes the latest date the loan repayment period could have been scheduled for (if the original term was less than five years) plus the period during which the loan was suspended. (See the note above regarding interest rates.)

Copyright © 2002-2022
Flexible Benefits Systems, Inc.

## THE CENTER FOR SPECIAL NEEDS TRUST 401(K) PSP
## PLAN HIGHLIGHTS

**IMPORTANT:** *This is a summary of the plan features. For full details, please refer to the Summary Plan Description.*

| Eligibility | |
|---|---|
| **Excluded Employees:** | You are excluded from the Plan if you are a member of any of the following classes of employees: <br><br> • Employees covered by a collective bargaining agreement, for purposes of Elective Deferral Contributions, Safe Harbor Matching Contributions and Non-Elective Contributions. <br><br> • Non-resident aliens, for purposes of Elective Deferral Contributions, Safe Harbor Matching Contributions and Non-Elective Contributions. |
| **Elective Deferral Contributions and Non-Elective Contributions:** | You must meet the following criteria to become eligible to participate in the Plan: <br><br> • Attain age 21 <br><br> • Complete one (1) Year of Eligibility Service, during which you complete 1,000 hours of service. |
| **Elective Deferral Contributions and Non-Elective Contributions:** | You will enter the Plan on the first day of the calendar month coincident with or next following the time you meet the eligibility criteria specified above. |
| Contributions | |
| **Elective Deferral:** | You may elect to defer up to 100% of your Plan Compensation on a pre-tax basis. You may also elect to make Roth contributions to the Plan on an after-tax basis. You may elect to change your elections to contribute to the Plan as of each pay period. Federal law also limits the amount you may elect to defer under the Plan ($20,500 in 2022). However, if you are age 50 or over, you may defer an additional amount up to $6,500 (in 2022). These dollar limits are indexed; therefore, they may increase each year for cost-of-living adjustments. |
| **Safe Harbor Matching Contributions:** | The Employer will contribute a matching contribution to your Safe Harbor Matching Contribution Account in an amount equal to: (i) 100% of the Matched Employee Contributions that are not in excess of 3% of your Plan Compensation, plus (ii) 50% of the amount of the Matched Employee Contributions that exceed 3% of your Plan Compensation but that do not exceed 5% of your Plan Compensation. Matching contributions will be allocated to the Safe Harbor Matching Contribution Accounts of Participants as soon as administratively feasible after the end of each pay period. |
| **Non-Elective Contributions:** | The Employer may, in its sole discretion, make a Non-Elective Contribution on your behalf in an amount determined by the Employer. Such contribution, if made, will be allocated in an amount designated by the Employer to be allocated to similarly situated eligible Participants. You must complete at least 1,000 hours of service during the Applicable Period and be employed by the Employer on the last day of the Applicable Period in order to receive a Non-Elective Contribution. For purposes of this section, the Applicable Period for determining satisfaction of service requirements for an allocation of Non-Elective Contributions will be each Plan Year. |
| **Rollovers:** | The Plan may accept a Rollover Contribution made on behalf of any Employee not excluded from the Plan, regardless of whether such Employee has met the age and service requirements of the Plan. If you have money in a non-Roth account you may rollover/transfer the account balance to a Roth (after-tax) account under this plan. |
| Vesting | |
| **Fully Vested Accounts:** | You will have a fully vested and nonforfeitable interest in your Elective Deferral Account, Rollover Contribution Account, Qualified Non-Elective Contribution Account and Safe Harbor Matching |

Copyright © 2002-2022
Flexible Benefits Systems, Inc.

| | |
|---|---|
| | Contribution Account. |
| **Non-Elective Contributions:** | Your Non-Elective Contribution Account is subject to a 2-6 year graded vesting schedule (20% per year starting with two years of vesting service). |

**Investing Plan Contributions**

| | |
|---|---|
| **Investments:** | You may direct the investment of all of your Accounts in one or more of the available Investment Funds. Your elections will be subject to such rules and limitations as the Plan Administrator may prescribe. The Plan Administrator may restrict investment transfers to the extent required to comply with applicable law. The Plan is intended to constitute a plan described in section 404(c) of ERISA. This means that Plan fiduciaries may be relieved of liability for any of your losses that are the result of your investment elections. |

**Distributions and Loans**

| | |
|---|---|
| **Distributions from the plan:** | You may receive a distribution from your account under the following circumstances:<br><br>• Immediately after your employment terminates<br><br>• Hardship (limited accounts)<br><br>• After age 59-1/2<br><br>• Death |
| **Loans:** | The minimum loan amount is $1,000 and the maximum number of loans outstanding is 1. Please see your Loan Procedures for additional details on taking a loan from the Plan. |

**Contact Information**

Plan Administrator:
    The Center For Special Needs Trust Administration, Inc
    Address: 4912 Creekside Drive, Clearwater, FL 33760
    Phone number: 727-894-4489

*Note: These plan highlights are intended to be a very concise overview of plan features. For a detailed description of plan features, please review the Summary Plan Description or contact the Plan Administrator for more information. The plan features described in these plan highlights are subject to change and in the event of a discrepancy between the legal plan document and these highlights (or any other summary of plan features), the plan document shall control.*

Copyright © 2002-2022
Flexible Benefits Systems, Inc.

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

**THE CENTER FOR SPECIAL NEEDS TRUST 401(K) PSP**

**SUMMARY PLAN DESCRIPTION**

01/01/2022

*Prepared by:*
Flexible Benefits Systems, Inc.

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

THE CENTER FOR SPECIAL NEEDS TRUST 401(K) PSP

SUMMARY PLAN DESCRIPTION

TABLE OF CONTENTS

INTRODUCTION ........................................................................................................................... 1

ELIGIBILITY ................................................................................................................................. 1
    Eligible Employee ....................................................................................................................... 1
    Elective Deferral Contributions and Non-Elective Contributions ............................................. 1
    Safe Harbor Matching Contributions ......................................................................................... 1
    Computing Service ...................................................................................................................... 1

CONTRIBUTIONS ......................................................................................................................... 2
    Account ....................................................................................................................................... 2
    Elective Deferral Contributions ................................................................................................. 2
    Roth Contributions ..................................................................................................................... 2
    Safe Harbor Matching Contributions ......................................................................................... 2
    Non-Elective Contributions ........................................................................................................ 3
    Qualified Non-Elective Contributions ....................................................................................... 3
    Rollover Contributions ............................................................................................................... 3
    Military Service Contributions ................................................................................................... 3
    Limits on Contributions ............................................................................................................. 3

COMPENSATION .......................................................................................................................... 3
    Plan Compensation ..................................................................................................................... 3

VESTING ........................................................................................................................................ 4
    Elective Deferral Account, Rollover Contribution Account, Qualified Non-Elective Contribution Account and Safe Harbor
    Matching Contribution Account ................................................................................................. 4
    Non-Elective Contributions ........................................................................................................ 4
    Special Vesting Rules ................................................................................................................. 5
    Forfeitures .................................................................................................................................. 5
    Year of Vesting Service .............................................................................................................. 5

DISTRIBUTIONS ........................................................................................................................... 5
    Commencement of Distributions ................................................................................................ 5
    Normal Retirement Age .............................................................................................................. 5
    Timing and Form of Payment ..................................................................................................... 6
    Force-Out ................................................................................................................................... 6
    Beneficiary .................................................................................................................................. 6

IN-SERVICE DISTRIBUTIONS AND LOANS ........................................................................... 6
    Hardship Distributions ............................................................................................................... 6
    Attainment of Age 59-1/2 ........................................................................................................... 7
    In-Plan Roth Rollovers of Distributable Amounts .................................................................... 7
    Rules Regarding In-Service Distributions ................................................................................. 8
    Loans .......................................................................................................................................... 8

INVESTMENTS .............................................................................................................................. 8
    Participant Self-Direction ........................................................................................................... 8
    Voting Rights .............................................................................................................................. 8
    Valuation Dates .......................................................................................................................... 9

SPECIAL TOP-HEAVY RULES .................................................................................................... 9
    Minimum Allocations ................................................................................................................ 9
    Minimum Vesting ....................................................................................................................... 9

CLAIMS PROCEDURES ............................................................................................................... 9

YOUR RIGHTS UNDER ERISA .................................................................................................. 10

MISCELLANEOUS ....................................................................................................................... 11

i

Copyright © 2002-2022
Flexible Benefits Systems, Inc.

Domestic Relations Orders .................................................................................................... 11
Disability ................................................................................................................................. 11
Assignment and Alienation of Benefits ................................................................................ 11
Amendment and Termination ................................................................................................ 11
Fees ......................................................................................................................................... 11
Insurance ................................................................................................................................ 12
Administrator Discretion ....................................................................................................... 12
Plan Not a Contract of Employment ..................................................................................... 12
Waiver .................................................................................................................................... 12
Errors ...................................................................................................................................... 12

ADMINISTRATIVE INFORMATION .................................................................................... 12

Copyright © 2002-2022
Flexible Benefits Systems, Inc.

