**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Case No. 8:24-bk-00676-RCT |
| Debtor. | Ref. Docket No. 386 |

**CERTIFICATE OF SERVICE**

I, WING LAI-CHAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 18, 2024, I caused to be served the "Monthly Operating Report," dated October 18, 2024 [Docket No. 386], by causing true and correct copies to be delivered via electronic mail to: *ustp.region21@usdoj.gov*, *guy.a.vanbaalen@usdoj.gov*, and *teresa.dorr@usdoj.gov*.

*/s/ Wing Lai-Chan*
Wing Lai-Chan