# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:                                                                Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                             Chapter 11

     Debtor.
_____/

## NOTICE OF ZOOM CALL TO DISCUSS THE WIND-DOWN OF THE DEBTOR AND IMPORTANT INFORMATION AND DEADLINES FOR ALL BENEFICIARIES

Megan W. Murray, counsel for the Official Committee of Unsecured Creditors, gives notice of a Zoom call on **OCTOBER 28, 2024 at 11:30 a.m.** to discuss the following:

1) Winding down of the Center's[1] operations pursuant to the Chapter 11 Trustee's Motion to Approve (i) Wind-Down and Termination of Operations of Debtor, (ii) Resignation of the Debtor as Trustee of Trusts, (iii) Approve Procedures to Appoint CPT Institute, Inc. as Successor Trustee of the Trusts, and (iv) Approve Form and Manner of Opt-Out Notice for Appointment of CPT Institute, Inc. as Successor Trustee (Doc. No. 376);

2) Important Deadlines related to the winding down of the Center;

3) Additional resources and information for Beneficiaries.

All Beneficiaries are invited to attend using the Zoom credentials posted below.

If you are unable to attend, the informational portion of the Zoom presentation will be recorded and posted on the Claim Agent's website:

https://dm.epiq11.com/case/centerforspecialneedstrustadministration/info/2

**Zoom link:**

https://akerman.zoom.us/j/83041664572?pwd=yYOR1rLOG1PDIga9m6HDaNkKZH72ak.1
Meeting ID: 830 4166 4572
Passcode: 582329

---

[1] The Center for Special Needs Trust Administration, Inc. (the Debtor in the above-captioned case).

One tap mobile
+13052241968,,83041664572# US
+16468769923,,83041664572# US (New York)

Dial by your location
    +1 305 224 1968 US
    +1 646 876 9923 US (New York)
    +1 646 931 3860 US
    +1 301 715 8592 US (Washington DC)
    +1 309 205 3325 US
    +1 312 626 6799 US (Chicago)
    +1 669 444 9171 US
    +1 669 900 6833 US (San Jose)
    +1 689 278 1000 US
    +1 719 359 4580 US
    +1 253 205 0468 US
    +1 253 215 8782 US (Tacoma)
    +1 346 248 7799 US (Houston)
    +1 360 209 5623 US
    +1 386 347 5053 US
    +1 408 638 0968 US (San Jose)
    +1 507 473 4847 US
    +1 564 217 2000 US

Meeting ID: 830 4166 4572

Find your local number: https://akerman.zoom.us/u/kduPB0VAPw

Join by SIP
83041664572@zoomcrc.com

Join by H.323
162.255.37.11 (US West)
162.255.36.11 (US East)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
213.19.144.110 (Amsterdam Netherlands)
213.244.140.110 (Germany)
103.122.166.55 (Australia Sydney)
103.122.167.55 (Australia Melbourne)
149.137.40.110 (Singapore)
64.211.144.160 (Brazil)
159.124.132.243 (Mexico)
159.124.168.213 (Canada Toronto)
65.39.152.160 (Canada Vancouver)
207.226.132.110 (Japan Tokyo)

149.137.24.110 (Japan Osaka)

Dated: October 22, 2024.

                Respectfully submitted,

                /s/ Megan W. Murray
                Megan W. Murray
                Florida Bar Number 0093922
                100 N. Tampa St., Suite 2325
                Tampa, FL 33602
                Tel: (813) 540-8401 / Fax: (813) 553-5345
                Email: mmurray@underwoodmurray.com
                *Counsel to the Committee*