**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,

    Debtor.
_____/

Case No. 8-24-bk-00676-RCT

Chapter 11

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. A preliminary hearing in this case will be held before the Honorable Roberta A. Colton on **Tuesday, October 29, 2024, at 2:30 p.m.** at Courtroom 8A, Sam Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602, on the following:

**Chapter 11 Trustee's Motion to (i) Wind-Down and Termination of Operations of the Debtor, (ii) Resignation of the Debtor as Trustee of Trusts, (iii) Approve Procedures to Appoint CPT Institute, Inc. as Successor Trustee of the Trusts, and (iv) Approve Form and Manner of Opt-Out Notice for Appointment of CPT Institute, Inc. as Successor Trustee (Doc. 376)**

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gove/judges/colton.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further notice.

PLEASE BE GOVERNED ACCORDINGLY

DATED: October 22, 2024        **AKERMAN LLP**

                                        By: */s/ Steven R. Wirth*
                                            Steven R. Wirth
                                            Florida Bar No.: 170380
                                            Email: steven.wirth@akerman.com
                                            Raye C. Elliott
                                            Florida Bar No.: 18732
                                            Email: raye.elliott@akerman.com
                                            401 East Jackson Street, Suite 1700

78450877;1

                                              Tampa, Florida 33602
                                              Telephone: (813) 223-7333
                                              Facsimile: (813) 223-2837

*Counsel for Chapter 11 Trustee, Michael Goldberg*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 22, 2024, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record. Additionally, Epiq Corporate Restructuring, LLC will cause a true and correct copy of the foregoing document to be served on all Beneficiaries and other creditors of the Debtor and will file a certificate of service with the Court.

                                              */s/Steven R. Wirth*
                                              Steven R. Wirth