# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:                                                          Case No. 8:24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                     Chapter 11

    Debtor.
_____/

**NOTICE OF FILING REDLINE OF PROPOSED ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION TO APPROVE (I) WIND DOWN AND TERMINATION OF OPERATIONS OF THE DEBTOR, (II) RESIGNATION OF THE DEBTOR AS TRUSTEE OF TRUSTS, (III) APPROVE PROCEDURES TO APPOINT CPT INSTITUTE, INC. AS SUCCESSOR TRUSTEE OF THE TRUSTS, AND (IV) APPROVE FORM AND MANNER OF OPT-OUT NOTICE FOR APPOINTMENT OF CPT INSTITUTE, INC. AS SUCCESSOR TRUSTEE**

Michael Goldberg, the Chapter 11 Trustee ("Chapter 11 Trustee"), by and through undersigned counsel, hereby gives notice of filing the attached redline of the proposed Order granting the Chapter 11 Trustee's Motion to Approve (I) Wind Down And Termination Of Operations Of The Debtor, (II) Resignation of The Debtor As Trustee Of Trusts, (III) Approve Procedures To Appoint CPT Institute, Inc. as Successor Trustee of the Trusts, and (IV) Approve Form and Manner of Opt-Out Notice For Appointment of CPT Institute, Inc. as Successor Trustee (Doc. No. 376).

Dated: October 29, 2024        Respectfully submitted,

                                          AKERMAN LLP

                                          By: */s/ Steven R. Wirth*
                                               Steven R. Wirth
                                               Florida Bar No.: 170380
                                               Email: steven.wirth@akerman.com
                                               Raye C. Elliott
                                               Florida Bar No.: 18732
                                               Email: raye.elliott@akerman.com
                                               401 East Jackson Street, Suite 1700

78530658;1

Tampa, Florida 33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837

*Counsel for Chapter 11 Trustee, Michael Goldberg*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 29, 2024, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record. Additionally, Epiq Corporate Restructuring, LLC will cause a true and correct copy of the foregoing document to be served on all Beneficiaries and other creditors of the Debtor and will file a certificate of service with the Court.

*/s/ Steven R. Wirth*
Attorney

78530658;1