

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/29/2024 02:30 PM

COURTROOM 8A

### HONORABLE ROBERTA COLTON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:24-bk-00676-RCT | 11 | 02/09/2024 |

**Chapter 11**

**DEBTOR:**   The Center for Special Needs Trust Administration, Inc.

**DEBTOR ATTY:**   Mark Wall

**TRUSTEE:**   Michael Goldberg

**HEARING:**

(1) Preliminary Hearing on Motion to Approve
(i) Wind-Down and Termination of Operations
of Debtor, (ii) Resignation of the Debtor as Trustee
of Trusts, (iii) Approve Procedures to Appoint CPT
Institute, Inc. as Successor Trustee of the Trusts,
and (iv) Approve Form and Manner of Opt-Out
Notice for Appointment of CPT Institute, Inc.
as Successor Trustee Filed by Steven R Wirth
on behalf of Trustee Michael Goldberg (Doc #376)
(2) Preliminary Hearing on Motion to Approve
(i) the Termination of Debtor's 401(k) Plan, (ii) the
Implementation of Certain Procedures in Connection
Therewith, and Authorizing Distributions to Plan
Participants Therein Filed by Steven R Wirth on
behalf of Trustee Michael Goldberg (Doc #390)

**APPEARANCES:**: Steven Wirth; Megan Murray; Scott Underwood; David Jennis; Michael Stavros; Caroline Herter; Teresa Dorr; Donald Kirk; Jeray Markowitz; Linda Leali; Kevin Urbatsch; Kelly Roberts; Eric Koenig

**WITNESSES:**

**EVIDENCE:**

**RULING:** ***(1) Preliminary Hearing on Motion to Approve (i) Wind-Down and Termination of Operations of Debtor, (ii) Resignation of the Debtor as Trustee of Trusts, (iii) Approve Procedures to Appoint CPT Institute, Inc. as Successor Trustee of the Trusts,
and (iv) Approve Form and Manner of Opt-Out Notice for Appointment of CPT Institute, Inc.
as Successor Trustee Filed by Steven R Wirth on behalf of Trustee Michael
Goldberg (Doc #376) -   GRANTED, SUBJECT TO PARTIES AGREEMENT
AS TO MODIFICATIONS DISCUSSED IN COURT; ORDER BY WIRTH

***(2) Preliminary Hearing on Motion to Approve (i) the Termination of Debtor's 401(k) Plan, (ii) the Implementation of Certain Procedures in Connection Therewith, and Authorizing Distributions to Plan Participants Therein Filed by Steven R Wirth on behalf of Trustee Michael Goldberg (Doc #390) -   GRANTED; ORDER BY WIRTH

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.