ORDERED.

Dated: October 29, 2024

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                              Case No.: 8:24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS                         Chapter 11
TRUST ADMINISTRATION, INC.,

        Debtor.
_____/

**ORDER APPROVING 1ST INTERIM FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO SONEET R. KAPILA, CPA, CFE, CIRA, CFF AND KAPILAMUKAMAL, LLP AS FORENSIC ACCOUNTANTS TO THE CHAPTER 11 TRUSTEE FOR THE PERIOD MARCH 21, 2024 THROUGH AUGUST 31, 2024**

THIS CASE is before the Court upon the 1st Interim Application for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses of Soneet R. Kapila, CPA, CFE, CIRA, CFF and KapilaMukamal, LLP as Forensic Accounts to the Chapter 11 Trustee for the Period March 21, 2024 through August 31, 2024 (Doc. 361) (the "**Application**"). In the Application, KapilaMukamal, LLP requested an allowance of fees in the amount of $563,775.80 and reimbursement of expenses incurred in the amount of $11,584.60 for a total award of $575,360.40 for the period of March 21, 2024, through August 31, 2024. The Notice of Application for Compensation and Reimbursement of Expenses and Opportunity to Object and Request a Hearing (Doc. 362) was filed with the Court on September 23, 2024, and served on the

78471398;2

Office of the United States Trustee, all parties registered to receive notices via the Court's CM/ECF system, and the L.B.R. 1007-2 Parties in Interest List pursuant to the Court's negative notice procedures. No objections were timely filed. Accordingly, it is

**ORDERED**:

1. The Application is approved on an interim basis, subject to final Court approval.

2. KapilaMukamal, LLP is allowed compensation of $563,775.80 for professional services rendered and $11,584.60 for the reimbursement of expenses incurred during the period from March 21, 2024, through August 31, 2024.

3. The Debtor is authorized and directed to pay KapilaMukamal, LLP 100% of the reimbursable expenses and 50% of the fees for professional services approved in this Order immediately (totaling $293,472.50). The remaining 50% of the fees for professional services approved in this Order are to be paid by the Debtor when sufficient funds become available, after notice to the United States Trustee, Chapter 11 Trustee, and Official Committee of Unsecured Creditors ("**Committee**") and an opportunity to be heard.

4. The U.S. Trustee, Chapter 11 Trustee, and the Committee reserve the right to object to the final fee application and seek disgorgement in connection with any interim compensation already paid to KapilaMukamal, LLP.

5. This Order is without prejudice to the rights of KapilaMukamal, LLP upon further application to this Court to seek further allowance and payment of additional compensation and reimbursement of expenses, including any such amounts incurred during this interim compensation period for which approval has not previously been sought and denied.

Attorney Steven R. Wirth is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.