**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,

Case No. 8:24-bk-00676-RCT

Chapter 11

    Debtor.
_____/

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. A preliminary hearing in this case will be held before the Honorable Roberta A. Colton on **Thursday, November 14, 2024, at 9:30 a.m.** at Courtroom 8A, Sam Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602, on the following:

**CHAPTER 11 TRUSTEE'S OMNIBUS MOTION FOR THE ENTRY OF AN ORDER (I) AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) GRANTING RELATED RELIEF (Doc. 391)**

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gove/judges/colton.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further notice.

PLEASE BE GOVERNED ACCORDINGLY

DATED: October 31, 2024        **AKERMAN LLP**

                                              By: */s/ Steven R. Wirth*
                                                 Steven R. Wirth
                                                 Florida Bar No.: 170380
                                                 Email: steven.wirth@akerman.com
                                                 Raye C. Elliott
                                                 Florida Bar No.: 18732
                                                 Email: raye.elliott@akerman.com
                                                 401 East Jackson Street, Suite 1700
                                                 Tampa, Florida 33602
                                                 Telephone: (813) 223-7333

Facsimile: (813) 223-2837

*Counsel for Chapter 11 Trustee, Michael Goldberg*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 31, 2024, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record. Additionally, Epiq Corporate Restructuring, LLC will cause a true and correct copy of the foregoing document to be served on the counterparties to each of the Executory Contracts and Lease and will file a certificate of service with the Court.

*/s/Steven R. Wirth*
Attorney

78552098;1