UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24-00676-RCT |
| | ) | |
| The Center for Special Needs Trust Administration, Inc. | ) ) | Chapter 11 |
| Debtor. | ) | |

## ENTRY OF APPEARANCE, REQUEST FOR NOTICES, AND RESERVATION OF RIGHTS

Pursuant to Rules 9010 and 2002(g), Fed. R. Bankr. P., and Local Rule 2090-1(c)(2), Deanna Lee Westfall, Assistant Attorney General, enters her appearance on behalf of the Colorado Department of Health Care Policy and Financing ("Colorado"), a party in interest herein, and hereby requests that copies of all notices, pleadings, motions, and other documents filed or served in this case be sent to or served upon:

> Deanna Lee Westfall
> Senior Assistant Attorney General
> Colorado Department of Law
> 1300 Broadway, 8th Floor
> Denver, CO 80203
> Telephone: 720-508-6342
> Email: deanna.westfall@coag.gov

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, suit, or other filing is intended to waive any rights, including: (i) claims to sovereign immunity or governmental immunity; (ii) the right to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (iii) the right to a jury trial in any proceeding; (iv) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal or abstention; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which Colorado is or may be entitled under any agreements, in law or in equity, all of which are hereby reserved. Colorado does not, by this Entry of Appearance, Request for Notices, and Reservation of Rights, submit to the jurisdiction of this Court, or any other Court, in this case.

DATED: November 4, 2024.

        **PHILIP J. WEISER**
        **Attorney General**

        <u>/s/ Deanna L. Westfall</u>
        Deanna Lee Westfall # 23449
        (NOT ADMITTED IN FLORIDA)
        Assistant Attorney General
        Colorado Department of Law
        Ralph L. Carr Colorado Judicial Center
        1300 Broadway, 8th Floor
        Denver, CO 80203
        Direct dial: 720-508-6342
        Email: deanna.westfall@coag.gov

**CERTIFICATE OF SERVICE**

I certify that on November 4, 2024, a true and correct copy of the foregoing ENTRY OF APPEARANCE, REQUEST FOR NOTICES, AND RESERVATION OF RIGHTS was served through the CM-ECF system addressed to those registered to receive such notices.

        s/ *Deanna Lee Westfall*