**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**In re:**

**THE CENTER FOR SPECIAL NEEDS**   Case No. 8:24-bk-00676-RCT
**TRUST ADMINISTRATION, INC.**

                                                Chapter 11

    **Debtor.**
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Jerry M. Markowitz and Markowitz, Ringel, Trusty & Hartog, P.A. appear as counsel for Shanice Parker, interested party in this case, and requests that all pleadings in this matter be served upon the undersigned.

Dated: November 6, 2024        MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
                                              *Attorneys for Shanice Parker*
                                              9130 South Dadeland Boulevard
                                              Two Datran Center, Suite 1800
                                              Miami, Florida  33156-7849
                                              Telephone: (305) 670-5000
                                              Facsimile:  (305) 670-5011

                                              By:    *s/ Jerry M. Markowitz*
                                                      JERRY M. MARKOWITZ
                                                      Florida Bar No. 182420
                                                      Email: jmarkowitz@mrthlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on November 6, 2024 via the Court's CM/ECF electronic noticing system on all counsel of record and interested parties.

                                              By:    */s/ Jerry M. Markowitz*
                                                      JERRY M. MARKOWITZ