**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                                          Case No.: 8:24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS                              Chapter 11
TRUST ADMINISTRATION, INC.,

         Debtor.
_____/

**NOTICE OF APPLICATION FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES AND**
**OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

      William A. Long, Jr. and Nperspective Advisory Services, LLC, Chief Restructuring Officer for the Debtor ("**Applicant**"), has filed an application for compensation in the amount of $289,227.80 and reimbursement of expenses in the amount of $2,526.19 (the "**Application**") (Doc. 411).  A copy of the Application may be viewed on the case docket or may be obtained by request to Applicant at (813) 230-2376 or Blong@JonahConsulting.Biz.

      If you object to the Application, you must file an objection with the Clerk of Court at the Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602 within 21 days from the date of the proof of service below, plus an additional three days if this notice was served on any party by U.S. Mail.

      If you file and serve an objection within the time permitted, the Court will either (1) notify you of a hearing date, or (2) consider the Application and objection and approve or disapprove the Application without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the Application, and the Court will consider the Application without further notice or hearing

Dated: November 6, 2024              AKERMAN LLP

                                            By: */s/ Steven R. Wirth*
                                                Steven R. Wirth, Florida Bar No.: 170380
                                                Email: steven.wirth@akerman.com
                                                Raye C. Elliott, Florida Bar No.:  18732
                                                Email:  raye.elliott@akerman.com
                                                401 East Jackson Street, Suite 1700
                                                Tampa, Florida 33602
                                                Telephone: (813) 223-7333
                                                Facsimile: (813) 223-2837
                                                *Counsel for Chapter 11 Trustee, Michael Goldberg*

78180580;1

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on November 6, 2024, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record. Additionally, Epiq Corporate Restructuring, LLC will cause a true and correct copy of the foregoing document to be served on all parties required to be served, including the Debtor and the Local Rule 1007-2 Parties in Interest List, and will file a certificate or affidavit of service.

                                                */s/ Steven R. Wirth*
                                                Attorney

78180580;1