**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| THE CENTER FOR SPECIAL NEEDS, TRUST ADMINISTRATION, INC., | Chapter 11 |
| | Case No.: 8:24-bk-00676-RCT |
| Debtor. | |
| _____/ | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for Roosevelt Lakes, LLC, and pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the following address:

Luis Martinez-Monfort, Esquire
Martinez-Monfort, P.A.
4427 W. Kennedy Blvd. Suite 250
Tampa, FL 33609

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the rules specified above but also includes, without limitation, notices and papers with respect to any application, motion, petition, pleading, disclosure statement, plan of reorganization, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, and whether sent by the Court, the Debtor or any other party, which affects the Debtor or the property of the Debtor.

PLEASE TAKE FURTHER NOTICE that the undersigned requests to be added to the Court's master mailing matrix.

**DATED**:        November 8, 2024

          */s/ Luis Martinez-Monfort*
          LUIS MARTINEZ-MONFORT, ESQ.
          Florida Bar No. 0132713
          Martinez-Monfort P.A.
          4427 W. Kennedy Blvd., Suite 250
          Tampa, Florida 33609
          (813) 940-8383
          Primary Email:    luis@martinezmonfort.com
          Secondary Email:    krista@martinezmonfort.com

***Attorney for Roosevelt Lakes, LLC***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT**, a true and correct copy of the foregoing Notice of Appearance and Demand for Service of Papers was served via the CM/ECF system to all creditors and parties in interest receiving notices by electronic mail on the 8th day of November, 2024, as indicated below:

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Mark C Anderson    mark@andersonlex.com
- James B. Angell    jangell@hsfh.com
- Lauren A Baio    lauren.baio@arlaw.com, catherine.lockley@arlaw.com;jessica.eck@arlaw.com
- Noel R Boeke    noel.boeke@hklaw.com, danielle.decker@hklaw.com;hapi@hklaw.com
- Catherine Choe    catherine.choe@akerman.com
- Teresa Marie Dorr    teresa.dorr@usdoj.gov, lizette.montanez@usdoj.gov
- Raye Curry Elliott    raye.elliott@akerman.com, jennifer.meehan@akerman.com;ava.hill@akerman.com
- Epiq Corporate Restructuring, LLC (SJG)    sgarabato@epiqsystems.com, rjacobs@ecf.epiqsystems.com
- Daniel E Etlinger    detlinger@underwoodmurray.com, dstrand@underwoodmurray.com;detlinger@ecf.courtdrive.com
- David L Ferguson    ferguson@kolawyers.com, nunez@kolawyers.com;9002577420@filings.docketbird.com
- Lara Roeske Fernandez    lfernandez@trenam.com, mmosbach@trenam.com;mwoods@trenam.com;lfernandez@ecf.courtdrive.com; mwoods@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com;mspivak@trenam.com
- Daniel R Fogarty    dfogarty.ecf@srbp.com, srbpecf@srbp.com
- Inger M. Garcia    attorney@ingergarcia.com

