**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION**

| | |
|---|---|
| In re:<br><br>THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 8:24-bk-00676-RCT<br><br>Ref. Docket Nos. 409 & 412 |

## CERTIFICATE OF SERVICE

I, ARNOLD NGUYEN, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 6, 2024, I caused to be served the:

   a. "Order Granting Chapter 11 Trustee's Motion to Approve (I) Wind Down and Termination of Operations of the Debtor, (II) Resignation of the Debtor as Trustee of Trusts, (III) Approve Procedures to Appoint CPT Institute, Inc. as Successor Trustee of the Trusts, and (IV) Approve Form and Manner of Opt-Out Notice for Appointment of CPT Institute, Inc. as Successor Trustee," dated November 6, 2024 [Docket No. 409], (the "Order"), and

   b. "Notice of Application for Compensation and Reimbursement of Expenses and Opportunity to Object and Request for Hearing," dated November 6, 2024 [Docket No. 412], (the "Application"),

   by causing true and correct copies of the:

   i. Order and Application to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

   ii. Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B, and to 101 parties whose names and email addresses are confidential and therefore not included,

   iii. Application to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C, and

   iv. Order and Application to be delivered via electronic mail to those parties listed on the annexed Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Arnold Nguyen*
Arnold Nguyen

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| BENEFICIARY 23-12268 | ADDRESS ON FILE |
| BYRON WRIGHT III | (COUNSEL TO CREDITOR JIMMIE CRIM JR) 2810 REMINGTON GREEN CIRCLE TALLAHASSEE FL 32308 |
| CREDITOR 18-10862 | C/O MARK D. MUNSON, ESQ. 500 N. FIRST STREET, SUITE 800 PO BOX 8050 WAUSAU WI 54402 |
| INTERNAL REVENUE SERVICE | INSOLVENCY UNIT 7850 SW 6TH COURT MAIL STOP 5730 PLANTATION FL 33324 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 600 ARCH STREET PHILADELPHIA PA 19106 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 611 S. DUPONT HWY DOVER DE 19904 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| STATE OF FLORIDA ATTORNEY GENERAL | THE CAPITOL, PL 01 TALLAHASSEE FL 32399-1050 |
| TENNCARE | (C/O TN ATTORNEY GEN OFF BANKRUPTCY DIV) ATTN: STUART WILSON-PATTON PO BOX 20207 NASHVILLE TN 37202-0207 |
| UNITED STATES ATTORNEYS OFFICE | FOR THE MIDDLE DISTRICT OF FLORIDA 400 NORTH TAMPA STREET, SUITE 3200 TAMPA FL 33602 |

