UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.

Case No.: 8:24-bk-00676-RCT

Chapter 11

Debtor.
_____/

## NOTICE OF ISSUANCE OF SUBPOENAS

Michael I. Goldberg, Chapter 11 Trustee, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 45, hereby gives notice of the issuance of the following Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) (collectively, the "Subpoenas") on November 14, 2024, to **737 Main Street, LLC**.

A true and correct copy the Subpoena is attached to this Notice as **Composite Exhibit 1**.

Dated: November 14, 2024

                AKERMAN LLP

                By: */s/ Raye C. Elliott*
                    Raye C. Elliott, Esq.
                    Florida Bar Number: 018732
                    Email: raye.elliott@akerman.com
                    Steven R. Wirth, Esq.
                    Florida Bar No. 170380
                    Email: steven.wirth@akerman.com
                    401 East Jackson Street, Suite 1700
                    Tampa, FL 33602
                    Telephone: (813) 223-7333
                    *Counsel for Chapter 11 Trustee, Michael I. Goldberg*

78749310,1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 14, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

                           */s/ Raye C. Elliott*
                           Raye C. Elliott, Esq.