

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/14/2024 09:30 AM

COURTROOM 8A

HONORABLE ROBERTA COLTON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:24-bk-00676-RCT | 11 | 02/09/2024 |

**Chapter 11**

**DEBTOR:**     The Center for Special Needs Trust Administration, Inc.

**DEBTOR ATTY:**   Mark Wall

**TRUSTEE:**    Michael Goldberg

**HEARING:**

Omnibus Motion to Reject Certain Executory
             Contracts and Unexpired Leases and Granting
             Related Relief by of Trustee Michael Goldberg
             (Doc #391)
             Note:
             Hearing 1/9/25 @ 9:30 am S/C

**APPEARANCES:**: Steven Wirth; Teresa Dorr; Megan Murray; Bert McBride; Ryan Yant

**WITNESSES:**

**EVIDENCE:**

**RULING:** Omnibus Motion to Reject Certain Executory Contracts
and Unexpired Leases and Granting Related Relief by of Trustee Michael Goldberg
(Doc #391) -   GRANTED AS DISCUSSED IN OPEN COURT; ORDER BY WIRTH

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.