**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Case No. 8:24-bk-00676-RCT |
| Debtor. | Ref. Docket No. 409 |

**CERTIFICATE OF SERVICE**

I, ARNOLD NGUYEN, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 12, 2024, I caused to be served the:

    a. "Opt-Out Notice Pooled Special Needs Trust Accounts," *related to Docket No. 406*, a copy of which is annexed hereto as Exhibit A, and

    b. "Notice of Trustee Resignation for Non-Pooled Special Needs Trust Accounts and Election of Successor Trustee (Opt-in/Opt-out)," *related to Docket No. 406*, a copy of which is annexed hereto as Exhibit B,

    by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Arnold Nguyen*
Arnold Nguyen

**EXHIBIT A**

# OPT-OUT NOTICE
# POOLED SPECIAL NEEDS TRUST ACCOUNTS
# IMPORTANT NOTICE:

You are receiving this notice because The Center for Special Needs Trust Administration, Inc. (the "Center") will resign on December 31, 2024 as the trustee of a pooled special needs trust for which you have been named as a beneficiary. CPT Institute, Inc. ("CPT") will assume future trust administration unless you opt-out before **_November 22, 2024_** by filling out the opt-out form on page 2.

## _About CPT Institute, Inc._

CPT is a third-party charitable nonprofit trustee that operates nationally in forty-eight states. You can learn more about CPT on its website: www.cptinstitute.org/the-center

### Trustee Fees[1]

| | |
|---|---|
| Trust Account Setup | $0 waived |
| Balance less than $100,000 **no** structured settlement or MSA[2] | $50 monthly |
| Balance less than $100,000 **with** structure settlement or MSA | $100 monthly |
| All accounts with balance over $100,000 | $150 monthly |
| Money Management Fee (percentage of funds under management)[3] | .60 % |

If you consent to CPT's appointment as successor trustee of your trust, you may visit their website at www.cptinstitute.org/the-center to complete the OPT-IN electronic form. Alternatively, you can contact them directly at 813-687-8818 or via email at join@cptcharity.org.

A CPT staff member will contact you regarding the next steps to finalize the transition of your trust's administration after November 22, 2024.

If you desire to initiate the transfer of your trust administration to CPT prior to November 22, 2024, you can contact CPT directly at the following to expedite the process:

Telephone: 813-687-8818
Email: join@cptcharity.org
URL: www.cptinstitute.org/the-center

****

---

[1] CPT **does not** collect a fee from invested funds.
[2] Medicare Set Aside.
[3] Money Management Fees are paid to True Link, a third-party investment firm/custody agent selected by CPT. Proprietary or trail-fee investment products are prohibited. Following CPT's appointment as successor trustee, online access to trust activities and balances will be provided. Investment Statements are also provided quarterly.

**I.     ELECTION TO OPT-OUT AND APPOINTMENT OF ALTERNATIVE SUCCESSOR TRUSTEE**

I opt-out of the administration of my Trust by CPT Institute, Inc., and I desire, direct, and consent to the appointment of a Pooled Trust identified below for future administration of my Trust:

☐  I **opt-out** of the appointment of CPT as my successor trustee and instead desire, direct, and consent to transfer of the funds held in the sub-account for my benefit to be transferred to the following Pooled Trust identified below for future administration of my Pooled Trust:

Name of the Desired Pool Trust: _____

Name of Trustee of the Desired Pooled Trust: _____

Address of Desired Pooled Trust: _____

Telephone # of the Desired Pooled Trust: _____

Email Address of the Desired Pooled Trust (if possible): _____

**II.    RETENTION OF CLAIMS**

For all Trusts, whether transitioned to CPT or a third-party successor trustee, the Chapter 11 Trustee will automatically retain rights to pursue litigation on your behalf and make distributions from amounts recovered through the Bankruptcy Case from claims which are exclusively property of the bankruptcy estate. In other words, you will retain your rights under your Proof of Claim, regardless of whether you opt out below.

The Bankruptcy Court also authorized the Chapter 11 Trustee to retain claims of the Center, as trustee of your trust, and pursue recovery efforts for these claims on your behalf (for example, claims your trust has against third parties for your losses). However, you may opt out and decline from having the Chapter 11 Trustee pursue claims on behalf of the Center, as trustee of your trust, after the transition of your trust to a successor trust or trustee. To do so, you must check the Opt-Out box below. You may want to consult an attorney before making this decision.

☐  OPT-OUT: I do not consent to the Chapter 11 Trustee's retention of all rights and standing as trustee of my trust to pursue claims on my behalf after my trust is transferred to the successor trustee. I wish to pursue those on my own.

