**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION**

| | |
|---|---|
| In re:<br><br>THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 8:24-bk-00676-RCT<br><br>Ref. Docket No. 409 |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, ARNOLD NGUYEN, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 12, 2024, I caused to be served the "Order Granting Chapter 11 Trustee's Motion to Approve (I) Wind Down and Termination of Operations of the Debtor, (II) Resignation of the Debtor as Trustee of Trusts, (III) Approve Procedures to Appoint CPT Institute, Inc. as Successor Trustee of the Trusts, and (IV) Approve Form and Manner of Opt-Out Notice for Appointment of CPT Institute, Inc. as Successor Trustee," dated November 06, 2024 [Docket No. 409], by causing true and correct copies to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

                                                                              */s/ Arnold Nguyen*
                                                                              Arnold Nguyen

# EXHIBIT A

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.,
Case No. 8:24-bk-00676 (RCT)
First Class Mail Service List

BILL K. LONG
ADDRESS IS ON FILE