ORDERED.

**Dated:  November 15, 2024**

Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                              Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                Chapter 11

      Debtor.

_____/

**ORDER GRANTING CHAPTER 11 TRUSTEE'S OMNIBUS**
**MOTION FOR THE ENTRY OF AN ORDER (I) AUTHORIZING**
**THE REJECTION OF CERTAIN EXECUTORY CONTRACTS**
**AND UNEXPIRED LEASE (II) GRANTING RELATED RELIEF**

     Upon the motion (the "**Motion**") of the Chapter 11 Trustee[1] for the entry of an order

approving the Chapter 11 Trustee's rejection of the Executory Contracts included on **Schedule 1**

attached hereto and the Lease included on **Schedule 2** attached hereto, [Doc. No. 391]; and it

appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334;

and that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that venue of

this proceeding and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409;

and due and proper notice of the Motion having been given; and after due deliberation and it

appearing that sufficient cause exists for granting the requested relief, including the arguments of

---

[1] Capitalized terms used but not specifically defined herein shall have the respective meanings ascribed to them in the Motion.

counsel at the hearing held on November 14, 2024 at 9:30 a.m. (ET); and that the relief requested under the Motion is in the best interests of the Debtor's estate and creditors; and that proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary.  Upon review of the record before the Court, good and sufficient cause exists to grant the relief requested. Accordingly, it is

      **ORDERED** that:

1.     The Motion is **GRANTED**.

2.     Pursuant to Section 365(a) of the Bankruptcy Code, the Executory Contracts identified on **Schedule 1** and the Lease identified on **Schedule 2** hereto are hereby rejected, effective as of the respective dates specified in **Schedule 1** and **Schedule 2**.

3.     Nothing set forth in this Order shall be deemed to constitute a waiver by the Debtor or Chapter 11 Trustee of any potential claims against any counterparty to an Executory Contract or the Lease.

4.     The Chapter 11 Trustee shall promptly serve a copy of this Order on all counterparties to the Executory Contracts and the Lease as required by the terms of each respective Executory Contract or Lease.

5.     **Any proof of claim for damages arising from the rejection of the Executory Contracts and Lease and any other amount due under the Executory Contracts or Lease, including administrative expense claims, must be filed with the Court on or before the latest of: (i) the claims bar date established by the Court; or (ii) 30 days after the entry of this Order approving the rejection of the Executory Contracts and Lease.**

6.     The Chapter 11 Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

77828560;1

7.      The Court hereby retains jurisdiction to hear and determine all matters arising from

or related to the implementation, interpretation and/or enforcement of this Order.

*Steven R. Wirth, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.*

77828560;1

## **Schedule 1**

Rejected Contracts

| Number | Contract Counterparty | Contract Description | Address | Rejection Effective Date |
|---|---|---|---|---|
| 1 | ADT LLC | Office Security | P.O. Box 371878,Pittsburgh , PA 15250 | 10/21/2024 |
| 2 | AT&T | Cell Phone | 5012 4th St N,St Petersburg , FL 33703 | 10/21/2024 |
| 3 | Biscom | Fax Service | 10 Technology Park Dr,Westford , MA 01886 | 12/31/2024 |
| 4 | D.Bryan Milner, Milner Plaintiff Services | Referral Agreement | 14 South Prize Oaks Dr,Cedar Park , TX 78613 | 10/21/2024 |
| 5 | Great American Finance | Copier Lease | 625 First St. SE,Cedar Rapids , IA 52401 | 10/21/2024 |
| 6 | Hope Portal Services DBA Hope Trust | Referral Agreement | 101 Crawfords Corner Rd. Bell Works 1-401,Holmdel , NJ 07733 | 10/21/2024 |
| 7 | Hungerford Technologies | Phone system lease | 2910 Lucerne Dr SE,Grand Rapids , MI 49546 | 12/31/2024 |
| 8 | Intelepeer Communications | Cloud phone service | 155 Bovet Rd, Ste 405,San Mateo , CA 94402 | 12/31/2024 |
| 9 | John Muir, Ringler Associates Bloomington LLC | Referral Agreement | 2501 E. college Ave Ste A,Bloomington , IL 61704 | 10/21/2024 |
| 10 | John Staunton PA | Legal Representation | 622 bypass Dr. Ste 200,Clearwater  , FL 33764 | 10/21/2024 |
| 11 | Lumen (Level 3) | Internet Service | P.O. Box 910182,Denver  , CO 80291 | 10/21/2024 |
| 12 | Pamela Liggett | Referral Agreement | 12123 Shelbyville Rd Ste 100-163,Louisville , KY 40243 | 10/21/2024 |
| 13 | Pitney Bowes | Postage Machine | | 10/21/2024 |
| 14 | Pitney Bowes | Cube Mailer | | 12/31/2024 |
| 15 | Protected Tomorrows Inc | Referral Agreement | 103 Schelter Rd,Lincolnshire , IL 60069 | 10/21/2024 |
| 16 | Smarsh, Inc | E-mail recovery | P.O. Box 8023,Carol Stream , IL 60197 | 12/31/2024 |
| 17 | Summit Settlements | Broker Agreement | | 10/21/2024 |
| 18 | Theresa Alessandra Russo Foundation | Pooled Trust Agmt | 250 Lido Blvd,Lido Beach , NY 11561 | 10/21/2024 |
| 19 | Thomas Bales Jr. | Real Estate consulting | 6121 Seminole Blvd,Seminole , FL 33716 | 12/31/2024 |

## **Schedule 2**

Rejected Lease

| Number | Lease Counterparty | Description | Address | Rejection Effective Date |
|---|---|---|---|---|
| 20 | Roosevelt Lakes LLC (Landlord) | Office Lease of premises located at 12425 28th Street North, Suite 301, St. Petersburg, FL 33716 | Address of Leased Premises: 12425 28th Street North, Suite 301, St. Petersburg, FL 33716<br><br>Address of Landlord: 2406 Cypress Glen Dr. Ste 101, Wesley Chapel , FL 33544 | 10/21/2024 |