**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                                          Case No. 8:24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                                          Chapter 11

      Debtor.
_____/

## CERTIFICATE OF NECESSITY OF REQUEST FOR EMERGENCY HEARING

      I HEREBY CERTIFY, as a member of the Bar of the Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the following pleading on an emergency basis:

**CHAPTER 11 TRUSTEE'S AGREED EMERGENCY MOTION TO APPROVE ESCROW OF SALE PROCEEDS OF 737 MAIN STREET LLC**
**(Doc. 421)**

      I CERTIFY FURTHER that there is a true necessity for an emergency hearing because the closing for the sale of the real property owned by 737 Main Street, LLC located at 737 Main Street, Safety Harbor, Florida 34695 is scheduled for tomorrow, November 21, 2024.

      I CERTIFY FURTHER that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part but has been brought about only by circumstances beyond my control or that of my client. I further certify that this motion is filed with full understanding of F.R.B.P. 9011 and the consequences of noncompliance with same.

Dated: November 20, 2024          Respectfully submitted,

                                        AKERMAN LLP

                                        By: */s/ Steven R. Wirth*
                                             Steven R. Wirth
                                             Florida Bar No.: 170380
                                             Email: steven.wirth@akerman.com
                                             Raye C. Elliott
                                             Florida Bar No.:  18732
                                             Email:  raye.elliott@akerman.com

2

401 East Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837

*Counsel for Chapter 11 Trustee, Michael Goldberg*

2

78864022;1