**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                          Case No. 8:24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                                    Chapter 11

      Debtor.
_____/

**NOTICE OF FILING SECOND AMENDMENT TO COMMERCIAL CONTRACT**

Michael Goldberg, the Chapter 11 Trustee ("Chapter 11 Trustee"), by and through undersigned counsel, hereby files the Second Amendment to Commercial Contract in connection with the Chapter 11 Trustee's Agreed Emergency Motion to Approve Escrow of Sale Proceeds of 737 Main Street LLC (Doc. 421) which reflects an agreed reduction of the purchase price by $50,000, because the appraised value of the property at issue reflects a value of $100,000 less than the original purchase price.

Dated: November 21, 2024      Respectfully submitted,

                                          AKERMAN LLP

                                          By: */s/ Steven R. Wirth*
                                              Steven R. Wirth
                                              Florida Bar No.: 170380
                                              Email: steven.wirth@akerman.com
                                              Raye C. Elliott
                                              Florida Bar No.:  18732
                                              Email:  raye.elliott@akerman.com
                                              401 East Jackson Street, Suite 1700
                                              Tampa, Florida 33602
                                              Telephone: (813) 223-7333
                                              Facsimile: (813) 223-2837

                                              *Counsel for Chapter 11 Trustee, Michael*
                                              *Goldberg*

78868662

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 21, 2024, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record. Additionally, Epiq Corporate Restructuring, LLC will cause a true and correct copy of the foregoing document to be served on the Local Rule 1007-2 Parties in Interest List and will file a certificate or affidavit of service with the Court.

                                                                  */s/Steven R. Wirth*
                                                                  Steven R. Wirth

## SECOND AMENDMENT TO COMMERCIAL CONTRACT

THIS SECOND AMENDMENT (this "Amendment") is entered into as of the last date of execution by the parties hereto (the "Amendment Date") by and between **737 MAIN STREET LLC**, a Florida limited liability company ("Seller"), and **RACHEL WILSON** ("Buyer").

W I T N E S S E T H:

WHEREAS, Seller and Buyer entered into that certain Commercial Contract dated September 23, 2024, as amended by that certain First Amendment to Commercial Contract dated November 18, 2024 (as amended, the "Contract")

WHEREAS, Seller and Buyer desire to modify and amend the Contract as hereinafter set forth.

NOW, THEREFORE, in consideration of the foregoing, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Seller and Buyer have agreed as follows:

1. **Recitals**. The recitals set forth above are true and correct and are hereby incorporated into this Amendment.

2. Purchase Price. Section 2 of the Contract is hereby modified to provide that the Purchase Price shall be Three Million Two Hundred Thousand and No/100 Dollars ($3,200,000.00).

3. **Ratification**. Except as set forth herein, the Contract is effective and in full force and effect in accordance with its terms.

4. **Capitalized Terms**. Capitalized terms as used in this Amendment, unless specifically defined herein, shall have the same meaning as ascribed thereto in the Contract.

5. **Counterparts**. This Amendment may be executed by Seller and Buyer in separate counterparts. Electronically-generated copies of this Amendment, or the separate counterparts hereof, shall be treated as originals in all respects.

[SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, the parties have executed this Amendment the day and year first above written.

SELLER:

**737 MAIN STREET LLC**,
a Florida limited liability company

By: _____
John Witeck, its Manager

Dated: 11/20/2024

BUYER:

_____
**RACHEL WILSON**

Date: 11/20/2024

2