ORDERED.

Dated: November 21, 2024

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:  Case No. 8:24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,  Chapter 11

    Debtor.
_____/

**ORDER GRANTING CHAPTER 11 TRUSTEE'S AGREED EMERGENCY MOTION TO APPROVE ESCROW OF SALE PROCEEDS OF 737 MAIN STREET LLC**

Upon the agreed emergency motion (the "Motion") (Doc. 421) of the Chapter 11 Trustee[1] for the entry of an order approving the escrow of sale proceeds of 737 Main Street, LLC ("737 Main"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that venue of this proceeding and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given; and after due deliberation and it appearing that sufficient cause exists for granting the requested relief; and that the relief requested under the Motion is in the best interests of the Debtor's estate and creditors; and that proper and adequate notice of the Motion has been given and that no other or further notice

---

[1] Capitalized terms used but not specifically defined herein shall have the respective meanings ascribed to them in the Motion.

78795448;1

is necessary; and that 737 Main and the Official Committee of Unsecured Creditors have consented to the relief requested in the Motion.  Upon review of the record before the Court, good and sufficient cause exists to grant the relief requested. Accordingly, it is

**ORDERED** that:

1. The Motion is **GRANTED**.

2. Upon the closing of the sale of the real property located at 737 Main Street, Safety Harbor, Florida 34695 owned by 737 Main Street, the net sales proceeds due and owing to 737 Main shall be placed in escrow with the Chapter 11 Trustee's counsel, Akerman LLP, in its interest bearing trust account, until such time as the parties agree or the Court determines the ownership and appropriate disposition of the sale proceeds.

3. The Chapter 11 Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion, including the execution of a release of the Notice of Entry of Order Granting Summary Judgment as to Liability which was recorded in the public records of Pinellas County and created a cloud on the title to the Property.

4. The Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Steven R. Wirth, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.

78795448;1