UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

THE CENTER FOR SPECIAL NEEDS TRUST
ADMINISTRATION, INC.

        Debtor.

_____/

Case No.: 8:24-bk-00676-RCT

Chapter 11

## NOTICE OF ISSUANCE OF SUBPOENAS

Michael I. Goldberg, Chapter 11 Trustee, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 45, hereby gives notice of the issuance of the following Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) (collectively, the "Subpoenas") on November 21, 2024, to:

1. Big Storm Pasco, LLC;
2. Big Storm Pinellas, LLC;
3. Big Storm Coffee Company, LLC; and
4. Big Storm Brewing Co.

True and correct copies the Subpoenas are attached to this Notice as **Composite Exhibit 1**.

Dated: November 21, 2024

                AKERMAN LLP

                By: */s/ Raye C. Elliott*
                    Raye C. Elliott, Esq.
                    Florida Bar Number: 018732
                    Email: raye.elliott@akerman.com
                    Steven R. Wirth, Esq.
                    Florida Bar No. 170380
                    Email: steven.wirth@akerman.com
                    401 East Jackson Street, Suite 1700
                    Tampa, FL 33602
                    Telephone: (813) 223-7333
                    *Counsel for Chapter 11 Trustee, Michael I. Goldberg*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on November 21, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

                                            */s/ Raye C. Elliott*
                                            Raye  C. Elliott, Esq.

78830087,1