**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
**FOR THE PERIOD BEGINNING  October 1, 2024  AND ENDING October 31, 2024**

Name of Debtor:  The Center for Special Needs Trust Administration, Inc.
Date of Petition:  February 9, 2024

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| American Momentum Bank (AMB) | 4,689.94 | 3,422,494.31 |
| American Momentum Bank (AMB) - Retention | - | 369,701.69 |
| Wells Fargo Operating DIP | 1,208,354.68 | - |
| WellsFargo Retention DIP | 280,854.40 | - |
| Fidelity Investments Money Market (See Note) | - | - |
| | | |
| **1.  FUNDS AT BEGINNING OF PERIOD** | 1,493,899.02 | 3,792,196.00 |
| **2.  RECEIPTS:** | | |
| A. Cash Sales | | |
| Minus:  Cash Refunds | | |
| Net Cash Sales | | |
| B.  Accounts Receivable | | - |
| C. Other Receipts *(See MOR-3)* | 5,310.92 | 463,574.46 |
| (If you receive rental income, | | |
| you must attach a rent roll.) | | |
| **3.  TOTAL RECEIPTS (Lines 2A+2B+2C)** | 5,310.92 | 463,574.46 |
| **4.  TOTAL FUNDS AVAILABLE FOR** | | |
| **OPERATIONS (Line 1 + Line 3)** | 1,499,209.94 | 4,255,770.46 |
| | | |
| **5.  DISBURSEMENTS** | | |
| A. Advertising | | - |
| B. Bank Charges | 1,807.06 | 15,408.20 |
| C. Contract Labor | | - |
| D. Fixed Asset Payments (not incl. in "N") | | - |
| E. Insurance | 2,154.81 | 255,071.29 |
| F.  Inventory Payments  *(See Attach. 2)* | | - |
| G. Leases | | |
| | 1,211.33 | 20,615.62 |
| H. Manufacturing Supplies (COGS) | | - |
| I.  Office Supplies | 887.06 | 3,823.79 |
| J.  Payroll - Net *(See Attachment 4B)* | 108,538.49 | 1,053,751.45 |
| K.  Professional Fees (Accounting & Legal) | | |
| | 707,149.98 | 1,517,658.63 |
| K.  Professional Fees(Other) | 10,500.00 | 31,569.52 |
| L.  Rent | 8,027.87 | 61,226.15 |
| M.  Repairs & Maintenance | | - |
| N.  Secured Creditor Payments *(See Attach. 2)* | | - |
| O.  Taxes Paid - Payroll *(See Attachment 4C)* | | - |
| P.  Taxes Paid - Sales & Use *(See Attachment 4C* | | (34.28) |
| Q.  Taxes Paid - Other *(See Attachment 4C)* | | 10,479.59 |
| R.  Telephone | 591.65 | 15,663.12 |
| S.  Travel & Entertainment | | - |
| Y.  U.S. Trustee Quarterly Fees | 9,907.00 | 22,250.00 |
| U.  Utilities | | 198.46 |
| V.  Vehicle Expenses | | - |
| W.  Other Operating Expenses *(See MOR-3)* | 39,393.62 | 639,047.85 |
| **6.  TOTAL DISBURSEMENTS (Sum of 5A thru W)** | 890,168.87 | 3,646,729.39 |
| **7.  ENDING BALANCE (Line 4 Minus Line 6)** | 609,041.07 | 609,041.07 |
| **Bank Account Summary** | | |
| American Momentum Bank (AMB) | 4,616.31 | 4,616.31 |
| American Momentum Bank (AMB) - Retention | - | - |
| Wells Fargo Operating DIP | 323,570.36 | 323,570.36 |
| WellsFargo Retention DIP | 280,854.40 | 280,854.40 |
| Fidelity Investments Money Market (See Note) | - | - |
| | 609,041.07 | 609,041.07 |

I declare under penalty of perjury that this statement and the accompany            -
and correct to the best of my knowledge and bel`  ˉ

This 20th day of November 2024                                                              (Signature)
                                        William A Long Jr. As CRO

(a)This number is carried forward from last month's report.  For the first report only, this number will be the

balance as of the petition date.

(b)This figure will not change from month to month.  It is always the amount of funds on hand as of the date of

the petition.

(c)These two amounts will always be the same if form is completed correctly.

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.
CASE NO. 8:24-bk-00676-RCT
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

On February 9, 2024, The Center for Special Needs Trust Administration, Inc. (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Middle District of Florida (Tampa), Case No. 8:24-bk-676-RCT.  On March 8, 2024, the U.S. Trustee filed an Expedited Motion for Order Directing the United States Trustee to Appoint a Chapter 11 Trustee.. The Court granted the U.S. Trustee's Motion by Order dated March 11, 2024 and on March 21, 2024, the Court appointed Michael Goldberg as Chapter 11 Trustee (the "Bankruptcy Trustee").  In his capacity as Bankruptcy Trustee, Mr. Goldberg took custody and control of all assets and corporate records of the Debtor.

**THE FINANCIAL STATEMENTS ACCOMPANYING THE MONTHLY OPERATING REPORTS ARE BEING PROVIDED IN ACCORDANCE WITH THE SUPPORT DOCUMENTATION REQUIRED BY THE US TRUSTEE GUIDELINES FOR FILING CHAPTER 11 MONTHLY OPERATING REPORTS.  THESE FINANCIAL STATEMENTS WERE NOT PREPARED OR COMPILED BY THE BANKRUPTCY TRUSTEE OR HIS FORENSIC ACCOUNTING FIRM. THEY ARE BASED ON INFORMATION CURRENTLY IN THE RECORDS OF THE DEBTOR AND AVAILABLE TO THE BANKRUPTCY TRUSTEE, AND ARE SUBJECT TO A NUMBER OF RISKS, UNCERTAINTIES, AND OTHER FACTORS THAT COULD CAUSE THE DEBTOR'S ACTUAL RESULTS, PERFORMANCE, PROSPECTS, AND OPPORTUNITIES TO DIFFER MATERIALLY FROM THOSE EXPRESSED IN, OR IMPLIED BY, THESE FINANCIAL STATEMENTS, AS A RESULT OF THE FINDINGS OF THE FORENSIC INVESTIGATION BEING PERFORMED BY THE BANKRUPTCY TRUSTEE'S COURT-APPROVED FORENSIC ACCOUNTANTS, WHICH INVESTIGATION IS IN ITS INFANCY.  FACTORS THAT COULD CAUSE OR CONTRIBUTE TO RISKS INVOLVING THESE FINANCIAL STATEMENTS INCLUDE, BUT ARE NOT LIMITED TO, CHANGES IN THE DEBTOR'S BUSINESS AND OTHER FACTORS, INCLUDING RISK FACTORS, DEBT OBLIGATIONS, THE COMMINGLING OF TRUST FUND ASSETS, AND POTENTIAL FRAUD AND MISAPPROPRIATION OF FUNDS DISCUSSED IN THE CHAPTER 11 CASE MANAGEMENT SUMMARY FILED BY THE DEBTOR IN THE BANKRUPTCY CASE.  IN ADDITION, NEITHER THE DEBTOR'S FINANCIALS NOR THESE FINANCIAL STATEMENTS HAVE BEEN AUDITED IN ACCORDANCE WITH GENERALLY ACCEPTED ACCOUNTING PRINCIPALS (GAAP) AND THEREFORE MAY NOT BE ACCURATE, RELIABLE OR COMPLETE.  EXCEPT AS REQUIRED BY LAW, INCLUDING FURTHER ORDER OF THE BANKRUPTCY COURT, THE BANKRUPTCY TRUSTEE DOES NOT UNDERTAKE OR ASSUME ANY OBLIGATION TO RELEASE PUBLICLY ANY REVISIONS TO ANY FINANCIAL STATEMENT OR OTHERWISE.**

