# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Case No. 8:24-bk-00676-RCT |
| Debtor. | Ref. Docket No. 420 |

## CERTIFICATE OF SERVICE

I, ARNOLD NGUYEN, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 18, 2024, I caused to be served the "Order Granting Chapter 11 Trustee's Omnibus Motion for the Entry of an Order (I) Authorizing the Rejection of Certain Executory Contracts and Unexpired Lease (II) Granting Related Relief," dated November 15, 2024 [Docket No. 420], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Arnold Nguyen*
Arnold Nguyen

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| BENEFICIARY 23-12268 | ADDRESS ON FILE |
| BYRON WRIGHT III | (COUNSEL TO CREDITOR JIMMIE CRIM JR) 2810 REMINGTON GREEN CIRCLE TALLAHASSEE FL 32308 |
| CREDITOR 18-10862 | C/O MARK D. MUNSON, ESQ. 500 N. FIRST STREET, SUITE 800 PO BOX 8050 WAUSAU WI 54402 |
| INTERNAL REVENUE SERVICE | INSOLVENCY UNIT 7850 SW 6TH COURT MAIL STOP 5730 PLANTATION FL 33324 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 600 ARCH STREET PHILADELPHIA PA 19106 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 611 S. DUPONT HWY DOVER DE 19904 |
| STATE OF FLORIDA ATTORNEY GENERAL | THE CAPITOL, PL 01 TALLAHASSEE FL 32399-1050 |
| TENNCARE | (C/O TN ATTORNEY GEN OFF BANKRUPTCY DIV) ATTN: STUART WILSON-PATTON PO BOX 20207 NASHVILLE TN 37202-0207 |
| UNITED STATES ATTORNEYS OFFICE | FOR THE MIDDLE DISTRICT OF FLORIDA 400 NORTH TAMPA STREET, SUITE 3200 TAMPA FL 33602 |

**Total Creditor count  10**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ADT LLC | P.O. BOX 371878 PITTSBURGH PA 15250 |
| AT&T | 5012 4TH ST N ST PETERSBURG FL 33703 |
| BISCOM | 10 TECHNOLOGY PARK DR WESTFORD MA 01886 |
| D.BRYAN MILNER, MILNER PLAINTIFF SERVICES | 14 SOUTH PRIZE OAKS DR CEDAR PARK TX 78613 |
| GREAT AMERICAN FINANCE | 625 FIRST ST. SE CEDAR RAPIDS IA 52401 |
| HOPE PORTAL SERVICES DBA HOPE TRUST | 101 CRAWFORDS CORNER RD. BELL WORKS 1- 401 HOLMDEL NJ 07733 |
| HUNGERFORD TECHNOLOGIES | 2910 LUCERNE DR SE GRAND RAPIDS MI 49546 |
| INTELEPEER COMMUNICATIONS | 155 BOVET RD STE 405 SAN MATEO CA 94402 |
| JOHN MUIR, RINGLER ASSOCIATES BLOOMINGTON LLC | 2501 E. COLLEGE AVE STE A BLOOMINGTON IL 61704 |
| JOHN STAUNTON PA | 622 BYPASS DR. STE 200 CLEARWATER FL 33764 |
| LUMEN (LEVEL 3) | P.O. BOX 910182 DENVER CO 80291 |
| PAMELA LIGGETT | 12123 SHELBYVILLE RD STE 100-163 LOUISVILLE KY 40243 |
| PITNEY BOWES | 3001 SUMMER ST STAMFORD CT 06926 |
| PROTECTED TOMORROWS INC | 103 SCHELTER RD LINCOLNSHIRE IL 60069 |
| ROOSEVELT LAKES LLC | 2406 CYPRESS GLEN DR. STE 101 WESLEY CHAPEL FL 33544 |
| SMARSH, INC | P.O. BOX 8023 CAROL STREAM IL 60197 |
| SUMMIT SETTLEMENTS | 7155 LAKE DR STE 110 WEST DES MOINES IA 50266 |
| THERESA ALESSANDRA RUSSO FOUNDATION | 250 LIDO BLVD LIDO BEACH NY 11561 |
| THOMAS BALES JR. | 6121 SEMINOLE BLVD SEMINOLE FL 33716 |

