# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:                                                                                    Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                                      Chapter 11

    Debtor.
_____/

## OFFICIAL COMMITTEE OF UNSECURED CREDITOR'S
## UNOPPOSED MOTION TO EXTEND DEADLINE FOR WIND DOWN DEADLINES

The Official Committee of Unsecured Creditors (the "**Committee**"), files this Unopposed Motion to Extend Deadline for Wind Down Deadlines ("**Motion**") an extension of the deadlines imposed by the Order Granting Motion *to Approve (I) Wind Down and Termination Of Operations Of The Debtor, (II) Resignation of The Debtor As Trustee Of Trusts, (III) Approve Procedures To Appoint CPT Institute, Inc. as Successor Trustee of the Trusts, and (IV) Approve Form and Manner of Opt-Out Notice For Appointment of CPT Institute, Inc. as Successor Trustee* (Doc. No. 376, 409), and states as follows:

### Relief Requested

1.    On February 9, 2024 (the "**Petition Date**"), the Debtor filed its Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

2.    Michael Goldberg, the Chapter 11 Trustee, is preparing to close the Center for Special Needs Trust Administration, Inc., and filed what is referred to as the "**Wind Down Motion**," on October 4, 2024 (Doc. No. 376).

3.    The Court entered its order approving the Wind Down Motion on November 6, 2024 (Doc. No. 409), which included a deadline (the Opt-Out Notice Period) of November 22,

1

2024 ("**Deadline**") for Beneficiaries to fill out forms deciding whether to stay with the Chapter 11 Trustee's default trust administrator, CPT Institute, or to seek alternative trust administration.

4.  Due to circumstances beyond the Trustee's control, the notices and opt out / opt in forms took longer than expected to reach Beneficiaries. Beneficiaries require additional time to consider their trust options and return the Opt-In Notice or Opt-Out Notice. Accordingly, the Committee seeks an additional two weeks for Beneficiaries to return their Opt-In Notice or Opt-Out Notice, as appropriate. The Committee confirms that it has conferred with the Chapter 11 Trustee who does not oppose the relief requested herein.

**WHEREFORE**, the Committee respectfully requests the entry of an order consistent with the attached **Exhibit A** granting this Motion, extending the deadline for Beneficiaries to fill out their Opt-In Notice or Opt-Out Notice in connection with the Wind Down Motion by 2 weeks to December 6, 2024, and granting any and all additional relief as the Court deems appropriate.

Respectfully submitted,

/s/ Megan W. Murray
Megan W. Murray
Florida Bar Number 0093922
Underwood Murray, P.A.
100 N. Tampa St., Suite 2325
Tampa, FL 33602
Tel: (813) 540-8401 / Fax: (813) 553-5345
Email: mmurray@underwoodmurray.com

*Counsel to the Committee*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 22, 2024, a true and correct copy of the foregoing was served electronically through the Court's CM/ECF Noticing System to all CM/ECF registered recipients.

*/s/ Megan W. Murray*
Attorney

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                                          Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                                              Chapter 11

　　　Debtor.
_____/

**OFFICIAL COMMITTEE OF UNSECURED CREDITOR'S**
**UNOPPOSED MOTION TO EXTEND DEADLINE FOR WIND DOWN DEADLINES**

　　　This matter came on for consideration on the Official Committee of Unsecured Creditors' (the "**Committee**"), Unopposed Motion to Extend Deadline for Wind Down Deadlines ("**Motion**") seeking a two-week extension of the deadlines imposed by the Order Granting Motion *to Approve (I) Wind Down And Termination Of Operations Of The Debtor, (II) Resignation of The Debtor As Trustee Of Trusts, (III) Approve Procedures To Appoint CPT Institute, Inc. as Successor Trustee of the Trusts, and (IV) Approve Form and Manner of Opt-Out*

4

*Notice For Appointment of CPT Institute, Inc. as Successor Trustee* (Doc. No. ___).  The Court, being advised in the premises, understanding the Motion is unopposed by the Trustee, and finds just cause to grant the Motion. Accordingly, it is:

1. The Motion is Granted.

2. The Opt-Out Notice Period (as defined in the Wind Down Order, Doc. No. 409) is extended for two weeks to **December 6, 2024.**

3. Beneficiaries shall have an additional two weeks to fill out their Opt-In Notice or Opt-Out Notices, as appropriate.

4. Epiq is directed to mail a copy of this Order to all Beneficiaries expeditiously.

5. Beneficiaries can seek additional information and resources at the link below:

    https://dm.epiq11.com/case/centerforspecialneedstrustadministration/info/2

    A list of attorneys who have agreed to provide volunteer consultations regarding the transition of your trust can be found in the link above.

    Beneficiaries may also want to consult these resources in consideration of the transition of their trusts:

    i. Special Needs Alliance: www.specialneedsalliance.org

    ii. Academy of Special Needs Planners: https://specialneedsanswers.com/

    iii. National Academy of Elder Law Attorneys: www.naela.org

    iv. National Elder Law Foundation: www.nelf.org

###

Attorney Megan W. Murray is directed to serve a copy of this order on interested parties who are not linked to this case via CM/ECF and file a proof of such service within three days of entry of the order.