**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re                                                                                       Chapter 11

THE CENTER SPECIAL FOR SPECIAL NEEDS
TRUST ADMINSTRATION, INC.                              Case No. 8:24-bk-676-RTC

           Debtor.
_____/

**NOTICE OF FILING LETTER REGARDING THE**
**THERESA FOUNDATION TO ALL BENEFICIARIES**

      The Official Committee of Unsecured Creditors gives notice of filing the attached letter regarding the Theresa Foundation to all beneficiaries of The Center for Special Needs Trust Administration, Inc.

Dated: November 26, 2024.

                                                      Respectfully submitted,

                                                      /s/ Megan W. Murray
                                                      Megan W. Murray
                                                      Florida Bar Number 0093922
                                                      100 N. Tampa St., Suite 2325
                                                      Tampa, FL 33602
                                                      Tel: (813) 540-8401 / Fax: (813) 553-5345
                                                      Email: mmurray@underwoodmurray.com
                                                      *Counsel to the Committee*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court, has been furnished electronically to those parties registered to receive service via CM/ECF, including the United States Trustee, on November 26, 2024.

                                                      */s/s/ Megan W. Murray*
                                                     Megan W. Murray



Megan W. Murray
813-540-8403
mmurray@underwoodmurray.com
www.underwoodmurray.com

100 North Tampa St.
Suite 2325
Tampa, FL 33602

<u>VIA Email (Epiq)</u>
All Beneficiaries of trusts administered by The Center for Special Needs Trust Administration, Inc. ("**Center**" or "**Debtor**")

    Re:    The Center for Special Needs Trust Administration, Inc.,
                Case No. 24-bk-00676-RTC ("Bankruptcy Case")

Dear Beneficiaries:

      As you know, the Chapter 11 Trustee filed a motion to wind down the Center (Doc. No. 376 in the Bankruptcy Case). The Official Committee of Unsecured Creditors has sought an extension of the deadline to respond to the Opt-in or Opt-out notices to December 6, 2024. We have been advised that the Theresa Alessandra Russo Foundation ("Theresa Foundation"), together with the CLC Foundation and CLC Pooled Trust (collectively "**CLC**") have been contacting certain of the Center's Beneficiaries and advising them to transfer administration of their trusts to the CLC Pooled Trust.

      Beneficiaries are advised that neither the Theresa Foundation nor CLC are associated with the Chapter 11 Trustee, the Official Committee for Unsecured Creditors, or the Center, nor have they been vetted by the Chapter 11 Trustee. The Chapter 11 Trustee has selected **CPT Institute,** a separate company, as its default replacement trust administrator in connection with the closing of the Center on December 31, 2024. While Beneficiaries may choose to contract with the Theresa Foundation or CLC on their own, the Chapter 11 Trustee has not investigated the affairs of these entities.

      Further, please be alert to any scams and phishing schemes in connection with this Bankruptcy Case. You will not be required to provide personal information over the phone, including social security numbers, birthdates, or other sensitive information. Please be cautious of any person seeking such personal information from you.

                                    Sincerely,

                                      */s/ Megan W. Murray*
                                    Megan W. Murray
                                    Counsel for the Official Committee of
                                    Unsecured Creditors