ORDERED.

Dated:  November 26, 2024

_____
Roberta A. Colton
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:                                                                                           Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                              Chapter 11

   Debtor.
_____/

**ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITOR'S FIRST APPLICTION FOR COMPENSATION FOR FEES OF $300,138.50, EXPENSES: $213.01, FOR THE PERIOD OF MARCH 4, 2024 TO SEPTEMBER 30 2024**
**(Doc. No. 387)**

This case is before the Court on the Official Committee of Unsecured Creditor's First Application for Compensation for Fees of $300,138.50 and expenses of $213.01 ("**Application**"). In the Application, Underwood Murray, P.A. ("**Applicant**") requested an allowance of fees of $300,138.50 and expenses of $213.01 a total award of $300,351.51 for the period of March 4, 2024, through September 30, 2024. The Notice of Application for Compensation and Reimbursement of Expenses and Opportunity to Object and Request a Hearing (Doc. No. 388) was filed with the Court on October 18, 2024 served on the Office of the United States Trustee,

78223883;4

all parties registered to receive notices via the Court's CM/ECF system, and the L.B.R. 1007-2 Parties in Interest List pursuant to the Court's negative notice procedures. No objections were timely filed. Accordingly, it is

**ORDERED**:

1. The Application is approved on an interim basis, subject to final Court approval.

2. Underwood Murray, P.A. is allowed compensation of $300,138.50 for professional services rendered and $213.01 for the reimbursement of expenses incurred during the period from March 4, 2024, through September 30, 2024.

3. The Debtor is authorized and directed to pay Underwood Murray, P.A. 100% of the reimbursable expenses and 50% of the fees for professional services approved in this Order immediately (totaling $150,282.30). The remaining 50% of the fees for professional services approved in this Order are to be paid by the Debtor when sufficient funds become available, after notice to the United States Trustee and the Chapter 11 Trustee, and an opportunity to be heard.

4. The U.S. Trustee and the Chapter 11 Trustee reserve the right to object to the final fee application and seek disgorgement in connection with any interim compensation already paid to Underwood Murray, P.A.

5. This Order is without prejudice to the rights of Underwood Murray, P.A. on further application to this Court to seek further allowance and payment of additional compensation and reimbursement of expenses, including any such amounts incurred during this interim compensation period for which approval has not previously been sought and denied.

****Megan W. Murray is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.