## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
### www.flmb.uscourts.gov

In re                                                                    Chapter 11

THE CENTER SPECIAL FOR SPECIAL NEEDS
TRUST ADMINSTRATION, INC.                               Case No. 8:24-bk-676-RTC

     Debtor.

_____/

## NOTICE OF FILING AMENDED[1] LETTER REGARDING THE
## THERESA FOUNDATION TO ALL BENEFICIARIES

  The Official Committee of Unsecured Creditors gives notice of filing the attached letter regarding the Theresa Foundation to all beneficiaries of The Center for Special Needs Trust Administration, Inc.

  Dated:  November 26, 2024.

        Respectfully submitted,

        /s/ Megan W. Murray
        Megan W. Murray
        Florida Bar Number 0093922
        100 N. Tampa St., Suite 2325
        Tampa, FL 33602
        Tel: (813) 540-8401 / Fax: (813) 553-5345
        Email: mmurray@underwoodmurray.com
        *Counsel to the Committee*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court, has been furnished electronically to those parties registered to receive service via CM/ECF, including the United States Trustee, on November 26, 2024.

        /s/  *Megan W. Murray*
        Megan W. Murray

---

[1] Amended to correct the name of a legal entity.



Megan W. Murray
813-540-8403
mmurray@underwoodmurray.com
www.underwoodmurray.com

100 North Tampa St.
Suite 2325
Tampa, FL 33602

VIA U.S. Mail (Epiq)
All Beneficiaries of trusts administered by The Center for Special Needs Trust Administration, Inc. ("**Center**" or "**Debtor**")

> **Re:    The Center for Special Needs Trust Administration, Inc.,
> Case No. 24-bk-00676-RTC ("Bankruptcy Case")**

Dear Beneficiaries:

As you know, the Chapter 11 Trustee filed a motion to wind down the Center (Doc. No. 376 in the Bankruptcy Case). The Official Committee of Unsecured Creditors has sought an extension of the deadline to respond to the Opt-in or Opt-out notices to December 6, 2024 (in connection with the closing of the Center). We have been advised that the Theresa Alessandra Russo Foundation ("Theresa Foundation"), together with the CLC Foundation, Inc. "CLC Foundation"), the Trustee of the Theresa Pooled income Trust, have been contacting certain of the Center's Beneficiaries and advising them to transfer administration of their trust account to the Theresa Pooled Income Trust.

Beneficiaries are advised that neither the Theresa Foundation nor CLC Foundation are associated with the Chapter 11 Trustee, the Official Committee for Unsecured Creditors, or the Center, nor have they been vetted by the Chapter 11 Trustee. The Chapter 11 Trustee has selected CPT Institute, a separate company, as its default replacement trust administrator in connection with the closing of the Center on December 31, 2024. While Beneficiaries may choose to contract with the Theresa Pooled Income Trust on their own, the Chapter 11 Trustee has not investigated the affairs of these entities.

Further, please be alert to any scams and phishing schemes in connection with this Bankruptcy Case. You will not be required to provide personal information over the phone, including social security numbers, birthdates, or other sensitive information. Please be cautious of any person seeking such personal information from you.

Sincerely,

*/s/ Megan W. Murray*
Megan W. Murray
Counsel for the Official Committee of
Unsecured Creditors