# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Case No. 8:24-bk-00676-RCT |
| Debtor. | Ref. Docket No. 428 |

## CERTIFICATE OF SERVICE

I, WING LAI-CHAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 25, 2024, I caused to be served the "Official Committee of Unsecured Creditor's Unopposed Motion to Extend Deadline for Wind Down Deadlines," filed on November 22, 2024 [Docket No. 428], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

*/s/ Wing Lai-Chan*
Wing Lai-Chan

**EXHIBIT A**

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., Case No. 8-24-bk-00676-RCT

Electronic Mail Service List

| Name | Email |
|---|---|
| ADAMS AND REESE LLP | lauren.baio@arlaw.com<br>catherine.lockley@arlaw.com<br>jessica.eck@arlaw.com |
| AKERMAN LLP | steven.wirth@akerman.com<br>raye.elliott@akerman.com<br>catherine.choe@akerman.com |
| ANDERSON LAW PLLC | mark@andersonlex.com |
| BECK REDDEN LLP | mrosales@beckredden.com<br>cmaneen@beckredden.com |
| CARLTON FIELDS, P.A | dkirk@carltonfields.com<br>ryant@carltonfields.com |
| CHAPTER 11 TRUSTEE | Michael.goldberg@akerman.com |
| COLSON HICKS EIDSON | curt@colson.com |
| COLE, SCOTT & KISSANE, P.A. | daniel.nicholas@csklegal.com<br>roxanne.cohen@csklegal.com |
| COLORADO DEPARTMENT OF LAW | deanna.westfall@coag.gov |
| CREDITOR 06-0652 | cmulholland@compwise.services |
| CREDITOR 08-2098 | marbekahbowman@yahoo.com |
| CREDITOR 08-2105 | familiaperales8@gmail.com |
| CREDITOR 11-3295 | toddjchamberlin@gmail.com |
| CREDITOR 18-10862 | mmunson@ruderware.com |
| FLORIDA LITIGATION GROUP | serviceimglaw@gmail.com<br>attorney@floridapotlawfirm.com |
| FURR AND COHEN, P.A. | jrigoli@furrcohen.com |
| HAHN & HAHN LLP | drallis@hahnlawyers.com |
| HILL WARD HENDERSON | patrick.mosley@hwhlaw.com<br>tricia.elam@hwhlaw.com<br>mark.wall@hwhlaw.com<br>michelle.ebrada@hwhlaw.com |
| HOLLAND & KNIGHT LLP | noel.boeke@hklaw.com |
| HOWARD STALLINGS LAW FIRM | Jangell@hsfh.com<br>jangell@howardstallings.com |
| JOHNSON POPE BOKOR RUPPEL & BURNS LLP | edwardp@jpfirm.com |
| KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT | ferguson@kolawyers.com<br>streisfeld@kolawyers.com<br>herter@kolawyers.com |
| LINDA LEALI, P.A. | lleali@lealilaw.com |
| MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A. | jmarkowitz@mrthlaw.com |
| MARTINEZ-MONFORT, P.A. | LUIS@MARTINEZMONFORT.COM<br>KRISTA@MARTINEZMONFORT.COM |
| NARDELLA & BARDELLA PLLC | mnardella@nardellalaw.com<br>msayne@nardellalaw.com<br>klynch@nardellalaw.com |

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., Case No. 8-24-bk-00676-RCT

Electronic Mail Service List

| Name | Email |
|---|---|
| OFFICE OF SECRETARY OF STATE OF FLORIDA | secretaryofstate@dos.myflorida.com |
| RICHARD A PERRY P.A. | richard@rapocala.com |
| ROBERTS LAW, PLLC | kelly@kellyrobertslaw.com |
| SHAPIRO, BLASI, WASSERMAN & HERMANN, P.A. | mkish@sbwh.law<br>rmorales@sbwh.law |
| SHUMAKER, LOOP & KENDRICK LLP | jverona@shumaker.com<br>mhartz@shumaker.com<br>yhaidermota@shumaker.com<br>dfernandez@shumaker.com |
| SIMPSON LAW GROUP | sbs@simpsonlawfl.com |
| THE REISSMAN LAW GROUP, P.A. | marshall@reissmanlaw.com |
| TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS PA | lfernandez@trenam.com<br>bmcbride@trenam.com<br>ekoenig@trenam.com |
| UNDERWOOD MURRAY, P.A | mmurray@underwoodmurray.com<br>sunderwood@underwoodmurray.com<br>detlinger@underwoodmurray.com |
| UNITED STATES TRUSTEE FOR THE MIDDLE DISTRICT OF FLORIDA | ustp.region21@usdoj.gov<br>guy.a.vanbaalen@usdoj.gov<br>teresa.dorr@usdoj.gov |