ORDERED.

Dated:  December 02, 2024

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                        Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                                 Chapter 11

    Debtor.
_____/

**ORDER GRANTING OFFICIAL COMMITTEE OF UNSECURED CREDITORS'**
**UNOPPOSED MOTION TO EXTEND DEADLINE FOR WIND DOWN DEADLINES**
(Doc. No. 428)

This matter came on for consideration on the Official Committee of Unsecured Creditors' (the "**Committee**"), Unopposed Motion to Extend Deadline for Wind Down Deadlines ("**Motion**") (Doc. No. 428) seeking a two-week extension of the deadlines imposed by the *Order Granting Motion to Approve (I) Wind Down And Termination Of Operations Of The Debtor, (II) Resignation of The Debtor As Trustee Of Trusts, (III) Approve Procedures To Appoint CPT Institute, Inc. as Successor Trustee of the Trusts, and (IV) Approve Form and Manner of Opt-Out Notice For Appointment of CPT Institute, Inc. as Successor Trustee* (Doc. No. 409).  The Court,

1

being advised in the premises, understanding the Motion is unopposed by the Trustee, and finds just cause to grant the Motion. Accordingly, it is:

**ORDERED THAT:**

1. The Motion is Granted.

2. The Opt-Out Notice Period (as defined in the Wind Down Order, Doc. No. 409) is extended for two weeks to **December 6, 2024.**

3. Beneficiaries shall have an additional two weeks to fill out their Opt-In Notice or Opt-Out Notices, as appropriate.

4. Epiq is directed to mail a copy of this Order to all Beneficiaries expeditiously.

5. Beneficiaries can seek additional information and resources at the link below:

    https://dm.epiq11.com/case/centerforspecialneedstrustadministration/info/2

A list of attorneys who have agreed to provide volunteer consultations regarding the transition of your trust can be found in the link above.

Beneficiaries may also want to consult these resources in consideration of the transition of their trusts:

i. Special Needs Alliance: www.specialneedsalliance.org

ii. Academy of Special Needs Planners: https://specialneedsanswers.com/

iii. National Academy of Elder Law Attorneys: www.naela.org

iv. National Elder Law Foundation: www.nelf.org

###

Attorney Megan W. Murray is directed to serve a copy of this order on interested parties who are not linked to this case via CM/ECF and file a proof of such service within three days of entry of the order.