UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.

Case No.: 8:24-bk-00676-RCT

Chapter 11

Debtor.
_____/

## NOTICE OF ISSUANCE OF SUBPOENAS

Michael I. Goldberg, Chapter 11 Trustee, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 45, hereby gives notice of the issuance of the following Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) (collectively, the "Subpoenas") on December 2, 2024, to:

1. American Albanian Trade Group, LLC;
2. American Czech Trade Group, LLC;
3. BCL Medical Fund I, LLC;
4. BFG Columbus Holdings, LLC;
5. BFG Columbus Repair, LLC;
6. BFG Heartland, LLC;
7. BFG Investment Holdings, LLC;
8. BFG Loan Holdings, LLC;
9. BFG West, LLC;
10. Big Storm Cape Coral, LLC;
11. Boston Capital Consulting, LLC;
12. Boston Capital Leasing Management, LLC;
13. Boston Settlement Finance, Inc.; and
14. Boston Wealth Solutions, LLC.

True and correct copies the Subpoenas are attached to this Notice as **Composite Exhibit 1**.

Dated: December 2, 2024

AKERMAN LLP

By: */s/ Raye C. Elliott*
    Raye C. Elliott, Esq.
    Florida Bar Number: 018732
    Email: raye.elliott@akerman.com

78897735;1

        Steven R. Wirth, Esq.
        Florida Bar No. 170380
        Email: steven.wirth@akerman.com
        401 East Jackson Street, Suite 1700
        Tampa, FL 33602
        Telephone: (813) 223-7333
        *Counsel for Chapter 11 Trustee, Michael I. Goldberg*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

        */s/ Raye C. Elliott*
        Raye C. Elliott, Esq.