UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                Chapter 11

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                          Case No. 8:24-bk-676-RCT

         Debtor.
_____/

**CERTIFICATE OF NECESSITY ON EMERGENCY
MOTION TO COMPEL EXPUNGEMENT OF NOTICE OF ENTRY
OF ORDER GRANTING SUMMARY JUDGMENT AS TO LIABILITY**

I HEREBY CERTIFY, as a member of the Bar of the Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the following pleading on an emergency basis by December 11, 2024:

**EMERGENCY MOTION TO COMPEL EXPUNGEMENT OF NOTICE
OF ENTRY OF ORDER GRANTING SUMMARY JUDGMENT AS TO LIABILITY**

I FURTHER CERTIFY that there is a true necessity for an emergency hearing on the Motion because there is a sale closing that is scheduled for January 7, 2024.  The Movant respectfully requests a hearing by December 11, 2024.

I CERTIFY FURTHER that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part but has been brought about only by circumstances beyond

my control or that of my client. I further certify that this motion is filed with full understanding of

F.R.B.P. 9011 and the consequences of noncompliance with same.

DATED: December 3, 2024.

/s/ Edward J. Peterson
Edward J. Peterson (FBN 014612)
Johnson Pope Bokor Ruppel & Burns, LLP
400 N. Ashley Drive, Suite 3100
Tampa, Florida 33602
Telephone: (813) 225-2500
Email: epeterson@jpfirm.com
Attorneys for Propertycraft Enterprises, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished on

December 3, 2024, by CM/ECF to all parties receiving electronic noticing.

/s/ Edward J. Peterson
Edward J. Peterson