UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                    Chapter 11

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                 Case No. 8:24-bk-676-RCT

        Debtor.
_____/

**SUPPLEMENT TO EMERGENCY MOTION TO COMPEL
EXPUNGEMENT OF NOTICE OF ENTRY OF ORDER
GRANTING SUMMARY JUDGMENT AS TO LIABILITY**

        COMES NOW Propertycraft Enterprises, Inc. (the "Movant") and hereby supplements its

Emergency Motion to Compel Expungement of Notice of Entry of Order Granting Summary

Judgment as to Liability (Doc. No. 437) as follows:

        1.      This will confirm that the undersigned conferred with opposing counsel in an

attempt to reach a resolution, but was unable to do so.

        WHEREFORE, the Movant respectfully requests the Court enter an order compelling the

Trustee to expunge the Notice and grant such other and further relief to which it may be entitled.

        DATED:  December 4, 2024.

                                        /s/ Edward J. Peterson
                                        Edward J. Peterson (FBN 014612)
                                        Johnson Pope Bokor Ruppel & Burns, LLP
                                        400 N. Ashley Drive, Suite 3100
                                        Tampa, Florida 33602
                                        Telephone: (813) 225-2500
                                        Email: edwardp@jpfirm.com
                                        Attorneys for Propertycraft Enterprises, Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished on December 4, 2024, by the Court's CM/ECF electronic noticing system to all parties receiving electronic noticing.

*/s/ Edward J. Peterson*
Edward J. Peterson