UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                   Chapter 11

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                              Case No. 8:24-bk-676-RCT

      Debtor.
_____/

## NOTICE OF PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN THAT:

1. A preliminary hearing in this case will be held before The Honorable Judge Roberta A. Colton, on **December 12, 2024,** at **10:30 a.m.**, in Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602, on the following matter:

   - *Emergency Motion to Compel Expungement of Notice of Entry of Order Granting Summary Judgment as to Liability* (Doc. No. 437)

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/colton.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further notice.

DATED: December 4, 2024.

                                                      */s/ Edward J. Peterson*
                                                      Edward J. Peterson (FBN 0014612)
                                                      Johnson Pope Bokor Ruppel & Burns, LLP
                                                      400 N. Ashley Drive, Suite 3100
                                                      Tampa, Florida 33602
                                                      Telephone: (813) 225-2500
                                                      Email: edwardp@jpfirm.com
                                                      Attorneys for Debtors

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Preliminary Hearing* has been furnished on December 4, 2024, by the Court's CM/ECF system to all parties receiving electronic noticing.

*/s/ Edward J. Peterson*
Edward J. Peterson