UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Chapter 11

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,  Case No. 8:24-bk-676-RCT

    Debtor.
_____/

## NOTICE OF RESCHEDULING PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN THAT:

1. A preliminary hearing in this case was previously scheduled for December 12, 2024, at 10:30 a.m., on the following matter:

- *Emergency Motion to Compel Expungement of Notice of Entry of Order Granting Summary Judgment as to Liability* (Doc. No. 437)

2. That preliminary hearing has been rescheduled to **December 13, 2024,** at **1:00 p.m.**, before The Honorable Judge Roberta A. Colton, in Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602.

3. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/colton.

4. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

5. The Court may continue this matter upon announcement made in open court and reflected on the docket without further notice.

DATED: December 6, 2024.

*/s/ Edward J. Peterson*
Edward J. Peterson (FBN 0014612)
Johnson Pope Bokor Ruppel & Burns, LLP
400 N. Ashley Drive, Suite 3100
Tampa, Florida 33602
Telephone: (813) 225-2500
Email: edwardp@jpfirm.com
Attorneys for Propertycraft Enterprises

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Preliminary Hearing* has been furnished on December 6, 2024, by the Court's CM/ECF system to all parties receiving electronic noticing.

                                       */s/ Edward J. Peterson*
                                       Edward J. Peterson