UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

THE CENTER FOR SPECIAL NEEDS TRUST
ADMINISTRATION, INC.

Case No.: 8:24-bk-00676-RCT

Chapter 11

Debtor.
_____/

## NOTICE OF ISSUANCE OF SUBPOENAS

Michael I. Goldberg, Chapter 11 Trustee, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 45, hereby gives notice of the issuance of the following Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) (collectively, the "Subpoenas") on December 9, 2024, to:

1. PropertyCraft Enterprises, LLC; and
2. Complete Controller Austin, TX.

True and correct copies the Subpoenas are attached to this Notice as **Composite Exhibit 1**.

Dated: December 9, 2024

AKERMAN LLP

By: /s/ Raye C. Elliott
   Raye C. Elliott, Esq.
   Florida Bar Number: 018732
   Email: raye.elliott@akerman.com

   Steven R. Wirth, Esq.
   Florida Bar No. 170380
   Email: steven.wirth@akerman.com
   401 East Jackson Street, Suite 1700
   Tampa, FL 33602
   Telephone: (813) 223-7333
   *Counsel for Chapter 11 Trustee, Michael I. Goldberg*

79075470,1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

                                                */s/ Raye C. Elliott*
                                                Raye C. Elliott, Esq.