UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

The Center for Special Needs
Trust Administration, Inc.,

      Debtor.
_____/

Case No. 8:24-bk-00676-RCT

Chapter 11

## NOTICE OF APPEARANCE AS COUNSEL

PLEASE TAKE NOTICE that the undersigned appears as counsel for John Witeck ("Witeck"). Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned counsel, electronically or via regular mail, at the following address:

        Erik Johanson PLLC
        3414 W. Bay to Bay Boulevard
        Suite 300
        Tampa, FL 33629
        Primary email address: erik@johanson.law
        Secondary email address: felicia@johanson.law
        Service email: ecf@johanson.law

DATED: December 9, 2024.

        RESPECTFULLY SUBMITTED,

        */s/ Erik Johanson*
        Erik Johanson, Esq.
        Florida Bar No. 106417
        Joseph R. Boyd, Esq.
        Florida Bar No. 1039873
        ERIK JOHANSON PLLC
        3414 W. Bay to Bay Boulevard
        Suite 300
        Tampa, FL 33629

erik@johanson.law
jr@johanson.law
ecf@johanson.law
*Counsel for John Witeck*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served using the Court's CM/ECF filing system on all parties in interest who receive electronic service in the ordinary course of business on this 9th day of December 2024.

*/s/ Erik Johanson*
Erik Johanson