**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| In re: | Case No. 8-24-bk-00676-RCT |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Chapter 11 |
| Debtor. _____/ | |

**OFFICIAL COMMITTEE OF UNSECURED**
**CREDITOR'S JOINDER TO CHAPTER 11 TRUSTEE'S RESPONSE TO EMERGENCY**
**MOTION TO COMPEL EXPUNGEMENT OF NOTICE OF ENTRY OF ORDER**
**GRANTING SUMMARY JUDGMENT AS TO LIABILITY**
**(Doc. No. 444)**

The Official Committee of Unsecured Creditors (the "**Committee**"), by counsel joins the Chapter 11 Trustee's Response to Emergency Motion to Compel Expungement of Notice of Entry of Order Granting Summary Judgment as to Liability (Doc. No. 444).

**WHEREFORE**, the Committee respectfully joins the Chapter 11 Trustee's Response to Emergency Motion to Compel Expungement of Notice of Entry of Order Granting Summary Judgment as to Liability (Doc. No. 444).

> Respectfully submitted,
> /s/ Megan W. Murray
> Megan W. Murray
> Florida Bar Number 0093922
> Scott A. Underwood
> Florida Bar Number 730041
> Daniel E. Etlinger
> Florida Bar Number 0077420
> Underwood Murray, P.A.
> 100 N. Tampa St., Suite 2325
> Tampa, FL 33602
> Tel: (813) 540-8401 / Fax: (813) 553-5345
> Email: mmurray@underwoodmurray.com
> sunderwood@underwoodmurray.com
> detlinger@underwoodmurray.com

*Counsel to the Committee*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 11, 2024, a true and correct copy of the foregoing was served electronically through the Court's CM/ECF Noticing System to all CM/ECF registered recipients.

/s/ Megan W. Murray
Attorney