

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

12/13/2024 01:00 PM

COURTROOM 8A

**HONORABLE ROBERTA COLTON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:24-bk-00676-RCT** | 11 | 02/09/2024 |

**Chapter 11**

**DEBTOR:**   The Center for Special Needs Trust Administration, Inc.

**DEBTOR ATTY:**   Mark Wall

**TRUSTEE:**   Michael Goldberg

**HEARING:**

Preliminary Hearing on Emergency Motion to Compel Expungement of Notice of Entry of Order Granting Summary Judgment as to Liability Filed by Edward J. Peterson III on behalf of Creditor Propertycraft Enterprises, Inc (Doc #437)
Supplement to Emergency Motion Filed by Edward J. Peterson III on behalf of Creditor Propertycraft Enterprises, Inc. (related document(s)[437]) (Doc #439)
Supplement to Emergency Motion to Compel Expungement of Notice of Entry of Order Granting Summary Judgment as to Liability and Reply to Chapter 11 Trustee's Response Filed by Edward J. Peterson III on behalf of Creditor Propertycraft Enterprises, Inc (related document(s)437) (Doc #449)
Response to Emergency Motion to Compel Expungement of Notice of Entry of Order Granting Summary Judgment as to Liability Filed by Steven R Wirth on behalf of Trustee Michael Goldberg (related document(s)[437]). (Wirth, Steven) (Doc #444)
Joinder to the Chapter 11 Trustee's Response to Emergency Motion to Compel Expungement of Notice of Entry of Order Granting Summary udgment as to Liability Filed by Megan Wilson Murray on behalf of Creditor Committee Unsecured Creditors' Committee (related document(s)444)

(Doc #448)
Note:
Hearing 1/9/25 @ 9:30 am re: Con't S/C; Con't
Amended Emg Mtn for Approval of Trust Dist
Procedures (Doc 321); Con't Emg Mtn for Interim
and Fina Orders (Doc 18)
Related Adv:
24-ap-139 Goldberg vs Boston Fin Grp et al
24-ap-343 Goldberg vs Fiduciary Tax & Acct'g Svcs

**APPEARANCES:**: Steven Wirth; Edward Peterson; Scott Underwood; Megan Murray; John Dicks; Teresa Dorr

**WITNESSES:**

**EVIDENCE:**

**RULING:** Preliminary Hearing on Emergency Motion to Compel Expungement of Notice of Entry
of Order Granting Summary Judgment as to Liability Filed by Edward J. Peterson III on
behalf of Creditor Propertycraft Enterprises, Inc (Doc #437) -   CON'T TO 12/19/24 @ 2:30 PM (AOCNFNG)    Supplement to
Emergency Motion Filed by Edward J. Peterson III on behalf of Creditor Propertycraft Enterprises, Inc. (related document(s)[437])
(Doc #439)
Supplement to Emergency Motion to Compel Expungement of Notice of Entry of Order
Granting Summary Judgment as to Liability and Reply to Chapter 11 Trustee's Response Filed
by Edward J. Peterson III on behalf of Creditor Propertycraft Enterprises, Inc(related document(s)437) (Doc #449)   Response to
Emergency Motion to Compel Expungement of Notice of Entry of Order Granting Summary Judgment as to Liability Filed by
Steven R Wirth on behalf of Trustee Michael Goldberg (related document(s)[437]). (Wirth, Steven) (Doc #444)
Joinder to the Chapter 11 Trustee's Response to Emergency Motion to Compel Expungement
of Notice of Entry of Order Granting Summary Judgment as to Liability Filed by Megan Wilson
Murray on behalf of Creditor Committee Unsecured Creditors' Committee (related document(s)444) (Doc #448)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure
to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being
denied as moot. This docket entry/document is not an official order of the Court.