

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

12/19/2024 02:30 PM

COURTROOM   8A

**HONORABLE ROBERTA COLTON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:24-bk-00676-RCT | 11 | 02/09/2024 |

**Chapter 11**

**DEBTOR:**  The Center for Special Needs Trust Administration, Inc.

**DEBTOR ATTY:**  Mark Wall

**TRUSTEE:**  Michael Goldberg

**HEARING:**

Con't Emergency Motion to Compel Expungement of Notice of Entry of Order Granting Summary Judgment as to Liability Filed by Edward J. Peterson III on behalf of Creditor Propertycraft Enterprises, Inc (Doc #437)
Supplement to Emergency Motion Filed by Edward J. Peterson III on behalf of Creditor Propertycraft Enterprises, Inc. (related document(s)[437]) (Doc #439)
Supplement to Emergency Motion to Compel Expungement of Notice of Entry of Order Granting Summary Judgment as to Liability and Reply to Chapter 11 Trustee's Response Filed by Edward J. Peterson III on behalf of Creditor Propertycraft Enterprises, Inc
(related document(s)437) (Doc #449)
Response to Emergency Motion to Compel Expungement of Notice of Entry of Order Granting Summary Judgment as to Liability Filed by Steven R Wirth on behalf of Trustee Michael Goldberg (related document(s)[437]). (Wirth, Steven) (Doc #444)
Joinder to the Chapter 11 Trustee's Response to Emergency Motion to Compel Expungement of Notice of Entry of Order Granting Summary udgment as to Liability Filed by Megan Wilson Murray on behalf of Creditor Committee Unsecured Creditors' Committee (related document(s)444) (Doc #448)

Note: Prior Hearing 12/13/24
Hearing 1/9/25 @ 9:30 am re: Con't S/C; Con't
Amended Emg Mtn for Approval of Trust Dist
Procedures (Doc 321); Con't Emg Mtn for Interim
and Fina Orders (Doc 18)
Related Adv:
24-ap-139 Goldberg vs Boston Fin Grp et al
24-ap-343 Goldberg vs Fiduciary Tax & Acct'g Svcs

**APPEARANCES:**: Steven Wirth; Teresa Dorr; Donald Kirk; Edward Peterson; Megan Murray; Scott Underwood

**WITNESSES:**

**EVIDENCE:**

**RULING:**   Con't Emergency Motion to Compel Expungement of Notice of Entry of Order Granting Summary Judgment as to Liability Filed by Edward J. Peterson III on behalf
of Creditor Propertycraft Enterprises, Inc (Doc #437) -   PARTIES TO SUBMIT AGREED ORDER   Supplement to Emergency Motion Filed by Edward J. Peterson III on behalf
of Creditor Propertycraft Enterprises, Inc. (related document(s)[437]) (Doc #439)
Supplement to Emergency Motion to Compel Expungement of Notice of Entry of Order
Granting Summary Judgment as to Liability and Reply to Chapter 11 Trustee's
Response Filed by Edward J. Peterson III on behalf of Creditor Propertycraft
Enterprises, Inc (related document(s)437) (Doc #449)   Response to Emergency
Motion to Compel Expungement of Notice of Entry of Order Granting Summary
Judgment as to Liability Filed by Steven R Wirth on behalf of Trustee Michael
Goldberg(related document(s)[437]). (Wirth, Steven) (Doc #444)   Joinder to the
Chapter 11 Trustee's Response to Emergency Motion to Compel Expungement
of Notice of Entry of Order Granting Summary Judgment as to Liability Filed by
Megan Wilson Murray on behalf of Creditor Committee Unsecured
Creditors' Committee (related document(s)444) (Doc #448)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.