FILED VIA MAI

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

DEC 2 6 2024

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

In re:                                                    Chapter 11

THE CENTER FOR SPECIAL NEEDS                              Case No. 8:24-bk-676-RCT
TRUST ADMINISTRATION, INC.,

      Debtor.

_____/

**VERIFIED MOTION TO COMPEL TURNOVER OF ALL DOCUMENTS**
**RELATED TO THE ALLEGED SPECIAL NEEDS TRUST(S) OF LAUREN TAYLOR**

COMES NOW Creditor, Lauren Taylor ("Taylor"), *Pro se*, and for her Verified Motion to

Compel Turnover of All Documents Related to the Alleged Special Needs Trust(s) of Lauren

Taylor and states to this honorable Court as follows:

1. Taylor has repeatedly requested all documents related to the alleged special needs trust(s)

   set up on her behalf ("documents").

2. Taylor requested the documents from The Center for Special Needs Trust Administration,

   Inc. ("Debtor") prior to their bankruptcy petition. Debtor failed and refused to provide

   documents and then failed and refused communications with Taylor and Taylor's

   representatives.

3. Taylor requested the documents from Mr. Michael Goldberg and Mr. Steven Wirth,

   believed to be the Trustee and/or the Trustee's attorneys in this matter.

4. On November 22, 2024, Mr. Wirth provided four (4) documents, one of which clearly

   references many more documents.

5. On December 9, 2024, Taylor requested Mr. Wirth "provide all documents in Lauren Taylor's files[.]" Mr. Goldberg was copied on this request.

6. Taylor has not received any additional information or documents.

7. Taylor believes that Taylor's alleged special needs trust(s) was/were set up fraudulently and without authority by a temporary substitute conservator ("TSC"), the county conservator for Fulton County Probate Court in Georgia ("FCPC").

8. Taylor made these allegations known to Debtor prior to their bankruptcy filing.

9. Taylor made these allegations known to Mr. Wirth and Mr. Goldberg on November 22, 2024.

10. Taylor filed a lawsuit incorporating these allegations on September 26, 2024, *Taylor et al. v. Caplan et al.*, United States District Court, Eastern District of Missouri, Eastern Division, Case No. 4:24-cv-01303-MTS.  This Court may take judicial notice of the lawsuit filed in Missouri. Fed. R. Evid. 201.

11. Taylor filed proof(s) of claim in this matter that may need to be retracted based on the contents of the documents requested herein.

WHEREFORE, Taylor respectfully requests an immediate order requiring Debtor, Trustee, and Trustee's attorneys to turnover any and all documents relating to Taylor's alleged trust(s), and for such other and further relief to which it may be justly entitled.

Respectfully submitted,
By:   /s/ Lauren Taylor
      LAUREN TAYLOR, Pro Se
      60 Tahoma Drive
      Foristell, MO  63348
      (636) 466-0020
      laurentaylor135@hotmail.com

## VERIFICATION

I, Lauren Taylor, after being duly sworn, hereby depose and state that I have read the foregoing Verified Motion to Compel Turnover of All Documents Related to the Alleged Special Needs Trust(s) of Lauren Taylor and that the allegations and facts stated therein are true and correct to the best of my knowledge, information and belief.

_____
Lauren Taylor

State of Missouri     )
                 ) SS
County of St. Charles  )

On this 20th day of December, 2024, before me, a Notary Public in and for the state of Missouri appeared Lauren Taylor, known to me to be the person who executed the foregoing document, and acknowledged to me that she executed the same for the purposes stated therein.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal in the county and state aforesaid, the day any year first written above.

_____

My commission Expires: 06/28/2026

JULIE A. NOAH
NOTARY PUBLIC, NOTARY SEAL
STATE OF MISSOURI
WARREN COUNTY
COMMISSION # 22742729
MY COMMISSION EXPIRES: 08/28/2026

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed by placing this document in the U.S. mail on December 20, 2024, to:

U.S. Bankruptcy Court
801 N. Florida Avenue, Suite 555
Tampa, FL 33602

and was served upon the following via email to:

Daniel Fogarty        Dfogarty.ecf@srbp.com

Steven Wirth          steven.wirth@akerman.com

Michael Goldberg      michael.goldberg@akerman.com

United States Trustee  USTP.Region21.TP.ECF@usdoj.gov

Teresa Marie Dorr     Teresa.dorr@usdoj.gov

/s/ Lauren Taylor
Lauren Taylor
Creditor, non-attorney
Alleged beneficiary of trust(s)
60 Tahoma Drive
Foristell, MO 63348

4



Elaine Taylor
60 Tahoma Dr
Foristell, MO 63348

SAINT LOUIS MO   630

21 DEC 2024  PM 2  L



FOREVER

U.S. Bankruptcy Court
801 N. Florida Ave.
Suite 555
Tampa, FL  33602

33602-389999