United States Bankruptcy Court
Middle District of Florida

In re:  Case No. 24-00676-RCT
The Center for Special Needs Trust Admin  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-8      User: admin      Page 1 of 6
Date Rcvd: Dec 27, 2024      Form ID: DntchrLR      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | The Center for Special Needs Trust Administration,, 12425 28th St. N., Saint Petersburg, FL 33716-1826 |
| cr | + | Lauren Taylor, 60 Tahoma Dr., Foristell, MO 63348-1116 |
| 30906318 | + | TennCare, c/oTN Attorney General's Office, Bankrup, PO Box 20207, Nashville, Tennessee 37202-4015 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 29, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Byron Wright, III | on behalf of Creditor Jimmie Crim Jr. twright@brunerwright.com, melanie@brunerwright.com;laura@brunerwright.com;skelley@brunerwright.com;judy@brunerwright.com;Wright.ByronR137801@notify.bestcase.com |
| Caroline Herter | on behalf of Creditor Kelly Chamberlin herter@kolawyers.com |
| Caroline Herter | on behalf of Creditor Clark Chamberlin herter@kolawyers.com |
| Caroline Herter | |

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 2 of 6 |
| Date Rcvd: Dec 27, 2024 | Form ID: DntchrLR | Total Noticed: 3 |

on behalf of Creditor Todd Chamberlin herter@kolawyers.com

Cassie Maneen

on behalf of Creditor American Momentum Bank cmaneen@beckredden.com amclawchlin@beckredden.com;cassie-maneen-1380@ecf.pacerpro.com

Catherine Choe

on behalf of Trustee Michael Goldberg catherine.choe@akerman.com

Curtis Miner

on behalf of Creditor Beneficiary 22-12211 curt@colson.com

Curtis Miner

on behalf of Creditor Beneficiary 22-12212 curt@colson.com

Daniel A Nicholas

on behalf of Interested Party Staunton & Faglie PL mr.danicholas@gmail.com Daniel.nicholas@csklegal.com

Daniel A Nicholas

on behalf of Interested Party John Staunton mr.danicholas@gmail.com Daniel.nicholas@csklegal.com

Daniel E Etlinger

on behalf of Creditor Committee Unsecured Creditors' Committee detlinger@underwoodmurray.com dstrand@underwoodmurray.com;detlinger@ecf.courtdrive.com

Daniel R Fogarty

on behalf of Debtor The Center for Special Needs Trust Administration  Inc. dfogarty.ecf@srbp.com, srbpecf@srbp.com

David L Ferguson

on behalf of Creditor Todd Chamberlin ferguson@kolawyers.com nunez@kolawyers.com;9002577420@filings.docketbird.com

David L Ferguson

on behalf of Creditor Kelly Chamberlin ferguson@kolawyers.com nunez@kolawyers.com;9002577420@filings.docketbird.com

David L Ferguson

on behalf of Creditor Clark Chamberlin ferguson@kolawyers.com nunez@kolawyers.com;9002577420@filings.docketbird.com

David S Jennis

on behalf of Creditor Todd Chamberlin djennis@jennislaw.com ecf@jennislaw.com;karon@jennislaw.com;marj@jennislaw.com

David S Jennis

on behalf of Creditor Clark Chamberlin djennis@jennislaw.com ecf@jennislaw.com;karon@jennislaw.com;marj@jennislaw.com

David S Jennis

on behalf of Creditor Kelly Chamberlin djennis@jennislaw.com ecf@jennislaw.com;karon@jennislaw.com;marj@jennislaw.com

Dean G Rallis, Jr

on behalf of Attorney Dean G. Rallis Jr. drallis@hahnlawyers.com jevans@hahnlawyers.com;jevans@ecf.courtdrive.com;drallis@ecf.courtdrive.com

Deanna Lee Westfall

on behalf of Interested Party Colorado Department of Health Care Policy and Financing deanna.westfall@coag.gov

Donald R Kirk

on behalf of Creditor American Momentum Bank dkirk@carltonfields.com kathompson@carltonfields.com

