UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

The Center for Special Needs
Trust Administration, Inc.,                              Case No. 8:24-bk-00676-RCT

    Debtor.                                              Chapter 11
_____/

## NOTICE OF HEARING

NOTICE IS GIVEN THAT:

1. The Honorable Roberta A. Colton will conduct a preliminary hearing in this case on January 9, 2025, at 9:30 a.m., in Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL, 33602, on the following matter:

> Motion for Order Authorizing and Directing Name Change of Certain Trusts Administered by Debtor to Remove References to the Theresa Alessandra Russo Foundation (Doc. No. 453)

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/colton.

3. Any party opposing relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

138281198.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 31, 2024, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case.

                                                          */s/ J. Ryan Yant*
                                                          J. Ryan Yant (FBN 104849)
                                                          E-mail: ryant@carltonfields.com
                                                          Carlton Fields, P.A.
                                                          P.O. Box 3239
                                                          Tampa, FL  33601-3239
                                                          Telephone:  (813) 223-7000
                                                          Fax:  813.229.4133
                                                          *Attorneys for The Theresa Alessandra Russo Foundation*