**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

The Center for Special Needs
Trust Administration, Inc.,            Case No. 8:24-bk-00676-RCT

    Debtor.                            Chapter 11
_____/

## NOTICE OF HEARING

    NOTICE IS GIVEN THAT:

    1.    The Honorable Roberta A. Colton will conduct a preliminary hearing in this case on January 9, 2025, at 9:30 a.m., in Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL, 33602, on the following matter:

> The Theresa Alessandra Russo Foundation's Application for Allowance of Administrative Expense (Doc. No. 451)

    2.    All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/colton.

    3.    Any party opposing relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

    4.    The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

138286965.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 2, 2025, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case.

      */s/ J. Ryan Yant*
J. Ryan Yant (FBN 104849)
E-mail: ryant@carltonfields.com
Carlton Fields, P.A.
P.O. Box 3239
Tampa, FL  33601-3239
Telephone:  (813) 223-7000
Fax:  813.229.4133
*Attorneys for The Theresa Alessandra Russo Foundation*