Exhibit "A"

| | |
|---|---|
| **From:** | Vincent Russo <vincent@vjrussolaw.com> |
| **Sent:** | Monday, April 28, 2014 5:28 PM |
| **To:** | Caitlin Govoni |
| **Subject:** | RE: Can you give me a call? I have a quick question. |

Caitlin

I do not have an issue with the grandparent setting up the trust account
Even if there is a guardian

There is no legal prohibition to doing so in NY that I am aware of

How the money gets into the account raises a question in my mind

I assume the guardian will have to transfer the assets into the trust –
If that is not a problem for the guardian - then I do not have a problem with what they want to do
But it would seem that they would need to have a court order which allows the guardian to transfer the assets


How much money is involved?

Do you have a copy of the court order appointing the guardian which would include the power provisions?

If you want to talk – I am available after 6:15 tonight – cell 516-528-2856
Or
Tomorrow in my office 516-683-1717


One way or the other – let me know what the center decides - as Bernie Krooks is an influential force up here with the Elder Law bar

*Thanks and have a GREAT DAY!*
Vincent

[Vincent J. Russo, JD, LL.M, CELA*](#)
Vincent J. Russo & Associates, P.C.
1600 Stewart Avenue, Suite 300
Westbury, New York 11590
Offices: Westbury, Islandia, Lido Beach, Manhattan
(516) 683-1717 x2131 tel
(516) 683-9393 fax
vincent@vjrussolaw.com
www.vjrussolaw.com

**VJR BLOG:** http://www.vjrussolaw.com/blog/
🌱 Please consider the environment before printing this email

1

\* Certified Elder Law Attorney by The National Elder Law Foundation which is not affiliated with any governmental authority. Certification is not a requirement for the practice of law in the State of New York and does not necessarily indicate greater competence than other attorneys experienced in this field of law.

This electronic message transmission contains information from the law firm of VINCENT J. RUSSO & ASSOCIATES, P.C. which may be confidential or privileged.  The information is intended to be for e the use of the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.  If you have received this electronic transmission in error, please notify us by telephone (516) 683-1717 or be electronic mail at vjrusso@vjrussolaw.com immediately.

---

**From:** Caitlin Govoni [mailto:Caitlin.Govoni@centersmail.com]
**Sent:** Monday, April 28, 2014 2:24 PM
**To:** Vincent Russo
**Cc:** Richard Shonter
**Subject:** Can you give me a call? I have a quick question.

Vincent,

Can you give me a quick call when you get a moment? We have a TPIT that just came in for a 12 year old and the grandparents established the trust but her cousin is her legal guardian and Littman Krooks doesn't want to get a court order to have the guardian establish the trust because the money isn't there to do so.

Typically we feel that the guardianship trumps the grandparents thus we would like the guardian to sign the trust and obtain a court order, what are your thoughts? The guardian doesn't mind establishing the trust but they do not wish to get a court order, the attorney explained that there 3 guardians but one is stepping down because the child lives with the cousin and they don't feel they need to be involved now that the minor is in a safe environment.

Please feel free to shoot me an e-mail, call me directly at 727-497-1668 or call my cell after hours at 727-871-1617.

Thank You,

*Caitlin Govoni*
Settlement Consultant
Office: 877-766-5331
Cell: 727-453-9550
Caitlin.Govoni@centersmail.com
www.centersweb.com
Click Here to add me to your contacts

CONFIDENTIALITY STATEMENT:  This message/document and all attachments are confidential or proprietary to The Center for Special Needs Trust Administration, Inc. ("The Center"), and disclosure, use or distribution to anyone other than the intended recipient without the prior written authorization of The Center is prohibited.  This message/document and any attachments may contain confidential health information that is protected by law.  This information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution is strictly prohibited.  If you think you have received this message/document in error, please notify the sender and take appropriate precautions in handling it without disclosure.