| | |
|---|---|
| **From:** | Wirth, Steven (Ptnr-Tpa) |
| **Sent:** | Friday, November 22, 2024 1:49 PM |
| **To:** | Elaine Taylor |
| **Cc:** | laurentaylor135@hotmail.com; Goldberg, Michael (Ptnr-Ftl) |
| **Subject:** | RE: The Center for Special Needs Trust Administration, Inc. |
| **Attachments:** | [409] Order on Wind Down Motion.pdf |

Attached is the bankruptcy court's order approving the procedures to wind down the Center and transition all trusts to CPT Institute. Pursuant to the order, you have the absolute right to opt-out of the transition of your trust to CPT and transition to a trust administrator of your choice. The deadline to opt-out will be extended for an additional two weeks from today. If you need any assistance with this process, please let me know. Thanks, Steve.

**Steven R. Wirth**
Partner
Akerman LLP | 401 East Jackson Street, Suite 1700 | Tampa, FL 33602
D: 813 209 5093 | T: 813 223 7333 | C: 917 673 7812 | F: 813 218 5407
Admitted to Practice in Florida, New York and New Jersey
steven.wirth@akerman.com

**From:** Elaine Taylor <rosewood321@icloud.com>
**Sent:** Friday, November 22, 2024 1:39 PM
**To:** Wirth, Steven (Ptnr-Tpa) <steven.wirth@akerman.com>
**Cc:** laurentaylor135@hotmail.com; Goldberg, Michael (Ptnr-Ftl) <michael.goldberg@akerman.com>
**Subject:** Re: The Center for Special Needs Trust Administration, Inc.

**[External to Akerman]**

Mr. Wirth,

Thank you for promptly replying with those documents.

Our issue with those documents:

1. The Tennessee order granting the motion to establish a special needs trust is dated August 31, 2021 -- after the establishment of the trust on August 27, 2021. There was no authority on August 27, 2021 to establish a special needs trust.

2. The May 7, 2020, temporary substitute conservatorship appointment order was valid for a maximum of 120 days, assuming an oath was taken by Jenkins and Letters of Temporary Substitute Conservatorship of Adult Ward were granted to Jenkins pursuant to that order. That order - and any Letters granted pursuant to that order - terminated on September 4, 2020, and I was automatically reinstated as Lauren's conservator. Do you have a valid order, Letters, and oath that encompass the August 27, 2021 time frame for Jenkins? We do not.

I am happy to provide you with our current litigation on these matters. Both Jenkins and Gorman are named defendants in one of the pending lawsuits.

Kind regards,

Elaine Taylor

> On Nov 22, 2024, at 11:39 AM, steven.wirth@akerman.com wrote:
>
> Please see the attached.
>
> **Steven R. Wirth**
>
> Partner
>
> Akerman LLP | 401 East Jackson Street, Suite 1700 | Tampa, FL 33602
>
> D: 813 209 5093 | T: 813 223 7333 | C: 917 673 7812 | F: 813 218 5407
>
> Admitted to Practice in Florida, New York and New Jersey
>
> steven.wirth@akerman.com
>
>
> vCard | Profile | Connect With Me
>
> 
>
> CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.
>
> ---
>
> **From:** Elaine Taylor <rosewood321@icloud.com>
> **Sent:** Friday, November 22, 2024 11:04 AM
> **To:** Goldberg, Michael (Ptnr-Ftl) <michael.goldberg@akerman.com>; Wirth, Steven (Ptnr-Tpa) <steven.wirth@akerman.com>
> **Cc:** Lauren Taylor <laurentaylor135@hotmail.com>
> **Subject:** The Center for Special Needs Trust Administration, Inc.

**[External to Akerman]**

Mr. Goldberg and Mr. Wirth,

Special needs trusts were allegedly set up for my daughter, Lauren Taylor, against her will and while she had capacity in the Tennessee Workers' Compensation courts by a Georgia temporary substitute conservator. We are pursuing the temporary county conservator and others in a federal lawsuit.

Lauren is 24 years old. She suffered a brain injury while working when she was 19 -- she was also a full time college student and remains unemancipated in Missouri due to her ongoing disability. She is disabled, not incapacitated.

Additionally, there are multiple issues with the trust's creation. Georgia statute prevented the Fulton County conservator from setting up a trust for its ward without first providing for its ward's regular needs. Her immediate, daily needs were never addressed. Georgia statute prevents setting up a trust for an incapacitated ward without a court finding that the ward, in all likelihood, would not regain capacity. There was no such finding and Lauren had already regained capacity. Georgia statute requires that any trust remain revocable by ward upon ward's regained capacity.

Lauren's guardianship and conservatorship were terminated on October 25, 2022, once we could have it transferred back to our home state of Missouri. Since the transfer and termination -- prior to the Center's bankruptcy -- we attempted to gain information from the Center regarding who set up the trusts, the trust documents, who paid for the trust set up, and how to terminate them. The Center refused to cooperate or provide information. The Center refused to provide our requested information and then failed to communicate further with us. The Center has paid $0.00 to Lauren to date, but has charged tens of thousands of dollars in fees.

We have since learned of the Center's bankruptcy filing.

Yesterday, we received Opt-in or Opt-out packets in the mail. The deadline to be received by the Center is today. This is an unreasonably short amount of time to review and make decisions for Lauren's next steps.

We are not consenting to any (past, present, or future) additional fees, review fees, or other fees.  Lauren's funds were never legally a part of any special needs trust.  To that end, if you could please immediately forward any and all authority for the set up of Lauren's trust accounts and the trust documents along with communications involving those trust accounts, we would greatly appreciate it.

We are happy to provide the termination orders of Lauren's guardianship/conservatorship or any other statutes or documents referenced above.

Regards,

Elaine Taylor

<05.07.20 Taylor -Order Appointing Temporary Substitute Conservator dated 05-22-20.pdf><08.31.21 Order to Establish SNT (court-filed).pdf><Fully Executed Trust.pdf><Task_ VM from Sharon Gorman--Mother is ...pdf>