Exhibit "C"

---

| | |
|---|---|
| **From:** | Choe, Catherine (Assoc-Orl) |
| **Sent:** | Tuesday, January 7, 2025 3:44 PM |
| **To:** | laurentaylor135@hotmail.com |
| **Cc:** | Wirth, Steven (Ptnr-Tpa); Elliott, Raye (Ptnr-Tpa); Dicks, John (Ptnr-Tpa) |
| **Subject:** | CSNTA - Motion to Compel Turnover of Documents |
| **Attachments:** | 2022 Accounting.pdf; 2023 Accounting.pdf; 1099-NEC.pdf; 1099-Nec (2).pdf; RE: Lauren Taylor - STOP EVERYTHING; Fully Executed Trust.pdf; 05.07.20 Taylor -Order Appointing Temporary Substitute Conservator dated 05-22-20.pdf; 08.31.21 Order to Establish SNT (court-filed).pdf; Task_ VM from Sharon Gorman--Mother is …pdf; 08.03.21 Oasis-Taylor - Order Extending Authority of TSG and TSC.pdf; Lauren Taylor - Court Filed Settlement Documents.pdf; Attorney Letter.pdf; 11.11.21 Task_ CM called Conservator to work on …get.pdf; 5.14.21 Task_ Email to John Barringer _ Salesforce - Enterprise Edition.pdf; 7.26.21 Task_ Email with Plan _ Salesforce - Enterprise Edition.pdf; 4.14.21 Task_ Initial email to John Barringer a…pdf; 6.1 Task_ Questions about Medical Custodial…pdf; 8.13.21 Task_ Confirming the Court and Conserva…pdf; 8.5.21 Task_ Email about Plan _ Salesforce - Enterprise Edition.pdf; 8.6.21 Task_ Drafting Conservator docs, _ Salesforce - Enterprise Edition.pdf |

Hi Lauren,

Following up on my voicemail earlier today, attached are all of the documents in the Debtor's possession regarding your request. We have thoroughly searched all of the Debtor's records and all the documents are provided and attached in this e-mail. This is everything we have, the Center's records are incomplete and just not great.

Thank you,

**Catherine R. Choe**
Associate
Akerman LLP | 420 South Orange Avenue, Suite 1200 | Orlando, FL 32801
D: 407 419 8546
Admitted in Florida
catherine.choe@akerman.com