**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:

THE CENTER FOR SPECIAL NEEDS                    Case No. 8:24-bk-00676-RCT
TRUST ADMINISTRATION, INC.,

                                                Chapter 11

      Debtor.

_____/

## PROOF OF SERVICE
(Doc. No. 463)

I HEREBY CERTIFY a true and accurate courtesy copy of the *Response to Verified Motion to Compel Turnover of All Documents Related to the Alleged Special Needs Trust(s) of Lauren Taylor Filed by Steven R Wirth on behalf of Trustee Michael Goldberg* (Doc. No. 463)("**Response**"), that was filed with the Clerk of Court on January 8, 2025, has been furnished electronically to Ms. Lauren Taylor, laurentaylor135@hotmail.com, and notice of the hearing and Response have also been provided by telephonic means (not disclosed for privacy purposes) in advance of the hearing on Ms. Taylor's Verified Motion (Doc. No. 455) on January 8, 2025.

                Respectfully submitted,

                /s/ Megan W. Murray
                Megan W. Murray
                Florida Bar Number 0093922
                Scott A. Underwood
                Florida Bar Number 730041
                Underwood Murray, P.A.
                100 N. Tampa St., Suite 2325
                Tampa, FL 33602
                Tel: (813) 540-8401 / Fax: (813) 553-5345
                Email: mmurray@underwoodmurray.com
                          sunderwood@underwoodmurray.com
                          detlinger@underwoodmurray.com
                *Counsel to the Committee*