

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/09/2025 09:30 AM

COURTROOM   8A

HONORABLE ROBERTA COLTON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:24-bk-00676-RCT** | **11** | **02/09/2024** |

**Chapter 11**

**DEBTOR:**       The Center for Special Needs Trust Administration, Inc.


**DEBTOR ATTY:**  Megan Murray

**TRUSTEE:**      Michael Goldberg

**HEARING:**

(1) Con't   Status Conference
(2) Con't Amended Emergency Motion for Approval
of Trust Distribution Procedures by Debtor
(Doc #321)
Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Creditor Committee
Unsecured Creditors' Committee (related
document(s)[18], [63], [10]))   (Doc #118)
Supplement to Limited Objection to Debtors
Trust Motions and Reservations of Rights Filed
by Megan Wilson Murray on behalf of Creditor
Committee Unsecured Creditors' Committee
(related document(s)18, 63, 10) (Doc #465)
Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Trustee Michael
Goldberg (related document(s)[18], [63], [10]).
(Doc #119)
(3) Con't Emergency Motion for Interim
and Final Orders Granting (A) Authority to
(I) Maintain Trust Bank Accounts and to
Continue to Use Existing Business Forms
and Checks for Trust Bank Accounts, and
(II) Continue to Use Existing Trust Cash
Management System, and (B) Waiver
of Certain Investment and Deposit Guidelines
by Debtor (Doc 18)
Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Creditor Committee
Unsecured Creditors' Committee (related

document(s)[18], [63], [10])   (Doc #118)
Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Trustee Michael
Goldberg (related document(s)[18], [63], [10]).
(Doc #119)
(4) Preliminary Hearing on Application for Payment
of Administrative Expenses Amount Requested:
$271,985.00 Filed by John R Yant on behalf of Creditor
The Theresa Alessandra Russo Foundation
(Attachments: # [1] Exhibit A - The Theresa
Foundation Exhibit Agreement) Doc #451
Response by Trustee (Doc #461)
(5) Preliminary Hearing on Motion for an Order
Authorizing and Directing the Name Change
of Certain Trusts Administered by Debtor to Remove
References to the Theresa Alessandra
Russo Foundation Filed by John R Yant on behalf
of Creditor The Theresa Alessandra Russo Foundation
(Attachments: # [1] Exhibit A - Agreement) Doc #453
Response by Trustee (Doc #462)
(6) Preliminary Hearing on Verified Motion to Compel
Turnover of All Documents Related to the Alleged
Special Needs Trust(s) of Lauren Taylor Filed by
Creditor Lauren Taylor ([Merritt, Anel ]) Doc #455
Response by Trustee (Doc #463)
Note: Prior Hearing: 9/9/24
Related Advs Proceedings:
24-ap-139 Goldberg vs Boston Finance Grp
24-ap-343 Goldberg vs Fiduciary Tax & Acct'g Svcs
24-ap-407 Goldberg vs Propertycraft Enterprises

**APPEARANCES:**: Steven Wirth; Michael Goldberg; Teresa Dorr; Ryan Yant; Megan Murray; Edward Peterson

**WITNESSES:**

**EVIDENCE:**

**RULING:** (1) Con't   Status Conference -   CON'T 3/6/25 @ 10:00 AM (AOCNFNG)
 (2) Con't Amended Emergency Motion for Approval of Trust Distribution Procedures by Debtor
(Doc #321) -   GRANTED ON FURTHER INTERIM BASIS TO 3/6/25 @ 10:00 AM AS WELL AS A SUPPLEMENTAL ORDER AS DISCUSSED IN OPEN ORDER; ORDER BY WIRTH    Limited Objection to the Debtor's Trust Motions and Reservation of Rights by Creditor Committee Unsecured Creditors' Committee (related document(s)[18], [63], [10]))
(Doc #118)   Supplement to Limited Objection to Debtors Trust Motions and Reservations of Rights Filed by Megan Wilson Murray on behalf of Creditor Committee Unsecured Creditors' Committee (related document(s)18, 63, 10) (Doc #465)   Limited Objection to the Debtor's
Trust Motions and Reservation of Rights by Trustee Michael Goldberg (related
document(s)[18], [63], [10])   (Doc #119)   (3) Con't Emergency Motion for Interim and
Final Orders Granting (A) Authority to (I) Maintain Trust Bank Accounts and to Continue
to Use Existing Business Forms and Checks for Trust Bank Accounts, and (II) Continue
to Use Existing Trust Cash Management System, and (B) Waiver of Certain Investment
and Deposit Guidelines by Debtor (Doc 18) -    GRANTED ON FURTHER INTERIM
BASIS TO 3/6/25 @ 10:00 AM; ORDER BY WIRTH    Limited Objection to the Debtor's Trust Motions and Reservation of Rights by Creditor Committee Unsecured Creditors'
Committee (related document(s)[18], [63], [10])   (Doc #118)   Limited Objection to the Debtor's Trust Motions and Reservation of Rights by Trustee Michael Goldberg (related
document(s)[18], [63], [10]). (Doc #119)   (4) Preliminary Hearing on Application for Payment of Administrative Expenses Amount Requested: $271,985.00 Filed by John R Yant on behalf of Creditor The Theresa Alessandra Russo Foundation (Attachments: # [1] Exhibit A - The
Theresa Foundation Exhibit Agreement) Doc #451 -    CON'T WITH FUTURE PRETRIAL/STATUS CONFERENCE IN RELATED ADVERSARY PROCEEDING 8:25-AP-00011-RAC   Response by Trustee (Doc #461)   (5) Preliminary Hearing on Motion
for an Order Authorizing and Directing the Name Change of Certain Trusts Administered by Debtor to Remove References to the

Theresa Alessandra Russo Foundation Filed by John R Yant on behalf of Creditor The Theresa Alessandra Russo Foundation (Attachments: # [1] Exhibit A - Agreement) Doc #453 -   CON'T TO 3/6/25 @ 10:00 AM (AOCNFNG)    Response by Trustee (Doc #462)   (6) Preliminary Hearing on Verified Motion to Compel Turnover of All Documents Related to the Alleged Special Needs Trust(s) of Lauren Taylor Filed by Creditor Lauren Taylor ([Merritt, Anel ]) Doc #455 -   GRANTED AS DISCUSSED IN OPEN COURT; ORDER BY WIRTH    Response by Trustee (Doc #463)

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.