**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
**FOR THE PERIOD BEGINNING  December 1, 2024 and ending December 31, 2024**

Name of Debtor:  The Center for Special Needs Trust Administration, Inc.
Date of Petition:  February 9, 2024

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| American Momentum Bank (AMB) | 4,577.42 | 3,422,494.31 |
| American Momentum Bank (AMB) - Retention | - | 369,701.69 |
| Wells Fargo Operating DIP | 122,242.35 | - |
| WellsFargo Retention DIP | 280,854.40 | - |
| Fidelity Investments Money Market (See Note) | - | - |
|  |  |  |
| **1. FUNDS AT BEGINNING OF PERIOD** | 407,674.17 | 3,792,196.00 |
| **2. RECEIPTS:** |  |  |
| A. Cash Sales |  |  |
| Minus:  Cash Refunds |  |  |
| Net Cash Sales |  |  |
| B. Accounts Receivable |  | - |
| C. Other Receipts *(See MOR-3)* | 133,566.45 | 803,796.88 |
| (If you receive rental income, |  |  |
| you must attach a rent roll.) |  |  |
| **3. TOTAL RECEIPTS *(Lines 2A+2B+2C)*** | 133,566.45 | 803,796.88 |
| **4. TOTAL FUNDS AVAILABLE FOR** |  |  |
| **OPERATIONS *(Line 1 + Line 3)*** | 541,240.62 | 4,595,992.88 |
|  |  |  |
| **5. DISBURSEMENTS** |  |  |
| A. Advertising |  | - |
| B. Bank Charges | 1,558.72 | 18,352.36 |
| C. Contract Labor |  | - |
| D. Fixed Asset Payments (not incl. in "N") |  | - |
| E. Insurance | 1,764.40 | 258,709.72 |
| F.  Inventory Payments  *(See Attach. 2)* |  | - |
| G. Leases |  |  |
|  | 400.00 | 23,220.04 |
| H. Manufacturing Supplies (COGS) |  | - |
| I.  Office Supplies |  | 4,735.41 |
| J.  Payroll - Net *(See Attachment 4B)* | 150,167.13 | 1,304,678.40 |
| K. Professional Fees (Accounting & Legal) |  |  |
|  | 45,713.66 | 1,765,405.43 |
| K. Professional Fees(Other) |  | 31,569.52 |
| L.  Rent |  | 61,226.15 |
| M. Repairs & Maintenance |  | - |
| N.  Secured Creditor Payments *(See Attach. 2)* |  | - |
| O. Taxes Paid - Payroll *(See Attachment 4C)* |  | - |
| P. Taxes Paid - Sales & Use *(See Attachment 4C* |  | (34.28) |
| Q. Taxes Paid - Other *(See Attachment 4C)* |  | 10,479.59 |
| R. Telephone | 558.98 | 18,976.33 |
| S.  Travel & Entertainment |  | - |
| Y.  U.S. Trustee Quarterly Fees |  | 22,250.00 |
| U. Utilities |  | 198.46 |
| V. Vehicle Expenses | 652.58 | 652.58 |
| W. Other Operating Expenses *(See MOR-3)* | 91,911.27 | 827,059.29 |
| **6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)*** | 292,726.74 | 4,347,479.00 |
| **7. ENDING BALANCE *(Line 4 Minus Line 6)*** | 248,513.88 | 248,513.88 |
| **Bank Account Summary** |  |  |
| American Momentum Bank (AMB) | 4,577.42 | 4,577.42 |
| American Momentum Bank (AMB) - Retention | - | - |
| Wells Fargo Operating DIP | 243,936.46 | 243,936.46 |
| WellsFargo Retention DIP | - | - |
| Fidelity Investments Money Market (See Note) | - | - |
|  | 248,513.88 | 248,513.88 |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true**
**and correct to the best of my knowledge and bel˙ ˙**

This 22nd day of January, 2025

_____
William A Long Jr. As CRO

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
   balance as of the petition date.

(b)This figure will not change from month to month.  It is always the amount of funds on hand as of the date of
   the petition.

(c)These two amounts will always be the same if form is completed correctly.

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.
CASE NO. 8:24-bk-00676-RCT
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

On February 9, 2024, The Center for Special Needs Trust Administration, Inc. (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Middle District of Florida (Tampa), Case No. 8:24-bk-676-RCT. On March 8, 2024, the U.S. Trustee filed an Expedited Motion for Order Directing the United States Trustee to Appoint a Chapter 11 Trustee.. The Court granted the U.S. Trustee's Motion by Order dated March 11, 2024 and on March 21, 2024, the Court appointed Michael Goldberg as Chapter 11 Trustee (the "Bankruptcy Trustee"). In his capacity as Bankruptcy Trustee, Mr. Goldberg took custody and control of all assets and corporate records of the Debtor.

**THE FINANCIAL STATEMENTS ACCOMPANYING THE MONTHLY OPERATING REPORTS ARE BEING PROVIDED IN ACCORDANCE WITH THE SUPPORT DOCUMENTATION REQUIRED BY THE US TRUSTEE GUIDELINES FOR FILING CHAPTER 11 MONTHLY OPERATING REPORTS. THESE FINANCIAL STATEMENTS WERE NOT PREPARED OR COMPILED BY THE BANKRUPTCY TRUSTEE OR HIS FORENSIC ACCOUNTING FIRM. THEY ARE BASED ON INFORMATION CURRENTLY IN THE RECORDS OF THE DEBTOR AND AVAILABLE TO THE BANKRUPTCY TRUSTEE, AND ARE SUBJECT TO A NUMBER OF RISKS, UNCERTAINTIES, AND OTHER FACTORS THAT COULD CAUSE THE DEBTOR'S ACTUAL RESULTS, PERFORMANCE, PROSPECTS, AND OPPORTUNITIES TO DIFFER MATERIALLY FROM THOSE EXPRESSED IN, OR IMPLIED BY, THESE FINANCIAL STATEMENTS, AS A RESULT OF THE FINDINGS OF THE FORENSIC INVESTIGATION BEING PERFORMED BY THE BANKRUPTCY TRUSTEE'S COURT-APPROVED FORENSIC ACCOUNTANTS, WHICH INVESTIGATION IS IN ITS INFANCY. FACTORS THAT COULD CAUSE OR CONTRIBUTE TO RISKS INVOLVING THESE FINANCIAL STATEMENTS INCLUDE, BUT ARE NOT LIMITED TO, CHANGES IN THE DEBTOR'S BUSINESS AND OTHER FACTORS, INCLUDING RISK FACTORS, DEBT OBLIGATIONS, THE COMMINGLING OF TRUST FUND ASSETS, AND POTENTIAL FRAUD AND MISAPPROPRIATION OF FUNDS DISCUSSED IN THE CHAPTER 11 CASE MANAGEMENT SUMMARY FILED BY THE DEBTOR IN THE BANKRUPTCY CASE. IN ADDITION, NEITHER THE DEBTOR'S FINANCIALS NOR THESE FINANCIAL STATEMENTS HAVE BEEN AUDITED IN ACCORDANCE WITH GENERALLY ACCEPTED ACCOUNTING PRINCIPALS (GAAP) AND THEREFORE MAY NOT BE ACCURATE, RELIABLE OR COMPLETE. EXCEPT AS REQUIRED BY LAW, INCLUDING FURTHER ORDER OF THE BANKRUPTCY COURT, THE BANKRUPTCY TRUSTEE DOES NOT UNDERTAKE OR ASSUME ANY OBLIGATION TO RELEASE PUBLICLY ANY REVISIONS TO ANY FINANCIAL STATEMENT OR OTHERWISE.**

