# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.

        Debtor.

_____/

Case No.: 8:24-bk-00676-RCT

Chapter 11

## NOTICE OF ISSUANCE OF SUBPOENAS

Michael I. Goldberg, Chapter 11 Trustee, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 45, hereby gives notice of the issuance of the following Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) (collectively, the "Subpoenas") on January 28, 2025 to:

1. North American Keg, LLC;
2. Olympus Marketing Group, LLC;
3. Gravitas Equity Partners, LLC;
4. Seaboard Craft Distilling Holdings, LLC;
5. Fat Point V2, LLC; and
6. The Center for Litigation Support, LLC.

True and correct copies the Subpoenas are attached to this Notice as **Composite Exhibit 1**.

Dated: January 28, 2025

AKERMAN LLP

By: /s/ *Raye C. Elliott*
    Raye C. Elliott, Esq.
    Florida Bar Number: 018732
    Email: raye.elliott@akerman.com
    Steven R. Wirth, Esq.
    Florida Bar No. 170380
    Email: steven.wirth@akerman.com
    401 East Jackson Street, Suite 1700
    Tampa, FL 33602
    Telephone: (813) 223-7333
    *Counsel for Chapter 11 Trustee, Michael I. Goldberg*

79659278;1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 28, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

                                  /s/ Raye C. Elliott
                                  Raye C. Elliott, Esq.

79659278;1