ORDERED.

Dated: January 24, 2025

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re

THE CENTER FOR SPECIAL NEEDS	Case No.: 8:24-bk-00676-RCT
TRUST ADMINISTRATION, INC.,	Chapter 11

    Debtor.
_____/

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS**
**COUNSEL FOR BOSTON FINANCE GROUP, LLC AND LEO J. GOVONI**
(Doc. 447)

THIS MATTER came before the Court upon the Motion for Leave to Withdraw as Counsel for Boston Finance Group, LLC and Leo J. Govoni ("**Motion**")[1] filed by Lara Roeske Fernandez, Esq., Eric S. Koenig, Esq. and William A. McBride, Esq. and Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A. ("**Trenam**"). The Motion was served upon all interested parties and included the Local Rule 2002-4 negative-notice legend informing the parties of their opportunity to respond within twenty-one (21) days of service, plus an additional

---

[1] Capitalized terms not otherwise defined herein have the same meaning and definition as in the Motion.

three (3) days for service if any party was served by U.S. Mail. No party filed a response within the time permitted and the Court deems the matter to be unopposed. The Court having reviewed the Motion and the record, finds that it is appropriate to grant the Motion. Accordingly, it is

**ORDERED**:

1. The Motion (Doc. 447) is granted.

2. Trenam is relieved of any further responsibilities in this matter.

3. Unless and until Boston Finance Group, LLC and Leo J. Govoni retain new counsel and said counsel formally appears in the case, all further correspondence and pleadings shall be addressed to Boston Finance Group, LLC and Leo J. Govoni as follows:

Boston Finance Group, LLC
12707 49th St N, Suite 900
Clearwater, FL 33762

Leo J. Govoni
12707 49th St N, Suite 200
Clearwater, FL 33762.

Attorney Lara Roeske Fernandez is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.