**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re

THE CENTER FOR SPECIAL NEEDS　　　　　　　　Case No.: 8:24-bk-00676-RCT
TRUST ADMINISTRATION, INC.,　　　　　　　　　Chapter 11

　　　Debtor.
_____/

**CERTIFICATE OF SERVICE**
(Doc. No. 472)

I hereby certify that on January 28, 2025 a true and correct copy of the *Order Granting Motion for Leave to Withdraw as Counsel for Boston Finance Group, LLC and Leo J. Govoni* (Doc. No. 472) has been served via U.S. Mail on interested parties who do not receive service by CM/ECF: The Center for Special Needs Trust Administration, Inc., 12425 28th Street N, Saint Petersburg, FL 33716, Boston Finance Group, LLC, 12707 49th St N, Suite 900, Clearwater, FL 33762 and Leo J. Govoni, 12707 49th St N, Suite 200, Clearwater, FL 33762.

　　　　　　　　　　　　　　　　　　　　　*/s/ Lara Roeske Fernandez*
　　　　　　　　　　　　　　　　　　　　　LARA ROESKE FERNANDEZ
　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 0088500
　　　　　　　　　　　　　　　　　　　　　lfernandez@trenam.com
　　　　　　　　　　　　　　　　　　　　　TRENAM, KEMKER, SCHARF, BARKIN,
　　　　　　　　　　　　　　　　　　　　　FRYE, O'NEILL & MULLIS, P.A.
　　　　　　　　　　　　　　　　　　　　　101 E. Kennedy Boulevard, Suite 2700
　　　　　　　　　　　　　　　　　　　　　Tampa, Florida 33602
　　　　　　　　　　　　　　　　　　　　　Tel: (813) 223-7474