ORDERED.

**Dated:  January 30, 2025**

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Case No. 8:24-bk-00676-RCT |
| Debtor. _____/ | |

**ORDER GRANTING VERIFIED MOTION TO COMPEL
TURNOVER OF ALL DOCUMENTS RELATED TO THE
ALLEGED SPECIAL NEEDS TRUST(S) OF LAUREN TAYLOR**

This case is before the Court for hearing on January 9, 2025 at 9:30 a.m. upon the *Verified Motion to Compel Turnover of All Documents Related to the Alleged Special Needs Trust(s) of Lauren Taylor* (Doc. 455) (the "**Motion**")[1] and the *Chapter 11 Trustee's Response to Verified Motion to Compel Turnover of all Documents Related to the Alleged Special Needs Trust(s) of Lauren Taylor* (Doc. 463) (the "**Response**").

After reviewing the Motion, the Response, the record before the Court and having heard argument of counsel and movant at the hearing held on January 9, 2025, it is

---

[1] Capitalized terms used but not defined herein have the meanings given to them in the Motion and the Amendment.

79644305;1

2

**ORDERED**:

1. The Motion is **GRANTED**, as set forth herein.

2. To the extent not already provided, not later than 7 days from the entry of this Order, the Chapter 11 Trustee shall turn over to Lauren Taylor or her authorized representative, the following documents and records relating to the alleged Special Needs Trust(s) of Lauren Taylor that are in the possession, custody, or control of the Debtor:

   (i) Trust agreement documents;

   (ii) Account statements and financial records pertaining specifically to the trust activities for Lauren Taylor; and

   (iii) Correspondence directly related to the administration or management of Lauren Taylor's trust.

3. The Chapter 11 Trustee shall also continue to cooperate with movant and provide any documents responsive to movant's requests as soon as practicable after discovery of same.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

*Attorney Steven R. Wirth is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within 3 days of entry of the order.*