**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:

THE CENTER FOR SPECIAL NEEDS       Case No. 8:24-bk-00676-RCT
TRUST ADMINISTRATION, INC.,

                                                  Chapter 11

         Debtor.
_____/

**PROOF OF SERVICE**
(Doc. No. 474)

I HEREBY CERTIFY a true and accurate copy of the *Order Granting Official Committee of Unsecured Creditors' Motion to Expand Scope of Employment to be Trustee's Conflicts Counsel* (Doc. No. 474), that was filed with the Clerk of Court on January 31, 2025, has been furnished electronically to those parties registered to receive service via CM/ECF, including the United States Trustee, Debtor's Counsel and the Trustee's Counsel, and, via First Class Mail and via e-mail to the below service list, on February 4, 2025.

     Berkley Insurance Company
     Attention: John Shade, Claims Counsel
     433 South Main Street
     Suite 200
     West Hartford, Connecticut 06110
     jshade@berkleyfs.com

     LawyerCare
     Attention: Claims Department
     P.O. Box 150
     Okemos, Michigan 48805
     lawyercareclaimreporting@medmarc.com

Markel Service, Incorporated
c/o Kaplan Zeena LLP
Attention: James M. Kaplan
2 S. Biscayne Boulevard
One Biscayne Tower, Suite 3050
Miami, Florida 33131
James.kaplan@kaplanzeena.com

RSUI Indemnity Company
c/o Bailey Cavalieri LLC
Attention: Thomas E. Geyer
10 West Broad Street, Suite 2100
Columbus, Ohio 43215
tgeyer@baileycav.com

Dated: February 4, 2025.

                Respectfully submitted,

                /s/ Megan W. Murray
                Megan W. Murray
                Florida Bar Number 0093922
                Scott A. Underwood
                Florida Bar Number 730041
                Underwood Murray, P.A.
                100 N. Tampa St., Suite 2325
                Tampa, FL 33602
                Tel: (813) 540-8401 / Fax: (813) 553-5345
                Email: mmurray@underwoodmurray.com
                        sunderwood@underwoodmurray.com
                        detlinger@underwoodmurray.com
                *Counsel to the Committee*