**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

THE CENTER SPECIAL FOR SPECIAL NEEDS TRUST ADMINSTRATION, INC.,

Case No. 8:24-bk-676-RTC
Chapter 11

   Debtor.

**NOTICE OF FILING FEBRUARY 7, 2025,
LETTERS TO ALL BENEFICIARIES OF THE CENTER
FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.**

The Official Committee of Unsecured Creditors gives notice of filing letters sent to beneficiaries of The Center for Special Needs Trust Administration, Inc. regarding the status of the case.

Dated: February 8, 2025.

Respectfully submitted,
*/s/ Megan W. Murray*
Megan W. Murray, Esquire
Florida Bar Number 0093922
UNDERWOOD MURRAY, P.A.
100 N. Tampa Street, Suite 2325
Tampa, Florida 33602
Tel: (813) 540-8401 ‖ Fax: (813) 553-5345
Email: mmurray@underwoodmurray.com
*Counsel to the Committee*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court, has been furnished electronically to those parties registered to receive service via CM/ECF, including the United States Trustee, on February 8, 2025.

/s/s/ *Megan W. Murray*
Megan W. Murray