# Exhibit "A"



Megan W. Murray  
mmurray@underwoodmurray.com  
www.underwoodmurray.com

100 North Tampa St.  
Suite 2325  
Tampa, FL 33602

February 7, 2025

<u>*Sent via*</u>
U.S. Mail and any available emails to Beneficiaries that opted out of transfer to CPT Institute

    Re:    **NOTICE and ZOOM MEETING FEBRUARY 26, 2025 re: The Center for Special Needs Trust Administration, Inc.**

Dear Beneficiaries:

As you know, the Court appointed Michael Goldberg as Chapter 11 Trustee of the bankruptcy estate of The Center for Special Needs Trust Administration, Inc. The Chapter 11 Trustee is working to recover assets for the benefit of individual beneficiaries and recently obtained a judgment against Leo J. Govoni and Boston Finance Group, LLC in the amount of $88,065,957.13 in principal and $32,258,433.94 in interest, totaling $120,324,391.07 in damages. We will keep you informed of the status of collection efforts, but we anticipate the process will take time.

Also please be advised that the Center closed as of December 31, 2024. **Because you have selected a successor trustee, your successor trustee <u>must</u> immediately contact info@centertrust.org so the transfer of assets and information may be coordinated.**

Your successor trustee (or proper representative for your trust) is responsible for initiating all contact with The Center. Please have your successor trustee gather the following information (but do not delay contacting The Center simply because you do not have all of the following items):

1. Proof of a new trust fund banking /investment account;
2. New account information that includes ACH and ACAT transfer information;
3. a copy of your trust fund;

Please do not wait for the Center to contact you. **Your successor trustee is responsible for initiating all communications with The Center. Please have your successor trustee contact the Center at info@centertrust.org to check the status of the transfer and whether additional information is needed.**

You can find more information about the trust administration and wind down of the Center, including a list of attorneys willing to provide a free consultation, at the following link:

February 7, 2025
Page 2

_____

https://dm.epiq11.com/case/centerforspecialneedstrustadministration

**The Chapter 11 Trustee will provide an update on the status of the bankruptcy matter on <u>February 26, 2025 at 11: 00 a.m.</u> via Zoom at the following link:**

https://akerman.zoom.us/j/84434949617?pwd=dtU4iDWVckbHofLi1rqIbaa9hVywny.1

Meeting ID: 844 3494 9617
Passcode: 870525

One tap mobile
+13052241968,,84434949617# US
+16468769923,,84434949617# US (New York)

Dial by your location

    +1 305 224 1968 US
    +1 646 876 9923 US (New York)
    +1 646 931 3860 US
    +1 301 715 8592 US (Washington DC)
    +1 309 205 3325 US
    +1 312 626 6799 US (Chicago)
    +1 564 217 2000 US
    +1 669 444 9171 US
    +1 669 900 6833 US (San Jose)
    +1 689 278 1000 US
    +1 719 359 4580 US
    +1 253 205 0468 US
    +1 253 215 8782 US (Tacoma)
    +1 346 248 7799 US (Houston)
    +1 360 209 5623 US
    +1 386 347 5053 US
    +1 408 638 0968 US (San Jose)
    +1 507 473 4847 US

                                        Sincerely,

                                        */s/ Megan W. Murray*
                                        Megan W. Murray
                                        Counsel for the Official Committee of
                                        Unsecured Creditors