**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
TAMPA DIVISION

IN RE.                                                      CASE NO: 8:24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS TRUST        Chapter 11
ADMINISTRATION, INC.

     Debtor.

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned has been retained as counsel and appears

on behalf of creditor Ashley Lamendola, individually and minor child H.L, as beneficiaries of

trusts., in the above-styled action.  All parties are requested to serve copies of any and all motions,

pleadings, reports and/or documents of any kind filed in these proceedings upon said counsel.

Respectfully submitted,

DAMIAN | VALORI | CULMO
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
Primary Email: kmurena@dvllp.com
Secondary Email: jserna@dvllp.com

By:      */s/ Kenneth Dante Murena*
       Kenneth Dante Murena, Esq.
       Florida Bar No. 147486

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via

electronic transmission via this Court's CM/ECF filing system on February 10, 2025, on all

counsel and/or parties who have appeared in the above-styled proceeding.

*/s/ Kenneth Dante Murena*
Kenneth Dante Murena