**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
**FOR THE PERIOD BEGINNING January 1, 2025 and ending January 31, 2025**

Name of Debtor: The Center for Special Needs Trust Administration, Inc.
Date of Petition: February 9, 2024

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---:|---:|
| American Momentum Bank (AMB) | 4,577.42 | 3,422,494.31 |
| American Momentum Bank (AMB) - Retention | - | 369,701.69 |
| Wells Fargo Operating DIP | 243,936.46 | - |
| WellsFargo Retention DIP | - | - |
| Fidelity Investments Money Market (See Note) | - | - |
| **1. FUNDS AT BEGINNING OF PERIOD** | 248,513.88 | 3,792,196.00 |
| **2. RECEIPTS:** | | |
| A. Cash Sales | | |
| Minus: Cash Refunds | | |
| Net Cash Sales | | |
| B. Accounts Receivable | | - |
| C. Other Receipts *(See MOR-3)* | 9,428.04 | 813,224.92 |
| (If you receive rental income, you must attach a rent roll.) | | |
| **3. TOTAL RECEIPTS *(Lines 2A+2B+2C)*** | 9,428.04 | 813,224.92 |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)*** | 257,941.92 | 4,605,420.92 |
| **5. DISBURSEMENTS** | | |
| A. Advertising | | - |
| B. Bank Charges | 1,407.70 | 19,760.06 |
| C. Contract Labor | 29,586.16 | 29,586.16 |
| D. Fixed Asset Payments (not incl. in "N") | | - |
| E. Insurance | 61.36 | 258,771.08 |
| F. Inventory Payments *(See Attach. 2)* | | - |
| G. Leases | | 23,220.04 |
| H. Manufacturing Supplies (COGS) | | - |
| I. Office Supplies | | 4,735.41 |
| J. Payroll - Net *(See Attachment 4B)* | 14,667.78 | 1,319,346.18 |
| K. Professional Fees (Accounting & Legal) | 21,599.10 | 1,787,004.53 |
| K. Professional Fees (Other) | | 31,569.52 |
| L. Rent | | 61,226.15 |
| M. Repairs & Maintenance | | - |
| N. Secured Creditor Payments *(See Attach. 2)* | | - |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | | - |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | (34.28) |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | 10,479.59 |
| R. Telephone | 207.17 | 19,183.50 |
| S. Travel & Entertainment | | - |
| Y. U.S. Trustee Quarterly Fees | | 22,250.00 |
| U. Utilities | | 198.46 |
| V. Vehicle Expenses | | 652.58 |
| W. Other Operating Expenses *(See MOR-3)* | 49,804.24 | 876,863.53 |
| **6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)*** | 117,333.51 | 4,464,812.51 |
| **7. ENDING BALANCE *(Line 4 Minus Line 6)*** | 140,608.41 | 140,608.41 |
| **Bank Account Summary** | | |
| American Momentum Bank (AMB) | 4,577.42 | 4,577.42 |
| American Momentum Bank (AMB) - Retention | - | - |
| Wells Fargo Operating DIP | 136,030.90 | 136,030.90 |
| WellsFargo Retention DIP | - | - |
| Fidelity Investments Money Market (See Note) | - | - |
| | 140,608.32 | 140,608.32 |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This 18th day of February 2025

_____
William A Long Jr. As CRO

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c) These two amounts will always be the same if form is completed correctly.

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.
CASE NO. 8:24-bk-00676-RCT
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

On February 9, 2024, The Center for Special Needs Trust Administration, Inc. (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Middle District of Florida (Tampa), Case No. 8:24-bk-676-RCT. On March 8, 2024, the U.S. Trustee filed an Expedited Motion for Order Directing the United States Trustee to Appoint a Chapter 11 Trustee.. The Court granted the U.S. Trustee's Motion by Order dated March 11, 2024 and on March 21, 2024, the Court appointed Michael Goldberg as Chapter 11 Trustee (the "Bankruptcy Trustee"). In his capacity as Bankruptcy Trustee, Mr. Goldberg took custody and control of all assets and corporate records of the Debtor.

**THE FINANCIAL STATEMENTS ACCOMPANYING THE MONTHLY OPERATING REPORTS ARE BEING PROVIDED IN ACCORDANCE WITH THE SUPPORT DOCUMENTATION REQUIRED BY THE US TRUSTEE GUIDELINES FOR FILING CHAPTER 11 MONTHLY OPERATING REPORTS. THESE FINANCIAL STATEMENTS WERE NOT PREPARED OR COMPILED BY THE BANKRUPTCY TRUSTEE OR HIS FORENSIC ACCOUNTING FIRM. THEY ARE BASED ON INFORMATION CURRENTLY IN THE RECORDS OF THE DEBTOR AND AVAILABLE TO THE BANKRUPTCY TRUSTEE, AND ARE SUBJECT TO A NUMBER OF RISKS, UNCERTAINTIES, AND OTHER FACTORS THAT COULD CAUSE THE DEBTOR'S ACTUAL RESULTS, PERFORMANCE, PROSPECTS, AND OPPORTUNITIES TO DIFFER MATERIALLY FROM THOSE EXPRESSED IN, OR IMPLIED BY, THESE FINANCIAL STATEMENTS, AS A RESULT OF THE FINDINGS OF THE FORENSIC INVESTIGATION BEING PERFORMED BY THE BANKRUPTCY TRUSTEE'S COURT-APPROVED FORENSIC ACCOUNTANTS, WHICH INVESTIGATION IS IN ITS INFANCY. FACTORS THAT COULD CAUSE OR CONTRIBUTE TO RISKS INVOLVING THESE FINANCIAL STATEMENTS INCLUDE, BUT ARE NOT LIMITED TO, CHANGES IN THE DEBTOR'S BUSINESS AND OTHER FACTORS, INCLUDING RISK FACTORS, DEBT OBLIGATIONS, THE COMMINGLING OF TRUST FUND ASSETS, AND POTENTIAL FRAUD AND MISAPPROPRIATION OF FUNDS DISCUSSED IN THE CHAPTER 11 CASE MANAGEMENT SUMMARY FILED BY THE DEBTOR IN THE BANKRUPTCY CASE. IN ADDITION, NEITHER THE DEBTOR'S FINANCIALS NOR THESE FINANCIAL STATEMENTS HAVE BEEN AUDITED IN ACCORDANCE WITH GENERALLY ACCEPTED ACCOUNTING PRINCIPALS (GAAP) AND THEREFORE MAY NOT BE ACCURATE, RELIABLE OR COMPLETE. EXCEPT AS REQUIRED BY LAW, INCLUDING FURTHER ORDER OF THE BANKRUPTCY COURT, THE BANKRUPTCY TRUSTEE DOES NOT UNDERTAKE OR ASSUME ANY OBLIGATION TO RELEASE PUBLICLY ANY REVISIONS TO ANY FINANCIAL STATEMENT OR OTHERWISE.**

