UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

THE CENTER FOR SPECIAL NEEDS             Case No.: 8:24-bk-00676-RCT
TRUST ADMINISTRATION, INC.,              Chapter 11

    Debtor.
_____/

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR FIDUCIARY TAX & ACCOUNTING SERVICES LLC, AUSTIN COLBY CO., BOSTON FINANCE GROUP, LLC, LEO J. GOVONI, PROPERTYCRAFT ENTERPRISES, INC., AND BOSTON ASSET MANAGEMENT, INC.**

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at Sam M. Gibbons U.S. Courthouse, 801 N Florida Ave, Suite 555, Tampa, FL 33602 and, if the moving party is not represented by an attorney, mail a copy to the moving party at Edward J. Peterson III, Johnson Pope Bokor Ruppel & Burns, 400 N. Ashley Drive, Suite 3100, Tampa, FL 33602 within 14 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

Edward J. Peterson III, Esq. of Johnson Pope Bokor Ruppel & Burns ("**Johnson Pope**") moves the Court for permission to withdraw as counsel of record for Fiduciary Tax & Accounting

Services, LLC, Austin Colby Co., Boston Finance Group, LLC, Leo J. Govoni, Propertycraft Enterprises, Inc., and Boston Asset Management, Inc., and in support states as follows:

1. Johnson Pope is counsel of record for Fiduciary Tax & Accounting Services, LLC, Austin Colby Co., Boston Finance Group, LLC, Leo J. Govoni, Propertycraft Enterprises, Inc., and Boston Asset Management, Inc., in this matter.

2. Johnson Pope seeks to withdraw as counsel of record for Fiduciary Tax & Accounting Services, LLC, Austin Colby Co., Boston Finance Group, LLC, Leo J. Govoni, Propertycraft Enterprises, Inc., and Boston Asset Management, Inc., as irreconcilable differences have arisen between Johnson Pope and Fiduciary Tax & Accounting Services, LLC, Austin Colby Co., Boston Finance Group, LLC, Leo J. Govoni, Propertycraft Enterprises, Inc., and Boston Asset Management, Inc..

3. As of the date of this motion, Johnson Pope has not been advised as to whether Fiduciary Tax & Accounting Services, LLC, Austin Colby Co., Boston Finance Group, LLC, Leo J. Govoni, Propertycraft Enterprises, Inc., and Boston Asset Management, Inc., will be retaining substitute counsel.

4. Further correspondence should be addressed to: Fiduciary Tax & Accounting Services, LLC, John Witeck, Registered Agent, 737 Main Street, Suite 201, Safety Harbor, FL 34695; Austin Colby Co., 4912 Creekside Drive, Clearwater, FL 33760; Boston Finance Group, LLC, 4912 Creekside Drive, Clearwater, FL 33760; Leo J. Govoni, 4912 Creekside Drive, Clearwater, FL 33760; Propertycraft Enterprises, Inc., c/o Leo J. Govoni, 4912 Creekside Drive, Clearwater, FL 33760; and Boston Asset Management, Inc., 4912 Creekside Drive, Clearwater, FL 33760.

5. Pursuant to Local Rule 2091-2, a copy of this Motion to Withdraw as Counsel (the "**Motion**") will be served on the last known address for Fiduciary Tax & Accounting Services, LLC, John Witeck, Registered Agent, 737 Main Street, Suite 201, Safety Harbor, FL 34695; Austin Colby Co., 4912 Creekside Drive, Clearwater, FL 33760; Boston Finance Group, LLC, 4912 Creekside Drive, Clearwater, FL 33760; Leo J. Govoni, 4912 Creekside Drive, Clearwater, FL 33760; Propertycraft Enterprises, Inc., c/o Leo J. Govoni, 4912 Creekside Drive, Clearwater, FL 33760; Boston Asset Management, Inc., 4912 Creekside Drive, Clearwater, FL 33760; the Debtor The Center for Special Needs Trust Administration, Inc., 12425 28th St N, Saint Petersburg, FL 33716; Debtor's Counsel Daniel R Fogarty, Stichter, Riedel, Blain & Postler PA, 110 East Madison St, Suite 200, Tampa, FL 33602; Patrick Mosley, Hill, Ward, Henderson, 101 E. Kennedy Blvd, Suite 3700, PO Box 2231, Tampa, FL 33602; the Trustee Michael Goldberg, 201 East Las Olas Blvd, Suite 1800, Fort Lauderdale, FL 33301; and the US Trustee- Tampa, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602.

6. Johnson Pope requests that all current deadlines and hearings be continued for sixty (60) days for Fiduciary Tax & Accounting Services, LLC, Austin Colby Co., Boston Finance Group, LLC, Leo J. Govoni, Propertycraft Enterprises, Inc., and Boston Asset Management, Inc., to secure replacement counsel.

7. This Motion is not filed for any improper purposes or to delay this action.

**WHEREFORE**, Johnson Pope requests that this Court: 1) permit it to withdraw as counsel of record for Fiduciary Tax & Accounting Services, LLC, Austin Colby Co., Boston Finance Group, LLC, Leo J. Govoni, Propertycraft Enterprises, Inc., and Boston Asset Management, Inc. in this action; 2) relieve Johnson Pope from any further responsibilities in this matter; 3) allow Fiduciary Tax & Accounting Services, LLC, Austin Colby Co., Boston Finance Group, LLC, Leo

J. Govoni, Propertycraft Enterprises, Inc., and Boston Asset Management, Inc. additional time to obtain new counsel; 4) extend all current deadlines and continue all hearings for a period of sixty (60) days to allow for replacement counsel; and 5) award such other relief the Court deems appropriate under the circumstances.

Dated: February 26, 2025

/s/ Edward J. Peterson III
Edward J. Peterson III
Florida Bar No. 014612
edwardp@jpfirm.com
Johnson Pope Bokor Ruppel & Burns, LLP
400 N. Ashley Drive, Suite 3100
Tampa, Florida 33602
Tel: (813) 225-2500
Counsel for Fiduciary Tax & Accounting Services, LLC, Austin Colby Co., Boston Finance Group, LLC, Leo J. Govoni, Propertycraft Enterprises, Inc., and Boston Asset Management, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2025 a true and correct copy of the foregoing has been served via CM/ECF on all CM/ECF registered participants and by U.S. First Class Mail to: Fiduciary Tax & Accounting Services, LLC, John Witeck, Registered Agent, 737 Main Street, Suite 201, Safety Harbor, FL 34695; Austin Colby Co., 4912 Creekside Drive, Clearwater, FL 33760; Boston Finance Group, LLC, 4912 Creekside Drive, Clearwater, FL 33760; Leo J. Govoni, 4912 Creekside Drive, Clearwater, FL 33760; Propertycraft Enterprises, Inc., c/o Leo J. Govoni, 4912 Creekside Drive, Clearwater, FL 33760; and Boston Asset Management, Inc., 4912 Creekside Drive, Clearwater, FL 33760.

/s/ Edward J. Peterson III
Attorney