UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  CASE NO.: 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,  Chapter 11

   Debtor.
_____/

MICHAEL GOLDBERG, as Chapter 11 Trustee
Of the estate of Detor, The Center for Special
Needs Trust Administration, Inc.

   Plaintiff,

v.

BIG STORM REAL ESTATE LLC, BRIAR
CAPITAL REAL ESTATE FUND LLC,
MJMRBM LLC and PEDRO FALCON,

   Defendants.
_____/

## NOTICE OF APPEARANCE
## AND REQUEST FOR BANKRUPTCY NOTICES

Pursuant to rule 9010 of the Federal Rules of Bankruptcy Procedure, John W. Chapman, Jr., Esquire, of The John Chapman Law Firm, P.A., hereby enters his appearance as counsel for Defendant, PEDRO FALCON, in the above-styled cause.

In addition, pursuant to Bankruptcy Rule 2002, the Interested Party requests that all notices and other papers required to be served on creditors, official committees, or other parties-in-interest (whether served by the Court, the debtor, or any other party) be served on the undersigned counsel.

THE JOHN CHAPMAN LAW FIRM, P.A.<br>
1515 Ringling Boulevard, Suite 870<br>
Sarasota, Florida 34236<br>
Telephone: (941) 404-4616<br>
Facsimile: (941) 404-4605<br>
Primary email: jchapman@johnchapmanlaw.com<br>
Secondary email: assistant1@johnchapmanlaw.com

By: /s/ John Chapman
John W. Chapman, Jr.
Florida Bar No. 0846820

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via CM/ECF on March 5, 2025.

/s/ John Chapman
John W. Chapman, Jr., Esq.