

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/06/2025 10:00 AM

COURTROOM   8A

**HONORABLE ROBERTA COLTON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:24-bk-00676-RCT** | 11 | 02/09/2024 |

**Chapter 11**

**DEBTOR:**     The Center for Special Needs Trust Administration, Inc.


**DEBTOR ATTY:**  Mark Wall

**TRUSTEE:**    Michael Goldberg

**HEARING:**

(1) Con't   Status Conference
(2) Con't Amended Emergency Motion for Approval
of Trust Distribution Procedures by Debtor
(Doc #321)
Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Creditor Committee
Unsecured Creditors' Committee (related
document(s)[18], [63], [10]))   (Doc #118)
Supplement to Limited Objection to Debtors
Trust Motions and Reservations of Rights Filed
by Megan Wilson Murray on behalf of Creditor
Committee Unsecured Creditors' Committee
(related document(s)18, 63, 10) (Doc #465)
Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Trustee Michael
Goldberg (related document(s)[18], [63], [10]).
(Doc #119)
(3) Con't Emergency Motion for Interim
and Final Orders Granting (A) Authority to
(I) Maintain Trust Bank Accounts and to
Continue to Use Existing Business Forms
and Checks for Trust Bank Accounts, and
(II) Continue to Use Existing Trust Cash
Management System, and (B) Waiver
of Certain Investment and Deposit Guidelines
by Debtor (Doc 18)
Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Creditor Committee
Unsecured Creditors' Committee (related

document(s)[18], [63], [10])   (Doc #118)
Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Trustee Michael
Goldberg (related document(s)[18], [63], [10]).
(Doc #119)
(4) Con't Motion for an Order
Authorizing and Directing the Name Change
of Certain Trusts Administered by Debtor to Remove
References to the Theresa Alessandra
Russo Foundation Filed by John R Yant on behalf
of Creditor The Theresa Alessandra Russo Foundation
(Attachments: # [1] Exhibit A - Agreement) Doc #453
Response by Trustee (Doc #462)
Note: Prior Hearing: 9/9/24; 1/9/25
Related Advs Proceedings:
24-ap-139 Goldberg vs Boston Finance Grp
24-ap-343 Goldberg vs Fiduciary Tax & Acct'g Svcs
24-ap-407 Goldberg vs Propertycraft Enterprises

**APPEARANCES:**: Steven Wirth; Teresa Dorr; Ryan Yant; Kelly Roberts; Megan Murray

**WITNESSES:**

**EVIDENCE:**

**RULING:** ***(1) Con't   Status Conference -   CON'T TO 5/1/25 @ 11:00 AM (AOCNFNG)
***(2) Con't Amended Emergency Motion for Approval of Trust Distribution Procedures
by Debtor (Doc #321) -   CON'T 5/1/25 @ 11:00 AM (AOCNFNG)
Limited Objection to the Debtor's Trust Motions and Reservation of Rights by Creditor Committee Unsecured Creditors'
Committee (related document(s)[18], [63], [10])) (Doc #118)
Supplement to Limited Objection to Debtors Trust Motions and Reservations of Rights Filed
by Megan Wilson Murray on behalf of Creditor Committee Unsecured Creditors' Committee
(related document(s)18, 63, 10) (Doc #465)   Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Trustee Michael Goldberg (related document(s)[18], [63], [10]).
(Doc #119)   ***(3) Con't Emergency Motion for Interim and Final Orders Granting
(A) Authority to (I) Maintain Trust Bank Accounts and to Continue to Use Existing Business Forms and Checks for Trust Bank Accounts, and (II) Continue to Use Existing Trust Cash
Management System, and (B) Waiver of Certain Investment and Deposit Guidelines
by Debtor (Doc 18) -   CON'T 5/1/25 @ 11:00 AM (AOCNFNG)
Limited Objection to the Debtor's Trust Motions and Reservation of Rights by Creditor Committee Unsecured Creditors'
Committee (related document(s)[18], [63], [10])   (Doc #118)
Limited Objection to the Debtor's Trust Motions and Reservation of Rights by Trustee Michael
Goldberg (related document(s)[18], [63], [10]). (Doc #119)   ***(4) Con't Motion for an Order
Authorizing and Directing the Name Change of Certain Trusts Administered by Debtor to Remove References to the Theresa
Alessandra Russo Foundation Filed by John R Yant on behalf of Creditor The Theresa Alessandra Russo Foundation
(Attachments: # [1] Exhibit A - Agreement) Doc #453 -   GRANTED IN PART AS DISCUSSED IN OPEN COURT;
CON'T HEARING 5/1/25 @ 11:00 AM (AOCNFNG)    Response by Trustee (Doc #462)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.