**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                  Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                 Chapter 11

        Debtor.
_____

**CHAPTER 11 TRUSTEE'S MOTION FOR AUTHORITY TO REIMBURSE**
**EXPENSES FOR SHYLAH JAMES FRAZIER DISCRETIONARY TRUST**

Michael Goldberg, as Chapter 11 Trustee ("Chapter 11 Trustee") of the estate of The

Center for Special Needs Trust Administration, Inc. (the "Debtor"), files this Motion for Authority

to Reimburse Expenses for the Shylah James Frazier Discretionary Trust (the "Motion") and states:

1.      The Debtor was previously the co-trustee of the Shylah James Frazier Discretionary

Trust (the "Trust") with co-trustee, Sharon James ("Ms. James"). The Trust assets consist of funds

in a brokerage account at Wells Fargo Bank and monthly payments received from a structured

settlement which are held in a bank account controlled by the Debtor.

2.      After learning of this bankruptcy case and the misappropriation of funds by the

Debtor's founder, Leo Govoni, Ms. James blocked the Debtor's access to the Wells Fargo

brokerage account. In violation of the automatic stay, the Debtor was removed as co-trustee of the

Trust by an order dated June 7, 2024 issued by the New York Supreme Court for the County of

Bronx.

3.      The beneficiary of the Trust passed away on August 28, 2024.

4.      Prior to its removal as co-trustee, the Debtor paid expenses for the beneficiary of

the Trust from its own funds totaling $25,789.01. Additionally, the Debtor is owed trustee fees for

2024 for its administration of the Trust in the amount of $31,132.93. The total amount owed to the

Debtor is $56,921.94. A list of disbursements for the Trust paid by the Debtor for the period of January 1, 2024 through July 31, 2024 is attached as **Exhibit A**. The expenses paid by the Debtor include the beneficiary's care manager, health insurance premiums, home repair expenses, property taxes, and other expenses. An accounting for the Trust for the period of January 1, 2024 through June 30, 2024 is attached as **Exhibit B**.

5.      The Debtor has been unable to reimburse itself for the expenses paid by the Debtor on behalf of the beneficiary due to Ms. James' blocking of the Debtor from accessing the Wells Fargo brokerage account.

6.      The Debtor is holding sufficient funds from the structured settlement payments to reimburse itself in full. However, Ms. James refuses to authorize the Debtor to reimburse the expenses and trustee fee from the structured settlement payments.

7.      Since the beneficiary of the Trust passed away and pursuant to the terms of the Trust agreement, the assets of Trust can now be disbursed to the remainder beneficiary, Ms. James. However, Ms. James' refusal to permit the Debtor to pay the expenses and trustee fee from the funds it is holding has prevented the Debtor from wrapping up this Trust.

8.      Through this Motion, the Debtor seeks an order from this Court authorizing the Debtor to pay itself the total sum of $56,921.94 from the Trust's structured settlement payments and disburse the remaining funds it is holding to the remainder beneficiary, Ms. James. A proposed order granting this Motion is attached as **Exhibit C**.

2

WHEREFORE, Michael Goldberg, as Chapter 11 Trustee, respectfully requests that the Court grant this Motion and authorize the Debtor to reimburse itself from the Trust's funds it is holding, and for such other relief as the Court deems just.

AKERMAN LLP

By: */s/ Raye C. Elliott*
    Steven R. Wirth, Florida Bar No.: 170380
    Email: steven.wirth@akerman.com
    Raye C. Elliott, Florida Bar No.: 18732
    Email: raye.elliott@akerman.com
    401 East Jackson Street, Suite 1700
    Tampa, Florida 33602
    Telephone: (813) 223-7333
    Facsimile: (813) 223-2837

    *Counsel for Chapter 11 Trustee, Michael Goldberg*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 2, 2025, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record and that a copy was sent by U.S. Mail and email to:

Deepankar Mukerji
Deepankar Mukerji PLLC
445 Hamilton Ave., Ste. 1102
White Plains, NY 10601
Email: dmukerjilaw@gmail.com
*Attorney for Co-Trustee Sharon James*

Sharon James
24 Del Rey Dr.
Mount Vernon, NY 10552
Email: sharonjazier@aol.com
*Co-Trustee*

