ORDERED.

**Dated: April 08, 2025**

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re

The Center for Special Needs Trust Administration, Inc.

Case No. 8:24-bk-00676-RCT
Chapter 11

Debtor.

**ORDER DENYING, WITHOUT PREJUDICE, VERIFIED MOTION TO RETRACT PROOF OF CLAIM AND DECLARE SPECIAL NEEDS TRUST VOID**

THIS CASE is considered, without a hearing, on the *Verified Motion to Retract Proof(s) of Claim and Declare Special Need Trust(s) Void* (Doc. 503) (the "Motion") filed by *pro se* Creditor Lauren Taylor ("Ms. Taylor"). Ms. Taylor seeks an order declaring her special needs trust declared void based upon allegations of misconduct by non-debtor parties that occurred in or related to other adjudicative forums years before the filing of this bankruptcy case. Upon review of the Motion, and noting that the only connection to this case appears to be that the trust Ms. Taylor seeks to void was placed by the alleged wrongdoers with Debtor for administration, the Court finds it appropriate to deny the Motion, without prejudice, to Ms. Taylor seeking relief in the appropriate forum be that the Georgia state courts, the Tennessee Bureau of Workers' Compensation, or other appropriate adjudicative body.

It is **SO ORDERED**.

The Clerk is directed to serve a copy of this Order on Ms. Taylor by mail; all other interested parties to be served by CM/ECF.