ORDERED.

**Dated: April 08, 2025**

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re

The Center for Special Needs
Trust Administration, Inc.

Case No. 8:24-bk-00676-RCT
Chapter 11

Debtor.

### ORDER ON VERIFIED MOTION TO CORRECT ORDER

THIS CASE is considered, without a hearing, on the *Verified Motion to Correct Order* (Doc. 504) (the "Motion") filed by *pro se* Creditor Lauren Taylor ("Ms. Taylor"). Ms. Taylor seeks an order to "correct" this Court's *Order Granting Verified Motion to Compel Turnover of All Documents Related to the Alleged Special Needs Trust(s) of Lauren Taylor* (Doc. 476) (the "Order") based upon perceived "subjective restrictions" on the documents the Chapter 11 Trustee (the "Trustee") was direct to provide Ms. Taylor related to her special needs trust. While the Court respectfully disagrees with Ms. Taylor's reading of the Order, the Court, nonetheless, enters this order to clarify for her, and the Trustee, that the Trustee is directed, as set forth in the Order, to produce—to the extent that the Trustee is in possession, custody, or control–documents related to Ms. Taylor's trust, which necessarily include any documents or communications prior to and directly related to the setting up of the trust with Debtor.

It is **SO ORDERED**.

The Clerk is directed to serve a copy of this Order on Ms. Taylor by mail; all other interested parties to be served by CM/ECF.