ORDERED.

Dated: April 11, 2025

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                        Case No. 8:24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                                   Chapter 11

       Debtor.
_____/

**ORDER GRANTING IN PART**
**MOTION FOR AN ORDER AUTHORIZING AND DIRECTING**
**THE NAME CHANGE OF CERTAIN TRUSTS ADMINISTERED BY DEBTOR TO**
**REMOVE REFERENCES TO THE THERESA ALESSANDRA RUSSO FOUNDATION**

**THIS CASE** came before the Court for hearing on March 6, 2025, upon the *Motion for an Order Authorizing and Directing the Name Change of Certain Trusts Administered by Debtor to Remove References to the Theresa Alessandra Russo Foundation* (Doc. 453, the "Motion") filed by The Theresa Alessandra Russo Foundation (the "Foundation"). Through the Motion, the

139060909.1

Foundation seeks to have the names of the Theresa Foundation Pooled Trust of New York ("Pooled Trust") and The Theresa Foundation Community Trust ("Community Trust") changed so that the names of the Pooled Trust and Community Trust no longer include the name of or reference to the Foundation. The Chapter 11 Trustee ("Trustee") filed a response to the Motion (Doc. 462, the "Response"), through which he states a name change of the Pooled Trust or the Community Trust is not necessary because the beneficiaries of the Pooled Trust and the Community Trust are all being moved to new trusts and the current Pooled Trust and Community Trust will thereafter cease operation. After reviewing the Motion, the Response, and the record, and having heard and considered argument of counsel, the Court determines that the Motion should be granted in part, to the extent stated herein. Accordingly, it is

**ORDERED**:

1. The Motion is Granted to the extent stated herein.

2. The Trustee shall move all beneficiaries and sub-trusts currently associated with the Pooled Trust and the Community Trust to new successor trusts. Any such successor trusts shall not include the name, or a variation of the name, of the Foundation unless the Foundation is affiliated with the specific trust.

3. Once all beneficiaries and sub-accounts of the Pooled Trust and Community Trust are moved to their respective successor trusts, the Debtor and the Trustee shall cease all operations of the Pooled Trust and the Community Trust.

4. A continued hearing on the Motion shall be held on May 1, 2025, at 11:00 a.m. in Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602.

5. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and

procedures for attendance at hearings by Zoom, available at

https://www.flmb.uscourts.gov/judges/colton

###

J. Ryan Yant is directed to serve a copy of this Order on all interested parties and file a certificate of service thereon.