UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                              Case No. 8:24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS          Chapter 11
TRUST ADMINISTRATION, INC.

    Debtor.
_____/

## SHARON JAMES' OPPOSITION TO CHAPTER 11 TRUSTEE'S MOTION FOR AUTHORITY TO REIMBURSE EXPENSES FOR SHYLAH JAMES FRAZIER DISCRETIONARY TRUST [ECF NO. 506]

Sharon James, as co-trustee of the Shylah James Frazier Discretionary Trust ("James"), by and through her undersigned counsel, files her Opposition to the Chapter 11 Trustee's Motion for Authority to Reimburse Expenses for Shylah James Frazier Discretionary Trust ("Motion for Authority")[ECF No. 506], as follows:

James opposes the relief sought in the Motion for Authority because the amounts requested by the Chapter 11 Trustee are not supported by the documents attached to the motion as exhibits. James' undersigned counsel, who was only recently retained, is in communication with the attorneys for the Chapter 11 Trustee, who have provided certain additional information. Undersigned counsel intends to work in good faith with the Chapter 11 Trustee's counsel in an attempt to resolve any potential opposition prior to the May 1, 2025 hearing.

                                              BRINKLEY MORGAN
                                              Attorney for Sharon James, as co-trustee of the
                                              Shylah James Frazier Discretionary Trust
                                              100 SE Third Avenue, 23rd Floor
                                              Fort Lauderdale, Florida  33394
                                              Telephone:  (954) 522-2200
                                              Facsimile:   (954) 522-9123
                                              E-Mail:  mark.levy@brinkleymorgan.com

                                              By: /s/  Mark A. Levy_____
                                                  MARK A. LEVY
                                                  Florida Bar No. 121320

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Opposition has been served on April 23, 2025, via the Court's CM/ECF system to all counsel receiving electronic notice.

By: /s/ Mark A. Levy
MARK A. LEVY

[24] 021322-25001