editable cells
formula cell - do not edit

| Revenue | | Monthly |
|---|---|---|
| Wholesale | | $ 65,000.00 |
| Tasting Room - Food | | $ 62,000.00 |
| Tasting Room - Beverage | | $ 37,000.00 |
| **Total Revenue** | | **$ 164,000.00** |
| | | |
| Cost of Goods Sold | | |
| Wholesale | 50.00% | $ 32,500.00 |
| Tasting Room - Food | 30.00% | $ 26,000.00 |
| Tasting Room - Beverage | 25.00% | $ 9,250.00 |
| **Total Cost of Goods Sold** | | **$ 67,750.00** |
| | | |
| **Net Operating Income** | | **$ 96,250.00** |
| | | |
| Operating Expenses | | |
| Labor / Wages | | $ 64,000.00 |
| Insurance | | $ 13,000.00 |
| Utilities - Power | | $ 12,000.00 |
| Utilities - Water | | $ 4,000.00 |
| Utilities - Telephone | | |
| Utilities - Cable | | 700 |
| Software | | $ 13,000.00   Encompass -Restaurant 365    Toast Whiskey Systems |
| Rent | | $ 47,534.00 |
| Credit Card Fees | | $ 3,840.77 |
| **Total Operating Expenses** | | **$ 158,074.77** |
| | | |
| **Cash Flow From Operation** | | **$ (61,824.77)** |

EXHIBIT 1