| | |
|---|---|
| **From:** | Josh Smith <Joshua.Smith@bipc.com> |
| **Sent:** | Friday, May 30, 2025 4:09 PM |
| **To:** | Dicks, John (Ptnr-Tpa); Deborah Aho; ADM - Litigation Docket; Vincent J. Bivona; Linda Tomlanovich |
| **Cc:** | Wirth, Steven (Ptnr-Tpa); Elliott, Raye (Ptnr-Tpa); Casas Meyer, Luis (Ptnr-Mia) |
| **Subject:** | RE: Briar Capital v. Goldberg, et al. |

**[External to Akerman]**

Hi, John.

My client is unwilling to withdraw the motion for default.

Sincerely,

**Joshua Smith**
**Shareholder**

401 E. Jackson Street
Suite 2400
Tampa, FL 33602
813 222 3347 (o)
joshua.smith@bipc.com

vCard | Bio | BIPC.com | Twitter | LinkedIn

**Buchanan Ingersoll & Rooney** PC

---

**From:** john.dicks@akerman.com <john.dicks@akerman.com>
**Sent:** Friday, May 30, 2025 10:50 AM
**To:** Josh Smith <Joshua.Smith@bipc.com>; Deborah Aho <deborah.aho@bipc.com>; ADM - Litigation Docket <eservice@bipc.com>; Vincent J. Bivona <vincent.bivona@bipc.com>; Linda Tomlanovich <linda.tomlanovich@bipc.com>
**Cc:** steven.wirth@akerman.com; raye.elliott@akerman.com; luis.casasmeyer@akerman.com
**Subject:** Briar Capital v. Goldberg, et al.
**Importance:** High

Mr. Smith,

My colleagues and I represent Mike Goldberg, the Chapter 11 Trustee of the Center for Special Needs Trust Administration, Inc., who is a named defendant in this case. In spite of the continued negotiations with your client, through your office and Zach Bancroft, I understand that you've filed a motion for clerk's default against Mr. Goldberg, without advance notice to anyone in my office. We intend to defend this case and exercise other rights and remedies available to us under the Bankruptcy Code. More importantly, however, Mr. Wirth accepted and waived service on April 16, 2025 (a copy of the email is attached for your records). As such, under Rule 1.07(i)(4), our response to the complaint is due on June 15, 2025 (not May 16, as stated in your motion). Please confirm my understanding and withdraw your motion, or let us know if we need to file a response to the motion.

-John



**John L. Dicks II**
(He/Him/His)
Partner
Florida Supreme Court Certified Circuit Mediator
Akerman LLP | 401 East Jackson Street, Suite 1700 | Tampa, FL 33602
D: 813 209 5065
john.dicks@akerman.com

Begin forwarded message:

**From:** eservice@myflcourtaccess.com
**Date:** May 20, 2025 at 3:10:09 PM EDT
**Subject: SERVICE OF COURT DOCUMENT CASE NUMBER 522025CA001219XXCICI BRIAR CAPTIAL REAL ESTATE FUND VS BIG STORM REAL ESTATE LLC**
**Reply-To:** noreply@myflcourtaccess.com

**[External to Akerman]**

Notice of Service of Court Documents

Filing Information

| | |
|---|---|
| Filing #: | 223536442 |
| Filing Time: | 05/20/2025 03:10:03 PM ET |
| Filer: | Joshua S Smith 813-222-3347 |
| Court: | Sixth Judicial Circuit in and for Pinellas County, Florida |
| Case #: | 522025CA001219XXCICI |
| Court Case #: | 25-001219-CI |
| Case Style: | BRIAR CAPTIAL REAL ESTATE FUND VS BIG STORM REAL ESTATE LLC |
| Documents | Click on the file name below to download or print your document NOW. The link expires in 14 days |

Documents

| Title | File |
|---|---|
| First Motion For Default By Clerk | Motion for Clerk's Default against Michael Goldberg 4921-4884-2565 v.4.pdf |

