ORDERED.

Dated: June 06, 2025

_____
Roberta A. Colton
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:24-bk-00676-RCT |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Chapter 11 |
| Debtor. | |
| _____/ | |

**ORDER APPROVING EMERGENCY FIRST INTERIM APPLICATION OF THE RISING GROUP CONSULTING, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED AS THE CHIEF RESTRUCTURING OFFICER OF THE BIG STORM ENTITIES FROM MARCH 19, 2025 THROUGH MAY 29, 2025**

THIS CASE came before the Court at a hearing on June 6, 2025, to consider the *Emergency First Interim Application of The Rising Group Consulting, Inc. for Allowance and Payment of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Chief Restructuring Office from March 19, 2025, through May 29, 2025* (Doc. 553) (the "**Application**"),[1] as well as Briar Capital's objection to the Application (Doc. 559) and the Chapter 11 Trustee's Response in support of the Application (Doc. 560).

In the Application, The Rising Group Consulting, Inc. requested an allowance of fees in the amount of $110,550.00 and reimbursement of expenses incurred in the amount of $555.26 for

---

[1] Capitalized terms used but not specifically defined herein shall have the respective meanings ascribed to them in the Application.

a total award of $111,105.26 for the period of March 19, 2025, through May 29, 2025. The Notice of Application for Compensation and Reimbursement of Expenses and Opportunity to Object and Request a Hearing (Doc. 557) was filed with the Court on June 3, 2025, and served on the Office of the United States Trustee, all parties registered to receive notices via the Court's CM/ECF system, and the Local Rule 1007-2 Parties in Interest List. The hearing was duly-noticed. *See* Doc. 558. The Court having heard the argument of counsel and considered the Application, it is

    **ORDERED**:

1. The Application (Doc. 553) is **APPROVED**.

2. The Rising Group Consulting, Inc. is allowed compensation of $110,550.00 for professional services rendered and $555.26 for the reimbursement of expenses incurred during the period from March 19, 2025, through May 29, 2025.

3. The U.S. Trustee and Committee reserve the right to object to the final fee application and seek disgorgement in connection with any interim compensation already paid to The Rising Group Consulting, Inc.

4. This Order is without prejudice to the rights of The Rising Group Consulting, Inc. upon further application to this Court to seek further allowance and payment of additional compensation and reimbursement of expenses, including any such amounts incurred during this interim compensation period for which approval has not previously been sought and denied.

5. This Order is also without prejudice to the rights of any creditors in any future bankruptcy proceeding filed by any of the Big Storm Entities that The Rising Group Consulting, Inc. is currently serving as Chief Restructuring Officer.

6. The Court retains jurisdiction to enforce or interpret this Order.

Attorney Steven R. Wirth is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.