

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/04/2025 01:30 PM

COURTROOM   8A

## HONORABLE ROBERTA COLTON

CASE NUMBER: | | FILING DATE:
---|---|---
**8:24-bk-00676-RCT** | **11** | **02/09/2024**

**Chapter 11**

**DEBTOR:**     The Center for Special Needs Trust Administration, Inc.


**DEBTOR ATTY:   Adam Gilbert**

**TRUSTEE:        Michael Goldberg**

**HEARING:**

(1) Con't  Status Conference
(2) Con't Amended Emergency Motion
for Approval of Trust Distribution Procedures
by Debtor (Doc #321)
Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Creditor Committee
Unsecured Creditors' Committee (related
document(s)[18], [63], [10]))   (Doc #118)
Supplement to Limited Objection to Debtors
Trust Motions and Reservations of Rights Filed
by Megan Wilson Murray on behalf of Creditor
Committee Unsecured Creditors' Committee
(related document(s)18, 63, 10) (Doc #465)
Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Trustee Michael
Goldberg (related document(s)[18], [63], [10]).
(Doc #119)
(3) Con't Emergency Motion for Interim
and Final Orders Granting (A) Authority to
(I) Maintain Trust Bank Accounts and to
Continue to Use Existing Business Forms
and Checks for Trust Bank Accounts, and
(II) Continue to Use Existing Trust Cash
Management System, and (B) Waiver
of Certain Investment and Deposit Guidelines
by Debtor (Doc 18)
Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Creditor Committee
Unsecured Creditors' Committee (related

document(s)[18], [63], [10])  (Doc #118)
Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Trustee Michael
Goldberg (related document(s)[18], [63], [10]).
(Doc #119)
(4) Con't Motion for an Order
Authorizing and Directing the Name Change
of Certain Trusts Administered by Debtor to Remove
References to the Theresa Alessandra
Russo Foundation Filed by John R Yant on behalf
of Creditor The Theresa Alessandra Russo
Foundation (Attachments: # [1] Exhibit A - Agreement)
(Doc #453)
Response by Trustee (Doc #462)
(5) FINAL SALE HEARING - Amended Motion
to Sell Property Free and Clear of Liens Property
re: 12705 DANIEL DR CLEARWATER, FLORIDA
Chp 11 Trustee's Amended Expedited Motion for
Entry of an Order (a) Approving Bid Procedures
in Connection with the Sale of Real Estate,
(b) Scheduling an Auction and Sale Hearing;
and (c) Approving Sale of Real Estate to the Highest
Bidder (Verify Fee) Filed by Steven R Wirth on behalf
of Trustee Michael Goldberg (related
document(s)[582]) (Doc #592)
(6) Preliminary Hearing on Motion for the Authority
for the Chapter 11 Trustee and Debtor's Chief
Restructuring Officer to Execute Joinders to Complete
Transfers to Successor Trustee or, in the Alternative,
Motion to Abandon Administration of Certain Trusts
Filed by Steven R Wirth on behalf of Trustee
Michael Goldberg (related document(s)[376], [409])
(Doc #629)
Response by Unsecured Creditors' Committee
(Doc #640)
Note: Prior Hearing: 9/9/24; 1/9/25; 5/1/25;
6/30/25
Related Advs Proceedings:
24-ap-139 Goldberg vs Boston Finance Grp
25-ap-00048 Goldberg vs Big Storm Estate et.al.
25-ap-00082 Evanston Insr Co vs Goldberg
25-ap-00123 Medmarc Casulty Insr Co v Staunton & Faglie et.al.

**APPEARANCES:**: Raye Elliott; Megan Murray; Teresa Dorr; Ryan Yant; Kevin Urbatsch

**WITNESSES:**

**EVIDENCE:**

**RULING:** (1) Con't   Status Conference -   CON'T TO 10/9/25 @ 10:30 AM (AOCNFNG)

(2) Con't Amended Emergency Motion
for Approval of Trust Distribution Procedures
by Debtor (Doc #321) -    GRANTED ON FURTHER INTERIM BASIS TO    10/9/25 @ 10:30 AM; ORDER BY ELLIOTT

Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Creditor Committee
Unsecured Creditors' Committee (related
document(s)[18], [63], [10]))  (Doc #118)

Supplement to Limited Objection to Debtors
Trust Motions and Reservations of Rights Filed
by Megan Wilson Murray on behalf of Creditor
Committee Unsecured Creditors' Committee
(related document(s)18, 63, 10) (Doc #465)

Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Trustee Michael
Goldberg (related document(s)[18], [63], [10]).
(Doc #119)

(3) Con't Emergency Motion for Interim
and Final Orders Granting (A) Authority to
(I) Maintain Trust Bank Accounts and to
Continue to Use Existing Business Forms
and Checks for Trust Bank Accounts, and
(II) Continue to Use Existing Trust Cash
Management System, and (B) Waiver
of Certain Investment and Deposit Guidelines
by Debtor (Doc 18) -    GRANTED ON FURTHER INTERIM BASIS TO    10/9/25 @ 10:30 AM; ORDER BY ELLIOTT

Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Creditor Committee
Unsecured Creditors' Committee (related
document(s)[18], [63], [10])    (Doc #118)

Limited Objection to the Debtor's Trust Motions
and Reservation of Rights by Trustee Michael
Goldberg (related document(s)[18], [63], [10]).
(Doc #119)

(4) Con't Motion for an Order
Authorizing and Directing the Name Change
of Certain Trusts Administered by Debtor to Remove
References to the Theresa Alessandra
Russo Foundation Filed by John R Yant on behalf
of Creditor The Theresa Alessandra Russo
Foundation (Attachments: # [1] Exhibit A - Agreement)
(Doc #453) -   CON'T TO 10/9/25 @ 10:30 AM; ORDER BY ELLIOTT

Response by Trustee (Doc #462)

(5) FINAL SALE HEARING - Amended Motion
to Sell Property Free and Clear of Liens Property
re: 12705 DANIEL DR CLEARWATER, FLORIDA
Chp 11 Trustee's Amended Expedited Motion for
Entry of an Order (a) Approving Bid Procedures
in Connection with the Sale of Real Estate,
(b) Scheduling an Auction and Sale Hearing;
and (c) Approving Sale of Real Estate to the Highest
Bidder (Verify Fee) Filed by Steven R Wirth on behalf
of Trustee Michael Goldberg (related
document(s)[582]) (Doc #592) -   GRANTED AS DISCUSSED IN OPEN COURT; ORDER BY ELLIOTT

(6) Preliminary Hearing on Motion for the Authority
for the Chapter 11 Trustee and Debtor's Chief
Restructuring Officer to Execute Joinders to Complete
Transfers to Successor Trustee or, in the Alternative,
Motion to Abandon Administration of Certain Trusts
Filed by Steven R Wirth on behalf of Trustee
Michael Goldberg (related document(s)[376], [409])
(Doc #629) -   GRANTED AS DISCUSSED IN OPEN COURT; ORDER BY ELLIOTT

Response by Unsecured Creditors' Committee
(Doc #640)

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.