ORDERED.

Dated: August 11, 2025

Roberta A. Colton
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:                                                                        Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                               Chapter 11

    Debtor.
_____/

### ORDER GRANTING MOTION TO APPROVE
### COMPROMISE OF CONTROVERSY WITH ARENA ENTITIES

THIS CAUSE came before the Court without a hearing upon the *Motion to Approve Compromise of Controversy with the Arena Entities* (the "Motion") (Doc No. 622). The Court, having reviewed the Motion and the record in this case, and the movant by submitting this form of order having represented that the motion was served on all parties required by Bankruptcy Rule 2002 or Local Rule 2002-1(H), (I) or (J), that the 21-day response time provided by Local Rule 9013-1(D) has expired, that no one has filed, or served on the movant, a response to the motion, and that the form of order was attached as an exhibit to the motion, the Court finds that the proposed compromise and settlement is a fair and equitable compromise, reasonable, and in the best interests of the Debtor's estates. Accordingly, it is:

**ORDERED,** as follows:

1. The Motion is **GRANTED**.

82230643;1

2. The Settlement Agreement attached to the Motion is **APPROVED**.

3. The Arena Entities shall have an allowed, subordinated, unsecured claim in the amount of $28,069,328.02 as set forth in the Motion.

4. The Debtor may take any and all steps to implement the Settlement Agreement.

5. The Court reserves jurisdiction to interpret and enforce the terms of this Order, and the settlement between the parties.

###

Submitted by:

*John L. Dicks II*
John L. Dicks II
Florida Bar No.: 89012
Email: john.dicks@akerman.com
Steven R. Wirth
Florida Bar No.: 170380
Email: steven.wirth@akerman.com
Raye C. Elliott
Florida Bar No.: 18732
Email: raye.elliott@akerman.com
401 East Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837

*Counsel for Chapter 11 Trustee Michael Goldberg*

Attorney John L. Dicks II is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within three (3) days of entry of this order.

82230643;1