# EXHIBIT A

Spirit Real Estate Corporation – Mortgage Payoff – 12705 Daniel Drive, Clearwater, FL 337623

Principal

| ITEM | AMOUNT |
|---|---|
| Principal | $691,118.07 |
| Interest through April 15, 2025 | $37,396.11 |
| Interest from April 16 – September 12, 2025 | $28,402.50 |
| 2022 Real Estate Taxes Advanced | $24,637.31 |
| Interest on RE Taxes from 3/10/25 – 9/12/25 | $ 1,046.25 |
| Attorney's Fees | $ 9,993.09 |
| **TOTAL** | **$792,593.33** |

Per diem after September 12, 2025: $189.35

Payoffs after September, 2025 should be confirmed with counsel since additional attorney's fees or costs could be incurred.  Spirit Real Estate Corporation reserves the right to enforce its loan documents if not paid in full on or before September 12, 2025.