# EXHIBIT D

| American Land Title Association | ALTA Settlement Statement - Combined |
|---|---|
| | Adopted 05-01-2015 |

File No: 14111-2824979
Printed: 09/02/2025, 3:33 PM
Officer/Escrow Officer: Michelle King/mk
Settlement Location:
17724 Hunting Bow Circle, Suite 102, Lutz, FL 33558

**First American Title Insurance Company**

**17724 Hunting Bow Circle, Suite 102 • Lutz, FL 33558**
**Phone: (813)371-8320   Fax: (866)822-4455**
**Estimated Settlement Statement**



Property Address:  12705 Daniel Dr, Clearwater, FL 33762
Buyer:  Tide LLC; Simon Tusha
Seller:  Propertycraft Enterprises LLC
Lender:
Estimated Settlement Date:  09/12/2025
Disbursement Date:

| Seller | | Description | Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Financial** | | |
| | 2,300,000.00 | Sale Price | 2,300,000.00 | |
| | | Deposit:  Receipt No. 1411112383 on 08/28/2025 by Tide LLC | | 100,000.00 |
| | | **Prorations/Adjustments** | | |
| 16,454.50 | | County Taxes  01/01/25 through 09/12/25  @$23,552.52/yr | | 16,454.50 |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| 8,325.00 | | ALTA Owner's Policy  Premium: $8325.00 Prom.: $8325.00  to First American Title Insurance Company | | |
| 450.00 | | Search Fee  to First American Title Insurance Company | | |
| 800.00 | | Closing Services Fee  to First American Title Insurance Company | 800.00 | |
| | | **Real Estate Broker Compensation** | | |
| 69,000.00 | | Real Estate Broker Compensation 3.0%  to Marcus & Millichap | | |
| 46,000.00 | | Real Estate Broker Compensation 2.0%  to LoKation Real Estate | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Record Warranty Deed  to Pinellas County Clerk of Courts | 27.00 | |
| 44.00 | | Record Affidavit Court Order to Sale  to Pinellas County Clerk of Courts | | |
| 27.00 | | Record Affidavit LLC Affidavit  to Pinellas County Clerk of Courts | | |
| 16,100.00 | | State Documentary Transfer Tax  to Clerk of Courts | | |
| | | **Payoff(s) and Payment(s)** | | |
| | | Spirit Real Estate Corporation | | |
| 792,593.33 | | Payoff thru 9/12  to Spirit Real Estate Corporation | | |
| 2,840.25 | | Interest on Payoff Loan  09/12/25 through 09/26/25 @$189.350000/day  to Spirit Real Estate Corporation | | |

| Seller | | Description | Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Miscellaneous** | | |
| 525.00 | | Municipal Lien Searches  to Real Res | | |
| 24,637.31 | | 2022 TAXES  to Pinellas County Tax Collector | | |
| 27,240.23 | | 2023 TAXES  to Pinellas County Tax Collector | | |
| 27,905.15 | | 2024 TAXES  to Pinellas County Tax Collector | | |
| | | | | |
| 1,032,941.77 | 2,300,000.00 | **Subtotals** | 2,300,827.00 | 116,454.50 |
| | | Due From Buyer | | 2,184,372.50 |
| 1,267,058.23 | | Due To Seller | | |
| 2,300,000.00 | 2,300,000.00 | **Totals** | 2,300,827.00 | 2,300,827.00 |

Our wire instructions do not change.  Our banking institution is First American Trust.  If you receive an email or other communication that appears to be from us or another party involved in your transaction instructing you to wire funds to a bank other than First American Trust, you should consider it suspect and you must call our office at an independently verified phone number.  Do not inquire with the sender.

Escrow Officer: Michelle King