ORDERED.

Dated: September 30, 2025

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,

Debtor.
_____/

Case No. 8-24-bk-00676-RCT

Chapter 11

**ORDER GRANTING AGREED MOTION FOR RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT APPLICABLE, TO PERMIT KOZYAK TROPIN & THROCKMORTON LLP ("KTT") ON BEHALF OF CLASS ACTION BENEFICIARIES TO PURSUE CLAIMS AGAINST THIRD PARTIES PURSUANT TO THE TERMS AND CONDITIONS OF THIS AND KTT'S PENDING EMPLOYMENT APPLICATION[1]**

THIS MATTER came before the Court on September 25, 2025, upon the *Agreed Motion for Relief From the Automatic Stay, to the Extent Applicable, to Permit Kozyak Tropin & Throckmorton LLP ("KTT") on Behalf of Class Action Beneficiaries to Pursue Claims Against Third Parties Pursuant to the Terms and Conditions of This And KTT's Pending Employment Application* (Doc. No. 666) (the "**Motion**"), filed by Michael Goldberg, in his capacity as Chapter 11 Trustee of the bankruptcy estate of The Center for Special Needs Trust Administration, Inc. (the "**Chapter 11 Trustee**" for the "**Debtor**"). The Court, having reviewed the Motion, noting the

---

[1] KTT's employment application has been filed in an abundance of caution and to put parties on notice of the firm's potential compensation provisions as class counsel, including how that would interact with possible recoveries by this estate against the same potential defendants.

83297580;1

consent of the Debtor and of the official committee of unsecured creditors, finding good cause for the relief requested, and being otherwise fully advised in the premises, it is

**ORDERED** that:

1. The Motion is **GRANTED.**

2. The automatic stay imposed by 11 U.S.C. § 362(a) is hereby modified, to the extent applicable, solely and exclusively for the limited purpose of permitting Michael Goldberg, in his capacity as the Court authorized trustee of the individual trusts as described in Paragraph 11 of the Wind-Down Order, and the Beneficiaries to pursue the Claims (each as defined in the Motion) against third parties that belong individually to those Beneficiaries.

3. This stay relief is conditioned upon the continuing involvement and cooperation with Michael Goldberg in his capacity as the Court authorized trustee of the individual trusts as described in Paragraph 11 of the Wind-Down Order, as well as KTT's continued cooperation with this estate through Michael Goldberg as the Chapter 11 Trustee and continued disclosure and best efforts to cooperate with the Official Committee of Unsecured Creditors.

4. No other relief from the automatic stay is granted at this time, and this Order does not permit any further action against any party absent further order of the Court.

5. This Order is without prejudice to the rights of any party to seek further relief from or modification of the automatic stay upon appropriate motion.

Attorney Steven R. Wirth is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.