ORDERED.

Dated: January 20, 2026

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re | Chapter 11 |
| THE CENTER SPECIAL FOR SPECIAL NEEDS TRUST ADMINSTRATION, INC. | Case No. 8:24-bk-00676-RCT |
| Debtor._____/ | |

**ORDER APPROVING SECOND INTERIM**
**APPLICATION OF UNDERWOOD MURRAY, P.A. FOR**
**COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSESAS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS FOR THE PERIOD FROM OCTOBER 1, 2024 TO SEPTEMBER 30, 2025**
(DOC. 754)

This case came before the Court for consideration without a hearing on Underwood Murray, P.A.'s Second Interim Application for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period from October 1, 20024 to September 30, 2025 (Doc. No. 754). In the Application, Underwood Murray, P.A. requested an allowance and payment of fees in the amount of

$397,023.00 and $2,782.86 in expenses for the Application Period. The Notice of Second Interim Application for Compensation and Reimbursement of Expenses and Opportunity to Object and Request a Hearing (contains negative notice) (Doc. No. 755) was filed with the Court and served on the Office of the United States Trustee, all parties registered to receive service via CM/ECF, including the United States Trustee, who is registered to receive electronic notices in this case, on November 3, 2025 and was served on all parties required to be served, including the Debtor and the Local Rule 1007-2 Parties in Interest List.  The Court, having reviewed the Application, noting no objections were filed, and being otherwise advised in the premises, finds good cause to approve the Application.  Accordingly, it is:

**ORDERED:**

1. The Application (Doc. No. 754) is **APPROVED**.

2. Underwood Murray, P.A. is awarded compensation on a final basis for services rendered during the Application Period in the amount of $397,023.00 and reimbursement of expenses incurred in the amount of $2,782.86, for a total allowance of $399,805.86.

3. The amounts and rates identified in the Application are reasonable considering the factors enumerated in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), made applicable to bankruptcy proceedings by *In re First Colonial Corp. of America* 554 F.2d 1291 (5th Cir. 1977).

4. The Official Committee of Unsecured Creditors is authorized and directed to pay the amount of $399,805.86 to Underwood Murray, P.A.

5. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

###

Attorney Megan W. Murray is directed to serve a copy of this order on interested parties who are not linked to this case via CM/ECF and file a proof of such service within three days of entry of the order.