ORDERED.

Dated: January 26, 2026

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

The Center for Special Needs            Case No. 8:24-bk-00676-RCT
Trust Administration, Inc.,             Chapter 11

    Debtor.
_____/

## ORDER CONTINUING HEARING

THIS CASE is considered on the Court's initiative for entry of an appropriate order. Set for hearing tomorrow, January 27, 2026, at 3:00 p.m., is a continued, preliminary hearing on American Momentum Bank's Motion for Relief from Stay to Join Trustee to Adversary Proceeding (Doc. 759) (the "Hearing").[1] The Court, after consultation with the parties and given the present dangerous weather conditions, has determined that it is appropriate to continue the Hearing for a short time. It is therefore

**ORDERED:**

1.    The continued, preliminary hearing on American Momentum Bank's Motion for Relief from Stay to Join Trustee to Adversary Proceeding (Doc. 759) presently scheduled for January 27, 2026, at 3:00 p.m. in this proceeding is hereby continued to **February 5, 2026,**

---

[1] Also set at the same time in a related adversary proceeding is a status conference and preliminary hearing on American Momentum Bank's Motion to Dismiss (Adv. No. 8:25-ap-00347-RCT, Doc. 17).

**at 1:30 p.m.** in Courtroom 8A of the United States Bankruptcy Court, located at 801 North Florida Avenue, Tampa, Florida 33602 (the "Continued Hearing").

2. Although the Court will conduct the Continued Hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance, no later than 3:00 p.m. one business day before the date of the hearing. To register, CLICK HERE or manually enter the following web address into a browser: https://www.zoomgov.com/meeting/register/vJItcOGopjMpG2gRKyn-ipk6SXFBnivGTDA#/registration.

3. All participants, whether attending in person or remotely, must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

Clerk's Office to serve by CM/ECF. Proof of service is not required. Local Rule 9013-3(b).