FILED VIA MAIL

FEB 0 2 2026

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

# UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF

## FLORIDA TAMPA DIVISION

**In re:** The Center for Special Needs Trust Administration, Inc., Debtor.

## Case No.: 8:24-bk-00676-RCT **Chapter 11**

## NOTICE OF APPEAL

Notice is hereby given that Melissa Beck, as Personal Representative of the Estate of Thomas Hancock ("Appellant"), an interested party, appeals to the United States District Court for the Middle District of Florida from the **Order Denying Motion for Reconsideration** (Doc. 830), entered on January 22, 2026.

The Appellant appeals the Court's determination that her objection was untimely and the finding that there was no basis for reconsideration under Rule 59, particularly in light of the fact that the Appellant was not properly served by mail and had no knowledge of the underlying Fee Application.

## PART 2: APPELLATE ARGUMENT

*(Core points to be included in the Statement of Issues or Appeal Brief)*

## I. The Court Erred in Finding the Objection Untimely Based on Defective Notice

The Order (Doc. 830) found that the Appellant's objection was "quite untimely" because it was filed 50 days after the December 1, 2025, negative notice deadline. However, this finding relies on a deadline that did not legally apply to the Appellant.

- **Acknowledgment of Status:** The Court's own Order (Doc. 830) concludes by directing the **"Clerk's Office to serve Ms. Beck by mail; all other interested parties to be served by CM/ECF."** This instruction confirms that the Appellant is a "mail-only" party and not a participant in the electronic service system.

- **Constitutional Due Process:** Under *Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306 (1950), notice must be "reasonably calculated" to reach the interested party. Because the Appellant was not served by mail with the original Fee Application, she lacked the actual or constructive notice necessary to respond by the December 1 deadline.

## II. Application of the "Excusable Neglect" Standard

The Court's denial for untimeliness failed to account for the "excusable neglect"

standard established by the Supreme Court.

- **The Standard:** In *Pioneer Investment Services Co. v. Brunswick Associates Ltd. Partnership*, 507 U.S. 380 (1993), the Court held that "excusable neglect" is an equitable concept that considers the reason for the delay and the good faith of the movant.

- **The Argument:** The Appellant acted in good faith and as quickly as possible once she gained knowledge of the proceedings. A 50-day delay caused by a total lack of mail service is a circumstance beyond the Appellant's control and should not result in the forfeiture of her right to protect the estate's assets.

## III. The Court's Independent Duty to Protect Estate Assets

The Order noted that the Appellant failed to identify "specific" improper line

items. However, the Court has an independent duty under **11 U.S.C. § 330** to

ensure that professional fees are actual and necessary for the benefit of the estate.

- **The Manifest Injustice:** The Appellant maintains that approving **$399,805.86** in fees—funds intended for trust

beneficiaries—while denying a non-served victim's representative the chance to be heard, constitutes a "manifest injustice" under Rule 59.

- **Interim Nature of Fees:** Because these are **Interim Fees** under 11 U.S.C. § 331, they are subject to final review. The Appellant seeks the opportunity to perform the "detailed review" the Court expects once she is properly served and granted a reasonable time to respond.

Respectfully submitted,

**Melissa Beck, Appellant**

PRESS FIRMLY TO SEAL

FSC
MIX

recycled PAPER

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED




**UNITED STATES POSTAL SERVICE.**  Retail

**P**

US POSTAGE PAID

**$11.95**

Origin: 36530
01/28/26
0126900418-77

**PRIORITY MAIL®**

0 Lb 4.80 Oz

**RDC 03**

EXPECTED DELIVERY DAY: 01/31/26 destinations.

C038

SHIP
TO:
STE 727
801 N FLORIDA AVE
TAMPA FL 33602-3848

USPS TRACKING® #



9505 5108 5297 6028 3601 86

**UNITED STATES POSTAL SERVICE®**   **PRIORITY® MAIL**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

Melissa Beck
24 Flo DAW rd
Elberta Al 36530
SMS

TO:

Clerks office, United States Bankruptcy Court
middle District of Florida, Tampa Division
Sam m. Gibbons United States Courthouse
801 North Florida Ave. Suite 727
Tampa, Florida 33602 3389





Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL USE