**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: February 3, 2026**

*Roberta A. Colton*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Case No.
8:24−bk−00676−RCT
Chapter 11

The Center for Special Needs Trust Administration, Inc.

_____Debtor*_____/

### ORDER DENYING MOTION FOR RELIEF FROM ORDER (RULE 60(B)) AND INCORPORATED MEMORANDUM OF LAW

THIS CASE came on for consideration, without hearing, of the Motion for Relief from Order (Rule 60(b)) and Incorporated Memorandum of Law filed by Melissa Beck , Doc. # 840 . After review, the Court determines that the motion is deficient as follows:

A signed and dated proof of service was not filed. Local Rule 9013−3.

The non−represented movant's original signature is not included. Fed. R. Bankr. P. 9011.

Accordingly it is

***ORDERED:***

The motion is denied to allow movant to file an amended motion.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.