ORDERED.

Dated: February 02, 2026

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                                          Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                                                 Chapter 11

    Debtor.
_____/

**ORDER GRANTING THE PLAINTIFFS' UNOPPOSED**
**MOTION TO RESCHEDULE HEARING**

THIS CASE is considered on the Court's initiative for entry of an appropriate order. Currently, there is a continued, preliminary hearing on American Momentum Bank's Motion for Relief from Stay to Join Trustee to Adversary Proceeding [DE 759] (the "Hearing") set for February 5, 2026, at 1:30 p.m.[1] The Plaintiffs in the related adversary proceeding, in which a matter is set for consideration before this Court at the same Hearing, have requested that this Court

---

[1] Also set at the same time in a related adversary proceeding is a continued status conference and preliminary hearing on American Momentum Bank's Motion to Dismiss (Adv. No. 8-24-ap-00347-RCT, Doc. 17).

continue the Hearing due to a scheduling conflict. *See* Plaintiffs' Unopposed Motion to Reschedule Hearing (Adv. No. 8-24-ap-00347-RCT, [DE 67]). American Momentum Bank does not oppose the relief sought. The Court has determined that it is appropriate to continue the Hearing in this matter, for the convenience of the Court and the Parties.  Accordingly, it is

**ORDERED:**

1. The continued preliminary hearing on American Momentum Bank's Motion for Relief from Stay to Join Trustee to Adversary Proceeding [DE 759], presently scheduled for February 5, 2026, at 1:30 p.m., is hereby continued to **February 24, 2026**, **at 10:00 a.m.**, in Courtroom 8A of the United States Bankruptcy Court, located at 801 North Florida Avenue, Tampa, Florida 33602 (the "Continued Hearing").

2. Although the Court will conduct the Continued Hearing in person, any interested party may choose to attend the hearings remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance, no later than 3:00 p.m. one business day before the date of the hearings. To register, manually enter the following web address into a browser: https://www.zoomgov.com/meeting/register/vJItcOGopjMpG2gRKyn-ipk6SXFBnivGTDA#/registration.

3. All participants, whether attending in person or remotely, must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

**SUBMITTED BY:**

Megan Murray
Underwood Murray, P.A.
100 N. Tampa St., Suite 2325
Tampa, FL 33602
Tel:     (813) 540-8401
Email:  mmurray@underwoodmurray.com
Counsel for the Chapter 11 Trustee

**COPIES FURNISHED TO:**

Megan Murray, who shall serve copies on all interested parties and file a certificate of service.