**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| In re: | Case No. 8:24-bk-00676-RCT |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Chapter 11 |
| Debtor. _____/ | |

**NOTICE OF MEDIATION**

John Witeck ("Witeck"), by and through undersigned counsel, files the following notice of mediation pursuant to the Order Granting Chapter 11 Trustee's Agreed Motion for Entry of Order Authorizing and Directing Pre-Suit Mediation (Doc. No. 748) (the "Mediation Order"). In support, Witeck states as follows:

1. On October 27, 2025, the Court entered the Mediation Order, which directs the parties to mutually select a mediator.

2. The parties have selected Roy Kobert to mediate this matter and have scheduled a hybrid mediation in person/zoom for March 6, 2026 at 9:30 a.m.

3. The Mediation will be conducted via electronic means only.

DATED: February 3, 2026.

RESPECTFULLY SUBMITTED,

*/s/ Erik Johanson*
Erik Johanson, Esq.
Florida Bar No. 106417
Joseph R. Boyd, Esq.
Florida Bar No. 1039873
ERIK JOHANSON PLLC
3414 W. Bay to Bay Boulevard
Suite 300
Tampa, FL 33629
erik@johanson.law

jr@johanson.law
ecf@johanson.law
*Counsel for John Witeck*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by the Court's CM/ECF system to all parties who receive electronic service in the ordinary course of business on this 3rd day of February 2026.

*/s/ Erik Johanson*
Erik Johanson, Esq.