**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

        Case No. 8:24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,        Chapter 11

     Debtor.

_____/

## NOTICE OF HEARING

NOTICE IS GIVEN THAT:

1.     The Honorable Roberta A. Colton will conduct a preliminary hearing in this case on **Tuesday, February 24, 2026, at 10:00 a.m.** at Courtroom 8A, Sam Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602, on the following:

**Chapter 11 Trustee's Motion for Authorization to Employ and Pay Ghiglieri & Company's Invoices as Banking Law Expert and Litigation Consultant Without Further Court Order Pursuant to 11 U.S.C § 363, and to Extent Necessary Employ and Pay Catherine A. Ghiglieri and Ghiglieri & Company Pursuant to 11 U.S.C §327 and 328**
**(Doc. No. 835)**

2.     All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/colton.

3.     Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4.     The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Dated: February 6, 2026,        Respectfully submitted,

        */s/ Adam M. Gilbert*
        Adam M. Gilbert
        Florida Bar No.: 1011637
        100 N. Tampa St., Suite 2325
        Tampa, FL 33602
        Tel: (813) 540-8401
        Email: agilbert@underwoodmurray.com

*Special Counsel to the Trustee*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court, has been furnished electronically to those parties registered to receive service via CM/ECF, including the United States Trustee and Debtor's counsel, on February 6, 2026.

*/s/ Adam M. Gilbert*
Adam M. Gilbert