**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

                                            Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                    Chapter 11

       Debtor.

_____/

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1.      A preliminary hearing in this case will be held before the Honorable Roberta A. Colton on **Tuesday, February 24, 2026, at 10:00 a.m.** at Courtroom 8A, Sam Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602, on the following:

**CHAPTER 11 TRUSTEE'S MOTION ON EXPEDITED BASIS FOR ORDER**
**COMPELLING TRANSFER OF DOMAIN NAME ACCOUNTS**
**(Doc. 587)**

2.      All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/colton.

3.      The Court may continue this matter upon announcement made in open court and reflected on the docket without further notice.

4.      Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

      PLEASE BE GOVERNED ACCORDINGLY

Dated: February 18, 2026               Respectfully submitted,

                                  AKERMAN LLP

                                  By: */s/ Steven R. Wirth*
                                      Steven R. Wirth
                                      Florida Bar No.: 170380
                                      Email: steven.wirth@akerman.com
                                      Raye C. Elliott
                                      Florida Bar No.: 18732
                                      Email: raye.elliott@akerman.com
                                      401 East Jackson Street, Suite 1700

85476332;1

Tampa, Florida 33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837

*Counsel for Chapter 11 Trustee, Michael Goldberg*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 18, 2026, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record, and that a true and correct copy of the foregoing was served by United States mail, postage prepaid and properly addressed, to the following:

Network Solutions, LLC
Attn. its Registered Agent,
Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301

Network Solutions, LLC
Attn. Jeffrey Neace, its Secretary
5335 Gate Parkway
Jacksonville, FL 32256

Network Solutions, LLC
Attn. NetSol Parent, LLC, its Member
5335 Gate Parkway
Jacksonville, FL 32256

Additionally, Epiq Corporate Restructuring, LLC will cause a true and correct copy of the foregoing document to be served on the Local Rule 1007-2 Parties in Interest List and will file a certificate or affidavit of service with the Court.

*/s/ Steven Wirth*
Steven Wirth

2

85476332;1