**[Dodaufee]** [District Order Dismissing Appeal for Unpaid Filing Fee – Bankruptcy]

ORDERED.

Dated: February 18, 2026

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                         Case No. 8:24−bk−00676−RCT
                                                                                               Chapter 11

The Center for Special Needs Trust Administration, Inc.

_____Debtor*_____/

### ORDER DISMISSING APPEAL FOR FAILURE TO PAY FILING FEE

THIS CASE came on for consideration of the Notice of Appeal filed by Melissa Beck ("Appellant") Doc. No. 836. On February 2, 2026, the Court entered an Order Directing Immediate Payment of Filing Fee. Appellant has failed to pay the filing fee as directed.

Accordingly, it is

ORDERED that this appeal is dismissed.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.

**References to "Plaintiff" or "Defendant" refer to multiple plaintiffs or defendants, if applicable.