[jiffyordnh] [Bench Order No Hearing +]

ORDERED.

Dated: February 18, 2026

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No. 8:24–bk–00676–RCT
Chapter 11

The Center for Special Needs Trust Administration, Inc.

_____Debtor*_____/

**ORDER DENYING AS MOOT MOTION FOR STAY PENDING APPEAL**

THIS CASE came on for consideration without a hearing of the **Motion for Stay Pending Appeal** (Doc. **837** ), filed by **Appellant Melissa Beck** .

The Court having considered the record, the Motion for Stay Pending Appeal is Denied as Moot .

The underlying appeal having been dismissed for failure to pay the filing fee, this motion is moot.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non–CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.