[Doddos] [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: May 12, 2026**

_____

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

The Center for Special Needs Trust Administration, Inc.

_____Debtor*_____/

Case No.
8:24–bk–00676–RCT
Chapter 11

### ORDER DISAPPROVING APPLICATION TO EMPLOY AND RETAIN LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP AS SPECIAL LITIGATION COUNSEL TO MICHAEL GOLDBERG

THIS CASE came on for consideration, without hearing, of the Application to Employ and Retain Levine Kellogg Lehman Schneider + Grossman LLP as Special Litigation Counsel to Michael Goldberg filed by Michael Goldberg, the Chapter 11 Trustee , Doc. # 887 . After review, the Court determines that the application is deficient as follows:

An attestation substantially in compliance with Local Rule 10012(g)(3)(B) or a scanned signature page that contains all necessary signatures pursuant to Local Rule 10012(g)(3)(A) was not included for JEFFREY C. SCHNEIDER.

The Application is not accompanied by a verified statement of the person to be employed, VICTORIA J. WILSON, setting forth the person's connections with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee as required by Fed. R. Bank. P. 2014.

Accordingly it is

***ORDERED:***

The application is disapproved to allow movant to file an amended application.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.