**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

THE CENTER FOR SPECIAL
NEEDS TRUST AMINISTRATION, INC.,

Debtor.

_____/

Chapter 11

Case No. 8:24-bk-00676-RCT

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**RESPONSE TO MOTION FOR AUTHORITY TO EXPLICITLY**
**EXPAND THE DUTIES OF THE DEBTOR'S CHIEF RESTRUCTURING OFFICER**
**(Doc. 908)**

The Official Committee of Unsecured Creditors, (the "**Committee**") responds to Michael Goldberg's ("**Chapter 11 Trustee**") Motion for Authority to Explicitly Expand the Duties of the Debtor's Chief Restructuring Officer("**Response**") and states:

**RESPONSE**

The Committee takes no issue with the CRO taking control over the Accounts (as defined by the Motion). The Committee request, however, that the Order attached as Exhibit A be modified to add the following terms:

1)      All bank account statements shall be attached to the monthly operating reports filed in this case until such time as monthly operating reports are no longer required or such bank account is closed;

2)      Any cash from these bank Accounts shall be included as property of the chapter 11 estate and utilized consistent with the same authority provided to the chapter 11 trustee and his professionals in this case, or if necessary, pursuant to further Court order.

WHEREFORE, The Committee requests that the Court sustain the Objection and grant all other relief the Court deems just and proper.

Dated July 24, 2026

Respectfully submitted,

*/s/  Megan W. Murray*
Megan W. Murray, Esq.
Florida Bar No. 0093922
UNDERWOOD MURRAY, P.A.
100 North Tampa St., Suite 2325
Tampa, FL  33602
Tel: (813) 540-8404 / Fax: (813) 553-5345
Email: mmurray@underwoodmurray.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court, has been furnished electronically to those parties registered to receive service via CM/ECF, on July 24, 2026.

/s/ Megan W. Murray
Megan W. Murray
Florida Bar No. 0093922

2