ORDERED.

**Dated:  August 03, 2026**

Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

Case No. 8:24-bk-00676-RCT

THE CENTER FOR SPECIAL
NEEDS TRUST ADMINISTRATION, INC.,

Chapter 11

Debtor.

_____/

**ORDER GRANTING OMNIBUS MOTION FOR**
**AUTHORITY FOR THE CHAPTER 11 TRUSTEE AND DEBTOR'S**
**CHIEF RESTRUCTURING OFFICER TO CHANGE PAYEE DESIGNATION**

This case is before the Court upon the *Omnibus Motion for Authority for the Chapter 11 Trustee and Debtor's Chief Restructuring Officer to Change Payee Designation* (the "Motion") (Doc. No. 899).[1]  The Court, having reviewed the Motion, having considered the docket, having heard arguments of counsel at the hearing held on July 27, 2026, at 3:00 p.m. ET, and noting a lack of opposition to the relief requested in the Motion, finds:

A.       CPT Institute, Inc. ("CPT") has been designated as the successor trustee for the special needs trusts (the "Trusts") formerly administered by The Center for Special Needs Trust Administration, Inc. (the "Debtor") pursuant to the *Order Granting Chapter 11 Trustee's Motion*

---

[1]    Capitalized terms used but not specifically defined herein shall have the respective meanings ascribed to them in the Motion.

87102368;4

*to Approve (I) Wind Down and Termination of Operations of the Debtor, (II) Resignation of the Debtor as Trustee of Trusts, (III) Approve Procedures to Appoint CPT Institute, Inc. as Successor Trustee of the Trusts, and (IV) Approve Form and Manner of Opt-Out Notice for Appointment of CPT Institute, Inc. as Successor Trustee* (Doc. No. 409) (the "Wind Down Order").

B.      Certain Beneficiaries of the Trusts are recipients of structured settlement annuities or other annuity products (the "Annuities") that are currently payable either to the Debtor, as trustee, or in the name of the applicable Trust with the Debtor identified or acting as trustee, for the benefit of the respective Beneficiaries, and the payee designation on such Annuities shall be changed to reflect CPT's appointment as successor trustee.

C.      The Annuity Issuers have required or may require a specific court order directing the change in payee designation before effectuating the change from the current payee designation to CPT.  Accordingly, it is

**ORDERED**:

1.      The Motion (Doc. 899) is **GRANTED**.

2.      All annuity issuers and insurance companies (the "Annuity Issuers") that issue structured settlement annuities or other annuity products currently payable to The Center for Special Needs Trust Administration, Inc., as trustee, or payable in the name of the applicable Trust with The Center for Special Needs Trust Administration, Inc. identified or acting as trustee, including but not limited to those Annuities identified on **Exhibit A** to attached to the Motion and hereto, are hereby directed to change the payee designation on such Annuities from the current payee designation to CPT Institute, Inc., as successor trustee (i.e., "CPT Institute TTEE FBO [Trust Beneficiary Name]"), or to such similar designation as the applicable Annuity Issuer requires to reflect CPT as successor trustee.

87102368;4

3.       Michael Goldberg, as Chapter 11 Trustee of the Debtor ("Goldberg"), William A. Long, Jr., as Chief Restructuring Officer of the Debtor ("Long"), and CPT are authorized to execute any and all documents and instruments necessary or appropriate to effectuate the change in payee designation on the Annuities.

4.       Should the Chapter 11 Trustee or CPT subsequently discover any additional Annuities payable to the Debtor, or payable in the name of any Trust with the Debtor identified or acting as trustee, that are not identified on the Annuity List, the relief granted herein shall apply to such additional Annuities without the need for further motion or order of this Court.

5.       A copy of this Order may be presented to any Annuity Issuer as sufficient authority to change the payee designation on any Annuity from the current payee designation, whether payable directly to The Center for Special Needs Trust Administration, Inc., or payable in the name of the applicable Trust with The Center for Special Needs Trust Administration, Inc. identified or acting as trustee, to CPT Institute, Inc., as successor trustee (i.e., "CPT Institute TTEE FBO [Trust Beneficiary Name]").

