**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

In re: Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC., Chapter 11

Debtor.
________________________________________________

**LJ GOVONI'S RESPONSE TO THE NOTICE OF**
**RULE 2004 EXAMINATION DUCES TECUM**

LJ Govoni ("Respondent"), by and through his undersigned counsel, files this Response and Objections to the Notice of Rule 2004 Examination Duces Tecum (the "Notice") served by Michael Goldberg, as Chapter 11 Trustee (the "Trustee"), and states as follows:

**DOCUMENTS TO BE PRODUCED**

1. All Documents concerning or relating to any Assets, funds, money, checks, wire transfers, gifts, loans, or other transfers of value received directly or indirectly by You from Leo Govoni, Jane Govoni, Brett Walrath, the Debtor, or any Debtor Affiliated Entity, or any other entity or person associated with the Debtor, or any entity associated with the "Ocean Sands" condominiums (14950 Gulf Blvd, Apartments 303, 606, 801, and 1002, Clearwater, Florida) at any time from July 31,2021, through the present.

**RESPONSE: Provided.**

2. All bank statements, brokerage account statements, investment account statements, and retirement account statements (including but not limited to accounts at Bank of America, USF Federal Credit Union, American Momentum Bank, and any other financial institution) for any account held by or in the name of LJ Govoni, individually or jointly with any other person or entity, reflecting any deposits from or transfers involving Leo Govoni, Jane Govoni, the

Debtor, or any Debtor Affiliated Entity, or any other entity or person associated with the Debtor, or any entity associated with the "Ocean Sands" condominiums, from July 31, 2021, through the present.

**RESPONSE: Provided.**

3. All Documents regarding any real property, vehicles, or other Assets acquired, purchased, sold, transferred, exchanged, or otherwise disposed of by LJ Govoni from July 31, 2021, through the present, including but not limited to closing statements, deeds, titles, purchase agreements, bills of sale, and any Documents identifying the source of funds used for any such acquisition.

**RESPONSE: Provided.**

4. All Documents regarding any Assets dissipated, gifted, transferred to third parties, encumbered, or otherwise disposed of by LJ Govoni from July 31, 2021, through the present, including but not limited to records of any gifts made by LJ Govoni to any person or entity.

**RESPONSE: Provided.**

5. A list of all safe deposit boxes owned, rented, or controlled by LJ Govoni, alone or jointly with Leo Govoni, Jane Govoni, or any other person or entity, at any financial institution, and all inventories of the contents of any such safe deposit box.

**RESPONSE: None**

6. All Documents constituting, referring to, reflecting or relating to Communications between LJ Govoni, on the one hand, and Leo Govoni, Jane Govoni, Brett Walrath, the Debtor or any or any Debtor Affiliated Entity, on the other, concerning the transfer, receipt, use, investment, or disposition of any funds or Assets referenced in the foregoing requests, from July 31, 2021, through the present.

**RESPONSE: Provided.**

7. All Documents constituting, referring to, reflecting or relating to any agreements, promissory notes, loans, or other arrangements between LJ Govoni, on the one hand, and Leo Govoni, Jane Govoni, Brett Walrath, the Debtor, or any or any Debtor Affiliated Entity, or any entity associated with the "Ocean Sands" condominiums, on the other, from July 31, 2021, through the present.

**RESPONSE: Provided.**

8. All tax returns (federal and state) filed by LJ Govoni, individually or jointly, from 2021 through 2025, including all schedules, W-2s, 1099s, and K-1's, as applicable.

**RESPONSE: Provided.**

9. All Documents constituting, referring to, reflecting or relating to any account, certificate of deposit, money market account, or other financial product held in the name of LJ Govoni, alone or jointly with any other person or entity, at any financial institution from July 31, 2021, through the present, including but not limited to account opening documents, signature cards, and account statements.

