ORDERED.

**Dated: November 06, 2026**

Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
*www.flmb.uscourts.gov*

In re:

The Center for Special Needs
Trust Administration, Inc.,

Case No. 8:24-bk-00676-RCT
Chapter 11

Debtor.
________________________________________/

**ORDER CONFIRMING THE AUTOMATIC STAY DOES NOT APPLY TO CERTAIN GEORGIA APPELLATE AND REMAND PROCEEDINGS**

THIS CASE came before the Court for hearing on November 6, 2026, at 9:30 a.m. (the "Hearing") upon the *Motion for Determination that the Automatic Stay Does Not Prohibit the Georgia Appellate and Remand Proceedings or, Alternatively, For Limited Relief Under 11 U.S.C. § 362(d)(1); Request for Expedited Consideration, Shortened Notice, and Waiver of Rule 4001(a)(4)* (Doc. 975) (the "Motion") filed by Lauren M. Taylor and Elaine M. Taylor (the "Taylors"). At the Hearing, counsel for the Liquidating Trustee Michael Goldberg appeared and announced that the Trustee had no opposition to the Motion as it appeared not to implicate either the bankruptcy estate or the now-confirmed liquidating plan. The Court and the Taylors, who appeared *pro se*, agreed. Accordingly, for the reason stated on the record which shall constitute the decision of the Court, it is

**ORDERED** that the Motion (Doc. 975) is **GRANTED, in part**. The Court confirms that the automatic stay does not apply to, and therefore does not prohibit, the Taylors' prosecution of their state court appeal (Georgia Court of Appeal Case No. A27A0594, *In re Estate of Lauren Micaela Taylor*, arising from Fulton County Probate Court Estate No. PC-2019-001723) and any proceedings on remand that might follow as the proceedings do not seek relief implicating either the bankruptcy estate or the now-confirmed liquidating plan.

Clerk's Office to serve.