**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.,

Debtor.
_______________________________/

Case No.: 3:24-bk-00676-RCT

Chapter 11

ARTSPACE PROPERTIES, LLC, and MICHEAL I GOLDBERG, as Chapter 11 Trustee of the Bankruptcy Estate of The Center for Special Needs Trust Administration, Inc., or, upon the Effective Date of the Plan, as Liquidating Trustee,

Adv. Pro. No. 3:26-ap-00408-RCT

Plaintiff,

v.

JOHNSON, NEWLON & DECORT, P.A.,

Defendant.
_______________________________/

**DEFENDANT'S MOTION FOR ENTRY OF ORDER EXTENDING TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING TO COMPLAINT**

Defendant, Johnson, Newlon & DeCort, P.A. ("Defendant"), by and through its undersigned counsel and pursuant to Rule 9006, Federal Rules of Bankruptcy Procedure, moves the Court for entry of an Order granting an extension of time for Defendant to file an answer or other responsive pleading to the Complaint, pursuant to Rule 7012, Federal Rules of Bankruptcy Procedure, as follows:

1. On October 15, 2026, plaintiffs, Artspace Properties, LLC, and Michale I. Goldberg, as Chapter 11 Trustee of the Bankruptcy Estate of The Center for Special Needs Trust

Administration, Inc. (the "Plaintiffs"), filed an adversary complaint against Defendant (the "**Complaint**") (Adv. Doc. No. 1).

2. Defendant was served with the Complaint and pursuant to Rule 7012(a), Federal Rules of Bankruptcy Procedure, is required to file an answer or other responsive paper to the Complaint on or before November 16, 2026 ("**Deadline**").

3. Defendant recently retained the undersigned counsel in this matter and is requesting an additional twenty (20) days after the Deadline, up through and including Monday, December 7, 2026, within which it may file an answer to the Complaint or otherwise file a responsive pleading to the Complaint in order to more thoroughly review the file to determine its response and defenses.

4. Plaintiffs do not object to the relief Defendant is seeking in this Motion.

5. A proposed Order extending the Deadline is attached as **Exhibit "A"**.

WHEREFORE, defendant, Johnson, Newlon & DeCort, P.A., requests the entry of an Order (i) granting this Motion, (ii) extending the Deadline to December 7, 2026, within which Defendant may file an answer or other responsive paper to the Complaint, and (ii) granting any such further relief as may be deemed appropriate.

Respectfully submitted,

*/s/ Ryan T. Hyde*

John P. Marino (FBN 814539)
Ryan T. Hyde (FBN 59039)
RIVKIN RADLER, LLP
1301 Riverplace Boulevard, Suite 1000
Jacksonville, Florida 32207
John.Marino@rivkin.com
Ryan.Hyde@rivkin.com

*Counsel for Defendant, Johnson, Newlon & DeCort, P.A.*

**CERTIFICATE OF SERVICE**

I certify that on November 16, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the counsel of record in this case.

/s/ Ryan T. Hyde
Ryan T. Hyde, Esq.

**EXHIBIT "A"**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**<u>TAMPA DIVISION</u>**

In re:

CASE NO.: 3:24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.,

Debtor.
____________________________________/

Adv. P. No. 3:26-ap-00408-RCT

ARTSPACE PROPERTIES, LLC, and MICHEAL I GOLDBERG, as Chapter 11 Trustee of the Bankruptcy Estate of The Center for Special Needs Trust Administration, Inc., or, upon the Effective Date of the Plan, as Liquidating Trustee,

Plaintiff,

v.

JOHNSON, NEWLON & DECORT, P.A.,

Defendant.
________________________________/

**ORDER GRANTING MOTION FOR ENTRY OF ORDER APPROVING STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE ANSWER OR OTHER RESPONSIVE PLEADING TO COMPLAINT**

This case came before the Court on the Motion filed by defendant, Johnson, Newlon & DeCort, P.A. ("**Defendant**") seeking entry of Order approving extending time for it to file an answer or other responsive pleading to the Complaint (Adv. Doc. No. __). For the reasons stated in the Motion and upon the agreement of plaintiffs, Artspace Properties, LLC, and Michale I. Goldberg, as Chapter 11 Trustee of the Bankruptcy Estate of The Center for Special Needs Trust Administration, Inc., and Defendant as reflected in the Motion, and being otherwise fully advised in the premises, it is hereby **ORDERED**:

1. The Motion is **GRANTED**.

2. Defendant shall have up through and including December 7, 2026, within which to file its answer or other responsive paper to the Complaint.

3. This Order is without prejudice to the Parties to seek further extensions of the Deadline.

Attorney Ryan T. Hyde, Esq. is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.