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

## INTRODUCTION

The Center For Special Needs Trust Administration, Inc. (the "Company") established the The Center For Special Needs Trust 401(K) PSP (the "Plan") effective 01/01/2011. This Summary Plan Description describes the Plan as restated effective 01/01/2022. This revised Summary Plan Description supersedes all previous Summary Plan Descriptions. Although the purpose of this document is to summarize the more significant provisions of the Plan, the plan document will prevail in the event of any inconsistency. In addition, the terms of the Plan cannot be modified by written or oral statements made to you by the Plan Administrator or other personnel.

## ELIGIBILITY

Eligible Employee

You are an "Eligible Employee" if you are employed by The Center For Special Needs Trust Administration, Inc. or any affiliate who has adopted the Plan. However, you are not an "Eligible Employee" if you are a member of any of the following classes of employees:

- For purposes of Elective Deferral Contributions, Safe Harbor Matching Contributions and Non-Elective Contributions, any employee who is included in a unit of employees covered by a collective bargaining agreement, if retirement benefits were the subject of good faith bargaining, and if the collective bargaining agreement does not provide for participation in this Plan.

- For purposes of Elective Deferral Contributions, Safe Harbor Matching Contributions and Non-Elective Contributions, any employee who is a non-resident alien who received no earned income which constitutes income from services performed within the United States.

Elective Deferral Contributions and Non-Elective Contributions

You will become eligible to make Elective Deferral Contributions and receive Non-Elective Contributions on the first day of the calendar month, coincident with or next following the date you attain age 21 and you complete one (1) Year of Eligibility Service, provided that you are an Eligible Employee on that date.

Safe Harbor Matching Contributions

You will become a Participant eligible to begin receiving Safe Harbor Matching Contributions immediately upon your date of hire.

Computing Service

With respect to eligibility to make Elective Deferral Contributions and to receive Non-Elective Contributions, "Year of Eligibility Service" means an Eligibility Computation Period during which you complete at least 1,000 hours of service.

"Eligibility Computation Period" means a consecutive 12-month period beginning with your first day of employment. Any succeeding Eligibility Computation Period will then switch to the Plan Year, beginning with the Plan Year that includes your first anniversary of employment. You will generally earn an hour of service for each hour you are paid for the performance of duties for the Company (however, numerous exceptions and special rules apply).

To the extent that the Plan uses the hours of service method to determine eligibility Service, an employee will be credited with one hundred ninety (190) hours of service for each month or partial month of service with the Company.

All eligibility service with the Company is taken into account.

Please note, if you are eligible to make or receive contributions you will be a "Participant" in the Plan.

1

Copyright © 2002-2022
Flexible Benefits Systems, Inc.

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

## CONTRIBUTIONS

### Account

"Account" means all of the contributions, of whatever type, made to the Plan for a Participant, including the earnings and losses on those contributions.

### Elective Deferral Contributions

You may elect to reduce your Compensation (defined below) and make a contribution to the Plan on a pre-tax basis. These pre-tax contributions are known as Elective Deferral Contributions. You may elect to defer up to 100% of your Plan Compensation on a pre-tax basis. Federal law also limits the amount you may elect to defer under this Plan and any other retirement plan permitting Elective Deferral Contributions during any calendar year ($20,500 in 2022). However, if you are age 50 or over, you may defer an additional amount, called a "Catch-up Contribution", of up to $6,500 (in 2022). These dollar limits are indexed; therefore, they may increase each year for cost-of-living adjustments.

You may elect to start, increase, reduce or totally suspend your elections to contribute to the Plan effective as of each pay period.

The Plan Administrator may establish rules regarding the manner in which your elections are made. The rules may also require that certain advance notice be given of any election. Your election regarding Elective Deferral Contributions is only effective for Compensation you will receive in the future. The Plan Administrator may also reduce or totally suspend your election if the Plan Administrator determines that your election may cause the Plan to fail to satisfy any of the requirements of the Internal Revenue Code.

### Roth Contributions

The Plan allows Elective Deferral Contributions to be made as Roth Contributions. Roth Contributions are Elective Deferral Contributions that are made in the same manner as your pre-tax Elective Deferral Contributions except that Roth Contributions are made to the Plan on an after-tax basis. If certain requirements are met, a "qualified distribution" from your Roth Contribution Account in the Plan will not be taxed.

You must designate how much you would like to contribute on a pre-tax basis (normal Elective Deferral Contribution) and how much you would like to contribute as an after-tax Roth Contribution. You are not required to make any Roth Contributions. You may continue to designate all of your Elective Deferral Contribution elections as normal pre-tax contributions.

The sum of your Roth Contributions and normal Elective Deferral Contributions may not exceed the annual limit on normal Elective Deferral Contributions mentioned above.

As was mentioned above, a "qualified distribution" of your Roth Contributions (and earnings) is not taxable. A "qualified distribution" must be made more than five years after the first Roth Contribution is made and must meet at least one of the following requirements:

(i)      the distribution must be made after you attain age 59-1/2;

(ii)     the distribution must be made to your beneficiary after your death; or

(iii)    the distribution must be made on account of your disability.

Please note, Roth Contributions are not suitable for everyone. Please consult with your tax advisor before making any Roth Contributions to the Plan.

### Safe Harbor Matching Contributions

The Company will contribute a matching contribution to your Safe Harbor Matching Contribution Account in an amount equal to: (i) 100% of the Matched Employee Contributions that are not in excess of 3% of your Plan Compensation, plus (ii) 50% of the amount of the Matched Employee Contributions that exceed 3% of your Plan Compensation but that do not exceed 5% of your

Copyright © 2002-2022
Flexible Benefits Systems, Inc.

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

Plan Compensation. Matching contributions will be allocated to the Safe Harbor Matching Contribution Accounts of Participants as soon as administratively feasible after the end of each pay period.

### Non-Elective Contributions

The Company may, in its sole discretion, make a Non-Elective Contribution to the Plan on your behalf. You will be eligible to receive an allocation if you have completed at least 1,000 hours of service during the Applicable Period and are employed by the Company on the last day of the Applicable Period. For purposes of this section, the Applicable Period for determining satisfaction of service requirements for an allocation of Non-Elective Contributions will be each Plan Year. Non-Elective Contributions will be allocated to the Non-Elective Contribution Accounts of each Participant eligible to share in such allocations after the end of the Plan Year. Such contributions will be allocated in an amount designated by the Company to be allocated to each eligible Participant. For purposes of this section, an employee will be credited with one hundred ninety (190) hours of service for each month or partial month of service with the Company.

Please note, if you are an Eligible Employee and terminate employment with the Company due to death, disability or attainment of Normal Retirement Age you will be eligible to receive a Non-Elective Contribution regardless of whether you meet any last day requirement described in this section.

Please note, hours of service requirements during the Plan Year do still apply.

Please note, if you terminate on the last day of the Applicable Period, you will be treated as being employed for purposes of determining whether you have met the last day requirement described in this section.

### Qualified Non-Elective Contributions

In addition to the contributions described above, the Company may make additional Qualified Non-Elective Contributions for the benefit of such Participants determined at the discretion of the Company.

### Rollover Contributions

The Plan may accept a Rollover Contribution made on behalf of any Eligible Employee, regardless of whether such employee has met the age and service requirements of the Plan. An Eligible Employee who has not yet met any of the eligibility requirements of the Plan will be deemed a Participant only with respect to amounts, if any, in his Rollover Contribution Account. In general, any eligible rollover distribution will be accepted by the Plan; however, the Plan Administrator may establish procedures that regulate the method by which Rollover Contributions will be accepted.

### Military Service Contributions

If you serve in the United States armed forces and must miss work as a result of such service, you may be eligible to receive contributions, benefits and service credit with respect to any qualified military service. In addition, your survivors may be eligible to receive benefits or service credit if you die while performing qualified military service.

### Limits on Contributions

The amount that may be contributed to the Plan on your behalf in any year is limited to a fixed dollar amount ($61,000 in 2022). This dollar limit is indexed; therefore, it may increase each year for cost-of-living adjustments. In addition, contributions cannot exceed 100% of your total Plan Compensation.

## COMPENSATION

### Plan Compensation

"Plan Compensation" means wages that are shown as taxable wages on your IRS Form W-2. For any self-employed individual, Plan Compensation will mean earned income.

For purposes of allocating Non-Elective Contributions and Qualified Non-elective Contributions, Plan Compensation is

Copyright © 2002-2022
Flexible Benefits Systems, Inc.

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

determined over the Plan Year.