- Michael I Goldberg   michael.goldberg@akerman.com, charlene.cerda@akerman.com
- Yusuf Haidermota   yhaidermota@shumaker.com, dfernandez@shumaker.com
- Matthew B Hale   mhale.ecf@srbp.com, mhale@srbp.com;srbpecf@srbp.com
- Caroline Herter   herter@kolawyers.com
- David S Jennis   djennis@jennislaw.com, ecf@jennislaw.com;karon@jennislaw.com;marj@jennislaw.com
- Donald R Kirk   dkirk@carltonfields.com, kathompson@carltonfields.com
- Matthew S Kish   mkish@sbwh.law, rmorales@sbwh.law;r65072@notify.bestcase.com
- Eric S Koenig   ekoenig@trenam.com
- Linda M Leali   lleali@lealilaw.com
- Cassie Maneen   cmaneen@beckredden.com, amclawchlin@beckredden.com;cassie-maneen-1380@ecf.pacerpro.com
- Jerry M Markowitz   jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com;rrubio@mrthlaw.com;rhartog@mrthlaw.com;mrthbkc@gmail.com;markowitzjr73991@notify.bestcase.com;jmarkowitz@ecf.courtdrive.com
- William A McBride   bmcbride@trenam.com, lbehr@trenam.com
- Curtis Miner   curt@colson.com
- Patrick Mosley   patrick.mosley@hwhlaw.com, tricia.elam@hwhlaw.com
- Megan Wilson Murray   mmurray@underwoodmurray.com, dstrand@underwoodmurray.com;mmurray@ecf.courtdrive.com
- Michael A Nardella   mnardella@nardellalaw.com, klynch@nardellalaw.com;kcooper@nardellalaw.com;psmith@nardellalaw.com;msayne@nardellalaw.com;kosment@nardellalaw.com
- Daniel A Nicholas   mr.danicholas@gmail.com, Daniel.nicholas@csklegal.com
- Richard A. Perry   richard@rapocala.com, rapocala@yahoo.com,staff@rapocala.com,karen@rapocala.com;perry.richardb129413@notify.bestcase.com
- Edward J. Peterson   edwardp@jpfirm.com, andrenaw@jpfirm.com;JillC@jpfirm.com;melanief@jpfirm.com;AngelinaL@jpfirm.com
- Dean G Rallis   drallis@hahnlawyers.com, jevans@hahnlawyers.com;jevans@ecf.courtdrive.com;drallis@ecf.courtdrive.com
- Marshall G Reissman   mgreissman@gmail.com, legal.assistant.rlgpa@gmail.com;BK_sheppard@yahoo.com
- Jason S Rigoli   jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- Kelly K Roberts   Kelly@kellyrobertslaw.com, robertskr88423@notify.bestcase.com
- Marcos Rosales   mrosales@beckredden.com, aerickson@beckredden.com
- Sherri B Simpson   sbs@simpsonlawfl.com
- Scott A. Stichter   sstichter.ecf@srbp.com, srbpecf@srbp.com
- Jonathan M. Streisfeld   streisfeld@kolawyers.com

- Scott A Underwood    sunderwood@underwoodmurray.com, dstrand@underwoodmurray.com;sunderwood@ecf.courtdrive.com
- United States Trustee - TPA    USTPRegion21.TP.ECF@USDOJ.GOV
- Jay B Verona    jverona@shumaker.com, mhartz@shumaker.com
- Mark M Wall    mwall@hwhlaw.com, zenetria.williams@hwhlaw.com
- Deanna Lee Westfall    deanna.westfall@coag.gov
- Stuart Wilson-Patton    Stuart.Wilson-Patton@ag.tn.gov
- Steven R Wirth    steven.wirth@akerman.com, john.dicks@akerman.com,caren.collier@akerman.com;jennifer.meehan@akerman.com
- Byron Wright    twright@brunerwright.com, melanie@brunerwright.com;laura@brunerwright.com;skelley@brunerwright.com;judy@brunerwright.com;Wright.ByronR137801@notify.bestcase.com
- John R Yant    ryant@carltonfields.com, dlester@carltonfields.com;kathompson@carltonfields.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case:

Akerman LLP's eDiscovery Services Team
201 East Las Olas Boulevard
Suite 1800
Fort Lauderdale, FL 33301

Michael Goldberg
201 East Las Olas Blvd
Suite 1800
Fort Lauderdale, FL 33301

Robert Holmes
#287835
Western Kentucky Correctional Complex
374 New Bethel Church Road
Fredonia, KY 42411

Soneet Kapila
KapilaMukamal
1000 South Federal Highway
Suite 200
Ft. Lauderdale, FL 33316

Landvest Inc.
36 Danforth Street
Portland, ME 04101

William A Long
2200 North Westshore Blvd., Suite 200
Tampa, FL 33602

Jeffery C Norris
566 Cross Creek Circle
Sebastian, FL 32958

Nperspective Advisory Services, LLC
2200 North Westshore Blvd, Suite 200
Tampa, FL 33602-4813

Richard A Perry
Richard A Perry PA
820 East Fort King Street
Ocala, FL 34471

                                            */s/ Luis Martinez-Monfort*
                                              Attorney