**Total Creditor count: 10**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ADVANCED SENIOR SOLUTIONS | 600 BYPASS DR, STE 118 CLEARWATER FL 33764 |
| AGENCY FOR HEALTH CARE ADMINISTRATION | FLORIDA MEDICAID TRUST RECOVERY PROGRAM PO BOX 12188 TALLAHASSEE FL 32317-2188 |
| ALABAMA MEDICAID AGENCY | 501 DEXTER AVE BOX 5624 MONTGOMERY AL 37230 |
| AMERICAN MOMENTUM BANK | ATTN MAUREEN L GALLAGHER, EVP/CHIEF ONE MOMENTUM BLVD COLLEGE STATION TX 77845 |
| AMERICAN MOMENTUM BANK | C/O DONALD R KIRK PO BOX 3239 TAMPA FL 33601-3239 |
| AMERICAN MOMENTUM BANK | KAREN M. JONES 4830 W. KENNEDY BLVD SUITE 200 TAMPA FL 33609 |
| AUSTIN COLBY CO | C/O STANTON CRONIN LAW GROUP P.L. ATTN: SEAN P. CRONIN 6944 WEST LINEBAUGH AVE, SUITE 102 TAMPA FL 33625 |
| AUSTIN COLBY CO. | 12707 49TH STREET N. SUITE 100 CLEARWATER FL 33762 |
| AUSTIN COLBY CO. | ATTN: BRETT WALRATH, PRESIDENT 4912 CREEKSIDE DRIVE CLEARWATER FL 33760 |
| AUSTIN COLBY CO. | ATTN: JONATHAN GOLDEN, REGISTERED AGENT 12707 49TH STREET N. SUITE 900 CLEARWATER FL 33762 |
| AUSTIN COLBY CO. | ATTN: LEO J. GOVINI, DIRECTOR 12707 49TH STREET N. SUITE 200 CLEARWATER FL 33762 |
| BENEFICIARY 03-0766 | ADDRESS ON FILE |
| BOSTON ASSET MANAGEMENT, INC. | 12707 49TH ST N #800 CLEARWATER FL 33762 |
| BOSTON ASSET MANAGEMENT, INC. | BOSTON ASSET MANAGEMENT, INC. JOHNSON POPE BOKOR RUPPEL & BURNS, LLP EDWARD J. PETERSON 400 N. ASHLEY DRIVE, SUITE 3100 TAMPA FL 33602 |
| CARL SCHROEDER | ADDRESS ON FILE |
| CARL SCHROEDER | ADDRESS ON FILE |
| CENTERS FOR DISEASE CONT. & PREVENTION | 1600 CLINTON ROAD ATLANTA GA 30329-4027 |
| CHAUTAUQUA DHHS | 110 E 4TH STREET JAMESTOWN NY 14701 |
| CHFS | KY CHFS/DAIL 275 E MAIL ST FRANKFORT KY 40621 |
| COOPER LEVENSON P.A. | (COUNSEL FOR KEVIN & KATHLEEN DIPATRI) ATTN: JARAD K. STILES 1125 ATLANTIC AVE, 3RD FLOOR ATLANTIC CITY NJ 08401 |
| DEPARTMENT OF THE TREASURY - IRS | ATTN DONNA STONEY, BKY SPECIALIST 400 W BAY ST, M/S 5720 JACKSONVILLE FL 32202 |