**III.   *BENEFICIARY INFORMATION***

1. Full Legal Name of Beneficiary: _____

2. Signature of Beneficiary, trustee, legal representative, or party authorized to act on behalf of such Beneficiary: _____

3. Date of Execution: _____

4. Email of Beneficiary: _____

5. Email of Legal representative authorized to act on behalf of beneficiary: _____

6. Telephone Number: _____

7. Address of Beneficiary: _____
   Address

   _____
   City          State          ZIP Code          Country

8. Address where duplicate notice should be sent: _____
   Name

   _____
   Address

   _____
   City          State          ZIP Code          Country

**Please be advised that you have until November 22, 2024 to deliver this Opt-Out Notice to all Notice Parties listed below. Your Opt-Out Notice must be actually delivered to the Notice Parties by First Class Mail, Hand Delivery, Overnight Mail, or Electronically by this date to be considered valid. All fields above, including Beneficiary Information and accurate third-party trustee information, must be filled out to effectuate a valid opt-out if opting out of the automatic appointment of CPT as successor trustee. Failure to opt-out by the date provided in this notice, or refusal of any identified desired successor trustee, will result in the transfer of your trust administration from the Center to CPT.**

### NOTICE PARTIES AND CONTACT INFORMATION:

**If by First-Class Mail:**
The Center for Special Needs Trust Administration, Inc.
Opt Out Notice Processing Center
c/o Epiq Corporate Restructuring, LLC
P.O. Box 4419
Beaverton, OR 97076-4419

**If by Hand Delivery or Overnight Mail:**
The Center for Special Needs Trust Administration, Inc.
Opt Out Notice Processing Center
c/o Epiq Corporate Restructuring, LLC
10300 SW Allen Blvd.
Beaverton, OR 97005

**If Electronically:**

Click on the link **Opt-Out Notice** under **Case Actions** on the case information page. The case information page link is below.

https://dm.epiq11.com/centerforspecialneedstrustadministration/

For additional information and legal aid resources, please visit:
https://dm.epiq11.com/case/centerforspecialneedstrustadministration/info/2

**EXHIBIT B**

# NOTICE OF TRUSTEE RESIGNATION FOR
# NON-POOLED SPECIAL NEEDS TRUST ACCOUNTS AND
# ELECTION OF SUCCESSOR TRUSTEE (OPT-IN/OPT-OUT)

## IMPORTANT NOTICE

You are receiving this notice because The Center for Special Needs Trust Administration, Inc. (the "Center") will resign on December 31, 2024, as the trustee of a trust for which you have been named as a beneficiary. To avoid interruption in the administration of your trust, you must elect a successor trustee no later than *November 22, 2024* by filling out the successor trustee election form on page 2.

Failure to elect an eligible successor trustee by *November 22, 2024,* will result in a review of your trust by an attorney to evaluate options for the succession of your trust administration, including the possible appointment of CPT Institute, Inc. ("CPT") as your successor trustee. If your account is $50,000 or more, a one-time charge of $500 will be paid to the attorney out of your trust for this review. If your account is under $50,000, no charge will be imposed for this review. Following the legal review of your trust, you will be notified of your options to transition your trust to an eligible successor trustee, such as CPT. If CPT can serve as your successor trustee, a member of the CPT team will contact you directly to initiate the transfer of your trust administration. If CPT cannot accept your trust, it will provide you with a written report on the steps needed to find a new trustee with recommendations for services to assist you in your search.

### *About CPT Institute, Inc.*

CPT is a third-party charitable nonprofit trustee that operates nationally in forty-eight states. You can learn more about CPT on its website: www.cptinstitute.org.

**Individual Special Needs Trusts Administration Fees[1]**

| | |
|---|---|
| Trust Account Setup (if account is $50,000 or more) | $500 |
| Trust Account Setup (if account under $50,000) | $0 |
| Monthly Administration Fee | $150 monthly |
| Money Management Fee (percentage of funds under management)[2] | .60 % |

If you desire to initiate the transfer of your trust administration to CPT before November 22, 2024, you can contact CPT directly at the following to expedite the process:

Telephone: 813-687-8818
Email: join@cptcharity.org
URL: www.cptinstitute.org/the-center

\*\*\*\*

I.   ELECTION OF SUCCESSOR TRUSTEE

Subject to the eligibility and acceptance of my elected appointment by the successor trustee identified below, I desire, direct, and consent to the appointment of the successor trustee identified below for the future administration of my Trust as follows:

---

[1] CPT **does not** collect a fee from invested funds.

[2] The investment firm custody agent chosen by the CPT board (True Link) charges money management fees. Proprietary or trail fee investment products are prohibited. Statements provided quarterly, online activity and balances portal access provided.

78227006;21

☐ OPT-IN: I <u>elect</u> CPT as my successor trustee for future administration of my non-pooled trust.