**Center for Special Needs Trust Administration, Inc**
**Statement of Assets, Liabilities, and Equity**
**As of October 31,2024**

|  | **October 31, 2024** |
|---|---:|
| **Current Assets** | |
| Cash | |
|  | $ 4,616.31 |
| DIP Operating Cash | 323,570.36 |
| Retention Cash | |
| DIP Retention Cash | 280,854.40 |
| Money Market | 130,986.71 |
| Cash Escrow | |
| Undeposited funds | |
| Reserve for uncollectable funds | (130,986.71) |
| **Total Cash** | 609,041.07 |
|  | |
| Accounts Receivable | 42,229.61 |
| Allowance for Doubtful Accounts | (42,229.61) |
| **Net Accounts Receivable** | - |
| Investments | 776,847.95 |
| Loans Receivable (Short term) | 474,806.32 |
| Inventory | - |
| Prepaid Expenses | 280,488.42 |
| Other Current Assets | 605,669.91 |
| **Total Current Assets** | 2,746,853.67 |
| **Long Term Assets** | |
| Real Estate | 763,019.39 |
| Other Investments | 172,678.43 |
| **Property, Plant, and Equipment** | |
| Computer Software | 76,628.77 |
| Furniture and Equipment | 142,069.74 |
| Automobile | - |
| Leasehold Improvements | - |
| Less: Accumulated Depreciation | (218,698.51) |
| **Net Property, Plant and Equipment** | - |
| Loans and Notes Receivable (Long term) | 106,234,198.57 |
| Loans due from Trust Accounts | 205,734.09 |
| Other Long Term Assets | 12,000.00 |
| **Total Long Term Assets** | 107,387,630.48 |
|  | |
| **Total Assets** | $ 110,134,484.15 |

**Center for Special Needs Trust Administration, Inc**
**Statement of Assets, Liabilities, and Equity**
**As of October 31,2024**

|  |  | October 31, 2024 |
|---|---|---|
| **Liabilities** | | |
| **Current Liabilities** | | |
| Accounts Payable | $ | - |
| Credit Cards Liability | | 79,773.86 |
| **Total Accounts Payable** | | 79,773.86 |
| **Accrued Expenses** | | |
| Acrued Interest Expense | | - |
| Accrued Property Tax | | - |
| Other Accrued Liabilities | | 3,370.18 |
| Accrued Payroll Liabilities | | 39,947.84 |
| Deferred Revenue | | 4,950.00 |
| Interest Payable | | - |
| Distribution Payable | | - |
| **Total Accounts Payable and Accrued Expenses** | | 128,041.88 |
| **Current Debt** | | |
| CMS Approval Fees | | - |
| Loan Payable - Current | | - |
| Due To Center Clients | | 103,642.12 |
| Line of Credit | | - |
| **Total Current Liabilities** | | 231,684.00 |
| **Long Term Liabilities** | | |
| **Loans Payable** | | |
| BFG LOC Amounts due Trusts | | 106,234,198.57 |
| Other Liabilites | | - |
| **Total Long Term Liabilities** | | 106,234,198.57 |
| **Total Liabilities** | $ | 106,465,882.57 |
| | | |
| **Shareholders Equity** | | |
| Capital Contributions | $ | - |
| Members' Draw | | - |
| Unrealized Gain(loss) on Securities | | - |
| Retained Earnings | | 6,513,736.72 |
| Net Income | | (2,845,135.14) |
| **Total Shareholders Equity** | | 3,668,601.58 |
| **Total Liabilities and Shareholders Equity** | $ | 110,134,484.15 |

*Unaudited*

**Center for Special Needs Trust Administration, Inc**

**Statement of Profit and Loss**

**for the one month, and ten months ended**

**October 31, 2024**

| | For the 31 day period ended October 31, 2024 | For the Period February 9, 2024 through October 31, 2024 |
|---|---|---|
| **Revenue** | | |
| Trust Fees | $ - | $ 296,887.87 |
| Contributions/Grants | 4,060.92 | 56,820.02 |
| Other Income | - | 955.00 |
| Interest Income | - | 4,314.16 |
| **Total Revenue** | 4,060.92 | 358,977.05 |
| **Operating Expenses** | | |
| Payroll | 102,098.58 | 1,017,271.49 |
| Commission | - | 48,984.86 |
| Payroll Taxes | 7,008.90 | 74,277.55 |
| Employee Benefits | 424.63 | 2,839.81 |
| 401(k) Expense | 3,051.56 | 21,311.16 |
| Health Insurance | 12,377.76 | 121,753.80 |
| Dues and Subscriptions | - | 1,956.00 |
| Travel | - | 426.30 |
| Fees and Licenses | 48.20 | 5,547.16 |
| Equipment Rental | 303.08 | 6,653.01 |
| Office Supplies | 1,004.23 | 6,316.99 |
| Rent | 8,027.87 | 61,226.15 |
| Postage | 1,551.31 | 22,913.33 |
| Telephone & Internet | 3,973.59 | 123,235.80 |
| Insurance | - | 115,536.60 |
| Security | 107.74 | 27,199.42 |
| Professional Fees | 711,793.73 | 1,404,856.62 |
| Bank fees | 1,807.06 | 15,905.67 |
| Contract Labor | - | 95,850.00 |
| US Trustee Payments | 9,907.00 | 22,250.00 |
| Taxes | 300.00 | 9,350.47 |
| Depreciation and Amortization | - | - |
| **Total Operating Expenses** | 863,785.24 | 3,205,662.19 |
| Gain/Loss on sale | 1,250.00 | 1,550.00 |
| Other Expenses | - | - |
| **Total Other Income and Expense** | 1,250.00 | 1,550.00 |
| Net Income | (858,474.32) | (2,845,135.14) |

**Center for Special Needs Trust**
**Aged Accounts Receivable**

(Detail, aged as of October 31, 2024)
Aged by  due date.

| No. | Name | | Document | Balance | Aged Overdue Amounts | | | | Doc. |
|-----|------|-|----------|---------|----------------------|-|-|-|------|
| | | | | | | Up To 30 | | | |
| Due Date | Description | Type | Number | Due | Current | | Days  31 - 60 Days | Over 60 Days | Curr. |
| C00022 | Boston Finance Group | | Phone No. | | Contact | | | | |
| 12/15/2023 | Invoice INV001484 | Invoice | INV001430 | 3,928.77 | 0.00 | 0.00 | 0.00 | 3,928.77 | |
| 12/18/2023 | Invoice INV001485 | Invoice | INV001431 | 3,760.99 | 0.00 | 0.00 | 0.00 | 3,760.99 | |
| 12/19/2023 | Invoice INV001486 | Invoice | INV001432 | 5,859.85 | 0.00 | 0.00 | 0.00 | 5,859.85 | |
| 12/27/2023 | Invoice INV001487 | Invoice | INV001433 | 2,490.70 | 0.00 | 0.00 | 0.00 | 2,490.70 | |
| 1/23/2024 | Invoice INV001493 | Invoice | INV001437 | 16,108.20 | 0.00 | 0.00 | 0.00 | 16,108.20 | |
| 2/9/2024 | Invoice INV001494 | Invoice | INV001438 | 10,081.10 | 0.00 | 0.00 | 0.00 | 10,081.10 | |
| C00022 | Total Amount Due | | | 42,229.61 | 0.00 | 0.00 | 0.00 | 42,229.61 | |
| | | | Credit Limit: | No Limit | 0.00% | 0.00% | 0.00% | 100.00% | |
| | Report Total Amount Due (USD) | | | 42,229.61 | 0.00 | 0.00 | 0.00 | 42,229.61 | |
| | | | | | 0.00% | 0.00% | 0.00% | 100.00% | |
| | Allowance for Doubtful Accounts | | | | | | | (42,229.61) | |
| | Net AccountsReceivable | | | | | | | 0.00 | |

Note:

These invoices are expenses due to The Center for Special Needs Trust from Boston Financial Group The total balance of $42,339.61 may not be collectable from the Boston Financial Group.