**Total Creditor count  19**

**EXHIBIT B**

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC., Case No. 8-24-bk-00676 (RCT)
Electronic Mail Master Service List

| Name | Email |
|---|---|
| ADAMS AND REESE LLP | lauren.baio@arlaw.com; catherine.lockley@arlaw.com; jessica.eck@arlaw.com |
| AKERMAN LLP | steven.wirth@akerman.com; raye.elliott@akerman.com; catherine.choe@akerman.com |
| ANDERSON LAW PLLC | mark@andersonlex.com |
| BECK REDDEN LLP | mrosales@beckredden.com; cmaneen@beckredden.com |
| CARLTON FIELDS, P.A | dkirk@carltonfields.com; ryant@carltonfields.com |
| CHAPTER 11 TRUSTEE | Michael.goldberg@akerman.com |
| COLSON HICKS EIDSON | curt@colson.com |
| COLE, SCOTT & KISSANE, P.A. | daniel.nicholas@csklegal.com; roxanne.cohen@csklegal.com |
| COLORADO DEPARTMENT OF LAW | deanna.westfall@coag.gov |
| CREDITOR 06-0652 | cmulholland@compwise.services |
| CREDITOR 08-2098 | marbekahbowman@yahoo.com |
| CREDITOR 08-2105 | familiaperales8@gmail.com |
| CREDITOR 11-3295 | toddjchamberlin@gmail.com |
| CREDITOR 18-10862 | mmunson@ruderware.com |
| FLORIDA LITIGATION GROUP | serviceimglaw@gmail.com; attorney@floridapotlawfirm.com |
| FURR AND COHEN, P.A. | jrigoli@furrcohen.com |
| HAHN & HAHN LLP | drallis@hahnlawyers.com |
| HILL WARD HENDERSON | patrick.mosley@hwhlaw.com; tricia.elam@hwhlaw.com; mark.wall@hwhlaw.com; michelle.ebrada@hwhlaw.com |
| HOLLAND & KNIGHT LLP | noel.boeke@hklaw.com |
| HOWARD STALLINGS LAW FIRM | Jangell@hsfh.com; jangell@howardstallings.com |
| JOHNSON POPE BOKOR RUPPEL & BURNS LLP | edwardp@jpfirm.com |
| KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT | ferguson@kolawyers.com; streisfeld@kolawyers.com; herter@kolawyers.com |
| LINDA LEALI, P.A. | lleali@lealilaw.com |
| MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A. | jmarkowitz@mrthlaw.com |
| MARTINEZ-MONFORT, P.A. | LUIS@MARTINEZMONFORT.COM; KRISTA@MARTINEZMONFORT.COM |

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., Case No. 8-24-bk-00676 (RCT)

Electronic Mail Master Service List

| Name | Email |
| --- | --- |
| NARDELLA & BARDELLA PLLC | mnardella@nardellalaw.com; msayne@nardellalaw.com; klynch@nardellalaw.com |
| OFFICE OF SECRETARY OF STATE OF FLORIDA | secretaryofstate@dos.myflorida.com |
| RICHARD A PERRY P.A. | richard@rapocala.com |
| ROBERTS LAW, PLLC | kelly@kellyrobertslaw.com |
| SHAPIRO, BLASI, WASSERMAN & HERMANN, P.A. | mkish@sbwh.law; rmorales@sbwh.law |
| SHUMAKER, LOOP & KENDRICK LLP | jverona@shumaker.com; mhartz@shumaker.com; yhaidermota@shumaker.com; dfernandez@shumaker.com |
| SIMPSON LAW GROUP | sbs@simpsonlawfl.com |
| THE REISSMAN LAW GROUP, P.A. | marshall@reissmanlaw.com |
| TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS PA | lfernandez@trenam.com; bmcbride@trenam.com; ekoenig@trenam.com |
| UNDERWOOD MURRAY, P.A | mmurray@underwoodmurray.com; sunderwood@underwoodmurray.com; detlinger@underwoodmurray.com |
| UNITED STATES TRUSTEE FOR THE MIDDLE DISTRICT OF FLORIDA | ustp.region21@usdoj.gov; guy.a.vanbaalen@usdoj.gov; teresa.dorr@usdoj.gov |