Edward J. Peterson, III

on behalf of Defendant Fiduciary Tax & Accounting Services  LLC edwardp@jpfirm.com, andrenaw@jpfirm.com;JillC@jpfirm.com;melanief@jpfirm.com;AngelinaL@jpfirm.com

Edward J. Peterson, III

on behalf of Interested Party Fiduciary Tax & Accounting Services  LLC edwardp@jpfirm.com, andrenaw@jpfirm.com;JillC@jpfirm.com;melanief@jpfirm.com;AngelinaL@jpfirm.com

Edward J. Peterson, III

on behalf of Creditor Austin Colby Co. edwardp@jpfirm.com andrenaw@jpfirm.com;JillC@jpfirm.com;melanief@jpfirm.com;AngelinaL@jpfirm.com

Edward J. Peterson, III

on behalf of Interested Party Boston Asset Management  Inc. edwardp@jpfirm.com, andrenaw@jpfirm.com;JillC@jpfirm.com;melanief@jpfirm.com;AngelinaL@jpfirm.com

Edward J. Peterson, III

on behalf of Creditor Propertycraft Enterprises  Inc. edwardp@jpfirm.com, andrenaw@jpfirm.com;JillC@jpfirm.com;melanief@jpfirm.com;AngelinaL@jpfirm.com

Epiq Corporate Restructuring, LLC (SJG)

sgarabato@epiqsystems.com rjacobs@ecf.epiqsystems.com

Eric S Koenig

on behalf of Creditor Boston Finance Group  LLC ekoenig@trenam.com

Eric S Koenig

District/off: 113A-8      User: admin      Page 3 of 6
Date Rcvd: Dec 27, 2024      Form ID: DntchrLR      Total Noticed: 3

on behalf of Defendant Leo J. Govoni ekoenig@trenam.com

Eric S Koenig

on behalf of Defendant Boston Finance Group LLC ekoenig@trenam.com

Eric S Koenig

on behalf of Creditor Leo J. Govoni ekoenig@trenam.com

Erik Johanson

on behalf of Interested Party John Witeck ecf@johanson.law erik@johanson.law;felicia@johanson.law

Inger M. Garcia

on behalf of Creditor Christopher Gonsalves attorney@ingergarcia.com

James B. Angell

on behalf of Creditor c/o James Angell Beneficiary 20-11632 jangell@hsfh.com

James B. Angell

on behalf of Creditor c/o James Angell Beneficiary 20-11645 jangell@hsfh.com

James B. Angell

on behalf of Attorney James Angell jangell@hsfh.com

James B. Angell

on behalf of Creditor c/o James Angell Beneficiary 19-11290 jangell@hsfh.com

James B. Angell

on behalf of Creditor c/o James Angell Beneficiary 21-12042 jangell@hsfh.com

James B. Angell

on behalf of Creditor c/o James Angell Beneficiary 15-9518 jangell@hsfh.com

James B. Angell

on behalf of Creditor c/o James Angell Beneficiary 19-11289 jangell@hsfh.com

James B. Angell

on behalf of Creditor c/o James Angell Beneficiary 22-12109 jangell@hsfh.com

James B. Angell

on behalf of Creditor c/o James Angell Beneficiary 20-11861 jangell@hsfh.com

James B. Angell

on behalf of Creditor c/o James Angell Beneficiary 20-11644 jangell@hsfh.com

James B. Angell

on behalf of Creditor c/o James Angell Beneficiary 19-11391 jangell@hsfh.com

James B. Angell

on behalf of Creditor c/o James Angell Beneficiary 23-12341 jangell@hsfh.com

James B. Angell

on behalf of Creditor c/o James Angell Beneficiary 22-12105 jangell@hsfh.com

James B. Angell

on behalf of Creditor c/o James Angell Beneficiary 20-11837 jangell@hsfh.com

Jason S Rigoli

on behalf of Creditor Milton McMinn as Guardian of Chase McMinn Special Needs Trust jrigoli@furrcohen.com rrivera@furrcohen.com;staff1@furrcohen.com