**Center for Special Needs Trust Administration, Inc**
**Statement of Assets, Liabilities, and Equity**
**As of December 31, 2024**

|  |  | December 31, 2024 |
|---|---|---|
| **Current Assets** | | |
| Cash | | |
| Operating Cash | $ | 4,577.42 |
| DIP Operating Cash | | 243,936.46 |
| Retention Cash | | |
| DIP Retention Cash | | |
| Money Market | | 130,986.71 |
| Cash Escrow | | |
| Undeposited funds | | |
| Reserve for uncollectable funds | | (130,986.71) |
| **Total Cash** | | 248,513.88 |
| | | |
| Accounts Receivable | | 42,229.61 |
| Allowance for Doubtful Accounts | | (42,229.61) |
| **Net Accounts Receivable** | | - |
| Investments | | 776,847.95 |
| Loans Receivable (Short term) | | 474,806.32 |
| Inventory | | - |
| Prepaid Expenses | | 273,488.42 |
| Other Current Assets | | 605,524.20 |
| **Total Current Assets** | | 2,379,180.77 |
| **Long Term Assets** | | |
| Real Estate | | 763,019.39 |
| Other Investments | | 172,678.43 |
| **Property, Plant, and Equipment** | | |
| Computer Software | | 76,628.77 |
| Furniture and Equipment | | - |
| Automobile | | - |
| Leasehold Improvements | | - |
| Less: Accumulated Depreciation | | (76,628.77) |
| **Net Property, Plant and Equipment** | | - |
| Loans and Notes Receivable (Long term) | | 106,234,198.57 |
| Loans due from Trust Accounts | | 267,415.85 |
| Other Long Term Assets | | - |
| **Total Long Term Assets** | | 107,437,312.24 |
| | | |
| **Total Assets** | $ | 109,816,493.01 |

**Center for Special Needs Trust Administration, Inc**
**Statement of Assets, Liabilities, and Equity**
**As of December 31, 2024**

| | | December 31, 2024 |
|---|---|---|
| **Liabilities** | | |
| **Current Liabilities** | | |
| Accounts Payable | $ | 374.10 |
| Credit Cards Liability | | 79,773.86 |
| **Total Accounts Payable** | | 79,773.86 |
| **Accrued Expenses** | | |
| Acrued Interest Expense | | - |
| Accrued Property Tax | | - |
| Other Accrued Liabilities | | 5,033.44 |
| Accrued Payroll Liabilities | | (253.16) |
| Deferred Revenue | | 4,950.00 |
| Interest Payable | | - |
| Distribution Payable | | - |
| **Total Accounts Payable and Accrued Expenses** | | 89,504.14 |
| **Current Debt** | | |
| CMS Approval Fees | | - |
| Loan Payable - Current | | - |
| Due To Center Clients | | 103,642.12 |
| Line of Credit | | - |
| **Total Current Liabilities** | | 193,146.26 |
| **Long Term Liabilities** | | |
| **Loans Payable** | | |
| BFG LOC Amounts due Trusts | | 106,234,198.57 |
| Other Liabilites | | - |
| **Total Long Term Liabilities** | | 106,234,198.57 |
| **Total Liabilities** | $ | 106,427,344.83 |
| | | |
| **Shareholders Equity** | | |
| Capital Contributions | $ | - |
| Members' Draw | | - |
| Unrealized Gain(loss) on Securities | | - |
| Retained Earnings | | 6,514,110.82 |
| Net Income | | (3,124,962.64) |
| **Total Shareholders Equity** | | 3,389,148.18 |
| **Total Liabilities and Shareholders Equity** | $ | 109,816,493.01 |

*Unaudited*

**Center for Special Needs Trust Administration, Inc**

**Statement of Profit and Loss**

**for the one month, and Eleven months ended**

**December 31, 2024**

| | For the 31 day period ended December 31, 2024 | For the Period February 9, 2024 through December 31, 2024 |
|---|---|---|
| **Revenue** | | |
| Trust Fees | $ 85,342.14 | $ 545,458.03 |
| Contributions/Grants | 2,030.46 | 58,850.48 |
| Other Income | 2,000.00 | 2,955.00 |
| Interest Income | - | 4,314.16 |
| **Total Revenue** | 89,372.60 | 611,577.67 |
| **Operating Expenses** | | |
| Payroll | 90,956.00 | 1,200,270.48 |
| Commission | - | 48,984.86 |
| Payroll Taxes | 6,531.48 | 87,113.82 |
| Employee Benefits | 541.06 | 3,686.64 |
| 401(k) Expense | 2,160.58 | 25,734.75 |
| Health Insurance | 14,794.13 | 145,919.35 |
| Dues and Subscriptions | - | 1,956.00 |
| Travel | 749.73 | 1,232.11 |
| Fees and Licenses | 297.00 | 5,846.66 |
| Equipment Rental | - | 7,447.68 |
| Office Supplies | 425.63 | 8,071.04 |
| Rent | 12,000.00 | 73,226.15 |
| Postage | 1,961.32 | 26,010.35 |
| Telephone & Internet | 11,519.79 | 153,742.39 |
| Insurance | - | 115,536.60 |
| Security | - | 27,199.42 |
| Professional Fees | 52,782.41 | 1,659,811.71 |
| Bank fees | 1,558.72 | 18,849.83 |
| Contract Labor | - | 95,850.00 |
| US Trustee Payments | - | 22,250.00 |
| Taxes | - | 9,350.47 |
| Depreciation and Amortization | - | |
| **Total Operating Expenses** | 196,277.85 | 3,738,090.31 |
| Gain/Loss on sale | - | 1,550.00 |
| Other Expenses | - | - |
| **Total Other Income and Expense** | - | 1,550.00 |
| Net Income | (106,905.25) | (3,124,962.64) |

**Center for Special Needs Trust**
**Aged Accounts Receivable**

Pag  1
LDAVIS

(Detail, aged as of December 31, 2024)
Aged by     due date.

| No. | Name | Document | | Balance Due | Aged Overdue Amounts | | | | Doc. |
|-----|------|----------|--|-------------|---------------------|--|--|--|------|
| | | | | | | Up To 30 | | | |
| **Due Date** | **Description** | **Type** | **Number** | **Balance Due** | **Current** | **Days** | **31 - 60 Days** | **Over 60 Days** | **Curr.** |
| C00022 | Boston Finance Group | | Phone No. | | Contact | | | | |
| 12/15/2023 | Invoice INV001484 | Invoi | INV001430 | 3,928.77 | 0.00 | 0.00 | 0.00 | 3,928.77 | |
| 12/18/2023 | Invoice INV001485 | Invoi | INV001431 | 3,760.99 | 0.00 | 0.00 | 0.00 | 3,760.99 | |
| 12/19/2023 | Invoice INV001486 | Invoi | INV001432 | 5,859.85 | 0.00 | 0.00 | 0.00 | 5,859.85 | |
| 12/27/2023 | Invoice INV001487 | Invoi | INV001433 | 2,490.70 | 0.00 | 0.00 | 0.00 | 2,490.70 | |
| 1/23/2024 | Invoice INV001493 | Invoi | INV001437 | 16,108.20 | 0.00 | 0.00 | 0.00 | 16,108.20 | |
| 2/9/2024 | Invoice INV001494 | Invoi | INV001438 | 10,081.10 | 0.00 | 0.00 | 0.00 | 10,081.10 | |
| C00022 | Total Amount Due | | | 42,229.61 | 0.00 | 0.00 | 0.00 | 42,229.61 | |
| | | | Credit Limit: | No Limit | 0.00% | 0.00% | 0.00% | 100.00% | |
| | Report Total Amount Due | | | 42,229.61 | 0.00 | 0.00 | 0.00 | 42,229.61 | |
| | | | | | 0.00% | 0.00% | 0.00% | 100.00% | |
| | Allowance for Doubtful Accounts | | | | | | | (42,229.61) | |
| | Net Accounts Receivable | | | | | | | 0.00 | |

> Note:
>
> These invoices are expenses due to The Center for Special Needs Trust from Boston Financial Group The total balance of $42,339.61 may not be collectable from the Boston Financial Group.
> Balance are maintained and not written off until the collectability can be determined.
> The balance has been reserved as uncollectable so the Balance Sheet shows a net Zero balance.