**Center for Special Needs Trust Administration, Inc**
**Statement of Assets, Liabilities, and Equity**
**As of January 31, 2025**

|  | January 31, 2025 |
|---|---:|
| **Current Assets** | |
| Cash | |
|   Operating Cash | $ 4,577.42 |
|   DIP Operating Cash | 136,030.90 |
|   Retention Cash | |
|   DIP Retention Cash | |
|   Money Market | 130,986.71 |
|   Cash Escrow | |
|   Undeposited funds | |
|   Reserve for uncollectable funds | (130,986.71) |
| **Total Cash** | 140,608.32 |
| Accounts Receivable | 42,229.61 |
| Allowance for Doubtful Accounts | (42,229.61) |
| **Net Accounts Receivable** | - |
| Investments | 776,847.95 |
| Loans Receivable (Short term) | 474,806.32 |
| Inventory | - |
| Prepaid Expenses | 273,488.42 |
| Other Current Assets | 606,811.84 |
| **Total Current Assets** | 2,272,562.85 |
| **Long Term Assets** | |
| Real Estate | 763,019.39 |
| Other Investments | 172,678.43 |
| **Property, Plant, and Equipment** | |
|   Computer Software | 76,628.77 |
|   Furniture and Equipment | - |
|   Automobile | - |
|   Leasehold Improvements | - |
|   Less: Accumulated Depreciation | (76,628.77) |
| **Net Property, Plant and Equipment** | - |
| Loans and Notes Receivable (Long term) | 106,234,198.57 |
| Loans due from Trust Accounts | 297,222.22 |
| Other Long Term Assets | - |
| **Total Long Term Assets** | 107,467,118.61 |
| **Total Assets** | $ 109,739,681.46 |

**Center for Special Needs Trust Administration, Inc**
**Statement of Assets, Liabilities, and Equity**
**As of January 31, 2025**

| | |
|---|---:|
| **Liabilities** | |
| **Current Liabilities** | |
| Accounts Payable | $ - |
| Credit Cards Liability | 79,773.86 |
| **Total Accounts Payable** | 79,773.86 |
| **Accrued Expenses** | |
| Acrued Interest Expense | - |
| Accrued Property Tax | - |
| Other Accrued Liabilities | 5,033.44 |
| Accrued Payroll Liabilities | (253.16) |
| Deferred Revenue | 4,950.00 |
| Interest Payable | - |
| Distribution Payable | - |
| **Total Accounts Payable and Accrued Expenses** | 89,504.14 |
| **Current Debt** | |
| CMS Approval Fees | - |
| Loan Payable - Current | - |
| Due To Center Clients | 103,642.12 |
| Line of Credit | - |
| **Total Current Liabilities** | 193,146.26 |
| **Long Term Liabilities** | |
| **Loans Payable** | |
| BFG LOC Amounts due Trusts | 106,234,198.57 |
| Other Liabilites | - |
| **Total Long Term Liabilities** | 106,234,198.57 |
| **Total Liabilities** | $ 106,427,344.83 |
| | |
| **Shareholders Equity** | |
| Capital Contributions | $ - |
| Members' Draw | - |
| Unrealized Gain(loss) on Securities | - |
| Retained Earnings | 3,388,774.08 |
| Net Income | (76,437.45) |
| **Total Shareholders Equity** | 3,312,336.63 |
| **Total Liabilities and Shareholders Equity** | $ 109,739,681.46 |

*Unaudited*

**Center for Special Needs Trust Administration, Inc**
**Statement of Profit and Loss**
**for the one month and 13 months ended**
**January 31, 2025**

| | For the 31 day period ended January 31, 2025 | For the Period February 9, 2024 through January 31, 2025 |
|---|---:|---:|
| **Revenue** | | |
| Trust Fees | $ 7,397.58 | $ 552,855.61 |
| Contributions/Grants | 2,030.46 | $ 60,880.94 |
| Other Income | - | $ 2,955.00 |
| Interest Income | - | $ 4,314.16 |
| **Total Revenue** | 9,428.04 | 621,005.71 |
| **Operating Expenses** | | |
| Payroll | 4,585.00 | 1,204,855.48 |
| Commission | - | 48,984.86 |
| Payroll Taxes | 61.36 | 87,175.18 |
| Employee Benefits | - | 3,686.64 |
| 401(k) Expense | - | 25,734.75 |
| Health Insurance | 14,667.87 | 160,587.22 |
| Dues and Subscriptions | - | 1,956.00 |
| Travel | 3.50 | 1,235.61 |
| Fees and Licenses | - | 5,846.66 |
| Equipment Rental | - | 7,447.68 |
| Office Supplies | 751.18 | 8,822.22 |
| Rent | - | 73,226.15 |
| Postage | 1,328.70 | 27,339.05 |
| Telephone & Internet | 10,981.17 | 164,723.56 |
| Insurance | - | 115,536.60 |
| Security | - | 27,199.42 |
| Professional Fees | 52,079.01 | 1,711,890.72 |
| Bank fees | 1,407.70 | 20,257.53 |
| Contract Labor | - | 95,850.00 |
| US Trustee Payments | - | 22,250.00 |
| Taxes | - | 9,350.47 |
| Depreciation and Amortization | - | - |
| **Total Operating Expenses** | 85,865.49 | 3,823,955.80 |
| Gain/Loss on sale | - | 1,550.00 |
| Other Expenses | - | - |
| **Total Other Income and Expense** | - | 1,550.00 |
| **Net Income** | $ (76,437.45) | (3,201,400.09) |

**Center for Special Needs Trust**
**Aged Accounts Receivable**

Pag 1
LDAVIS

(Detail, aged as of December 31, 2024)
Aged by    due date.