By: */s/ Raye Elliott*

# Exhibit A



**Trust Account: Shylah Frazier**

# Disbursements During Period

**1/1/2024 - 7/31/2024**

| Date | Name | Account | Amount |
|------|------|---------|--------|
| 01/10/2024 | Team Risk Management Strategies LLC | Care Manager | -5,165.12 |
| 01/12/2024 | Investment Services | Investment Services | -4,659.39 |
| 01/16/2024 | Sharon James | Home Maintenance/Repair - Reimbursemer | -1,425.00 |
| 01/17/2024 | City of Mount Vernon, NY | Real Estate Tax | -1,528.72 |
| 01/18/2024 | The Center for SNT Administration | Annual Fee | -150.00 |
| 01/23/2024 | Anthem Blue Cross and Blue Shield | Insurance-Medical | -1,445.81 |
| 01/23/2024 | Sharon James | Home Maintenance/Repair - Reimbursemer | -596.00 |
| 01/23/2024 | Team Risk Management Strategies LLC | Care Manager | -1,809.87 |
| 01/23/2024 | The Center for SNT Administration | Trustee Fee | -31,445.85 |
| 01/26/2024 | Team Risk Management Strategies LLC | Care Manager | -3,132.36 |
| 01/31/2024 | First Bankcard | Medical Expenses | -10.00 |
| 01/31/2024 | First Bankcard | Personal Needs | -44.94 |
| 02/01/2024 | Sharon James | Home Maintenance/Repair - Reimbursemer | -791.14 |
| 02/01/2024 | Verizon | Bundled Services | -162.05 |
| 02/09/2024 | Investment Services | Investment Services | 2.12 |
| 02/15/2024 | Team Risk Management Strategies LLC | Care Manager | -5,275.43 |
| 02/20/2024 | Con Edison | Utilities | -864.25 |
| 02/20/2024 | Team Risk Management Strategies LLC | Care Manager | -4,908.63 |
| 02/23/2024 | Anthem Blue Cross and Blue Shield | Insurance-Medical | -1,445.81 |
| 02/29/2024 | First Bankcard | Medical Expenses | -99.98 |
| 03/06/2024 | Team Risk Management Strategies LLC | Care Manager | -5,244.63 |
| 03/07/2024 | Team Risk Management Strategies LLC | Care Manager | -10,693.50 |
| 03/11/2024 | Fiduciary Tax & Accounting Services LLC | 1099 Filing Fee | -500.00 |
| 03/18/2024 | Board of Water Supply | Utilities | -203.84 |
| 03/18/2024 | Team Risk Management Strategies LLC | Care Manager | -2,928.24 |
| 03/18/2024 | Verizon | Bundled Services | -244.20 |
| 03/19/2024 | Allstate Indemnity Company | Insurance-Auto | -1,218.96 |
| 03/20/2024 | Team Risk Management Strategies LLC | Care Manager | -1,792.60 |
| 03/22/2024 | Anthem Blue Cross and Blue Shield | Insurance-Medical | -1,445.81 |
| 03/28/2024 | Team Risk Management Strategies LLC | Care Manager | -2,883.36 |
| 04/05/2024 | Team Risk Management Strategies LLC | Care Manager | -1,958.46 |
| 04/10/2024 | Allstate Indemnity Company | Insurance-Auto | 1,218.96 |
| 04/10/2024 | City of Mount Vernon, NY | Real Estate Tax | -1,132.97 |
| 04/11/2024 | Con Edison | Utilities | -889.09 |
| 04/11/2024 | Fiduciary Tax & Accounting Services LLC | Tax Preparation Fee | -800.00 |
| 04/11/2024 | Verizon | Bundled Services | -161.05 |
| 04/12/2024 | Investment Services | Investment Services | -4,864.44 |
| 04/12/2024 | Team Risk Management Strategies LLC | Care Manager | -3,051.36 |
| 04/15/2024 | First Bankcard | Vehicle Maintenance | -485.62 |
| 04/18/2024 | Team Risk Management Strategies LLC | Care Manager | -1,790.46 |
| 04/23/2024 | Anthem Blue Cross and Blue Shield | Insurance-Medical | -1,445.81 |
| 04/25/2024 | Team Risk Management Strategies LLC | Care Manager | -2,883.36 |
| 04/30/2024 | Allstate Indemnity Company | Insurance-Auto | -1,218.96 |
| 05/02/2024 | Team Risk Management Strategies LLC | Care Manager | -1,958.46 |
| 05/10/2024 | Shylah Frazier SNT | Funds Transfer - Other | -14,389.26 |
| 05/20/2024 | Team Risk Management Strategies LLC | Care Manager | -3,592.00 |