E-service recipients selected for service:

| Name | Email Address |
|---|---|
| Joshua S Smith | joshua.smith@bipc.com |
| | deborah.aho@bipc.com |
| | eservice@bipc.com |

| Name | Email Address |
|---|---|
| Vincent J. Bivona | vincent.bivona@bipc.com |
| | linda.tomlanovich@bipc.com |
| Steven Wirth, Esq. | steven.wirth@akerman.com |

E-service recipients not selected for service:

| Name | Email Address |
|---|---|
| No Matching Entries | |

This is an automatic email message generated by the Florida Courts E-Filing Portal. This email address does not receive email.

**Document Access Link(s) will be active for 14 days (excluding weekends) after the Clerk accepts the submission or it is abandoned. In addition to access to the link for 14 days (excluding weekends), the documents will also be available, after acceptance by the Clerk, to counsel of record in the portal on the My Cases page, by clicking on the case number and then the document name, or by accessing the Clerk's website.**

If you are not associated with this case and wish to be removed, please click here to request to be removed from the E-service list.

Thank you,
The Florida Courts E-Filing Portal

The following identifier(s) are associated with this transaction:

request_id#:223536442;Audit#:767274856;UCN#:522025CA001219XXCICI;

vCard | Profile



CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT**
**IN AND FOR PINELLAS COUNTY, FLORIDA**
**CIVIL DIVISION**

BRIAR CAPITAL REAL ESTATE FUND LLC,
a Texas limited liability company,

        Plaintiff,

    v.

BIG STORM REAL ESTATE LLC, a Florida
limited liability company, BIG STORM
PINELLAS LLC, a Florida limited liability
company, BIG STORM BREWERY LLC, a
Florida limited liability company, BIG STORM
PASCO LLC, a Florida limited liability company,
BIG STORM CAPE CORAL LLC, a Florida
limited liability company, BIG STORM CIDER
AND MEAD LLC, a Florida limited liability
company, BIG STORM COCKTAILS LLC, a
Florida limited liability company, BIG STORM
COFFEE COMPANY LLC, a Florida limited
liability company, LEO JOSEPH GOVONI, an
individual, MICHAEL GOLDBERG, Chapter 11
Trustee of the Estate of the Debtor, The Center for
Special Needs Trust Administration, Inc.,
FLORIDA DEPARTMENT OF REVENUE, and
UNKNOWN SPOUSES, HEIRS, DEVISEES,
GRANTEES, ASSIGNEES, CREDITORS,
TRUSTEES, SUCCESSORS IN INTEREST, OR
OTHER PARTIES CLAIMING AN INTEREST
IN THE SUBJECT PROPERTY,

        Defendants.

_____/

Case No. 25-001219-CI

**MOTION FOR CLERK'S DEFAULT AGAINST DEFENDANT, MICHAEL**
**GOLDBERG, CHAPTER 11 TRUSTEE OF THE ESTATE OF THE DEBTOR,**
**THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.**

    Plaintiff, Briar Capital Real Estate Fund LLC, by and through undersigned counsel, and

pursuant to Rule 1.500(a) of the Florida Rules of Civil Procedure, hereby moves for an entry of

default by the Clerk of Court against Defendant, MICHAEL GOLDBERG, CHAPTER 11

TRUSTEE OF THE ESTATE OF THE DEBTOR, THE CENTER FOR SPECIAL NEEDS

1

TRUST ADMINISTRATION, INC. ("Defendant Michael Goldberg"), for failure to serve any paper on the undersigned or to file any papers within the time required by law.

1.      Plaintiff filed a Complaint in this matter on March 12, 2025.

2.      Steven Wirth, Attorney for Michael Goldberg, Chapter 11 Trustee of the Estate of the Debtor, The Center for Special Needs Trust Administration, Inc, accepted service electronically via email of the Summons and copy of the Complaint in this action on April 16, 2025.  The email correspondence with Mr. Wirth is attached hereto for reference.