6.       Every Annuity Issuer is hereby authorized and directed to effectuate the change in payee designation in accordance with this Order.

7.       The Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Steven R. Wirth, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.

87102368;4

## Exhibit A

## Annuity List

**Annuity List**

- **BN-12-03799 The Ceji Walls Special Needs Trust**
- **BN-12-04657 The Kameron L. Cooper Trust**
- **BN-13-04669 JERMON LAMAR SHARBER SPECIAL NEEDS MEDICAID TRUST**
- **BN-14-08474 The Emma Grace Sanders Special Needs Trust**
- **BN-14-09729 The Arianna D'Errico Settlement Preservation Trust**
- **BN-14-10889 The Evan Waind Special Needs Trust**
- **BN-14-10914 The Connor Byers Special Needs Trust**
- **BN-15-12026 The Xiany Azcuy Special Needs Trust**
- **BN-15-12229 The Aiden Davalos Special Needs Trust**
- **BN-15-12445 Manuel West Supplemental Needs Trust**
- **BN-15-12793 Madeline Hembree Futeral Irrevocable Settlement Preservation Trust**
- **BN-16-14764 Larry Wayne Rose, III Settlement Preservation Trust**
- **BN-16-15475 The Dylan Wisnasky Settlement Preservation Trust**
- **BN-16-15476 The Dalton Wisnasky Settlement Preservation Trust**
- **BN-16-16033 Pratikshya Gurung Special Needs Trust**
- **BN-16-16034 The Gurung Family Irrevocable Trust fbo Khadga Bahadur Gurung and Parmila Gurung**
- **BN-17-17501 The Francia Castillo Special Needs Trust**
- **BN-17-17723 Asher McElfresh Irrevocable Special Needs Trust**
- **BN-17-17838 The Amergin P. Shannep Special Needs Trust**
- **BN-17-18334 The Tayrin Knutsen Special Needs Trust**
- **BN-17-18335 The Terri Knutsen Settlement Preservation Trust**
- **BN-17-18455 The Yazmin Adelyne Lujan Settlement Preservation Trust**
- **BN-18-18832 The Julian R. Betton Special Needs Trust**
- **BN-18-19157 The Shawanda Madison Special Needs Trust**
- **BN-18-19180 The Isaac C. Bello, Jr. Special Needs Trust**
- **BN-18-20316 The Xavian Zane Ramirez Settlement Preservation Trust**
- **BN-18-20317 The Aubree Olivia Azuaje Settlement Preservation Trust**
- **BN-19-21068 Aden H. Elliott Irrevocable Special Needs Trust**
- **BN-19-21069 Meleki A. Mitchell Irrevocable Special Needs Trust**
- **BN-19-21161 The M.J.N.E. Settlement Preservation Trust**
- **BN-20-22010 The Kaylie A. Clark Special Needs Trust**
- **BN-20-22052 Montaserbellah Hjazi Settlement Preservation Trust U/A dated 9/23/2020**
- **BN-20-22181 The Krystal Ann House Settlement Preservation Trust**
- **BN-20-22343 Caiden Westenbroek Irrevocable Special Needs Trust**
- **BN-20-22385 Jackson W. Rice Irrevocable Trust**
- **BN-21-22603 The Mason Mychael Mikeska Settlement Preservation Trust**
- **BN-21-22604 The James Dalton Mikeska Settlement Preservation Trust**
- **BN-21-22932 The Allyson Rednour Special Needs Trust**
- **BN-21-22933 The Lauren Taylor Special Needs Trust**

87219987;1

- **BN-21-23059 The Jessie Marie Rios Romero Settlement Preservation Trust**
- **NI-15-12574 The Summer Dietz Settlement Preservation Trust**
- **NI-18-20212 The John Kerney, Jr. Special Needs Trust**
- **Sec 142 SNT - Novak, Kierstin**
- **Sec 142 SNT - Branton, Jennifer**
- **Sec 142 SNT - Fletcher, Kenneth**
- **Sec 142 SNT - Hinojosa, Aaliyah**
- **Sec 142 SNT - Hinojosa, Alayna**
- **Sec 142 SNT - Hinojosa, Rinah**
- **Any other annuity not specifically listed herein where the payee designation must be changed to CPT**