**RESPONSE: Provided.**

10. All Documents constituting, referring to, reflecting or relating to any interest held by LJ Govoni or any entity affiliated with him in any business entity, partnership, limited liability company, corporation, or trust from July 31, 2021, through the present, including any entity owned or controlled by Leo Govoni, Jane Govoni, Brett Walrath, the Debtor or any or any Debtor Affiliated Entity.

**RESPONSE: Provided.**

11. All Documents constituting, referring to, reflecting or relating to any services You agreed to provide for the Debtor or any Debtor Affiliated Entity on or after July 31, 2021.

**RESPONSE: None**

12. All Documents constituting, referring to, reflecting or relating to wages, commissions or salary You received from the Debtor or any Debtor Affiliated Entity, on or after July 31, 2021.

**RESPONSE: None**

13. All IRS form W-2s issued to You by the Debtor or any Debtor Affiliated Entity, on or after July 31, 2021.

**RESPONSE: None**

14. All IRS form 1099s issued to You by the Debtor or any Debtor Affiliated Entity, on or after July 31, 2021.

**RESPONSE: None**

15. All IRS form K-1s issued to You by the Debtor or any Debtor Affiliated Entity, on or after July 31, 2021.

**RESPONSE: None**

**Dated: August 24, 2024**

*/s/ Alec M. Waid*
**ALEC M. WAID, ESQUIRE**
FBN: 1014852
Awaid@brdwlaw.com (Primary)
Tubel@brdwlaw.com (Secondary)
**Battaglia, Ross, Dicus & McQuaid, P.A.**
5858 Central Avenue, Suite A
St. Petersburg, FL 33707
Telephone: 727-381-2300
Facsimile: 727-343-4059
*Attorneys for L.J. Govoni*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2026, a copy of the foregoing was served via Florida e Portal filing system to:

John L. Dicks II
Steven R. Wirth
Mark J. Bernet
401 East Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837
Email: john.dicks@akerman.com
Email: mark.bernet@akerman.com
Email: steven.wirth@akerman.com

Scott A. Stichter, Esquire
Stichter, Riedel, Blain & Postler
110 E. Madison Street, Suite 200
Tampa, FL 33602-4700
Email: sstichter.ecf@srbp.com

Jessica Clemente, Esquire
Hill Ward Henderson
101 E. Kennedy Blvd., Suite 3700
Tampa, FL 33602
Email: jessica.clemente@hwhlaw.com

Daniel R Fogarty, Esquire
Stichter, Riedel, Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, FL 33602
Email: dfogarty.ecf@srbp.com

Teresa Marie Dorr, Esquire
Office of the United States Trustee
501 E. Polk Street, Suite 1200
Tampa, FL 33602
Email: teresa.dorr@usdoj.gov

Daniel E Etlinger, Esquire
Underwood Murray, P.A.
100 N. Tampa Street, Suite 2325
Tampa, FL 33602
Email:
detlinger@underwoodmurray.com

Scott A Underwood, Esquire
Underwood Murray, P.A.
100 North Tampa St, Suite 2325
Tampa, FL 33602
Email:
sunderwood@underwoodmurray.com

The Center for Special Needs Trust
Administration, Inc.
12425 28th St. N.
Saint Petersburg, FL 33716

Michelle Garcia Gilbert, Esquire
Gilbert Garcia Group PA
2313 W Violet Street
Tampa, FL 33603-1423
Email: mgilbert@gilbertgrouplaw.com

Leo J. Govoni, a/k/a LJ Govoni
14053 Feather Sound Drive
Clearwater, FL 33762

Caitlin Govoni-Janicki
2612 Heron Lake North
Clearwater, FL 33762

Buddy D. Ford, Esquire
Ford & Semach, P.A.
9301 W Hillsborough Avenue
Tampa, FL 33615
Email: buddy@tampaesq.com

*/s/ Alec M. Waid*
ALEC M. WAID, ESQUIRE
*Attorneys for L.J. Govoni*