Unless otherwise indicated below, Plan Compensation will exclude Post Year End Compensation which includes amounts earned during a year but not paid during that year solely because of the timing of pay periods and pay dates when: (i) these amounts are paid during the first few weeks of the next year; (ii) the amounts are included on a uniform and consistent basis with respect to all similarly situated Employees; and (iii) no compensation is included in more than one year and Payments of unused accrued bona fide sick, vacation, or certain other leave that are paid to you after you terminate employment for purposes of all contributions.

The following adjustments will be made to the definition of Plan Compensation:

- For purposes of Elective Deferral Contributions, Safe Harbor Matching Contributions and Non-Elective Contributions, Plan Compensation will exclude wages paid during any period in which you are performing service in the uniformed services while on active duty for a period of more than 30 days that represents all or a portion of the wages you have received when you were performing service for the Company.

- For purposes of Elective Deferral Contributions, Safe Harbor Matching Contributions and Non-Elective Contributions, Plan Compensation will include any amount you elect to defer on a tax-preferred basis to any Company benefit plan.

- For purposes of Safe Harbor Matching Contributions and Non-Elective Contributions, Plan Compensation will include only that compensation which is actually paid to you by the Company during that part of the Plan Year that you are eligible to participate in the Plan.

- For purposes of Elective Deferral Contributions, Safe Harbor Matching Contributions and Non-Elective Contributions, Plan Compensation will also exclude payments of unused accrued bona fide sick, vacation, or certain other leave that are paid to you after you terminate employment.

- For purposes of Elective Deferral Contributions, Safe Harbor Matching Contributions and Non-Elective Contributions, Plan Compensation will exclude Post Year End Compensation. Post Year End Compensation includes amounts earned during a year but not paid during that year solely because of the timing of pay periods and pay dates when: (i) these amounts are paid during the first few weeks of the next year; (ii) the amounts are included on a uniform and consistent basis with respect to all similarly situated Employees; and (iii) no compensation is included in more than one year.

No more than $305,000 (in 2022) of Plan Compensation may be taken into account in determining your benefits under the Plan. This dollar limit is indexed; therefore, it may increase each year for cost-of-living adjustments.

## VESTING

Elective Deferral Account, Rollover Contribution Account, Qualified Non-Elective Contribution Account and Safe Harbor Matching Contribution Account

You are always fully (100%) vested in your Elective Deferral Account, Rollover Contribution Account, Qualified Non-Elective Contribution Account and Safe Harbor Matching Contribution Account.

Non-Elective Contributions

Your interest in your Non-Elective Contribution Account will vest based on your Years of Vesting Service (defined below) in accordance with the following schedule:

Copyright © 2002-2022
Flexible Benefits Systems, Inc.

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

| Years of Vesting Service | Vesting Percentage |
|---|---|
| Less than Two Years | 0% |
| Two Years but less than Three Years | 20% |
| Three Years but less than Four Years | 40% |
| Four Years but less than Five Years | 60% |
| Five Years but less than Six Years | 80% |
| Six or More Years | 100% |

<u>Special Vesting Rules</u>

You will become fully (100%) vested upon your attainment of Normal Retirement Age (defined in the Distributions section below) while an employee, your death while an employee or becoming disabled while an employee.

<u>Forfeitures</u>

If You Receive a Distribution. If your employment with the Company terminates and you receive a distribution of the entire vested portion of your Account, you will forfeit the nonvested portion of your Account. If the value of your vested Account balance is zero, you will be deemed to have received a distribution of your Account.

If You Do Not Receive a Distribution. If your employment with the Company terminates and you do not receive a complete distribution of the vested portion of your Account, you will forfeit the nonvested portion of your Account after the date you incur five consecutive One-Year Breaks in Service.

Reemployment. If you receive or are treated as receiving a distribution and you resume employment, the amounts you have forfeited (if any) will be restored to your Account if you repay the full amount of the previous distribution before the earlier of five (5) years after the first date on which you are subsequently reemployed, or the date you incur five (5) consecutive One-Year Breaks in Service following the date of the distribution.

<u>Year of Vesting Service</u>

"Year of Vesting Service" means a vesting computation period during which you complete 1,000 hours of service during the calendar year.

The vesting computation period is the calendar year.

# DISTRIBUTIONS

<u>Commencement of Distributions</u>

Termination of Employment. You are entitled to receive a distribution from your Account after you terminate employment. This includes termination due to Disability. The distribution will start at the time specified in the section titled "Timing and Form of Payment" below.

Late Retirement. If you continue working for the Company after your Normal Retirement Age, your participation under the Plan will continue, and your benefits will begin following the date you terminate employment. You generally may not begin distributions until the time specified in the section titled "Timing and Form of Payment" below.

Death. If you die, your beneficiary will become entitled to receive your vested Account balance. The distribution will start at the time specified in the section titled "Timing and Form of Payment" below.

<u>Normal Retirement Age</u>

"Normal Retirement Age" means the date you reach age 65.

Copyright © 2002-2022
Flexible Benefits Systems, Inc.

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

<u>Timing and Form of Payment</u>

Distribution for Reasons Other Than Death. If you become entitled to receive your benefit for any reason other than death your Account will be distributed in a lump sum payment. This is your normal form of payment. In addition to the normal form of payment, distributions from the Plan after termination of employment (for reasons other than death) may be made as a partial withdrawal. Payment of your vested Account may start as soon as administratively feasible with a final payment made consisting of any allocations occurring after your termination of employment. Your Account is payable in cash.

Distribution on Account of Death. If you die before distribution of your Account begins, distribution of your entire Account must be completed by December 31 of the calendar year containing the fifth anniversary of your death.

Your beneficiary will be entitled to a distribution in any form that is available to you prior to your death.

If you die after distribution of your Account has begun, the remaining portion of your Account will continue to be distributed under the method of distribution being used prior to your death. If your Account was not being distributed in the form of an annuity at the time of your death, the remaining balance must be distributed by December 31 of the calendar year containing the fifth anniversary of your death.

<u>Force-Out</u>

After your termination of employment with the Company, if the vested amount of your Account (excluding rollovers) does not exceed $5,000, your vested Account balance will be distributed from the Plan. You may elect to: 1) receive this distribution in cash; or 2) roll over the distribution to an individual retirement account (IRA) or the qualified plan of your new employer (but only if your new employer's plan allows such rollovers). However, if you do not timely return your election forms, the following will apply: if the vested amount of your Account balance is less than or equal to $1,000, your vested Account will be distributed to you in cash. If your vested Account balance is more than $1000, but does not exceed $5,000, the Plan Administrator will transfer your vested Account to an IRA established in your name; unless the distribution occurs after the Required Beginning Date. This mandatory distribution will be invested in an IRA designed to preserve principal and provide a reasonable rate of return and liquidity. All fees will be paid from participant's account. For further information concerning the Plan's automatic rollover provisions, the IRA provider and the fees and expenses attendant to the individual retirement plan please contact the Plan Administrator at the phone number found in the "ADMINISTRATIVE INFORMATION" section at the end of this Summary Plan Description.

If the vested amount of your Account exceeds $5,000, you must consent to any distribution of your Account. However, the Plan Administrator will distribute your vested Account balance in a lump sum without your consent at the time that payments must begin under applicable federal law - generally the April 1 following the later of the calendar year in which you attain age 72 or you terminate employment. Special rules apply to persons who are deemed to own more than 5% of the Company.

<u>Beneficiary</u>

You have the right to designate, in a written form acceptable to the Plan Administrator, one or more primary and one or more secondary beneficiaries to receive any benefit becoming payable upon your death. Your spouse must be your sole beneficiary unless he or she consents to the designation of another beneficiary. You may change your beneficiaries at any time and from time to time by filing written notice of such change with the Plan Administrator.

If you fail to designate a beneficiary, or in the event that all designated primary and secondary beneficiaries die before you, the death benefit will be payable to your spouse, or if there is no spouse, to your children in equal shares, or if there are no children to your estate.

## IN-SERVICE DISTRIBUTIONS AND LOANS

<u>Hardship Distributions</u>

General Rule. You may receive a distribution on account of hardship from the following Accounts but only if you are fully vested in such Account.

Copyright © 2002-2022
Flexible Benefits Systems, Inc.

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

- Elective Deferral Account, including earnings of your Elective Deferral Account.

Your Roth Contributions may be withdrawn on account of financial hardship in the same manner as your normal Elective Deferral Contributions. Please note however, that the income on the Roth Contributions may be taxable (and subject to penalties for early withdrawal) if the withdrawal is not a "qualified distribution."