| DEPARTMENT OF THE TREASURY - IRS | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | ATTN: BRIAN L. SCHWALB 400 6TH STREET, NW WASHINGTON DC 20001 |
| FL AHCA MEDICAID TRUST RECOVERY PROGRAM | AGENCY FOR HEALTHCARE ADMINISTRATION PO BOX 12188 TALLAHASSEE FL 32317 |
| FLORIDA AGENCY FOR HEALTH CARE ADMIN | 2727 MAHAN DRIVE TALLAHASSEE FL 32308 |
| FLORIDA ATTORNEY GENERAL | ATTN ASHLEY MOODY PL 01 THE CAPITAL TALLAHASSEE FL 32399-1050 |
| FLORIDA DCF/SS | AGENCY FOR HEALTHCARE ADMINISTRATION PO BOX 12188 TALLAHASSEE FL 32317 |
| FLORIDA DEPT OF HEALTH | 4052 BALD CYPRESS WAY BIN A00 TALLAHASSEE FL 32399-1701 |
| FLORIDA DEPT OF LABOR | DEPT OF ECONOMIC OPPORTUNITY 107 EAST MADISON ST CALDWELL BUILDING TALLAHASSEE FL 32399-4120 |
| FLORIDA DEPT OF REVENUE | 5050 W TENNESSEE ST TALLAHASSEE FL 32399-0100 |
| FLORIDA OFFICE OF FINANCIAL REGULATION | 200 E. GAINES ST TALLAHASSEE FL 32399 |
| FLORIDA OFFICE OF THE ATTORNEY GENERAL | CONSUMER PROTECTION DIVISION THE CAPITOL PL-01 TALLAHASSEE FL 32399-1050 |
| FLORIDA STATE TREASURY | UNCLAIMED PROPERTY DIVISION 200 E GAINES ST TALLAHASSEE FL 32399-0358 |
| GA MEDICAID | DEPARTMENT OF COMMUNITY HEALTH ATTN: TRUST SERVICES 900 CIRCLE 75 PKWY SE, STE 650 ATLANTA GA 30339 |
| IA DHS | MEDICAID TRUST PROGRAM ATTN: BEN CHATMAN DES MOINES IA 50315 |
| IA MEDICAID | MEDICAID TRUST PROGRAM ATTN: BEN CHATMAN DES MOINES IA 50315 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 21309 BERLIN RD UNIT 13 GEORGETOWN DE 19947 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 600 ARCH STREET PHILADELPHIA PA 19106 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 611 S. DUPONT HWY DOVER DE 19904 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 844 KING ST WILMINGTON DE 19801 |
| JASON R. COODY | GAINESVILLE DIVISION 300 E UNIVERSITY AVE, STE 310 GAINESVILLE FL 32601 |
| JASON R. COODY | PENSACOLA DIVISION 21 E GARDEN ST, STE 400 PENSACOLA FL 32502 |
| JASON R. COODY | TALLAHASSEE HEADQUARTERS 111 N ADAMS ST 4TH FL US COURTHOUSE TALLAHASSEE FL |