☐ OPT-OUT: I elect the following alternative successor trustee identified below for future administration of my non-pooled trust:

Desired Successor Trustee: _____

Address of Desired Successor Trustee: _____
<span style="margin-left:2em">Address</span>

_____
City    State    ZIP Code    Country

Telephone of Desired Successor Trustee: _____

Email of Desired Successor Trustee: _____

## II.   RETENTION OF CLAIMS

For all Trusts, whether transitioned to CPT or a third-party successor trustee, the Chapter 11 Trustee will automatically retain rights to pursue litigation on your behalf and make distributions from amounts recovered through the Bankruptcy Case from claims which are exclusively property of the bankruptcy estate. In other words, you will retain your rights under your Proof of Claim, regardless of whether you opt out below.

The Bankruptcy Court also authorized the Chapter 11 Trustee to retain claims of the Center, as trustee of your trust, and pursue recovery efforts for these claims on your behalf (for example, claims your trust has against third parties for your losses). However, you may opt out and decline from having the Chapter 11 Trustee pursue claims on behalf of the Center, as trustee of your trust, after the transition of your trust to a successor trust or trustee. To do so, you must check the Opt-Out box below. You may want to consult an attorney before making this decision.

☐ OPT-OUT: I <u>do not consent</u> to the Chapter 11 Trustee's retention of all rights and standing as trustee of my trust to pursue claims on my behalf after my trust is transferred to the successor trustee. I wish to pursue those on my own.

## III.   BENEFICIARY INFORMATION

1. Full Legal Name of Beneficiary: _____

2. Signature of Beneficiary, trustee, legal representative, or party authorized to act on behalf of such

   Beneficiary: _____

3. Date of Execution: _____

4. Email of Beneficiary: _____

5. Email of Legal representative authorized to act on behalf of beneficiary: _____

78227006;21

6. Telephone Number: _____

7. Address of Beneficiary: _____
   Address

   _____
   City        State        ZIP Code        Country

8. Address where duplicate notice should be sent: _____
   Address

   _____
   City        State        ZIP Code        Country

**Please be advised that you have until *November 22, 2024* to deliver this Beneficiary Election of Successor Trustee Form (the "<u>Election</u>") to all Notice Parties listed below. Your Election must be actually delivered to the Notice Parties by First Class Mail, Hand Delivery, Overnight Mail or Electronically by this date to be considered valid. All fields above, including Beneficiary Information and accurate third-party successor trustee information, must be filled out to effectuate a valid Election. Failure to elect an eligible successor trustee by *November 22, 2024*, will result in a review of your trust by an attorney to evaluate options for the succession of your trust administration, including the possible appointment of CPT Institute, Inc. ("CPT") as your successor trustee. If your account is $50,000 or more, a one-time charge of $500 will be paid to the attorney out of your trust for this review.**

**NOTICE PARTIES AND CONTACT INFORMATION:**

**If by First-Class Mail:**
The Center for Special Needs Trust Administration, Inc.
Opt Out Notice Processing Center
c/o Epiq Corporate Restructuring, LLC
P.O. Box 4419
Beaverton, OR 97076-4419

**If by Hand Delivery or Overnight Mail:**
The Center for Special Needs Trust Administration, Inc.
Opt Out Notice Processing Center
c/o Epiq Corporate Restructuring, LLC
10300 SW Allen Blvd.
Beaverton, OR 97005

**If Electronically:**

Click on the link **Beneficiary Election of Successor Trustee Form** under **Case Actions** on the case information page. The case information page link is below.

https://dm.epiq11.com/centerforspecialneedstrustadministration/

78227006;21

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| BENEFICIARY 23-12268 | ADDRESS ON FILE |
| BYRON WRIGHT III | (COUNSEL TO CREDITOR JIMMIE CRIM JR) 2810 REMINGTON GREEN CIRCLE TALLAHASSEE FL 32308 |
| CREDITOR 18-10862 | C/O MARK D. MUNSON, ESQ. 500 N. FIRST STREET, SUITE 800 PO BOX 8050 WAUSAU WI 54402 |
| INTERNAL REVENUE SERVICE | INSOLVENCY UNIT 7850 SW 6TH COURT MAIL STOP 5730 PLANTATION FL 33324 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 600 ARCH STREET PHILADELPHIA PA 19106 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 611 S. DUPONT HWY DOVER DE 19904 |
| STATE OF FLORIDA ATTORNEY GENERAL | THE CAPITOL, PL 01 TALLAHASSEE FL 32399-1050 |
| TENNCARE | (C/O TN ATTORNEY GEN OFF BANKRUPTCY DIV) ATTN: STUART WILSON-PATTON PO BOX 20207 NASHVILLE TN 37202-0207 |
| UNITED STATES ATTORNEYS OFFICE | FOR THE MIDDLE DISTRICT OF FLORIDA 400 NORTH TAMPA STREET, SUITE 3200 TAMPA FL 33602 |

**Total Creditor count  10**