Balance are maintained and not written off until the collectability can be determined.

The balance has been reserved as uncollectable so the Balance Sheet shows a net Zero balance.

**Aged Accounts Payable**

Center for Special Needs Trust

(Detail, aged as of October 31, 2024)

Aged by    document date.

| No. | Name | Document | | | Aged Vendor Balances | | | | |
|-----|------|------|------|------|------|------|------|------|------|
| Doc Date | Description | Type | Number | Balance Due | Current | 91 - 180 Days | 181 - 270 Days | Over 270 Days | Doc. Curr. |
| V00517 | Principal | | Phone: | | Contact: | | | | |
| 10/15/2014 | Principal | | Payment ACH08/22/14** | -1,015.93 | 0.00 | 0.00 | 0.00 | -1,015.93 | |
| 10/15/2014 | Voiding check ACH08/22/14**. | | Payment ACH08/22/14** | 1,015.93 | 0.00 | 0.00 | 0.00 | 1,015.93 | |
| V00517 | Total Amount Due | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | Report Total Amount Due (USD) | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| | Credit Card Liability | | | 79,773.86 | | | | | |
| | Total Accounts Payable | | | 79,773.86 | | | | | |

**The Center for Special Needs Trust Administration, Inc.**
**Statement of Capital Assets**
**Fixed Asset and Accumulated Depreciation Listing**
**as of December 31, 2023**

Software - Account 18010

| Date | Description | Amount | |
|---|---|---|---|
| 4/4/2012 | Real Solutions | 14,320.00 | |
| 5/31/2012 | Real Solutions - NAV for clients software | 52,180.41 | |
| 3/22/2013 | Clients First Business Solutions | 422.36 | |
| 3/26/2013 | Clients First Business Solutions | 9,706.00 | |
| | | 76,628.77 | Note, fully depreciated as of 2023. |

| FFE - Account 18020 | Description | Sum of Amount | |
|---|---|---|---|
| 12/31/2010 | Furniture and Equipment | 200,945.77 | |
| 3/31/2011 | Furniture and Equipment | 2,989.50 | |
| 4/30/2011 | Furniture and Equipment | 17,447.84 | |
| 5/31/2011 | Furniture and Equipment | 11,082.60 | |
| 6/30/2011 | Furniture and Equipment | 3,329.56 | |
| 7/31/2011 | Furniture and Equipment | 11,717.40 | |
| 8/31/2011 | Furniture and Equipment | 1,397.00 | |
| 12/31/2011 | Dec Balances | 4,221.39 | |
| 3/1/2015 | Rvs disposal assets | 6,104.74 | |
| 3/1/2015 | Write-off disposed assets | (135,051.97) | |
| 1/15/2019 | Write-off microwave | (124.01) | |
| | Write-off refrigerators | (1,433.33) | |
| 4/20/2019 | Write-off AVI Overhead projectors | (9,435.37) | |
| 5/28/2019 | Write-off Voicemail system | (4,514.00) | |
| 8/31/2019 | Write off replaced computers | (16,571.66) | |
| | **Net of prior assets and write-offs** | **92,105.46** | Note: Matched the write-offs noted against the oldest asset entries to net here. |
| 9/19/2012 | Ajax Business Interiors | 3,229.00 | |
| 2/2/2013 | Dell Business Credit | 4,818.81 | |
| 5/28/2013 | All Covered | 9,279.11 | |
| 2/1/2019 | CDW Direct | 5,407.33 | |
| 2/5/2019 | CDW Direct | 1,240.03 | |
| 5/1/2019 | | 7,402.68 | |
| 7/1/2019 | CDW Direct | 5,683.82 | |
| 8/9/2019 | CDW Direct | 7,317.19 | |
| 8/12/2019 | CDW Direct | 1,416.92 | |
| 3/2/2020 | CDW Direct | 4,169.39 | |
| | Total FFE - Acct 18020 | 142,069.74 | Fully Depreciated by 2023 |

| Year | Activity | Acc. Dep |
|---|---|---|
| 2010 | Net Acc. Dep Transactions for year | (85,111.21) |
| 2011 | Net Acc. Dep Transactions for year | (73,033.32) |
| 2012 | Net Acc. Dep Transactions for year | (85,159.57) |
| 2013 | Net Acc. Dep Transactions for year | (88,283.61) |
| 2014 | Net Acc. Dep Transactions for year | (46,860.84) |
| 2015 | Net Acc. Dep Transactions for year | 147,282.03 |
| 2016 | Net Acc. Dep Transactions for year | (6,721.41) |
| 2017 | Net Acc. Dep Transactions for year | (3,634.44) |
| 2018 | Net Acc. Dep Transactions for year | (944.28) |
| 2019 | Net Acc. Dep Transactions for year | 50,590.03 |
| 2020 | Net Acc. Dep Transactions for year | (10,647.44) |
| 2021 | Net Acc. Dep Transactions for year | (10,879.08) |
| 2022 | Net Acc. Dep Transactions for year | (5,295.37) |
| Grand Total | Total Acc. Dep per Acct 18490 | (218,698.51) |