Jay B Verona

on behalf of Creditor Randy Jones jverona@shumaker.com mhartz@shumaker.com

Jerry M Markowitz

on behalf of Interested Party Shawn Norville as Guardian for Israel Norville jmarkowitz@mrthlaw.com ycandia@mrthlaw.com;rrubio@mrthlaw.com;rhartog@mrthlaw.com;mrthbkc@gmail.com;markowitzjr73991@notify.bestcase.com;jmarkowitz@ecf.courtdrive.com

Jerry M Markowitz

on behalf of Interested Party Shanice Parker jmarkowitz@mrthlaw.com ycandia@mrthlaw.com;rrubio@mrthlaw.com;rhartog@mrthlaw.com;mrthbkc@gmail.com;markowitzjr73991@notify.bestcase.com;jmarkowitz@ecf.courtdrive.com

John R Yant

on behalf of Creditor The Theresa Alessandra Russo Foundation ryant@carltonfields.com dlester@carltonfields.com;kathompson@carltonfields.com

Jonathan M. Streisfeld

on behalf of Creditor Todd Chamberlin streisfeld@kolawyers.com

Jonathan M. Streisfeld

on behalf of Creditor Clark Chamberlin streisfeld@kolawyers.com

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 4 of 6 |
| Date Rcvd: Dec 27, 2024 | Form ID: DntchrLR | Total Noticed: 3 |

Jonathan M. Streisfeld
    on behalf of Creditor Kelly Chamberlin streisfeld@kolawyers.com

Kelly K Roberts
    on behalf of Creditor Beneficiary 04-0091 Kelly@kellyrobertslaw.com robertskr88423@notify.bestcase.com

Kelly K Roberts
    on behalf of Creditor BENEFICIARY 09-2219 Kelly@kellyrobertslaw.com robertskr88423@notify.bestcase.com

Kelly K Roberts
    on behalf of Creditor BENEFICIARY 08-1823 Kelly@kellyrobertslaw.com robertskr88423@notify.bestcase.com

Kelly K Roberts
    on behalf of Creditor BENEFICIARY 19-11269 Kelly@kellyrobertslaw.com, robertskr88423@notify.bestcase.com

Kelly K Roberts
    on behalf of Creditor BENEFICIARY 19-11268 Kelly@kellyrobertslaw.com robertskr88423@notify.bestcase.com

Kelly K Roberts
    on behalf of Creditor BENEFICIARY 19-11372 Kelly@kellyrobertslaw.com robertskr88423@notify.bestcase.com

Kelly K Roberts
    on behalf of Creditor BENEFICIARY 21-12065 Kelly@kellyrobertslaw.com robertskr88423@notify.bestcase.com

Lara Roeske Fernandez
    on behalf of Creditor Boston Finance Group LLC lfernandez@trenam.com, mmosbach@trenam.com;mwoods@trenam.com;lfernandez@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com;mspivak@trenam.com

Lara Roeske Fernandez
    on behalf of Defendant Leo J. Govoni lfernandez@trenam.com mmosbach@trenam.com;mwoods@trenam.com;lfernandez@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com;mspivak@trenam.com

Lara Roeske Fernandez
    on behalf of Creditor Leo J. Govoni lfernandez@trenam.com mmosbach@trenam.com;mwoods@trenam.com;lfernandez@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com;mspivak@trenam.com

Lara Roeske Fernandez
    on behalf of Defendant Boston Finance Group LLC lfernandez@trenam.com, mmosbach@trenam.com;mwoods@trenam.com;lfernandez@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com;mspivak@trenam.com

Lauren A Baio
    on behalf of Creditor Louise Pino lauren.baio@arlaw.com catherine.lockley@arlaw.com;jessica.eck@arlaw.com

Linda M Leali
    on behalf of Attorney Linda Leali lleali@lealilaw.com

Luis Martinez-Monfort
    on behalf of Creditor Roosevelt Lakes LLC luis@martinezmonfort.com, krista@martinezmonfort.com