# Center for Special Needs Trust

**Aged Accounts Payable**

Friday, January 17, 2025 12:06 PM

Page  1

LDAVIS

(Detail, aged as of December 31, 2024)

Aged by  document date.

| No. | Name | | Document | | | Aged Vendor Balances | | | |
|-----|------|-----|-----|-----|-----|-----|-----|-----|-----|
| Doc Date | Description | Type | Number | Balance Due | Current | 91 - 180 Days | 181 - 270 Days | Over 270 Days | Doc. Curr. |
| V00005 | FedEx | | Phone: | | Contact: | | | | |
| 12/17/2024 | FedEx | Invoice | VCH017298 | 374.10 | 374.10 | 0.00 | 0.00 | 0.00 | |
| V00005 | Total Amount Due | | | 374.10 | 374.10 | 0.00 | 0.00 | 0.00 | |
| | | | | | 100.00% | 0.00% | 0.00% | 0.00% | |
| | Report Total Amount Due (USD) | | | 374.10 | 374.10 | 0.00 | 0.00 | 0.00 | |
| | | | | | 100.00% | 0.00% | 0.00% | 0.00% | |
| | Credit Card Liability | | | 79,773.86 | | | | | |
| | Total Accounts Payable | | | 79,773.86 | | | | | |

**The Center for Special Needs Trust Administration, Inc.**
**Fixed Asset and Accumulated Depreciation Listing**
**as of December 31, 2024**

Software - Account 18010

| | | |
|---|---|---:|
| 4/4/2012 | Real Solutions | 14,320.00 |
| 5/31/2012 | Real Solutions - NAV for clients software | 52,180.41 |
| 3/22/2013 | Clients First Business Solutions | 422.36 |
| 3/26/2013 | Clients First Business Solutions | 9,706.00 |
| | | 76,628.77 |

| Year | Activity | Acc. Dep |
|---|---|---:|
| 2024 | Net Acc. Dep Transactions for year | (76,628.77) |
| Grand Total | Total Acc. Dep per Acct 18490 | (76,628.77) |

**Total Net Assets**      -

**The Center for Special Needs Trust**
**Schedule of Cash Payment To Professional**
**December 31, 2024**

| Vendor | Purpose | Feb | Mar | Apr | May | June | July | August | September | October | November | December | YTD Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bankruptcy** | | | | | | | | | | | | | |
| Hill Ward and Henderson | Legal fees paid 2/9 by wire,posted to GL after filing | 100,000.00 | | | | | | - | | | - | | 100,000.00 |
| Epiq Corporate Restructuring LLC | Bankruptcy Filings and Mailing/Claims Filing | | 58,295.47 | | | | 201,841.48 | 36,384.38 | | | 16,615.33 | 24,383.41 | 337,520.07 |
| Cherry Bekaert, LLP | Center for Special Needs Trust Corporate Return | | | 4,623.33 | | | | | | | | | 4,623.33 |
| Fiduciary Tax & Accounting Services LLC | Annual Trust Account Statements and Tax Filings | | 114,850.00 | 2,350.00 | | | | | | | | | 117,200.00 |
| Nperspective Advisory Services, LLC | CRO - Bankruptcy Accounting and Consulting | | 29,986.01 | 49,085.90 | 52,053.08 | 46,450.04 | 42,185.27 | 35,401.15 | 36,592.54 | 32,343.26 | 35,135.51 | 21,330.25 | 380,563.01 |
| Mark Linksky | Trust Legal Work | | 400.00 | | | | | | | | | | 400.00 |
| Beth Leythem | Releive retainer(paid pre-petition) | | | | | | | | | | | | |
| Akerman Law | Trustee Attorney | | | | | | | | | 359,184.22 | | | 359,184.22 |
| Michael Goldberg | Bankruptcy Trusts | | | | | | | | | 22,150.00 | | | 22,150.00 |
| Kaliamukamal | Forensic Accounting | | | | | | | | | 293,472.50 | | | 293,472.50 |
| Underwood Murray PA | Creditor counsel | | | | | | | | | | 150,282.30 | | 150,282.30 |
| **Total Bankruptcy Legal and Accounting** | | **100,000.00** | **203,531.48** | **56,059.23** | **52,053.08** | **46,450.04** | **244,026.75** | **71,785.53** | **36,592.54** | **707,149.98** | **202,033.14** | **45,713.66** | **1,765,395.43** |
| | | | | | | | | | | | | | |
| **Other Professional Fees** | | | | | | | | | | | | | |
| TASC | Cobra Adminstration Services | | | 69.52 | | | | | | | | | 69.52 |
| Thomas Bales Jr. LLC | Real Estate Consulting and Property Management | | | 10,500.00 | | | 10,500.00 | | | 10,500.00 | - | | 31,500.00 |
| My LLC | | | | | | | | | | | | | - |
| Clients First Bus. Solutions | Charge related to bankrupty data uploads, harddrive | | | | | | | | | | | | - |
| **Total Other Professional Fees** | | **-** | **-** | **10,569.52** | **-** | **-** | **10,500.00** | **-** | **-** | **10,500.00** | **-** | **-** | **31,569.52** |
| | | | | | | | | | | | | | |
| Total Professional Fees Month | | 100,000.00 | 203,531.48 | 66,628.75 | 52,053.08 | 46,450.04 | 254,526.75 | 71,785.53 | 36,592.54 | 717,649.98 | 202,033.14 | 45,713.66 | |
| Total Professional Fees From YTD | | 100,000.00 | 303,531.48 | 370,160.23 | 422,213.31 | 468,663.35 | 723,190.10 | 794,975.63 | 831,568.17 | 1,549,218.15 | 1,751,251.29 | 1,796,964.95 | 1,796,964.95 |
| | | | | | | | | | | | | | |
| Total Reported on Cash Flow Legal & Accounting YTD | | 100,000.00 | 303,531.48 | 359,600.71 | 411,653.79 | 458,103.83 | 244,026.75 | 773,916.11 | 810,508.65 | 1,395,425.00 | 1,597,458.00 | 1,643,172.00 | |
| Total Reported on Cash Flow Other YTD | | | | 10,569.52 | 10,569.52 | 10,569.52 | 10,500.00 | 21,069.52 | 21,069.52 | 153,793.00 | 153,793.00 | 153,793.00 | |
| Total on Cash Flow Report | | 100,000.00 | 303,531.48 | 370,170.23 | 422,223.31 | 468,673.35 | 254,526.75 | 794,985.63 | 831,578.17 | 1,549,218.00 | 1,751,251.00 | 1,796,965.00 | |