| No.<br>Due Date | Name<br>Description | Document Type | Number<br>Phone No. | Balance Due | Current<br>Contact | Up To 30 Days | 31 - 60 Days | Over 60 Days | Doc. Curr. |
|---|---|---|---|---|---|---|---|---|---|
| C00022 | Boston Finance Group | | | | | | | | |
| 12/15/2023 | Invoice INV001484 | Invoi | INV001430 | 3,928.77 | 0.00 | 0.00 | 0.00 | 3,928.77 | |
| 12/18/2023 | Invoice INV001485 | Invoi | INV001431 | 3,760.99 | 0.00 | 0.00 | 0.00 | 3,760.99 | |
| 12/19/2023 | Invoice INV001486 | Invoi | INV001432 | 5,859.85 | 0.00 | 0.00 | 0.00 | 5,859.85 | |
| 12/27/2023 | Invoice INV001487 | Invoi | INV001433 | 2,490.70 | 0.00 | 0.00 | 0.00 | 2,490.70 | |
| 1/23/2024 | Invoice INV001493 | Invoi | INV001437 | 16,108.20 | 0.00 | 0.00 | 0.00 | 16,108.20 | |
| 2/9/2024 | Invoice INV001494 | Invoi | INV001438 | 10,081.10 | 0.00 | 0.00 | 0.00 | 10,081.10 | |
| C00022 | Total Amount Due | | | 42,229.61 | 0.00 | 0.00 | 0.00 | 42,229.61 | |
| | | | Credit Limit: | No Limit | 0.00% | 0.00% | 0.00% | 100.00% | |
| | Report Total Amount Due | | | 42,229.61 | 0.00 | 0.00 | 0.00 | 42,229.61 | |
| | | | | | 0.00% | 0.00% | 0.00% | 100.00% | |
| | Allowance for Doubtful Accounts | | | | | | | (42,229.61) | |
| | Net Accounts Receivable | | | | | | | 0.00 | |

> **Note:**
> These invoices are expenses due to The Center for Special Needs Trust from Boston Financial Group The total balance of $42,339.61 may not be collectable from the Boston Financial Group.
> Balance are maintained and not written off until the collectability can be determined.
> The balance has been reserved as uncollectable so the Balance Sheet shows a net Zero balance.

**Center for Special Needs Trust**
**Aged Accounts Payable**

Monday, February 17, 2025 2:58 PM
Page   1
LDAVIS

(Detail, aged as of January 31, 2025)
Aged by   document date.

| No. | Name | Document | | | Aged Vendor Balances | | | | Doc. |
|---|---|---|---|---|---|---|---|---|---|
| Doc Date | Description | Type | Number | Balance Due | Current | 91 - 180 Days | 181 - 270 Days | Over 270 Days | Curr. |
| V00517 | Principal | | Phone: | | Contact: | | | | |
| 10/15/2014 | Principal | Payment | ACH08/22/14** | -1,015.93 | 0.00 | 0.00 | 0.00 | -1,015.93 | |
| 10/15/2014 | ACH08/22/14**. | Payment | ACH08/22/14** | 1,015.93 | 0.00 | 0.00 | 0.00 | 1,015.93 | |
| V00517 | Total Amount Due | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

| | Report Total Amount Due (USD) | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| | Credit Card Liability | | | 79,773.86 | | | | | |
| | Total Accounts Payable | | | 79,773.86 | | | | | |

**The Center for Special Needs Trust Administration, Inc.**
**Fixed Asset and Accumulated Depreciation Listing**
**as of January 31, 2025**

Software - Account 18010

| Date | Description | Amount |
|---|---|---:|
| 4/4/2012 | Real Solutions | 14,320.00 |
| 5/31/2012 | Real Solutions - NAV for clients software | 52,180.41 |
| 3/22/2013 | Clients First Business Solutions | 422.36 |
| 3/26/2013 | Clients First Business Solutions | 9,706.00 |
| | | 76,628.77 |

| Year | Activity | Acc. Dep |
|---|---|---:|
| 2024 | Net Acc. Dep Transactions for year | (76,628.77) |
| Grand Total | Total Acc. Dep per Acct 18490 | (76,628.77) |