**Trust Account:  Shylah Frazier**

# Schedule B:  Disbursements During Period

**1/1/2024 - 7/31/2024**

| Date | Name | Account | Amount |
|------|------|---------|-------:|
| 05/22/2024 | Team Risk Management Strategies LLC | Care Manager | -1,675.53 |
| 05/23/2024 | Anthem Blue Cross and Blue Shield | Insurance-Medical | -1,445.81 |
| 06/11/2024 | Investment Services | Investment Services | 2.12 |
| 06/25/2024 | Anthem Blue Cross and Blue Shield | Insurance-Medical | -1,445.81 |
| 07/15/2024 | City of Mount Vernon NY | Real Estate Tax | -1,528.71 |
| 07/15/2024 | City of Mount Vernon, NY | Real Estate Tax | -2,630.92 |
| 07/15/2024 | First Bankcard | Entertainment | -54.12 |
| 07/15/2024 | First Bankcard | Home Maintenance/Repair | -51.98 |
| 07/15/2024 | First Bankcard | Personal Needs | -86.69 |
| 07/23/2024 | Anthem Blue Cross and Blue Shield | Insurance-Medical | -1,445.81 |
| | | **TOTAL:** | **-141,878.97** |

# Exhibit B

# TRUSTEE TRUST ACCOUNTING

**IN RE: Trust Account of:**

Shylah Frazier _____        **Acct No.** ▓▓0600 _____

### ACCOUNTING OF TRUSTEE

**FOR THE PERIOD COMMENCING:**    January 01, 2024 _____

**THROUGH:**    June 30, 2024 _____

The purpose of this accounting is to acquaint all interested persons with the transactions that have occurred during the period covered by the accounting and the assets that remain on hand.  It consists of a SUMMARY sheet, Schedule A showing all Receipts, Schedule B showing all Disbursements, Schedule C showing all Distributions, Schedule D showing all Capital Transactions and Adjustments (the effect of which are also reflected in other schedules, if appropriate), and Schedule E showing Assets on Hand at Close of the Accounting Period.

It is important that this accounting be carefully examined.  Requests for additional information and any questions should be addressed to the trustee. As provided by Fla. Stat. 736.1008(4)(c), an action for breach of trust based on matters disclosed in a trust accounting or other written report of the trustee may be subject to a 6-month statute of limitations from the receipt of the trust accounting or other written report. If you have questions, please consult your attorney.

Under penalties of perjury, I declare as an agent of the Trustee, that I have read and examined this accounting and the facts and figures set forth in the attached Summary and Schedules are true, to the best of my knowledge and belief, and that it is a complete report of all cash and property transactions and of all receipts and distributions made by the trustee of the Shylah Frazier Special Needs Trust from January  1, 2024, through June 30, 2024.

Executed this ___13th___ day of __August_____, 20 _24_

The Center for Special Needs Trust Administration, Inc
Trustee

By: *Donna Brown* _____
Donna Brown

P.O. Box 17296
Clearwater, FL 33762

# TRUSTEE TRUST ACCOUNTING

**IN RE: Trust Account of:**

Shylah Frazier                                              **Acct No.**    ███0600

### ACCOUNTING OF TRUSTEE

**FOR THE PERIOD COMMENCING:**    January 01, 2024

**THROUGH:**    June 30, 2024

## SUMMARY

**I.  Starting Balance**    Assets on Hand at Close of
Last Accounting Period                                                          $            2,308,985.61

**II. Receipts**
**Schedule A:**            Income        $                    0.00

Principal        $            76,150.70

Total Receipts:            $            76,150.70

Subtotal            $        2,385,136.31

**III. Disbursements**
**Schedule B:**            Income        $                    0.00

Principal        $        136,080.74**

Total Disbursements:        $        136,080.74**

Subtotal            $        2,249,055.57

**IV. Distributions**
**Schedule C:**            Income        $                    0.00

Principal        $                    0.00

Total Distributions:        $                    0.00

Subtotal            $        2,249,055.57

**V. Capital Transactions and Adjustments**
**Schedule D:**            **Account Change**            $            106,554.22