3.      Accordingly, Defendant Michael Goldberg's Answer or responsive papers were due on or before May 16, 2025.  To date, no Answer or responsive papers have been served on counsel.

**WHEREFORE**, Plaintiff, Briar Capital Real Estate Fund LLC, respectfully requests an entry of a default by the Clerk of Court against Defendant MICHAEL GOLDBERG, CHAPTER 11 TRUSTEE OF THE ESTATE OF THE DEBTOR, THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC. for failure to serve any paper on the undersigned in response to Plaintiff's Complaint as required by law and for such other and further relief as this Court deems just and proper.

## <u>CERTIFICATION</u>

I HEREBY CERTIFY that no copy of an Answer or other paper of Defendant, MICHAEL GOLDBERG, CHAPTER 11 TRUSTEE OF THE ESTATE OF THE DEBTOR, THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC. in the above-styled cause has been served upon Plaintiff or its attorneys at the time of filing this Motion for Clerk's Default.

Dated: May 20, 2025

Respectfully submitted,

Joshua S.M. Smith
Florida Bar No.: 0955981
joshua.smith@bipc.com
Vincent J. Bivona, Esq.
Florida Bar No.: 1050366
vincent.bivona@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
401 East Jackson Street, Suite 2400
Tampa, FL 33602
Tel No.: 813 222 8180
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 20, 2025, I electronically filed the foregoing with the Clerk of the Court by using the E-Portal system and sent via Email to Defendant MICHAEL GOLDBERG, CHAPTER 11 TRUSTEE OF THE ESTATE OF THE DEBTOR, THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC'S attorney, Steven Wirth at steven.wirth@akerman.com

Joshua S.M. Smith
Florida Bar No.: 0955981
joshua.smith@bipc.com
Vincent J. Bivona, Esq.
Florida Bar No.: 1050366
vincent.bivona@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
401 East Jackson Street, Suite 2400
Tampa, FL 33602
Tel No.: 813 222 8180
*Attorneys for Plaintiff*

## Vincent J. Bivona

| | |
|---|---|
| **From:** | steven.wirth@akerman.com |
| **Sent:** | Wednesday, April 16, 2025 11:22 AM |
| **To:** | Vincent J. Bivona |
| **Cc:** | john.dicks@akerman.com; luis.casasmeyer@akerman.com; raye.elliott@akerman.com; caren.deruiter@akerman.com; jennifer.meehan@akerman.com |
| **Subject:** | RE: Service of Process - Briar Capital Real Estate Fund LLC v. Big Storm Real Estate LLC, et al., Case No. 25-001219-CI |
| **Attachments:** | 2025-03-24 - Orders Standing Order Assigning General Civil Case Track - General Case Standing Order (4903-9154-0782 v1).pdf; 2025-03-19 Notice of Lis Pendens (R) (4903-3251-4864 v1).pdf; Briar Capital v. Big Storm - Defendant MICHAEL GOLDBERG, Ch. 11 TRUSTEEnt.pdf; 2025-03-12 - Other Civil Cover Sheet - E-filed - Complaint (4914-3043-4092 v1).pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |



Yes, I will accept service for Mr. Goldberg as chapter 11 trustee of the CSNTA.

**Steven R. Wirth**
Partner
Akerman LLP | 401 East Jackson Street, Suite 1700 | Tampa, FL 33602
D: 813 209 5093 | T: 813 223 7333 | C: 917 673 7812 | F: 813 218 5407
Admitted to Practice in Florida, New York and New Jersey
steven.wirth@akerman.com

vCard | Profile | Connect With Me



CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Vincent J. Bivona <vincent.bivona@bipc.com>
**Sent:** Wednesday, April 16, 2025 11:12 AM
**To:** Wirth, Steven (Ptnr-Tpa) <steven.wirth@akerman.com>
**Subject:** Service of Process - Briar Capital Real Estate Fund LLC v. Big Storm Real Estate LLC, et al., Case No. 25-001219-CI

### [External to Akerman]

Good morning Mr. Wirth,

I currently represent Briar Capital Real Estate Fund LLC in the above-referenced foreclosure action in which Michael Goldberg, Chapter 11 Trustee of the Estate of the Debtor, The Center for Special Needs Trust Administration, Inc. is a named Defendant.