Immediate and Heavy Financial Need. You may receive a hardship distribution only if the Plan Administrator finds that you have an immediate and heavy financial need where you lack other available resources. The following are the only financial needs considered immediate and heavy:

1.  Expenses incurred or necessary for medical care, described in Code section 213(d), for you or your spouse, children, or dependents;

2.  The purchase (excluding mortgage payments) of a principal residence for the Participant;

3.  Payment of tuition and related educational fees for the next 12 months of post-secondary education for you or your spouse, children or dependents;

4.  The need to prevent the eviction of you from your principal residence (or a foreclosure on the mortgage on your principal residence);

5.  Payments for burial or funeral expenses for your deceased parent, spouse, children or dependents;

6.  Expenses for the repair of damage to your principal residence that would qualify for the casualty deduction; or

7.  Expenses incurred on account of a federally declared disaster.

Hardship distributions may be made for certain expenses of your primary beneficiary in addition to your dependents. These expenses include those for medical, tuition, and funeral expenses. A person is your "primary beneficiary" if that person is named as a beneficiary under the Plan and has an unconditional right to all or a portion of your Account Balance upon your death.

There will no longer be a 6-month suspension period for your Elective Deferral Contributions, if applicable, after the receipt of the hardship distribution. In addition, any remaining portion of the 6-month suspension period for a prior hardship distribution will be discontinued on that date.

Amount Necessary to Satisfy Need. A distribution will be considered as necessary to satisfy your immediate and heavy financial need only if:

1.  You have obtained all distributions, other than hardship distributions, under all plans maintained by the Company;

2.  The distribution is not in excess of the amount of an immediate and heavy financial need (including amounts necessary to pay any federal, state or local income taxes or penalties reasonably anticipated to result from the distribution).

3.  You have represented in writing or by electronic medium that you have insufficient cash or other liquid assets to satisfy the financial need.

Attainment of Age 59-1/2

You may receive a distribution after you reach age 59-1/2 from all of your Accounts but only if you are fully vested in such Accounts. Your Roth Contributions may be withdrawn in the same manner as your normal Elective Deferral Contributions. Please note however, that the income on the Roth Contributions may be taxable (and subject to penalties for early withdrawal) if the withdrawal is not a "qualified distribution."

In-Plan Roth Rollovers of Distributable Amounts

If you have money in a fully vested non-Roth Account that is eligible for a distribution you may roll over the Account

Copyright © 2002-2022
Flexible Benefits Systems, Inc.

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

balance to a Roth (after-tax) Account under this Plan. In-Plan Roth Rollovers are permitted at the following times:

(1)     Elective Deferral Contributions, Qualified Non-elective Contributions, Qualified Matching Contributions and the portion of any Account that is a safe harbor contribution (if applicable) may not be eligible for withdrawal until you attain age 59-1/2.

(2)     After-tax, Rollover and Voluntary Accounts (to the extent applicable) can be converted to an In-Plan Roth Rollover Account at any time.

(3)     From your Matching Contribution Account and/or Non-Elective Contribution Account (if applicable) after 5 years of participation and/or funds held in your Matching Contribution Account and/or Non-Elective Contribution Account for at least 2 years. These withdrawals are only permitted from Accounts to the extent such Account is not a safe harbor contribution and to the extent such contributions are not Qualified Matching Contributions or Qualified Non-elective Contributions (to the extent applicable).

(4)     Immediately after Termination of Employment.

If you roll over the payment to a designated Roth account in this Plan, the amount of the payment rolled over (reduced by any after-tax amounts directly rolled over) will be taxed. However, the 10% additional tax on early distributions will not apply (unless you take the amount rolled over out of the designated Roth account within the 5-year period that begins on January 1 of the year of the rollover). Any amount you roll over can be distributed under the rules applicable to the Account immediately prior to the rollover.

Rules Regarding In-Service Distributions

The Plan Administrator may establish uniform procedures that include, but are not limited to, prescribing limitations on the frequency and minimum amount of withdrawals. All distributions will be made in the form of a single sum as soon as practicable following the valuation date as of which such withdrawal is made. Only Employees are eligible to receive in-service distributions.

Loans

The Plan Administrator, in its discretion, may permit Participants to apply for a loan from the Plan. The Plan Administrator may further adopt any administrative rules or procedures that it deems necessary or appropriate with respect to the granting and administering of loans. Please contact the Plan Administrator for a copy of the Loan Procedures for more information regarding taking a loan from the Plan.

# INVESTMENTS

Participant Self-Direction

In General. The Plan Administrator allows you to direct the investment of all of your Accounts. The Plan Administrator may establish uniform guidelines and procedures relating to Participant self-direction.

Investment Elections. You may direct the percentage of your Accounts to be invested in one or more of the available investment funds. Your elections will be subject to such rules and limitations as the Plan Administrator may prescribe. After your death, your beneficiary may make investment elections as if the beneficiary were the Participant. However, the Plan Administrator may restrict investment transfers to the extent required to comply with applicable law.

Investment Decisions. The Plan is intended to constitute a plan described in section 404(c) of ERISA. This means that Plan fiduciaries may be relieved of liability for any of your losses that are the result of your investment elections.

Voting Rights

You may not direct the Trustee as to the exercise of voting rights with respect to any Trust Fund Investment.

Copyright © 2002-2022
Flexible Benefits Systems, Inc.

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

Valuation Dates

Accounts are valued each business day.

# SPECIAL TOP-HEAVY RULES

### Minimum Allocations

If the Plan is Top-Heavy, the Company will generally allocate a minimum of 3% of your Plan Compensation to the Plan if you are a Participant who is (i) employed by the Company on the last day of the Plan Year and (ii) not a key employee.

### Minimum Vesting

If you complete an hour of service while this Plan is Top-Heavy, your vested percentage will be determined under the schedule(s) provided for the section entitled "Vesting".

# CLAIMS PROCEDURES

Application for Benefits. You or any other person entitled to benefits from the Plan (a "Claimant") may apply for such benefits by completing and filing a claim with the Plan Administrator. Any such claim must be in writing and must include all information and evidence that the Plan Administrator deems necessary to properly evaluate the merit of and to make any necessary determinations on a claim for benefits. The Plan Administrator may request any additional information necessary to evaluate the claim.

Timing of Notice of Denied Claim. The Plan Administrator will notify the Claimant of any adverse benefit determination within a reasonable period of time, but not later than 90 days (45 days if the claim relates to a disability determination) after receipt of the claim. This period may be extended one time by the Plan for up to 90 days (30 additional days if the claim relates to a disability determination), provided that the Plan Administrator both determines that such an extension is necessary due to matters beyond the control of the Plan and notifies the Claimant, prior to the expiration of the initial review period, of the circumstances requiring the extension of time and the date by which the Plan expects to render a decision. If the claim relates to a disability determination, the period for making the determination may be extended for up to an additional 30 days if the Plan Administrator notifies the Claimant prior to the expiration of the first 30-day extension period.

Content of Notice of Denied Claim. If a claim is wholly or partially denied, the Plan Administrator will provide the Claimant with a written notice identifying:

1. The reason or reasons for such denial,

2. The pertinent Plan provisions on which the denial is based,

3. Any material or information needed to grant the claim and an explanation of why the additional information is necessary, and

4. An explanation of the steps that the Claimant must take if he wishes to appeal the denial including a statement that the Claimant may bring a civil action under ERISA.

Appeals of Denied Claim. If a Claimant wishes to appeal the denial of a claim, he must file a written appeal with the Plan Administrator on or before the 60th day (180th day if the claim relates to a disability determination) after he receives the Plan Administrator's written notice that the claim has been wholly or partially denied. The written appeal must identify both the grounds and specific Plan provisions upon which the appeal is based. The Claimant will be provided, upon request and free of charge, documents and other information relevant to his claim. A written appeal may also include any comments, statements or documents that the Claimant may desire to provide. The Plan Administrator will consider the merits of the Claimant's written presentations, the merits of any facts or evidence in support of the denial of benefits, and such other facts and circumstances as the Plan Administrator may deem relevant. The Claimant will lose the right to appeal if the appeal is not timely made. The Plan Administrator will ordinarily rule on an appeal within 60 days (45 days if the claim relates to a disability determination). However, if special circumstances require

Copyright © 2002-2022
Flexible Benefits Systems, Inc.

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

an extension and the Plan Administrator furnishes the Claimant with a written extension notice during the initial period, the Plan Administrator may take up to 120 days (90 days if the claim relates to a disability determination) to rule on an appeal.

Denial of Appeal. If an appeal is wholly or partially denied, the Plan Administrator will provide the Claimant with a notice identifying:

1.  The reason or reasons for such denial,

2.  The pertinent Plan provisions on which the denial is based,

3.  A statement that the Claimant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the Claimant's claim for benefits, and

4.  A statement describing the Claimant's right to bring an action under section 502(a) of ERISA. The determination rendered by the Plan Administrator will be binding upon all parties.

Determinations of Disability. If the claim relates to a disability determination, determinations of the Plan Administrator will include the information required under applicable United States Department of Labor regulations.