| Claim Name | Address Information |
|---|---|
| JASON R. COODY | 32301 |
| KANSAS ESTATE RECOVERY ADMINISTRATOR | KDHE-LEGAL PO BOX 2428 TOPEKA KS 66601 |
| KEY BANK | MICHELE S COMPO, NY-37-39-1712 1700 BAUSCH AND LOMB PLACE ROCHESTER NY 14604 |
| KEY BANK | STACIA YERICO 127 PUBLIC SQUARE CLEVELAND OH 44114 |
| KEYBANK NATIONAL ASSOCIATION | ATTN ALICIA N RECTOR, OH-01-27-0200 127 PUBLIC SQ CLEVELAND OH 44114 |
| KEYBANK NATIONAL ASSOCIATION | C/O PORTER WRIGHT MORRIS & ARTHUR LLP ATTN MICHAEL P SHUSTER, PARTNER 9132 STRADA PL, STE 301 NAPLES FL 34108 |
| KO LAWYERS (COUNSEL TO C. CHAMBERLIN) | ADDRESS ON FILE |
| KS ESTATE RECOVERY | ESTATE RECOVERY UNIT P.O. BOX 2428 TOPEKA KS 66601 |
| KY MEDICAID | KENTUCKY MEDICAID 656 CHAMBERLIN AVENUE FRANKFORT KY 40601 |
| LAURA DAVIS | ADDRESS ON FILE |
| LAURA DAVIS | ADDRESS ON FILE |
| LEE GUARDIANSHIP SERVICES, INC. | C/O ANDERSON LAW PLLC ATTN: MARK C. ANDERSON 5237 SUMMERLIN COMMONS BLVD FORT MYERS FL 33907 |
| LEEDER LAW (COUNSEL TO C. CHAMBERLIN) | ADDRESS ON FILE |
| MARKENZY LAPOINTE | US ATTORNEYS OFFICE 101 S US 1, STE 3100 FT. PIERCE FL 34950 |
| MARKENZY LAPOINTE | US ATTORNEYS OFFICE 301 SIMONTON ST KEY WEST FL 33040 |
| MARKENZY LAPOINTE | US ATTORNEYS OFFICE 500 E BROWARD BLVD FT. LAUDERDALE FL 33394 |
| MARKENZY LAPOINTE | US ATTORNEYS OFFICE 500 S AUSTRALIAN AVE STE 400 W. PALM BEACH FL 33401 |
| MARKENZY LAPOINTE | US ATTORNEYS OFFICE 99 NE 4TH ST MIAMI FL 33132 |
| MARYLAND DEPT. OF HEALTH | AND MENTAL HYGIENE DIV OF RECOVERIES & FINANCIAL SERVICES 201 W. PRESTON ST., ROOM 204A BALTIMORE MD 21201 |
| MEDICAID | MS. JEAN O'SHEA OFFICE OF LEGAL AND REGULATORY AFFAIRS 6 QUAKERBRIDGE PLAZA, ROOM 206 MERCERVILLE NJ 08619 |
| MEDICAID/SSA | ATTN: JANELLE LAYLAGIAN 129 PLEASANT ST CONCORD NH 03301 |
| MI DHHS | MI DEPT. OF HEALTH AND HUMAN SERVICES PO BOX 30435 LANSING MI 48909 |
| MICHELLE DIEBERT | ADDRESS ON FILE |
| MICHELLE DIEBERT | ADDRESS ON FILE |
| NEVADA DWSS | NEVADA MEDICAID ESTATE RECOVERY 1100 E WILLIAM ST SUITE 109 CARSON CITY NV 89701 |
| NORTH AMERICAN SPECIALTY INSURANCE CO | C/O THE LAW OFFICES OF T SCOTT LEO PC 100 N LASALLE ST, STE 514 CHICAGO IL 60602 |
| OFFICE OF SEC. OF STATE OF FLORIDA | HON. CORD BYRD R.A. GRAY BLDG 500 S BRONOUGH ST TALLAHASSEE FL 32399 |
| OSTERHOUT & MCKINNEY, P.A. | ADDRESS ON FILE |
| PENSION BENEFIT GUARANTY CORP | DIR. CORP. FINANCE & NEGOTIATION DEPT. 445 12TH ST SW WASHINGTON DC 20024 |
| PENSION BENEFIT GUARANTY CORP | GENERAL COUNSEL 445 12TH ST SW WASHINGTON DC 20024 |
| R.F. MEYER & ASSOCIATES | ATTN: RICHARD F. MEYER 450 W. WILSON BRIDGE RD. SUITE 380 COLUMBUS OH 43085 |
| RENSSELAER COUNTY MEDICAID UNIT. | 1600 7TH AVE TROY NY 12180 |
| RICHARD F. MEYER | F.R. MEYER, LLC 450 W. WILSON BRIDGE RD. SUITE 380 WORTHINGTON OH 43085 |
| ROBERTS LAW, PLLC | (COUNSEL TO BENEFICIARY 08-1823) ATTN: KELLY ROBERTS 2075 MAIN STREET, SUITE 23 SARASOTA FL 34237 |
| ROGER B. HANDBERG | US ATTORNEYS OFFICE 2110 FIRST ST, STE 3-137 FT. MYERS FL 33901 |
| ROGER B. HANDBERG | US ATTORNEYS OFFICE 300 N HOGAN ST, STE 700 JACKSONVILLE FL 32202 |
| ROGER B. HANDBERG | US ATTORNEYS OFFICE 35 SE 1ST AVE, STE 300 OCALA FL 34471 |
| ROGER B. HANDBERG | US ATTORNEYS OFFICE 400 N TAMPA ST, STE 3200 TAMPA FL 33602 |
| ROGER B. HANDBERG | US ATTORNEYS OFFICE 400 W WASHINGTON ST, STE 3100 ORLANDO FL 32801 |
| ROOSEVELT LAKES, LLC | 4500 140TH AVE. N. CLEARWATER FL 33762 |
| SOCIETY FOR CORPORATE GOVERNANCE | 52 VANDERBILT AVE RM 510 NEW YORK NY 10017-3849 |
| SOUTH CAROLINA DHHS | PO BOX 8355 COLUMBIA SC 29202 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL 501 WASHINGTON AVE MONTGOMERY AL 36104 |