| **Total Net Assets** | | - |
|---|---|---|

**The Center for Special Needs Trust**
**Schedule of Cash Payment To Professional**
**October 31, 2024**

| Vendor | Purpose | Feb | Mar | Apr | May | June | July | August | September | October | YTD Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bankruptcy** | | | | | | | | | | | |
| Hill Ward and Henderson | Legal fees paid 2/9 by wire,posted to GL after filing | 100,000.00 | | | | | | - | | | 100,000.00 |
| Epiq Corporate Restructuring LLC | Bankruptcy Filings and Mailing/Claims Filing | | 58,295.47 | | | | 201,841.48 | 36,384.38 | | | 296,521.33 |
| Nperspective Advisory Services, LLC | CRO - Bankruptcy Accounting and Consulting | | 29,986.01 | 49,085.90 | 52,053.08 | 46,450.04 | 42,185.27 | 35,401.15 | 36,592.54 | 32,343.26 | 324,097.25 |
| Beth Leythem | Releive retainer(paid pre-petition) | | | | | | | | | | - |
| Akerman Law | Trustee Attorney | | | | | | | | | 359,184.22 | 359,184.22 |
| Michael Goldberg | Bankruptcy Trusts | | | | | | | | | 22,150.00 | 22,150.00 |
| Kaliamukamal | Forensic Accounting | | | | | | | | | 293,472.50 | 293,472.50 |
| | | | | | | | | | | | - |
| **Total Bankruptcy Legal and Accounting** | | **100,000.00** | **88,281.48** | **49,085.90** | **52,053.08** | **46,450.04** | **244,026.75** | **71,785.53** | **36,592.54** | **707,149.98** | **1,395,425.30** |
| | | | | | | | | | | | |
| **Other Professional Fees** | | | | | | | | | | | |
| TASC | Cobra Adminstration Services | | | 69.52 | | | | | | | 69.52 |
| Thomas Bales Jr. LLC | Real Estate Consulting and Property Management | | | 10,500.00 | | | 10,500.00 | | | 10,500.00 | 31,500.00 |
| Cherry Bekaert, LLP | Center for Special Needs Trust Corporate Return | | | 4,623.33 | | | | | | | 4,623.33 |
| Fiduciary Tax & Accounting Services LLC | Annual Trust Account Statements and Tax Filings | | 114,850.00 | 2,350.00 | | | | | | | 117,200.00 |
| Mark Linksky | Trust Legal Work | | 400.00 | | | | | | | | 400.00 |
| My LLC | | | | | | | | | | | - |
| Clients First Bus. Solutions | Charge related to bankruptcy data uploads, harddrive | | | | | | | | | | - |
| **Total Other Professional Fees** | | **-** | **115,250.00** | **17,542.85** | **-** | **-** | **10,500.00** | **-** | **-** | **10,500.00** | **153,792.85** |
| | | | | | | | | | | | |
| Total Professional Fees Month | | 100,000.00 | 203,531.48 | 66,628.75 | 52,053.08 | 46,450.04 | 254,526.75 | 71,785.53 | 36,592.54 | 717,649.98 | |
| | | | | | | | | | | | |
| Total Professional Fees From YTD | | 100,000.00 | 303,531.48 | 370,160.23 | 422,213.31 | 468,663.35 | 723,190.10 | 794,975.63 | 831,568.17 | 1,549,218.15 | 1,549,218.15 |
| | | | | | | | | | | | |
| Total Reported on Cash Flow Legal & Accounting YTD | | 100,000.00 | 303,531.48 | 359,600.71 | 411,653.79 | 458,103.83 | 244,026.75 | 773,916.11 | 810,508.65 | 1,395,425.00 | |
| Total Reported on Cash Flow Other YTD | | | | 10,569.52 | 10,569.52 | 10,569.52 | 10,500.00 | 21,069.52 | 21,069.52 | 153,793.00 | |
| Total on Cash Flow Report | | 100,000.00 | 303,531.48 | 370,170.23 | 422,223.31 | 468,673.35 | 254,526.75 | 794,985.63 | 831,578.17 | 1,549,218.00 | |
| | | | | (10.00) | (typo on April MOR) | | | | | | |

**Bank Rec. American Momentum Bank (AMB)**

Center for Special Needs Trust

| | |
|---|---|
| **Bank Account No.** | 01-10110 |
| **Statement No.** | 103124 |
| **Statement Date** | 10/31/2024 |

**Currency Code**

| | | | | |
|---|---|---|---|---|
| **G/L Balance ($)** | 4,616.31 | **Statement Balance** | 4,616.31 |
| **G/L Balance** | 4,616.31 | **Outstanding Deposits** | 0.00 |
| **Positive Adjustments** | 0.00 | | |
| | | **Subtotal** | 4,616.31 |
| **Subtotal** | 4,616.31 | **Outstanding Checks** | 0.00 |
| **Negative Adjustments** | 0.00 | | |
| | | **Ending Balance** | 4,616.31 |
| **Ending G/L Balance** | 4,616.31 | | |
| **Difference** | 0.00 | | |

| Posting Date | Docume nt Type | Document No. | Account Type | Account No. | Description | Bal. Accou nt Type | Bal. Account No. | Amount | Cleared / Balance Amt. | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| **Checks** | | | | | | | | | | |
| 10/21/2024 | Payment | ACH 10/21/24 - | G/L | | American Momentum Bank | G/L | | 73.63 | 73.63 | 0.00 |
| Total Checks | | | | | | | | 73.63 | 73.63 | 0.00 |



## AMERICAN MOMENTUM BANK

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

```
                                    Date 10/31/24        Page    1
                                    Primary Account  Acct Ending 1640
                                    Enclosures

The Center for Special Needs Trust
P O Box 17296
Clearwater FL 33762
```

An American Momentum Bank employee will never call or text you for your account information. If you get a call or text from someone asking for information (even if the number appears to be from AMB) don't engage and call us at (866) 530-2265.

## CHECKING ACCOUNTS

Account Title          The Center for Special Needs Trust

| | | | |
|---|---|---|---|
| Full Analysis CML Checking | | Number of Enclosures | 0 |
| Account Number | Acct Ending 1640 | Statement Dates  10/01/24 thru 10/31/24 | |
| Previous Balancing | 4,689.94 | Number of Days in this Statement | 31 |
| Deposits | .00 | Average Ledger | 4,663.81 |
| 1 Checks/Debits | 73.63 | Average Collected | 4,663.81 |
| Service Charges | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 4,616.31 | | |

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 10/21 | Account Analysis Charge | 73.63- |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance |
|---|---|---|---|
| 10/01 | 4,689.94 | 10/21 | 4,616.31 |

If you suspect an attempted fraudulent attack, immediately report it to the Bank at (866) 530-2265 or reportfraud@americanmomentum.bank. Change any compromised passwords and monitor your accounts for suspicious activity.

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

### Reconciliation of Account

**CHECKS WRITTEN BUT NOT PAID**

| NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Date _____

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any Maintenance Fee or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | |
|---|---|
| Enter bank balance from statement | |
| Add deposits not credited by bank (if any) | |
| **TOTAL** | |
| Subtract outstanding checks, ATM, checkcard and other electronic withdrawals | |

outstanding checks, ATM, checkcard and other electronic withdrawals

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE** ➡

---

When you opened your account, you received bank deposit agreements (disclosures) and fee schedule. You agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. You may obtain additional copies of the disclosures and fee schedule, which contain the current version of the terms and conditions of your account at any of our banking centers or writing to us at the address provided on the front of this statement.

To change your contact information such as address, phone number or e-mail address, please call 866-530-2265 or write to us on the address provided on the front of this statement.

### BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Account Statement**

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 866-530-2265 or Write us at 4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### IN CASE OF ERROR OR QUESTIONS ABOUT ELECTRONIC TRANSFERS FOR CONSUMERS

In case of errors or questions about your electronic transfers, (e.g., ATM, point-of-sale, direct deposits or withdrawal transactions) please contact us at the telephone number or address on this statement within 60 days of the statement on which the problem first appeared. Please provide us with your name and account number, describe the transaction you are unsure about (date/place/type, amount), and explain your concern.

We will investigate and correct any error promptly. For consumer accounts used primarily for personal, family or household purposes, we will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. For errors involving new accounts, point-of-sale or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for Visa® POS) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. For new accounts, we may take up to 20 business days (5 business days for Visa® POS) to credit your account for the amount you think is in error. If we request you put your complaint in writing and we do not receive it within 10 business days, we may not credit your account. For other accounts, we investigate, and we find we have made an error, we will credit your account at the conclusion of our investigation.

### YOUR DUTY TO REPORT OTHER ERRORS

You must examine your statement of account with "reasonable promptness". You are in the best position to discover errors and unauthorized transactions to your account. If you fail to notify us in writing at the address provided on this statement of suspected problems or unauthorized transactions within the time periods specified in your deposit account terms and conditions agreements (which periods are no more than 60 days after we make the statement available to you in some cases are 30 days or less), we are not liable to you for and you agree not to make an claim against us for the problems or unauthorized transactions.