Marcos Rosales
    on behalf of Creditor American Momentum Bank mrosales@beckredden.com aerickson@beckredden.com

Mark C Anderson
    on behalf of Creditor James Victor Flynn Special Needs Trust mark@andersonlex.com

Mark C Anderson
    on behalf of Creditor Michael Szalka Legal Guardian of James Victor Flynn mark@andersonlex.com

Mark C Anderson
    on behalf of Creditor Lee Guardianship Services Inc. mark@andersonlex.com

Mark C Anderson
    on behalf of Creditor Kienan Freeman Special Needs Trust mark@andersonlex.com

Mark C Anderson
    on behalf of Creditor Rebekah Bowman mark@andersonlex.com

Mark M Wall
    on behalf of Debtor The Center for Special Needs Trust Administration Inc. mwall@hwhlaw.com, zenetria.williams@hwhlaw.com

Marshall G Reissman
    on behalf of Creditor The Cheryl Martin Special Needs Trust mgreissman@gmail.com legal.assistant.rlgpa@gmail.com;BK_sheppard@yahoo.com

Marshall G Reissman
    on behalf of Creditor Cheryl Martin mgreissman@gmail.com legal.assistant.rlgpa@gmail.com;BK_sheppard@yahoo.com

Matthew B Hale

Case 8:24-bk-00676-RCT    Doc 457    Filed 12/29/24    Page 5 of 8

| District/off: 113A-8 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Dec 27, 2024 | Form ID: DntchrLR | Total Noticed: 3 |

| | |
|---|---|
| | on behalf of Debtor The Center for Special Needs Trust Administration  Inc. mhale.ecf@srbp.com, mhale@srbp.com;srbpecf@srbp.com |
| Matthew S Kish | |
| | on behalf of Creditor Jennifer Branton mkish@sbwh.law  rmorales@sbwh.law;r65072@notify.bestcase.com |
| Megan Wilson Murray | |
| | on behalf of Creditor Committee Unsecured Creditors' Committee mmurray@underwoodmurray.com dstrand@underwoodmurray.com;mmurray@ecf.courtdrive.com |
| Michael A Nardella | |
| | on behalf of Creditor Carol Mulholland mnardella@nardellalaw.com klynch@nardellalaw.com;kcooper@nardellalaw.com;psmith@nardellalaw.com;msayne@nardellalaw.com;kosment@nardellalaw.com |
| Michael A Nardella | |
| | on behalf of Creditor BENEFICIARY 06-0652 mnardella@nardellalaw.com klynch@nardellalaw.com;kcooper@nardellalaw.com;psmith@nardellalaw.com;msayne@nardellalaw.com;kosment@nardellalaw.com |
| Michael I Goldberg | |
| | on behalf of Trustee Michael Goldberg michael.goldberg@akerman.com  charlene.cerda@akerman.com |
| Noel R Boeke | |
| | on behalf of Interested Party Pierreisna Archille noel.boeke@hklaw.com  danielle.decker@hklaw.com;hapi@hklaw.com |
| Noel R Boeke | |
| | on behalf of Interested Party Arne Timothy Solheim noel.boeke@hklaw.com  danielle.decker@hklaw.com;hapi@hklaw.com |
| Patrick Mosley | |
| | on behalf of Debtor The Center for Special Needs Trust Administration  Inc. patrick.mosley@hwhlaw.com, tricia.elam@hwhlaw.com |
| Raye Curry Elliott | |
| | on behalf of Trustee Michael Goldberg raye.elliott@akerman.com  jennifer.meehan@akerman.com;ava.hill@akerman.com |
| Raye Curry Elliott | |
| | on behalf of Plaintiff Michael Goldberg  as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, Inc. raye.elliott@akerman.com, jennifer.meehan@akerman.com;ava.hill@akerman.com |
| Richard A. Perry | |
| | on behalf of Creditor The Javier Persales Irrevocable Trust richard@rapocala.com rapocala@yahoo.com,staff@rapocala.com,karen@rapocala.com;perry.richardb129413@notify.bestcase.com |
| Scott A Underwood | |
| | on behalf of Creditor Committee Unsecured Creditors' Committee sunderwood@underwoodmurray.com dstrand@underwoodmurray.com;sunderwood@ecf.courtdrive.com |
| Scott A. Stichter | |
| | on behalf of Attorney Stichter  Riedel, Blain & Postler, P.A. sstichter.ecf@srbp.com, srbpecf@srbp.com |
| Scott A. Stichter | |
| | on behalf of Debtor The Center for Special Needs Trust Administration  Inc. sstichter.ecf@srbp.com, srbpecf@srbp.com |
| Sherri B Simpson | |
| | on behalf of Creditor Marie R. Dore  Guardian of Gaellen Fabre sbs@simpsonlawfl.com |
| Sherri B Simpson | |
| | on behalf of Creditor Dorothy Michelle Ogletree sbs@simpsonlawfl.com |
| Steven R Wirth | |
| | on behalf of Trustee Michael Goldberg steven.wirth@akerman.com john.dicks@akerman.com,caren.collier@akerman.com;jennifer.meehan@akerman.com |
| Steven R Wirth | |
| | on behalf of Plaintiff Michael Goldberg  as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, Inc. steven.wirth@akerman.com, john.dicks@akerman.com,caren.collier@akerman.com;jennifer.meehan@akerman.com |
| Stuart Wilson-Patton | |
| | on behalf of Creditor TennCare Stuart.Wilson-Patton@ag.tn.gov |
| Teresa Marie Dorr | |
| | on behalf of U.S. Trustee United States Trustee - TPA teresa.dorr@usdoj.gov  lizette.montanez@usdoj.gov |
| United States Trustee - TPA | |
| | USTPRegion21.TP.ECF@USDOJ.GOV |
| William A McBride | |
| | on behalf of Defendant Leo J. Govoni bmcbride@trenam.com  lbehr@trenam.com |
| William A McBride | |
| | on behalf of Creditor Leo J. Govoni bmcbride@trenam.com  lbehr@trenam.com |