-10  (typo on April MOR)

**Bank Rec. AMD December 2024**                                      Tuesday, January 14, 2025 8:41 PM

Center for Special Needs Trust                                                        Page    1

                                                                                      LDAVIS

| | | |
|---|---|---|
| **Bank Account No.** | 01-10110 | |
| **Statement No.** | 123124 | |
| **Statement Date** | 12/31/2024 | **Currency Code** |

| | | | | |
|---|---|---|---|---|
| **G/L Balance ($)** | 4,577.42 | | **Statement Balance** | 4,577.42 |
| **G/L Balance** | 4,577.42 | | **Outstanding Deposits** | 0.00 |
| **Positive Adjustments** | 0.00 | | | |
| | | | **Subtotal** | 4,577.42 |
| **Subtotal** | 4,577.42 | | **Outstanding Checks** | 0.00 |
| **Negative Adjustments** | 0.00 | | | |
| | | | **Ending Balance** | 4,577.42 |
| **Ending G/L Balance** | 4,577.42 | | | |
| **Difference** | 0.00 | | | |

| Posting Date | Docume nt Type | Document No. | Account Type | Account No. | Description | Bal. Accou nt Type | Bal. Account No. | Amount | Cleared / Balance Amt. | Difference |
|---|---|---|---|---|---|---|---|---|---|---|



# AMERICAN MOMENTUM BANK

4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

```
                                    Date 12/31/24        Page    1
                                    Primary Account   Acct Ending 1640
                                    Enclosures
```

The Center for Special Needs Trust
P O Box 17296
Clearwater FL 33762

An American Momentum Bank employee will never call or text you for your account information. If you get a call or text from someone asking for information (even if the number appears to be from AMB) don't engage and call us at (866) 530-2265.

## CHECKING ACCOUNTS

Account Title          The Center for Special Needs Trust

| | | |
|---|---|---|
| Full Analysis CML Checking | Number of Enclosures | 0 |
| Account Number        Acct Ending 1640 | Statement Dates  12/02/24 thru 12/31/24 | |
| Previous Balancing         4,577.42 | Number of Days in this Statement    30 | |
| Deposits                  .00 | Average Ledger            4,577.42 | |
| Checks/Debits             .00 | Average Collected         4,577.42 | |
| Service Charges           .00 | | |
| Interest Paid             .00 | | |
| Current Balance       4,577.42 | | |

## DAILY BALANCE SUMMARY

| Date | Balance |
|---|---|
| 12/02 | 4,577.42 |

If you suspect an attempted fraudulent attack, immediately report it to the Bank at (866) 530-2265 or reportfraud@americanmomentum.bank. Change any compromised passwords and monitor your accounts for suspicious activity.

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

### Reconciliation of Account

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Date _____

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any Maintenance Fee or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | Enter bank balance from statement | | |
|---|---|---|---|---|
| | | Add deposits not credited by bank (if any) | | |
| | | **TOTAL** | | |
| outstanding checks. ATM, checkcard and other electronic withdrawals | | Subtract outstanding checks, ATM. checkcard and other electronic withdrawals | | |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE** ➡

When you opened your account, you received bank deposit agreements (disclosures) and fee schedule. You agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. You may obtain additional copies of the disclosures and fee schedule, which contain the current version of the terms and conditions of your account at any of our banking centers or writing to us at the address provided on the front of this statement.
To change your contact information such as address, phone number or e-mail address, please call 866-530-2265 or write to us on the address provided on the front of this statement.

### BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Account Statement**
In Case of Errors or Questions About Your Electronic Transfers Telephone us at 866-530-2265 or Write us at 4830 W. Kennedy Blvd.. Suite 200, Tampa, FL 33609 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later that 60 days after we sent you the FIRST statement on which the error or problem appeared.
   1. Tell us your name and account number (if any).
   2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
   3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### IN CASE OF ERROR OR QUESTIONS ABOUT ELECTRONIC TRANSFERS FOR CONSUMERS

In case of errors or questions about your electronic transfers, (e.g., ATM, point-of-sale. direct deposits or withdrawal transactions) please contact us at the telephone number or address on this statement within 60 days of the statement on which the problem first appeared. Please provide us with your name and account number, describe the transaction you are unsure about (date/place/type, amount), and explain your concern.
We will investigate and correct any error promptly. For consumer accounts used primarily for personal, family or household purposes, we will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. For errors involving new accounts, point-of-sale or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for Visa® POS) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. For new accounts, we may take up to 20 business days (5 business days for Visa® POS) to credit your account for the amount you think is in error. If we request you put your complaint in writing and we do not receive it within 10 business days, we may not credit your account. For other accounts, we investigate, and we find we have made an error, we will credit your account at the conclusion of our investigation.

### YOUR DUTY TO REPORT OTHER ERRORS

You must examine your statement of account with "reasonable promptness". You are in the best position to discover errors and unauthorized transactions to your account. If you fail to notify us in writing at the address provided on this statement of suspected problems or unauthorized transactions within the time periods specified in your deposit account terms and conditions agreements (which periods are no more than 60 days after we make the statement available to you in some cases are 30 days or less), we are not liable to you for and you agree not to make an error, we will credit your account for the problems or unauthorized transactions.

**Bank Rec. Operating Account Wells Fargo**
Center for Special Needs Trust

| | |
|---|---|
| Bank Account No. | BA0005 |
| Statement No. | 123124 |
| Statement Date | 12/31/2024 |

| | | | |
|---|---|---|---|
| G/L Balance ($) | 243,936.46 | Statement Balance | 244,796.17 |
| G/L Balance | 243,936.46 | Outstanding Deposits | 0.00 |
| Positive Adjustments | 0.00 | | |
| | | Subtotal | 244,796.17 |
| Subtotal | 243,936.46 | Outstanding Checks | 859.71 |
| Negative Adjustments | 0.00 | | |
| | | Ending Balance | 243,936.46 |
| Ending G/L Balance | 243,936.46 | | |
| Difference | 0.00 | | |