**Total Net Assets** -

## The Center for Special Needs Trust
### Schedule of Cash Payment To Professional
### January 31, 2025

| Vendor | Purpose | Feb | Mar | Apr | May | June | July | August | September | October | November | December | 25-Jan | YTD Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bankruptcy** | | | | | | | | | | | | | | |
| Hill Ward and Henderson | Legal fees paid 2/9 by wire, posted to GL after filing | 100,000.00 | | | | | | - | | | - | | | 100,000.00 |
| Epiq Corporate Restructuring LLC | Bankruptcy Filings and Mailing/Claims Filing | | 58,295.47 | | | | 201,841.48 | 36,384.38 | | | 16,615.33 | 24,383.41 | | 337,520.07 |
| Cherry Bekaert, LLP | Center for Special Needs Trust Corporate Return | | | 4,623.33 | | | | | | | | | | 4,623.33 |
| Fiduciary Tax & Accounting Services LLC | Annual Trust Account Statements and Tax Filings | | 114,850.00 | 2,350.00 | | | | | | | | | | 117,200.00 |
| Nperspective Advisory Services, LLC | CRO - Bankruptcy Accounting and Consulting | | 29,986.01 | 49,085.90 | 52,053.08 | 46,450.04 | 42,185.27 | 35,401.15 | 36,592.54 | 32,343.26 | 35,135.51 | 21,330.25 | 21,599.10 | 402,162.11 |
| Mark Linksky | Trust Legal Work | | 400.00 | | | | | | | | | | | 400.00 |
| Beth Leythem | Releive retainer(paid pre-petition) | | | | | | | | | | | | | - |
| Akerman Law | Trustee Attorney | | | | | | | | | 359,184.22 | | | | 359,184.22 |
| Michael Goldberg | Bankruptcy Trusts | | | | | | | | | 22,150.00 | | | | 22,150.00 |
| Kaliamukamal | Forensic Accounting | | | | | | | | | 293,472.50 | | | | 293,472.50 |
| Underwood Murray PA | Creditor counsel | | | | | | | | | | 150,282.30 | | | 150,282.30 |
| **Total Bankruptcy Legal and Accounting** | | **100,000.00** | **203,531.48** | **56,059.23** | **52,053.08** | **46,450.04** | **244,026.75** | **71,785.53** | **36,592.54** | **707,149.98** | **202,033.14** | **45,713.66** | **21,599.10** | **1,786,994.53** |
| | | | | | | | | | | | | | | |
| **Other Professional Fees** | | | | | | | | | | | | | | |
| TASC | Cobra Adminstration Services | | | 69.52 | | | | | | | | | | 69.52 |
| Thomas Bales Jr. LLC | Real Estate Consulting and Property Management | | | 10,500.00 | | | 10,500.00 | | | 10,500.00 | - | | | 31,500.00 |
| My LLC | | | | | | | | | | | | | | - |
| Clients First Bus. Solutions | Charge related to bankruptcy data uploads, harddrive | | | | | | | | | | | | | - |
| **Total Other Professional Fees** | | **-** | **-** | **10,569.52** | **-** | **-** | **10,500.00** | **-** | **-** | **10,500.00** | **-** | **-** | **-** | **31,569.52** |
| | | | | | | | | | | | | | | |
| Total Professional Fees Month | | 100,000.00 | 203,531.48 | 66,628.75 | 52,053.08 | 46,450.04 | 254,526.75 | 71,785.53 | 36,592.54 | 717,649.98 | 202,033.14 | 45,713.66 | 21,599.10 | |
| | | | | | | | | | | | | | | |
| Total Professional Fees From YTD | | 100,000.00 | 303,531.48 | 370,160.23 | 422,213.31 | 468,663.35 | 723,190.10 | 794,975.63 | 831,568.17 | 1,549,218.15 | 1,751,251.29 | 1,796,964.95 | 1,818,564.05 | 1,818,564.05 |
| | | | | | | | | | | | | | | |
| Total Reported on Cash Flow Legal & Accounting YTD | | 100,000.00 | 303,531.48 | 359,600.71 | 411,653.79 | 458,103.83 | 244,026.75 | 773,916.11 | 810,508.65 | 1,395,425.00 | 1,597,458.00 | 1,643,172.00 | 1,664,771.00 | |
| Total Reported on Cash Flow Other YTD | | | | 10,569.52 | 10,569.52 | 10,569.52 | 10,500.00 | 21,069.52 | 21,069.52 | 153,793.00 | 153,793.00 | 153,793.00 | 153,793.00 | |
| Total on Cash Flow Report | | 100,000.00 | 303,531.48 | 370,170.23 | 422,223.31 | 468,673.35 | 254,526.75 | 794,985.63 | 831,578.17 | 1,549,218.00 | 1,751,251.00 | 1,796,965.00 | 1,818,564.00 | |
| | | | | | | | -10 | (typo on April MOR) | | | | | | |

**Bank Rec. Test Report**  
Center for Special Needs Trust

Monday, February 17, 2025 12:47 PM  
Page    1  
LDAVIS

| | |
|---|---|
| **Bank Account No.** | 01-10110 |
| **Statement No.** | 013125 |
| **Statement Date** | 1/31/2025 |

**Currency Code**

| | | | | |
|---|---|---|---|---|
| **G/L Balance ($)** | 4,577.42 | **Statement Balance** | 4,577.42 |
| **G/L Balance** | 4,577.42 | **Outstanding Deposits** | 0.00 |
| **Positive Adjustments** | 0.00 | | |
| **Subtotal** | 4,577.42 | **Subtotal** | 4,577.42 |
| **Negative Adjustments** | 0.00 | **Outstanding Checks** | 0.00 |
| **Ending G/L Balance** | 4,577.42 | **Ending Balance** | 4,577.42 |
| **Difference** | 0.00 | | |

| Posting Date | Document Type | Document No. | Account Type | Account No. | Description | Bal. Account Type | Bal. Account No. | Amount | Cleared / Balance Amt. | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |



**AMERICAN MOMENTUM BANK**
4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609
866-530-2265

*Customer Security Awareness*

```
                                        Date   1/31/25          Page     1
                                        Primary Account   Acct Ending 1640
                                        Enclosures

     The Center for Special Needs Trust
     P O Box 17296
     Clearwater FL 33762
```

Wherever you go, we're as close as your smartphone. Access your AMB accounts just about anywhere, anytime. Visit americanmomentum.bank or call us at 866-530-BANK (2265) for more information about our mobile banking solution.

## CHECKING ACCOUNTS

```
Account Title            The Center for Special Needs Trust
Full Analysis CML Checking      Number of Enclosures                  0
Account Number          Acct Ending 1640  Statement Dates   1/01/25 thru  2/02/25
Previous Balancing               4,577.42  Number of Days in this Statement    33
     Deposits                         .00  Average Ledger                4,577.42
     Checks/Debits                    .00  Average Collected             4,577.42
Service Charges                      .00
Interest Paid                        .00
Current Balance                  4,577.42
```

### DAILY BALANCE SUMMARY

| Date | Balance |
|---|---|
| 1/01 | 4,577.42 |

## OUTSTANDING CHECKS

**Reconciliation of Account**

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |
| | |

| | | | | | |
|---|---|---|---|---|---|
| | Enter bank balance from statement | | | | |
| | Add deposits not credited by bank (if any) | | | | |
| | **TOTAL** | | | | |
| outstanding checks, ATM, checkcard and other electronic withdrawals | Subtract outstanding checks, ATM, checkcard and other electronic withdrawals | | | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE** ➡ | | | | | |

## RECONCILIATION INSTRUCTIONS

Date _____

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any Maintenance Fee or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

---

When you opened your account, you received bank deposit agreements (disclosures) and fee schedule. You agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. You may obtain additional copies of the disclosures and fee schedule, which contain the current version of the terms and conditions of your account at any of our banking centers or writing to us at the address provided on the front of this statement.

To change your contact information such as address, phone number or e-mail address, please call 866-530-2265 or write to us on the address provided on the front of this statement.

## BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Account Statement**
In Case of Errors or Questions About Your Electronic Transfers Telephone us at 866-530-2265 or Write us at 4830 W. Kennedy Blvd., Suite 200, Tampa, FL 33609 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later that 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## IN CASE OF ERROR OR QUESTIONS ABOUT ELECTRONIC TRANSFERS FOR CONSUMERS

In case of errors or questions about your electronic transfers, (e.g., ATM, point-of-sale, direct deposits or withdrawal transactions) please contact us at the telephone number or address on this statement within 60 days of the statement on which the problem first appeared. Please provide us with your name and account number, describe the transaction you are unsure about (date/place/type, amount), and explain your concern.