**VI. Assets on Hand at Close of Accounting Period**
**Schedule E:**            **Cash and Other  Assets**        $        2,355,609.79**

**See Note on Schedule E



**Trust Account:  Shylah Frazier**

**Schedule A:  Receipts During Period**

**1/1/2024 - 6/30/2024**

| Date | Name | Account | Amount |
|------|------|---------|--------|
| 04/05/2024 | New York Life Insurance | Periodic Payment | 15,230.14 |
| 04/29/2024 | New York Life Insurance | Periodic Payment | 15,230.14 |
| 05/14/2024 | New York Life Insurance | Periodic Payment | 15,230.14 |
| 05/14/2024 | New York Life Insurance | Periodic Payment | 15,230.14 |
| 06/05/2024 | New York Life Insurance | Periodic Payment | 15,230.14 |
| | | **TOTAL:** | **76,150.70** |



**Trust Account:  Shylah Frazier**

**Schedule B:  Disbursements During Period**

**1/1/2024 - 6/30/2024**

| Date | Name | Account | Amount |
|------|------|---------|-------:|
| 01/10/2024 | Team Risk Management Strategies, LLC | Care Manager | -5,165.12 |
| 01/12/2024 | Wells Fargo | Investment Services | -4,657.27 |
| 01/16/2024 | Sharon James | Home Maintenance/Repair - Reimbursement | -1,425.00 |
| 01/17/2024 | City of Mount Vernon, NY | Real Estate Tax | -1,528.72 |
| 01/18/2024 | The Center for SNT Administration | Annual Credit Card Fee | -150.00 |
| 01/23/2024 | Anthem Blue Cross and Blue Shield | Insurance-Medical | -1,445.81 |
| 01/23/2024 | Sharon James | Home Maintenance/Repair - Reimbursement | -596.00 |
| 01/23/2024 | Team Risk Management Strategies, LLC | Care Manager | -1,809.87 |
| 01/23/2024 | The Center for SNT Administration | Trustee Fee | -31,445.85 |
| 01/26/2024 | Team Risk Management Strategies, LLC | Care Manager | -3,132.36 |
| 01/31/2024 | First Bankcard | Medical Expenses | -10.00 |
| 01/31/2024 | First Bankcard | Personal Needs | -44.94 |
| 02/01/2024 | Sharon James | Home Maintenance/Repair - Reimbursement | -791.14 |
| 02/01/2024 | Verizon | Bundled Services | -162.05 |
| 02/15/2024 | Team Risk Management Strategies, LLC | Care Manager | -5,275.43 |
| 02/20/2024 | Con Edison | Utilities | -864.25 |
| 02/20/2024 | Team Risk Management Strategies, LLC | Care Manager | -4,908.63 |
| 02/23/2024 | Anthem Blue Cross and Blue Shield | Insurance-Medical | -1,445.81 |
| 02/29/2024 | First Bankcard | Medical Expenses | -99.98 |
| 03/06/2024 | Team Risk Management Strategies, LLC | Care Manager | -5,244.63 |
| 03/07/2024 | Team Risk Management Strategies, LLC | Care Manager | -10,693.52 |
| 03/11/2024 | Fiduciary Tax & Accounting Services, LLC | 1099 Filing Fee | -500.00 |
| 03/18/2024 | Board of Water Supply | Utilities | -203.84 |
| 03/18/2024 | Team Risk Management Strategies, LLC | Care Manager | -2,928.24 |
| 03/18/2024 | Verizon | Bundled Services | -244.20 |
| 03/19/2024 | Allstate Indemnity Company | Insurance-Auto | -1,218.96 |
| 03/20/2024 | Team Risk Management Strategies, LLC | Care Manager | -1,792.60 |
| 03/22/2024 | Anthem Blue Cross and Blue Shield | Insurance-Medical | -1,445.81 |
| 03/28/2024 | Team Risk Management Strategies, LLC | Care Manager | -2,883.36 |
| 04/05/2024 | Team Risk Management Strategies, LLC | Care Manager | -1,958.46 |
| 04/10/2024 | Allstate Indemnity Company | Insurance-Auto | 1,218.96 |
| 04/10/2024 | City of Mount Vernon, NY | Real Estate Tax | -1,132.97 |
| 04/11/2024 | Con Edison | Utilities | -889.09 |
| 04/11/2024 | Fiduciary Tax & Accounting Services, LLC | Tax Preparation Fee | -800.00 |
| 04/11/2024 | Verizon | Bundled Services | -161.05 |
| 04/12/2024 | Wells Fargo | Investment Services | -4,862.32 |
| 04/12/2024 | Team Risk Management Strategies, LLC | Care Manager | -3,051.36 |
| 04/15/2024 | First Bankcard | Vehicle Maintenance | -485.62 |
| 04/18/2024 | Team Risk Management Strategies, LLC | Care Manager | -1,790.46 |
| 04/23/2024 | Anthem Blue Cross and Blue Shield | Insurance-Medical | -1,445.81 |
| 04/25/2024 | Team Risk Management Strategies, LLC | Care Manager | -2,883.36 |
| 04/30/2024 | Allstate Indemnity Company | Insurance-Auto | -1,218.96 |