I understand you represent Mr. Goldberg in a related bankruptcy proceeding. Would you be willing to accept service on Mr. Goldberg's behalf in this foreclosure suit? If so, please let me know the best time and place that I can arrange the process server to deliver the necessary documents to you.

For your convenience, I have attached copies of the Complaint, Summons, Notice of Lis Pendens, and Standing Case Management Order here. If you have any questions or wish to discuss anything regarding this matter, please feel free to contact me directly.

Thank you,

**Vincent J. Bivona, Esq.**

TRUIST Place
401 E. Jackson Street, Suite 2400
Tampa, FL 33602-5236
813 222 2038 (o)
718-503-2217 (c)
vincent.bivona@bipc.com

# Buchanan
vCard | Bio | BIPC.com | Twitter | LinkedIn

---

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

**Vincent J. Bivona**

| | |
|---|---|
| **From:** | Vincent J. Bivona |
| **Sent:** | Wednesday, April 16, 2025 12:01 PM |
| **To:** | steven.wirth@akerman.com |
| **Cc:** | jennifer.meehan@akerman.com; luis.casasmeyer@akerman.com; caren.deruiter@akerman.com; john.dicks@akerman.com |
| **Subject:** | RE: Service of Process - Briar Capital Real Estate Fund LLC v. Big Storm Real Estate LLC, et al., Case No. 25-001219-CI |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Yes, 30 days works for us. Thank you.

**Vincent J. Bivona, Esq.**

TRUIST Place
401 E. Jackson Street, Suite 2400
Tampa, FL 33602-5236
813 222 2038 (o)
vincent.bivona@bipc.com

# Buchanan

vCard | Bio | BIPC.com | Twitter | LinkedIn

---

**From:** steven.wirth@akerman.com <steven.wirth@akerman.com>
**Sent:** Wednesday, April 16, 2025 11:50 AM
**To:** Vincent J. Bivona <vincent.bivona@bipc.com>
**Cc:** jennifer.meehan@akerman.com; luis.casasmeyer@akerman.com; caren.deruiter@akerman.com; john.dicks@akerman.com
**Subject:** RE: Service of Process - Briar Capital Real Estate Fund LLC v. Big Storm Real Estate LLC, et al., Case No. 25-001219-CI

You don't need a process server, but can we have 30 days to respond?

**Steven R. Wirth**
Partner
Akerman LLP | 401 East Jackson Street, Suite 1700 | Tampa, FL 33602
D: 813 209 5093 | T: 813 223 7333 | C: 917 673 7812 | F: 813 218 5407
Admitted to Practice in Florida, New York and New Jersey
steven.wirth@akerman.com

---

**From:** Vincent J. Bivona <vincent.bivona@bipc.com>
**Sent:** Wednesday, April 16, 2025 11:48 AM
**To:** Wirth, Steven (Ptnr-Tpa) <steven.wirth@akerman.com>

1

**Subject:** RE: Service of Process - Briar Capital Real Estate Fund LLC v. Big Storm Real Estate LLC, et al., Case No. 25-001219-CI

<mark>**[External to Akerman]**</mark>

Would you like me to send a process server out or can we consider a response due in 20 days?

**Vincent J. Bivona, Esq.**

TRUIST Place
401 E. Jackson Street, Suite 2400
Tampa, FL 33602-5236
813 222 2038 (o)
vincent.bivona@bipc.com

# Buchanan

vCard | Bio | BIPC.com | Twitter | LinkedIn

---

**From:** steven.wirth@akerman.com <steven.wirth@akerman.com>
**Sent:** Wednesday, April 16, 2025 11:22 AM
**To:** Vincent J. Bivona <vincent.bivona@bipc.com>
**Cc:** john.dicks@akerman.com; luis.casasmeyer@akerman.com; raye.elliott@akerman.com; caren.deruiter@akerman.com; jennifer.meehan@akerman.com
**Subject:** RE: Service of Process - Briar Capital Real Estate Fund LLC v. Big Storm Real Estate LLC, et al., Case No. 25-001219-CI

Yes, I will accept service for Mr. Goldberg as chapter 11 trustee of the CSNTA.