## YOUR RIGHTS UNDER ERISA

As a participant, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). This federal law provides that you have the right to:

Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all documents governing the Plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated Summary Plan Description. The Plan Administrator may make a reasonable charge for the copies.

Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

Obtain, once a year, a statement from the Plan Administrator regarding your Accrued Benefit under the Plan and the nonforfeitable (vested) portion of your Accrued Benefit, if any. This statement must be requested in writing and is not required to be given more than once every 12 months. The Plan must provide the statement free of charge.

In addition, ERISA imposes duties upon the people who are responsible for the operation of the Plan. The people who operate the Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining your benefits or exercising your rights under ERISA.

If your claim for a benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules. Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the Plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator.

If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. In addition, if you disagree with the Plan's decision or lack thereof concerning the qualified status of a domestic relations order, you may file suit in Federal court. If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file

Copyright © 2002-2022
Flexible Benefits Systems, Inc.

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

If you have any questions about the Plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

## MISCELLANEOUS

### Domestic Relations Orders

Under certain circumstances, a court may issue a domestic relations order assigning a portion of your benefits under the Plan to a spouse, former spouse, child or other dependent. The Plan Administrator will determine whether the order is a qualified domestic relations order ("QDRO"). If the Plan Administrator determines that the order is a QDRO, it will implement the terms of the QDRO and divide your Account accordingly. You may obtain, without charge, a copy of the Plan's QDRO procedures from the Plan Administrator.

### Disability

Under this Plan, you are disabled if you are mentally or physically disabled under uniform rules consistently applied to all Participants in like circumstances as determined by the Plan Administrator.

### Assignment and Alienation of Benefits

Except as provided below, your Account is held in trust and cannot be assigned and, to the extent permitted by law, is not subject to any form of attachment, garnishment, sequestration or other actions of collection. You may not alienate, anticipate, commute, pledge, encumber or assign any of the benefits or payments which you may expect to receive, contingently or otherwise, under the Plan, except that you may designate a beneficiary.

However, you may lose all or part of your balance:

1. Pursuant to the terms of a QDRO;

2. To comply with any federal tax levy; or

3. To comply with the provisions and conditions of a judgment, order, decree or settlement agreement between you and the Secretary of Labor or the Pension Benefit Guaranty Corporation relating to your violation (or alleged violation) of ERISA fiduciary responsibilities.

### Amendment and Termination

Although the Company intends to maintain the Plan indefinitely, the Company may amend or terminate the Plan at any time in its sole discretion. If any of these actions is taken, you will be notified. However, no such action may permit any part of Plan assets to be used for any purpose other than the exclusive benefit of participants and beneficiaries or cause any reduction in your vested Account balance as of the date of the amendment or termination. If the Plan is terminated, all amounts credited to your Account will become 100% vested.

### Fees

Your Account may be charged for some or all of the costs and expenses of operating the Plan. Such expenses include, but are not limited to, investment expenses and costs to process loans, Plan distributions and QDROs. For specific information regarding the

Copyright © 2002-2022
Flexible Benefits Systems, Inc.

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

fees that are charged by the Plan, please contact the Plan Administrator.

### Insurance

The Plan is not insured by the Pension Benefit Guaranty Corporation (PBGC) because it is not a defined benefit pension plan.

### Administrator Discretion

The Plan Administrator has the authority to make factual determinations, to construe and interpret the provisions of the Plan, to correct defects and resolve ambiguities in the Plan and to supply omissions to the Plan. Any construction, interpretation or application of the Plan by the Plan Administrator is final, conclusive and binding.

### Plan Not a Contract of Employment

The Plan does not constitute, and is not to be deemed to constitute, an employment contract between the Company and any employee or an inducement or condition of employment of any employee. Nothing in the Plan is to be deemed to give any employee the right to be retained in the Company's service or to interfere with the Company's right to discharge any employee at any time.

### Waiver

Any failure by the Plan or the Plan Administrator to insist upon compliance with any of the Plan's provisions at any time or under any set of circumstances does not operate to waive or modify the provision or in any other manner render it unenforceable as to any other time or as to any other occurrence, whether the circumstances are the same or different. No waiver of any term or condition of the Plan is valid or of any force or effect unless it is expressed in writing and signed by a person authorized by the Plan Administrator to grant a waiver.

### Errors

Any clerical or similar error by the Plan Administrator cannot give coverage under the Plan to any individual who otherwise does not qualify for coverage under the Plan. An error cannot give a benefit to an individual who is not actually entitled to the benefit.

## ADMINISTRATIVE INFORMATION

1.      The Plan Sponsor and Plan Administrator is The Center For Special Needs Trust Administration, Inc.

        Address: 4912 Creekside Drive, Clearwater, FL 33760
        Phone number: 727-894-4489
        Employer Identification Number: ███5979

2.      The Plan is a 401(k) profit-sharing plan. The Plan number is 001.

3.      The Plan's designated agent for service of legal process is the Executive Director of the organization named in item 1. Any legal papers should be delivered to such person at the address listed in item 1. However, service may also be made upon the Plan Administrator or a Trustee.

4.      The Plan's assets are held in a trust created under the terms of the Plan. The Trustee is Michelle Diebert. The Trustee's place of business is the address listed in item 1.

5.      The Company's fiscal year and the Plan Year end on 12/31.

6.      If the Plan is established or maintained by two or more employers, you can obtain a complete list of the employers sponsoring the Plan upon written request to the Plan Administrator (this list is also available for examination by participants and beneficiaries); you may also receive from the Plan Administrator, upon written request, information as to whether a particular employer is a sponsor of the Plan and, if the employer is a plan sponsor, the sponsor's address.

Copyright © 2002-2022
Flexible Benefits Systems, Inc.

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

**THE CENTER FOR SPECIAL NEEDS TRUST 401(K) PSP**

**TRUST AGREEMENT**

2022
CCH Incorporated, DBA ftwilliam.com
All Rights Reserved.

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

**TRUST AGREEMENT**

THIS TRUST AGREEMENT is effective 01/01/2022, between The Center For Special Needs Trust Administration, Inc. (the "Employer"), and Michelle Diebert (the "Trustee").

WHEREAS, the Employer sponsors the The Center For Special Needs Trust 401(K) PSP (the "Plan") for the benefit of employees eligible to participate therein (the "Participants") and their beneficiaries (the "Beneficiaries");

WHEREAS, the Employer designates the Trustee to act as the trustee of a trust constituting a part of the Plan (the "Trust"), pursuant to which assets are being held to provide for the funding and payment of benefits under the Plan;

WHEREAS, the Trustee is willing to serve as trustee for the Plan and to hold in trust those assets of the Plan that have been and will be transferred to the Trustee in accordance with the provisions of this Agreement (the "Trust Fund");

WHEREAS, the Employer is, or has designated a person(s) to act as, the "Plan Administrator" as that term is defined in the Plan;

WHEREAS, the Employer has designated a fiduciary to select Trust Fund investments and perform other duties with respect to the investment of the Trust Fund (the "Investment Fiduciary");

WHEREAS, the Employer and the Trustee deem it necessary and desirable to enter into a written agreement of trust; and

NOW, THEREFORE, in consideration of the mutual covenants contained herein, the parties hereto, intending to be legally bound, hereby agree and declare as follows:

ARTICLE I
TRUST FUND

Section 1.01    Trust Fund. A Trust is hereby established or continued under the Plan and the Trustee will maintain a trust account for the Plan and, as part thereof, accounts for such individuals as the Employer shall from time to time give written notice to the Trustee are Participants in the Plan. The Trustee will accept and hold in the Trust Fund such contributions on behalf of Participants as it may receive from time to time from the Employer, including amounts transferred by any prior trustee of the Plan, and such earnings, income and appreciation as may accrue thereon; less losses, depreciation and payments made by the Trustee to carry out the purposes of the Plan. The Trust Fund shall be fully invested and reinvested in accordance with the applicable provisions of the Plan.

Section 1.02    Exclusive Benefit. All contributions made to the Plan are made for the exclusive benefit of the Participants and their Beneficiaries, and such contributions shall not be used for, or diverted to, purposes other than for the exclusive benefit of the Participants and their Beneficiaries (including the costs of maintaining and administering the Plan and corresponding Trust).

Section 1.03    Return of Contributions. Notwithstanding any other provision of the Plan: (a) as contributions made prior to the receipt of an initial determination letter are conditional upon a favorable determination as to the qualified status of the Plan under Code section 401(a), if the Plan receives an adverse determination with respect to its initial qualification, then any such contribution may be returned to the Employer within one year after such determination, provided the application for determination is made by the time prescribed by law; (b) contributions made by the Employer based upon mistake of fact may be returned to the Employer within one year of such contribution; (c) as all contributions to the Plan are conditioned upon their deductibility under the Code, if a deduction for such a contribution is disallowed, such contribution may be returned to the Employer within one year of the disallowance of such deduction; and (d) after all liabilities under the Plan have been satisfied, the remaining assets of the Trust shall be distributed to the Employer if such distribution does not contravene any provision of applicable law.