| Claim Name | Address Information |
| --- | --- |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL PO BOX 300152 MONTGOMERY AL 36130-0152 |
| STATE OF ALASKA ATTORNEY GENERAL | ATTN: TREG TAYLOR 1031 W 4TH AVE, STE 200 ANCHORAGE AK 99501-1994 |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: KRIS MAYES 2005 NORTH CENTRAL AVENUE PHOENIX AZ 85004-2926 |
| STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: TIM GRIFFIN 323 CENTER ST, STE 200 LITTLE ROCK AR 72201-2610 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: ROB BONTA 1300 'I' ST SACRAMENTO CA 95814-2919 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | CONSUMER PROTECTION SECTION ATTN: BANKRUPTCY NOTICES 455 GOLDEN GATE AVE., STE. 11000 SAN FRANCISCO CA 94102-7004 |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN: PHIL WEISER RALPH L CARR COLORADO JUDICIAL BLDG 1300 BROADWAY, 10TH FL DENVER CO 80203 |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: WILLIAM TONG 165 CAPITOL AVENUE HARTFORD CT 06106 |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS CARVEL STATE BUILDING 820 N FRENCH ST WILMINGTON DE 19801 |
| STATE OF FLORIDA | DEPARTMENT OF ECONOMIC OPPORTUNITY 107 E MADISON ST CALDWELL BLDG TALLAHASSEE FL 32399-4120 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY PL 01 THE CAPITOL TALLAHASSEE FL 32399-1050 |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTN: CHRIS CARR 40 CAPITOL SQUARE, SW ATLANTA GA 30334 |
| STATE OF HAWAII ATTORNEY GENERAL | ATTN: ANN E LOPEZ 425 QUEEN ST HONOLULU HI 96813 |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: RAUL R. LABRADOR 700 W JEFFERSON ST, STE 210 PO BOX 83720 BOISE ID 83720-0010 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF IOWA ATTORNEY GENERAL | ATTN: BRENNA BIRD HOOVER STATE OFFICE BUILDING 1305 E WALNUT ST DES MOINES IA 50319 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN: KRIS W. KOBACH 120 SW 10TH AVE, 2ND FL TOPEKA KS 66612 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: DANIEL CAMERON 700 CAPITOL AVE, STE 118 FRANKFORT KY 40601-3449 |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: JEFF LANDRY 1885 N THIRD ST BATON ROUGE LA 70802 |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: JEFF LANDRY PO BOX 94005 BATON ROUGE LA 70804 |
| STATE OF MAINE ATTORNEY GENERAL | ATTN: AARON FREY 6 STATE HOUSE STATION AUGUSTA ME 04333 |
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN: ATHONY G. BROWN 200 ST PAUL PLACE BALTIMORE MD 21202 |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: ANDREA JOY CAMPBELL 1 ASHBURTON PLACE, 20TH FL BOSTON MA 02108-1518 |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: DANA NESSEL G. MENNEN WILLIAMS BLDG 525 W OTTAWA ST - PO BOX 30212 LANSING MI 48909 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: KEITH ELLISON 445 MINNESOTA ST STE 1400 ST. PAUL MN 55101-2131 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: LYNN FITCH PO BOX 220 JACKSON MS 39205 |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTN: ANDREW BAILEY SUPREME CT BLDG, 207 W HIGH ST PO BOX 899 JEFFERSON CITY MO 65102 |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: AUSTIN KNUDSEN JUSTICE BLDG 215 N SANDERS ST HELENA MT 59601 |
| STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: MIKE HILGERS 2115 STATE CAPITOL PO BOX 98920 LINCOLN NE 68509 |
| STATE OF NEVADA ATTORNEY GENERAL | ATTN: AARON D. FORD 100 N CARSON ST CARSON CITY NV 89701 |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: JOHN M. FORMELLA NH DEPT OF JUSTICE 33 CAPITOL ST CONCORD NH 03301 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST – PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: RAUL TORREZ 408 GALISTEO ST VILLAGRA BLDG SANTA FE NM 87501 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES DEPT. OF LAW THE CAPITOL, 2ND FL ALBANY NY 12224-0341 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN PO BOX 629 RALEIGH NC 27602-0629 |
| STATE OF OHIO ATTORNEY GENERAL | ATTN: DAVE YOST 30 E BROAD ST, 14TH FL COLUMBUS OH 43215 |
| STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: DONNA HOPE 313 NE 21ST ST OKLAHOMA CITY OK 73105 |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: ELLEN F. ROSENBLUM 1162 COURT ST, NE SALEM OR 97301-4096 |