---

**Bank Rec. Wells Fargo Operating DIP**
Center for Special Needs Trust

| | | |
|---|---|---|
| Bank Account No. | BA0005 | |
| Statement No. | 103124 | |
| Statement Date | 10/31/2024 | Currency Code |

| | | | | |
|---|---|---|---|---|
| G/L Balance ($) | 323,570.36 | Statement Balance | 323,570.36 |
| G/L Balance | 323,570.36 | Outstanding Deposits | 0.00 |
| Positive Adjustments | 0.00 | | |
| | | Subtotal | 323,570.36 |
| Subtotal | 323,570.36 | Outstanding Checks | 0.00 |
| Negative Adjustments | 0.00 | | |
| | | Ending Balance | 323,570.36 |
| Ending G/L Balance | 323,570.36 | | |
| Difference | 0.00 | | |

| Posting Date | Docume nt Type | Document No. | Account Type | Account No. | Description | Bal. Accou nt Type | Bal. Account No. | Amount | Cleared / Balance Amt. | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| **Checks** | | | | | | | | | | |
| 6/28/2024 | Payment | 30052 | G/L | | Decision Dynamics, LLC | G/L | | 5.38 | 5.38 | 0.00 |
| 10/1/2024 | Payment | ACH 10/1/24 - | G/L | | Clients First Business Solutions, | G/L | | 2,130.00 | 2,130.00 | 0.00 |
| 10/3/2024 | Payment | 30140 | G/L | | FedEx | G/L | | 243.52 | 243.52 | 0.00 |
| 10/3/2024 | Payment | 30141 | G/L | | FedEx | G/L | | 202.49 | 202.49 | 0.00 |
| 10/3/2024 | Payment | 30142 | G/L | | ADT | G/L | | 107.74 | 107.74 | 0.00 |
| 10/3/2024 | Payment | 30143 | G/L | | Aqua Chill Inc | G/L | | 39.00 | 39.00 | 0.00 |
| 10/3/2024 | Payment | 30144 | G/L | | Stevens & Stevens Business | G/L | | 887.06 | 887.06 | 0.00 |
| 10/3/2024 | Payment | 30145 | G/L | | Clients First Business Solutions, | G/L | | 400.00 | 400.00 | 0.00 |
| 10/3/2024 | Payment | 30146 | G/L | | Clients First Business Solutions, | G/L | | 137.50 | 137.50 | 0.00 |
| 10/3/2024 | Payment | 30147 | G/L | | Decision Dynamics LLC | G/L | | 15.20 | 15.20 | 0.00 |
| 10/3/2024 | Payment | 30148 | G/L | | Thomas A. Bales Jr., LLC | G/L | | 10,500.00 | 10,500.00 | 0.00 |
| 10/3/2024 | Payment | 30149 | G/L | | GreatAmerica Financial Services | G/L | | 303.08 | 303.08 | 0.00 |
| 10/3/2024 | Payment | 30150 | G/L | | Hungerford Technologies, LLC | G/L | | 341.81 | 341.81 | 0.00 |
| 10/3/2024 | Payment | 30151 | G/L | | TASC | G/L | | 73.59 | 73.59 | 0.00 |
| 10/3/2024 | Payment | 30152 | G/L | | Progressive Benefit Solutions LLC | G/L | | 100.00 | 100.00 | 0.00 |
| 10/15/2024 | Payment | ACH 10/15/24 - | G/L | | Nperspective Advisory Services, | G/L | | 32,343.26 | 32,343.26 | 0.00 |
| 10/16/2024 | Payment | 30153 | G/L | | Decision Dynamics, LLC | G/L | | 5.38 | 5.38 | 0.00 |
| 10/16/2024 | Payment | 30154 | G/L | | FedEx | G/L | | 399.77 | 399.77 | 0.00 |
| 10/16/2024 | Payment | 30155 | G/L | | FedEx | G/L | | 448.31 | 448.31 | 0.00 |
| 10/16/2024 | Payment | 30156 | G/L | | Charter Communications | G/L | | 249.84 | 249.84 | 0.00 |
| 10/18/2024 | Payment | WIRE 10/18/24 | G/L | | Ackerman LLP | G/L | | 381,334.22 | 381,334.22 | 0.00 |
| 10/21/2024 | Payment | 30157 | G/L | | FedEx | G/L | | 97.25 | 97.25 | 0.00 |
| 10/21/2024 | Payment | 30158 | G/L | | Aqua Chill Inc | G/L | | 39.00 | 39.00 | 0.00 |
| 10/21/2024 | Payment | 30159 | G/L | | Clients First Business Solutions, | G/L | | 606.25 | 606.25 | 0.00 |
| 10/21/2024 | Payment | 30160 | G/L | | Pitney Bowes Bank Inc Purchase | G/L | | 908.25 | 908.25 | 0.00 |
| 10/21/2024 | Payment | 30161 | G/L | | KeyBank | G/L | | 300.00 | 300.00 | 0.00 |
| 10/21/2024 | Payment | 30162 | G/L | | United States Trustee | G/L | | 9,907.00 | 9,907.00 | 0.00 |
| 10/30/2024 | Payment | WIRE 10/30/24 | G/L | | Kapilamukamal, LLP | G/L | | 293,472.50 | 293,472.50 | 0.00 |
| 10/1/2024 | Payment | ACH 10/1/2024 | G/L | | AmTrust North America | G/L | | 58.07 | 58.07 | 0.00 |
| 10/15/2024 | Payment | ACH 10/15/24 - | G/L | | AmTrust North America | G/L | | 57.07 | 57.07 | 0.00 |
| 10/17/2024 | Payment | ONL 10/17/24 - | G/L | | First Bankcard | G/L | | 26,521.75 | 26,521.75 | 0.00 |
| 10/1/2024 | Payment | ACH 10/1/24 - | G/L | | Clients First Business Solutions, | G/L | | 200.00 | 200.00 | 0.00 |
| 10/1/2024 | Payment | ACH 10/1/2024 | G/L | | Mid Atlantic Capital Corp | G/L | | 2,833.21 | 2,833.21 | 0.00 |
| 10/1/2024 | Payment | ACH 10/1/24 - | G/L | | Puzzle HR | G/L | | 4,585.00 | 4,585.00 | 0.00 |
| 10/1/2024 | Payment | ACH 10/1/24 - | G/L | | Roosevelt Lakes, LLC | G/L | | 8,027.87 | 8,027.87 | 0.00 |
| 10/10/2024 | Payment | ACH 10/10/24 - | G/L | | United Healthcare | G/L | | 16,155.20 | 16,155.20 | 0.00 |
| 10/11/2024 | Payment | ACH 10/11/24 - | G/L | | Wells Fargo Service Charges | G/L | | 1,733.43 | 1,733.43 | 0.00 |
| 10/11/2024 | Payment | WIRE 10/11/24 | G/L | | Paylocity | G/L | | 41,489.39 | 41,489.39 | 0.00 |
| 10/15/2024 | Payment | ACH 10/15/24 - | G/L | | Colonial Life - Premium Processing | G/L | | 787.10 | 787.10 | 0.00 |
| 10/16/2024 | Payment | ACH 10/16/24 - | G/L | | Mid Atlantic Capital Corp | G/L | | 2,760.26 | 2,760.26 | 0.00 |
| 10/21/2024 | Payment | ACH 10/21/24 - | G/L | | Paylocity | G/L | | 598.85 | 598.85 | 0.00 |
| 10/23/2024 | Payment | ACH 10/23/24 - | G/L | | Principal | G/L | | 1,982.85 | 1,982.85 | 0.00 |
| 10/25/2024 | Payment | WIRE 10/25/24 | G/L | | Paylocity | G/L | | 41,707.91 | 41,707.91 | 0.00 |