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 6 of 6 |
| Date Rcvd: Dec 27, 2024 | Form ID: DntchrLR | Total Noticed: 3 |

William A McBride
        on behalf of Creditor Boston Finance Group LLC bmcbride@trenam.com, lbehr@trenam.com

William A McBride
        on behalf of Defendant Boston Finance Group LLC bmcbride@trenam.com, lbehr@trenam.com

Yusuf Haidermota
        on behalf of Creditor Randy Jones yhaidermota@shumaker.com dfernandez@shumaker.com

TOTAL: 105

**[Dntchrg]** [District Notice of Hearing (Reaf)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

The Center for Special Needs Trust Administration, Inc.

Case Number:
8:24−bk−00676−RCT
Chapter 11

_____Debtor*_____/

NOTICE OF HEARING

**PLEASE TAKE NOTICE:**

1. The Honorable Roberta A. Colton will conduct a non−evidentiary hearing on **January 9, 2025 at 09:30 AM in Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, FL 33602** to consider the following:

**Verified Motion to Compel Turnover of All Documents Related to the Alleged Special Needs Trust(s) of Lauren Taylor Filed by Creditor Lauren Taylor (Document No. 455)**

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/colton/.

3. A party that opposes the relief sought in the matter to be heard must appear at the hearing; otherwise, any objection or defense may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

**Avoid delays at Courthouse security checkpoints**. You must show a photo I.D. to enter the Courthouse. Except in the Orlando Courthouse, you may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. *See* Rule 7.02 of the Local Rules of the United States District Court for the Middle District of Florida and Rule 5073−1 of this Court's Local Rules.

Dated December 27, 2024

FOR THE COURT
Sheryl L. Loesch,
Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602

*All references to "Debtor" include and refer to both the debtors in a case filed jointly by two individuals.
The Clerk's office is directed to serve a copy of this Notice on interested parties.