Currency Code

| Posting Date | Docume nt Type | Document No. | Account Type | Account No. | Description | Bal. Accou nt Type | Bal. Account No. | Amount | Cleared / Balance Amt. | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| Checks | | | | | | | | | | |
| 11/22/2024 | Payment | 30181 | G/L | | Smarsh Inc. | G/L | | 72.85 | 72.85 | 0.00 |
| 11/22/2024 | Payment | 30184 | G/L | | Hungerford Technologies, LLC | G/L | | 341.81 | 341.81 | 0.00 |
| 11/22/2024 | Payment | 30185 | G/L | | TASC | G/L | | 73.59 | 73.59 | 0.00 |
| 12/2/2024 | Payment | ACH 12/2/24 - | G/L | | Puzzle HR | G/L | | 4,585.00 | 4,585.00 | 0.00 |
| 12/3/2024 | Payment | ACH 12/3/24 - | G/L | | Clients First Business Solutions | G/L | | 2,130.00 | 2,130.00 | 0.00 |
| 12/3/2024 | Payment | ACH 12/3/34 - | G/L | | Clients First Business Solutions | G/L | | 400.00 | 400.00 | 0.00 |
| 12/6/2024 | Payment | WIRE 12/5/24 - | G/L | | Paylocity | G/L | | 40,296.83 | 40,296.83 | 0.00 |
| 12/9/2024 | Payment | ACH 12/9/24 - | G/L | | AmTrust North America | G/L | | 55.30 | 55.30 | 0.00 |
| 12/10/2024 | Payment | ACH 12/10/24 - | G/L | | Mid Atlantic Capital Corp | G/L | | 2,427.01 | 2,427.01 | 0.00 |
| 12/11/2024 | Payment | ACH 12/11/24 - | G/L | | Wells Fargo Service Charges | G/L | | 1,558.72 | 1,558.72 | 0.00 |
| 12/11/2024 | Payment | ACH 12/11/24 - | G/L | | Colonial Life - Premium Processing | G/L | | 787.10 | 787.10 | 0.00 |
| 12/11/2024 | Payment | ACH 12/11/24 - | G/L | | United Healthcare | G/L | | 14,605.15 | 14,605.15 | 0.00 |
| 12/16/2024 | Payment | ACH 12/16/24 - | G/L | | Nperspective Advisory Services, | G/L | | 21,330.25 | 21,330.25 | 0.00 |
| 12/16/2024 | Payment | ACH 12/16/24 - | G/L | | Epiq Corporate Restructuring LLC | G/L | | 24,383.41 | 24,383.41 | 0.00 |
| 12/20/2024 | Payment | 30188 | G/L | | FedEx | G/L | | 277.76 | 277.76 | 0.00 |
| 12/20/2024 | Payment | 30189 | G/L | | FedEx | G/L | | 284.32 | 284.32 | 0.00 |
| 12/20/2024 | Payment | 30190 | G/L | | FedEx | G/L | | 229.89 | 229.89 | 0.00 |
| 12/20/2024 | Payment | 30191 | G/L | | Stevens & Stevens Business | G/L | | 320.63 | 320.63 | 0.00 |
| 12/20/2024 | Payment | 30192 | G/L | | Clients First Business Solutions, | G/L | | 68.75 | 68.75 | 0.00 |
| 12/20/2024 | Payment | 30193 | G/L | | Michelle Diebert | G/L | | 507.19 | 507.19 | 0.00 |
| 12/20/2024 | Payment | 30195 | G/L | | Thrive Operations, LLC | G/L | | 7,530.80 | 7,530.80 | 0.00 |
| 12/20/2024 | Payment | 30196 | G/L | | Hungerford Technologies, LLC | G/L | | 341.81 | 341.81 | 0.00 |
| 12/20/2024 | Payment | 30198 | G/L | | Biscom, Inc. | G/L | | 147.98 | 147.98 | 0.00 |
| 12/20/2024 | Payment | 30200 | G/L | | Progressive Benefit Solutions LLC | G/L | | 100.00 | 100.00 | 0.00 |
| 12/20/2024 | Payment | WIRE 12/16/24 | G/L | | Paylocity | G/L | | 39,385.00 | 39,385.00 | 0.00 |
| 12/20/2024 | Payment | ACH 12/26/24 - | G/L | | AmTrust North America | G/L | | 53.23 | 53.23 | 0.00 |
| 12/20/2024 | Payment | ACH 12/20/24 - | G/L | | Paylocity | G/L | | 573.71 | 573.71 | 0.00 |
| 12/23/2024 | Payment | ACH 12/23/24 - | G/L | | Principal | G/L | | 1,655.87 | 1,655.87 | 0.00 |
| 12/24/2024 | Payment | ACH 12/24/24 - | G/L | | Mid Atlantic Capital Corp | G/L | | 2,435.17 | 2,435.17 | 0.00 |
| 12/31/2024 | Payment | WIRE 12/27/24 | G/L | | Paylocity | G/L | | 49,557.16 | 49,557.16 | 0.00 |
| 12/18/2024 | Payment | ONL 12/18/24 - | G/L | | First Bankcard | G/L | | 45,743.13 | 45,743.13 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | | Timothy Ramsey - NCPT | G/L | | 1,596.06 | 1,596.06 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | | Ohio Pooled Trust f/b/o Barbara | G/L | | 115.91 | 115.91 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | | Ohio Pooled Trust f/b/o Barbara | G/L | | 174.62 | 174.62 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | | National Pooled Trust F/B/O | G/L | | 120.00 | 120.00 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | | National Pooled Trust F/B/O | G/L | | 175.00 | 175.00 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | | National Pooled Trust F/B/O | G/L | | 166.97 | 166.97 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | | Lisa Barnes - FPT | G/L | | 199.36 | 199.36 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | | Jeannie Phillips - SNT | G/L | | 175.00 | 175.00 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | | Special Needs Trust F/B/O Stacy | G/L | | 67.12 | 67.12 | 0.00 |

**Bank Rec. Operating Account Wells Fargo**
Center for Special Needs Trust

| | |
|---|---|
| Bank Account No. | BA0005 |
| Statement No. | 123124 |
| Statement Date | 12/31/2024 |

| | | | |
|---|---|---|---|
| **Currency Code** | | | |
| G/L Balance ($) | 243,936.46 | **Statement Balance** | 244,796.17 |
| G/L Balance | 243,936.46 | **Outstanding Deposits** | 0.00 |
| Positive Adjustments | 0.00 | | |
| | | **Subtotal** | 244,796.17 |
| Subtotal | 243,936.46 | **Outstanding Checks** | 859.71 |
| Negative Adjustments | 0.00 | | |
| | | **Ending Balance** | 243,936.46 |
| Ending G/L Balance | 243,936.46 | | |
| **Difference** | 0.00 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Tiara Hutchinson - OPT | G/L | 178.60 | 178.60 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | National Pooled Trust F/B/O | G/L | 5.18 | 5.18 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Timothy Ramsey - NCPT | G/L | 1,739.03 | 1,739.03 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | California Pooled Trust F/B/O Tania | G/L | 116.49 | 116.49 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Rebecca L. Enfinger Supplemental | G/L | 5.13 | 5.13 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Rebecca L. Enfinger Supplemental | G/L | 282.79 | 282.79 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Special Needs Trust F/B/O Lissette | G/L | 250.00 | 250.00 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | David Rodriguez - FPT | G/L | 400.00 | 400.00 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Donnelle Irland - SNT | G/L | 500.00 | 500.00 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | California Pooled Trust F/B/O | G/L | 71.42 | 71.42 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Te'Ata Jones Family Trust | G/L | 147.88 | 147.88 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Te'Ata Jones Family Trust | G/L | 350.05 | 350.05 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Te'Ata Jones Family Trust | G/L | 183.66 | 183.66 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | McKee, Crystal - FPT | G/L | 82.00 | 82.00 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Irrevocable SPT F/B/O Jack | G/L | 250.00 | 250.00 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | North Carolina Pooled Trust F/B/O | G/L | 800.00 | 800.00 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | The Avril Terry Special Needs Trust | G/L | 289.99 | 289.99 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | The Avril Terry Special Needs Trust | G/L | 244.91 | 244.91 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | The Avril Terry Special Needs Trust | G/L | 299.76 | 299.76 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | The Autumn Downs Special Needs | G/L | 260.04 | 260.04 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | The Autumn Downs Special Needs | G/L | 101.48 | 101.48 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | The Autumn Downs Special Needs | G/L | 212.04 | 212.04 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | The Autumn Downs Special Needs | G/L | 3,405.37 | 3,405.37 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | The Delois Jones Special Needs | G/L | 135.10 | 135.10 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Cory Tipton - KYPT | G/L | 278.24 | 278.24 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Irrevocable SPT F/B/O Ryleigh | G/L | 250.00 | 250.00 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Homan, Terri - SNT | G/L | 248.73 | 248.73 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | The Dijon Overton Special Needs | G/L | 875.00 | 875.00 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Karl Gustafson - NPT | G/L | 250.00 | 250.00 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Gertrude Nunn - FPT | G/L | 55.00 | 55.00 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Gertrude Nunn - FPT | G/L | 120.00 | 120.00 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Corey L. Coatley - KYPT | G/L | 63.00 | 63.00 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Sondra Berry - MSPT | G/L | 104.98 | 104.98 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Anthony Stalling Jr. - FPT | G/L | 222.45 | 222.45 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Florida Pooled Trust f/b/o Lloyd | G/L | 141.55 | 141.55 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Florida Pooled Trust f/b/o Robert | G/L | 85.57 | 85.57 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | National Pooled Trust f/b/o | G/L | 250.00 | 250.00 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Florida Pooled Trust f/b/o Allen | G/L | 854.27 | 854.27 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Florida Pooled Trust F/B/O Ruby | G/L | 111.00 | 111.00 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Florida Pooled Trust F/B/O Ruby | G/L | 50.00 | 50.00 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Florida Pooled Trust f/b/o/ Mary | G/L | 159.00 | 159.00 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Florida Pooled Trust f/b/o/ Mary | G/L | 100.00 | 100.00 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Christopher Edwards - NCPT | G/L | 600.00 | 600.00 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | James Maehlmann II - FPT | G/L | 172.15 | 172.15 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | James Maehlmann II - FPT | G/L | 208.52 | 208.52 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | The Florida Pooled Trust F/B/O | G/L | 90.75 | 90.75 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Florida Pooled Trust f/b/o Robert | G/L | 186.94 | 186.94 | 0.00 |