We will investigate and correct any error promptly. For consumer accounts used primarily for personal, family or household purposes, we will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. For errors involving new accounts, point-of-sale or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for Visa® POS) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. For new accounts, we may take up to 20 business days (5 business days for Visa® POS) to credit your account for the amount you think is in error. If we request you put your complaint in writing and we do not receive it within 10 business days, we may not credit your account. For other accounts, we investigate, and we find we have made an error, we will credit your account at the conclusion of our investigation.

## YOUR DUTY TO REPORT OTHER ERRORS

You must examine your statement of account with "reasonable promptness". You are in the best position to discover errors and unauthorized transactions to your account. If you fail to notify us in writing at the address provided on this statement of suspected problems or unauthorized transactions within the time periods specified in your deposit account terms and conditions agreements (which periods are no more than 60 days after we make the statement available to you in some cases are 30 days or less), we are not liable to you for and you agree not to make a claim against us for the problems or unauthorized transactions.

**Bank Rec. Test Report**  
Center for Special Needs Trust

Monday, February 17, 2025 12:38 PM  
Page 1  
LDAVIS

| | |
|---|---|
| **Bank Account No.** | BA0005 |
| **Statement No.** | 013125 |
| **Statement Date** | 1/31/2025 |

**Currency Code**

| | | | | |
|---|---|---|---|---|
| G/L Balance ($) | 136,030.90 | | Statement Balance | 136,030.90 |
| G/L Balance | 136,030.90 | | Outstanding Deposits | 0.00 |
| Positive Adjustments | 0.00 | | Subtotal | 136,030.90 |
| Subtotal | 136,030.90 | | Outstanding Checks | 0.00 |
| Negative Adjustments | 0.00 | | Ending Balance | **136,030.90** |
| Ending G/L Balance | **136,030.90** | | | |
| Difference | 0.00 | | | |

| Posting Date | Document Type | Document No. | Account Type | Account No. | Description | Bal. Account Type | Bal. Account No. | Amount | Cleared / Balance Amt. | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| **Checks** | | | | | | | | | | |
| 12/20/2024 | Payment | 30194 | G/L | | Laura Davis | G/L | | 145.39 | 145.39 | 0.00 |
| 12/20/2024 | Payment | 30197 | G/L | | IntelePeer Cloud Communications, | G/L | | 217.17 | 217.17 | 0.00 |
| 12/20/2024 | Payment | 30199 | G/L | | Debra Weiss | G/L | | 97.15 | 97.15 | 0.00 |
| 12/20/2024 | Payment | 30201 | G/L | | Pitney Bowes Bank Inc Purchase | G/L | | 400.00 | 400.00 | 0.00 |
| 1/2/2025 | Payment | ACH 1/2/25 - | G/L | | Puzzle HR | G/L | | 4,585.00 | 4,585.00 | 0.00 |
| 1/3/2025 | Payment | ACH 1/3/25 - | G/L | | Clients First Business Solutions LLC | G/L | | 400.00 | 400.00 | 0.00 |
| 1/3/2025 | Payment | ACH 1/3/25 - | G/L | | Clients First Business Solutions LLC | G/L | | 2,130.00 | 2,130.00 | 0.00 |
| 1/6/2025 | Payment | TRF 1/6/25 - | G/L | | The Center for Special Needs Trust | G/L | | 1,287.64 | 1,287.64 | 0.00 |
| 1/6/2025 | Payment | ACH 1/6/25 - | G/L | | AmTrust North America | G/L | | 61.36 | 61.36 | 0.00 |
| 1/10/2025 | Payment | ACH 1/10/25 - | G/L | | United Healthcare | G/L | | 14,667.87 | 14,667.87 | 0.00 |
| 1/13/2025 | Payment | ACH 1/13/25 - | G/L | | Wells Fargo Service Charges | G/L | | 1,407.70 | 1,407.70 | 0.00 |
| 1/15/2025 | Payment | 30202 | G/L | | FedEx | G/L | | 374.10 | 374.10 | 0.00 |
| 1/15/2025 | Payment | 30203 | G/L | | FedEx | G/L | | 439.54 | 439.54 | 0.00 |
| 1/15/2025 | Payment | 30204 | G/L | | FedEx | G/L | | 117.36 | 117.36 | 0.00 |
| 1/15/2025 | Payment | 30205 | G/L | | FedEx | G/L | | 182.52 | 182.52 | 0.00 |
| 1/15/2025 | Payment | 30206 | G/L | | FedEx | G/L | | 224.01 | 224.01 | 0.00 |
| 1/15/2025 | Payment | 30207 | G/L | | Stevens & Stevens Business | G/L | | 320.63 | 320.63 | 0.00 |
| 1/15/2025 | Payment | 30208 | G/L | | IntelePeer Cloud Communications, | G/L | | 207.17 | 207.17 | 0.00 |
| 1/15/2025 | Payment | 30209 | G/L | | Biscom, Inc. | G/L | | 147.26 | 147.26 | 0.00 |
| 1/15/2025 | Payment | ACH 1/15/24 - | G/L | | Nperspective Advisory Services, | G/L | | 21,599.10 | 21,599.10 | 0.00 |
| 1/15/2025 | Payment | ACH 1/17/24 - | G/L | | John Burns | G/L | | 2,340.04 | 2,340.04 | 0.00 |
| 1/15/2025 | Payment | ACH 1/17/24 - | G/L | | Jean Gallo | G/L | | 2,402.55 | 2,402.55 | 0.00 |
| 1/15/2025 | Payment | ACH 1/17/24 - | G/L | | Michelle Diebert | G/L | | 6,038.27 | 6,038.27 | 0.00 |
| 1/15/2025 | Payment | 30210 | G/L | | Clients First Business Solutions, LLC | G/L | | 893.75 | 893.75 | 0.00 |
| 1/15/2025 | Payment | 30211 | G/L | | Thomas A. Bales Jr., LLC | G/L | | 3,500.00 | 3,500.00 | 0.00 |
| 1/16/2025 | Payment | ONL 1/16/25 - | G/L | | Thrive Operations, LLC | G/L | | 7,466.92 | 7,466.92 | 0.00 |
| 1/21/2025 | Payment | ONL 1/21/25 - | G/L | | First Bankcard | G/L | | 26,622.03 | 26,622.03 | 0.00 |
| 1/30/2025 | Payment | ACH 1/30/25 - | G/L | | John Burns | G/L | | 3,150.00 | 3,150.00 | 0.00 |
| 1/30/2025 | Payment | ACH 1/30/25 - | G/L | | Michelle Diebert | G/L | | 8,273.00 | 8,273.00 | 0.00 |
| 1/30/2025 | Payment | ACH 1/30/25 - | G/L | | Jean Gallo | G/L | | 3,203.30 | 3,203.30 | 0.00 |
| 1/30/2025 | Payment | ACH 1/30/25 - | G/L | | Laura Davis | G/L | | 679.00 | 679.00 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | | Timothy Ramsey - NCPT | G/L | | 1,390.00 | 1,390.00 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | | Allison Passino Special Needs Trust | G/L | | 291.00 | 291.00 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | | National Pooled Trust F/B/O Latanya | G/L | | 120.00 | 120.00 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | | National Pooled Trust F/B/O Latanya | G/L | | 171.39 | 171.39 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | | Lisa Barnes - FPT | G/L | | 199.36 | 199.36 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | | Jeannie Phillips - SNT | G/L | | 175.00 | 175.00 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | | California Pooled Trust F/B/O Tania | G/L | | 116.49 | 116.49 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | | Rebecca L. Enfinger Supplemental | G/L | | 196.08 | 196.08 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | | Rebecca L. Enfinger Supplemental | G/L | | 742.32 | 742.32 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | | Special Needs Trust F/B/O Lissette | G/L | | 250.00 | 250.00 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | | David Rodriguez - FPT | G/L | | 400.00 | 400.00 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | | McKee, Crystal - FPT | G/L | | 82.00 | 82.00 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | | Donnelle Irland - SNT | G/L | | 500.00 | 500.00 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | | Timothy Hartley - FPT | G/L | | 304.68 | 304.68 | 0.00 |