**Trust Account:  Shylah Frazier**

## Schedule B:  Disbursements During Period

**1/1/2024 - 6/30/2024**

| Date | Name | Account | Amount |
|------|------|---------|-------:|
| 05/02/2024 | Team Risk Management Strategies, LLC | Care Manager | -1,958.46 |
| 05/10/2024 | Shylah Frazier Special Needs Trust | Transfer in Process** | -14,389.26 |
| 05/20/2024 | Team Risk Management Strategies, LLC | Care Manager | -3,592.00 |
| 05/22/2024 | Team Risk Management Strategies, LLC | Care Manager | -1,675.53 |
| 05/23/2024 | Anthem Blue Cross and Blue Shield | Insurance-Medical | -1,445.81 |
| 06/25/2024 | Anthem Blue Cross and Blue Shield | Insurance-Medical | -1,445.81 |
| | | **TOTAL:** | **-136,080.74** |

**Please refer to the footnote on Schedule E.



**Trust Account:  Shylah Frazier**
**Schedule C:  Distributions During Period**

**1/1/2024 - 6/30/2024**

| Date | Name | Account | Amount |
|------|------|---------|--------|
| 06/30/2024 | No Transactions | | 0.00 |
| | | **TOTAL:** | **0.00** |



**Trust Account:  Shylah Frazier**
# Schedule D:  Capital Transactions and Adjustments During Period
**1/1/2024 - 6/30/2024**

| | Name | Account | Amount |
|---|---|---|---|
| 06/30/2024 | Account Change | Gain / (Loss) | 106,554.22 |
| | | **TOTAL:** | **106,554.22** |



**Trust Account: Shylah Frazier**
**Schedule E: Assets on Hand**
**at Close of Accounting Period**

**As of 6/30/2024**

| Date | Name | Account | Amount |
|------|------|---------|--------|
| | | Disbursement Account | 37,531.27 |
| | | Illiquid Investments | 97,747.38 |
| | | Spending Card Fund / Reserve | 9,000.00 |
| | | Wells Fargo Advisors | 2,211,331.14 |
| | | TOTAL: | 2,355,609.79 |

**As a result of the Center's bankruptcy filing, the bankruptcy court has ordered the Center to create new account(s). These new account(s) are reflected in Schedule B as a "transfer in process". An offsetting deposit will be reported in the subsequent accounting period and statements.

**NOTE: On February 9, 2024, The Center for Special Needs Trust Administration, Inc. (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Middle District of Florida (Tampa), Case No. 8:24- bk-676-RCT. On March 8, 2024, the U.S. Trustee filed an Expedited Motion for Order Directing the United States Trustee to Appoint a Chapter 11 Trustee. The Court granted the U.S. Trustee's Motion by Order dated March 11, 2024 and on March 21, 2024, the Court appointed Michael Goldberg as Chapter 11 Trustee (the "Bankruptcy Trustee"). In his capacity as Bankruptcy Trustee, Mr. Goldberg took custody and control of all assets and corporate records of the Debtor.