**Steven R. Wirth**
Partner
Akerman LLP | 401 East Jackson Street, Suite 1700 | Tampa, FL 33602
D: 813 209 5093 | T: 813 223 7333 | C: 917 673 7812 | F: 813 218 5407
Admitted to Practice in Florida, New York and New Jersey
steven.wirth@akerman.com

vCard | Profile | Connect With Me

# akerman

700+ Lawyers
25 Offices
akerman.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

---

**From:** Vincent J. Bivona <vincent.bivona@bipc.com>
**Sent:** Wednesday, April 16, 2025 11:12 AM

**To:** Wirth, Steven (Ptnr-Tpa) <steven.wirth@akerman.com>
**Subject:** Service of Process - Briar Capital Real Estate Fund LLC v. Big Storm Real Estate LLC, et al., Case No. 25-001219-CI

**[External to Akerman]**

Good morning Mr. Wirth,

I currently represent Briar Capital Real Estate Fund LLC in the above-referenced foreclosure action in which Michael Goldberg, Chapter 11 Trustee of the Estate of the Debtor, The Center for Special Needs Trust Administration, Inc. is a named Defendant.

I understand you represent Mr. Goldberg in a related bankruptcy proceeding. Would you be willing to accept service on Mr. Goldberg's behalf in this foreclosure suit? If so, please let me know the best time and place that I can arrange the process server to deliver the necessary documents to you.

For your convenience, I have attached copies of the Complaint, Summons, Notice of Lis Pendens, and Standing Case Management Order here. If you have any questions or wish to discuss anything regarding this matter, please feel free to contact me directly.

Thank you,

**Vincent J. Bivona, Esq.**

TRUIST Place
401 E. Jackson Street, Suite 2400
Tampa, FL 33602-5236
813 222 2038 (o)
718-503-2217 (c)
vincent.bivona@bipc.com

## Buchanan

vCard | Bio | BIPC.com | Twitter | LinkedIn

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION**

BRIAR CAPITAL REAL ESTATE FUND LLC,
a Texas limited liability company,

        Plaintiff,

    v.

BIG STORM REAL ESTATE LLC, a Florida
limited liability company, BIG STORM
PINELLAS LLC, a Florida limited liability
company, BIG STORM BREWERY LLC, a
Florida limited liability company, BIG STORM
PASCO LLC, a Florida limited liability company,
BIG STORM CAPE CORAL LLC, a Florida
limited liability company, BIG STORM CIDER
AND MEAD LLC, a Florida limited liability
company, BIG STORM COCKTAILS LLC, a
Florida limited liability company, BIG STORM
COFFEE COMPANY LLC, a Florida limited
liability company, LEO JOSEPH GOVONI, an
individual, MICHAEL GOLDBERG, Chapter 11
Trustee of the Estate of the Debtor, The Center for
Special Needs Trust Administration, Inc.,
FLORIDA DEPARTMENT OF REVENUE, and
UNKNOWN SPOUSES, HEIRS, DEVISEES,
GRANTEES, ASSIGNEES, CREDITORS,
TRUSTEES, SUCCESSORS IN INTEREST, OR
OTHER PARTIES CLAIMING AN INTEREST
IN THE SUBJECT PROPERTY,

        Defendants.

_____/

Case No. 25-001219-CI

## <u>CLERK'S DEFAULT</u>

A clerk's default is entered in this action against Defendant, MICHAEL GOLDBERG,

CHAPTER 11 TRUSTEE OF THE ESTATE OF THE DEBTOR, THE CENTER FOR SPECIAL

NEEDS TRUST ADMINISTRATION, INC. for its failure to serve or file any paper as required by

law.