In the case of the return of a contribution due to mistake of fact or the disallowance of a deduction, the amount that may be returned is the excess of the amount contributed over the amount that would have been contributed had there not been a mistake or disallowance. Earnings attributable to the excess contributions may not be returned to the Employer but losses attributable thereto must reduce the amount to be so returned. Any return of contribution or distribution of assets made by the Trustee pursuant to this Section shall be made only upon the direction of the Employer, which shall have exclusive responsibility for determining whether the conditions of such return or distribution have been satisfied and for the amount to be returned.

Section 1.04    Assets Not Held by Trustee. The Trustee shall not be responsible for any assets of the Plan that are held outside of the Trust Fund. The Trustee is expressly hereby relieved of any responsibility or liability for any losses resulting to the Plan arising from any acts or omissions on the part of any insurance company holding assets outside of the Trust Fund. The Trustee may

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

require the Employer to serve as custodian for all promissory notes and related documents issued in connection with the Plan's Participant loan program and require the Employer to be responsible for the safekeeping of same.

Section 1.05    Group Trust. In the event that the Trust is a part of any group trust (within the meaning of Internal Revenue Service Revenue Rulings 81-100 and 2011-1): (a) participation in the Trust is limited to (i) individual retirement accounts which are exempt under Code section 408(e), (ii) pension and profit-sharing trusts which are exempt under Code section 501(a) by qualifying under Code section 401(a) and (iii) accounts under Code sections 403(b)(7), 403(b)(9) and governmental retiree benefit plans under Code section 401(a)(24) to the extent the requirements of Revenue Ruling 2011-1 are met; (b) no part of the corpus or income which equitably belongs to any individual retirement account or Employer's trust may be used for or diverted to any purposes other than for the exclusive benefit of the individual or the Employees, respectively, or their Beneficiaries who are entitled to benefits under such participating individual retirement account or Employer's trust; (c) no part of the equity or interest in the Trust Fund shall be subject to assignment by a participating individual retirement account or Employer's trust; and (d) the Trustee shall maintain separate accounts for each participating trust or individual retirement account.

## ARTICLE II
## DUTIES OF THE TRUSTEE

Section 2.01    In General. The Trustee is not a party to, and has no duties or responsibilities under the Plan, other than those that may be expressly contained in this Article. The Trustee shall have no duties, responsibilities or liability with respect to the acts or omissions of any prior trustee. The Trustee shall discharge its assigned duties and responsibilities under this Article and the Plan with the care, skill, prudence, and diligence under the circumstances then prevailing that a prudent person acting in a like capacity and familiar with such matters would use in the conduct of an enterprise of a like character and with like aims.

Section 2.02    Contributions. The Trustee agrees to accept contributions that are paid to it by the Plan Administrator (as well as rollover contributions and direct transfers from other eligible retirement plans) in accordance with the terms of this Article. Such contributions shall be in cash or in such other form that may be acceptable to the Trustee. In-kind contributions of other than qualifying employer securities are permitted only in non-pension plans provided that the contribution is discretionary and unencumbered. Qualifying employer securities may be contributed to both pension and non-pension plans subject to the requirements of ERISA section 408(e). The Trustee shall have no responsibility for any property until it is received by the Trustee. The Plan Administrator shall have the sole duty and responsibility for the determination of the accuracy or sufficiency of the contributions to be made under the Plan, the transmittal of the same to the Trustee and compliance with any statute, regulation or rule applicable to contributions.

Section 2.03    Distributions. The Trustee shall make distributions out of the Trust Fund pursuant to instructions described in Article V. The Trustee shall not have any responsibility or duty under this Article for determining that such are in accordance with the terms of the Plan and applicable law, including without limitation, the amount, timing or method of payment and the identity of each person to whom such payments shall be made. The Trustee shall have no responsibility or duty to determine the tax effect of any payment or to see to the application of any payment. In making payments, the Employer acknowledges that the Trustee is acting as a paying agent and not as the payor, for tax information reporting and withholding purposes. In the event that any dispute shall arise as to the persons to whom payment or delivery of any assets shall be made by the Trustee, the Trustee may withhold such payment or delivery until such dispute shall have been settled by the parties concerned or shall have been determined by a court of competent jurisdiction.

Section 2.04    Records. The Trustee shall keep full and accurate accounts of all receipts, investments, disbursements and other transactions hereunder, including such specific records as may be agreed upon in writing between the Employer and the Trustee. All such accounts, books and records shall be open to inspection and audit at all reasonable times by any authorized representative of the Employer or the Plan Administrator. A Participant may examine only those individual account records pertaining directly to him.

Section 2.05    Accounting. The Trustee shall file with the Plan Administrator a written account of the administration of the Trust Fund showing all transactions effected by the Trustee subsequent to the period covered by the last preceding account and all property held at the end of the accounting period. The Trustee shall use its best effort to file such written account within ninety (90) days, but not later than one hundred twenty (120) days after the end of each Plan Year. Upon approval of such accounting by the Plan Administrator, neither the Employer nor the Plan Administrator shall be entitled to any further accounting by the Trustee. The Plan Administrator may approve such accounting by written notice of approval delivered to the Trustee or by failure to express objection to such accounting in writing delivered to the Trustee within six (6) months from the date on which the accounting is delivered to the Plan Administrator.

Section 2.06    Participant Eligibility. The Trustee shall not be required to determine the facts concerning the eligibility of any Participant to participate in the Plan, the amount of benefits payable to any Participant or Beneficiary under the Plan, or the date

2

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

or method of payment or disbursement. The Trustee shall be fully entitled to rely in good faith solely upon the written advice and directions of the Plan Administrator as to any such question of fact.

Section 2.07    Indicia of Ownership. The Trustee shall not hold the indicia of ownership of any assets of the Trust Fund outside of the jurisdiction of the District Courts of the United States, unless in compliance with section 404(b) of ERISA and regulations thereunder.

Section 2.08    Notice. The Trustee shall provide the Employer with advance notice of any legal actions the Trustee may take with respect to the Plan and Trust and shall promptly notify the Employer of any claim against the Plan and Trust.

Section 2.09    Other Fiduciaries. The Trustee shall not be responsible for the acts or omissions of any other persons except as may be required by ERISA section 405.

ARTICLE III
GENERAL INVESTMENT POWERS

In addition to all powers and authority under common law, statutory authority and other provisions of this Article, the Trustee shall have the following powers and authorities to be exercised in accordance with and subject to the provisions of Article IV hereof:

Section 3.01    Invest and reinvest the Trust Fund in any property, real, personal or mixed, wherever situated, and whether situated, and whether or not productive of income or consisting of wasting assets, including, without limitation, common and preferred stock, bonds, notes, debentures, options, mutual funds, leaseholds, mortgages (including without limitation, any collective or part interest in any bond and mortgage or note and mortgage), certificates of deposit, and oil, mineral or gas properties, royalties, interests or rights (including equipment pertaining thereto), without being limited to the classes of property in which trustees are authorized by law or any rule of court to invest trust funds and without regard to the proportion any such property may bear to the entire amount of the Trust Fund;

Section 3.02    Hold property in nominee name, in bearer form, or in book entry form, in a clearinghouse corporation or in a depository, provided that such property is held in conformance with DOL Reg. section 2550-403a-1(b) and that such property is held by (i) a bank or trust company that is subject to supervision by the United States or a state, or a nominee of such bank or trust company, (ii) a broker or dealer registered under the Securities Exchange Act of 1934, or a nominee of such broker or dealer; (iii) a "clearing agency," as defined in section 3(a)(23) of the Securities Exchange Act of 1934, or its nominee; or (iv) any other entity as provided in DOL Reg. section 2550-403a-1(b);

Section 3.03    Collect income payable to and distributions due to the Trust Fund and sign on behalf of the Trust any declarations, affidavits, certificates of ownership and other documents required to collect income and principal payments, including but not limited to, tax reclamations, rebates and other withheld amounts;

Section 3.04    To sell, exchange, convey, transfer, grant options to purchase, or otherwise dispose of any securities or other property held by the Trustee. No person dealing with the Trustee shall be bound to see to the application of the purchase money or to inquire into the validity, expediency, or propriety of any such sale or other disposition;

Section 3.05    Pursuant to the terms of Article VI, to vote upon any stocks, bonds, or other securities; to give general or special proxies or powers of attorney with or without power of substitution; to exercise any conversion privileges, subscription rights or other options, and to make any payments incidental thereto; to oppose, or to consent to, or otherwise participate in, corporate reorganizations or other changes affecting corporate securities, and to delegate discretionary powers, and to pay any assessments or charges in connection therewith; and generally to exercise any of the powers of an owner with respect to stocks, bonds, securities, or other property;