| Claim Name | Address Information |
|---|---|
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: MICHELLE HENRY STRAWBERRY SQ 16TH FLR HARRISBURG PA 17120 |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: ALAN WILSON PO BOX 11549 COLUMBIA SC 29211-1549 |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: ALAN WILSON REMBERT C. DENNIS OFFICE BLDG 1000 ASSEMBLY ST, ROOM 519 COLUMBIA SC 29201 |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: MARK JACKLEY 1302 EAST HIGHWAY 14, STE 1 PIERRE SD 57501-8501 |
| STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: JONATHAN SKRMETTI PO BOX 20207 NASHVILLE TN 37202-0207 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: SEAN D. REYES 350 N STATE ST, STE 230 SALT LAKE CITY UT 84114-2320 |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: SEAN D. REYES PO BOX 142320 SALT LAKE CITY UT 84114-2320 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: JASON MIYARES 202 N NINTH ST RICHMOND VA 23219 |
| STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BOB FERGUSON 1125 WASHINGTON ST SE OLYMPIA WA 98504-0100 |
| STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BOB FERGUSON PO BOX 40100 OLYMPIA WA 98504-0100 |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: PATRICK MORRISEY STATE CAPITOL COMPLEX, BLDG 1, ROOM E-26 1900 KANAWHA BLVD. E CHARLESTON WV 25305 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: JOSH KAUL WISCONSIN DEPARTMENT OF JUSTICE 17 PO BOX 7857 MADISON WI 53703-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN: BRIDGET HILL 109 STATE CAPITAL 200 W. 24TH ST CHEYENNE WY 82002 |
| SUFFOLK COUNTY DSS | MEDICAID ELIGIBILITY PO BOX 18100 HAUPPAUGE NY 11788 |
| SUPPORTIVE CARE SOLUTIONS, LLC | ADDRESS ON FILE |
| SYLVIA NOEL WHITE PA | 1108 S HIGHLAND AVE CLEARWATER FL 33756 |
| TENNCARE | MSC 1337 PO BOX 305133 NASHVILLE TN 37230 |
| TENNCARE ESTATE RECOVERY | 310 GREAT CIRCLE RD - 3 WEST NASHVILLE TN 37243 |
| THERESA ALESSANDRA RUSSO FOUNDATION, THE | ATTN VINCENT J RUSSO, ESQ, TREASURER 250 LIDO BLVD LONG BEACH NY 11561 |
| THERESA ALESSANDRA RUSSO FOUNDATION, THE | C/O CARLTON FIELDS PA ATTN J RYAN YANT, ESQ 4221 W BOY SCOUT BLVD, STE 1000 TAMPA FL 33607 |
| TRENAM, KEMKER, SCHARF, BARKIN, FRYE, | O'NEILL & MULLIS P.A. ATTN: WILLIAM A. MCBRIDE 101 E. KENNEDY BOULEVARD, SUITE 2700 TAMPA FL 33602 |
| TX DEPARTMENT OF FAMILY | AND PROTECTIVE SERVICES 4900 N. LAMAR BLVD. AUSTIN TX 78751 |
| U.S VIRGIN ISLANDS ATTORNEY GENERAL | ATTN: ARIEL SMITH #213 ESTATE LA REINE 6151 RR1 ST. CROIX VI 00850 |
| U.S VIRGIN ISLANDS ATTORNEY GENERAL | ATTN: ARIEL SMITH 3438 KRONDPRINDSENS GADE GERS BUILDING,2ND FLOOR ST. THOMAS VI 00802 |
| U.S. CUSTOMS AND BORDER PROTECTION | 1300 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20229 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |
| U.S. DEPARTMENT OF JUSTICE | COUNSEL TO THE UNITED STATES OF AMERICA ATTN: ALEXIS M. DANIEL, CIVIL DIVISION P.O. BOX 875; BEN FRANKLIN STATION WASHINGTON DC 20044 |
| U.S. DEPT HEALTH & HUMAN SERVICES | 200 INDEPENDENCE AVE, SW WASHINGTON DC 20201 |
| U.S. DEPT OF STATE | DIRECTORATE OF DEFENCE TRADE CONTROLS COMPLIANCE & REGISTRATION DIV WASHINGTON DC 20522-0112 |
| U.S. ENVIRONMENTAL PROTECTION AGENCY | OFFICE OF GENERAL COUNSEL 2310A 1200 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20460 |
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMM. | MIAMI DISTRICT OFFICE MIAMI TOWER 100 SE 2ND STREET, SUITE 1500 MIAMI FL 33131 |
| UNITED STATES TREASURY | OFFICE OF THE TREASURER 1500 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20220 |
| US ATTORNEYS OFFICE | 400 N TAMPA ST TAMPA FL 33602 |
| US DEPARTMENT OF HEALTH & HUMAN SERVICES | ATTN FAHRYN HOFFMAN, HHS OGC 601 E 12TH ST, RM N1800 KANSAS CITY MO 64106 |
| US DEPARTMENT OF LABOR | S-2521 200 CONSITUTION AVE, NW WASHINGTON DC 20210 |