**Bank Rec. Wells Fargo Operating DIP**

Center for Special Needs Trust

| | |
|---|---|
| Bank Account No. | BA0005 |
| Statement No. | 103124 |
| Statement Date | 10/31/2024 |

**Currency Code**

| | | | | |
|---|---|---|---|---|
| G/L Balance ($) | 323,570.36 | Statement Balance | 323,570.36 |
| G/L Balance | 323,570.36 | Outstanding Deposits | 0.00 |
| Positive Adjustments | 0.00 | | |
| | | Subtotal | 323,570.36 |
| Subtotal | 323,570.36 | Outstanding Checks | 0.00 |
| Negative Adjustments | 0.00 | | |
| | | Ending Balance | 323,570.36 |
| Ending G/L Balance | 323,570.36 | | |
| Difference | 0.00 | | |

| Posting Date | Docume nt Type | Document No. | Account Type | Account No. | Description | Bal. Accou nt Type | Bal. Account No. | Amount | Cleared / Balance Amt. | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| **Checks** | | | | | | | | | | |
| 10/29/2024 | Payment | ACH 10/29/24 - | G/L | | Mid Atlantic Capital Corp | G/L | | 2,106.57 | 2,106.57 | 0.00 |
| 10/25/2024 | Payment | ACH 10/25/24 - | G/L | | AmTrust North America | G/L | | 56.82 | 56.82 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Timothy Ramsey - NCPT | G/L | | 1,758.96 | 1,758.96 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Minnesota Pooled Trust F/B/O | G/L | | 251.60 | 251.60 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | McKee, Crystal - FPT | G/L | | 82.00 | 82.00 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Cory Tipton - KYPT | G/L | | 277.18 | 277.18 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Florida Pooled Trust f/b/o Robert | G/L | | 84.46 | 84.46 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Tennessee Pooled Trust f/b/o | G/L | | 427.77 | 427.77 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | William A. Collins Trust | G/L | | 300.00 | 300.00 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | William A. Collins Trust | G/L | | 310.00 | 310.00 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | William A. Collins Trust | G/L | | 310.00 | 310.00 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | James Cagney - NPT | G/L | | 155.56 | 155.56 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | James Cagney - NPT | G/L | | 47.75 | 47.75 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Ivan A. Burkhardt - FPT | G/L | | 332.18 | 332.18 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Ohio Pooled Trust f/b/o Barbara | G/L | | 119.61 | 119.61 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Allison Passino Special Needs Trust | G/L | | 291.00 | 291.00 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | National Pooled Trust F/B/O | G/L | | 175.00 | 175.00 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | National Pooled Trust F/B/O | G/L | | 120.00 | 120.00 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Lisa Barnes - FPT | G/L | | 199.36 | 199.36 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Jeannie Phillips - SNT | G/L | | 175.00 | 175.00 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Special Needs Trust F/B/O Stacy | G/L | | 74.12 | 74.12 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Tiara Hutchinson - OPT | G/L | | 224.32 | 224.32 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | National Pooled Trust F/B/O | G/L | | 44.58 | 44.58 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | California Pooled Trust F/B/O Tania | G/L | | 109.19 | 109.19 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Rebecca L. Enfinger Supplemental | G/L | | 1.56 | 1.56 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Rebecca L. Enfinger Supplemental | G/L | | 272.53 | 272.53 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Special Needs Trust F/B/O Kenisha | G/L | | 1,350.00 | 1,350.00 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | David Rodriguez - FPT | G/L | | 400.00 | 400.00 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Donnelle Irland - SNT | G/L | | 500.00 | 500.00 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Timothy Hartley - FPT | G/L | | 302.40 | 302.40 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | California Pooled Trust F/B/O Noah | G/L | | 107.00 | 107.00 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | California Pooled Trust F/B/O | G/L | | 64.39 | 64.39 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Florida Pooled Trust F/B/O Nancy | G/L | | 162.10 | 162.10 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Te'Ata Jones Family Trust | G/L | | 271.77 | 271.77 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Te'Ata Jones Family Trust | G/L | | 183.66 | 183.66 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Irrevocable SPT F/B/O Jack | G/L | | 250.00 | 250.00 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | North Carolina Pooled Trust F/B/O | G/L | | 400.00 | 400.00 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | North Carolina Pooled Trust F/B/O | G/L | | 400.00 | 400.00 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | The Avril Terry Special Needs Trust | G/L | | 289.99 | 289.99 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | The Avril Terry Special Needs Trust | G/L | | 289.99 | 289.99 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | The Avril Terry Special Needs Trust | G/L | | 117.98 | 117.98 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | The Avril Terry Special Needs Trust | G/L | | 299.76 | 299.76 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Irrevocable SPT F/B/O Ryleigh | G/L | | 250.00 | 250.00 | 0.00 |

**Bank Rec. Wells Fargo Operating DIP**
Center for Special Needs Trust

| | | |
|---|---|---|
| Bank Account No. | BA0005 | |
| Statement No. | 103124 | |
| Statement Date | 10/31/2024 | Currency Code |

| | | | | |
|---|---|---|---|---|
| G/L Balance ($) | 323,570.36 | Statement Balance | 323,570.36 |
| G/L Balance | 323,570.36 | Outstanding Deposits | 0.00 |
| Positive Adjustments | 0.00 | | |
| | | Subtotal | 323,570.36 |
| Subtotal | 323,570.36 | Outstanding Checks | 0.00 |
| Negative Adjustments | 0.00 | | |
| | | Ending Balance | 323,570.36 |
| Ending G/L Balance | 323,570.36 | | |
| Difference | 0.00 | | |