**Bank Rec. Operating Account Wells Fargo**
Center for Special Needs Trust

| | | |
|---|---|---|
| Bank Account No. | BA0005 | |
| Statement No. | 123124 | |
| Statement Date | 12/31/2024 | Currency Code |

| | | | | |
|---|---|---|---|---|
| G/L Balance ($) | 243,936.46 | Statement Balance | 244,796.17 | |
| G/L Balance | 243,936.46 | Outstanding Deposits | 0.00 | |
| Positive Adjustments | 0.00 | | | |
| | | Subtotal | 244,796.17 | |
| Subtotal | 243,936.46 | Outstanding Checks | 859.71 | |
| Negative Adjustments | 0.00 | | | |
| | | Ending Balance | 243,936.46 | |
| Ending G/L Balance | 243,936.46 | | | |
| | | | | |
| Difference | 0.00 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Mississippi Pooled Trust F/B/O | G/L | 287.00 | 287.00 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | National Pooled Trust F/B/O Julius | G/L | 44.35 | 44.35 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Special Needs Trust F/B/O Samson | G/L | 63.00 | 63.00 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Special Needs Trust F/B/O Percival | G/L | 186.98 | 186.98 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Ohio McGivney Pooled SNT F/B/O | G/L | 67.36 | 67.36 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Supplemental Needs Trust F/B/O | G/L | 402.20 | 402.20 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | National Pooled Trust f/b/o Ronnie | G/L | 409.61 | 409.61 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | National Pooled Trust f/b/o Ronnie | G/L | 258.70 | 258.70 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Special Needs Trust F/B/O Isiah T. | G/L | 441.65 | 441.65 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Teresa M. Messina Third Party | G/L | 4,000.00 | 4,000.00 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Tennessee Pooled Trust f/b/o | G/L | 218.76 | 218.76 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Florida Pooled Trust F/B/O Sierra | G/L | 426.71 | 426.71 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Zy'Vek Howard NVPT | G/L | 152.94 | 152.94 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Special Needs Trust F/B/O John K. | G/L | 2,106.36 | 2,106.36 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Special Needs Trust F/B/O John K. | G/L | 1,799.95 | 1,799.95 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | William A. Collins Trust | G/L | 320.00 | 320.00 | 0.00 |
| 12/31/2024 | Payment | TRF 12/31/24 - | G/L | Ivan A. Burkhardt - FPT | G/L | 332.18 | 332.18 | 0.00 |
| Total Checks | | | | | | 292,355.28 | 292,355.28 | 0.00 |

**Deposits**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/2/2024 | Payment | 155 | G/L | The Center for Special Needs - | G/L | 4,869.00 | 4,869.00 | 0.00 |
| 12/2/2024 | Payment | 156 | G/L | The Center for Special Needs - | G/L | 22,505.39 | 22,505.39 | 0.00 |
| 12/16/2024 | Payment | 25675 | G/L | Close DIP retention account to Op | G/L | 280,854.40 | 280,854.40 | 0.00 |
| 12/17/2024 | Payment | 157 | G/L | The Center for Special Needs - | G/L | 42,711.53 | 42,711.53 | 0.00 |
| 12/18/2024 | Payment | 158 | G/L | The Center for Special Needs - | G/L | 15,256.22 | 15,256.22 | 0.00 |
| 12/18/2024 | Payment | 159 | G/L | Lawrence Stanard - Trust Retention | G/L | 2,030.46 | 2,030.46 | 0.00 |
| 12/18/2024 | Payment | 160 | G/L | FNBO Credit | G/L | 2,000.00 | 2,000.00 | 0.00 |
| 12/31/2024 | Payment | 161 | G/L | The Center for Special Needs - | G/L | 44,193.85 | 44,193.85 | 0.00 |
| Total Deposits | | | | | | 414,420.85 | 414,420.85 | 0.00 |

**Outstanding Checks**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/20/2024 | Payment | 30194 | G/L | Laura Davis | G/L | 145.39 | 0.00 | 145.39 |
| 12/20/2024 | Payment | 30197 | G/L | IntelePeer Cloud Communications, | G/L | 217.17 | 0.00 | 217.17 |
| 12/20/2024 | Payment | 30199 | G/L | Debra Weiss | G/L | 97.15 | 0.00 | 97.15 |
| 12/20/2024 | Payment | 30201 | G/L | Pitney Bowes Bank Inc Purchase | G/L | 400.00 | 0.00 | 400.00 |
| Total Outstanding Checks | | | | | | 859.71 | | |

# Analyzed Business Checking

Account number: ████ 3831 ■ December 1, 2024 - December 31, 2024 ■ Page 1 of 4



WELLS FARGO

THE CENTER FOR SPECIAL NEEDS TRUST ADMIN
CORPORATE ACCOUNT
DEBTOR IN POSSESSION
CH11 CASE #24-00676 (MFL)
PO BOX 17296
CLEARWATER FL 33762-0296

### Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
1-800-CALL-WELLS (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ████3831 | $122,730.60 | $414,420.85 | -$292,355.28 | $244,796.17 |

### Credits
Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/02 | 4,869.00 | Online Transfer Trustee Fee Ref #Bb0Qgkw9Wk |
| | 12/02 | 22,505.39 | Online Transfer Trustee Fees Ref #Bb0Qgkwkb2 |
| | 12/16 | 280,854.40 | Online Transfer Transfer Close Ref #Bb0QM8Zbhd |
| | 12/17 | 42,711.53 | Online Transfer 121724 Trustee Fees Ref #Bb0Qmpzn2P |
| | 12/18 | 4,030.46 | Desktop Check Deposit |
| | 12/18 | 15,256.22 | Online Transfer 2024 Trustee Fees Ref #Bb0Qmw6V65 |
| | 12/31 | 44,193.85 | Online Transfer Nov 2024 CC Ref #Bb0Qs8J73V |
| | | $414,420.85 | Total electronic deposits/bank credits |
| | | $414,420.85 | Total credits |