**Bank Rec. Test Report**  Monday, February 17, 2025 12:38 PM
Center for Special Needs Trust  Page    1
    LDAVIS

| | |
|---|---|
| **Bank Account No.** | BA0005 |
| **Statement No.** | 013125 |
| **Statement Date** | 1/31/2025 |

**Currency Code**

| | | | | |
|---|---|---|---|---|
| G/L Balance ($) | 136,030.90 | Statement Balance | 136,030.90 |
| G/L Balance | 136,030.90 | Outstanding Deposits | 0.00 |
| Positive Adjustments | 0.00 | | |
| | | Subtotal | 136,030.90 |
| Subtotal | 136,030.90 | Outstanding Checks | 0.00 |
| Negative Adjustments | 0.00 | | |
| | | Ending Balance | 136,030.90 |
| Ending G/L Balance | 136,030.90 | | |
| | | | |
| Difference | 0.00 | | |

| Date | Type | Description | | Payee | Acct | Amount | Amount | Balance |
|---|---|---|---|---|---|---:|---:|---:|
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | California Pooled Trust F/B/O | G/L | 66.11 | 66.11 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Te'Ata Jones Family Trust | G/L | 192.25 | 192.25 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Te'Ata Jones Family Trust | G/L | 183.67 | 183.67 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Te'Ata Jones Family Trust | G/L | 2,891.75 | 2,891.75 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Irrevocable SPT F/B/O Jack | G/L | 250.00 | 250.00 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | North Carolina Pooled Trust F/B/O | G/L | 400.00 | 400.00 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | The Avril Terry Special Needs Trust | G/L | 289.99 | 289.99 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | The Avril Terry Special Needs Trust | G/L | 755.00 | 755.00 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Cory Tipton - KYPT | G/L | 278.24 | 278.24 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | The Avril Terry Special Needs Trust | G/L | 319.76 | 319.76 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | The Avril Terry Special Needs Trust | G/L | 117.98 | 117.98 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | The Avril Terry Special Needs Trust | G/L | 801.43 | 801.43 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | The Avril Terry Special Needs Trust | G/L | 449.40 | 449.40 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | The Avril Terry Special Needs Trust | G/L | 319.76 | 319.76 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | The Autumn Downs Special Needs | G/L | 197.66 | 197.66 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | The Autumn Downs Special Needs | G/L | 127.42 | 127.42 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | The Autumn Downs Special Needs | G/L | 205.87 | 205.87 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | The Autumn Downs Special Needs | G/L | 132.97 | 132.97 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | The Delois Jones Special Needs | G/L | 140.44 | 140.44 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Florida Pooled Trust f/b/o Robert | G/L | 77.57 | 77.57 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Irrevocable SPT F/B/O Ryleigh | G/L | 250.00 | 250.00 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Homan, Terri - SNT | G/L | 199.89 | 199.89 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Naitonal Pooled Trust F/B/O Jeremy | G/L | 75.83 | 75.83 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Naitonal Pooled Trust F/B/O Jeremy | G/L | 90.83 | 90.83 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Texas Pooled Trust F/B/O Angelee | G/L | 114.99 | 114.99 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Texas Pooled Trust F/B/O Angelee | G/L | 108.58 | 108.58 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Karl Gustafson - NPT | G/L | 250.00 | 250.00 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Gertrude Nunn - FPT | G/L | 120.00 | 120.00 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Corey L. Coatley - KYPT | G/L | 63.00 | 63.00 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Sondra Berry - MSPT | G/L | 104.98 | 104.98 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | William A. Collins Trust | G/L | 300.00 | 300.00 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Florida Pooled Trust f/b/o Lloyd | G/L | 141.55 | 141.55 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | National Pooled Trust f/b/o | G/L | 250.00 | 250.00 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Florida Pooled Trust F/B/O Ruby | G/L | 111.00 | 111.00 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Florida Pooled Trust F/B/O Ruby | G/L | 49.81 | 49.81 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Indiana Pooled Trust F/B/O Karen | G/L | 108.05 | 108.05 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Florida Pooled Trust f/b/o/ Mary | G/L | 100.00 | 100.00 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Florida Pooled Trust f/b/o/ Mary | G/L | 159.00 | 159.00 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | The Floena Spencer Special Need | G/L | 52.98 | 52.98 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | The Floena Spencer Special Need | G/L | 53.35 | 53.35 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Christopher Edwards - NCPT | G/L | 600.00 | 600.00 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | James Cagney - NPT | G/L | 168.52 | 168.52 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | James Maehlmann II - FPT | G/L | 41.57 | 41.57 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | James Maehlmann II - FPT | G/L | 160.54 | 160.54 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | James Maehlmann II - FPT | G/L | 105.00 | 105.00 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | The Florida Pooled Trust F/B/O | G/L | 93.97 | 93.97 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | The Florida Pooled Trust F/B/O | G/L | 90.75 | 90.75 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | National Pooled Trust F/B/O Julius | G/L | 43.20 | 43.20 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | McClain, Megan - SNT | G/L | 456.20 | 456.20 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | McClain, Megan - SNT | G/L | 461.89 | 461.89 | 0.00 |