**THESE ANNUAL FINANCIAL STATEMENTS ARE BEING PROVIDED TO THE BENEFICIARIES OF THE TRUSTS ADMINISTERED BY AND/OR UNDER THE CONTROL OF THE DEBTOR TO COMPLY WITH THE TRUST BENEFICIARIES' REPORTING OBLIGATIONS UNDER VARIOUS STATE AND FEDERAL LAWS, INCLUDING THE REPORTING REQUIREMENTS TO CERTAIN STATE AND FEDERAL COURTS AND REGULATORY AGENCIES. THESE ANNUAL FINANCIAL STATEMENTS WERE NOT PREPARED OR COMPILED BY THE BANKRUPTCY TRUSTEE OR HIS FORENSIC ACCOUNTING FIRM. THEY ARE BASED ON INFORMATION CURRENTLY IN THE RECORDS OF THE DEBTOR AND AVAILABLE TO THE BANKRUPTCY TRUSTEE, AND ARE SUBJECT TO A NUMBER OF RISKS, UNCERTAINTIES, AND OTHER FACTORS THAT COULD CAUSE THE DEBTOR'S ACTUAL RESULTS, PERFORMANCE, PROSPECTS, AND OPPORTUNITIES TO DIFFER MATERIALLY FROM THOSE EXPRESSED IN, OR IMPLIED BY, THESE FINANCIAL STATEMENTS, AS A RESULT OF THE FINDINGS OF THE FORENSIC INVESTIGATION BEING PERFORMED BY THE BANKRUPTCY TRUSTEE'S COURT-APPROVED FORENSIC ACCOUNTANTS, WHICH INVESTIGATION IS IN ITS INFANCY. FACTORS THAT COULD CAUSE OR CONTRIBUTE TO RISKS INVOLVING THESE ANNUAL FINANCIAL STATEMENTS INCLUDE, BUT ARE NOT LIMITED TO, CHANGES IN THE DEBTOR'S BUSINESS AND OTHER FACTORS, INCLUDING RISK FACTORS, DEBT OBLIGATIONS, THE COMMINGLING OF TRUST FUND ASSETS, AND POTENTIAL FRAUD AND MISAPPROPRIATION OF FUNDS DISCUSSED IN THE CHAPTER 11 CASE MANAGEMENT SUMMARY FILED BY THE DEBTOR IN THE BANKRUPTCY CASE. IN ADDITION, NEITHER THE DEBTOR'S FINANCIALS NOR THESE FINANCIAL STATEMENTS HAVE BEEN AUDITED IN ACCORDANCE WITH GENERALLY ACCEPTED ACCOUNTING PRINCIPALS (GAAP) AND THEREFORE MAY NOT BE ACCURATE, RELIABLE OR COMPLETE. EXCEPT AS REQUIRED BY LAW, INCLUDING FURTHER ORDER OF THE BANKRUPTCY COURT, THE BANKRUPTCY TRUSTEE DOES NOT UNDERTAKE OR ASSUME ANY OBLIGATION TO RELEASE PUBLICLY ANY REVISIONS TO ANY ANNUAL FINANCIAL STATEMENT OR OTHERWISE.**

# Exhibit C

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                                                    Case No. 8:24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                          Chapter 11

      Debtor.
_____/

**ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION**
**FOR AUTHORITY TO REIMBURSE EXPENSES FOR**
**SHYLAH JAMES FRAZIER DISCRETIONARY TRUST**

Upon the Motion (the "Motion") (Doc. __) of the Chapter 11 Trustee[1] for the Authority to

Reimburse Expenses for the Shylah James Frazier Discretionary Trust, and it appearing that this

Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that this

proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); and due and proper notice

of the Motion having been given; and after due deliberation and it appearing that sufficient cause

exists for granting the requested relief, it is

      **ORDERED** that:

      1.      The Motion is **GRANTED**.

---

[1] Capitalized terms used but not specifically defined herein shall have the respective meanings ascribed to them in the Motion.

80770480;1

2.    The Debtor is authorized to reimburse itself for expenses it paid on behalf of the Trust beneficiary in the amount of $25,789.01 and the 2024 trustee fee in the amount of $31,132.93 from the Trust's funds it is holding.

3.    Pursuant to the terms of the Trust agreement, any remaining Trust funds held by the Debtor may be disbursed to the remainder beneficiary of the Trust, Sharon James. After disbursement of the Trust's funds it is holding, the Debtor will have no further obligations, responsibilities or liabilities for the Trust.

4.    The Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Raye E. Elliott, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.

80770480;1