Date: _____

Clerk of the Court

NOT ENTERED BY CLERK   AFFIDAVIT RE MILITARY NOT FILED

By: _____
DEPUTY CLERK

Copies furnished to:

Joshua Smith, Esq.
401 E. Jackson Street, Suite 2400
Tampa, Florida 33602

Michael Goldberg, Chapter 11
Trustee of the Estate of the Debtor,
The Center for Special Needs
Trust Administration, Inc.
Via Email- steven.wirth@akerman.com

## IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
## IN AND FOR PINELLAS COUNTY, FLORIDA
## CIVIL DIVISION

BRIAR CAPITAL REAL ESTATE FUND LLC,
a Texas limited liability company,

      Plaintiff,

    v.

                                 Case No. 25-001219-CI

BIG STORM REAL ESTATE LLC, a Florida
limited liability company, BIG STORM
PINELLAS LLC, a Florida limited liability
company, BIG STORM BREWERY LLC, a
Florida limited liability company, BIG STORM
PASCO LLC, a Florida limited liability company,
BIG STORM CAPE CORAL LLC, a Florida
limited liability company, BIG STORM CIDER
AND MEAD LLC, a Florida limited liability
company, BIG STORM COCKTAILS LLC, a
Florida limited liability company, BIG STORM
COFFEE COMPANY LLC, a Florida limited
liability company, LEO JOSEPH GOVONI, an
individual, MICHAEL GOLDBERG, Chapter 11
Trustee of the Estate of the Debtor, The Center for
Special Needs Trust Administration, Inc.,
FLORIDA DEPARTMENT OF REVENUE, and
UNKNOWN SPOUSES, HEIRS, DEVISEES,
GRANTEES, ASSIGNEES, CREDITORS,
TRUSTEES, SUCCESSORS IN INTEREST, OR
OTHER PARTIES CLAIMING AN INTEREST
IN THE SUBJECT PROPERTY,

      Defendants.

_____/

## REPLY IN SUPPORT OF MOTION FOR CLERK'S DEFAULT
## AGAINST DEFENDANT, MICHAEL GOLDBERG,
## CHAPTER 11 TRUSTEE OF THE ESTATE OF THE DEBTOR, THE CENTER
## FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.

    Plaintiff, Briar Capital Real Estate Fund LLC, by and through undersigned counsel, hereby

submits this Reply in Support of its Motion for Clerk's Default against Defendant, MICHAEL

GOLDBERG, CHAPTER 11 TRUSTEE OF THE ESTATE OF THE DEBTOR, THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC. ("Defendant"), and states:

1.      Plaintiff filed a Motion for Clerk's Default (the "Motion") against Defendant on May 20, 2025.  Defendant's counsel did not reach out to Plaintiff's counsel or file its Opposition to the Motion until ten (10) days later on May 30, 2025.

2.      The Motion was necessitated by Defendant's failure to file any responsive pleading by the agreed-upon deadline of May 16, 2025.

3.      On April 16, 2025, Steven Wirth, attorney for Defendant, accepted electronic service of the Summons and Complaint via email and agreed that Defendant's Answer or responsive papers were due within 30 days, i.e., by May 16, 2025.  This agreement is memorialized in email correspondence between counsel, attached to the Motion and reattached hereto as **Exhibit A**.  All attorneys for Defendant were copied on this correspondence and thus aware of the deadline.

4.      Despite this clear agreement, Defendant failed to file any Answer or responsive papers by May 16, 2025.  As of the filing of the Motion for Default, and to the present date, no responsive pleadings have been served or filed, nor was any request for an extension made prior to the deadline's expiration.

5.      Defendant's Opposition asserts that Plaintiff did not confer with Defendant's counsel before filing the Motion. (Opposition at ¶3-4). This assertion is inaccurate.