Section 3.06    Take all action necessary to pay for authorized transactions or make authorized distributions, including exercising the power to borrow or raise monies from any lender, upon such terms and conditions as are necessary to settle such transactions or distributions;

Section 3.07    To keep such portion of the Trust Fund uninvested in cash or cash balances as the Trustee may, from time to time, deem to be in the best interests of the Plan, without liability for interest thereon;

Section 3.08    To accept and retain for such time as the Trustee may deem advisable any securities or other property received or acquired as Trustee hereunder, whether or not such securities or other property would normally be purchased as investments hereunder;

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

Section 3.09    To make, execute, acknowledge, and deliver any and all documents of transfer and conveyance and any and all other instruments that may be necessary or appropriate to carry out the powers herein granted;

Section 3.10    To settle, compromise, or submit to arbitration any claims, debts, or damages due or owing to or from the Trust Fund, to commence or defend suits or legal or administrative proceedings, and to represent the Plan and/or Trust Fund in all suits and legal and administrative proceedings;

Section 3.11    To invest in Treasury Bills and other forms of United States government obligations;

Section 3.12    To deposit cash in accounts in the banking department of the Trustee or an affiliated banking organization;

Section 3.13    To deposit monies in federally insured savings accounts or certificates of deposit in banks or savings and loan associations;

Section 3.14    To invest and reinvest all or any portion of the Trust Fund collectively with funds of other retirement plan trusts exempt from tax under Code section 501(a), including, without limitation, the power to invest collectively with such other funds through the medium of one or more common, collective or commingled trust funds which have been or may hereafter be operated by the Trustee, the instrument or instruments establishing such trust fund or funds, as amended from time to time, being made part of this Trust so long as any portion of the Trust Fund shall be invested through the medium thereof;

Section 3.15    To sell, either at public or private sale, option to sell, mortgage, lease for a term of years less than or continuing beyond the possible date of the termination of the Trust created hereunder, partition or exchange any real property which may from time to time constitute a portion of the Trust Fund, for such prices and upon such terms as it may deem best, and to make, execute and deliver to the purchasers thereof good and sufficient deeds of conveyance therefor and all assignments, transfers and other legal instruments, either necessary or convenient for the passing of the title and ownership thereof to the purchaser, free and discharged of all trusts and without liability on the part of such purchasers to see to the proper application of the purchase price;

Section 3.16    To repair, alter, improve or demolish any buildings which may be on any real estate forming part of the Trust Fund or to erect entirely new structures thereon;

Section 3.17    To renew, extend or participate in the renewal or extension of any mortgage, upon such terms as may be deemed advisable, and to agree to a reduction in the rate of interest on any mortgage or to any other modification or change in the terms of any mortgage or of any guarantee pertaining thereto, in any manner and to any extent that may be deemed advisable for the protection of the Trust Fund or the preservation of the value of the investment; to waive any default, whether in the performance of any covenant or condition of any mortgage or in the performance of any guarantee, or to enforce any such default in such manner and to such extent as may be deemed advisable; to exercise and enforce any and all rights of foreclosure, to bid on property in foreclosure, to take a deed in lieu of foreclosure with or without paying a consideration therefor, and in connection therewith to release the obligation on the bond or note secured by the mortgage; and to exercise and enforce in any action, suit or proceeding at law or in equity any rights or remedies in respect to any mortgage or guarantee;

Section 3.18    To purchase any authorized investment at a premium or at a discount;

Section 3.19    To purchase any annuity contract; and

Section 3.20    To do all such acts and exercise all such rights and privileges, although not specifically mentioned herein, as the Trustee may deem necessary to carry out the purposes of the Plan.

ARTICLE IV
OTHER INVESTMENT POWERS

Section 4.01    Requirement for Preapproval. The powers granted the Trustee under Article III shall be exercised by the Trustee upon the written direction from the Investment Fiduciary pursuant to Article V and VI. Any written direction of the Investment Fiduciary may be of a continuing nature, but may be revoked in writing by the Investment Fiduciary at any time. The Trustee shall comply with any direction as promptly as possible, provided it does not contravene the terms of the Plan or the provision of any applicable law. The Investment Fiduciary, by written direction, may require the Trustee to obtain written approval of the Investment Fiduciary before exercising such of its powers as may be specified in such direction. Any such direction may be of a continuing nature or otherwise and may be revoked in writing by the Investment Fiduciary at any time. The Trustee shall not be responsible for any loss that may result from the failure or refusal of the Investment Fiduciary to give any such required direction or

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

approval.

Section 4.02    Prohibited Transactions. The Trustee shall not engage in any prohibited transaction within the meaning of the Code and ERISA.

Section 4.03    Legal Actions. The Trustee is authorized to execute all necessary receipts and releases and shall be under the duty to make efforts to collect such sums as may appear to be due (except contributions hereunder); provided, however, that the Trustee shall not be required to institute suit or maintain any litigation to collect the proceeds of any asset unless it has been indemnified to its satisfaction for counsel fees, costs, disbursements and all other expenses and liabilities to which it may in its judgment be subjected by such action. Notwithstanding anything to the contrary herein contained, the Trustee is authorized to compromise and adjust claims arising out of any asset held in the Trust Fund upon such terms and conditions as the Trustee may deem just, and the action so taken by the Trustee shall be binding and conclusive upon all persons interested in the Trust Fund.

Section 4.04    Retention of Advisors. The Trustee, with the consent of the Investment Fiduciary, may retain the services of investment advisors to invest and reinvest the assets of the Trust Fund, as well as employ such legal, actuarial, medical, accounting, clerical and other assistance as may be required in carrying out the provisions of the Plan. The Trustee may also appoint custodians, subcustodians or subtrustees as to part or all of the Trust Fund.

ARTICLE V
INSTRUCTIONS

Section 5.01    Reliance on Instructions. Whenever the Trustee is permitted or required to act upon the directions or instructions of the Investment Fiduciary, Plan Administrator or Employer, the Trustee shall be entitled to act in good faith upon any written communication signed by any person or agent designated to act as or on behalf of the Investment Fiduciary, Plan Administrator or Employer. Such person or agent shall be so designated either under the provisions of the Plan or in writing by the Employer and their authority shall continue until revoked in writing. The Trustee shall incur no liability for failure to act in good faith on such person's or agent's instructions or orders without written communication, and the Trustee shall be fully protected in all actions taken in good faith in reliance upon any instructions, directions, certifications and communications believed to be genuine and to have been signed or communicated by the proper person.

Section 5.02    Designation of Agent.

(1)    Employer. The Employer shall notify the Trustee in writing as to the appointment, removal or resignation of any person designated to act as or on behalf of the Investment Fiduciary, Plan Administrator or Employer. After such notification, the Trustee shall be fully protected in acting in good faith upon the directions of, or dealing with, any person designated to act as or on behalf of the Investment Fiduciary, Plan Administrator or Employer until it receives notice to the contrary. The Trustee shall have no duty to inquire into the qualifications of any person designated to act as or on behalf of the Investment Fiduciary, Plan Administrator or Employer.

(2)    Trustee. If there is more than one Trustee, the Trustees may designate one or more of the Trustees to act on behalf of the Trustees. Such designated Trustee shall be authorized to take any and all actions and execute and deliver such documents as may be necessary or appropriate.

Section 5.03    Procedures. The Trustee may adopt such rules and procedures as it deems necessary, desirable, or appropriate including, but not limited to: (a) taking action with or without formal meetings; and (b) in the event that there is more than one Trustee, a procedure specifying whether action may be taken by a less than unanimous vote.

Section 5.04    Payment of Benefits. The Trustee shall pay benefits and expenses from the Trust Fund only upon the written direction of the Plan Administrator. The Trustee shall be fully entitled to rely in good faith on such directions furnished by the Plan Administrator, and shall be under no duty to ascertain whether the directions are in accordance with the provisions of the Plan.

ARTICLE VI
INVESTMENT OF THE FUND

Section 6.01    Investment Funds. The Investment Fiduciary shall have the exclusive authority and discretion to select the investment funds available for investment under the Plan ("Investment Funds"). In making such selection, the Investment Fiduciary shall use the care, skill, prudence and diligence under the circumstances then prevailing that a prudent person acting in a like capacity and familiar with such matters would use in the conduct of an enterprise of a like character and with like aims. Subject to the first sentence of Section 6.02, the available investments under the Plan shall be sufficiently diversified so as to minimize the risk of large

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

losses, unless under the circumstances it is clearly prudent not to do so. The Investment Fiduciary shall notify the Trustee in writing of the selection of the Investment Funds currently available for investment under the Plan, and any changes thereto.