**Claim Name** | **Address Information**

**Total Creditor count: 162**

**EXHIBIT C**

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.,
Case No. 8:24-bk-00676 (RCT)
First Class Mail Additional Service List

THE CENTER FOR SPECIAL NEEDS ADMINISTRATION, INC.
PO BOX 17296
CLEARWATER, FL 33762

**EXHIBIT D**

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.,
Case No. 8:24-bk-00676 (RCT)
Electronic Mail Master Service List

| Name | Email |
|---|---|
| ADAMS AND REESE LLP | lauren.baio@arlaw.com; catherine.lockley@arlaw.com; jessica.eck@arlaw.com |
| AKERMAN LLP | steven.wirth@akerman.com; raye.elliott@akerman.com; catherine.choe@akerman.com |
| ANDERSON LAW PLLC | mark@andersonlex.com |
| BECK REDDEN LLP | mrosales@beckredden.com; cmaneen@beckredden.com |
| CARLTON FIELDS, P.A | dkirk@carltonfields.com; ryant@carltonfields.com |
| CHAPTER 11 TRUSTEE | Michael.goldberg@akerman.com |
| COLSON HICKS EIDSON | curt@colson.com |
| COLE, SCOTT & KISSANE, P.A. | daniel.nicholas@csklegal.com; roxanne.cohen@csklegal.com |
| COLORADO DEPARTMENT OF LAW | deanna.westfall@coag.gov |
| CREDITOR 06-0652 | cmulholland@compwise.services |
| CREDITOR 08-2098 | marbekahbowman@yahoo.com |
| CREDITOR 08-2105 | familiaperales8@gmail.com |
| CREDITOR 11-3295 | toddjchamberlin@gmail.com |
| CREDITOR 18-10862 | mmunson@ruderware.com |
| FLORIDA LITIGATION GROUP | serviceimglaw@gmail.com; attorney@floridapotlawfirm.com |
| FURR AND COHEN, P.A. | jrigoli@furrcohen.com |
| HAHN & HAHN LLP | drallis@hahnlawyers.com |
| HILL WARD HENDERSON | patrick.mosley@hwhlaw.com; tricia.elam@hwhlaw.com; mark.wall@hwhlaw.com; michelle.ebrada@hwhlaw.com |
| HOLLAND & KNIGHT LLP | noel.boeke@hklaw.com |
| HOWARD STALLINGS LAW FIRM | Jangell@hsfh.com; jangell@howardstallings.com |
| JOHNSON POPE BOKOR RUPPEL & BURNS LLP | edwardp@jpfirm.com |
| KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT | ferguson@kolawyers.com; streisfeld@kolawyers.com; herter@kolawyers.com |
| LINDA LEALI, P.A. | lleali@lealilaw.com |
| MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A. | jmarkowitz@mrthlaw.com |
| NARDELLA & BARDELLA PLLC | mnardella@nardellalaw.com; msayne@nardellalaw.com; klynch@nardellalaw.com |
| OFFICE OF SECRETARY OF STATE OF FLORIDA | secretaryofstate@dos.myflorida.com |

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.,
Case No. 8:24-bk-00676 (RCT)
Electronic Mail Master Service List

| Name | Email |
| --- | --- |
| RICHARD A PERRY P.A. | richard@rapocala.com |
| ROBERTS LAW, PLLC | kelly@kellyrobertslaw.com |
| SHAPIRO, BLASI, WASSERMAN & HERMANN, P.A. | mkish@sbwh.law; rmorales@sbwh.law |
| SHUMAKER, LOOP & KENDRICK LLP | jverona@shumaker.com; mhartz@shumaker.com; yhaidermota@shumaker.com; dfernandez@shumaker.com |
| SIMPSON LAW GROUP | sbs@simpsonlawfl.com |
| THE REISSMAN LAW GROUP, P.A. | marshall@reissmanlaw.com |
| TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS PA | lfernandez@trenam.com; bmcbride@trenam.com; ekoenig@trenam.com |
| UNDERWOOD MURRAY, P.A | mmurray@underwoodmurray.com; sunderwood@underwoodmurray.com; detlinger@underwoodmurray.com |
| UNITED STATES TRUSTEE FOR THE MIDDLE DISTRICT OF FLORIDA | ustp.region21@usdoj.gov; guy.a.vanbaalen@usdoj.gov; teresa.dorr@usdoj.gov |