| Posting Date | Docume nt Type | Document No. | Account Type | Account No. | Description | Bal. Accou nt Type | Bal. Account No. | Amount | Cleared / Balance Amt. | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| **Checks** | | | | | | | | | | |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Homan, Terri - SNT | G/L | | 59.69 | 59.69 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | The Dijon Overton Special Needs | G/L | | 875.00 | 875.00 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Naitonal Pooled Trust F/B/O Jeremy | G/L | | 75.83 | 75.83 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Texas Pooled Trust F/B/O Angelee | G/L | | 243.60 | 243.60 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Karl Gustafson - NPT | G/L | | 250.00 | 250.00 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Gertrude Nunn - FPT | G/L | | 120.00 | 120.00 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Gertrude Nunn - FPT | G/L | | 62.00 | 62.00 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Corey L. Coatley - KYPT | G/L | | 58.00 | 58.00 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Corey L. Coatley - KYPT | G/L | | 63.00 | 63.00 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Gregory T. Jones - FPT | G/L | | 148.99 | 148.99 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Gregory T. Jones - FPT | G/L | | 38.22 | 38.22 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Sondra Berry - MSPT | G/L | | 103.38 | 103.38 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Anthony Stalling Jr. - FPT | G/L | | 140.67 | 140.67 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Florida Pooled Trust f/b/o Lloyd | G/L | | 141.55 | 141.55 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | National Pooled Trust f/b/o | G/L | | 250.00 | 250.00 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Florida Pooled Trust f/b/o Allen | G/L | | 854.27 | 854.27 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Florida Pooled Trust F/B/O Ruby | G/L | | 111.00 | 111.00 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Florida Pooled Trust F/B/O Ruby | G/L | | 52.99 | 52.99 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Florida Pooled Trust f/b/o/ Mary | G/L | | 159.00 | 159.00 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | The Floena Spencer Special Need | G/L | | 51.22 | 51.22 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Christopher Edwards - NCPT | G/L | | 600.00 | 600.00 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | James Maehlmann II - FPT | G/L | | 212.38 | 212.38 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | James Maehlmann II - FPT | G/L | | 142.38 | 142.38 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | The Florida Pooled Trust F/B/O | G/L | | 81.62 | 81.62 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | The Florida Pooled Trust F/B/O | G/L | | 140.86 | 140.86 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | California Pooled Trust F/B/O | G/L | | 937.52 | 937.52 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | California Pooled Trust F/B/O | G/L | | 2,909.24 | 2,909.24 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Family Trust F/B/O Max Francois | G/L | | 292.84 | 292.84 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | National Pooled Trust F/B/O Julius | G/L | | 43.33 | 43.33 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Kentucky Pooled Trust F/B/O Ryan | G/L | | 206.90 | 206.90 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Special Needs Trust F/B/O Percival | G/L | | 171.39 | 171.39 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Special Needs Trust F/B/O Percival | G/L | | 171.39 | 171.39 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Landires-Espinosa - FAMT | G/L | | 487.41 | 487.41 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Ohio McGivney Pooled SNT F/B/O | G/L | | 75.51 | 75.51 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Mitchell, Meleki - SNT | G/L | | 527.98 | 527.98 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Supplemental Needs Trust F/B/O | G/L | | 136.87 | 136.87 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | National Pooled Trust f/b/o Ronnie | G/L | | 572.39 | 572.39 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Kentucky Pooled Trust F/B/O Dania | G/L | | 285.80 | 285.80 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Kentucky Pooled Trust F/B/O Dania | G/L | | 285.80 | 285.80 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Kentucky Pooled Trust F/B/O Dania | G/L | | 167.60 | 167.60 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Special Needs Trust F/B/O Isiah T. | G/L | | 467.65 | 467.65 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Teresa M. Messina Third Party | G/L | | 4,000.00 | 4,000.00 | 0.00 |
| 10/31/2024 | Payment | TRF 10/31/24 - | G/L | | Florida Pooled Trust F/B/O Sierra | G/L | | 394.85 | 394.85 | 0.00 |

**Bank Rec. Wells Fargo Operating DIP**

Center for Special Needs Trust

| | |
|---|---|
| **Bank Account No.** | BA0005 |
| **Statement No.** | 103124 |
| **Statement Date** | 10/31/2024 |

**Currency Code**

| | | | | |
|---|---|---|---|---|
| **G/L Balance ($)** | 323,570.36 | **Statement Balance** | 323,570.36 |
| **G/L Balance** | 323,570.36 | **Outstanding Deposits** | 0.00 |
| **Positive Adjustments** | 0.00 | | |
| | | **Subtotal** | 323,570.36 |
| **Subtotal** | 323,570.36 | **Outstanding Checks** | 0.00 |
| **Negative Adjustments** | 0.00 | | |
| | | **Ending Balance** | 323,570.36 |
| **Ending G/L Balance** | 323,570.36 | | |
| **Difference** | 0.00 | | |

| Posting Date | Docume nt Type | Document No. | Account Type | Account No. | Description | Bal. Accou nt Type | Bal. Account No. | Amount | Cleared / Balance Amt. | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| **Checks** | | | | | | | | | | |
| Total Checks | | | | | | | | 916,211.64 | 916,211.64 | 0.00 |
| | | | | | | | | | | |
| **Deposits** | | | | | | | | | | |
| 10/1/2024 | Payment | 0874139 | G/L | | FNBO Refund | G/L | | 1,000.00 | 1,000.00 | 0.00 |
| 10/1/2024 | Payment | 34118791 | G/L | | Lawrence Stanard - Trust Retention | G/L | | 2,030.46 | 2,030.46 | 0.00 |
| 10/16/2024 | Payment | 143 | G/L | | Office Furniture & Equipment Sales | G/L | | 850.00 | 850.00 | 0.00 |
| 10/16/2024 | Payment | 144 | G/L | | Office Furniture & Equipment Sales | G/L | | 400.00 | 400.00 | 0.00 |
| 10/16/2024 | Payment | 30052 | G/L | | Voiding check 30052. | G/L | | 5.38 | 5.38 | 0.00 |
| 10/30/2024 | Payment | 145 | G/L | | Lawrence Stanard - Trust Retention | G/L | | 2,030.46 | 2,030.46 | 0.00 |
| 10/31/2024 | Payment | 146 | G/L | | The Center for Special Needs - | G/L | | 800.67 | 800.67 | 0.00 |
| 10/31/2024 | Payment | 147 | G/L | | The Center for Special Needs - | G/L | | 24,304.97 | 24,304.97 | 0.00 |
| Total Deposits | | | | | | | | 31,421.94 | 31,421.94 | 0.00 |

# Analyzed Business Checking

Account number: ███████████ ■ October 1, 2024 - October 31, 2024 ■ Page 1 of 3



**Questions?**

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*

1-800-CALL-WELLS (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

THE CENTER FOR SPECIAL NEEDS TRUST ADMIN
CORPORATE ACCOUNT
DEBTOR IN POSSESSION
CH11 CASE #24-00676 (MFL)
12425 28TH ST N STE 301
ST PETERSBURG FL 33716-1826

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ███████████ | $1,208,360.06 | $31,416.56 | -$916,206.26 | $323,570.36 |

## Credits

Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/01 | 3,030.46 | Desktop Check Deposit |
| | 10/16 | 1,250.00 | Desktop Check Deposit |
| | 10/30 | 2,030.46 | Desktop Check Deposit |
| | 10/31 | 800.67 | Online Transfer Sept 2024 First Bank Card Ref #Bb0Q3Qv8ND |
| | 10/31 | 24,304.97 | Online Transfer Sept 2024 First Bank Card Ref #Bb0Q3Qvcp7 |
| | | $31,416.56 | Total electronic deposits/bank credits |
| | | $31,416.56 | Total credits |

## Debits

Electronic debits/bank debits

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---|---|---|
| | 10/01 | 58.07 | < | Business to Business ACH Debit - Amtrust NA Payment SEP 30 38794104 The Center for Special |
| | 10/01 | 2,833.21 | < | Business to Business ACH Debit - Mid Atlantic Tr ACH Pulls 240930 Centspnd The Center for Special Needs Trust Administration |
| | 10/01 | 4,585.00 | < | Business to Business ACH Debit - Puzzle Hr Bill.Com 015Bvcptjv6Riv2 Puzzle Hr - Inv #1900-20407 |
| | 10/01 | 8,027.87 | < | Business to Business ACH Debit - Hallmark Develop Web Pmts 100124 Tmfrqb The Center for Special |
| | 10/02 | 2,330.00 | < | Business to Business ACH Debit - Clientsfirstbusi Purchase 241002 xxxxx5686 The Center for Special |
| | 10/08 | 9,902.31 | | WT Fed#05159 Berkshire Bank /Ftr/Bnf=Paylocity Corporation Srf# 10/11/24 Payroll Trn#241008051286 Rfb# 30 |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Account number: ■■■■■■ ■ October 1, 2024 - October 31, 2024 ■ Page 2 of 3