### Debits
Electronic debits/bank debits

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---|---|---|
| | 12/02 | 4,585.00 | < | Business to Business ACH Debit - Puzzle Hr Bill.Com 015Hlxbywn97Em8 Puzzle Hr - Inv #1900-21779 |
| | 12/03 | 2,530.00 | < | Business to Business ACH Debit - Clientsfirstbusi Purchase 241203 xxxxx5008 The Center for Special |
| | 12/05 | 9,725.76 | | WT Fed#09062 Berkshire Bank /Ftr/Bnf=Paylocity Corporation Srf# 12/06/24 Payroll Trn#241205167886 Rfb# 42 |
| | 12/05 | 30,571.07 | | WT 241205-167785 Fifth Third Bank, N /Bnf=Paylocity Corporation Srf# 12/06/24 Payroll Trn#241205167785 Rfb# 41 |
| | 12/09 | 55.30 | < | Business to Business ACH Debit - Amtrust NA Payment Dec 06 39210545 The Center for Special |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Account number: ███████3831 ■ December 1, 2024 - December 31, 2024 ■ Page 2 of 4



*Electronic debits/bank debits (continued)*

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---|---|---|
| | 12/10 | 2,427.01 | < | Business to Business ACH Debit - Mid Atlantic Tr ACH Pulls 241209 Centspnd The Center for Special Needs Trust Administration |
| | 12/11 | 1,558.72 | | Client Analysis Srvc Chrg 241210 Svc Chge 1124 000001464553831 |
| | 12/11 | 787.10 | < | Business to Business ACH Debit - Colonial Life Pay-IN for 928941658043741 Center for Special Nee |
| | 12/11 | 14,605.15 | < | Business to Business ACH Debit - United Healthcar EDI Paymts 815516421639 1*241209143~lea*1*241209141~ |
| | 12/16 | 9,487.42 | | WT Fed#04926 Berkshire Bank /Ftr/Bnf=Paylocity Corporation Srf# 12/20/24 Payroll Trn#241216224626 Rfb# 43 |
| | 12/16 | 21,330.25 | | ACH Prep Origintn - The Center for S - File 7878782339 Coid 1593705979 |
| | 12/16 | 24,383.41 | | ACH Prep Origintn - The Center for S - File 7878782339 Coid 1593705979 |
| | 12/16 | 29,897.58 | | WT 241216-224654 Fifth Third Bank, N /Bnf=Paylocity Corporation Srf# 12/20/24 Payroll Trn#241216224654 Rfb# 44 |
| | 12/18 | 45,743.13 | < | Business to Business ACH Debit - 1st Bankcard Ctr Online Pmt 241218 CC0009701671 0000The Center for S |
| | 12/20 | 573.71 | < | Business to Business ACH Debit - 181935 Center Fo Billing 241220 181935 Inv2515237 |
| | 12/23 | 1,655.87 | < | Business to Business ACH Debit - Plic-Sbd Insur Clm 241220 Pact#240260900 Wells Fargo Corp |
| | 12/24 | 2,435.17 | < | Business to Business ACH Debit - Mid Atlantic Tr ACH Pulls 241223 Centspnd The Center for Special Needs Trust Administration |
| | 12/26 | 53.23 | < | Business to Business ACH Debit - Amtrust NA Payment Dec 23 39301210 The Center for Special |
| | 12/27 | 12,297.80 | | WT Fed#04326 Berkshire Bank /Ftr/Bnf=Paylocity Corporation Srf# 12/31/24 Payroll Trn#241227131200 Rfb# 47 |
| | 12/27 | 37,259.36 | | WT 241227-131173 Fifth Third Bank, N /Bnf=Paylocity Corporation Srf# 12/31/24 Payroll Trn#241227131173 Rfb# 46 |
| | 12/30 | 30,095.86 | | Online Transfer Nov 2024 Loans Ref #Bb0Qrsgwdb |
| | | $282,057.90 | | Total electronic debits/bank debits |

*< Business to Business ACH:  If this is a business account, this transaction has a return time frame of one business day from post date.  This time frame does not apply to consumer accounts.*

*Checks paid*

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 30181 | 72.85 | 12/04 | 30190 | 229.89 | 12/26 | 30195* | 7,530.80 | 12/27 |
| 30184* | 341.81 | 12/02 | 30191 | 320.63 | 12/24 | 30196 | 341.81 | 12/30 |
| 30185 | 73.59 | 12/03 | 30192 | 68.75 | 12/23 | 30198* | 147.98 | 12/27 |
| 30188* | 277.76 | 12/26 | 30193 | 507.19 | 12/30 | 30200* | 100.00 | 12/27 |
| 30189 | 284.32 | 12/26 | | | | | | |
| | | | $10,297.38 | Total checks paid | | | | |

*\* Gap in check sequence.*

|  | $292,355.28 | Total debits |
|---|---|---|

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0055137
Sheet 00002 of  00004

Account number: ████3831 ■ December 1, 2024 - December 31, 2024 ■ Page 3 of 4



## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/30 | 122,730.60 | 12/10 | 99,722.60 | 12/23 | 292,484.12 |
| 12/02 | 145,178.18 | 12/11 | 82,771.63 | 12/24 | 289,728.32 |
| 12/03 | 142,574.59 | 12/16 | 278,527.37 | 12/26 | 288,883.12 |
| 12/04 | 142,501.74 | 12/17 | 321,238.90 | 12/27 | 231,547.18 |
| 12/05 | 102,204.91 | 12/18 | 294,782.45 | 12/30 | 200,602.32 |
| 12/09 | 102,149.61 | 12/20 | 294,208.74 | 12/31 | 244,796.17 |

Average daily ledger balance    $191,946.98

---

ATM Cash Deposit Security Limitations

Effective November 6, 2024, the section of the Deposit Account Agreement titled "Depositing Funds," subsection titled "Our right to decline deposits," is deleted and replaced with the following:

Our right to decline deposits

We may decline all or part of a deposit, including cash, for any reason. This could happen, for example, if a payee isn't a co-owner, authorized signer, or authorized representative on your account, we can't verify an endorsement, the check was issued from a credit account, the dollar amount of the deposit, the check looks suspicious, or it's a non-U.S. item. If we decline a deposit that you mailed to us, we may return it to you at your cost (including charging you for postage and handling to return foreign currency coin or paper), or retain any invalid checks or other documents included in the deposit without crediting your account, at our discretion. There are limits on the total dollar amount of checks that can be deposited at Wells Fargo ATMs per transaction. We may decline ATM check deposits that exceed $1 million. For security reasons there may also be limits on the dollar amount or frequency of cash deposits you can make at Wells Fargo ATMs.

If we cannot verify an endorsement, we can also decline to pay, cash, or send the item for collection. We can require that all endorsers be present and that you deposit the item instead of cashing it.

Non-account owners are not allowed to deposit cash into consumer accounts. For business accounts, any person wanting to make a cash deposit must provide an acceptable form of identification before we accept a cash deposit.