**Bank Rec. Test Report**  
Center for Special Needs Trust

Monday, February 17, 2025 12:38 PM  
Page   1  
LDAVIS

| | | |
|---|---|---|
| **Bank Account No.** | BA0005 | |
| **Statement No.** | 013125 | |
| **Statement Date** | 1/31/2025 | |

| | | | | | |
|---|---|---|---|---|---|
| G/L Balance ($) | 136,030.90 | | Statement Balance | 136,030.90 | |
| G/L Balance | 136,030.90 | | Outstanding Deposits | 0.00 | |
| Positive Adjustments | 0.00 | | | | |
| | | | Subtotal | 136,030.90 | |
| Subtotal | 136,030.90 | | Outstanding Checks | 0.00 | |
| Negative Adjustments | 0.00 | | | | |
| | | | Ending Balance | 136,030.90 | |
| Ending G/L Balance | 136,030.90 | | | | |
| Difference | 0.00 | | | | |

| Date | Type | Reference | | Payee | | Amount | Cleared | Diff |
|---|---|---|---|---|---|---|---|---|
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Kentucky Pooled Trust F/B/O | G/L | 140.60 | 140.60 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Ivan A. Burkhardt - FPT | G/L | 332.18 | 332.18 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Special Needs Trust F/B/O Percival | G/L | 171.39 | 171.39 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Tennessee Pooled Trust F/B/O | G/L | 384.50 | 384.50 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Ohio McGivney Pooled SNT F/B/O | G/L | 67.29 | 67.29 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Mitchell, Meleki - SNT | G/L | 1,073.42 | 1,073.42 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Special Needs Trust F/B/O Isiah T. | G/L | 104.09 | 104.09 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Special Needs Trust F/B/O | G/L | 207.38 | 207.38 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Special Needs Trust F/B/O | G/L | 683.34 | 683.34 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Special Needs Trust F/B/O Sendy | G/L | 895.06 | 895.06 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Special Needs Trust F/B/O Sendy | G/L | 683.32 | 683.32 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Special Needs Trust F/B/O Sandra | G/L | 561.85 | 561.85 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Ohio Pooled Trust f/b/o Barbara | G/L | 165.67 | 165.67 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Special Needs Trust F/B/O Sandra | G/L | 683.34 | 683.34 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Teresa M. Messina Third Party | G/L | 4,000.00 | 4,000.00 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Florida Pooled Trust F/B/O Sierra | G/L | 367.26 | 367.26 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Zy'Vek Howard NVPT | G/L | 399.82 | 399.82 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Balhoff, Reese Edward - SPT | G/L | 110.00 | 110.00 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Balhoff, Reese Edward - SPT | G/L | 598.90 | 598.90 | 0.00 |
| 1/31/2025 | Payment | TRF 1/31/25 - | G/L | Ohio Pooled Trust f/b/o Barbara | G/L | 115.89 | 115.89 | 0.00 |
| **Total Checks** | | | | | | 143,386.20 | 143,386.20 | 0.00 |

**Deposits**

| Date | Type | Reference | | Payee | | Amount | Cleared | Diff |
|---|---|---|---|---|---|---|---|---|
| 1/6/2025 | Payment | 162 | G/L | Lawrence Stanard - Trust Retention | G/L | 2,030.46 | 2,030.46 | 0.00 |
| 1/31/2025 | Payment | 163 | G/L | The Center for Special Needs - DEC | G/L | 25,192.89 | 25,192.89 | 0.00 |
| 1/31/2025 | Payment | 164 | G/L | The Center for Special Needs - | G/L | 7,397.58 | 7,397.58 | 0.00 |
| **Total Deposits** | | | | | | 34,620.93 | 34,620.93 | 0.00 |

# Analyzed Business Checking

Account number: ▮▮▮▮ 3831 ■ January 1, 2025 - January 31, 2025 ■ Page 1 of 3



THE CENTER FOR SPECIAL NEEDS TRUST ADMIN
CORPORATE ACCOUNT
DEBTOR IN POSSESSION
CH11 CASE #24-00676 (MFL)
PO BOX 17296
CLEARWATER FL 33762-0296

**Questions?**

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*

1-800-CALL-WELLS (1-800-225-5935)

*Online:* wellsfargo.com

*Write:*   Wells Fargo Bank, N.A. (287)
         P.O. Box 6995
         Portland, OR  97228-6995