6.      The April 16, 2025, email correspondence unequivocally demonstrates that Defendant's counsel, including Steven Wirth, was fully informed of the May 16 deadline. The inclusion of all Defendant's attorneys on the email chain eliminates any claim of lack of notice or opportunity to respond.

7.      Under Fla. R. Civ. P. 1.500(a), Plaintiff is not required to confer with Defendant prior to filing a Motion for Clerk's Default when, as here, no responsive pleading has been filed by the deadline.  Plaintiff's filing of the Motion on May 20, 2025, four (4) days after the deadline passed without action from Defendant, was procedurally proper.

8.      Defendant's reference to discussions about an agreed stay is unavailing.  No stay agreement was finalized, and Defendant took no action—such as filing a motion for stay or requesting an extension—before the May 16 deadline.  Defendant's inaction cannot now be recast as Plaintiff's failure to accommodate.

9.      Notably, Defendant's Opposition offers no excuse for missing the May 16 deadline. Instead, it misrepresents the record by suggesting Plaintiff acted improperly, when in fact Defendant simply failed to meet its obligations under the agreed timeline.

10.     The facts are straightforward:  Defendant agreed to respond by May 16, 2025, did not do so, and has provided no justification for this failure. Defendant's attempt to deflect responsibility does not alter the record or cure its default.

**WHEREFORE**, Plaintiff, Briar Capital Real Estate Fund LLC, respectfully requests an entry of a default by the Clerk of Court against Defendant MICHAEL GOLDBERG, CHAPTER 11 TRUSTEE OF THE ESTATE OF THE DEBTOR, THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., for failure to timely respond to Plaintiff's Complaint as agreed and for such other and further relief as this Court deems just and proper.

Dated:  June 2, 2025                                  Respectfully submitted,

_____
Joshua S.M. Smith
Florida Bar No.: 0955981
joshua.smith@bipc.com
Vincent J. Bivona, Esq.
Florida Bar No.: 1050366

vincent.bivona@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
401 East Jackson Street, Suite 2400
Tampa, FL 33602
Tel No.: 813 222 8180
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 2, 2025 I electronically filed the foregoing with the

Clerk of the Court by using the E-Portal system and sent via Email to Defendant MICHAEL

GOLDBERG, CHAPTER 11 TRUSTEE OF THE ESTATE OF THE DEBTOR, THE CENTER

FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.'s attorney, Steven Wirth at

steven.wirth@akerman.com.

_____
Joshua S.M. Smith
Florida Bar No.: 0955981
joshua.smith@bipc.com
Vincent J. Bivona, Esq.
Florida Bar No.: 1050366
vincent.bivona@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
401 East Jackson Street, Suite 2400
Tampa, FL 33602
Tel No.: 813 222 8180
*Attorneys for Plaintiff*

# EXHIBIT "A"

**Vincent J. Bivona**

---

| | |
|---|---|
| **From:** | Vincent J. Bivona |
| **Sent:** | Wednesday, April 16, 2025 12:01 PM |
| **To:** | steven.wirth@akerman.com |
| **Cc:** | jennifer.meehan@akerman.com; luis.casasmeyer@akerman.com; caren.deruiter@akerman.com; john.dicks@akerman.com |
| **Subject:** | RE: Service of Process - Briar Capital Real Estate Fund LLC v. Big Storm Real Estate LLC, et al., Case No. 25-001219-CI |

Yes, 30 days works for us. Thank you.

**Vincent J. Bivona, Esq.**

TRUIST Place
401 E. Jackson Street, Suite 2400
Tampa, FL 33602-5236
813 222 2038 (o)
vincent.bivona@bipc.com

# Buchanan

vCard | Bio | BIPC.com | Twitter | LinkedIn

---

**From:** steven.wirth@akerman.com <steven.wirth@akerman.com>
**Sent:** Wednesday, April 16, 2025 11:50 AM
**To:** Vincent J. Bivona <vincent.bivona@bipc.com>
**Cc:** jennifer.meehan@akerman.com; luis.casasmeyer@akerman.com; caren.deruiter@akerman.com; john.dicks@akerman.com
**Subject:** RE: Service of Process - Briar Capital Real Estate Fund LLC v. Big Storm Real Estate LLC, et al., Case No. 25-001219-CI


You don't need a process server, but can we have 30 days to respond?