Section 6.02    Participant Self-Direction. To the extent permitted by the Plan Administrator, each Participant shall have the right, in accordance with the provisions of the Plan, to direct the investment by the Trustee of all amounts allocated to the separate accounts of the Participant under the Plan among any one or more of the available Investment Funds; provided that during any transition period as may be determined by the Investment Fiduciary, the Investment Fiduciary may direct the investment by the Trustee into the Investment Funds available during such period with respect to which individual Participant's directions shall not have been made or shall not have been permitted to be made under the Plan. All investment directions by Participants shall be timely furnished to the Trustee by the Plan Administrator, except to the extent such directions are transmitted telephonically or otherwise by Participants directly to the Trustee or its delegate in accordance with rules and procedures established and approved by the Plan Administrator and communicated to the Trustee. In making any investment of the assets of the Trust Fund, the Trustee shall be fully entitled to rely on such directions furnished to it by the Plan Administrator or by Participants in accordance with the Plan Administrator's approved rules and procedures, and shall be under no duty to make any inquiry or investigation with respect thereto. If the Trustee receives any contribution under the Plan that is not accompanied by instructions directing its investment, the Trustee shall notify the Plan Administrator of that fact, and the Trustee may, in its discretion, hold all or a portion of the contribution uninvested without liability for loss of income or appreciation pending receipt of proper investment directions.

Section 6.03    Investment Managers.

(1)    Appointment of Investment Managers. The Investment Fiduciary may appoint one or more investment managers as described in section 3(38) of ERISA ("Investment Managers") with respect to some or all of the assets of the Trust Fund as contemplated by section 402(c)(3) of ERISA. Any such Investment Manager shall acknowledge to the Investment Fiduciary in writing that it accepts such appointment and that it is an ERISA fiduciary with respect to the Plan and the Trust Fund. The Investment Fiduciary shall provide the Trustee with a copy of the written agreement (and any amendments thereto) between the Investment Fiduciary and the Investment Manager. By notifying the Trustee of the appointment of an Investment Manager, the Investment Fiduciary shall be deemed to certify that such Investment Manager meets the requirements of section 3(38) of ERISA. The authority of the Investment Manager shall continue until the Investment Fiduciary rescinds the appointment or the Investment Manager has resigned.

(2)    Separation of Duties. The assets with respect to which a particular Investment Manager has been appointed shall be specified by the Investment Fiduciary and shall be segregated in a separate account for the Investment Manager (the "Separate Account") and the Investment Manager shall have the power to direct the Trustee in every aspect of the investment of the assets of the Separate Account. The Trustee shall not be liable for the acts or omissions of an Investment Manager and shall have no liability or responsibility for acting pursuant to the direction of, or failing to act in the absence of, any direction from an Investment Manager, unless the Trustee knows that by such action or failure to act it would be itself committing a breach of fiduciary duty or participating in a breach of fiduciary duty by such Investment Manager, it being the intention of the parties that each party shall have the full protection of section 405(d) of ERISA.

Section 6.04    Proxies.

(1)    Delivery of Information. The Trustee shall deliver, or cause to be delivered, to the Employer or Plan Administrator all notices, prospectuses, financial statements, proxies and proxy soliciting materials received by the Trustee relating to securities held by the Trust or, if applicable, deliver these materials to the appropriate Participant or the Beneficiary of a deceased Participant.

(2)    Voting. The Trustee shall not vote any securities held by the Trust except in accordance with the written instructions of the Employer, the Investment Fiduciary, or if otherwise permitted in the Plan, the Participant or the Beneficiary of the Participant, if the Participant is deceased. However, the Trustee may, in the absence of instructions, vote "present" for the sole purpose of allowing such shares to be counted for establishment of a quorum at a shareholders' meeting. The Trustee shall have no duty to solicit instructions from Participants, Beneficiaries, the Investment Fiduciary or the Employer.

(3)    Investment Manager. To the extent not delegated to Participants pursuant to subsection (2), the Investment Manager shall be responsible for making any proxy voting or tender offer decisions with respect to securities held in the Separate Account and the Investment Manager shall maintain a record of the reasons for the manner in which it voted proxies or responded to tender offers.

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

## ARTICLE VII
## COMPENSATION AND INDEMNIFICATION

Section 7.01    Compensation. The Trustee shall be entitled to reasonable compensation for its services as is mutually agreed upon with the Employer; provided that such compensation does not result in a prohibited transaction within the meaning of the Code and ERISA. If the Trustee and the Employer mutually agree that the Trustee may retain as additional compensation for its services any earnings resulting from the anticipated short-term investment of funds ("float") on Plan assets deposited in or transferred to a Trustee general or omnibus account, then the Trustee shall be authorized to retain such float; provided, that such agreement: (i) discloses the specific circumstances under which float will be earned and retained, (ii) in the case of float on distributions, discloses when the float period commences and ends, and (iii) discloses the rate of the float or the specific manner in which such rate will be determined. If approved by the Plan Administrator, the Trustee shall also be entitled to reimbursement for all direct expenses properly and actually incurred on behalf of the Plan. Such compensation or reimbursement shall be paid to the Trustee out of the Trust Fund unless paid directly by the Employer.

Section 7.02    Indemnification. The Employer shall indemnify and hold harmless the Trustee (and its delegates) from all claims, liabilities, losses, damages and expenses, including reasonable attorneys' fees and expenses, incurred by the Trustee in connection with its duties hereunder to the extent not covered by insurance, except when the same is due to the Trustee's own gross negligence, willful misconduct, lack of good faith, or breach of its fiduciary duties under the Plan or ERISA.

## ARTICLE VIII
## RESIGNATION AND REMOVAL

Section 8.01    Resignation. The Trustee may resign at any time by written notice to the Plan Administrator which shall be effective 60 days after delivery unless prior thereto a successor Trustee assumes the responsibilities of Trustee hereunder.

Section 8.02    Removal. The Trustee may be removed by the Employer at any time.

Section 8.03    Successor Trustee. The appointment of a successor Trustee hereunder shall be accomplished by and shall take effect upon the delivery to the resigning or removed Trustee, as the case may be, of written notice of the Employer appointing such successor Trustee, and an acceptance in writing of the office of successor Trustee hereunder executed by the successor so appointed. Any successor Trustee may be either a corporation authorized and empowered to exercise trust powers or one or more individuals. All of the provisions set forth herein with respect to the Trustee shall relate to each successor Trustee so appointed with the same force and effect as if such successor Trustee had been originally named herein as the Trustee hereunder. If within 45 days after notice of resignation shall have been given under the provisions of this Article a successor Trustee shall not have been appointed, the resigning Trustee or the Employer may apply to any court of competent jurisdiction for the appointment of a successor Trustee.

Section 8.04    Transfer of Trust Fund. Upon the appointment of a successor Trustee, the resigning or removed Trustee shall transfer and deliver the Trust Fund to such successor Trustee, after reserving such reasonable amount as it shall deem necessary to provide for its expenses in the settlement of its account, the amount of any compensation due to it and any sums chargeable against the Trust Fund for which it may be liable. If the sums so reserved are not sufficient for such purposes, the resigning or removed Trustee shall be entitled to reimbursement for any deficiency from the Employer.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

IN WITNESS WHEREOF, the parties have caused this Trust to be executed this __13__ day of __May_____, 2022.

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.:

Signature: *Michelle Diebert*

Print Name: __Michelle Diebert_____

Title/Position: __President_____

**TRUSTEE:**

*Michelle Diebert*

Michelle Diebert

Copyright © 2002-2022
CCH Incorporated, DBA ftwilliam.com

Doc ID: 937ca1a3bea87281a9bb64e7e90495a836dbae47

 **HELLOSIGN**

Audit Trail

| | |
|---|---|
| **TITLE** | The Center for Special Needs Trust 401(K) Plan |
| **FILE NAME** | The Center ...reement.pdf and 5 others |
| **DOCUMENT ID** | 937ca1a3bea87281a9bb64e7e90495a836dbae47 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Signed |

## Document History

| | | |
|---|---|---|
| **SENT** | **05 / 12 / 2022**<br>15:32:38 UTC-4 | Sent for signature to Michelle Diebert (michelle@centertrust.org) from aodonnell@fbsi.com<br>IP: 216.186.238.129 |
| **VIEWED** | **05 / 12 / 2022**<br>15:42:50 UTC-4 | Viewed by Michelle Diebert (michelle@centertrust.org)<br>IP: 216.194.82.46 |
| **SIGNED** | **05 / 13 / 2022**<br>09:07:36 UTC-4 | Signed by Michelle Diebert (michelle@centertrust.org)<br>IP: 4.79.174.242 |
| **COMPLETED** | **05 / 13 / 2022**<br>09:07:36 UTC-4 | The document has been completed. |