*Electronic debits/bank debits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/08 | 31,587.08 | WT 241008-051283 Fifth Third Bank, N /Bnf=Paylocity Corporation Srf# 10/11/24 Payroll Trn#241008051283 Rfb# 29 |
| | 10/10 | 16,155.20 < | Business to Business ACH Debit - United Healthcar EDI Paymts 815516458769 1*241008143~Iea*1*241008141~ |
| | 10/11 | 1,733.43 | Client Analysis Srvc Chrg 0924 000001464553831 |
| | 10/15 | 32,343.26 | ACH Prep Origintn - The Center for S - File 7878782339 Coid 1593705979 |
| | 10/15 | 57.07 < | Business to Business ACH Debit - Amtrust NA Payment Oct 14 38882128 The Center for Special |
| | 10/15 | 787.10 < | Business to Business ACH Debit - Colonial Life Ins. Prem. 241010 E5814215 Center for Special Nee |
| | 10/16 | 2,760.26 < | Business to Business ACH Debit - Mid Atlantic Tr ACH Pulls 241015 Centspnd The Center for Special Needs Trust Administration |
| | 10/18 | 381,334.22 | WT Fed#05519 Truist Bank /Ftr/Bnf=Ackerman LLP Srf# Gw00000071386160 Trn#241018053137 Rfb# 31 |
| | 10/18 | 26,521.75 < | Business to Business ACH Debit - 1st Bankcard Ctr Online Pmt 241018 CC0009543546 0000The Center for S |
| | 10/21 | 9,907.77 | WT Fed#07361 Berkshire Bank /Ftr/Bnf=Paylocity Corporation Srf# 10/25/24 Payroll Trn#241021197080 Rfb# 32 |
| | 10/21 | 31,800.14 | WT 241021-197100 Fifth Third Bank, N /Bnf=Paylocity Corporation Srf# 10/25/24 Payroll Trn#241021197100 Rfb# 33 |
| | 10/21 | 598.85 < | Business to Business ACH Debit - 181935 Center Fo Billing 241021 181935 Inv2382957 |
| | 10/23 | 1,982.85 < | Business to Business ACH Debit - Plic-Sbd Insur Clm 241022 Pact#237677539 Wells Fargo Corp |
| | 10/29 | 2,106.57 < | Business to Business ACH Debit - Mid Atlantic Tr ACH Pulls 241028 Centspnd The Center for Special Needs Trust Administration |
| | 10/30 | 293,472.50 | WT Fed#05159 Northern Trust Com /Ftr/Bnf=Kapilamukamal LLP Srf# Gw00000071677289 Trn#241030128850 Rfb# 34 |
| | 10/31 | 28,952.89 | Online Transfer Corporate Sept 2024 Loans Ref #Bb0Q3P7Qtf |
| | 10/31 | 56.82 < | Business to Business ACH Debit - Amtrust NA Payment Oct 28 38962291 The Center for Special |

| | $889,894.22 | Total electronic debits/bank debits |

*< Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

*Checks paid*

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 30140 | 243.52 | 10/09 | 30148 | 10,500.00 | 10/11 | 30156 | 249.84 | 10/23 |
| 30141 | 202.49 | 10/09 | 30149 | 303.08 | 10/11 | 30157 | 97.25 | 10/28 |
| 30142 | 107.74 | 10/17 | 30150 | 341.81 | 10/10 | 30158 | 39.00 | 10/29 |
| 30143 | 39.00 | 10/21 | 30151 | 73.59 | 10/11 | 30159 | 606.25 | 10/29 |
| 30144 | 887.06 | 10/17 | 30152 | 100.00 | 10/10 | 30160 | 908.25 | 10/29 |
| 30145 | 400.00 | 10/08 | 30153 | 5.38 | 10/22 | 30161 | 300.00 | 10/29 |
| 30146 | 137.50 | 10/08 | 30154 | 399.77 | 10/22 | 30162 | 9,907.00 | 10/30 |
| 30147 | 15.20 | 10/09 | 30155 | 448.31 | 10/22 | | | |

| | $26,312.04 | Total checks paid |

| | $916,206.26 | Total debits |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Account number: ███████    ■ October 1, 2024 - October 31, 2024    ■ Page 3 of 3



## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 09/30 | 1,208,360.06 | 10/11 | 1,121,861.16 | 10/22 | 635,113.48 |
| 10/01 | 1,195,886.37 | 10/15 | 1,088,673.73 | 10/23 | 632,880.79 |
| 10/02 | 1,193,556.37 | 10/16 | 1,087,163.47 | 10/28 | 632,783.54 |
| 10/08 | 1,151,529.48 | 10/17 | 1,086,168.67 | 10/29 | 628,823.47 |
| 10/09 | 1,151,068.27 | 10/18 | 678,312.70 | 10/30 | 327,474.43 |
| 10/10 | 1,134,471.26 | 10/21 | 635,966.94 | 10/31 | 323,570.36 |

Average daily ledger balance    $900,836.49

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

**Bank Rec. Wells Fargo Retention DIP**

Center for Special Needs Trust

| | |
|---|---|
| **Bank Account No.** | BA0006 |
| **Statement No.** | 103124 |
| **Statement Date** | 10/31/2024 |

**Currency Code**

| | | | | |
|---|---|---|---|---|
| **G/L Balance ($)** | 280,854.40 | | **Statement Balance** | 280,854.40 |
| **G/L Balance** | 280,854.40 | | **Outstanding Deposits** | 0.00 |
| **Positive Adjustments** | 0.00 | | | |
| | | | **Subtotal** | 280,854.40 |
| **Subtotal** | 280,854.40 | | **Outstanding Checks** | 0.00 |
| **Negative Adjustments** | 0.00 | | | |
| | | | **Ending Balance** | 280,854.40 |
| **Ending G/L Balance** | 280,854.40 | | | |
| **Difference** | 0.00 | | | |

| Posting Date | Docume nt Type | Document No. | Account Type | Account No. | Description | Bal. Accou nt Type | Bal. Account No. | Amount | Cleared / Balance Amt. | Difference |
|---|---|---|---|---|---|---|---|---|---|---|

# Analyzed Business Checking

Account number: ■■■■■ ■ October 1, 2024 - October 31, 2024 ■ Page 1 of 1



THE CENTER FOR SPECIAL NEEDS TRUST ADMIN
CORPORATE RETENTION ACCOUNT
DEBTOR IN POSSESSION
CH11 CASE #24-00676 (MFL)
12425 28TH ST N STE 301
ST PETERSBURG FL 33716-1826

**Questions?**

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
1-800-CALL-WELLS (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ■■■■■ | $280,854.40 | $0.00 | $0.00 | $280,854.40 |

### Daily ledger balance summary

| Date | Balance |
|---|---|
| 09/30 | 280,854.40 |
| Average daily ledger balance | $280,854.40 |

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

**Center For Special Needs Trust**
**Money Market Account**

| | | |
|---|---|---|
| Money Market Account | Balance at February 29, 2024 | $130,986.71 |
| Reserve for Uncollectable Funds | | ($130,986.71) |
| Book Balance | | - 0 - |

Purportedly, The Center maintained a money market account managed by the Boston Financial Group at Fidelity that has a reported book balance of $130,986. However, the Trustee has not been able to verify this account with supportable bank or brokerage account statements and has excluded this balance from the Debtor's available funds.  As the Trustee and his forensic accountants continue to investigate the Debtor's bank and brokerage accounts and additional funds are identified and recovered, the Trustee will include those funds in subsequent monthly operating reports.