---

Wells Fargo Deposit Account Agreement: Changes To Consumer Arbitration Agreement And Other Dispute Resolution Provisions

Effective November 6, 2024, we are updating the Wells Fargo Deposit Account Agreement. This includes changes to the dispute resolution provisions. Wells Fargo greatly values and appreciates its relationships with its customers. These changes are designed to ensure that in the unlikely event that a dispute arises between us, that there are streamlined procedures in place to ensure a fair and efficient process in arbitration.

The changes to the arbitration agreement applicable to Consumer Accounts ("Arbitration Agreement" or "Agreement") can be found at pp. 38-39 of the Wells Fargo Deposit Account Agreement, including: (a) the party initiating arbitration must sign the arbitration demand and include certain information in its demand; (b) any party may request to have the arbitration conducted by a video or in-person hearing or through written submissions, with certain exceptions: (c) like in federal court, the arbitrator may issue sanctions or order cost shifting under certain circumstances consistent with the Federal Rules of Civil Procedure; (d) all issues are for the arbitrator to decide, except that issues relating to whether an arbitration agreement exists or whether a dispute falls within that agreement, or whether the agreement is enforceable, are for a court to decide; and (e) a small claims court will determine whether a dispute falls within its jurisdiction if a party chooses to have a claim brought to such a court.

The updates also include changes to the Additional Terms and Services, located at pp. 42-43 of the Wells Fargo Deposit Account Agreement, including: (a) modifications to the class action waiver applicable in arbitration and litigation; and (b) the addition of a venue provision noting that if the Arbitration Agreement is ever deemed not applicable, then, except for disputes brought in small

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Account number: ████3831 ■ December 1, 2024 - December 31, 2024 ■ Page 4 of 4



claims court, the parties consent to the jurisdiction of the state or federal courts in the state whose laws govern the consumer's account.

The revised Deposit Account Agreement, effective November 6, 2024, is available at www.wellsfargo.com/online-banking/consumer-account-fees/, by calling the Bank at the number listed on your account statement, or by visiting a branch.

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Analyzed Business Checking

Account number: ███ 3872 ■ December 1, 2024 - December 31, 2024 ■ Page 1 of 3



THE CENTER FOR SPECIAL NEEDS TRUST ADMIN
CORPORATE RETENTION ACCOUNT
DEBTOR IN POSSESSION
CH11 CASE #24-00676 (MFL)
PO BOX 17296
CLEARWATER FL 33762-0296

### Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern
Time, Sun 9:00am-10:00pm Eastern Time:*

　1-800-CALL-WELLS (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (287)
　　　P.O. Box 6995
　　　Portland, OR 97228-6995

## Account summary

*Analyzed Business Checking*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ███3872 | $280,854.40 | $0.00 | -$280,854.40 | $0.00 |

## Debits

Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/16 | 280,854.40 | Online Transfer Transfer Close Ref #Bb0QM8Zbhd |
| | | $280,854.40 | Total electronic debits/bank debits |
| | | $280,854.40 | Total debits |

## Daily ledger balance summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| 11/30 | 280,854.40 | 12/16 | 0.00 |
| | Average daily ledger balance | $135,897.29 | |

ATM Cash Deposit Security Limitations

Effective November 6, 2024, the section of the Deposit Account Agreement titled "Depositing Funds," subsection titled "Our right to decline deposits," is deleted and replaced with the following:

Our right to decline deposits

We may decline all or part of a deposit, including cash, for any reason. This could happen, for example, if a payee isn't a co-owner, authorized signer, or authorized representative on your account, we can't verify an endorsement, the check was issued from a credit account, the dollar amount of the deposit, the check looks suspicious, or it's a non-U.S. item. If we decline a deposit that you mailed to us, we may return it to you at your cost (including charging you for postage and handling to return foreign currency coin or

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Account number: ████3872 ■ December 1, 2024 - December 31, 2024 ■ Page 2 of 3



paper), or retain any invalid checks or other documents included in the deposit without crediting your account, at our discretion. There are limits on the total dollar amount of checks that can be deposited at Wells Fargo ATMs per transaction. We may decline ATM check deposits that exceed $1 million. For security reasons there may also be limits on the dollar amount or frequency of cash deposits you can make at Wells Fargo ATMs.

If we cannot verify an endorsement, we can also decline to pay, cash, or send the item for collection. We can require that all endorsers be present and that you deposit the item instead of cashing it.

Non-account owners are not allowed to deposit cash into consumer accounts. For business accounts, any person wanting to make a cash deposit must provide an acceptable form of identification before we accept a cash deposit.

---

Wells Fargo Deposit Account Agreement: Changes To Consumer Arbitration Agreement And Other Dispute Resolution Provisions

Effective November 6, 2024, we are updating the Wells Fargo Deposit Account Agreement. This includes changes to the dispute resolution provisions. Wells Fargo greatly values and appreciates its relationships with its customers. These changes are designed to ensure that in the unlikely event that a dispute arises between us, that there are streamlined procedures in place to ensure a fair and efficient process in arbitration.

The changes to the arbitration agreement applicable to Consumer Accounts ("Arbitration Agreement" or "Agreement") can be found at pp. 38-39 of the Wells Fargo Deposit Account Agreement, including: (a) the party initiating arbitration must sign the arbitration demand and include certain information in its demand; (b) any party may request to have the arbitration conducted by a video or in-person hearing or through written submissions, with certain exceptions; (c) like in federal court, the arbitrator may issue sanctions or order cost shifting under certain circumstances consistent with the Federal Rules of Civil Procedure; (d) all issues are for the arbitrator to decide, except that issues relating to whether an arbitration agreement exists or whether a dispute falls within that agreement, or whether the agreement is enforceable, are for a court to decide; and (e) a small claims court will determine whether a dispute falls within its jurisdiction if a party chooses to have a claim brought to such a court.

The updates also include changes to the Additional Terms and Services, located at pp. 42-43 of the Wells Fargo Deposit Account Agreement, including: (a) modifications to the class action waiver applicable in arbitration and litigation; and (b) the addition of a venue provision noting that if the Arbitration Agreement is ever deemed not applicable, then, except for disputes brought in small claims court, the parties consent to the jurisdiction of the state or federal courts in the state whose laws govern the consumer's account.

The revised Deposit Account Agreement, effective November 6, 2024, is available at www.wellsfargo.com/online-banking/consumer-account-fees/, by calling the Bank at the number listed on your account statement, or by visiting a branch.

---

Please note: Your account has an ending balance of zero as of the date of this statement. Accounts with a zero balance will continue to be charged applicable fees (like the monthly service fee) until you request to close your account. We may close an account with a zero balance at month end without prior notification to you. Once an account is closed (either by you or us), no fees will be assessed on the account.

- To prevent closure by us without notification, an analyzed business account with a zero balance must have a transaction posted within the last three months of the most recent statement ending date.
- Examples of transactions are deposits and withdrawals made at a branch, ATM, online, mobile, or via telephone; one-time and recurring transfers made at a branch, ATM, online, mobile, or via telephone; automatic or electronic deposits; automatic or electronic payments, including Bill Pay; one-time and recurring purchases or payments made using a card or mobile device; checks paid from the account; and any bank-originated transactions, like monthly service or other fees.
- If you do not plan to keep this account, we encourage you to redirect recurring deposits and payments to another account.

Questions? Please contact your banker or call the phone number appearing on your statement.

We appreciate your business. Thank you for choosing Wells Fargo.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.



©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.