## Account summary

*Analyzed Business Checking*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ▮▮▮3831 | $244,796.17 | $34,812.01 | -$143,577.28 | $136,030.90 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 01/06 | 191.08 | Online Transfer Nov 2024 CC Ref #Bb0Qvccw3Q |
| | 01/06 | 2,030.46 | Online Transfer Lawrence Stanard Ref #Bb0Qv8J85L |
| | 01/31 | 7,397.58 | Online Transfer Trustee Fees Ref #Bb0R5Ccg4D |
| | 01/31 | 25,192.89 | Online Transfer Dec 2024 CC Reimb Ref #Bb0R5C3Gkt |
| | | $34,812.01 | Total electronic deposits/bank credits |
| | | $34,812.01 | Total credits |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---|---|---|
| | 01/02 | 61.36 | < | Business to Business ACH Debit - Amtrust NA Payment Dec 31 39342885 The Center for Special |
| | 01/02 | 4,585.00 | < | Business to Business ACH Debit - Puzzle Hr Bill.Com 015Wapheniafcov Puzzle Hr - Inv #1900-22414 |
| | 01/03 | 2,530.00 | < | Business to Business ACH Debit - Clientsfirstbusi Purchase 250103 xxxxx5432 The Center for Special |
| | 01/06 | 1,287.64 | | Online Transfer Nov 2024 Fraud Transactions Ref #Bb0Qvcd43F |
| | 01/10 | 14,667.87 | < | Business to Business ACH Debit - United Healthcar EDI Paymts 242658963669 89622~SE*10*38937~GE*1*250108153~Iea*1*250108151~ |
| | 01/13 | 1,407.70 | | Client Analysis Srvc Chrg 250110 Svc Chge 1224 000001464553831 |
| | 01/15 | 2,340.04 | | ACH Prep Origintn - The Center for S - File 7878782339 Coid 1593705979 |
| | 01/15 | 2,402.55 | | ACH Prep Origintn - The Center for S - File 7878782339 Coid 1593705979 |
| | 01/15 | 6,038.27 | | ACH Prep Origintn - The Center for S - File 7878782339 Coid 1593705979 |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



*Electronic debits/bank debits (continued)*

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---:|---|---|
| | 01/15 | 21,599.10 | | ACH Prep Origintn - The Center for S - File 7878782339 Coid 1593705979 |
| | 01/16 | 7,466.92 | < | Business to Business ACH Debit - Thrive Purchase 250115 The Center for The Center for Special |
| | 01/22 | 26,622.03 | < | Business to Business ACH Debit - 1st Bankcard Ctr Online Pmt 250122 CC0009788764 0000The Center for S |
| | 01/30 | 679.00 | | ACH Prep Origintn - The Center for S - File 7878782339 Coid 1593705979 |
| | 01/30 | 3,150.00 | | ACH Prep Origintn - The Center for S - File 7878782339 Coid 1593705979 |
| | 01/30 | 3,203.30 | | ACH Prep Origintn - The Center for S - File 7878782339 Coid 1593705979 |
| | 01/30 | 8,273.00 | | ACH Prep Origintn - The Center for S - File 7878782339 Coid 1593705979 |
| | 01/30 | 29,806.37 | | Online Transfer Dec Loans Ref #Bb0R4W29Vq |
| | 01/31 | 191.08 | | Online Transfer Nov CC Refund Dist Should Be Tpit Ref #Bb0R5C2Y6H |
| | | **$136,311.23** | | Total electronic debits/bank debits |

< *Business to Business ACH:* If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---:|---|---|---:|---|---|---:|---|
| 30194 | 145.39 | 01/06 | 30203 | 439.54 | 01/22 | 30208 | 207.17 | 01/23 |
| 30197* | 217.17 | 01/17 | 30204 | 117.36 | 01/22 | 30209 | 147.26 | 01/22 |
| 30199* | 97.15 | 01/30 | 30205 | 182.52 | 01/22 | 30210 | 893.75 | 01/21 |
| 30201* | 400.00 | 01/02 | 30206 | 224.01 | 01/22 | 30211 | 3,500.00 | 01/21 |
| 30202 | 374.10 | 01/22 | 30207 | 320.63 | 01/22 | | | |
| | | | | **$7,266.05** | Total checks paid | | | |

\* *Gap in check sequence.*

**$143,577.28** Total debits

Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 12/31 | 244,796.17 | 01/13 | 221,932.75 | 01/22 | 149,047.50 |
| 01/02 | 239,749.81 | 01/15 | 189,552.79 | 01/23 | 148,840.33 |
| 01/03 | 237,219.81 | 01/16 | 182,085.87 | 01/30 | 103,631.51 |
| 01/06 | 238,008.32 | 01/17 | 181,868.70 | 01/31 | 136,030.90 |
| 01/10 | 223,340.45 | 01/21 | 177,474.95 | | |

Average daily ledger balance   $192,558.26

---

Wells Fargo Deposit Account Agreement: Changes To Consumer Arbitration Agreement And Other Dispute Resolution Provisions

Effective November 6, 2024, we are updating the Wells Fargo Deposit Account Agreement. This includes changes to the dispute resolution provisions. Wells Fargo greatly values and appreciates its relationships with its customers. These changes are designed to ensure that in the unlikely event that a dispute arises between us, that there are streamlined procedures in place to ensure a fair and efficient process in arbitration.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



The changes to the arbitration agreement applicable to Consumer Accounts ("Arbitration Agreement" or "Agreement") can be found at pp. 38-39 of the Wells Fargo Deposit Account Agreement, including: (a) the party initiating arbitration must sign the arbitration demand and include certain information in its demand; (b) any party may request to have the arbitration conducted by a video or in-person hearing or through written submissions, with certain exceptions; (c) like in federal court, the arbitrator may issue sanctions or order cost shifting under certain circumstances consistent with the Federal Rules of Civil Procedure; (d) all issues are for the arbitrator to decide, except that issues relating to whether an arbitration agreement exists or whether a dispute falls within that agreement, or whether the agreement is enforceable, are for a court to decide; and (e) a small claims court will determine whether a dispute falls within its jurisdiction if a party chooses to have a claim brought to such a court.

The updates also include changes to the Additional Terms and Services, located at pp. 42-43 of the Wells Fargo Deposit Account Agreement, including: (a) modifications to the class action waiver applicable in arbitration and litigation; and (b) the addition of a venue provision noting that if the Arbitration Agreement is ever deemed not applicable, then, except for disputes brought in small claims court, the parties consent to the jurisdiction of the state or federal courts in the state whose laws govern the consumer's account.

The revised Deposit Account Agreement, effective November 6, 2024, is available at www.wellsfargo.com/online-banking/consumer-account-fees/, by calling the Bank at the number listed on your account statement, or by visiting a branch.

---

Provision of Emergency Services to Wells Fargo Visa Debit Card Holders

We provide certain emergency services to our Wells Fargo Visa debit card holders, including a Cardholder Inquiry Service, Emergency Card Replacement, and Lost/Stolen Card Reporting. To obtain emergency services related to your Wells Fargo Visa Debit Card, please call the toll-free or international collect-call telephone number on the back of your card.


NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.