**Steven R. Wirth**
Partner
Akerman LLP | 401 East Jackson Street, Suite 1700 | Tampa, FL 33602
D: 813 209 5093 | T: 813 223 7333 | C: 917 673 7812 | F: 813 218 5407
Admitted to Practice in Florida, New York and New Jersey
steven.wirth@akerman.com

---

**From:** Vincent J. Bivona <vincent.bivona@bipc.com>
**Sent:** Wednesday, April 16, 2025 11:48 AM
**To:** Wirth, Steven (Ptnr-Tpa) <steven.wirth@akerman.com>
**Subject:** RE: Service of Process - Briar Capital Real Estate Fund LLC v. Big Storm Real Estate LLC, et al., Case No. 25-001219-CI

**[External to Akerman]**

Would you like me to send a process server out or can we consider a response due in 20 days?

**Vincent J. Bivona, Esq.**

TRUIST Place
401 E. Jackson Street, Suite 2400
Tampa, FL 33602-5236
813 222 2038 (o)
vincent.bivona@bipc.com

# Buchanan

vCard | Bio | BIPC.com | Twitter | LinkedIn

---

**From:** steven.wirth@akerman.com <steven.wirth@akerman.com>
**Sent:** Wednesday, April 16, 2025 11:22 AM
**To:** Vincent J. Bivona <vincent.bivona@bipc.com>
**Cc:** john.dicks@akerman.com; luis.casasmeyer@akerman.com; raye.elliott@akerman.com; caren.deruiter@akerman.com; jennifer.meehan@akerman.com
**Subject:** RE: Service of Process - Briar Capital Real Estate Fund LLC v. Big Storm Real Estate LLC, et al., Case No. 25-001219-CI

Yes, I will accept service for Mr. Goldberg as chapter 11 trustee of the CSNTA.

**Steven R. Wirth**
Partner
Akerman LLP | 401 East Jackson Street, Suite 1700 | Tampa, FL 33602
D: 813 209 5093 | T: 813 223 7333 | C: 917 673 7812 | F: 813 218 5407
Admitted to Practice in Florida, New York and New Jersey
steven.wirth@akerman.com

vCard | Profile | Connect With Me

## akerman

700+ Lawyers
25 Offices
akerman.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

---

**From:** Vincent J. Bivona <vincent.bivona@bipc.com>
**Sent:** Wednesday, April 16, 2025 11:12 AM
**To:** Wirth, Steven (Ptnr-Tpa) <steven.wirth@akerman.com>
**Subject:** Service of Process - Briar Capital Real Estate Fund LLC v. Big Storm Real Estate LLC, et al., Case No. 25-001219-CI

**[External to Akerman]**

Good morning Mr. Wirth,

I currently represent Briar Capital Real Estate Fund LLC in the above-referenced foreclosure action in which Michael Goldberg, Chapter 11 Trustee of the Estate of the Debtor, The Center for Special Needs Trust Administration, Inc. is a named Defendant.

I understand you represent Mr. Goldberg in a related bankruptcy proceeding. Would you be willing to accept service on Mr. Goldberg's behalf in this foreclosure suit? If so, please let me know the best time and place that I can arrange the process server to deliver the necessary documents to you.

For your convenience, I have attached copies of the Complaint, Summons, Notice of Lis Pendens, and Standing Case Management Order here. If you have any questions or wish to discuss anything regarding this matter, please feel free to contact me directly.

Thank you,

**Vincent J. Bivona, Esq.**

TRUIST Place
401 E. Jackson Street, Suite 2400
Tampa, FL 33602-5236
813 222 2038 (o)
718-503-2217 (c)
vincent.bivona@bipc.com

# Buchanan

vCard | Bio | BIPC.com | Twitter | LinkedIn

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.